IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

USOR SITE PRP GROUP,

§
§

Plaintiff,

§
§

v.

§       CIVIL ACTION NO. 4:14-cv-1441
§

A&M CONTRACTORS, INC.; A&R
TRANSPORT, INC.; A-1 PETERSON
PLUMBING, INC.; A-1 SMITH'S SEPTIC
SERVICE, INC.; A-BEAR CONSTRUCTION,
INC.; A-ONE CHEMICALS & EQUIPMENT
COMPANY, INC.; A-VAC SEPTIC SERVICE,
L.L.C.; AAA COOPER TRANSPORTATION,
INC.; AAA FLEXIBLE PIPE CLEANING CO.,
INC.; AAR INC.; ABB INC.; ADA
RESOURCES, INC.; APAC TEXAS, INC.; ARC
ENT; AT SYSTEMS; ASAP MOTORS; AWC
FRAC VALVES INC.; AT&T, INC.; AARON
ENTERPRISE, LLP; ACCURATE PRECISION
PLATING LLC; ACCUTEST LABORATORIES
GULF COAST, INC.; ADVANCE LOGISTICS;
ADVANCED DISPOSAL SYSTEMS, INC.;
ADVANCED ENVIRONMENTAL SERVICES;
ADVANCED EXCAVATION FILE SERVICES;
ADVANCED VACUUM SERVICES LLC; THE
ADVENT GROUP, LLC; AFFORDABLE
ENVIRONMENTAL SOLUTIONS; AGULIAR
BROS.; AIR TRANSPORT INTERNATIONAL,
INC.; AIRGAS, INC.; AKER SOLUTIONS INC.;
ALAMO ENVIRONMENTAL, INC.; ALAMO
PETROLEUM EXCHANGE; ALASCO
PRODUCTS, INC.; ALCOA INC.; ALLIANCE
INTERNATIONAL FORWARDERS, INC.;
ALLIANCE PASTEX, LLC; ALLIANCE
PROCESSORS, INC.; ALLIED GREASE
SERVICES; ALLISON ENTERPRISES, INC.;
ALPHA MACHINE; ALTERNATIVE WASTE
SOLUTIONS, INC.; ALTIVIA CORP.; ALVIN
CHEMICAL INC.; AMERICAN AIR LIQUIDE
HOLDINGS, INC.; AMERICAN ELECTRIC
POWER CO., INC.; AMERICAN TIETEK, LLC;
AMERICLEAN; AMERIDRIVES; AMOT

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

CONTROLS CORP.; AMREP, INC.; AMTEC;  §
ANALYTICAL SERVICES, INC.; ANDERSON  §
POLLUTION CONTROL, INC.; ANGEL  §
BROTHERS ENTERPRISES, LTD.; ANY TIME  §
SEPTIC & GREASE; APACHE GLOBAL  §
PAINTING, INC.; APACHE SERVICES, INC.;  §
APPLE AUTO REPAIR & BODY SHOP;  §
APPROVED OIL SERVICES LLC; APPROVED  §
REMEDIATION & RECYCLING OF OIL  §
WASTE, INC.; AQUA SOLUTIONS, INC.;  §
ARNOLD TRANSPORTATION SERVICES,  §
INC.; ARROW RECYCLING; ATLANTIC  §
AVIATION FBO, INC.; ATLANTIC TRADING  §
& MARKETING INC.; AUSTIN; AUTOCHECK  §
NINE; AVIS RENT A CAR SYSTEM, LLC;  §
AXALTA POWDER COATING SYSTEMS  §
USA, INC.; AXYS INDUSTRIAL SOLUTIONS  §
LLC; AZTEC ENERGY PARTNERS, INC.; B  §
PLUS L TECHNOLOGIES, INC.; B. MEYER  §
TRUCKING, LLC; BNC SERVICES CORP.; BPI  §
REALTY SERVICES, INC.; BSMP INC.; BC&L  §
PAVEMENT SERVICES, INC.; BALFOUR  §
BEATTY INFRASTRUCTURE, INC.;  §
BARRIER EQUIPMENT, INC.; BASIC  §
ENERGY SERVICES, LP; BAY AREA ENV;  §
BAY AREA INDUSTRIAL CONTRACTORS,  §
LP; BAYOU CITY ENVIRONMENTAL  §
SERVICES, LP; BEALINE SERVICE CO., INC.;  §
9717 CHEMICAL ROAD, INC.; BEAUCHAN  §
RAIL SERVICES LC; BEAUMONT IRON &  §
METAL CORP.; BEAUTY ELITE GROUP,  §
INC.; BEN TAUB HOSPITAL; BENCHMARK  §
DEVELOPMENT, INC.; BENCHMARK  §
DISTRIBUTION SERVICES, LLC;  §
ROCKWATER ENERGY SOLUTIONS, INC.;  §
BERENSON ASSOCIATES, INC.; BERG  §
ENVIRONMENTAL SERVICES, INC.; BEST  §
RATE SEPTIC SERVICE; BEST REDI-MIX  §
CONCRETE PUMPING, INC.; BEST SAND &  §
REDI-MIX CO., INC.; BETOS HYDRO AND  §
SANITATION; BICO DRILLING TOOLS, INC.;  §
BILFINGER TEPSCO INC.; BLACKHAWK  §
MANAGEMENT CORP.; BLAST  §
ENVIRONMENTAL & INDUSTRIAL  §
SERVICES INC.; BLUE MARLIN LLC D/B/A  §
BLUE MARLIN CONSTRUCTION; BLUE  §

MARLIN LOGISTICS LLC; BOATERS'    §
RESALE SHOP OF TEXAS; BOLIVAR BARGE    §
CLEANING SERVICE, LLC; BOXER    §
PROPERTY MANAGEMENT CORP.;    §
BREDERO PRICE CO.; BRAZORIA COUNTY    §
MOSQUITO DISTRICT; BRAZOS VALLEY    §
ENERGY LLC; BROOKDALE SENIOR    §
LIVING INC.; BURZYNSKI RESEARCH    §
INSTITUTE, INC.; C&F TOOL & DIE CO.;    §
C&H DIE CASTING, INC.; CB&I INC.; C.R.    §
MCCASKILL ENTERPRISES, INC. D/B/A    §
TIDELAND GREASE TRAP SERVICE; CEDA,    §
INC.; CG CHEMICAL CLEANING; CKG    §
SERVICES LLC; CLP RESOURCES, INC.;    §
CMW; CTI TRUCKING LLC; CVS    §
CAREMARK CORP.; CALDWELL    §
ENVIRONMENTAL INC.; CALGON CARBON    §
CORP.; CALPINE CORP.; CAMERON    §
INTERNATIONAL CORP.; CAMERON IRON    §
WORKS; CAMPBELL; CANRIG DRILLING    §
TECHNOLOGY LTD.; CAPITAL CITY    §
CONTAINER; CAR SPA, INC.; CARDNO PPI    §
TECHNOLOGY SERVICES, LLC; CARGILL,    §
INC.; CARILLO BROTHERS AUTO SALES;    §
CARRILLO BROTHERS BEEFMASTERS;    §
CARLOS JONES TRUCKING;; CAVAZOS    §
ENVIRONMENTAL INC.; CEDAR    §
PROCESSING, INC.; VERTEX HOLDINGS,    §
LP; VERTEX PROCESSING, LP;    §
CEDARWOOD DEVELOPMENT, INC. D/B/A    §
CEDARWOOD DEVELOPMENT OF TEXAS,    §
INC.; CENTEX; CENTURY ASPHALT    §
MATERIALS; CHAMPION AUTO AUCTION;    §
CHAMPION DRILLING; CHARLES    §
HOLSTON, INC. D/B/A GIBSON    §
ENVIRONMENTAL SERVICES; CHEM ONE    §
LTD.; CHEMETALL US, INC.; CHEMICAL    §
CLEANING INC.; CHEMICAL TRANSPORT;    §
CHEMSTATION INTERNATIONAL, INC.;    §
CHERRY DEMOLITION, INC.; CHRISTUS ST.    §
ELIZABETH HOSPITAL; CITGAS CAR    §
WASH; CITGO PETROLEUM CORP.; CITY OF    §
BRYAN, TEXAS; CITY OF FREEPORT,    §
TEXAS; CITY OF GALVESTON, TEXAS;    §
CITY OF LA MARQUE, TEXAS; CITY OF LA    §
PORTE, TEXAS; CITY OF ORANGE, TEXAS;    §

CITY OF PASADENA, TEXAS; CITY OF §
WEATHERFORD, TEXAS; CITY WASTE, L.P.; §
CLARK FREIGHT LINES, INC.; §
CLEARWATER INTERNATIONAL, L.L.C.; §
COACH USA, INC.; COAL CITY COB CO., §
INC.; COASTAL CHEMICAL CO., LLC; §
COASTAL CORROSION CONTROL, INC.; §
COASTAL TRANSPORT CO., INC.; COLE §
DISTRIBUTING, INC.; COMERICA, INC.; THE §
COMMODORE ON THE BEACH; §
CONESTOGA-ROVERS & ASSOCIATES INC.; §
CONN'S SERVICE CENTER, INC.; CONN'S, §
INC.; CONRAD ORANGE SHIPYARD, INC.; §
CONTRACTOR TECHNOLOGY INDUSTRIES §
LLC; CONTROL SOLUTIONS, INC.; COOPER §
ENERGY SERVICES; COOPER ENERGY, §
INC.; CORRPRO COMPANIES, INC.; §
CORSITECH, INC.; COSTCO WHOLESALE §
CORPORATION; COUGAR LANDFILL, INC.; §
COUNTRY CRAFTERS; CRESTWOOD §
EQUITY PARTNERS LP; CRYSTAL §
WAREHOUSE CORP.; CURRAN/TRUCK §
WASHING; CUSTOM AIR PRODUCTS & §
SERVICES, INC.; CUSTOM RUBBER §
PRODUCTS, LLC; CUT-RATE VACUUM §
SERVICE, INC.; D&S TRUCKING; D-HAWK §
GREASE TRAP CO.; D.S. ANTHONY & SONS, §
INC.; DFO, LLC; DG MARINE §
TRANSPORTATION, LLC; DALLAS §
CHEMICAL TECHNOLOGIES, INC.; THE §
DALLAS GROUP OF AMERICA, INC.; DAN- §
LOC BOLT & GASKET CO.; DANA §
TRANSPORT, INC.; DAVID STAUFFER PIPE §
SERVICES, INC.; ENVIRO CLEAN; DAVIS §
INDUSTRIES, LLC; DAY INTERNATIONAL §
INC.; DAYMARK PROPERTIES REALTY, §
INC.; DEAN TALKENGTON; DEBUSK §
INDUSTRIAL SERVICES CO. LLC; §
HYDROCHEM LLC; DEEP SOUTH COATING; §
DEER PARK ENERGY CENTER LLC; §
DEJEAN CONSTRUCTION CO. INC.; DELTA §
CENTRIFUGAL, LLC; DELTA PETROLEUM §
CO., INC.; GREIF, INC.; DELTA SPECIALTY §
COATINGS LLC; DERICHEBOURG §
RECYCLING USA, INC.; DEVRIES, INC.; THE §
DILLARD ANDERSON GROUP; DOLLAR §

THRIFTY AUTOMOTIVE GROUP, INC.;          §
DOME HYDROCARBONS, L.C.; DONALD          §
KEENER; DONOVAN INDUSTRIAL              §
SERVICE, LLC; DOUBLE A MANAGEMENT,      §
INC.; DOUBLE ACES TRANSPORT; DOW        §
MACHINERY CORP.; DRANE RANGER           §
VACUUM SERVICE; DRESSER-RAND CO.;       §
DUAL TRUCKING INC.; DUOLINE             §
TECHNOLOGIES, LLC; DUREK                §
INVESTMENTS, INC.; E.P. BRADY, LTD.; GC §
REMEDIATION, LTD.; E.S.R. ELECTRONICS,  §
INC.; ED&F MAN LIQUID PRODUCTS LLC;     §
EAGLE CONSTRUCTION AND                  §
ENVIRONMENTAL SERVICES, LLC; EAGLE      §
ORANGE; EAGLE TRANSPORTATION           §
SERVICES CO.; EARTH MATERIAL           §
SERVICES LLC; EAST WEST BANCORP,        §
INC.; ECO MUD DISPOSAL; ECO             §
RECYCLING SYSTEMS LTD.; ECONOMIC        §
ENVIRONMENTAL SERVICES, INC.; ELGNI     §
RESOURCE DEVELOPMENT, LLC; ELITE        §
ENVIRONMENTAL & SAFETY SERVICES,        §
INC.; EMPIRE TRUCK LINES, INC.; ENERGY  §
POWER, INC.; ENVIROGISTICS, LP;         §
ENVIRON EXPRESS LABORATORIES, INC.;     §
ENVIRONEERING, INC.; ENVIRONMENTAL      §
CORRECTIONS CORP.; ENVIRONMENTAL        §
DISPOSAL SOLUTIONS, INC.; EVERGREEN     §
ENVIRONMENTAL SERVICES, LLC D/B/A       §
EVERGREEN INDUSTRIAL SERVICES;          §
EVERGREEN VACUUM SERVICE, LLC;          §
ENVIRONMENTAL EARTH-WISE, INC.;         §
ENVIRO-VAC, LTD.; ESCO MARINE INC.;     §
RESOLVE MARINE GROUP, INC.; ESTES       §
EXPRESS LINES; ETHYL ACRYLATE;          §
ETHYL CORPORATION; EVANS                §
INDUSTRIES, INC.; EVEREST VALVE CO.;    §
EVERREADY ENVIRONMENTAL VACUUM          §
SERVICE LLC; EXCEL INDUSTRIAL GROUP,    §
LLC; EXPERT VACUUM; F&E SCRAP           §
METAL; FAM MARINE SERVICES, INC.;       §
FAROUK SYSTEMS, INC.; FIELD SERVICE;    §
THE FINGER COMPANIES INC.; FIREBIRD     §
BULK CARRIERS, INC.; FIRST UNITED       §
METHODIST CHURCH OF HOUSTON; FIRST      §
WAVE MARINE, INC.; FISHER OIL &         §

RECYCLING SERVICES; FLAN EX                §
TRANSPORTATION; FLEX OIL SERVICE,          §
LLC; FLORIDA MARINE TRANSPORTERS,          §
INC.; FLOWERS BAKING CO. OF SAN            §
ANTONIO, LLC; FLUID SEALING                §
PRODUCTS, INC.; FOLEY'S; FOODLINER,        §
INC.; FORMOSA PLASTICS CORP., U.S.A.;      §
FORTIS INTERNATIONAL, INC.; FOUR WAY       §
TANK TRUCKS, INC.; FUGRO-                  §
MCCLELLAND MARINE GEOSCIENCES,             §
INC.; FULLERS, INC. OF BAYTOWN;            §
FUTURE ENVIRONMENTAL SYSTEMS, INC.;        §
G&S MACHINE INC.; G6 HOSPITALITY LLC;      §
GMY, LTD.; GSF ENERGY, LLC; GALLERIA;      §
GALVESTON BAY BIODIESEL, LP;               §
GALVESTON COUNTY WATER CONTROL             §
AND IMPROVEMENT DISTRICT NO. 1;            §
GARLOCK SEALING TECHNOLOGIES, LLC;         §
GATOR ENVIRONMENTAL & RENTALS,             §
INC.; GERDAU AMERISTEEL US INC.;           §
GILLMAN, INC. D/B/A GILLMAN HONDA;         §
GLENBOUROGH; GLENDALE BOAT                 §
WORKS, INC.; GLOBAL CROSSING               §
TELECOMMUNICATIONS, INC.; GO WEST          §
FABRICATORS & RIG STAR, INC.; GOLDEN       §
OPPORTUNITY RECYCLING SERVICE;             §
GOODMAN MANUFACTURING CO., L.P.;           §
GRAND PARKWAY DOCTORS CENTER;              §
GREASE RECYCLERS CO-OP; GREENE'S           §
ENERGY GROUP, LLC; GREENHUNTER             §
BIOFUELS, INC.; GREENHUNTER                §
RESOURCES, INC.; GRENTEK INC.;             §
GREYSTAR CORP.; GREYSTAR REAL              §
ESTATE PARTNERS, LLC; GRIGGS AUTO          §
CENTER; GROVES EQUIPMENT RENTAL            §
CO., INC.; GULBRANDSEN TECHNOLOGIES        §
INC.; GULF BAYPORT CHEMICALS L.P.;         §
GULF COAST; GULF COAST OIL                 §
RECYCLING; GULF COAST WASTE                §
DISPOSAL AUTHORITY; GULF STATES            §
ENVIRONMENTAL; GULF STATES TOYOTA,         §
INC.; GULF STATES TUBE, LLC; GULF          §
STREAM MARINE, INC.; GULFMARK              §
ENERGY, INC.; H&A TRUCKING, INC.; H2O      §
INDUSTRIAL SERVICES, LLC; H.O.T.           §
TRANSPORT, LTD.; HEB GROCERY CO., LP;      §

HFOTCO LLC D/B/A HOUSTON FUEL OIL §
TERMINAL CO.; HGM PRODUCTS GROUP, §
LLC; HMHTTC RESPONSE, INC.; HMS; HR §
RECOVERY; HRD CORP. D/B/A MARCUS §
OIL & CHEMICAL; HALLIBURTON CO.; §
HALLIBURTON ENERGY SERVICES, INC.; §
HANSON PIPE & PRECAST LLC; HARCROS §
CHEMICALS INC.; HARRIS COUNTY §
SPORTS & CONVENTION CORP.; HARRIS §
COUNTY, TEXAS; HELLYER §
TRANSMISSION & AUTOMOTIVE; §
HELMERICH & PAYNE INTERNATIONAL §
DRILLING CO.; HERCULES OFFSHORE, §
INC.; HEREAUS AMERSIL INC.; HERMAN §
TRUCKING CO.; HERMAN JOHNSON §
TRUCKING, LLC; HIDE EXPORTERS OF §
TEXAS, INC.; HIGH ISLAND §
PETROCHEMICAL, LLC; HIGHLAND §
THREADS, INC.; HIGHWAY TRANSPORT, §
INC.; HILTON WORLDWIDE, INC.; HIPPO §
WASTE SYSTEMS, LLC; HO HO HO §
EXPRESS INC.; HOERBIGER CORP. OF §
AMERICA INC.; HOLCOMB §
ENVIRONMENTAL OIL SERVICES LLC; §
HOLMAN SHIPPING, INC.; HOLMAN §
SPRINGS; HONING; HOUMA ARMATURE §
WORKS HOUSTON, LLC; HOUSTON §
AIRPORT SYSTEM; HOUSTON CHEMICAL §
SERVICES INC.; HOUSTON COMMUNITY §
COLLEGE; HOUSTON ENGINE & §
BALANCING SERVICE; HOUSTON ENVIRO §
SERVICES LLC; HOUSTON HARRIS §
COUNTY SEPTIC TANK SERVICE; THE §
HOUSTON HOUSING AUTHORITY; §
HOUSTON INTERNATIONAL TERMINAL, §
INC.; HOUSTON SHUTTERS LLC; HOUSTON §
UNLIMITED, INC.; HOYER GLOBAL (USA), §
INC.; HULCHER SERVICES INC.; HUMBLE §
ELEVATOR SERVICE, INC.; HYDRO §
RESOURCES, INC.; HYDRO TANK INC.; §
HYDROCARBON RESOURCE RECOVERY §
L.L.C.; IBEX CHEMICALS, INC.; IPSCO §
KOPPEL TUBULARS, L.L.C.; ISI §
CONTRACTING, INC.; INDUSTRIAL §
CHEMICALS, INC.; INDUSTRIAL FUEL §
SERVICES, INC.; INDUSTRIAL SOLUTIONS; §

INMAN TEXAS CO., INC.; INTER BIOFUELS;　§
INTERNATIONAL BANCSHARES CORP.;　§
INTERTEK USA INC.; INTRA-SERVICES　§
INC.; IRBY LANE ASSOCIATES, LTD. D/B/A　§
PARKWOOD APARTMENTS; J&D OIL　§
SERVICE; J&R WASTEWATER SERVICES　§
INC. D/B/A J&R SERVICES; J.C. PENNEY　§
CO., INC.; J.L. PROLER IRON & STEEL CO.;　§
JPMORGAN CHASE & CO.; JTB RECYCLING　§
FACILITY, INC.; JT OILFIELD　§
MANUFACTURING CO. INC.; JACOBS　§
ENGINEERING GROUP INC.; JETCO　§
DELIVERY, INC.; JIFFY LUBE; JOHNNY'S　§
TRANSPORT; JOHNSON INTERESTS, INC.;　§
JONES CONTRACTORS; JONES OIL, INC.; K-　§
3 RESOURCES, L.P. D/B/A K-3BMI; K-SOLV,　§
LP; KB INTERNATIONAL LLC; KBR, INC.;　§
KD OILFIELD SERVICES, INC.; KEMP; KLN　§
MANUFACTURING, LLC; KANSAS CITY　§
SOUTHERN RAILWAY CO.; KEISER　§
MANUFACTURING, INC.; KELLY-　§
SPRINGFIELD; KEMCO-HUNTER　§
CHEMICAL CO.; KENNEDY WILSON　§
HOLDINGS, INC.; KETONE TELON;　§
KEWANEE SCIENTIFIC CORP.; KEY　§
ENERGY SERVICES, INC.; KEYSTONE　§
SHIPPING CO.; KINETIC CONCEPTS, INC.;　§
KIRBY INLAND MARINE, LP; KLEMP　§
CORP.; GILBRALTER INDUSTRIES, INC.;　§
ALABAMA METAL INDUSTRIES CORP.;　§
KOCH HEAT TRANSFER CO., LP; KOCH　§
KNIGHT LLC.; KODIAK ENVIRONMENTAL;　§
KONE INC.; KUBCO DECANTER SERVICES,　§
INC.; KULLMAN EXPRESS INC.; KWIK KAR　§
LUBE & TUNE OF GALVESTON; LA　§
UTILITIES; LEL ENVIRONMENTAL, LTD.;　§
LA MARQUE INDEPENDENT SCHOOL　§
DISTRICT; LABORATORY CORP. OF　§
AMERICA HOLDINGS; LARRY ENDERLI;　§
LATIPAC COMMERCIAL, INC.; LEAGUE　§
CITY, TEXAS; LEGACY PARTNERS; LEWIS'　§
ACRES SERVICE, INC.; LIBERTY FORGE,　§
INC.; LIGHTHOUSE PETROLEUM, INC.;　§
LION INDUSTRIAL RESOURCES, INC.;　§
LIQUID ENVIRONMENTAL SOLUTIONS OF　§
TEXAS, LLC; LIQUID EXPRESS, INC.;　§

LIQUID WASTE SOLUTIONS; LOCKHEED §
MARTIN CORPORATION; THE LODGE AT §
WALDEN, INC.; LONE STAR FASTENERS §
L.P.; LONE STAR HEAT PRODUCTS, INC.; §
LONE STAR TRUCK CENTER; LONESTAR; §
LORD & TAYLOR, LLC; LOUISIANA §
CHEMICAL EQUIPMENT CO., L.L.C.; LUG-A- §
JUG; LUNI CASTLE; M&M PROTECTION, §
LLC; M-I SWACO; M/V FAFFA; MR. §
PUMPER; MB WESTERN INDUSTRIAL §
CONTRACTING CO.; MDI SUPERFUND SITE; §
MES; MTI ENVIRONMENTAL; MWH §
CONSTRUCTORS; MACGREGOR §
APARTMENTS; MACK'S; MALIN §
INTERNATIONAL SHIP REPAIR & §
DRYDOCK, INC.; MANCHESTER TERMINAL §
CORP.; MANTEGA LTD.; MARSHALL GAS; §
MARTIN MIDSTREAM PARTNERS L.P.; §
MARTIN OPERATING PARTNERSHIP L.P.; §
MARTIN RESOURCE MANAGEMENT CORP.; §
MARTIN TRANSPORT, INC.; MASSEY §
INDUSTRIES INC.; MASTER HALCO, INC.; §
MATAGORDA COUNTY NAVIGATION §
DISTRICT NO. 1; MASTERS RESOURCES, §
LLC; MATHESON TRI-GAS, INC.; MATTE §
INDUSTRIAL SERVICES, LLC; MAVERICK §
OIL; MAVERICK TUBE CORP.; MCCARTHY §
BUILDING COMPANIES, INC.; §
MCCLINTOCK CORP.; THE MEADOWS §
GROUP, LLC; MECX, LP; MERIT ENERGY §
CO., LLC; METAL RAILING OF AMERICA, §
INC.; METRIX INC.; METRO; METRO §
GREASE SERVICE LLC; METRO PCS; §
METTON AMERICA, INC.; MICHAEL §
ANGELO'S GOURMET FOODS, INC.; §
MIDSTATE ENVIRONMENTAL SERVICES, §
LP; MIDTOWN REDEVELOPMENT §
AUTHORITY; MIDWEST INDUSTRIAL §
SUPPLY, INC.; MIKE'S SOFT TOUCH INC.; §
MILLER TRANSPORTERS, INC.; MILLINIUM §
INDUSTRIES; MILSTEAD MANAGEMENT, §
LLC; MILSTEAD AUTOMOTIVE, LTD.; §
MISSOURI CITY, TEXAS; MITCHELL CRANE §
RENTAL, INC.; MITSUI & CO. (U.S.A.), INC.; §
MOODY GARDENS, INC.; MOORE CONTROL §
SYSTEMS, INC.; MORCO TESTING; §

MORGAN OIL CO.; MUTO TECHNOLOGY,            §
INC.; NAOR; NMM ENTERPRISES, INC.;          §
NCCARAR; NAMPAC; NATIONS RENT;              §
NEWTON COUNTY, TEXAS; NEW ERA; NEW          §
TEXAS RESEARCH GROUP INC.; NEWPARK          §
DRILLING FLUIDS LLC; NIGHTHAWK              §
TRANSPORT, INC.; NOLTEX, LLC; NORSON        §
SERVICES LLC; ENERMECH MECHANICAL           §
SERVICES, INC.; NORTH AMERICAN              §
MARINE, INC.; NORTH AMERICAN OIL;           §
NORTRAN TRANSPORTATION; NORWOOD-            §
RCC; NUCOR CORP.; OCLP SOUTH                §
COATINGS; OIL MOP LLC; OIL PATCH            §
TRANSPORTATION, INC.; OIL PROCESS &         §
PIPELINE SERVICES; OILFIELD-ELECTRIC-       §
MARINE, INC.; OLYMPIC POOL; ONE             §
CENTER; ONE SOURCE MANUFACTURING            §
TECHNOLOGY, LLC; OTTO MARINE                §
ENTERPRISES INC.; PCM, INC.; PSC, LLC;      §
PALM COMMODITIES INTERNATIONAL,             §
LLC; THE PALMS APARTMENTS; PAN-GLO          §
SERVICES, LLC; TEXAS PAN SERVICE INC.;      §
PARADIGM PLASTICS, LP; PARK IV              §
COMMERCIAL COMPLEX PROPERTY                 §
OWNERS ASSOCIATION; PARKER                  §
HANNIFIN CORP.; PARSONS GOVERNMENT          §
SUPPORT SERVICES, INC.; PATHFINDER          §
ENERGY, INC.; PATTY OIL SERVICE;            §
PELICAN ISLAND STORAGE TERMINAL,            §
LLC; PELICAN OFFSHORE; PELICAN              §
WASTE SERVICES, INC.; PELIGRIN, LTD.;       §
PENN MARITIME INC.; PENSKE CORP.;           §
PENTAIR VALVES & CONTROLS US LP             §
D/B/A TYCO FLOW CONTROL; PEPPER-            §
LAWSON CONSTRUCTION, L.P.; PERKO            §
LOG; PETROLEUM ANALYZER CO. L.P.;           §
PHILIP RECLAMATION SERVICES,                §
HOUSTON, LLC; PHOENIX OIL, INC.;            §
PHOENIX POLLUTION CONTROL &                 §
ENVIRONMENTAL SERVICES, INC.; PICK A        §
PART AUTO WRECKING, L.P.; LKQ CORP.;        §
PILOT TRAVEL CENTERS LLC; PINCH             §
FLATBED, INC.; PIPE SPECIALTY; PIPELINE     §
REALTY CO.; PIPESTREAM, INC.; SMART         §
PIPE CO., INC.; PLAINSCAPITAL BANK;         §
FIRST NATIONAL BANK GROUP, INC.; THE        §

PLANET; PLANT PERFORMANCE SERVICES      §
LLC; POLYMER CHEMISTRY                    §
INNOVATIONS, INC.; PORT OF HOUSTON        §
AUTHORITY; PRAXAIR, INC.; PRE FIELD       §
SERVICES INC.; PRECISION ENERGY           §
SERVICES, INC. D/B/A COMPUTALOG;          §
PRINTPACK, INC.; PROFESSIONAL AIR         §
SYSTEMS, INC.; PROLER SOUTHWEST           §
CORP.; PUBLIC SANITARY WORKS, INC.;       §
PUFFER-SWEIVEN LP; PULIDO TRUCKING,       §
LP; MARTIN PULIDO TRUCKING INC.;          §
QUALITY ELECTRIC STEEL CASTINGS, LP;      §
QUALITY ENVIRONMENTAL SERVICES,           §
INC.; QUESTVAPCO CORP.; RCI; RCSS, LLC    §
D/B/A REDONDO MANUFACTURING; RTI          §
INTERNATIONAL METALS, INC.;               §
RACETRAC PETROLEUM, INC.; RAILCAR;        §
RAILROAD COMMISSION OF TEXAS; RAY         §
BELLEW & SONS, INC.; REACTOR              §
SERVICES INTERNATIONAL, INC.;             §
RECOVRMAX SERVICES, LP; THE               §
RECTORSEAL CORP.; REGIO VACUUM            §
SERVICE, INC.; REM RESEARCH GROUP,        §
INC.; RESCAR COMPANIES, INC.;             §
REXBURG; RICE UNIVERSITY; RIGID           §
GLOBAL BUILDINGS LLC; RITCHIE BROS.       §
AUCTIONEERS (AMERICA) INC.; RIVIANA       §
FOODS INC.; ROBBIE D. WOOD, INC.;         §
ROBBINS & MYERS ENERGY SYSTEMS LP;        §
ROCKTENN CP, LLC; ROLLED ALLOYS,          §
INC.; RONE ENGINEERING SERVICES, LTD.;    §
ROSENBURG; ROUND ROCK                     §
INDEPENDENT SCHOOL DISTRICT; ROUSE;       §
RUFF CORP.; RUST SCALE; S&B               §
ENGINEERS AND CONSTRUCTORS, LTD.;         §
S&K TRANSPORTATION, L.L.C.; S.            §
HOLCOMB ENTERPRISES, INC. D/B/A           §
HOLCOMB OIL RECYCLING; SBBQ               §
OPERATIONS, LLC; SET ENVIRONMENTAL,       §
INC.; SK TRANSPORTATION; SMJ              §
TRUCKING; SPX CORP.; SACHEM, INC.;        §
SAFE RENEWABLES CORP.; SALZGITTER         §
MANNESMANN STAINLESS TUBES USA,           §
INC.; SCHULTZ BROS., INC.; SEA            §
CHALLENGER CORP.; SEARS HOLDINGS          §
CORPORATION; SEATEX, LTD.; SEMASYS,       §

INC.; SEMGROUP CORP.; SEPARATION AND                §
RECOVERY SYSTEMS, LLC; SERCO                        §
CONSTRUCTION GROUP, LTD.; 76 YALE;                  §
SHAWCOR PIPE PROTECTION, LLC; SHELL                 §
OIL CO.; SHELTON SERVICES INC.;                     §
SHIPPERS STEVEDORING CO.; SIGMA-                    §
GENOSYS OF TEXAS LLC; SMITH & CO.;                  §
SMITH SYSTEMS TRANSPORTATION, INC.;                 §
SOUTH ATLANTIC SERVICES, INC.; SOUTH                §
COAST TERMINALS; SOUTHERN CORE                      §
SUPPLY, INC.; SOUTHERN DISCOUNT                     §
VACUUM SERVICE; SOUTHERN HEAT                       §
EXCHANGER SERVICES, INC.; SOUTHERN                  §
TECHNOLOGIES SERVICES; SOUTHERN                     §
TECHNOLOGIES INC.; SOUTHWASTE                       §
DISPOSAL, LLC; SOUTHWEST                            §
GALVANIZING; SPARKLER FILTERS, INC.;                §
SPECIALIZED MAINTENANCE SERVICES,                   §
INC.; SPECIALIZED WASTE SYSTEMS, INC.;              §
SPECIALTY CHEMICAL PRODUCTS, INC.;                  §
SPECIALTY METAL FINISHING, INC.;                    §
SPECIALTY RETAILERS, INC.; SPEED &                  §
SPORT CHROME PLATING, INC.; SPLISH                  §
SPLASH; SPRINT WASTE SERVICES LP;                   §
STAR TEXAS TRUCK & FABRICATION,                     §
INC.; VACUUM TRUCK RENTALS, LLC;                    §
STARCO ENERGY GP, LLC; STEPHEN F.                   §
AUSTIN STATE UNIVERSITY; STEVE                      §
SOUTH; STEWART & STEVENSON LLC;                     §
STRESS ENGINEERING SERVICES, INC.;                  §
STRIPING UNLIMITED CORP.; SUGARLAND                 §
PETROLEUM, INC.; SULZER PUMPS (US)                  §
INC.; SUN COAST RESOURCES, INC.;                    §
SUNBELT STEEL TEXAS, INC.; SUNCOAST                 §
CHEMICALS, INC.; SUNDANCE FUELS,                    §
LTD.; SUNTECH; THE SWEET LAKE LAND                  §
& OIL CO., LLC; SYNTECH CHEMICALS,                  §
INC.; T&L ENVIRONMENTAL SERVICES,                   §
INC.; TAP, INC. D/B/A BIG K                         §
ENVIRONMENTAL; .; TAS CONSTRUCTION;                 §
TBC BRINADD INTERNATIONAL, LLC; TGS-                §
NOOPEC GEOPHYSICAL CO. D/B/A TGS-                   §
NOPEC CORP.; TMC ENGINEERING                        §
SERVICES, INC.; TMT ASSOCIATES; TS                  §
INDUSTRIES, INC. D/B/A GOLD TECH                    §
INDUSTRIES; TXU CORPTASKER                          §

MANUFACTURING CORP.; TASKER §
PRODUCTS CORP.; TASKER CAPITAL §
CORP.; TAUBER OIL CO.; TAYLOR PRESS §
PRODUCTS CO.; TEADIT N.A., INC.; TELL §
MANUFACTURING, INC.; TENARIS COILED §
TUBES LLC; TEODORO HINOJOSA, INC. §
D/B/A HET ENVIRONMENTAL; TETRA §
TECH, INC.; TESCO CORP.; TEX §
ENVIRONMENTAL EXPRESS; TEX-TUBE §
CO.; TEXAS A&M UNIVERSITY; TEXAS §
COMMISSION ON ENVIRONMENTAL §
QUALITY; TEXAS COUPLINGS, L.P.; TEXAS §
DEPARTMENT OF CRIMINAL JUSTICE; §
TEXAS DEPARTMENT OF §
TRANSPORTATION; TEXAS EZPAWN, L.P. §
D/B/A EZPAWN; TEXAS GENERAL LAND §
OFFICE; WESTERN SEAFOOD CO.; TEXAS §
INDUSTRIAL RADIATOR, INC.; TEXAS §
INTERNATIONAL BOX COMPANY & §
RENTALS, INC.; TEXAS INTERNATIONAL §
BOX CO.; TEXAS MEDICAL CENTER CORP.; §
TEXAS SOUTHERN UNIVERSITY; TEXAS §
STATE UNIVERSITY SYSTEM; TEXAS §
STEEL CONVERSION, INC.; TEXAS §
STERLING CONSTRUCTION CO.; TEXAS §
TRUCK STOP; TEXAS WASTE §
MANAGEMENT; TEXAS WASTE SERVICES; §
TEXAS WATER MANAGEMENT LLC; §
THERMA-TRU CORP.; THERMAL ENERGY §
CORP.; THERMAL SEAL INC.; THOMAS §
PETROLEUM, LLC; THOMASON FAMILY §
CORP.; THYSSENKRUPP NORTH AMERICA, §
INC.; TIDEPORT DISTRIBUTING, INC.; §
TIDEWATER INC.; TIONA TRUCK LINE, §
INC.; TOP NOTCH TRANSPORTATION, INC.; §
TRANS-GLOBAL SOLUTIONS, INC.; §
TRANSCONTINENTAL GAS PIPE LINE CO., §
LLC; TRANSMONTAIGNE PRODUCT §
SERVICES INC.; HEIDMAR INC.; §
TRANSPORT SERVICE, LLC; §
TRANSWESTERN; TRECK §
ENVIRONMENTAL; TREE TOP §
APARTMENTS; TRELLEBORG OFFSHORE §
US, INC.; TRI-STAR PROTECTOR SERVICES §
CO.; TRIAD TRANSPORT, INC.; TRIFETA; §
TRINITY INDUSTRIES, INC.; TROJAN; TROY §

OATAS; TRUCK ENVIRONMENTAL; TRUCK                §
TRANSPORT, INC.; TUG BOAT MISS BB-               §
MARINE; TURBINE CHROME SERVICES                  §
INC.; TURNECO OIL AND SERVICE;                   §
TURNER CO.; TWENTIETH CENTURY FOX                §
FILM CORP.; TYLER MD HOLDINGS LLC;               §
URS CORP.; US LIQUIDS; USA                       §
ENVIRONMENT, LP; USA INDUSTRIAL                  §
SERVICES; USA TRUCK INC.; USA                    §
VACUUM, LLC; USES, INC.; UST; UNION              §
PACIFIC CORP.; UWTS; UNIQUE                      §
MAINTENANCE; UNIQUE SANITATION,                  §
INC.; UNITAN-TEXAS INC.; UNITED CRANE;           §
UNITED ENVIRONMENTAL SERVICES, LLC;              §
UNITED PARCEL SERVICE OF AMERICA,                §
INC.; UNITED PETROLEUM TRANSPORTS,               §
INC.; UNITED POLYMER TECHNOLOGY;                 §
UNITED STATES ARMY RESERVE 88TH                  §
REGIONAL SUPPORT COMMAND; UNITED                 §
STATES COAST GUARD; UNITED STATES                §
NAVY; UNIVERSAL MARITIME SERVICE                 §
CORP.; UNIVERSAL COMPRESSION                     §
HOLDINGS, INC.; EXTERRAN HOLDINGS,               §
INC.; UNIVERSITY OF HOUSTON; THE                 §
UNIVERSITY OF TEXAS SYSTEM; USAG                 §
RECYCLING, INC.; VAM USA, LLC;                   §
VAALCO ENERGY, INC.; VALKYRIE                    §
COMMISSIONING SERVICES, INC.;                    §
VALLOUREC STAR, LP; VALLOUREC TUBE-              §
ALLOY, LLC; VANGUARD CAR RENTAL                  §
USA, LLC; VEOLIA ES INDUSTRIAL                   §
SERVICES, INC.; VERDE ENVIRONMENTAL,             §
INC.; VETCO GRAY INC.; VIRGINIA BAY;             §
W-S INDUSTRIAL SERVICES, INC.; WSI               §
INDUSTRIAL SAFETY; W. PERRY'S INC.;              §
W.R. GRACE & CO.; THE WAGGONERS                  §
TRUCKING; WAL-MART STORES, INC.;                 §
WASH DEPOT HOLDINGS INC.; WASTE                  §
CORROSIVE LIQUIDS; WASTE OIL RIG UP;             §
WASTE WATER TREATMENT INC.; WATCO                §
DOCK AND RAIL, LLC; WEATHERFORD                  §
U.S., L.P.; WEATHERLY TRUCK LINES; THE           §
WENDY'S COMPANY; WEST OIL CORP.;                 §
WEST WAY; WESTERN OILFIELDS SUPPLY               §
CO. D/B/A RAIN FOR RENT; WESTERN                 §
PROPERTIES, INC.; WESTWIND                       §

PROPERTIES; WESTWOOD PROPERTIES;          §
WETATRAM, INC.; WHITECLIFF                 §
ENTERPRISES; WIDE LITE CORP.; WIER         §
ENTERPRISES, INC.; WILLIAMS BROTHERS       §
CONSTRUCTION CO., INC.;                     §
WILLOWBROOK; WILSON SUPPLY; WING           §
AVIATION CHARTER SERVICES LLC; WING        §
JET CENTER, LLC; WINN FUEL SYSTEMS,         §
INC.; WOLAR INDUSTRIAL, INC.; XXTREME      §
PIPE SERVICES, LLC; XYLEM INC.; YWCA;      §
YORK INTERNATIONAL CORPORATION;            §
YOUNGER BROTHERS INC.; ZION                 §
GROCERY; AND ZUST BACHMEIER OF             §
SWITZERLAND INC.,                           §
                                            §
                  Defendants.               §

## **COMPLAINT**

For its Complaint, Plaintiff USOR Site PRP Group ("USOR Site PRP Group"), by and

through counsel, alleges as follows:

### **STATEMENT OF THE CASE**

1.      This is a civil action pursuant to the provisions of the Comprehensive

Environmental Response, Compensation and Liability Act of 1980, as amended, 42 U.S.C. §

9601 *et seq.* ("CERCLA") and the Texas Solid Waste Disposal Act, Tex. Health & Safety Code

Ann. § 361.001 *et seq.* ("TSWDA"), for recovery of past and future response costs incurred and

to be incurred by the USOR Site PRP Group for response activities undertaken and to be

undertaken at the U.S. Oil Recovery Superfund Site, which consists of property located at 200

North Richey Street and 400 North Richey Street in the City of Pasadena, Harris County, Texas,

as well as any area where hazardous substances that migrated from the U.S. Oil Recovery

Superfund Site have come to be located (hereinafter "USOR Site").

2.      The USOR Site PRP Group seeks cost recovery and contribution from each

Defendant pursuant to Sections 107(a) and 113(f) of CERCLA, 42 U.S.C. §§ 9607(a) and

9613(f), and pursuant to Sections 361.343 and 361.344 of the TSWDA, Tex. Health & Safety

Code Ann. §§ 361.343, 361.344, for past and future response costs which the USOR Site PRP

Group has paid and may pay in the future at the USOR Site, along with a declaration as to each

Defendant's liability and an allocation of past and future response costs among all parties.

3.     The USOR Site PRP Group also seeks damages on its breach-of-contract claims

against Defendants Norson Services LLC, USA Environmental, LP and USAg Recycling, Inc.

## JURISDICTION AND VENUE

4.     This Court has jurisdiction over the subject matter of this action pursuant to

Sections 107(a) and 113(b) of CERCLA, 42 U.S.C. §§ 9607(a) and 9613(b), providing

jurisdiction over controversies arising under CERCLA; and pursuant to 28 U.S.C. § 1331,

providing for jurisdiction over controversies involving federal questions of law. This Court has

supplemental jurisdiction over the TSWDA and breach-of-contract claims since the federal and

state law claims in this cause derive from the same set of facts.

5.     Venue is proper in this district pursuant to Sections 107(a) and 113(b) of

CERCLA, 42 U.S.C. §§ 9607(a) and 9613(b); 28 U.S.C.§§ 1391(b) and (c); and Section 361.344

of the TSWDA, Tex. Health & Safety Code Ann. § 361.344, because the release or threatened

release of hazardous substances occurred at or from the USOR Site located in this judicial

district and in Harris County.

## ALLEGATIONS COMMON TO ALL CLAIMS

6.     The USOR Site encompasses approximately 18 acres and consists of two separate

properties located at the former U.S. Oil Recovery facility at 400 N. Richey Street and the MCC

Recycling facility at 200 N. Richey Street, respectively, in the City of Pasadena, Harris County,

Texas. The 200 N. Richey Street property was a former sewage treatment plant owned by

Defendant City of Pasadena, Texas from approximately 1945 until it was acquired by U.S. Oil Recovery in January 2009.

7.     Throughout its operating life, the U.S. Oil Recovery facility portion of the USOR Site received and performed wastewater pretreatment of municipal and Industrial Class I and Class II wastewater, characteristically hazardous waste, used oil and oily sludges, and municipal solid waste. Associated operations were conducted at the MCC Recycling facility portion of the USOR Site after it was acquired by U.S. Oil Recovery from the City of Pasadena in January 2009.

8.     U.S. Oil Recovery kept track of materials that were brought to the USOR Site through hazardous waste manifests and invoices (hereinafter collectively "USOR Site Records").

9.     The USOR Site property was abandoned by the owners and operators in June 2010. In July 2010, a State court appointed a Receiver with legal custody and control over the USOR Site. Among other things, the Receiver's role is to assist the USOR Site PRP Group in its performance of EPA-approved response actions at the USOR Site.

10.     On July 1, 2010, the Texas Commission on Environmental Quality ("TCEQ") and Harris County Public Health and Environmental Services ("HCPHES") contacted the National Response Center ("NRC") and U.S. Environmental Protection Agency ("EPA") hotlines requesting assistance in stabilizing the Site and managing a large volume of hazardous substances and waste in preparation for a significant weather season, based on the historical USOR Site knowledge and the near proximity to Vince Bayou.

11.     As of July 2010, the U.S. Oil Recovery facility portion of the USOR site included 225 (25 cubic yard) roll-off containers; approximately 797 (55 gallon) drums; approximately 212 (300 to 400 gallon) totes; approximately 24 (1,000 to 30,000 gallon) above-ground storage tanks

("ASTs") in varying degrees of operability outside on the north end of the facility with secondary containments; an approximate 300,000 gallon capacity dual cell bioreactor in poor condition located in the northwest side of the U.S. Oil Recovery facility portion with approximately 3 to 4 feet of material (liquids, sludge and solids) and structural damage (reportedly from March-April 2009); 2 (20,000 gallon) frac tanks in good condition; a large full retention pond on the west side of the U.S. Oil Recovery facility portion; and a parking lot with standing waster between the office and the warehouse.

12.     The MCC facility portion of the USOR Site was operated out of the U.S. Oil Recovery facility portion, but is located on both sides of Vince Bayou just southeast across the railroad tracks from the U.S. Oil Recovery facility. As of July 2010, the northeast section of the MCC facility portion consisted of 2 clarifiers, 2 oxygen digestors, an oxygen activation sludge unit, an oxygen plant, a chlorination building, a lift station, a gravity thickener, an aerobic digester, a belt filter press building, a pump control room, and a chlorine contact tank (basin/concrete containment area). As of July 2010, the southwest section of the MCC facility portion consisted of a high-rate trickling filter, an oil-water separator, a primary clarifier, a final clarifier, and 2 lift stations.

13.     EPA conducted three emergency response actions at the USOR Site in July 2010, November 2010 and January 2011, respectively.

14.     EPA and its contractors performed preliminary assessments at the USOR Site on July 2, 2010, November 9, 2010 and January 25, 2011. These preliminary assessments identified and observed the historic an ongoing release of hazardous substances from the USOR Site property, both at the U.S Oil Recovery facility and the MCC facility portions of the USOR Site.

15.     On July 2, 2010, EPA activated Emergency Rapid Response Services ("ERRS") contractors to the USOR Site to contain off-site migration, mitigate the threat, and stabilize the USOR Site. Containment actions included placement of booms and absorbent pads, use of pumps and 13 frac tanks, and establishing temporary staging areas for warehouse drums and totes following segregation. Mitigation actions included dropping containment content elevations to below overflow threat levels creating free-board or emptying completely, drum over-packing, drum and tote sampling and assessing by filed hazards characterization analysis, drum and tote segregating and marking, securing roll-off containers (with tarps, bows, or poles as needed), and securing perimeter fencing (repaired section of damaged fence and replaced missing locks).

16.     Contaminated liquids at the USOR Site that accumulated from overflowing roll-off containers, containments, secondary containments, the retention pond, unloading bays, leaking drums and totes, and the parking lot were shipped off-site and disposed of at the Inter Gulf Corporation facility in Pasadena, Texas. The total volume of contaminated liquids removed from the USOR Site during EPA's three emergency response actions was approximately 833,500 gallons. Some of the liquids were neutralized to bring the pH above 2.0 for disposal facility acceptance. Drums and totes inside the warehouse were marked according to field hazard characterization analyses, segregated, over-packed if necessary, and staged according to hazard class.

17.     On November 8, 2010, the EPA On Scene Coordinator ("OSC") was contacted by TCEQ and requested additional response assistance at the USOR Site to manage USOR Site runoff of contaminated storm water. EPA activated ERRS contractors and Superfund Technical Assessment and Response Team ("START-3") contractors to mobilize to the USOR Site, contain off-site migration, mitigate the threat, and stabilize the USOR Site. Containment actions included

placement of booms and absorbent pads, use of pumps and vacuum trucks, and shipment of liquids for disposal/fuels blending. Mitigation actions included dropping containment content elevations to below overflow threat levels creating free-board or emptying completely, drum and tote management, and containment spray wash where needed or practical. Stabilization actions included reassessing and mitigating any potential threats at the U.S. Oil Recovery facility and MCC facility portions of the USOR Site, respectively.

18.     Contaminated liquids that accumulated from overflowing containments, secondary containments, unloading bays, leaking drums and totes, and the parking lot were shipped off-site and disposed of at the Inter Gulf Corporation facility in Pasadena, Texas. Some of the liquids were neutralized to bring the pH above 2.0 for disposal facility acceptance. Some liquids received treatment to address significant hydrogen sulfide levels prior to disposal facility acceptance. Drums and totes inside the warehouse were managed to continue appropriate segregation and containment. Containments and secondary containments that were open to the elements were emptied of liquids and sludges to minimize future overflow and off-site contamination. Sludges were sampled, transported and disposed of accordingly at the Waste Management facility in Conroe, Texas and the U.S. Ecology facility in Robstown, Texas, respectively.

19.     During EPA's emergency response actions at the USOR Site, hazardous substances were detected at and around the USOR Site. Acetone was detected at 1,390 and 1,400 µg/L in samples collected from two uncontrolled releases at the MCC facility portion of the USOR Site, which were draining directly into Vince Bayou. Acetone was also detected in the water sample collected from the top 12 inches of water in the retention pond. Benzene was detected at 18.9 and 46.4 µg/L in samples collected from two uncontrolled releases at the MCC

facility portion of the USOR Site, which were draining directly into Vince Bayou. Benzene was also detected at 3.75 mg/L in a sludge sample collected from an AST in the north tank farm at the U.S. Oil Recovery facility portion of the USOR Site. Ethyl benzene was detected at 57.5 and 757 µg/L in samples collected from two uncontrolled releases at eh MCC facility portion of the USOR Site, which were draining directly into Vince Bayou. Toluene was detected at 70 and 258 µg/L in samples collected from two uncontrolled releases at the MCC facility portion of the USOR Site, which were draining directly into Vince Bayou. Xylenes were detected at 426 and 4,320 µg/L in samples collected from two uncontrolled releases at the MCC facility portion of the USOR Site, which were draining directly into Vince Bayou. Methyl ethyl ketone was detected at 203 and 198 µg/L in samples collected from two uncontrolled releases at the MCC facility portion of the USOR Site, which were draining directly into Vince Bayou. Methyl ethyl ketone was also detected at 0.695 mg/L in a sludge sample collected from an AST in the north tank farm at the U.S. Oil Recovery facility portion of the USOR Site. Hydrogen sulfide was detected as high as 1,000 ppm in the liquids recovered from the north tank farm at the U.S. Oil Recovery facility portion of the USOR Site. Sodium hydroxide was detected in an above-ground poly-tank at the U.S. Oil Recovery facility portion of the USOR Site.

20.     On August 25, 2011, several potentially responsible parties ("PRPs"), including members of the USOR Site PRP Group, entered into an "Administrative Settlement Agreement and Order on Consent for Removal Action," CERCLA Docket No. 06-10-11 ("Removal Action AOC") with EPA to perform specified remaining time-critical removal action activities at the USOR Site, which activities are not yet completed.

21.     The Removal Action AOC also requires members of the USOR Site PRP Group to pay future response costs incurred by EPA at the USOR Site after the effective date of the

Removal Action AOC (August 25, 2011), which are not inconsistent with the National Oil and Hazardous Substances Pollution Contingency Plan promulgated pursuant to Section 105 of CERCLA, 42 U.S.C. § 9605, codified at 40 C.F.R. Part 300, and any amendments thereto ("NCP").

22.     To date, the removal action activities conducted by the USOR Site PRP Group under the Removal Action AOC include: (1) USOR Site security and video monitoring; (2) regular inspections of the USOR Site; (3) pump down/removal of liquids as necessary to prevent releases from containment areas; (4) removal/disposal of sludges and liquids from two frac tanks and 185 roll-off containers that are on-site; (5) removal/disposal of liquids, sludges and PVC piping from the bioreactor located on the U.S. Oil Recovery facility portion of the USOR Site; (6) demolition of the bioreactor; and (7) removal of concrete/steel bioreactor demolition debris. As part of these efforts, the USOR Site PRP Group has removed and transported off-site approximately 1,500,000 gallons of liquids and 2,300 tons of sludges.

23.     As part of the Removal Action AOC efforts, the USOR Site PRP Group has also completed the assessment of approximately 1,100 containers (drums and totes) from within the warehouse and other areas on the U.S Oil Recovery facility portion of the USOR Site. Following receipt of analytical data for sample collected from these containers, a plan for removal and off-site disposal of the containers and their contents will be developed an implemented.

24.     As part of the Removal Action AOC efforts, the USOR Site PRP Group is also making plans to sample, characterize and remove the contents of approximately 30 ASTs located on within the tank farm at the USOR Site. Additional removal actions are anticipated to be performed in 2014, or as USOR Site conditions warrant action, consistent with the requirements of the Removal Action AOC.

25.    To date, the USOR Site PRP Group has incurred at least $4,950,000 in response costs at the USOR Site to perform the removal action activities required by the Removal Action AOC, including reimbursement of EPA response costs.

26.    The USOR Site PRP Group will continue to incur response costs to perform the removal action activities required by the Removal Action AOC, including reimbursement of EPA response costs.

27.    The USOR Site PRP Group is also currently negotiating with EPA to conduct a remedial investigation and feasibility study ("RI/FS") at the U.S. Oil Recovery facility portion of the USOR Site, which will be consummated in a separate "Administrative Settlement Agreement an Order on Consent" with EPA.

28.    To date, the USOR Site PRP Group has voluntarily incurred at least an additional $175,000 in response costs in its continuing efforts with EPA, including the negotiations over the RI/FS for the U.S. Oil Recovery facility portion of the USOR Site.

29.    In addition, the USOR Site PRP Group has voluntarily incurred other response costs, including consultant and attorney's fees and expenses to search for other PRPs associated with the USOR Site, and other consultant and attorney's fees and expenses that are closely tied to the response actions at the USOR Site, which the USOR Site PRP Group is also entitled to recover against parties liable under CERCLA and/or the TSWDA.

30.    The USOR Site PRP Group will continue to incur millions of dollars in response costs to conduct response actions at the USOR Site required by EPA and/or the State of Texas.

**THE PARTIES**

31.    The USOR Site PRP Group consists of the following entities in their own right, and as assignees of all entities who have or will assign their CERCLA and TSWDA cost-

recovery and contribution rights to the USOR Site PRP Group: Aerojet – General Corporation; Air Products and Chemicals, Inc.; Air Products LLC, as successor in interest to Air Products, L.P.; Akzo Nobel Polymer Chemicals LLC; AllChem Services, Inc.; Allied Petrochemical, LLC; American Acryl LP; American Springwire Corp.; American Valve & Hydrant Mfg. Company; Andrews Transport, L.P.; Ashland Inc.; Baker Petrolite Corporation; BASF Corporation as successor in interest to CIBA Corporation; Blentech Corporation; BNSF Railway Co.; BP Products North America Inc.; Centerpoint Energy Pipeline Services, Inc.; Champion Technologies, Inc.; Channel Shipyard Company Inc.; Continental Airlines, Inc.; Cook Composites & Polymers; Cray Valley USA, LLC; Crown Cork & Seal; Dana Container, Inc.; Drew Chemical; DCP Midstream, LP (Raywood Gas); The Dow Chemical Company, on behalf of Johann Haltermann Ltd. and Haltermann Incorporated; DuraTherm, Inc.; Dynegy Midstream (n/k/a Targa Downstream LLC); Enterprise Products Operating LLC on behalf of Enterprise Products Operating, LLC, Enterprise Refined Products Company, LLC, Enterprise TE Products Pipeline Company, LLC, and Enterprise Transportation Company; Explorer Pipeline Company; FMC Technologies, Inc.; Forge USA; Garner Environmental Services, Inc.; GATX Corporation; GE Betz, Inc.; General Dynamics Ordnance and Tactical Systems, Inc.; Groendyke Transport, Inc.; Houston Pipe Line Company LP; INEOS Polyethylene North America; INEOS Polymers Inc. (f/k/a Innovene Polymers Inc.); INEOS Styrenics, LLC ( f/k/a/ INEOS Nova, LLC); Inkjet, Inc.; Keith, Inc.; Kern-Lievers Texas, Inc.; KMCO, LLP; KMTEX, LTD.; LBC Houston, L.P.; Leedo Building Solutions; Louisiana-Pacific Corp.; The Lubrizol Corporation; Magellan Terminals Holdings, L.P.; Marathon Petroleum Company Texas Refining; MEMC Pasadena, Inc.; Mitsubishi Caterpillar Forklift America Inc.; Momentive Specialty Chemicals Inc. (f/k/a Hexion Specialty Chemicals and Borden Chemical); Norman Transport, Inc.; NOV Inc.;

ONEOK Hydrocarbon Southwest, L.L.C.; PTL3 Liabilities Holding, L.P.; P Chem, Inc.; Pilot Industries of Texas; Quala Systems, Inc. (Indemnitor of 69. Qualawash Holdings, LLC); ROHMAX USA Inc. Houston; Safety-Kleen Systems, Inc.; Schlumberger Technology Corporation; Schneider National Bulk Carriers, Inc.; Southwest Shipyard, L.P.; Stolt-Nielsen USA Inc.; The Sun Products Corporation; Superior Packaging & Distribution, L.P.; Texas Barge & Boat, Inc.; Texas Oil and Gathering, Inc.; Texas Tile Manufacturing LLC; Texas United Pipe; Texmark Chemicals, Inc.; TPC Group LLC; Trimac Transportation South Inc.; TT Barge Services Mile 237, LLC; TT Barge Cleaning, Inc.; United States Steel Corporation and its subsidiaries, U.S. Steel Tubular Products, Inc. and U.S. Steel Oilwell Services, LLC, on behalf of Delta Tubular Processing and Delta Tubular International; Valero Refining Company – Texas, LP; Vopak Terminal Galena Park; Walbar, Inc. d/b/a Engine Components Goodrich Corporation); Western Waste of Texas, L.L.C.; and West Texas Drum Company.

32.     According to USOR Site Records, Defendant A&M Contractors, Inc. ("A&M Contractors") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,848 gallons of waste containing hazardous substances owned or possessed by A&M Contractors, at the USOR Site.

33.     By letter dated December 5, 2013, the USOR Site PRP Group notified A&M Contractors of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered A&M Contractors the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

34.     To date, A&M Contractors has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

35.     According to USOR Site Records, Defendant A&R Transport, Inc. ("A&R Transport") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2 gallons of waste containing hazardous substances owned or possessed by A&R Transport, at the USOR Site.

36.     By letter dated December 5, 2013, the USOR Site PRP Group notified A&R Transport of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered A&R Transport the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

37.     To date, A&R Transport has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

38.     According to USOR Site Records, Defendant A-1 Peterson Plumbing, Inc. ("A-1 Peterson") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,400 gallons of waste containing hazardous substances owned or possessed by A-1 Peterson, at the USOR Site.

39.     By letter dated December 5, 2013, the USOR Site PRP Group notified A-1 Peterson of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered A-1 Peterson the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

40.     To date, A-1 Peterson has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

41.     According to USOR Site Records, Defendant A-1 Smith's Septic Service, Inc. ("A-1 Septic") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,500 gallons of waste containing hazardous substances owned or possessed by A-1 Septic, at the USOR Site.

42.     By letter dated December 5, 2013, the USOR Site PRP Group notified A-1 Septic of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered A-1 Septic the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

43.     To date, A-1 Septic has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

44.     According to USOR Site Records, Defendant A-Bear Construction, Inc. ("A-Bear Construction") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 110 gallons of waste containing hazardous substances owned or possessed by A-Bear Construction, at the USOR Site.

45.     To date, A-Bear Construction has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

46.     According to USOR Site Records, Defendant A-One Chemicals & Equipment Company, Inc. ("A-One Chemicals") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least

960 gallons of waste containing hazardous substances owned or possessed by A-One Chemicals, at the USOR Site.

47.     By letter dated December 5, 2013, the USOR Site PRP Group notified A-One Chemicals of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered A-One Chemicals the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

48.     To date, A-One Chemicals has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

49.     According to USOR Site Records, Defendant A-Vac Septic Service, L.L.C. ("A-Vac Septic") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 6,785 gallons of waste containing hazardous substances owned or possessed by A-Vac Septic, at the USOR Site.

50.     By letter dated December 5, 2013, the USOR Site PRP Group notified A-Vac Septic of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered A-Vac Septic the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

51.     To date, A-Vac Septic has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

52.     According to USOR Site Records, Defendant AAA Cooper Transportation, Inc. ("AAA Cooper") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, at least 10,263 gallons of waste containing hazardous substances owned or possessed by, at the USOR Site.

53.     By letter dated December 5, 2013, the USOR Site PRP Group notified AAA Cooper of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered AAA Cooper the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

54.     To date, AAA Cooper has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

55.     According to USOR Site Records, Defendant AAA Flexible Pipe Cleaning Co., Inc. ("AAA Flexible Pipe") accepted at least 2,116 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by AAA Flexible Pipe.

56.     To date, AAA Flexible Pipe has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

57.     According to USOR Site Records, Defendant AAR Inc. ("AAR") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,000 gallons of waste containing hazardous substances owned or possessed by AAR, at the USOR Site.

58.     By letter dated December 5, 2013, the USOR Site PRP Group notified AAR of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered AAR the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

59. To date, AAR has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

60. According to USOR Site Records, Defendant ABB Inc. ("ABB") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,500 gallons of waste containing hazardous substances owned or possessed by ABB, at the USOR Site.

61. To date, ABB has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

62. According to USOR Site Records, Defendant ADA Resources, Inc. ("ADA Resources") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least total 5,500 gallons of waste containing hazardous substances owned or possessed by ADA Resources, at the USOR Site.

63. By letter dated December 5, 2013, the USOR Site PRP Group notified ADA Resources of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered ADA Resources the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

64. To date, ADA Resources has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

65. According to USOR Site Records, Defendant APAC Texas, Inc. ("APAC") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a

transporter for transport for disposal or treatment, at least 120 gallons of waste containing hazardous substances owned or possessed by APAC, at the USOR Site.

66.     By letter dated December 5, 2013, the USOR Site PRP Group notified APAC of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered APAC the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

67.     To date, APAC has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

68.     According to USOR Site Records, Defendant Arc Ent ("Arc Ent") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,500 gallons of waste containing hazardous substances owned or possessed by Arc Ent, at the USOR Site.

69.     By letter dated December 5, 2013, the USOR Site PRP Group notified Arc Ent of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Arc Ent the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

70.     To date, Arc Ent has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

71.     According to USOR Site Records, Defendant AT Systems ("AT Systems") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a

transporter for transport for disposal or treatment, at least 3 gallons of waste containing hazardous substances owned or possessed by AT Systems, at the USOR Site.

72.     To date, AT Systems has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

73.     According to USOR Site Records, Defendant ("ASAP Motors") Motors by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,400 gallons of waste containing hazardous substances owned or possessed by ASAP Motors, at the USOR Site.

74.     By letter dated December 5, 2013, the USOR Site PRP Group notified ASAP Motors of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered ASAP Motors the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

75.     To date, ASAP Motors has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

76.     Defendant AWC Frac Valves Inc. ("AWC Frac") is the successor to and/or is formerly known as American Well Control, Inc. ("American Well").

77.     According to USOR Site Records, American Well by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 330 gallons of waste containing hazardous substances owned or possessed by American Well, at the USOR Site.

78.     By letter dated December 5, 2013, the USOR Site PRP Group notified American Well of the existence of the release or threatened release of hazardous substances at the USOR

Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered American Well the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

79.     To date, AWC Frac has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

80.     Defendant AT&T, Inc. ("AT&T") is the successor to and/or is formerly known as SBC Communications Inc. ("SBC Communications").

81.     According to USOR Site Records, SBC Communications by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,020 gallons of waste containing hazardous substances owned or possessed by SBC Communications, at the USOR Site.

82.     By letter dated December 5, 2013, the USOR Site PRP Group notified SBC Communications of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered SBC Communications the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

83.     To date, AT&T has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

84.     According to USOR Site Records, Defendant Aaron Enterprise, LLP ("Aaron Enterprise") accepted at least 2,900 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Aaron Enterprise.

85.     To date, Aaron Enterprise has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

86.     According to USOR Site Records, Defendant Accurate Precision Plating LLC ("Accurate Precision") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 19,213 gallons of waste containing hazardous substances owned or possessed by Accurate Precision, at the USOR Site.

87.     By letter dated December 5, 2013, the USOR Site PRP Group notified Accurate Precision of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Accurate Precision the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

88.     To date, Accurate Precision has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

89.     According to USOR Site Records, Defendant Accutest Laboratories Gulf Coast, Inc. ("Accutest Laboratories") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 364 gallons of waste containing hazardous substances owned or possessed by Accutest Laboratories, at the USOR Site.

90.     By letter dated December 5, 2013, the USOR Site PRP Group notified Accutest Laboratories of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Accutest Laboratories the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

91.     To date, Accutest Laboratories has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

92.     According to USOR Site Records, Defendant Advance Logistics ("Advance Logistics") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3 gallons of waste containing hazardous substances owned or possessed by Advance Logistics, at the USOR Site.

93.     By letter dated December 5, 2013, the USOR Site PRP Group notified Advance Logistics of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Advance Logistics the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

94.     To date, Advance Logistics has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

95.     According to USOR Site Records, Defendant Advanced Disposal Systems, Inc. ("Advanced Disposal") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 330 gallons of waste containing hazardous substances owned or possessed by Advanced Disposal, at the USOR Site.

96.     By letter dated December 5, 2013, the USOR Site PRP Group notified Advanced Disposal of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Advanced Disposal the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

97.     To date, Advanced Disposal has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

98.     According to USOR Site Records, Defendant Advanced Environmental Services ("Advanced Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,100 gallons of waste containing hazardous substances owned or possessed by Advanced Environmental, at the USOR Site.

99.     By letter dated December 5, 2013, the USOR Site PRP Group notified Advanced Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Advanced Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

100.     To date, Advanced Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

101. According to USOR Site Records, Defendant Advanced Excavation File Services ("Advanced Excavation") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,600 gallons of waste containing hazardous substances owned or possessed by Advanced Excavation, at the USOR Site.

102. By letter dated December 5, 2013, the USOR Site PRP Group notified Advanced Excavation of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Advanced Excavation the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

103. To date, Advanced Excavation has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

104. Defendant Advanced Vacuum Services LLC ("Advanced Vacuum Services") is the successor to and/or is formerly known as A-Affordable Vacuum Services ("A-Affordable Vacuum").

105. According to USOR Site Records, A-Affordable Vacuum by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 822,400 gallons of waste containing hazardous substances owned or possessed by A-Affordable Vacuum, at the USOR Site.

106. By letter dated December 5, 2013, the USOR Site PRP Group notified A-Affordable Vacuum of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the

release or threatened release of hazardous substances at the USOR Site; and offered A-Affordable Vacuum the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

107.    To date, Advanced Vacuum Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

108.    According to USOR Site Records, Defendant The Advent Group, LLC ("Advent Group") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 20 gallons of waste containing hazardous substances owned or possessed by Advent Group, at the USOR Site.

109.    By letter dated December 5, 2013, the USOR Site PRP Group notified Advent Group of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Advent Group the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

110.    To date, Advent Group has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

111.    According to USOR Site Records, Defendant Affordable Environmental Solutions ("Affordable Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 43,943 gallons of waste containing hazardous substances owned or possessed by Affordable Environmental, at the USOR Site.

112.    By letter dated December 5, 2013, the USOR Site PRP Group notified Affordable Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Affordable Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

113.    To date, Affordable Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

114.    According to USOR Site Records, Defendant Aguliar Bros. ("Aguliar Bros.") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 404 gallons of waste containing hazardous substances owned or possessed by Aguliar Bros., at the USOR Site.

115.    By letter dated December 5, 2013, the USOR Site PRP Group notified Aguliar Bros. of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Aguliar Bros. the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

116.    To date, Aguliar Bros. has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

117.    According to USOR Site Records, Defendant Air Transport International, Inc. ("Air Transport") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Air Transport, at the USOR Site.

118.   By letter dated December 5, 2013, the USOR Site PRP Group notified Air Transport of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Air Transport the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

119.   To date, Air Transport has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

120.   According to USOR Site Records, Defendant Airgas, Inc. ("Airgas") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 29,900 gallons of waste containing hazardous substances owned or possessed by Airgas, at the USOR Site.

121.   By letter dated December 5, 2013, the USOR Site PRP Group notified Airgas of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Airgas the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

122.   To date, Airgas has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

123.   According to USOR Site Records, Defendant Aker Solutions Inc. ("Aker Solutions") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, at least 7,700 gallons of waste containing hazardous substances owned or possessed by Aker Solutions, at the USOR Site.

124.    By letter dated December 5, 2013, the USOR Site PRP Group notified Aker Solutions of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Aker Solutions the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

125.    To date, Aker Solutions has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

126.    According to USOR Site Records, Defendant Alamo Environmental, Inc. ("Alamo Environmental") accepted at least 341,556 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Alamo Environmental.

127.    To date, Alamo Environmental has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

128.    According to USOR Site Records, Defendant Alamo Petroleum Exchange ("Alamo Petroleum") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 137,966 gallons of waste containing hazardous substances owned or possessed by Alamo Petroleum, at the USOR Site.

129.    By letter dated December 5, 2013, the USOR Site PRP Group notified Alamo Petroleum of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Alamo Petroleum the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

130. To date, Alamo Petroleum has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

131. According to USOR Site Records, Defendant Alasco Products, Inc. ("Alasco") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 36,138 gallons of waste containing hazardous substances owned or possessed by Alasco, at the USOR Site.

132. By letter dated December 5, 2013, the USOR Site PRP Group notified Alasco of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Alasco the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

133. To date, Alasco has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

134. According to USOR Site Records, Defendant Alcoa Inc. ("Alcoa") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 48,374 gallons of waste containing hazardous substances owned or possessed by Alcoa, at the USOR Site.

135. By letter dated December 5, 2013, the USOR Site PRP Group notified Alcoa of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened

release of hazardous substances at the USOR Site; and offered Alcoa the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

136.    To date, Alcoa has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

137.    According to USOR Site Records, Defendant Alliance International Forwarders, Inc. ("Alliance International") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,700 gallons of waste containing hazardous substances owned or possessed by Alliance International, at the USOR Site.

138.    By letter dated December 5, 2013, the USOR Site PRP Group notified Alliance International of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Alliance International the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

139.    To date, Alliance International has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

140.    Defendant Alliance Pastex, LLC ("Alliance Pastex") is the successor to Third Coast Industries ("Third Coast").

141.    According to USOR Site Records, Defendant Alliance Pastex, LLC ("Alliance Pastex") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 258,813 gallons of waste containing hazardous substances owned or possessed by Alliance Pastex, at the USOR Site.

142. According to USOR Site Records, Third Coast by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,600 gallons of waste containing hazardous substances owned or possessed by Third Coast, at the USOR Site.

143. By letters dated December 5, 2013, the USOR Site PRP Group notified Alliance Pastex and Third Coast of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Alliance Pastex and Third Coast the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

144. To date, Alliance Pastex has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

145. According to USOR Site Records, Defendant Alliance Processors, Inc. ("Alliance Processors") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 97,500 gallons of waste containing hazardous substances owned or possessed by Alliance Processors, at the USOR Site.

146. By letter dated December 5, 2013, the USOR Site PRP Group notified Alliance Processors of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Alliance Processors the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

147.    To date, Alliance Processors has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

148.    According to USOR Site Records, Defendant Allied Grease Services ("Allied Grease") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 235,203 gallons of waste containing hazardous substances owned or possessed by Allied Grease, at the USOR Site.

149.    By letter dated December 5, 2013, the USOR Site PRP Group notified Allied Grease of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Allied Grease the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

150.    To date, Allied Grease has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

151.    According to USOR Site Records, Defendant Allison Enterprises, Inc. ("Allison Enterprises") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 514,200 gallons of waste containing hazardous substances owned or possessed by Allison Enterprises, at the USOR Site.

152.    By letter dated December 5, 2013, the USOR Site PRP Group notified Allison Enterprises of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Allison Enterprises the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

153. To date, Allison Enterprises has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

154. According to USOR Site Records, Defendant Alpha Machine ("Alpha Machine") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 495 gallons of waste containing hazardous substances owned or possessed by Alpha Machine, at the USOR Site.

155. To date, Alpha Machine has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

156. According to USOR Site Records, Defendant Alternative Waste Solutions, Inc. ("Alternative Waste") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 24,259 gallons of waste containing hazardous substances owned or possessed by Alternative Waste, at the USOR Site.

157. By letter dated December 5, 2013, the USOR Site PRP Group notified Alternative Waste of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Alternative Waste the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

158.    To date, Alternative Waste has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

159.    According to USOR Site Records, Defendant Altivia Corp. ("Altivia") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 360,515 gallons of waste containing hazardous substances owned or possessed by Altivia, at the USOR Site.

160.    By letter dated December 5, 2013, the USOR Site PRP Group notified Altivia of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Altivia the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

161.    To date, Altivia has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

162.    According to USOR Site Records, Defendant Alvin Chemical Inc. ("Alvin Chemical") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 6 gallons of waste containing hazardous substances owned or possessed by Alvin Chemical, at the USOR Site.

163.    To date, Alvin Chemical has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

164.    According to USOR Site Records, Defendant American Electric Power Co., Inc. ("American Electric Power") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste

containing hazardous substances owned or possessed by American Electric Power, at the USOR Site.

165.    To date, American Electric Power has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

166.    According to USOR Site Records, Defendant American Air Liquide Holdings, Inc. ("Air Liquide") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 9 gallons of waste containing hazardous substances owned or possessed by Air Liquide, at the USOR Site.

167.    To date, Air Liquide has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

168.    According to USOR Site Records, Defendant American Tietek, LLC ("Tietek") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 6 gallons of waste containing hazardous substances owned or possessed by Tietek, at the USOR Site.

169.    To date, Tietek has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

170.    According to USOR Site Records, Defendant Americlean ("Americlean") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 216 gallons of waste containing hazardous substances owned or possessed by Americlean, at the USOR Site.

171.    By letter dated December 5, 2013, the USOR Site PRP Group notified Americlean of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Americlean the

opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

172.    To date, Americlean has refused to cooperate with the USOR Site PRP Group and

has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

173.    According to USOR Site Records, Defendant Ameridrives ("Ameridrives") by

contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a

transporter for transport for disposal or treatment, at least 1,730 gallons of waste containing

hazardous substances owned or possessed by Ameridrives, at the USOR Site.

174.    To date, Ameridrives has not paid any response costs incurred by the USOR Site

PRP Group at the USOR Site.

175.    According to USOR Site Records, Defendant AMOT Controls Corp. ("AMOT")

by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a

transporter for transport for disposal or treatment, at least 480 gallons of waste containing

hazardous substances owned or possessed by AMOT, at the USOR Site.

176.    By letter dated December 5, 2013, the USOR Site PRP Group notified AMOT of

the existence of the release or threatened release of hazardous substances at the USOR Site, and

that the USOR Site PRP Group intended to take steps to eliminate the release or threatened

release of hazardous substances at the USOR Site; and offered AMOT the opportunity to

voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

177.    To date, AMOT has refused to cooperate with the USOR Site PRP Group and has

not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

178.    According to USOR Site Records, Defendant Amrep, Inc. ("Amrep") by contract,

agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for

transport for disposal or treatment, at least 33,600 gallons of waste containing hazardous substances owned or possessed by Amrep, at the USOR Site.

179.     By letter dated December 5, 2013, the USOR Site PRP Group notified Amrep of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Amrep the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

180.     To date, Amrep has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

181.     According to USOR Site Records, Defendant Amtec ("Amtec") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,150 gallons of waste containing hazardous substances owned or possessed by Amtec, at the USOR Site.

182.     By letter dated December 5, 2013, the USOR Site PRP Group notified Amtec of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Amtec the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

183.     To date, Amtec has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

184.     According to USOR Site Records, Defendant Analytical Services, Inc. ("Analytical Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 110 gallons of

waste containing hazardous substances owned or possessed by Analytical Services, at the USOR Site.

185.    By letter dated December 5, 2013, the USOR Site PRP Group notified Analytical Services of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Analytical Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

186.    To date, Analytical Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

187.    According to USOR Site Records, Defendant Anderson Pollution Control, Inc. ("Anderson Pollution") accepted at least 143,300 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Anderson Pollution.

188.    By letter dated December 5, 2013, the USOR Site PRP Group notified Anderson Pollution of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Anderson Pollution the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

189.    To date, Anderson Pollution has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

190.    According to USOR Site Records, Defendant Angel Brothers Enterprises, Ltd. ("Angel Brothers") by contract, agreement, or otherwise arranged for disposal or treatment,

and/or arranged with a transporter for transport for disposal or treatment, at least 4,700 gallons of waste containing hazardous substances owned or possessed by Angel Brothers, at the USOR Site.

191.    To date, Angel Brothers has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

192.    According to USOR Site Records, Defendant Any Time Septic & Grease ("Any Time Septic") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 9,375 gallons of waste containing hazardous substances owned or possessed by Any Time Septic, at the USOR Site.

193.    By letter dated December 5, 2013, the USOR Site PRP Group notified Any Time Septic of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Any Time Septic the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

194.    To date, Any Time Septic has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

195.    Defendant Apache Global Painting, Inc. ("Apache Global Painting") is the successor to Apache Industrial Painting, Inc. ("Apache Industrial Painting").

196.    According to USOR Site Records, Apache Industrial Painting by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 360 gallons of waste containing hazardous substances owned or possessed by Apache Industrial Painting, at the USOR Site.

52

197.    By letter dated December 5, 2013, the USOR Site PRP Group notified Apache Industrial Painting of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Apache Industrial Painting the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

198.    To date, Apache Global Painting has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

199.    According to USOR Site Records, Defendant Apache Services, Inc. ("Apache Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 7,500 gallons of waste containing hazardous substances owned or possessed by Apache Services, at the USOR Site.

200.    By letter dated December 5, 2013, the USOR Site PRP Group notified Apache Services of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Apache Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

201.    To date, Apache Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

202.    According to USOR Site Records, Defendant Apple Auto Repair & Body Shop ("Apple Auto") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, at least 200 gallons of waste containing hazardous substances owned or possessed by Apple Auto, at the USOR Site.

203.    By letter dated December 5, 2013, the USOR Site PRP Group notified Apple Auto of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Apple Auto the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

204.    To date, Apple Auto has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

205.    According to USOR Site Records, Defendant Approved Oil Services LLC ("Approved Oil") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 18,450 gallons of waste containing hazardous substances owned or possessed by Approved Oil, at the USOR Site.

206.    By letter dated December 5, 2013, the USOR Site PRP Group notified Approved Oil of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Approved Oil the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

207.    To date, Approved Oil has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

208.    According to USOR Site Records, Defendant Approved Remediation & Recycling of Oil Waste, Inc. ("Approved Remediation") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or

treatment, at least 15,450 gallons of waste containing hazardous substances owned or possessed by Approved Remediation, at the USOR Site.

209.     By letter dated December 5, 2013, the USOR Site PRP Group notified Approved Remediation of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Approved Remediation the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

210.     To date, Approved Remediation has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

211.     According to USOR Site Records, Defendant Aqua Solutions, Inc. ("Aqua Solutions") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 474,255 gallons of waste containing hazardous substances owned or possessed by Aqua Solutions, at the USOR Site.

212.     By letter dated December 5, 2013, the USOR Site PRP Group notified Aqua Solutions of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Aqua Solutions the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

213.     To date, Aqua Solutions has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

214.    Defendant Arnold Transportation Services, Inc. ("Arnold Transportation") is the successor to Dannie Gilder, Inc. ("Dannie Gilder").

215.    According to USOR Site Records, Dannie Gilder by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 220 gallons of waste containing hazardous substances owned or possessed by Dannie Gilder, at the USOR Site.

216.    By letter dated December 5, 2013, the USOR Site PRP Group notified Dannie Gilder of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Dannie Gilder the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

217.    To date, Arnold Transportation has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

218.    According to USOR Site Records, Defendant Arrow Recycling ("Arrow Recycling") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,059 gallons of waste containing hazardous substances owned or possessed by Arrow Recycling, at the USOR Site.

219.    By letter dated December 5, 2013, the USOR Site PRP Group notified Arrow Recycling of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Arrow Recycling the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

220.     To date, Arrow Recycling has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

221.     According to USOR Site Records, Defendant Atlantic Aviation FBO, Inc. ("Atlantic Aviation FBO") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 6,700 gallons of waste containing hazardous substances owned or possessed by Atlantic Aviation FBO, at the USOR Site.

222.     By letter dated December 5, 2013, the USOR Site PRP Group notified Atlantic Aviation FBO of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Atlantic Aviation FBO the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

223.     To date, Atlantic Aviation FBO has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

224.     According to USOR Site Records, Defendant Atlantic Trading & Marketing Inc. ("Atlantic Trading") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 17,250 gallons of waste containing hazardous substances owned or possessed by Atlantic Trading, at the USOR Site.

225.     To date, Atlantic Trading has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

226.     According to USOR Site Records, Defendant Austin ("Austin") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 16,000 gallons of waste containing hazardous substances owned or possessed by Austin, at the USOR Site.

227.     To date, Austin has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

228.     According to USOR Site Records, Defendant AutoCheck Nine ("AutoCheck") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 120 gallons of waste containing hazardous substances owned or possessed by AutoCheck, at the USOR Site.

229.     By letter dated December 5, 2013, the USOR Site PRP Group notified AutoCheck of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered AutoCheck the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

230.     To date, AutoCheck has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

231.     According to USOR Site Records, Defendant Avis Rent A Car System, LLC ("Avis") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 6 gallons of waste containing hazardous substances owned or possessed by Avis, at the USOR Site.

232.     To date, Avis has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

233.     Defendant Axalta Powder Coating Systems USA, Inc. ("Axalta Powder") is the successor to and/or is formerly known as Dupont Powder Coatings USA, Inc. ("Dupont Powder").

234.     According to USOR Site Records, Dupont Powder by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,723 gallons of waste containing hazardous substances owned or possessed by Dupont Powder, at the USOR Site.

235.     By letter dated December 5, 2013, the USOR Site PRP Group notified Dupont Powder of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Dupont Powder the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

236.     To date, Axalta Powder has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

237.     According to USOR Site Records, Defendant Axys Industrial Solutions LLC ("Axys") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 917,667 gallons of waste containing hazardous substances owned or possessed by Axys, at the USOR Site.

238.     By letter dated June 4, 2014, the USOR Site PRP Group notified Axys of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Axys the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

239.    To date, Axys has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

240.    According to USOR Site Records, Defendant Aztec Energy Partners, Inc. ("Aztec Energy") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Aztec Energy, at the USOR Site.

241.    By letter dated December 5, 2013, the USOR Site PRP Group notified Aztec Energy of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Aztec Energy the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

242.    To date, Aztec Energy has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

243.    According to USOR Site Records, Defendant B Plus L Technologies, Inc. ("B+L Technologies") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,500 gallons of waste containing hazardous substances owned or possessed by B+L Technologies, at the USOR Site.

244.    By letter dated December 5, 2013, the USOR Site PRP Group notified B+L Technologies of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered B+L Technologies the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

245.     To date, B+L Technologies has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

246.     According to USOR Site Records, Defendant B. Meyer Trucking, LLC ("B. Meyer Trucking") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 224 gallons of waste containing hazardous substances owned or possessed by B. Meyer Trucking, at the USOR Site.

247.     By letter dated December 5, 2013, the USOR Site PRP Group notified B. Meyer Trucking of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered B. Meyer Trucking the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

248.     To date, B. Meyer Trucking has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

249.     According to USOR Site Records, Defendant BNC Services Corp. ("BNC Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 15,350 gallons of waste containing hazardous substances owned or possessed by BNC Services, at the USOR Site.

250.     By letter dated December 5, 2013, the USOR Site PRP Group notified BNC Services of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered BNC Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

251.    To date, BNC Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

252.    According to USOR Site Records, Defendant BPI Realty Services, Inc. ("BPI Realty") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 7 gallons of waste containing hazardous substances owned or possessed by BPI Realty, at the USOR Site.

253.    By letter dated December 5, 2013, the USOR Site PRP Group notified BPI Realty of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered BPI Realty the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

254.    To date, BPI Realty has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

255.    According to USOR Site Records, Defendant BSMP Inc. ("BSMP") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 30,085 gallons of waste containing hazardous substances owned or possessed by BSMP, at the USOR Site.

256.    To date, BSMP has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

257.    According to USOR Site Records, Defendant BC&L Pavement Services, Inc. ("BC&L Pavement") by contract, agreement, or otherwise arranged for disposal or treatment,

and/or arranged with a transporter for transport for disposal or treatment, at least 715 gallons of waste containing hazardous substances owned or possessed by BC&L Pavement, at the USOR Site.

258.    By letter dated December 5, 2013, the USOR Site PRP Group notified BC&L Pavement of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered BC&L Pavement the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

259.    To date, BC&L Pavement has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

260.    Defendant Balfour Beatty Infrastructure, Inc. ("Balfour Beatty") is the successor to and/or is formerly known as Balfour Beatty Construction, Inc. ("Balfour Beatty Construction").

261.    According to USOR Site Records, Balfour Beatty Construction by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,500 gallons of waste containing hazardous substances owned or possessed by Balfour Beatty Construction, at the USOR Site.

262.    By letter dated December 5, 2013, the USOR Site PRP Group notified Balfour Beatty Construction of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Balfour

Beatty Construction the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

263.    To date, Balfour Beatty has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

264.    According to USOR Site Records, Defendant Barrier Equipment, Inc. ("Barrier Equipment") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 120 gallons of waste containing hazardous substances owned or possessed by Barrier Equipment, at the USOR Site.

265.    By letter dated December 5, 2013, the USOR Site PRP Group notified Barrier Equipment of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Barrier Equipment the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

266.    To date, Barrier Equipment has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

267.    Defendant Basic Energy Services, LP ("Basic Energy Services") is the successor to PWI, Inc. ("PWI").

268.    According to USOR Site Records, PWI by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 84,482 gallons of waste containing hazardous substances owned or possessed by PWI, at the USOR Site.

269. By letter dated December 5, 2013, the USOR Site PRP Group notified PWI of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered PWI the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

270. To date, Basic Energy Services has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

271. According to USOR Site Records, Defendant Bay Area Env ("Bay Area Env") accepted waste containing hazardous substances for transport to the USOR Site, which was selected by Bay Area Env.

272. To date, Bay Area Env has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

273. According to USOR Site Records, Defendant Bay Area Industrial Contractors, LP ("Bay Area Industrial") accepted at least 28,521 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Bay Area Industrial.

274. To date, Bay Area Industrial has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

275. According to USOR Site Records, Defendant Bayou City Environmental Services, LP, doing business as USA Waste Transportation Services ("Bayou City Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,800 gallons of waste containing hazardous substances owned or possessed by Bayou City Environmental, at the USOR Site, broken down as follows: 3,800 gallons of waste containing hazardous substances;

63,355 gallons of waste containing hazardous substances from Aqua Solutions; 30,640 gallons of

waste containing hazardous substances from Brazos Valley Energy; 25,213 gallons of waste

containing hazardous substances from CFF Recycling; 1,200 gallons of waste containing

hazardous substances from Chevron Phillips; 32,000 gallons of waste containing hazardous

substances from Delta Chemical; 1,500 gallons of waste containing hazardous substances from

Dynergy; 5,600 gallons of waste containing hazardous substances from Harcos Chemicals;

18,000 gallons of waste containing hazardous substances from Rescar; 7,160 gallons of waste

containing hazardous substances from Riviana; and 2,500 gallons of waste containing hazardous

substances from Smurfitt Stone.

276.    By letter dated June 4, 2014, the USOR Site PRP Group notified Bayou City

Environmental of the existence of the release or threatened release of hazardous substances at the

USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Bayou City

Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the

USOR Site.

277.    To date, Bayou City Environmental has refused to cooperate with the USOR Site

PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the

USOR Site.

278.    According to USOR Site Records, Defendant Bealine Service Co., Inc.

("Bealine") accepted at least 5,544,492 gallons of waste containing hazardous substances for

transport to the USOR Site, which was selected by Bealine.

279.    To date, Bealine has not paid any response costs incurred by the USOR Site PRP

Group at the USOR Site.

280.    Alternatively, Defendant 9717 Chemical Road, Inc. ("9717 Chemical") is the successor to and/or is formerly known as Bealine Service Co., Inc., and is responsible for the waste streams attributable to Bealine, as alleged in paragraph no. 278 above.

281.    To date, 9717 Chemical has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

282.    According to USOR Site Records, Defendant Beauchan Rail Services LC ("Beauchan Rail") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 149,800 gallons of waste containing hazardous substances owned or possessed by Beauchan Rail, at the USOR Site.

283.    By letter dated February 7, 2014, the USOR Site PRP Group notified Beauchan Rail of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Beauchan Rail the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

284.    To date, Beauchan Rail has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

285.    According to USOR Site Records, Defendant Beaumont Iron & Metal Corp. ("Beaumont Iron & Metal") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 17,150 gallons of waste containing hazardous substances owned or possessed by Beaumont Iron & Metal, at the USOR Site.

286.     By letter dated December 5, 2013, the USOR Site PRP Group notified Beaumont Iron & Metal of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Beaumont Iron & Metal the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

287.     To date, Beaumont Iron & Metal has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

288.     According to USOR Site Records, Defendant Beauty Elite Group, Inc. ("Beauty Elite") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 12,000 gallons of waste containing hazardous substances owned or possessed by Beauty Elite, at the USOR Site.

289.     By letter dated December 5, 2013, the USOR Site PRP Group notified Beauty Elite of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Beauty Elite the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

290.     To date, Beauty Elite has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

291.     According to USOR Site Records, Defendant Ben Taub Hospital ("Ben Taub Hospital") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, at least 2,100 gallons of waste containing hazardous substances owned or possessed by Ben Taub, at the USOR Site.

292.     To date, Ben Taub Hospital has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

293.     According to USOR Site Records, Defendant Benchmark Development, Inc. ("Benchmark Development") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,200 gallons of waste containing hazardous substances owned or possessed by Benchmark Development, at the USOR Site.

294.     By letter dated December 5, 2013, the USOR Site PRP Group notified Benchmark Development of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Benchmark Development the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

295.     To date, Benchmark Development has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

296.     According to USOR Site Records, Defendant Benchmark Distribution Services, LLC ("Benchmark Distribution") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,110 gallons of waste containing hazardous substances owned or possessed by Benchmark Distribution, at the USOR Site.

297.    By letter dated December 5, 2013, the USOR Site PRP Group notified Benchmark Distribution of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Benchmark Distribution the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

298.    To date, Benchmark Distribution has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

299.    Alternatively, Defendant Rockwater Energy Solutions, Inc. ("Rockwater Energy") is the successor to Benchmark Distribution and is responsible for the waste streams attributable to Benchmark Distribution, as alleged in paragraph no. 296 above.

300.    To date, Rockwater Energy has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

301.    Defendant Berenson Associates, Inc. ("Berenson Associates") is the successor to and/or is formerly known as Northline Anchor Limited.

302.    According to USOR Site Records, Northline Anchor Limited by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,800 gallons of waste containing hazardous substances owned or possessed by Northline Anchor Limited, at the USOR Site.

303.    By letter dated December 5, 2013, the USOR Site PRP Group notified Northline Anchor Limited of the existence of the release or threatened release of hazardous substances at

70

the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Northline Anchor Limited the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

304.    To date, Berenson Associates has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

305.    According to USOR Site Records, Defendant Berg Environmental Services, Inc. ("Berg Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 430,700 gallons of waste containing hazardous substances owned or possessed by Berg Environmental, at the USOR Site, broken down as follows: 192,800 gallons of waste containing hazardous substances; 199,000 gallons of waste containing hazardous substances from Lonestar Fasteners; and 96,300 gallons of waste containing hazardous substances from Taylor Press.

306.    By letter dated June 4, 2014, the USOR Site PRP Group notified Berg Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Berg Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

307.    To date, Berg Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

308.    According to USOR Site Records, Defendant Best Rate Septic Service ("Best Rate Septic") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, at least 1,900 gallons of waste containing hazardous substances owned or possessed by Best Rate Septic, at the USOR Site.

309.    By letter dated December 5, 2013, the USOR Site PRP Group notified Best Rate Septic of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Best Rate Septic the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

310.    To date, Best Rate Septic has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

311.    According to USOR Site Records, Defendant Best Redi-Mix Concrete Pumping, Inc. ("Best Redi-Mix") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1 gallon of waste containing hazardous substances owned or possessed by Best Redi-Mix, at the USOR Site.

312.    To date, Best Redi-Mix has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

313.    Alternatively, Defendant Best Sand & Redi-Mix Co., Inc. ("Best Sand & Redi-Mix") is responsible for the waste streams attributable to Best Redi-Mix, as alleged in paragraph no. 311 above.

314.    To date, Best Sand & Redi-Mix has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

315.    According to USOR Site Records, Defendant Betos Hydro and Sanitation ("Betos Hydro") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged

with a transporter for transport for disposal or treatment, at least 32,820 gallons of waste containing hazardous substances owned or possessed by Betos Hydro, at the USOR Site.

316.    By letter dated December 5, 2013, the USOR Site PRP Group notified Betos Hydro of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Betos Hydro the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

317.    To date, Betos Hydro has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

318.    According to USOR Site Records, Defendant Bico Drilling Tools, Inc. ("Bico Drilling") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,000 gallons of waste containing hazardous substances owned or possessed by Bico Drilling, at the USOR Site.

319.    By letter dated December 5, 2013, the USOR Site PRP Group notified Bico Drilling of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Bico Drilling the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

320.    To date, Bico Drilling has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

321.    Defendant Bilfinger Tepsco Inc. ("Bilfinger Tepsco") is the successor to and/or is formerly known as Tepsco Inc. ("Tepsco").

322.    According to USOR Site Records, Tepsco by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,116 gallons of waste containing hazardous substances owned or possessed by Tepsco, at the USOR Site.

323.    By letter dated December 5, 2013, the USOR Site PRP Group notified Tepsco of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Tepsco the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

324.    To date, Bilfinger Tepsco has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

325.    According to USOR Site Records, Defendant Blackhawk Management Corp. ("Blackhawk Management") accepted at least 49,846 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Blackhawk Management.

326.    Additionally, according to USOR Site Records, Blackhawk Management by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 50,855 gallons of waste containing hazardous substances owned or possessed by Blackhawk Management, at the USOR Site.

327.    By letter dated December 5, 2013, the USOR Site PRP Group notified Blackhawk Management of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Blackhawk

Management the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

328.   To date, Blackhawk Management has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

329.   Defendant Blast Environmental & Industrial Services Inc. ("Blast Environmental") is the successor to, is also known as and/or is formerly known as Blast Industrial Cleaning Services, Inc. ("Blast Industrial").

330.   According to USOR Site Records, Blast Industrial by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,600 gallons of waste containing hazardous substances owned or possessed by Blast Industrial, at the USOR Site.

331.   By letter dated December 5, 2013, the USOR Site PRP Group notified Blast Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Blast Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

332.   To date, Blast Environmental has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

333.   According to USOR Site Records, Defendant Blue Marlin LLC, doing business as Blue Marlin Construction (collectively "Blue Marlin Construction"), by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for

disposal or treatment, at least 39 gallons of waste containing hazardous substances owned or possessed by Blue Marlin Construction, at the USOR Site.

334.    To date, Blue Marlin Construction has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

335.    Alternatively, Defendant Blue Marlin Logistics LLC ("Blue Marlin Logistics") is responsible for the waste streams attributable to Blue Marlin Construction, as alleged in paragraph no. 333 above.

336.    To date, Blue Marlin Logistics has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

337.    According to USOR Site Records, Defendant Boaters' Resale Shop of Texas ("Boaters' Resale Shop") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Boaters' Resale Shop, at the USOR Site.

338.    By letter dated December 5, 2013, the USOR Site PRP Group notified Boaters' Resale Shop of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Boaters' Resale Shop the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

339.    To date, Boaters' Resale Shop has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

340.    According to USOR Site Records, Defendant Bolivar Barge Cleaning Service, LLC ("Bolivar Barge Cleaning") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 183,912 gallons of waste containing hazardous substances owned or possessed by Bolivar Barge Cleaning, at the USOR Site.

341.    By letter dated February 7, 2014, the USOR Site PRP Group notified Bolivar Barge Cleaning of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Bolivar Barge Cleaning the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

342.    To date, Bolivar Barge Cleaning has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

343.    According to USOR Site Records, Defendant Boxer Property Management Corp. ("Boxer Property Management") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 200 gallons of waste containing hazardous substances owned or possessed by Boxer Property Management, at the USOR Site.

344.    By letter dated December 5, 2013, the USOR Site PRP Group notified Boxer Property Management of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered

Boxer Property Management the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

345.    To date, Boxer Property Management has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

346.    According to USOR Site Records, Defendant Bradero Price Co. ("Bradero Price") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 393,300 gallons of waste containing hazardous substances owned or possessed by Bradero Price, at the USOR Site.

347.    By letter dated February 7, 2014, the USOR Site PRP Group notified Bradero Price of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Bradero Price the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

348.    To date, Bradero Price has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

349.    According to USOR Site Records, Defendant Brazoria County Mosquito District ("Brazoria County Mosquito District") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 500 gallons of waste containing hazardous substances owned or possessed by Brazoria County Mosquito District, at the USOR Site.

350.    By letter dated December 5, 2013, the USOR Site PRP Group notified Brazoria County Mosquito District of the existence of the release or threatened release of hazardous

substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Brazoria County Mosquito District the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

351.    To date, Brazoria County Mosquito District has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

352.    According to USOR Site Records, Defendant Brazos Valley Energy LLC ("Brazos Valley Energy") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 30,640 gallons of waste containing hazardous substances owned or possessed by Brazos Valley Energy, at the USOR Site.

353.    By letter dated December 5, 2013, the USOR Site PRP Group notified Brazos Valley Energy of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Brazos Valley Energy the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

354.    To date, Brazos Valley Energy has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

355.    Defendant Brookdale Senior Living Inc. ("Brookdale Senior Living") is the owner of Brookdale Plaza Willowbrook, which is formerly known as The Terrace at Willowbrook ("Terrace at Willowbrook").

356.     According to USOR Site Records, Terrace at Willowbrook by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 250 gallons of waste containing hazardous substances owned or possessed by Terrace at Willowbrook, at the USOR Site.

357.     By letter dated December 5, 2013, the USOR Site PRP Group notified Terrace at Willowbrook of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Terrace at Willowbrook the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

358.     To date, Brookdale Senior Living has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

359.     According to USOR Site Records, Defendant Burzynski Research Institute, Inc. ("Burzynski Research Institute") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 240 gallons of waste containing hazardous substances owned or possessed by BRI, at the USOR Site.

360.     By letter dated December 5, 2013, the USOR Site PRP Group notified Burzynski Research Institute of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Burzynski Research Institute the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

361.    To date, Burzynski Research Institute has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

362.    According to USOR Site Records, Defendant C&F Tool & Die Co. ("C&F Tool") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,080 gallons of waste containing hazardous substances owned or possessed by C&F Tool, at the USOR Site.

363.    To date, C&F Tool has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

364.    According to USOR Site Records, Defendant C&H Die Casting, Inc. ("C&H Die Casting") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,606 gallons of waste containing hazardous substances owned or possessed by C&H Die Casting, at the USOR Site.

365.    By letter dated December 5, 2013, the USOR Site PRP Group notified C&H Die Casting of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered C&H Die Casting the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

366.    To date, C&H Die Casting has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

367.    Defendant CB&I Inc. ("CB&I") is the successor to and/or is formerly known as CB&I Constructors, Inc. ("CB&I Constructors").

368.    According to USOR Site Records, CB&I Constructors by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 500 gallons of waste containing hazardous substances owned or possessed by CB&I Constructors, at the USOR Site.

369.    By letter dated December 5, 2013, the USOR Site PRP Group notified CB&I Constructors of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered CB&I Constructors the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

370.    To date, CB&I has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

371.    According to USOR Site Records, Defendant C.R. McCaskill Enterprises, Inc., doing business as Tideland Grease Trap Service ("Tideland Grease"), by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 11,260 gallons of waste containing hazardous substances owned or possessed by Tideland Grease, at the USOR Site.

372.    By letter dated December 5, 2013, the USOR Site PRP Group notified Tideland Grease of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Tideland Grease the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

373.    To date, Tideland Grease has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

374.    According to USOR Site Records, Defendant CEDA, Inc. ("CEDA") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 192 gallons of waste containing hazardous substances owned or possessed by CEDA, at the USOR Site.

375.    By letter dated December 5, 2013, the USOR Site PRP Group notified CEDA of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered CEDA the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

376.    To date, CEDA has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

377.    According to USOR Site Records, Defendant CG Chemical Cleaning ("CG Chemical") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by CG Chemical, at the USOR Site.

378.    To date, CG Chemical has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

379.    According to USOR Site Records, Defendant CKG Services LLC ("CKG Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 27,462 gallons of

waste containing hazardous substances owned or possessed by CKG Services, at the USOR Site, broken down as follows: 10 gallons of waste containing hazardous substances from Apache Industrial; 770 gallons of waste containing hazardous substances from Arrow Recycling; 3,300 gallons of waste containing hazardous substances from Balfour Beatty; 1 gallon of waste containing hazardous substances from Borden; 104 gallons of waste containing hazardous substances; 2,200 gallons of waste containing hazardous substances from Computalog; 100 gallons of waste containing hazardous substances from Deer Park ISD; 5,880 gallons of waste containing hazardous substances from Gulf Stream Marine; 1 gallon of waste containing hazardous substances from Inman Texas Company; 8 gallons of waste containing hazardous substances from Jiffy Lube; 57 gallons of waste containing hazardous substances from Jones Contractors; 6 gallons of waste containing hazardous substances from KD Oilfield Services; 1,024 gallons of waste containing hazardous substances from Manchester Terminals; 4,002 gallons of waste containing hazardous substances from Seatex Ltd.; 10 gallons of waste containing hazardous substances from Sheldon ISD; 500 gallons of waste containing hazardous substances from Southern Technologies; 4,150 gallons of waste containing hazardous substances from TBC Brinadd; 5,700 gallons of waste containing hazardous substances from Tesco Corp.; 52 gallons of waste containing hazardous substances from Williams Brothers; 5 gallons of waste containing hazardous substances from Wing Aviation.

380.    Additionally, CKG Services is the successor to Bulford Buteler.

381.    According to USOR Site Records, Bulford Buteler by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 600 gallons of waste containing hazardous substances owned or possessed by Bulford Buteler, at the USOR Site.

382.    By letter dated December 5, 2013, the USOR Site PRP Group notified CKG Services of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered CKG Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

383.    To date, CKG Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

384.    According to USOR Site Records, Defendant CLP Resources, Inc. ("CLP Resources") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,000 gallons of waste containing hazardous substances owned or possessed by CLP Resources, at the USOR Site.

385.    By letter dated December 5, 2013, the USOR Site PRP Group notified CLP Resources of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered CLP Resources the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

386.    To date, CLP Resources has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

387.    According to USOR Site Records, Defendant CMW ("CMW") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 945 gallons of waste containing hazardous substances owned or possessed by CMW, at the USOR Site.

388.    To date, CMW has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

389.    According to USOR Site Records, Defendant CTI Trucking LLC ("CTI Trucking") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 495 gallons of waste containing hazardous substances owned or possessed by CTI Trucking, at the USOR Site.

390.    By letter dated December 5, 2013, the USOR Site PRP Group notified CTI Trucking of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered CTI Trucking the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

391.    To date, CTI Trucking has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

392.    Defendant CVS Caremark Corp. ("CVS Caremark") is the successor to and/or is also known as CVS Pharmacy ("CVS Pharmacy").

393.    According to USOR Site Records, CVS Pharmacy by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 96 gallons of waste containing hazardous substances owned or possessed by CVS Pharmacy, at the USOR Site.

394.    By letter dated December 5, 2013, the USOR Site PRP Group notified CVS Pharmacy of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered CVS Pharmacy the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

395. To date, CVS Caremark has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

396. According to USOR Site Records, Defendant Caldwell Environmental Inc. ("Caldwell Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,203 gallons of waste containing hazardous substances owned or possessed by Caldwell Environmental, at the USOR Site.

397. By letter dated December 5, 2013, the USOR Site PRP Group notified Caldwell Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Caldwell Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

398. To date, Caldwell Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

399. According to USOR Site Records, Defendant Calgon Carbon Corp. ("Calgon Carbon") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 250,700 gallons of waste containing hazardous substances owned or possessed by Calgon Carbon, at the USOR Site.

400.     By letter dated December 5, 2013, the USOR Site PRP Group notified Calgon Carbon of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Calgon Carbon the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

401.     To date, Calgon Carbon has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

402.     According to USOR Site Records, Defendant Calpine Corp. ("Calpine") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 169,996 gallons of waste containing hazardous substances owned or possessed by Calpine, at the USOR Site.

403.     By letter dated February 7, 2014, the USOR Site PRP Group notified Calpine of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Calpine the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

404.     To date, Calpine has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

405.     Defendant Cameron International Corp. ("Cameron International") is the successor to and/or is formerly known as and/or is also known as Cameron Drilling Systems ("Cameron Drilling").

406.     According to USOR Site Records, Cameron Drilling by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for

disposal or treatment, at least 52,885 gallons of waste containing hazardous substances owned or possessed by Cameron Drilling, at the USOR Site.

407.    By letter dated December 5, 2013, the USOR Site PRP Group notified Cameron Drilling of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Cameron Drilling the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

408.    To date, Cameron International has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

409.    According to USOR Site Records, Defendant Cameron Iron Works ("Cameron Iron Works") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 8,507 gallons of waste containing hazardous substances owned or possessed by Cameron Iron Works, at the USOR Site.

410.    To date, Cameron Iron Works has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

411.    According to USOR Site Records, Defendant Campbell ("Campbell") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1 gallon of waste containing hazardous substances owned or possessed by Campbell, at the USOR Site.

412.    To date, Campbell has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

413.    According to USOR Site Records, Defendant Canrig Drilling Technology Ltd. ("Canrig Drilling") by contract, agreement, or otherwise arranged for disposal or treatment,

and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Canrig Drilling, at the USOR Site.

414.    By letter dated December 5, 2013, the USOR Site PRP Group notified Canrig Drilling of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Canrig Drilling the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

415.    To date, Canrig Drilling has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

416.    According to USOR Site Records, Defendant Capital City Container ("Capital City") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,360 gallons of waste containing hazardous substances owned or possessed by Capital City, at the USOR Site.

417.    To date, Capital City has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

418.    According to USOR Site Records, Defendant Car Spa, Inc. ("Car Spa") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,500 gallons of waste containing hazardous substances owned or possessed by Car Spa, at the USOR Site.

419.    By letter dated December 5, 2013, the USOR Site PRP Group notified Car Spa of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened

release of hazardous substances at the USOR Site; and offered Car Spa the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

420.    To date, Car Spa has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

421.    Defendant Cardno PPI Technology Services, LLC ("Cardno PPI") is the successor to and/or is formerly known as PPI Technology Services, LLC ("PPI").

422.    According to USOR Site Records, PPI by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 11,200 gallons of waste containing hazardous substances owned or possessed by PPI, at the USOR Site.

423.    To date, Cardno PPI has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

424.    According to USOR Site Records, Defendant Cargill, Inc. ("Cargill") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,800 gallons of waste containing hazardous substances owned or possessed by Cargill, at the USOR Site.

425.    To date, Cargill has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

426.    According to USOR Site Records, Defendant Carillo Brothers Auto Sales ("Carillo Brothers Auto") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 8 gallons of waste containing hazardous substances owned or possessed by Carillo Brothers Auto, at the USOR Site.

427.    To date, Carillo Brothers Auto has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

428.    Alternatively, Defendant Carillo Brothers Beefmasters ("Carillo Brothers Beefmasters") is responsible for the waste streams attributable to Carillo Brothers Auto, as alleged in paragraph no. 426 above.

429.    To date, Carillo Brothers Beefmasters has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

430.    According to USOR Site Records, Defendant Carlos Jones Trucking by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 55 gallons of waste containing hazardous substances owned or possessed by Carlos Jones Trucking, at the USOR Site.

431.    By letter dated December 5, 2013, the USOR Site PRP Group notified Carlos Jones Trucking of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Carlos Jones Trucking the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

432.    To date, Carlos Jones Trucking has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

433.    According to USOR Site Records, Defendant Cavazos Environmental Inc. ("Cavazos Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 170

gallons of waste containing hazardous substances owned or possessed by Cavazos Environmental, at the USOR Site.

434.    By letter dated December 5, 2013, the USOR Site PRP Group notified Cavazos Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Cavazos Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

435.    To date, Cavazos Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

436.    According to USOR Site Records, Defendant Cedar Processing, Inc. ("Cedar Processing") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 23,600 gallons of waste containing hazardous substances owned or possessed by Cedar Processing, at the USOR Site.

437.    To date, Cedar Processing has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

438.    Alternatively, Defendant Vertex Holdings, LP ("Vertex Energy") is the successor to Cedar Processing and is responsible for the waste streams attributable to Cedar Processing, as alleged in paragraph no. 436 above.

439.    Additional, according to USOR Site Records, Vertex Energy by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for

transport for disposal or treatment, at least 626,924 gallons of waste containing hazardous substances owned or possessed by Vertex Energy, at the USOR Site.

440.    Additionally, Vertex Energy is the successor to Enviro Solutions LLC ("Enviro Solutions").

441.    According to USOR Site Records, Enviro Solutions by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,715,324 gallons of waste containing hazardous substances owned or possessed by Enviro Solutions, at the USOR Site, broken down as follows: 1,678,995 gallons of waste containing hazardous substances; and 36,329 gallons of waste containing hazardous substances from High Island Petro.

442.    By letter dated December 5, 2013, the USOR Site PRP Group notified Enviro Solutions of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Enviro Solutions the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

443.    To date, Vertex Energy has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

444.    Alternatively, Defendant Vertex Processing, LP ("Vertex Processing") is the successor to Cedar Processing and is responsible for the waste streams attributable to Cedar Processing, as alleged in paragraph no. 436 above.

445.    To date, Vertex Processing has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

446.     According to USOR Site Records, Defendant Cedarwood Development, Inc., doing business as Cedarwood Development of Texas, Inc. ("Cedarwood Development") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 46,454 gallons of waste containing hazardous substances owned or possessed by Cedarwood Development, at the USOR Site.

447.     By letter dated December 5, 2013, the USOR Site PRP Group notified Cedarwood Development of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Cedarwood Development the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

448.     To date, Cedarwood Development has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

449.     According to USOR Site Records, Defendant ("Centex") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,500 gallons of waste containing hazardous substances owned or possessed by Centex, at the USOR Site.

450.     To date, Centex has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

451.     Defendant Century Asphalt Materials ("Century Asphalt") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for

transport for disposal or treatment, at least 6,377 gallons of waste containing hazardous substances owned or possessed by Century Asphalt, at the USOR Site.

452.     By letter dated December 5, 2013, the USOR Site PRP Group notified Century Asphalt of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Century Asphalt the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

453.     To date, Century Asphalt has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

454.     According to USOR Site Records, Defendant Champion Auto Auction ("Champion Auto") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,400 gallons of waste containing hazardous substances owned or possessed by Champion Auto, at the USOR Site.

455.     By letter dated December 5, 2013, the USOR Site PRP Group notified Champion Auto of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Champion Auto the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

456.     To date, Champion Auto has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

457.     According to USOR Site Records, Defendant Champion Drilling ("Champion Drilling") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,520 gallons of waste containing hazardous substances owned or possessed by Champion Drilling, at the USOR Site.

458.     To date, Champion Drilling has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

459.     According to USOR Site Records, Defendant Charles Holston, Inc. ("Charles Holston"), doing business as Gibson Environmental Services ("GES"), accepted at least 7,405,039 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Charles Holston.

460.     To date, Charles Holston has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

461.     According to USOR Site Records, Defendant Chem One Ltd. ("Chem One") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 820 gallons of waste containing hazardous substances owned or possessed by Chem One, at the USOR Site.

462.     By letter dated December 5, 2013, the USOR Site PRP Group notified Chem One of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Chem One the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

463.     To date, Chem One has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

464.     Defendant Chemetall US, Inc. ("Chemetall") is the successor to and/or is formerly known as Oakite Products Inc. ("Oakite Products").

465.     According to USOR Site Records, Oakite Products by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,200 gallons of waste containing hazardous substances owned or possessed by Oakite Products, at the USOR Site.

466.     By letter dated December 5, 2013, the USOR Site PRP Group notified Oakite Products of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Oakite Products the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

467.     To date, Chemetall has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

468.     According to USOR Site Records, Defendant Chemical Cleaning Inc. ("Chemical Cleaning") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4 gallons of waste containing hazardous substances owned or possessed by Chemical Cleaning, at the USOR Site.

469.     By letter dated December 5, 2013, the USOR Site PRP Group notified Chemical Cleaning of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Chemical Cleaning the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

470.    To date, Chemical Cleaning has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

471.    According to USOR Site Records, Defendant ("Chemical Transport") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 105,510 gallons of waste containing hazardous substances owned or possessed by Chemical Transport, at the USOR Site.

472.    By letter dated February 7, 2014, the USOR Site PRP Group notified Chemical Transport of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Chemical Transport the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

473.    To date, Chemical Transport has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

474.    According to USOR Site Records, Defendant ChemStation International, Inc. ("ChemStation") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 700 gallons of waste containing hazardous substances owned or possessed by ChemStation, at the USOR Site.

475.    By letter dated December 5, 2013, the USOR Site PRP Group notified ChemStation of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered ChemStation the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

476.    To date, ChemStation has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

477.    According to USOR Site Records, Defendant Cherry Demolition, Inc. ("Cherry Demolition") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 500 gallons of waste containing hazardous substances owned or possessed by Cherry Demolition, at the USOR Site.

478.    To date, Cherry Demolition has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

479.    Defendant Christus St. Elizabeth Hospital ("Christus St. Elizabeth Hospital") is the successor to and/or is formerly known as St. Elizabeth Hospital ("St. Elizabeth Hospital").

480.    According to USOR Site Records, St. Elizabeth Hospital by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,518 gallons of waste containing hazardous substances owned or possessed by St. Elizabeth Hospital, at the USOR Site.

481.    By letter dated December 5, 2013, the USOR Site PRP Group notified St. Elizabeth Hospital of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered St. Elizabeth Hospital the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

482.     To date, Christus St. Elizabeth Hospital has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

483.     According to USOR Site Records, Defendant Citgas Car Wash ("Citgas Car Wash") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 500 gallons of waste containing hazardous substances owned or possessed by Citgas Car Wash, at the USOR Site.

484.     To date, Citgas Car Wash has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

485.     According to USOR Site Records, Defendant CITGO Petroleum Corp. ("CITGO") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 9,000 gallons of waste containing hazardous substances owned or possessed by CITGO, at the USOR Site.

486.     By letter dated December 5, 2013, the USOR Site PRP Group notified CITGO of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered CITGO the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

487.     To date, CITGO has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

488.     According to USOR Site Records, Defendant City of Bryan, Texas ("City of Bryan") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5 gallons of waste containing hazardous substances owned or possessed by City of Bryan, at the USOR Site.

489.    To date, City of Bryan has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

490.    According to USOR Site Records, Defendant City of Freeport, Texas ("City of Freeport") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,000 gallons of waste containing hazardous substances owned or possessed by City of Freeport, at the USOR Site.

491.    To date, City of Freeport has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

492.    According to USOR Site Records, Defendant City of Galveston, Texas ("City of Galveston") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,200 gallons of waste containing hazardous substances owned or possessed by City of Galveston, at the USOR Site.

493.    Additionally, City of Galveston is the owner/operator of Scholes International Airport ("Scholes International Airport").

494.    According to USOR Site Records, Scholes International Airport by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 15,000 gallons of waste containing hazardous substances owned or possessed by Scholes International Airport, at the USOR Site.

495.    By letter dated May 8, 2014, the USOR Site PRP Group notified City of Galveston of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered City of Galveston the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

496.    To date, City of Galveston has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

497.    According to USOR Site Records, Defendant City of La Marque, Texas ("City of La Marque") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,010 gallons of waste containing hazardous substances owned or possessed by City of La Marque, at the USOR Site.

498.    By letter dated May 8, 2014, the USOR Site PRP Group notified City of La Marque of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered City of La Marque the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

499.    To date, City of La Marque has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

500.    According to USOR Site Records, Defendant City of La Porte, Texas ("City of La Porte") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,250 gallons of waste containing hazardous substances owned or possessed by City of La Porte, at the USOR Site.

501.    By letter dated May 8, 2014, the USOR Site PRP Group notified City of La Porte of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened

release of hazardous substances at the USOR Site; and offered City of La Porte the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

502.    To date, City of La Porte has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

503.    According to USOR Site Records, Defendant City of Orange, Texas ("City of Orange") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 144 gallons of waste containing hazardous substances owned or possessed by City of Orange, at the USOR Site.

504.    To date, City of Orange has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

505.    Defendant City of Pasadena, Texas ("City of Pasadena") owned the portion of the USOR Site located at 200 N. Richey Street from approximately 1945 until it was acquired by U.S. Oil Recovery in January 2009.

506.    The City of Pasadena also operated the portion of the USOR Site located at 200 N. Richey Street as a sewage treatment plant from approximately 1945 until some time before it was acquired by U.S. Oil Recovery in January 2009, and during a time period when hazardous substances were disposed of at this portion of the USOR Site.

507.    By letter dated May 8, 2014, the USOR Site PRP Group notified the City of Pasadena of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered the City of Pasadena the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

508.     To date, the City of Pasadena has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

509.     According to USOR Site Records, Defendant City of Weatherford, Texas ("City of Weatherford") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,000 gallons of waste containing hazardous substances owned or possessed by City of Weatherford, at the USOR Site.

510.     By letter dated December 5, 2013, the USOR Site PRP Group notified City of Weatherford of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered City of Weatherford the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

511.     To date, City of Weatherford has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

512.     According to USOR Site Records, Defendant City Waste, L.P. ("City Waste"), by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10 gallons of waste containing hazardous substances owned or possessed by City Waste, at the USOR Site.

513.     By letter dated December 5, 2013, the USOR Site PRP Group City Waste of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of

hazardous substances at the USOR Site; and offered City Waste the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

514.    To date, City Waste has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

515.    According to USOR Site Records, Defendant Clark Freight Lines, Inc. ("Clark Freight Lines") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 165 gallons of waste containing hazardous substances owned or possessed by Clark Freight Lines, at the USOR Site.

516.    By letter dated December 5, 2013, the USOR Site PRP Group notified Clark Freight Lines of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Clark Freight Lines the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

517.    To date, Clark Freight Lines has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

518.    According to USOR Site Records, Defendant Clearwater International, L.L.C. ("Clearwater International") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,537 gallons of waste containing hazardous substances owned or possessed by Clearwater International, at the USOR Site.

519.    To date, Clearwater International has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

520.    According to USOR Site Records, Defendant Coach USA, Inc. ("Coach USA") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 13 gallons of waste containing hazardous substances owned or possessed by Coach USA, at the USOR Site.

521.    To date, Coach USA has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

522.    According to USOR Site Records, Defendant Coal City Cob Co., Inc. ("Coal City Cob") accepted at least 432,116 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Coal City Cob.

523.    To date, Coal City Cob has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

524.    According to USOR Site Records, Defendant Coastal Chemical Co., LLC ("Coastal Chemical") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 123,870 gallons of waste containing hazardous substances owned or possessed by Coastal Chemical, at the USOR Site.

525.    By letter dated February 7, 2014, the USOR Site PRP Group notified Coastal Chemical of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Coastal Chemical the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

526.     To date, Coastal Chemical has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

527.     According to USOR Site Records, Defendant Coastal Corrosion Control, Inc. ("Coastal Corrosion") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,424 gallons of waste containing hazardous substances owned or possessed by Coastal Corrosion, at the USOR Site.

528.     By letter dated December 5, 2013, the USOR Site PRP Group notified Coastal Corrosion of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Coastal Corrosion the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

529.     To date, Coastal Corrosion has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

530.     According to USOR Site Records, Defendant Coastal Transport Co., Inc. ("Coastal Transport") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 33,570 gallons of waste containing hazardous substances owned or possessed by Coastal Transport, at the USOR Site.

531.     By letter dated December 5, 2013, the USOR Site PRP Group notified Coastal Transport of the existence of the release or threatened release of hazardous substances at the

USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Coastal Transport the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

532.    To date, Coastal Transport has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

533.    According to USOR Site Records, Defendant Cole Distributing, Inc. ("Cole Distributing") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 9,600 gallons of waste containing hazardous substances owned or possessed by Cole Distributing, at the USOR Site.

534.    By letter dated December 5, 2013, the USOR Site PRP Group notified Cole Distributing of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Cole Distributing the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

535.    To date, Cole Distributing has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

536.    Defendant Comerica, Inc. ("Comerica") is the successor to Sterling Bank.

537.    According to USOR Site Records, Sterling Bank by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,700 gallons of waste containing hazardous substances owned or possessed by Sterling Bank, at the USOR Site.

538.    By letter dated December 5, 2013, the USOR Site PRP Group notified Sterling Bank of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Sterling Bank the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

539.    To date, Comerica has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

540.    According to USOR Site Records, Defendant The Commodore on the Beach ("Commodore Hotel") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,075 gallons of waste containing hazardous substances owned or possessed by Commodore Hotel, at the USOR Site.

541.    By letter dated December 5, 2013, the USOR Site PRP Group notified Commodore Hotel of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Commodore Hotel the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

542.    To date, Commodore Hotel has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

543.    According to USOR Site Records, Defendant Conestoga-Rovers & Associates Inc. ("CRA") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, at least 186,049 gallons of waste containing hazardous substances owned or possessed by CRA, at the USOR Site, broken down as follows: 3 gallons of waste containing hazardous substances from Advance Logistics Services; 26,940 gallons of waste containing hazardous substances from BNSF Railway Co.; 1,355 gallons of waste containing hazardous substances; 3 gallons of waste containing hazardous substances from Kansas City Southern Railway; 1,500 gallons of waste containing hazardous substances from Kinder Morgan; and 172,500 gallons of waste containing hazardous substances from Magellan Terminals.

544.   By letter dated December 5, 2013, the USOR Site PRP Group notified CRA of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered CRA the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

545.   To date, CRA has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

546.   According to USOR Site Records, Defendant Conn's Service Center, Inc. ("Conn's Service Center") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,500 gallons of waste containing hazardous substances owned or possessed by Conn's Service Center, at the USOR Site.

547.   By letter dated December 5, 2013, the USOR Site PRP Group notified Conn's Service Center of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Conn's Service Center the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

548.     To date, Conn's Service Center has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

549.     Alternatively, Defendant Conn's, Inc. ("Conn's") is responsible for the waste streams attributable to Conn's Service Center, as alleged in paragraph no. 546 above.

550.     To date, Conn's has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

551.     Defendant Conrad Orange Shipyard, Inc. ("Conrad Orange") is the successor to and/or is formerly known as Orange Shipbuilding Co., Inc. ("Orange Shipbuilding").

552.     According to USOR Site Records, Orange Shipbuilding by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 463 gallons of waste containing hazardous substances owned or possessed by Orange Shipbuilding, at the USOR Site.

553.     By letter dated December 5, 2013, the USOR Site PRP Group notified Orange Shipbuilding of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Orange Shipbuilding the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

554.     To date, Conrad Orange has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

555.     According to USOR Site Records, Defendant Contractor Technology Industries LLC ("Contractor Technology Industries") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 484,888 gallons of waste containing hazardous substances owned or possessed by Contractor Technology Industries, at the USOR Site.

556.     By letter dated December 5, 2013, the USOR Site PRP Group notified Contractor Technology Industries of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Contractor Technology Industries the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

557.     To date, Contractor Technology Industries has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

558.     According to USOR Site Records, Defendant Control Solutions, Inc. ("Control Solutions") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 138,100 gallons of waste containing hazardous substances owned or possessed by Control Solutions, at the USOR Site.

559.     By letter dated December 5, 2013, the USOR Site PRP Group notified Control Solutions of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Control Solutions the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

560.    To date, Control Solutions has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

561.    According to USOR Site Records, Defendant Cooper Energy Services ("Cooper Energy Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,700 gallons of waste containing hazardous substances owned or possessed by Cooper Energy Services, at the USOR Site.

562.    By letter dated December 5, 2013, the USOR Site PRP Group notified Cooper Energy Services of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Cooper Energy Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

563.    To date, Cooper Energy Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

564.    Alternatively, Defendant Cooper Energy, Inc. ("Cooper Energy, Inc.") is responsible for the waste streams attributable to Cooper Energy Services, as alleged in paragraph no. 561 above.

565.     To date, Cooper Energy, Inc. has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

566.     According to USOR Site Records, Defendant Corrpro Companies, Inc. ("Corrpro") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 336 gallons of waste containing hazardous substances owned or possessed by Corrpro, at the USOR Site.

567.     By letter dated December 5, 2013, the USOR Site PRP Group notified Corrpro of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Corrpro the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

568.     To date, Corrpro has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

569.     Defendant CorsiTech, Inc. ("CorsiTech") is formerly known as Corsicana Technologies, Inc. ("Corsicana Technologies").

570.     According to USOR Site Records, Corsicana Technologies by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,308 gallons of waste containing hazardous substances owned or possessed by Corsicana Technologies, at the USOR Site.

571.     By letter dated December 5, 2013, the USOR Site PRP Group notified Corsicana Technologies of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Corsicana

Technologies the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

572.     To date, CorsiTech has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

573.     According to USOR Site Records, Defendant Costco Wholesale Corporation ("Costco") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 60 gallons of waste containing hazardous substances owned or possessed by Costco, at the USOR Site.

574.     To date, Costco has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

575.     Defendant Cougar Landfill, Inc. ("Cougar Landfill") is the owner of the Newton County Regional Solid Waste Complex.

576.     According to USOR Site Records, Newton County Waste Solid Complex by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 958,751 gallons of waste containing hazardous substances owned or possessed by Newton County Solid Waste Complex, at the USOR Site.

577.     To date, Cougar Landfill has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

578.     According to USOR Site Records, Defendant Country Crafters ("Country Crafters") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 360 gallons of waste containing hazardous substances owned or possessed by Country Crafters, at the USOR Site.

579.    By letter dated December 5, 2013, the USOR Site PRP Group notified Country Crafters of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Country Crafters the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

580.    To date, Country Crafters has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

581.    Defendant Crestwood Equity Partners LP ("Crestwood Equity") is the successor to Taylor Propane & Gas ("Taylor Propane").

582.    According to USOR Site Records, Taylor Propane by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,110 gallons of waste containing hazardous substances owned or possessed by Taylor Propane, at the USOR Site.

583.    By letter dated December 5, 2013, the USOR Site PRP Group notified Taylor Propane of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Taylor Propane the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

584.    To date, Crestwood Equity has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

585.    According to USOR Site Records, Defendant Crystal Warehouse Corp. ("Crystal Warehouse") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Crystal Warehouse, at the USOR Site.

586.    By letter dated December 5, 2013, the USOR Site PRP Group notified Crystal Warehouse of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Crystal Warehouse the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

587.    To date, Crystal Warehouse has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

588.    According to USOR Site Records, Defendant Curran/Truck Washing ("Curran") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,000 gallons of waste containing hazardous substances owned or possessed by Curran, at the USOR Site.

589.    By letter dated December 5, 2013, the USOR Site PRP Group notified Curran of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Curran the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

590.    To date, Curran has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

591.    According to USOR Site Records, Defendant Custom Air Products & Services, Inc. ("Custom Air Products") by contract, agreement, or otherwise arranged for disposal or

treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 384 gallons of waste containing hazardous substances owned or possessed by Custom Air Products, at the USOR Site.

592.    By letter dated December 5, 2013, the USOR Site PRP Group notified Custom Air Products of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Custom Air Products the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

593.    To date, Custom Air Products has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

594.    According to USOR Site Records, Defendant Custom Rubber Products, LLC ("Custom Rubber Products") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,000 gallons of waste containing hazardous substances owned or possessed by Custom Rubber Products, at the USOR Site.

595.    By letter dated December 5, 2013, the USOR Site PRP Group notified Custom Rubber Products of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Custom Rubber Products the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

596.    To date, Custom Rubber Products has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

597.    According to USOR Site Records, Defendant Cut-Rate Vacuum Service, Inc. ("Cut-Rate Vacuum") accepted at least 18,000 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Cut-Rate Vacuum.

598.    To date, Cut-Rate Vacuum has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

599.    According to USOR Site Records, Defendant D&S Trucking ("D&S Trucking") accepted at least 47,799 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by D&S Trucking.

600.    To date, D&S Trucking has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

601.    According to USOR Site Records, Defendant D-Hawk Grease Trap Co. ("D-Hawk Grease") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 105,813 gallons of waste containing hazardous substances owned or possessed by D-Hawk Grease, at the USOR Site.

602.    By letter dated February 7, 2014, the USOR Site PRP Group notified D-Hawk Grease of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered D-Hawk Grease the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

603.    To date, D-Hawk Grease has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

604.    According to USOR Site Records, Defendant D.S. Anthony & Sons, Inc. ("D.S. Anthony") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 600 gallons of waste containing hazardous substances owned or possessed by D.S. Anthony, at the USOR Site.

605.    To date, D.S. Anthony has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

606.    According to USOR Site Records, Defendant DFO, LLC ("DFO, LLC") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by DFO, LLC, at the USOR Site.

607.    To date, DFO, LLC has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

608.    Defendant DG Marine Transportation, LLC ("DG Marine") is the successor to Grifco Transportation, Ltd. ("Grifco").

609.    According to USOR Site Records, Grifco by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 220 gallons of waste containing hazardous substances owned or possessed by Grifco, at the USOR Site.

610.    By letter dated December 5, 2013, the USOR Site PRP Group notified Grifco of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened

release of hazardous substances at the USOR Site; and offered Grifco the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

611.    To date, DG Marine has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

612.    According to USOR Site Records, Defendant Dallas Chemical Technologies, Inc. ("Dallas Chemical") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 20,000 gallons of waste containing hazardous substances owned or possessed by Dallas Chemical, at the USOR Site.

613.    By letter dated December 5, 2013, the USOR Site PRP Group notified Dallas Chemical of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Dallas Chemical the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

614.    To date, Dallas Chemical has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

615.    Alternatively, Defendant The Dallas Group of America, Inc. ("Dallas Group") is the successor to Dallas Chemical and is responsible for the waste streams attributable to Dallas Chemical, as alleged in paragraph no. 612 above.

616.    To date, Dallas Group has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

617.    According to USOR Site Records, Defendant Dan-Loc Bolt & Gasket Co. ("Dan-Loc") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 76,920 gallons of waste containing hazardous substances owned or possessed by Dan-Loc, at the USOR Site.

618.    By letter dated December 5, 2013, the USOR Site PRP Group notified Dan-Loc of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Dan-Loc the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

619.    To date, Dan-Loc has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

620.    Defendant Dana Transport, Inc. ("Dana") is the successor to Suttles Truck Leasing, Inc. ("Suttles").

621.    According to USOR Site Records, Suttles accepted at least 136,121 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Suttles.

622.    To date, Dana has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

623.    Defendant David Stauffer Pipe Services, Inc. ("David Stauffer Pipe") is the successor to Defendant Enviro Clean ("Enviro Clean").

624.    According to USOR Site Records, Enviro Clean by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for

disposal or treatment, at least 45,000 gallons of waste containing hazardous substances owned or possessed by Enviro Clean, at the USOR Site.

625.    By letter dated December 5, 2013, the USOR Site PRP Group notified Enviro Clean of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Enviro Clean the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

626.    To date, David Stauffer Pipe has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

627.    Alternatively, Defendant Enviro Clean is responsible for the waste streams attributable to Enviro Clean, as alleged in paragraph no. 624 above.

628.    To date, Enviro Clean has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

629.    According to USOR Site Records, Defendant Davis Industries, LLC ("Davis Industries") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 336 gallons of waste containing hazardous substances owned or possessed by Davis Industries, at the USOR Site.

630.    By letter dated December 5, 2013, the USOR Site PRP Group notified Davis Industries of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Davis Industries the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

631.    To date, Davis Industries has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

632.    According to USOR Site Records, Defendant Day International Inc. ("Day International") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 26,000 gallons of waste containing hazardous substances owned or possessed by Day International, at the USOR Site.

633.    By letter dated December 5, 2013, the USOR Site PRP Group notified Day International of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Day International the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

634.    To date, Day International has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

635.    Defendant Daymark Properties Realty, Inc. ("Daymark Properties") is the successor to and/or is formerly known as Triple Net Properties Realty, Inc. ("Triple Net").

636.    According to USOR Site Records, Triple Net by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 500 gallons of waste containing hazardous substances owned or possessed by Triple Net, at the USOR Site.

637.    By letter dated December 5, 2013, the USOR Site PRP Group notified Triple Net of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Triple Net the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

638.    To date, Daymark Properties has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

639.    According to USOR Site Records, Defendant Dean Talkengton ("Dean Talkengton") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 200 gallons of waste containing hazardous substances owned or possessed by Dean Talkengton, at the USOR Site.

640.    To date, Dean Talkengton has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

641.    According to USOR Site Records, Defendant DeBusk Industrial Services Co. LLC ("DeBusk") accepted at least 178 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by DeBusk.

642.    To date, DeBusk has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

643.    Alternatively, Defendant HydroChem LLC ("HydroChem") is the successor to DeBusk and is responsible for the waste streams attributable to DeBusk, as alleged in paragraph no. 641 above.

644.    To date, HydroChem has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

645.    According to USOR Site Records, Defendant Deep South Coating ("Deep South") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 120 gallons of waste containing hazardous substances owned or possessed by Deep South, at the USOR Site.

646.    By letter dated December 5, 2013, the USOR Site PRP Group notified Deep South of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Deep South the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

647.    To date, Deep South has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

648.    According to USOR Site Records, Defendant Deer Park Energy Center LLC ("Deer Park Energy") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 212,500 gallons of waste containing hazardous substances owned or possessed by Deer Park Energy, at the USOR Site.

649.    By letter dated February 7, 2014, the USOR Site PRP Group notified Deer Park Energy of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Deer Park Energy the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

650.    To date, Deer Park Energy has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

651.    According to USOR Site Records, Defendant DeJean Construction Co. Inc. ("DeJean Construction") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 325 gallons of waste containing hazardous substances owned or possessed by DeJean Construction, at the USOR Site.

652.    To date, DeJean Construction has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

653.    Defendant Delta Centrifugal, LLC ("Delta Centrifugal") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 57,000 gallons of waste containing hazardous substances owned or possessed by Delta Centrifugal, at the USOR Site.

654.    By letter dated December 5, 2013, the USOR Site PRP Group notified Delta Centrifugal of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Delta Centrifugal the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

655.    To date, Delta Centrifugal has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

656.     According to USOR Site Records, Defendant Delta Petroleum Co., Inc. ("Delta Petroleum") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 123,000 gallons of waste containing hazardous substances owned or possessed by Delta Petroleum, at the USOR Site.

657.     Additionally, Delta Petroleum is the successor to Delta Chemical Services LLC ("Delta Chemical Services").

658.     According to USOR Site Records, Delta Chemical Services by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 318,075 gallons of waste containing hazardous substances owned or possessed by Delta Chemical Services, at the USOR Site.

659.     By letters dated December 5, 2013 and February 7, 2014, the USOR Site PRP Group notified Delta Chemical Services and Delta Petroleum, respectively, of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Delta Chemical Services and Delta Petroleum the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

660.     To date, Delta Petroleum has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

661.     Alternatively, Defendant Greif, Inc. ("Greif") is the successor to Delta Chemical Services and is responsible for the waste streams attributable to Delta Chemical Services, as alleged in paragraph no. 658 above.

662.    To date, Greif has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

663.    Additionally, Greif is the successor to and/or is formerly known as Greif Bros. Corp. ("Greif Bros.").

664.    According to USOR Site Records, Greif Bros. by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 12,900 gallons of waste containing hazardous substances owned or possessed by Greif Bros., at the USOR Site.

665.    By letter dated December 5, 2013, the USOR Site PRP Group notified Greif Bros. of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Greif Bros. the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

666.    To date, Greif has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

667.    According to USOR Site Records, Defendant Delta Specialty Coatings LLC ("Delta Specialty Coatings") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 22,200 gallons of waste containing hazardous substances owned or possessed by Delta Specialty Coatings, at the USOR Site.

668.    By letter dated December 5, 2013, the USOR Site PRP Group notified Delta Specialty Coatings of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the

release or threatened release of hazardous substances at the USOR Site; and offered Delta Specialty Coatings the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

669.    To date, Delta Specialty Coatings has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

670.    Defendant Derichebourg Recycling USA, Inc. ("Derichebourg") is the successor to and/or is formerly known as CFF Recycling USA, Inc. ("CFF Recycling").

671.    According to USOR Site Records, CFF Recycling by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 33,500 gallons of waste containing hazardous substances owned or possessed by CFF Recycling, at the USOR Site.

672.    By letter dated December 5, 2013, the USOR Site PRP Group notified CFF Recycling of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered CFF Recycling the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

673.    To date, Derichebourg has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

674.    According to USOR Site Records, Defendant Devries, Inc. ("Devries") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Devries, at the USOR Site.

675.     By letter dated December 5, 2013, the USOR Site PRP Group notified Devries of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Devries the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

676.     To date, Devries has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

677.     Defendant The Dillard Anderson Group ("Dillard Anderson") is the successor to Tubular Processors USA Ltd. ("Tubular Processors").

678.     According to USOR Site Records, Tubular Processors by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,688 gallons of waste containing hazardous substances owned or possessed by Tubular Processors, at the USOR Site.

679.     By letter dated December 5, 2013, the USOR Site PRP Group notified Tubular Processors of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Tubular Processors the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

680.     To date, Dillard Anderson has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

681.     According to USOR Site Records, Defendant Dollar Thrifty Automotive Group, Inc. ("Dollar Thrifty") by contract, agreement, or otherwise arranged for disposal or treatment,

and/or arranged with a transporter for transport for disposal or treatment, at least 10 gallons of waste containing hazardous substances owned or possessed by Dollar Thrifty, at the USOR Site.

682.    By letter dated December 5, 2013, the USOR Site PRP Group notified Dollar Thrifty of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Dollar Thrifty the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

683.    To date, Dollar Thrifty has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

684.    According to USOR Site Records, Defendant Dome Hydrocarbons, L.C. ("Dome Hydrocarbons") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 30,000 gallons of waste containing hazardous substances owned or possessed by Dome Hydrocarbons, at the USOR Site.

685.    By letter dated December 5, 2013, the USOR Site PRP Group notified Dome Hydrocarbons of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Dome Hydrocarbons the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

686.    To date, Dome Hydrocarbons has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

687.    According to USOR Site Records, Defendant Donald Keener ("Donald Keener") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1 gallon of waste containing hazardous substances owned or possessed by Donald Keener, at the USOR Site.

688.    To date, Donald Keener has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

689.    According to USOR Site Records, Defendant Donovan Industrial Service, LLC ("Donovan Industrial Service") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 480 gallons of waste containing hazardous substances owned or possessed by Donovan Industrial Service, at the USOR Site.

690.    By letter dated December 5, 2013, the USOR Site PRP Group notified Donovan Industrial Service of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Donovan Industrial Service the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

691.    To date, Donovan Industrial Service has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

692.    According to USOR Site Records, Defendant Double A Management, Inc. ("Double A Management") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least

16,790 gallons of waste containing hazardous substances owned or possessed by Double A Management, at the USOR Site, broken down as follows: 5,380 gallons of waste containing hazardous substances; 10 gallons of waste containing hazardous substances from Mitchell Crane; 8,700 gallons of waste containing hazardous substances from Phillips 66; and 1,000 gallons of waste containing hazardous substances from Professional Air System.

693.    By letter dated December 5, 2013, the USOR Site PRP Group notified Double A Management of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Double A Management the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

694.    To date, Double A Management has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

695.    According to USOR Site Records, Defendant Double Aces Transport ("Double Aces") accepted at least 10,890 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Double Aces.

696.    To date, Double Aces has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

697.    According to USOR Site Records, Defendant Dow Machinery Corp. ("Dow Machinery") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,100 gallons of waste containing hazardous substances owned or possessed by Dow Machinery, at the USOR Site.

698.    To date, Dow Machinery has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

699.    According to USOR Site Records, Defendant Drane Ranger Vacuum Service ("Drane Ranger") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 244,644 gallons of waste containing hazardous substances owned or possessed by Drane Ranger, at the USOR Site, broken down as follows: 226,634 gallons of waste containing hazardous substances; 15,200 gallons of waste containing hazardous substances from Maverick Tube and/or Maverick Oil; 2,310 gallons of waste containing hazardous substances from Shell; and 500 gallons of waste containing hazardous substances from US Navy.

700.    By letter dated February 7, 2014, the USOR Site PRP Group notified Drane Ranger of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Drane Ranger the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

701.    To date, Drane Ranger has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

702.    According to USOR Site Records, Defendant Dresser-Rand Co. ("Dresser-Rand") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,800 gallons of waste containing hazardous substances owned or possessed by Dresser-Rand, at the USOR Site.

703.    Additionally, Defendant Dresser-Rand is the successor to Leading Edge Turbine Technologies, Inc. ("Leading Edge Turbine").

704.    According to USOR Site Records, Leading Edge Turbine by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,130 gallons of waste containing hazardous substances owned or possessed by Leading Edge Turbine, at the USOR Site.

705.    By letter dated December 5, 2013, the USOR Site PRP Group notified Dresser-Rand of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Dresser-Rand the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

706.    To date, Dresser-Rand has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

707.    According to USOR Site Records, Defendant Dual Trucking Inc. ("Dual Trucking") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 220 gallons of waste containing hazardous substances owned or possessed by Dual Trucking, at the USOR Site.

708.    By letter dated December 5, 2013, the USOR Site PRP Group notified Dual Trucking of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Dual Trucking the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

709.    To date, Dual Trucking has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

710.    According to USOR Site Records, Defendant Duoline Technologies, LLC ("Duoline") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,000 gallons of waste containing hazardous substances owned or possessed by Duoline, at the USOR Site.

711.    To date, Duoline has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

712.    Defendant Durek Investments, Inc. ("Durek") is the successor to and/or formerly known as Durek Property Management Inc. ("Durek Property").

713.    According to USOR Site Records, Durek Property by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 400 gallons of waste containing hazardous substances owned or possessed by Durek Property, at the USOR Site.

714.    By letter dated December 5, 2013, the USOR Site PRP Group notified Durek Property of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Durek Property the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

715.    To date, Durek has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

716.    Defendant E.P. Brady, Ltd. ("E.P. Brady") is the successor to Gulf Coast Remediation, LLC ("Gulf Coast Remediation").

717.    According to USOR Site Records, Gulf Coast Remediation accepted at least 4,000 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Gulf Coast Remediation.

718.    Additionally, according to USOR Site Records, Gulf Coast Remediation by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,120 gallons of waste containing hazardous substances owned or possessed by Gulf Coast Remediation, at the USOR Site.

719.    By letter dated December 5, 2013, the USOR Site PRP Group notified Gulf Coast Remediation of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Gulf Coast Remediation the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

720.    To date, E.P. Brady has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

721.    Alternatively, Defendant GC Remediation, Ltd. ("GC Remediation") is the successor to Gulf Coast Remediation responsible for the waste streams attributable to Gulf Coast Remediation, as alleged in paragraph no. 718 above.

722.    To date, GC Remediation has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

723.    According to USOR Site Records, Defendant E.S.R. Electronics, Inc. ("E.S.R. Electronics") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, at least 8,216 gallons of waste containing hazardous substances owned or possessed by E.S.R. Electronics, at the USOR Site.

724.    By letter dated December 5, 2013, the USOR Site PRP Group notified E.S.R. Electronics of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered E.S.R. Electronics the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

725.    To date, E.S.R. Electronics has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

726.    Defendant ED&F Man Liquid Products LLC ("ED&F Man") is the successor to and/or is formerly known as Westway Trading Corp. ("Westway Trading").

727.    According to USOR Site Records, Westway Trading by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,000 gallons of waste containing hazardous substances owned or possessed by Westway Trading, at the USOR Site.

728.    By letter dated December 5, 2013, the USOR Site PRP Group notified Westway Trading of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Westway Trading the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

729.    To date, ED&F Man has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

730.     According to USOR Site Records, Defendant Eagle Construction and Environmental Services, LLC ("Eagle Construction"), doing business as SWS Environmental Services ("SWS"), accepted at least 266,824 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Eagle Construction.

731.     Additionally, according to USOR Site Records, Eagle Construction by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,989,688 gallons of waste containing hazardous substances owned or possessed by Eagle Construction, at the USOR Site, broken down as follows: 242,373 gallons of waste containing hazardous substances from Eagle Construction; 5,350 gallons of waste containing hazardous substances from Ander Gage; 2,500 gallons of waste containing hazardous substances from Arc Ent; 4 gallons of waste containing hazardous substances from COH Police Dept.; 31,704 gallons of waste containing hazardous substances from Calpine; 33,155 gallons of waste containing hazardous substances from City of Houston; 2,424 gallons of waste containing hazardous substances from Coastal Corrosion; total gallons of waste containing hazardous substances from Cook Composites; 25,003 gallons of waste containing hazardous substances from Deer Park Energy Center; 2,100 gallons of waste containing hazardous substances from Earth Material Services and/or Earth Materials; 3,000 gallons of waste containing hazardous substances from Estes Express; 5,600 gallons of waste containing hazardous substances from Explorer Pipeline; 25,000 gallons of waste containing hazardous substances from Fort Bend County Landfill; 12,668 gallons of waste containing hazardous substances from Gilman Honda; 108,240 gallons of waste containing hazardous substances from Greif Brothers; 2,800 gallons of waste containing hazardous substances from Grit Trap-Tiona; 27,560 gallons of waste containing hazardous substances from Gulf States

Tube; 2,900 gallons of waste containing hazardous substances from KBR; 2,000 gallons of waste

containing hazardous substances from KLN Steel; 5,300 gallons of waste containing hazardous

substances from K-Mart; 300 gallons of waste containing hazardous substances from Kellogs

Brown & Root; 200 gallons of waste containing hazardous substances from MWH Constructors;

5,000 gallons of waste containing hazardous substances from Marcus Oil and Chemical; 3

gallons of waste containing hazardous substances from Merit Energy; 4,830 gallons of waste

containing hazardous substances from Ondeo Nalco; 785 gallons of waste containing hazardous

substances from Nisseki; 400 gallons of waste containing hazardous substances from Olympic

Pool; 2,000 gallons of waste containing hazardous substances from Pennzoil Quaker; 13,550

gallons of waste containing hazardous substances from Pepper-Lawson; 750 gallons of waste

containing hazardous substances from Phillips 66; 800 gallons of waste containing hazardous

substances from Polyfoam Products; 1,201,890 gallons of waste containing hazardous substances

from Rescar-Orange and/or Rescar-Channelview and/or Rescar-Longview; 24,622 gallons of

waste containing hazardous substances from Richie Brothers; 1,000 gallons of waste containing

hazardous substances from Sears Carpet & Upholstery; 2,875 gallons of waste containing

hazardous substances from Shell; 14,750 gallons of waste containing hazardous substances from

SKE Support Services; 2,300 gallons of waste containing hazardous substances from Sundance

Fuels; 13,500 gallons of waste containing hazardous substances from TMC Engineering; 6

gallons of waste containing hazardous substances from TX DOT; 15,600 gallons of waste

containing hazardous substances from TXU Generation Co.; 18,236 gallons of waste containing

hazardous substances from Tiona Truck Lines; 400 gallons of waste containing hazardous

substances from UPS; 98,640 gallons of waste containing hazardous substances from UTMB;

25,570 gallons of waste containing hazardous substances from Union Pacific Railroad; and 1,000 gallons of waste containing hazardous substances from United Crane.

732.    By letter dated June 4, 2014, the USOR Site PRP Group notified Eagle Construction of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Eagle Construction the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

733.    To date, Eagle Construction has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

734.    According to USOR Site Records, Defendant Eagle Orange ("Eagle Orange") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 7,000 gallons of waste containing hazardous substances owned or possessed by Eagle Orange, at the USOR Site.

735.    By letter dated December 5, 2013, the USOR Site PRP Group notified Eagle Orange of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Eagle Orange the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

736.    To date, Eagle Orange has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

737.    According to USOR Site Records, Defendant Eagle Transportation Services Co. ("Eagle Transportation") accepted at least 3,325,145 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Eagle Transportation.

738.    To date, Eagle Transportation has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

739.    According to USOR Site Records, Defendant Earth Material Services LLC ("Earth Material") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 600 gallons of waste containing hazardous substances owned or possessed by Earth Material, at the USOR Site.

740.    By letter dated December 5, 2013, the USOR Site PRP Group notified Earth Material of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Earth Material the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

741.    To date, Earth Material has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

742.    Defendant East West Bancorp, Inc. ("East West Bancorp") is the successor to Metro Bank N.A. ("Metro Bank").

743.    According to USOR Site Records, Metro Bank by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,000 gallons of waste containing hazardous substances owned or possessed by Metro Bank, at the USOR Site.

744.    By letter dated December 5, 2013, the USOR Site PRP Group notified Metro Bank of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Metro Bank the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

745.    To date, East West Bancorp has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

746.    According to USOR Site Records, Defendant Eco Mud Disposal ("Eco Mud") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 18,680 gallons of waste containing hazardous substances owned or possessed by Eco Mud, at the USOR Site.

747.    By letter dated December 5, 2013, the USOR Site PRP Group notified Eco Mud of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Eco Mud the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

748.    To date, Eco Mud has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

749.    According to USOR Site Records, Defendant Eco Recycling Systems Ltd. ("Eco Recycling") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Eco Recycling, at the USOR Site.

750.    To date, Eco Recycling has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

751.    According to USOR Site Records, Defendant Economic Environmental Services, Inc. ("Economic Environmental Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 800 gallons of waste containing hazardous substances owned or possessed by Economic Environmental Services, at the USOR Site.

752.    By letter dated December 5, 2013, the USOR Site PRP Group notified Economic Environmental Services of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Economic Environmental Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

753.    To date, Economic Environmental Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

754.    According to USOR Site Records, Defendant Elgni Resource Development, LLC ("Elgni Resource") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,500 gallons of waste containing hazardous substances owned or possessed by Elgni Resource, at the USOR Site.

755.    By letter dated December 5, 2013, the USOR Site PRP Group notified Elgni Resource of the existence of the release or threatened release of hazardous substances at the

USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Elgni Resource the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

756. To date, Elgni Resource has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

757. According to USOR Site Records, Defendant Elite Environmental & Safety Services, Inc. ("Elite Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 31,950 gallons of waste containing hazardous substances owned or possessed by Elite Environmental, at the USOR Site, broken down as follows: 28,350 gallons of waste containing hazardous substances from Elite Environmental; 250 gallons of waste containing hazardous substances from Lighthouse; and 3,350 gallons of waste containing hazardous substances from Revak Enterprises.

758. By letter dated December 5, 2013, the USOR Site PRP Group notified Elite Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Elite Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

759. To date, Elite Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

760. According to USOR Site Records, Defendant Empire Truck Lines, Inc. ("Empire Truck") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged

with a transporter for transport for disposal or treatment, at least 2,000 gallons of waste

containing hazardous substances owned or possessed by Empire Truck, at the USOR Site.

761.    To date, Empire Truck has not paid any response costs incurred by the USOR Site

PRP Group at the USOR Site.

762.    According to USOR Site Records, Defendant Energy Power, Inc. ("Energy

Power") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged

with a transporter for transport for disposal or treatment, at least 1,086 gallons of waste

containing hazardous substances owned or possessed by Energy Power, at the USOR Site.

763.    By letter dated December 5, 2013, the USOR Site PRP Group notified Energy

Power of the existence of the release or threatened release of hazardous substances at the USOR

Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Energy Power the

opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

764.    To date, Energy Power has refused to cooperate with the USOR Site PRP Group

and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

765.    According to USOR Site Records, Defendant Envirogistics, LP ("Envirogistics")

accepted at least 1,818,590 gallons of waste containing hazardous substances for transport to the

USOR Site, which was selected by Envirogistics.

766.    Additionally, according to USOR Site Records, Envirogistics by contract,

agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for

transport for disposal or treatment, at least 359,325 gallons of waste containing hazardous

substances owned or possessed by Envirogistics, at the USOR Site, broken down as follows:

18,103 gallons of waste containing hazardous substances; 5,500 gallons of waste containing

hazardous substances from Stephen F. Austin University; 318,089 gallons of waste containing hazardous substances from JL Proler and/or Proler Southwest; 21 gallons of waste containing hazardous substances from KB Technologies; 14,600 gallons of waste containing hazardous substances from San Jacinto Barge Repair; 3,000 gallons of waste containing hazardous substances from Sparkler Filter; and 12 gallons of waste containing hazardous substances from Thermal Seal.

767.    By letter dated June 4, 2014, the USOR Site PRP Group notified Envirogistics of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Envirogistics the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

768.    To date, Envirogistics has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

769.    According to USOR Site Records, Defendant Environ Express Laboratories, Inc. ("Environ Express") accepted at least 221,320 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Environ Express Laboratories.

770.    To date, Environ Express has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

771.    According to USOR Site Records, Defendant Environeering, Inc. ("Environeering") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 7 gallons of waste containing hazardous substances owned or possessed by Environeering, at the USOR Site.

772.    By letter dated December 5, 2013, the USOR Site PRP Group notified Environeering of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Environeering the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

773.    To date, Environeering has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

774.    Defendant Environmental Corrections Corp. ("Environmental Corrections") is the successor to R&D Environmental Services, Inc. ("R&D Environmental").

775.    According to USOR Site Records, R&D Environmental by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 29,241 gallons of waste containing hazardous substances owned or possessed by R&D Environmental, at the USOR Site, broken down as follows: 14 gallons of waste containing hazardous substances from R&D Environmental; 3 gallons of waste containing hazardous substances from At Systems; 2,800 gallons of waste containing hazardous substances from Cargill; 5 gallons of waste containing hazardous substances from Carlos Jones Trucking; 33,570 gallons of waste containing hazardous substances from Coastal Transportation; 16,000 gallons of waste containing hazardous substances from Dynergy; 1,300 gallons of waste containing hazardous substances from Precision Tube; 5 gallons of waste containing hazardous substances from Southcoast Construction; 2,010 gallons of waste containing hazardous substances from Taylor Propan & Gas; 500 gallons of waste containing hazardous substances from Truck Transport; 11,700 gallons of waste containing hazardous substances from Union Pacific; and 27 gallons of waste containing hazardous substances from X-Treme Pipe Storage.

776.     By letter dated December 5, 2013, the USOR Site PRP Group notified R&D Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered R&D Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

777.     To date, Environmental Corrections has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

778.     Defendant Environmental Disposal Solutions, Inc. ("Environmental Disposal") is formerly known as Evergreen Disposal Solutions Inc. ("Evergreen Disposal"), and is the successor to Evergreen Industrial ("Evergreen Industrial") and Evergreen Vacuum ("Evergreen Vacuum").

779.     According to USOR Site Records, Evergreen Disposal by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 256,462 gallons of waste containing hazardous substances owned or possessed by Evergreen Disposal, at the USOR Site.

780.     According to USOR Site Records, Evergreen Industrial by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 148,657 gallons of waste containing hazardous substances owned or possessed by Evergreen Industrial, at the USOR Site.

781.     According to USOR Site Records, Evergreen Vacuum by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 59,785 gallons of waste containing hazardous substances owned or possessed by Evergreen Vacuum, at the USOR Site.

782.     By letter dated June 4, 2014, the USOR Site PRP Group notified Evergreen Disposal of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Evergreen Disposal the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

783.     To date, Environmental Disposal has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

784.     Alternatively, Defendant Evergreen Environmental Services, LLC, doing business as Evergreen Industrial Services ("Evergreen Environmental"), is responsible for the waste streams attributable to Evergreen Industrial, as alleged in paragraph no. 780 above.

785.     To date, Evergreen Environmental has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

786.     Alternatively, Defendant Evergreen Vacuum Service, LLC ("Evergreen Vacuum") is responsible for the waste streams attributable to Evergreen Vacuum, as alleged in paragraph no. 781 above.

787.     To date, Evergreen Vacuum has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

788.     According to USOR Site Records, Defendant Environmental Earth-Wise, Inc. ("EEW") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 782,155 gallons of waste containing hazardous substances owned or possessed by EEW, at the USOR Site, broken down as follows: 33,825 gallons of waste containing hazardous substances; 96,940 gallons of

waste containing hazardous substances from Baker Oil Tools; 1,800 gallons of waste containing hazardous substances from CFS; 382,400 gallons of waste containing hazardous substances from Calgon Carbon; 25 gallons of waste containing hazardous substances from Calpine Baytown; 19 gallons of waste containing hazardous substances from El Paso Field Services; 22,400 gallons of waste containing hazardous substances from Energy Transfer; 35,000 gallons of waste containing hazardous substances from International Paint; 45,196 gallons of waste containing hazardous substances from Kock Hydrocarbons; 53,916 gallons of waste containing hazardous substances from ONEOK; 85,040 gallons of waste containing hazardous substances from Rain for Rent; 4,040 gallons of waste containing hazardous substances from Rust Scale; 1,300 gallons of waste containing hazardous substances from Stress Engineering Services; and 238,000 gallons of waste containing hazardous substances from Tex Tube.

789.    By letter dated December 5, 2013, the USOR Site PRP Group notified EEW of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered EEW the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

790.    To date, EEW has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

791.    According to USOR Site Records, Defendant Enviro-Vac, Ltd. ("Enviro-Vac") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 12,561,931 gallons of waste containing hazardous substances owned or possessed by Enviro-Vac, at the USOR Site, broken down as follows: 11,475,576 gallons of waste containing hazardous substances; 13,503 gallons of waste

containing hazardous substances from Allied Grease; 466,200 gallons of waste containing

hazardous substances from Allison Enterprise; 16,000 gallons of waste containing hazardous

substances from Austin; 161,400 gallons of waste containing hazardous substances from Lufkin;

30,470 gallons of waste containing hazardous substances from Morgan Oil Co.; 75,563 gallons

of waste containing hazardous substances from Newton County; 1gallon of waste containing

hazardous substances from RCI; 10,500 gallons of waste containing hazardous substances from

Republic Waste; 216,504 gallons of waste containing hazardous substances from Waste

Management; 6,000 gallons of waste containing hazardous substances from Weatherly; and

90,214 gallons of waste containing hazardous substances from Western Waste.

792.    By letter dated June 4, 2014, the USOR Site PRP Group notified Enviro-Vac of

the existence of the release or threatened release of hazardous substances at the USOR Site, and

that the USOR Site PRP Group intended to take steps to eliminate the release or threatened

release of hazardous substances at the USOR Site; and offered Enviro-Vac the opportunity to

voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

793.    To date, Enviro-Vac has refused to cooperate with the USOR Site PRP Group and

has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

794.    According to USOR Site Records, Defendants Esco Marine Inc. ("Esco Marine")

and/or Resolve Marine Group, Inc. ("Resolve Marine") by contract, agreement, or otherwise

arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or

treatment, at least 104,100 gallons of waste containing hazardous substances owned or possessed

by Esco Marine and/or Resolve Marine, at the USOR Site.

795.    By letters dated February 7, 2014, the USOR Site PRP Group notified Esco

Marine and Resolve Marine of the existence of the release or threatened release of hazardous

substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Esco Marine and Resolve Marine the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

796.    To date, both Esco Marine and Resolve Marine have refused to cooperate with the USOR Site PRP Group and have not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

797.    According to USOR Site Records, Defendant Estes Express Lines ("Estes Express") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,000 gallons of waste containing hazardous substances owned or possessed by Estes Express, at the USOR Site.

798.    By letter dated December 5, 2013, the USOR Site PRP Group notified Estes Express of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Estes Express the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

799.    To date, Estes Express has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

800.    According to USOR Site Records, Defendant Ethyl Acrylate ("Ethyl Acrylate") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,000 gallons of waste containing hazardous substances owned or possessed by Ethyl Acrylate, at the USOR Site.

801.    By letter dated December 5, 2013, the USOR Site PRP Group notified Ethyl Acrylate of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Ethyl Acrylate the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

802.    To date, Ethyl Acrylate has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

803.    According to USOR Site Records, Defendant Ethyl Corporation ("Ethyl Corp.") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 844,679 gallons of waste containing hazardous substances owned or possessed by Ethyl Corp., at the USOR Site.

804.    By letter dated February 7, 2014, the USOR Site PRP Group notified Ethyl Corp. of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Ethyl Corp. the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

805.    To date, Ethyl Corp. has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

806.    Defendant Evans Industries, Inc. ("Evans Industries") is the successor to and/or is formerly known as Evans Houston Corp. ("Evans Houston").

807.    According to USOR Site Records, Evans Houston by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for

disposal or treatment, at least 11,000 gallons of waste containing hazardous substances owned or possessed by Evans Houston, at the USOR Site.

808.    By letter dated December 5, 2013, the USOR Site PRP Group notified Evans Houston of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Evans Houston the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

809.    To date, Evans Industries has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

810.    According to USOR Site Records, Defendant Everest Valve Co. ("Everest Valve") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,500 gallons of waste containing hazardous substances owned or possessed by Everest Valve, at the USOR Site.

811.    To date, Everest Valve has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

812.    According to USOR Site Records, Defendant Everready Environmental Vacuum Service LLC ("Everready") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 281,406 gallons of waste containing hazardous substances owned or possessed by Everready, at the USOR Site, broken down as follows: 26,000 gallons of waste containing hazardous substances from Everready; 4,000 gallons of waste containing hazardous substances from AAR Inc.; 249,000 gallons of waste containing hazardous substances from Holcomb Oil; and 9,942 gallons of waste containing hazardous substances from Valero.

813.    By letter dated June 4, 2014, the USOR Site PRP Group notified Everready of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Everready the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

814.    To date, Everready has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

815.    Defendant Excel Industrial Group, LLC ("Excel Industrial") is the successor to Emergent Industrial Solutions, Inc. ("Emergent Industrial") and Gulf Coast Waste Management, Inc. ("Gulf Coast Waste").

816.    According to USOR Site Records, Emergent Industrial by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,371,071 gallons of waste containing hazardous substances owned or possessed by Emergent Industrial, at the USOR Site, broken down as follows: 62,153 gallons of waste containing hazardous substances from American Acryl; 64,900 gallons of waste containing hazardous substances from Dan Loc; 300,104 gallons of waste containing hazardous substances from Delta Tubular; 516,078 gallons of waste containing hazardous substances from Grant Prideco; 87,863 gallons of waste containing hazardous substances from Metton America-Scrubber; 79,099 gallons of waste containing hazardous substances from P Chem; 27,500 gallons of waste containing hazardous substances from Stewart & Stevenson; 16,000 gallons of waste containing hazardous substances from Texas Arai; 116,774 gallons of waste containing hazardous substances from Tristar; 8,600 gallons of waste containing hazardous substances from

Tube Alloy; and 92,000 gallons of waste containing hazardous substances from West Texas Drum.

817.    According to USOR Site Records, Gulf Coast Waste by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 935,626 gallons of waste containing hazardous substances owned or possessed by Gulf Coast Waste, at the USOR Site, broken down as follows: 55,530 gallons of waste containing hazardous substances from Gulf Coast Waste; 49,288 gallons of waste containing hazardous substances from Baker Hughes; 4,700 gallons of waste containing hazardous substances from Cooper Energy; 9,000 gallons of waste containing hazardous substances from Dan-Loc; 148,950 gallons of waste containing hazardous substances from Delta Tubular; 5,500 gallons of waste containing hazardous substances from Evans Industries; 538,300 gallons of waste containing hazardous substances from Grant Prideco; 2,000 gallons of waste containing hazardous substances from Onyx; 25,256 gallons of waste containing hazardous substances from P Chem; 144,450 gallons of waste containing hazardous substances from Tri Star Protector; and 88,000 gallons of waste containing hazardous substances from West Texas Drum.

818.    By letters dated February 7, 2014, the USOR Site PRP Group notified Gulf Coast Waste and Emergent Industrial of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Gulf Coast Waste and Emergent Industrial the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

819.   To date, Excel Industrial has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

820.   Defendant Expert Vacuum ("Expert Vacuum") is the successor to and/or is formerly known as NP Vacuum.

821.   According to USOR Site Records, NP Vacuum by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,610 gallons of waste containing hazardous substances owned or possessed by NP Vacuum, at the USOR Site.

822.   By letter dated December 5, 2013, the USOR Site PRP Group notified NP Vacuum of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered NP Vacuum the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

823.   To date, Expert Vacuum has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

824.   According to USOR Site Records, Defendant F&E Scrap Metal ("F&E Scrap") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 6,000 gallons of waste containing hazardous substances owned or possessed by F&E Scrap, at the USOR Site.

825.   By letter dated December 5, 2013, the USOR Site PRP Group notified F&E Scrap of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened

release of hazardous substances at the USOR Site; and offered F&E Scrap the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

826.     To date, F&E Scrap has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

827.     According to USOR Site Records, Defendant FAM Marine Services, Inc. ("FAM Marine") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10 gallons of waste containing hazardous substances owned or possessed by FAM Marine, at the USOR Site.

828.     To date, FAM Marine has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

829.     According to USOR Site Records, Defendant Farouk Systems, Inc. ("Farouk Systems") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,682,285 gallons of waste containing hazardous substances owned or possessed by Farouk Systems, at the USOR Site.

830.     By letter dated December 5, 2013, the USOR Site PRP Group notified Farouk Systems of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Farouk Systems the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

831.     To date, Farouk Systems has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

832.     According to USOR Site Records, Defendant Field Service ("Field Service") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 576 gallons of waste containing hazardous substances owned or possessed by Field Service, at the USOR Site.

833.     By letter dated December 5, 2013, the USOR Site PRP Group notified Field Service of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Field Service the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

834.     To date, Field Service has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

835.     According to USOR Site Records, Defendant The Finger Companies Inc. ("Finger Companies") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,000 gallons of waste containing hazardous substances owned or possessed by Finger Companies, at the USOR Site.

836.     To date, Finger Companies has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

837.     According to USOR Site Records, Defendant Firebird Bulk Carriers, Inc. ("Firebird") accepted at least 501,532 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Firebird.

838.     To date, Firebird has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

839.    According to USOR Site Records, Defendant First United Methodist Church of Houston ("First United Methodist") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 500 gallons of waste containing hazardous substances owned or possessed by First United Methodist, at the USOR Site.

840.    By letter dated December 5, 2013, the USOR Site PRP Group notified First United Methodist of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered First United Methodist the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

841.    To date, First United Methodist has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

842.    Defendant First Wave Marine, Inc. ("First Wave Marine") is the successor to Newpark Ship Building.

843.    According to USOR Site Records, Newpark Ship Building by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 81,500 gallons of waste containing hazardous substances owned or possessed by Newpark Ship Building, at the USOR Site.

844.    By letter dated December 5, 2013, the USOR Site PRP Group notified First Wave Marine of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

163

threatened release of hazardous substances at the USOR Site; and offered First Wave the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

845. To date, First Wave has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

846. According to USOR Site Records, Defendant Fisher Oil & Recycling Services ("Fisher Oil") accepted at least 1,100 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Fisher Oil.

847. To date, Fisher Oil has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

848. According to USOR Site Records, Defendant Flan Ex Transportation ("Flan Ex Transportation") accepted at least 118 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Flan Ex Transportation.

849. To date, Flan Ex Transportation has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

850. According to USOR Site Records, Defendant Flex Oil Service, LLC ("Flex Oil") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,051,877 gallons of waste containing hazardous substances owned or possessed by Flex Oil, at the USOR Site.

851. By letter dated February 7, 2014, the USOR Site PRP Group notified Flex Oil of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Flex Oil the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

852.     To date, Flex Oil has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

853.     According to USOR Site Records, Defendant Florida Marine Transporters, Inc. ("Florida Marine") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 14 gallons of waste containing hazardous substances owned or possessed by Florida Marine, at the USOR Site.

854.     To date, Florida Marine has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

855.     Defendant Flowers Baking Co. of San Antonio, LLC ("Flowers Baking") is the successor to Butterkrust Bakery, LLC ("Butterkrust").

856.     According to USOR Site Records, Butterkrust by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 150 gallons of waste containing hazardous substances owned or possessed by Butterkrust, at the USOR Site.

857.     To date, Flowers Baking has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

858.     According to USOR Site Records, Defendant Fluid Sealing Products, Inc. ("Fluid Sealing") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,000 gallons of waste containing hazardous substances owned or possessed by Fluid Sealing, at the USOR Site.

859.     By letter dated December 5, 2013, the USOR Site PRP Group notified Fluid Sealing of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Fluid Sealing the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

860.    To date, Fluid Sealing has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

861.    According to USOR Site Records, Defendant Foley's ("Foley's") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,000 gallons of waste containing hazardous substances owned or possessed by Foley's, at the USOR Site.

862.    By letter dated December 5, 2013, the USOR Site PRP Group notified Foley's of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Foley's the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

863.    To date, Foley's has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

864.    According to USOR Site Records, Defendant Foodliner, Inc. ("Foodliner") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 204 gallons of waste containing hazardous substances owned or possessed by Foodliner, at the USOR Site.

865.    By letter dated December 5, 2013, the USOR Site PRP Group notified Foodliner of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened

release of hazardous substances at the USOR Site; and offered Foodliner the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

866.     To date, Foodliner has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

867.     According to USOR Site Records, Defendant Formosa Plastics Corp., U.S.A. ("Formosa Plastics") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 24,330 gallons of waste containing hazardous substances owned or possessed by Formosa Plastics, at the USOR Site.

868.     By letter dated December 5, 2013, the USOR Site PRP Group notified Formosa Plastics of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Formosa Plastics the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

869.     To date, Formosa Plastics has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

870.     According to USOR Site Records, Defendant Fortis International, Inc. ("Fortis") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 11,538 gallons of waste containing hazardous substances owned or possessed by Fortis, at the USOR Site.

871.     By letter dated December 5, 2013, the USOR Site PRP Group notified Fortis of the existence of the release or threatened release of hazardous substances at the USOR Site, and

that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Fortis the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

872.    To date, Fortis has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

873.    According to USOR Site Records, Defendant Four Way Tank Trucks, Inc. ("Four Way Tank") accepted at least 15,000 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Four Way Tank.

874.    To date, Four Way Tank has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

875.    According to USOR Site Records, Defendant Fugro-McClelland Marine Geosciences, Inc. ("Fugro-McClelland") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,200 gallons of waste containing hazardous substances owned or possessed by Fugro-McClelland, at the USOR Site.

876.    By letter dated December 5, 2013, the USOR Site PRP Group notified Fugro-McClelland of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Fugro-McClelland the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

877.    To date, Fugro-McClelland has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

878.    According to USOR Site Records, Defendant Fullers, Inc. of Baytown ("Fullers") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,475 gallons of waste containing hazardous substances owned or possessed by Fullers, at the USOR Site.

879.    By letter dated December 5, 2013, the USOR Site PRP Group notified Fullers of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Fullers the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

880.    To date, Fullers has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

881.    According to USOR Site Records, Defendant Future Environmental Systems, Inc. ("Future Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 15 gallons of waste containing hazardous substances owned or possessed by Future Environmental, at the USOR Site.

882.    To date, Future Environmental has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

883.    According to USOR Site Records, Defendant G&S Machine Inc. ("G&S Machine") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 9 gallons of waste containing hazardous substances owned or possessed by G&S Machine, at the USOR Site.

884.   To date, G&S Machine has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

885.   According to USOR Site Records, Defendant G6 Hospitality LLC ("G6 Hospitality") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 500 gallons of waste containing hazardous substances owned or possessed by G6 Hospitality, at the USOR Site.

886.   By letter dated December 5, 2013, the USOR Site PRP Group notified G6 Hospitality of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered G6 Hospitality the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

887.   To date, G6 Hospitality has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

888.   According to USOR Site Records, Defendant GMY, Ltd. ("GMY") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,000 gallons of waste containing hazardous substances owned or possessed by GMY, at the USOR Site.

889.   By letter dated December 5, 2013, the USOR Site PRP Group notified GMY of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered GMY the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

890.     To date, GMY has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

891.     According to USOR Site Records, Defendant GSF Energy, LLC ("GSF") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,500 gallons of waste containing hazardous substances owned or possessed by GSF, at the USOR Site.

892.     By letter dated December 5, 2013, the USOR Site PRP Group notified GSF of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered GSF the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

893.     To date, GSF has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

894.     According to USOR Site Records, Defendant Galleria ("Galleria") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 200 gallons of waste containing hazardous substances owned or possessed by Galleria, at the USOR Site.

895.     By letter dated December 5, 2013, the USOR Site PRP Group notified Galleria of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Galleria the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

896.    To date, Galleria has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

897.    According to USOR Site Records, Defendant Galveston Bay Biodiesel, LP ("Galveston Bay Biodiesel") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 38,000 gallons of waste containing hazardous substances owned or possessed by Galveston Bay Biodiesel, at the USOR Site.

898.    By letter dated December 5, 2013, the USOR Site PRP Group notified Galveston Bay Biodiesel of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Galveston Bay Biodiesel the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

899.    To date, Galveston Bay Biodiesel has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

900.    According to USOR Site Records, Defendant Galveston County Water Control and Improvement District No. 1 ("Galveston County WCID") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,580 gallons of waste containing hazardous substances owned or possessed by Galveston County WCID, at the USOR Site.

901.    By letter dated December 5, 2013, the USOR Site PRP Group notified Galveston County WCID of the existence of the release or threatened release of hazardous substances at the

USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Galveston County WCID the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

902.    To date, Galveston County WCID has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

903.    Defendant Garlock Sealing Technologies, LLC ("Garlock Sealing") is the successor to and/or is formerly known as Garlock Metallic Gaskets ("Garlock Metallic").

904.    According to USOR Site Records, Garlock Metallic by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 275,988 gallons of waste containing hazardous substances owned or possessed by Garlock Metallic, at the USOR Site.

905.    Additionally, according to USOR Site Records, Garlock Sealing by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,300 gallons of waste containing hazardous substances owned or possessed by Garlock Sealing, at the USOR Site.

906.    By letter dated February 7, 2014, the USOR Site PRP Group notified Garlock Sealing of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Garlock Sealing the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

907.     To date, Garlock Sealing has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

908.     According to USOR Site Records, Defendant Gator Environmental & Rentals, Inc. ("Gator Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,641,564 gallons of waste containing hazardous substances owned or possessed by Gator Environmental, at the USOR Site, broken down as follows: 811,712 gallons of waste containing hazardous substances from Gator Environmental; 298,868 gallons of waste containing hazardous substances from American Springware; 266,850 gallons of waste containing hazardous substances from Blentech Corp.; 9,135 gallons of waste containing hazardous substances from Bolivar Barge; 5,000 gallons of waste containing hazardous substances from Brandero Price; 424,298 gallons of waste containing hazardous substances from Champion Technologies; 112,125 gallons of waste containing hazardous substances from Coastal Chemical; 53,498 gallons of waste containing hazardous substances from Enterprise Products; 41,350 gallons of waste containing hazardous substances from Explorer Pipeline; 4,040 gallons of waste containing hazardous substances from Galveston Terminals; 390,000 gallons of waste containing hazardous substances from Gulbrandsen Technologies; 4,000 gallons of waste containing hazardous substances from Houston Chemical Services; 44,000 gallons of waste containing hazardous substances from Houston Marine Services; 16 gallons of waste containing hazardous substances from Hydro Tank; 2,700 gallons of waste containing hazardous substances from Ibex Chemical; 19,800 gallons of waste containing hazardous substances from JL Proler; 750 gallons of waste containing hazardous substances from LDH Energy; 19,300 gallons of waste containing hazardous substances from Luni Castle; 14,000 gallons of waste containing hazardous substances

from M/V Yorktown Express; 19,000 gallons of waste containing hazardous substances from Matheson Tri-Gas; 20,000 gallons of waste containing hazardous substances from New Era from in least November 2004; 19,710 gallons of waste containing hazardous substances from Nortran Transport; 53,520 gallons of waste containing hazardous substances from Path Finder Industries; 4,016 gallons of waste containing hazardous substances from P Chem; 4,500 gallons of waste containing hazardous substances from Perko Log; 19,000 gallons of waste containing hazardous substances from Pilot Chemical; 76,600 gallons of waste containing hazardous substances from Southern Core Supply; 419,582 gallons of waste containing hazardous substances from Teppco; 56,900 gallons of waste containing hazardous substances from Texas United Pipe; 32,500 gallons of waste containing hazardous substances from TNG Utilities; 9,000 gallons of waste containing hazardous substances from Transglobal Solution; 3,964 gallons of waste containing hazardous substances from Transport Service Co.; 126,400 gallons of waste containing hazardous substances from TT Barge Services; and 11,100 gallons of waste containing hazardous substances from Texas Honing.

909. By letter dated June 4, 2014, the USOR Site PRP Group notified Gator Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Gator Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

910. To date, Gator Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

911. According to USOR Site Records, Defendant Gerdau Ameristeel US Inc. ("Gerdau Ameristeel") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 9,400 gallons of waste containing hazardous substances owned or possessed by Gerdau Ameristeel, at the USOR Site.

912. By letter dated December 5, 2013, the USOR Site PRP Group notified Gerdau Ameristeel of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Gerdau Ameristeel the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

913. To date, Gerdau Ameristeel has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

914. According to USOR Site Records, Defendant Gillman, Inc., doing business as Gillman Honda ("Gillman Honda") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 11,202 gallons of waste containing hazardous substances owned or possessed by Gillman Honda, at the USOR Site.

915. By letter dated December 5, 2013, the USOR Site PRP Group notified Gillman Honda of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Gillman Honda the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

916.    To date, Gillman Honda has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

917.    According to USOR Site Records, Defendant Glenbourogh ("Glenborough") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 800 gallons of waste containing hazardous substances owned or possessed by Glenbourogh, at the USOR Site.

918.    To date, Glenbourogh has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

919.    According to USOR Site Records, Defendant Glendale Boat Works, Inc. ("Glendale Boat Works") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 90,220 gallons of waste containing hazardous substances owned or possessed by Glendale Boat Works, at the USOR Site.

920.    To date, Glendale Boat Works has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

921.    According to USOR Site Records, Defendant Global Crossing Telecommunications, Inc. ("Global Crossing Telecommunications") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Global Crossing Telecommunications, at the USOR Site.

922.    To date, Global Crossing Telecommunications has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

923.    According to USOR Site Records, Defendant Go West Fabricators & Rig Star, Inc. ("Go West Fabricators") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,800 gallons of waste containing hazardous substances owned or possessed by Go West Fabricators, at the USOR Site.

924.    To date, Go West Fabricators has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

925.    According to USOR Site Records, Defendant Golden Opportunity Recycling Service ("Golden Opportunity") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 25,000 gallons of waste containing hazardous substances owned or possessed by Golden Opportunity, at the USOR Site.

926.    By letter dated December 5, 2013, the USOR Site PRP Group notified Golden Opportunity of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Golden Opportunity the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

927.    To date, Golden Opportunity has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

928.    According to USOR Site Records, Defendant Goodman Manufacturing Co., L.P. ("Goodman Manufacturing") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 6,500

gallons of waste containing hazardous substances owned or possessed by Goodman Manufacturing, at the USOR Site.

929.    To date, Goodman Manufacturing has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

930.    According to USOR Site Records, Defendant Grand Parkway Doctors Center ("Grand Parkway Doctors") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 100 gallons of waste containing hazardous substances owned or possessed by Grand Parkway Doctors, at the USOR Site.

931.    By letter dated December 5, 2013, the USOR Site PRP Group notified Grand Parkway Doctors of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Grand Parkway Doctors the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

932.    To date, Grand Parkway Doctors has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

933.    According to USOR Site Records, Defendant Grease Recyclers Co-op ("Grease Recyclers") accepted at least 423,000 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Grease Recyclers.

934.    Additionally, according to USOR Site Records, Grease Recyclers by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for

transport for disposal or treatment, at least 410,000 gallons of waste containing hazardous substances owned or possessed by Grease Recyclers, at the USOR Site.

935.    To date, Grease Recyclers has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

936.    According to USOR Site Records, Defendant Greene's Energy Group, LLC ("Greene's Energy") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Greene's Energy, at the USOR Site.

937.    To date, Greene's Energy has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

938.    According to USOR Site Records, Defendant GreenHunter Biofuels, Inc. ("GreenHunter Biofuels") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 43,500 gallons of waste containing hazardous substances owned or possessed by GreenHunter Biofuels, at the USOR Site.

939.    By letter dated December 5, 2013, the USOR Site PRP Group notified GreenHunter Biofuels of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered GreenHunter Biofuels the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

940.    To date, GreenHunter Biofuels has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

941.    Alternatively, Defendant GreenHunter Resources, Inc. ("GreenHunter Resources") is the successor to GreenHunter Biofuels and is responsible for the waste streams attributable to GreenHunter Biofuels, as alleged in paragraph no. 938 above.

942.    To date, GreenHunter Resources has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

943.    According to USOR Site Records, Defendant Grentek Inc. ("Grentek") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 400 gallons of waste containing hazardous substances owned or possessed by Grentek, at the USOR Site.

944.    To date, Grentek has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

945.    According to USOR Site Records, Defendant GreyStar Corp. ("GreyStar") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 6 gallons of waste containing hazardous substances owned or possessed by GreyStar, at the USOR Site.

946.    By letter dated December 5, 2013, the USOR Site PRP Group notified GreyStar of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered GreyStar the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

947.    To date, GreyStar has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

948.    Defendant Greystar Real Estate Partners, LLC ("Greystar Real Estate") is the owner of Kirby Place Apartments.

949.    According to USOR Site Records, Kirby Place Apartments by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,500 gallons of waste containing hazardous substances owned or possessed by Kirby Place Apartments, at the USOR Site.

950.    By letter dated December 5, 2013, the USOR Site PRP Group notified Kirby Place Apartments of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Kirby Place Apartments the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

951.    To date, Greystar Real Estate has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

952.    According to USOR Site Records, Defendant Griggs Auto Center ("Griggs Auto") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 30 gallons of waste containing hazardous substances owned or possessed by Griggs Auto, at the USOR Site.

953.    By letter dated December 5, 2013, the USOR Site PRP Group notified Griggs Auto of the existence of the release or threatened release of hazardous substances at the USOR

Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Griggs Auto the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

954.    To date, Griggs Auto has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

955.    According to USOR Site Records, Defendant Groves Equipment Rental Co., Inc. ("Groves Equipment") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,800 gallons of waste containing hazardous substances owned or possessed by Groves Equipment, at the USOR Site.

956.    By letter dated December 5, 2013, the USOR Site PRP Group notified Groves Equipment of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Groves Equipment the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

957.    To date, Groves Equipment has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

958.    According to USOR Site Records, Defendant Gulbrandsen Technologies Inc. ("Gulbrandsen") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 932,400 gallons of waste containing hazardous substances owned or possessed by Gulbrandsen, at the USOR Site.

959.    By letter dated February 7, 2014, the USOR Site PRP Group notified Gulbrandsen of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Gulbrandsen the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

960.    To date, Gulbrandsen has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

961.    According to USOR Site Records, Defendant Gulf Bayport Chemicals L.P. ("Gulf Bayport Chemicals") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 8,621 gallons of waste containing hazardous substances owned or possessed by Gulf Bayport Chemicals, at the USOR Site.

962.    By letter dated December 5, 2013, the USOR Site PRP Group notified Gulf Bayport Chemicals of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Gulf Bayport Chemicals the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

963.    To date, Gulf Bayport Chemicals has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

964.    According to USOR Site Records, Defendant Gulf Coast ("Gulf Coast") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a

transporter for transport for disposal or treatment, at least 65,000 gallons of waste containing hazardous substances owned or possessed by Gulf Coast, at the USOR Site.

965.    To date, Gulf Coast has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

966.    According to USOR Site Records, Defendant Gulf Coast Oil Recycling ("Gulf Coast Oil") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 38,006 gallons of waste containing hazardous substances owned or possessed by Gulf Coast Oil, at the USOR Site, broken down as follows: 4,000 gallons of waste containing hazardous substances from Honing.

967.    By letter dated December 5, 2013, the USOR Site PRP Group notified Gulf Coast Oil of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Gulf Coast Oil the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

968.    To date, Gulf Coast Oil has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

969.    According to USOR Site Records, Defendant Gulf Coast Waste Disposal Authority ("Gulf Coast Waste Disposal") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 11,300 gallons of waste containing hazardous substances owned or possessed by Gulf Coast Waste Disposal, at the USOR Site.

970.    By letter dated December 5, 2013, the USOR Site PRP Group notified Gulf Coast Waste Disposal of the existence of the release or threatened release of hazardous substances at

the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Gulf Coast Waste Disposal the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

971.    To date, Gulf Coast Waste Disposal has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

972.    According to USOR Site Records, Defendant Gulf States Environmental ("Gulf States Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2 gallons of waste containing hazardous substances owned or possessed by Gulf States Environmental, at the USOR Site.

973.    By letter dated December 5, 2013, the USOR Site PRP Group notified Gulf States Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Gulf States Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

974.    To date, Gulf States Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

975.    According to USOR Site Records, Defendant Gulf States Toyota, Inc. ("Gulf States Toyota") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, at least 200 gallons of waste containing hazardous substances owned or possessed by Gulf States Toyota, at the USOR Site.

976.     By letter dated December 5, 2013, the USOR Site PRP Group notified Gulf States Toyota of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Gulf States Toyota the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

977.     To date, Gulf States Toyota has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

978.     According to USOR Site Records, Defendant Gulf States Tube, LLC ("Gulf States Tube") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 27,560 gallons of waste containing hazardous substances owned or possessed by Gulf States Tube, at the USOR Site.

979.     To date, Gulf States Tube has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

980.     According to USOR Site Records, Defendant Gulf Stream Marine, Inc. ("Gulf Stream Marine") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,500 gallons of waste containing hazardous substances owned or possessed by Gulf Stream Marine, at the USOR Site.

981.     By letter dated December 5, 2013, the USOR Site PRP Group notified Gulf Stream Marine of the existence of the release or threatened release of hazardous substances at the

USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Gulf Stream Marine the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

982.    To date, Gulf Stream Marine has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

983.    According to USOR Site Records, Defendant Gulfmark Energy, Inc. ("Gulfmark Energy") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 20,000 gallons of waste containing hazardous substances owned or possessed by Gulfmark Energy, at the USOR Site.

984.    By letter dated December 5, 2013, the USOR Site PRP Group notified Gulfmark Energy of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Gulfmark Energy the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

985.    To date, Gulfmark Energy has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

986.    Defendant H&A Trucking, Inc. ("H&A Trucking") is the successor to and/or is also known as Navarette Trucking.

987.    According to USOR Site Records, Navarette Trucking by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for

disposal or treatment, at least 2,252 gallons of waste containing hazardous substances owned or possessed by Navarette Trucking, at the USOR Site.

988.    To date, H&A Trucking has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

989.    According to USOR Site Records, Defendant H2O Industrial Services, LLC ("H2O Industrial") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 112 gallons of waste containing hazardous substances owned or possessed by H2O Industrial, at the USOR Site.

990.    By letter dated December 5, 2013, the USOR Site PRP Group notified H2O Industrial of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered H2O Industrial the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

991.    To date, H2O Industrial has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

992.    Alternatively, Alliance Pastex is the successor to H2O Industrial and is responsible for the waste streams attributable to H2O Industrial, as alleged in paragraph no. 989 above.

993.    To date, Alliance Pastex has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

994.    According to USOR Site Records, Defendant H.O.T. Transport, Ltd. ("HOT Transport") accepted at least 21,950 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by HOT Transport.

995.     To date, HOT Transport has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

996.     According to USOR Site Records, Defendant HEB Grocery Co., LP ("HEB") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by HEB, at the USOR Site.

997.     To date, HEB has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

998.     According to USOR Site Records, Defendant HFOTCO LLC, doing business as Houston Fuel Oil Terminal Co. ("Houston Fuel Oil"), by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2 gallons of waste containing hazardous substances owned or possessed by Houston Fuel Oil, at the USOR Site.

999.     To date, Houston Fuel Oil has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1000.   According to USOR Site Records, Defendant HGM Products Group, LLC ("HGM Products") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,300 gallons of waste containing hazardous substances owned or possessed by HGM Products, at the USOR Site.

1001.   By letter dated December 5, 2013, the USOR Site PRP Group notified HGM Products of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered HGM Products the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1002.   To date, HGM Products has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1003.   According to USOR Site Records, Defendant HMHTTC Response, Inc. ("HMHTTC Response") accepted at least 3,542 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by HMHTTC Response.

1004.   To date, HMHTTC Response has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1005.   According to USOR Site Records, Defendant HMS ("HMS") accepted at least 87,463 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by HMS.

1006.   To date, HMS has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1007.   According to USOR Site Records, Defendant HR Recovery ("HR Recovery") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 6,000 gallons of waste containing hazardous substances owned or possessed by HR Recovery, at the USOR Site.

1008.   To date, HR Recovery has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1009.   According to USOR Site Records, Defendant HRD Corp., doing business as Marcus Oil & Chemical ("Marcus Oil"), by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at

least 5,000 gallons of waste containing hazardous substances owned or possessed by Marcus Oil, at the USOR Site.

1010.   To date, Marcus Oil has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1011.   Defendant Halliburton Co. ("Halliburton") is the successor to Baroid Industrial Drilling Products ("Baroid Industrial").

1012.   According to USOR Site Records, Baroid Industrial by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3 gallons of waste containing hazardous substances owned or possessed by Baroid Industrial, at the USOR Site.

1013.   To date, Halliburton has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1014.   According to USOR Site Records, Defendant Halliburton Energy Services, Inc. ("Halliburton Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 21,200 gallons of waste containing hazardous substances owned or possessed by Halliburton Services, at the USOR Site.

1015.   By letter dated December 5, 2013, the USOR Site PRP Group notified Halliburton Services of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Halliburton Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1016. To date, Halliburton Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1017. Defendant Hanson Pipe & Precast LLC ("Hanson Pipe") is the successor to and/or is formerly known as Hanson Concrete Products, Inc. ("Hanson Concrete").

1018. According to USOR Site Records, Hanson Concrete by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 742 gallons of waste containing hazardous substances owned or possessed by Hanson Concrete, at the USOR Site.

1019. To date, Hanson Pipe has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1020. According to USOR Site Records, Defendant Harcros Chemicals Inc. ("Harcros Chemicals") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,600 gallons of waste containing hazardous substances owned or possessed by Harcros Chemicals, at the USOR Site.

1021. To date, Harcros Chemicals has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1022. Defendant Harris County Sports & Convention Corp. ("Harris County Sports & Convention Corp.") is the owner of Reliant Park.

1023. According to USOR Site Records, Reliant Park by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,000 gallons of waste containing hazardous substances owned or possessed by Reliant Park, at the USOR Site.

1024.   By letter dated December 5, 2013, the USOR Site PRP Group notified Reliant Park of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Reliant Park the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1025.   To date, Harris County Sports & Convention Corp. has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1026.   Defendant Harris County, Texas ("Harris County") is the owner of Harris County Landfill ("Harris County Landfill") and Lynchburg Ferry ("Lynchburg Ferry").

1027.   According to USOR Site Records, Harris County Landfill by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2 gallons of waste containing hazardous substances owned or possessed by Harris County Landfill, at the USOR Site.

1028.   Additionally, according to USOR Site Records, Lynchburg Ferry by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 15,000 gallons of waste containing hazardous substances owned or possessed by Lynchburg Ferry, at the USOR Site.

1029.   By letter dated December 5, 2013, the USOR Site PRP Group notified Harris County Landfill of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Harris County Landfill the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1030.   To date, Harris County has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1031.   According to USOR Site Records, Defendant Hellyer Transmission & Automotive ("Hellyer Transmission") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,100 gallons of waste containing hazardous substances owned or possessed by Hellyer Transmission, at the USOR Site.

1032.   By letter dated December 5, 2013, the USOR Site PRP Group notified Hellyer Transmission of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Hellyer Transmission the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1033.   To date, Hellyer Transmission has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1034.   According to USOR Site Records, Defendant Helmerich & Payne International Drilling Co. ("Helmerich & Payne") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,600 gallons of waste containing hazardous substances owned or possessed by Helmerich & Payne, at the USOR Site.

1035.   To date, Helmerich & Payne has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1036.   Defendant Hercules Offshore, Inc. ("Hercules Offshore") is the successor to TODCO.

1037.   According to USOR Site Records, TODCO by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 9,300 gallons of waste containing hazardous substances owned or possessed by TODCO, at the USOR Site.

1038.   By letter dated December 5, 2013, the USOR Site PRP Group notified TODCO of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered TODCO the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1039.   To date, Hercules Offshore has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1040.   According to USOR Site Records, Defendant Hereaus Amersil Inc. ("Hereaus") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 12,000 gallons of waste containing hazardous substances owned or possessed by Hereaus, at the USOR Site.

1041.   To date, Hereaus has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1042.   According to USOR Site Records, Defendant Herman Trucking Co. ("Herman Trucking") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2 gallons of waste containing hazardous substances owned or possessed by Herman Trucking, at the USOR Site.

1043.   To date, Herman Trucking has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1044.   Alternatively, Defendant Herman Johnson Trucking, LLC ("Herman Johnson Trucking") is responsible for the waste streams attributable to Herman Trucking, as alleged in paragraph no. 1042 above.

1045.   To date, Herman Johnson Trucking has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1046.   According to USOR Site Records, Defendant Hide Exporters of Texas, Inc. ("Hide Exporters") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Hide Exporters, at the USOR Site.

1047.   To date, Hide Exporters has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1048.   According to USOR Site Records, Defendant High Island Petrochemical, LLC ("High Island Petro Chemical") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 9,303 gallons of waste containing hazardous substances owned or possessed by High Island Petro Chemical, at the USOR Site.

1049.   By letter dated December 5, 2013, the USOR Site PRP Group notified High Island Petro Chemical of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered

High Island Petro Chemical the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1050.   To date, High Island Petro Chemical has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1051.   According to USOR Site Records, Defendant Highland Threads, Inc. ("Highland Threads") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 40,520 gallons of waste containing hazardous substances owned or possessed by Highland Threads, at the USOR Site.

1052.   By letter dated December 5, 2013, the USOR Site PRP Group notified Highland Threads of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Highland Threads the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1053.   To date, Highland Threads has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1054.   According to USOR Site Records, Defendant Highway Transport, Inc. ("Highway Transport") accepted at least 26,633 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Highway Transport.

1055.   To date, Highway Transport has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1056.   According to USOR Site Records, Defendant Hilton Worldwide, Inc. ("Hilton Doubletree") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 120 gallons of waste containing hazardous substances owned or possessed by Hilton Doubletree, at the USOR Site.

1057.   By letter dated December 5, 2013, the USOR Site PRP Group notified Hilton Doubletree of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Hilton Doubletree the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1058.   To date, Hilton Doubletree has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1059.   According to USOR Site Records, Defendant Hippo Waste Systems, LLC ("Hippo Waste Systems") accepted at least 9,090 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Hippo Waste Systems.

1060.   To date, Hippo Waste Systems has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1061.   According to USOR Site Records, Defendant Ho Ho Ho Express Inc. ("Ho Ho Ho Express") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10 gallons of waste containing hazardous substances owned or possessed by Ho Ho Ho Express, at the USOR Site.

1062.   To date, Ho Ho Ho Express has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1063.   Defendant Hoerbiger Corp. of America Inc. ("Hoerbiger Corp.") is the successor to Revak Enterprises ("Revak").

1064.   According to USOR Site Records, Revak by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,350 gallons of waste containing hazardous substances owned or possessed by Revak, at the USOR Site.

1065.   To date, Hoerbiger Corp. has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1066.   According to USOR Site Records, Defendant Holcomb Environmental Oil Services LLC ("Holcomb Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 257,906 gallons of waste containing hazardous substances owned or possessed by Holcomb Environmental, at the USOR Site.

1067.   By letter dated February 7, 2014, the USOR Site PRP Group notified Holcomb Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Holcomb Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1068.   To date, Holcomb Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1069.   According to USOR Site Records, Defendant Holman Shipping, Inc. ("Holman Shipping") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 300 gallons of waste containing hazardous substances owned or possessed by Holman Shipping, at the USOR Site.

1070.   By letter dated December 5, 2013, the USOR Site PRP Group notified Holman Shipping of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Holman Shipping the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1071.   To date, Holman Shipping has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1072.   According to USOR Site Records, Defendant Holman Springs ("Holman Springs") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Holman Springs, at the USOR Site.

1073.   To date, Holman Springs has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1074.   According to USOR Site Records, Defendant Honing ("Honing") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,000 gallons of waste containing hazardous substances owned or possessed by Honing, at the USOR Site.

1075.   To date, Honing has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1076.   Defendant Houma Armature Works Houston, LLC ("Houma Armature") is the successor to Total Power Systems, Inc. ("Total Power Systems").

1077.   According to USOR Site Records, Total Power Systems by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 15,000 gallons of waste containing hazardous substances owned or possessed by Total Power Systems, at the USOR Site.

1078.   By letter dated December 5, 2013, the USOR Site PRP Group notified Total Power Systems of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Total Power Systems the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1079.   To date, Houma Armature has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1080.   Defendant Houston Airport System ("Houston Airport System") is the owner of the IAH Rental Car Center.

1081.   According to USOR Site Records, IAH Rental Car Center by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 75 gallons of waste containing hazardous substances owned or possessed by IAH Rental Car Center, at the USOR Site.

1082.   By letter dated December 5, 2013, the USOR Site PRP Group notified IAH Rental Car Center of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered IAH Rental Car Center the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1083.   To date, Houston Airport System has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1084.   According to USOR Site Records, Defendant Houston Chemical Services Inc. ("Houston Chemical") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,030 gallons of waste containing hazardous substances owned or possessed by Houston Chemical, at the USOR Site.

1085.   By letter dated December 5, 2013, the USOR Site PRP Group notified Houston Chemical of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Houston Chemical the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1086.   To date, Houston Chemical has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1087.   According to USOR Site Records, Defendant Houston Community College ("Houston Community College") by contract, agreement, or otherwise arranged for disposal or

treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 516 gallons of waste containing hazardous substances owned or possessed by Houston Community College, at the USOR Site.

1088.   By letter dated December 5, 2013, the USOR Site PRP Group notified Houston Community College of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Houston Community College the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1089.   To date, Houston Community College has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1090.   According to USOR Site Records, Defendant Houston Engine & Balancing Service ("Houston Engine") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 800 gallons of waste containing hazardous substances owned or possessed by Houston Engine, at the USOR Site.

1091.   To date, Houston Engine has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1092.   According to USOR Site Records, Defendant Houston Enviro Services LLC ("Houston Enviro") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 345,705 gallons of waste containing hazardous substances owned or possessed by Houston Enviro, at the USOR

Site, broken down as follows: 104,800 gallons of waste containing hazardous substances from Aqua Solutions; 49,854 gallons of waste containing hazardous substances from Cedarwood Development; 2,500 gallons of waste containing hazardous substances from Conn's Hydraulic Oil and Water; 158,675 gallons of waste containing hazardous substances from Delta Chemical; 600 gallons of waste containing hazardous substances from Groendyke Texas City; 37,275 gallons of waste containing hazardous substances from House; 12,000 gallons of waste containing hazardous substances from Texaco; and 14,700 gallons of waste containing hazardous substances from TXDOT.

1093.   By letter dated June 4, 2014, the USOR Site PRP Group notified Houston Enviro of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Houston Enviro the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1094.   To date, Houston Enviro has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1095.   According to USOR Site Records, Defendant Houston Harris County Septic Tank Service ("Houston Harris County Septic") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 150,450 gallons of waste containing hazardous substances owned or possessed by Houston Harris County Septic, at the USOR Site.

1096.   By letter dated February 7, 2014, the USOR Site PRP Group notified Houston Harris County Septic of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the

release or threatened release of hazardous substances at the USOR Site; and offered Houston

Harris County Septic the opportunity to voluntarily join in the USOR Site PRP Group's efforts at

the USOR Site.

1097.   To date, Houston Harris County Septic has refused to cooperate with the USOR

Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at

the USOR Site.

1098.   According to USOR Site Records, Defendant The Houston Housing Authority

("Houston Housing Authority") by contract, agreement, or otherwise arranged for disposal or

treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,614

gallons of waste containing hazardous substances owned or possessed by Houston Housing

Authority, at the USOR Site.

1099.   By letter dated December 5, 2013, the USOR Site PRP Group notified Houston

Housing Authority of the existence of the release or threatened release of hazardous substances

at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the

release or threatened release of hazardous substances at the USOR Site; and offered Houston

Housing Authority the opportunity to voluntarily join in the USOR Site PRP Group's efforts at

the USOR Site.

1100.   To date, Houston Housing Authority has refused to cooperate with the USOR Site

PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the

USOR Site.

1101.   According to USOR Site Records, Defendant Houston International Terminal,

Inc. ("Houston International Terminal") by contract, agreement, or otherwise arranged for

disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at

least 173,330 gallons of waste containing hazardous substances owned or possessed by Houston International Terminal, at the USOR Site.

1102.   By letter dated February 7, 2014, the USOR Site PRP Group notified Houston International Terminal of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Houston International Terminal the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1103.   To date, Houston International Terminal has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1104.   According to USOR Site Records, Defendant Houston Shutters LLC ("Houston Shutters") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 7,320 gallons of waste containing hazardous substances owned or possessed by Houston Shutters, at the USOR Site.

1105.   By letter dated December 5, 2013, the USOR Site PRP Group notified Houston Shutters of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Houston Shutters the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1106.   To date, Houston Shutters has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1107.   According to USOR Site Records, Defendant Houston Unlimited, Inc. ("Houston Unlimited") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,500 gallons of waste containing hazardous substances owned or possessed by Houston Unlimited, at the USOR Site.

1108.   By letter dated December 5, 2013, the USOR Site PRP Group notified Houston Unlimited of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Houston Unlimited the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1109.   To date, Houston Unlimited has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1110.   According to USOR Site Records, Defendant HOYER Global (USA), Inc. ("HOYER") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,880 gallons of waste containing hazardous substances owned or possessed by HOYER, at the USOR Site.

1111.   By letter dated December 5, 2013, the USOR Site PRP Group notified HOYER of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered HOYER the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1112.   To date, HOYER has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1113.   According to USOR Site Records, Defendant Hulcher Services Inc. ("Hulcher") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,500 gallons of waste containing hazardous substances owned or possessed by Hulcher, at the USOR Site, broken down as follows: 800 gallons of waste containing hazardous substances from Hulcher; 1,400 gallons of waste containing hazardous substances from Halliburton; and 300 gallons of waste containing hazardous substances from Flint Inc.

1114.   By letter dated December 5, 2013, the USOR Site PRP Group notified Hulcher of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Hulcher the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1115.   To date, Hulcher has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1116.   According to USOR Site Records, Defendant Humble Elevator Service, Inc. ("Humble Elevator") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,020 gallons of waste containing hazardous substances owned or possessed by Humble Elevator, at the USOR Site.

1117.   By letter dated December 5, 2013, the USOR Site PRP Group notified Humble Elevator of the existence of the release or threatened release of hazardous substances at the

USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Humble Elevator the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1118.   To date, Humble Elevator has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1119.   According to USOR Site Records, Defendant Hydro Resources, Inc. ("Hydro Resources") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,000 gallons of waste containing hazardous substances owned or possessed by Hydro Resources, at the USOR Site.

1120.   By letter dated December 5, 2013, the USOR Site PRP Group notified Hydro Resources of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Hydro Resources the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1121.   To date, Hydro Resources has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1122.   According to USOR Site Records, Defendant Hydro Tank Inc. ("Hydro Tank") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 16 gallons of waste containing hazardous substances owned or possessed by Hydro Tank, at the USOR Site.

1123.   To date, Hydro Tank has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1124.   According to USOR Site Records, Defendant Hydrocarbon Resource Recovery L.L.C. ("Hydrocarbon Resource") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,118,038 gallons of waste containing hazardous substances owned or possessed by Hydrocarbon Resource, at the USOR Site, broken down as follows: 92,062 gallons of waste containing hazardous substances from Hydrocarbon Resource; 36,329 gallons of waste containing hazardous substances from Gulf Bayport Chemicals; 899,306 gallons of waste containing hazardous substances from Huish; 85,341 gallons of waste containing hazardous substances from Phoenix; and 5,000 gallons of waste containing hazardous substances from Younger Bros.

1125.   By letter dated June 4, 2014, the USOR Site PRP Group notified Hydrocarbon Resource of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Hydrocarbon Resource the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1126.   To date, Hydrocarbon Resource has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1127.   According to USOR Site Records, Defendant IBEX Chemicals, Inc. ("IBEX") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a

transporter for transport for disposal or treatment, at least 2,700 gallons of waste containing hazardous substances owned or possessed by IBEX, at the USOR Site.

1128.   To date, IBEX has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1129.   Defendant IPSCO Koppel Tubulars, L.L.C. ("IPSCO Koppel") is the successor to and/or is formerly known as Koppel Steel Corp. ("Koppel Steel").

1130.   According to USOR Site Records, Defendant Koppel Steel by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 13,980 gallons of waste containing hazardous substances owned or possessed by Koppel Steel, at the USOR Site.

1131.   By letter dated December 5, 2013, the USOR Site PRP Group notified Koppel Steel of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Koppel Steel the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1132.   To date, IPSCO Koppel has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1133.   Defendant ISI Contracting, Inc. ("ISI Contracting") is also known as ISI Infrastructure Services, Inc. ("ISI Infrastructure").

1134.   According to USOR Site Records, ISI Infrastructure by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2 gallons of waste containing hazardous substances owned or possessed by ISI Infrastructure, at the USOR Site.

1135.   To date, ISI Contracting has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1136.   According to USOR Site Records, Defendant Industrial Chemicals, Inc. ("Industrial Chemicals") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 6 gallons of waste containing hazardous substances owned or possessed by Industrial Chemicals, at the USOR Site, broken down as follows: 6 gallons of waste containing hazardous substances from Paradigm.

1137.   By letter dated December 5, 2013, the USOR Site PRP Group notified Industrial Chemicals of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Industrial Chemicals the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1138.   To date, Industrial Chemicals has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1139.   According to USOR Site Records, Defendant Industrial Fuel Services, Inc. ("Industrial Fuel") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 18,364 gallons of waste containing hazardous substances owned or possessed by Industrial Fuel, at the USOR Site.

1140.   By letter dated December 5, 2013, the USOR Site PRP Group notified Industrial Fuel of the existence of the release or threatened release of hazardous substances at the USOR

Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Industrial Fuel the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1141.   To date, Industrial Fuel has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1142.   According to USOR Site Records, Defendant Industrial Solutions ("Industrial Solutions") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 12,330 gallons of waste containing hazardous substances owned or possessed by Industrial Solutions, at the USOR Site.

1143.   By letter dated December 5, 2013, the USOR Site PRP Group notified Industrial Solutions of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Industrial Solutions the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1144.   To date, Industrial Solutions has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1145.   According to USOR Site Records, Defendant Inman Texas Co., Inc. ("Inman Texas") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 295 gallons of waste containing hazardous substances owned or possessed by Inman Texas, at the USOR Site.

1146.   By letter dated December 5, 2013, the USOR Site PRP Group notified Inman Texas of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Inman Texas the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1147.   To date, Inman Texas has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1148.   According to USOR Site Records, Defendant Inter Biofuels ("Inter Biofuels") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Inter Biofuels, at the USOR Site.

1149.   To date, Inter Biofuels has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1150.   According to USOR Site Records, Defendant International Bancshares Corp. ("International Bancshares") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,444 gallons of waste containing hazardous substances owned or possessed by International Bancshares, at the USOR Site.

1151.   To date, International Bancshares has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1152.   Defendant Intertek USA Inc. ("Intertek") is the successor to Its Caleb Brett.

1153.   According to USOR Site Records, Its Caleb Brett by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for

disposal or treatment, at least 2,260 gallons of waste containing hazardous substances owned or possessed by Its Caleb Brett, at the USOR Site.

1154.   By letter dated December 5, 2013, the USOR Site PRP Group notified Its Caleb Brett of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Its Caleb Brett the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1155.   To date, Intertek has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1156.   According to USOR Site Records, Defendant Intra-Services Inc. ("Intra-Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 420,888 gallons of waste containing hazardous substances owned or possessed by Intra-Services, at the USOR Site.

1157.   By letter dated February 7, 2014, the USOR Site PRP Group notified Intra-Services of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Intra-Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1158.   To date, Intra-Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1159.   According to USOR Site Records, Defendant Irby Lane Associates, Ltd., doing business as Parkwood Apartments ("Parkwood Apartments") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for

disposal or treatment, at least 2,800 gallons of waste containing hazardous substances owned or possessed by Parkwood Apartments, at the USOR Site.

1160.   By letter dated December 5, 2013, the USOR Site PRP Group notified Parkwood Apartments of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Parkwood Apartments the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1161.   To date, Parkwood Apartments has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1162.   According to USOR Site Records, Defendant J&D Oil Service ("J&D Oil") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 28,100 gallons of waste containing hazardous substances owned or possessed by J&D Oil, at the USOR Site.

1163.   By letter dated December 5, 2013, the USOR Site PRP Group notified J&D Oil of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered J&D Oil the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1164.   To date, J&D Oil has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1165.   According to USOR Site Records, Defendant J&R Wastewater Services Inc., doing business as J&R Services ("J&R Services") by contract, agreement, or otherwise arranged

for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 11,600 gallons of waste containing hazardous substances owned or possessed by J&R Services, at the USOR Site.

1166.   By letter dated December 5, 2013, the USOR Site PRP Group notified J&R Services of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered J&R Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1167.   To date, J&R Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1168.   According to USOR Site Records, Defendant J.C. Penney Co., Inc. ("J.C. Penney") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 144 gallons of waste containing hazardous substances owned or possessed by J.C. Penney, at the USOR Site.

1169.   By letter dated December 5, 2013, the USOR Site PRP Group notified J.C. Penney of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered J.C. Penney the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1170.   To date, J.C. Penney has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1171.   According to USOR Site Records, Defendant J.L. Proler Iron & Steel Co. ("J.L. Proler Iron") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, at least 75,200 gallons of waste containing hazardous substances owned or possessed by J.L. Proler Iron, at the USOR Site.

1172.   By letter dated December 5, 2013, the USOR Site PRP Group notified J.L. Proler Iron of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered J.L. Proler Iron the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1173.   To date, J.L. Proler Iron has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1174.   Defendant JPMorgan Chase & Co. ("JPMorgan") is the successor to Bank One Corporation ("Bank One").

1175.   According to USOR Site Records, Bank One by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,200 gallons of waste containing hazardous substances owned or possessed by Bank One, at the USOR Site.

1176.   To date, JPMorgan has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1177.   According to USOR Site Records, Defendant JTB Recycling Facility, Inc. ("JTB Recycling") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 39,899 gallons of waste containing hazardous substances owned or possessed by JTB Recycling, at the USOR Site.

1178.   By letter dated December 5, 2013, the USOR Site PRP Group notified JTB Recycling of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered JTB Recycling the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1179.   To date, JTB Recycling has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1180.   According to USOR Site Records, Defendant JT Oilfield Manufacturing Co. Inc. ("JT Oilfield") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 6 gallons of waste containing hazardous substances owned or possessed by JT Oilfield, at the USOR Site.

1181.   To date, JT Oilfield has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1182.   According to USOR Site Records, Defendant Jacobs Engineering Group Inc. ("Jacobs Engineering") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,500 gallons of waste containing hazardous substances owned or possessed by Jacobs Engineering, at the USOR Site.

1183.   By letter dated December 5, 2013, the USOR Site PRP Group notified Jacobs Engineering of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Jacobs Engineering the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1184.   To date, Jacobs Engineering has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1185.   According to USOR Site Records, Defendant Jetco Delivery, Inc. ("Jetco Delivery") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,100 gallons of waste containing hazardous substances owned or possessed by Jetco Delivery, at the USOR Site.

1186.   By letter dated December 5, 2013, the USOR Site PRP Group notified Jetco Delivery of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Jetco Delivery the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1187.   To date, Jetco Delivery has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1188.   According to USOR Site Records, Defendant Jiffy Lube ("Jiffy Lube") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,008 gallons of waste containing hazardous substances owned or possessed by Jiffy Lube, at the USOR Site.

1189.   To date, Jiffy Lube has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1190.   According to USOR Site Records, Defendant Johnny's Transport ("Johnny's Transport") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, at least 2 gallons of waste containing hazardous substances owned or possessed by Johnny's Transport, at the USOR Site.

1191.   To date, Johnny's Transport has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1192.   According to USOR Site Records, Defendant Johnson Interests, Inc. ("Johnson Interests") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 600 gallons of waste containing hazardous substances owned or possessed by Johnson Interests, at the USOR Site.

1193.   By letter dated December 5, 2013, the USOR Site PRP Group notified Johnson Interests of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Johnson Interests the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1194.   To date, Johnson Interests has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1195.   According to USOR Site Records, Defendant Jones Contractors ("Jones Contractors") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 57 gallons of waste containing hazardous substances owned or possessed by Jones Contractors, at the USOR Site.

1196.   To date, Jones Contractors has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1197.   According to USOR Site Records, Defendant Jones Oil, Inc. ("Jones Oil") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,500 gallons of waste containing hazardous substances owned or possessed by Jones Oil, at the USOR Site.

1198.   To date, Jones Oil has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1199.   According to USOR Site Records, Defendant K-3 Resources, L.P. ("K-3 Resources"), doing business as K-3BMI ("K-3BMI") accepted at least 76,300 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by K-3 Resources.

1200.   To date, K-3 Resources has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1201.   According to USOR Site Records, Defendant K-Solv, LP ("K-Solv") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 53,231 gallons of waste containing hazardous substances owned or possessed by K-Solv, at the USOR Site.

1202.   By letter dated December 5, 2013, the USOR Site PRP Group notified K-Solv of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered K-Solv the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1203.   To date, K-Solv has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1204.   Defendant KB International LLC ("KB International") is the successor to and/or is formerly known as KB Technologies Ltd. ("KB Technologies").

1205.   According to USOR Site Records, KB Technologies by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,320 gallons of waste containing hazardous substances owned or possessed by KB Technologies, at the USOR Site.

1206.   By letter dated December 5, 2013, the USOR Site PRP Group notified KB Technologies of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered KB Technologies the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1207.   To date, KB International has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1208.   According to USOR Site Records, Defendant KBR, Inc. ("KBR") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,400 gallons of waste containing hazardous substances owned or possessed by KBR, at the USOR Site.

1209.   By letter dated December 5, 2013, the USOR Site PRP Group notified KBR of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered KBR the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1210.   To date, KBR has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1211.   According to USOR Site Records, Defendant KD Oilfield Services, Inc. ("KD Oilfield") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 330 gallons of waste containing hazardous substances owned or possessed by KD Oilfield, at the USOR Site.

1212.   By letter dated December 5, 2013, the USOR Site PRP Group notified KD Oilfield of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered KD Oilfield the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1213.   To date, KD Oilfield has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1214.   According to USOR Site Records, Defendant KEMP ("KEMP") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 220 gallons of waste containing hazardous substances owned or possessed by KEMP, at the USOR Site.

1215.   To date, KEMP has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1216.   Defendant KLN Manufacturing, LLC ("KLN Manufacturing") is the successor to and/or is formerly known as KLN Steel Products Co., LLC ("KLN Steel").

1217.   According to USOR Site Records, KLN Steel by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for

disposal or treatment, at least 9,675 gallons of waste containing hazardous substances owned or possessed by KLN Steel, at the USOR Site.

1218. To date, KLN Manufacturing has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1219. According to USOR Site Records, Defendant Kansas City Southern Railway Co. ("Kansas City Southern") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,443 gallons of waste containing hazardous substances owned or possessed by Kansas City Southern, at the USOR Site.

1220. By letter dated December 5, 2013, the USOR Site PRP Group notified Kansas City Southern of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Kansas City Southern the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1221. To date, Kansas City Southern has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1222. According to USOR Site Records, Defendant Keiser Manufacturing, Inc. ("Keiser Manufacturing") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,235 gallons of waste containing hazardous substances owned or possessed by Keiser Manufacturing, at the USOR Site.

1223.   To date, Keiser Manufacturing has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1224.   According to USOR Site Records, Defendant Kelly-Springfield ("Kelly-Springfield") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 120,428 gallons of waste containing hazardous substances owned or possessed by Kelly-Springfield, at the USOR Site.

1225.   To date, Kelly-Springfield has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1226.   According to USOR Site Records, Defendant Kemco-Hunter Chemical Co. ("Kemco-Hunter Chemical") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 85,060 gallons of waste containing hazardous substances owned or possessed by Kemco-Hunter Chemical, at the USOR Site.

1227.   By letter dated December 5, 2013, the USOR Site PRP Group notified Kemco-Hunter Chemical of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Kemco-Hunter Chemical the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1228.   To date, Kemco-Hunter Chemical has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1229.   According to USOR Site Records, Defendant Kennedy Wilson Holdings, Inc. ("Kennedy Wilson") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,818 gallons of waste containing hazardous substances owned or possessed by Kennedy Wilson, at the USOR Site.

1230.   By letter dated December 5, 2013, the USOR Site PRP Group notified Kennedy Wilson of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Kennedy Wilson the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1231.   To date, Kennedy Wilson has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1232.   According to USOR Site Records, Defendant Ketone Telon ("Ketone Telon") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 165 gallons of waste containing hazardous substances owned or possessed by Ketone Telon, at the USOR Site.

1233.   By letter dated December 5, 2013, the USOR Site PRP Group notified Ketone Telon of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Ketone Telon the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1234.   To date, Ketone Telon has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1235.   According to USOR Site Records, Defendant Kewanee Scientific Corp. ("Kewanee Scientific") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,492 gallons of waste containing hazardous substances owned or possessed by Kewanee Scientific, at the USOR Site.

1236.   To date, Kewanee Scientific has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1237.   According to USOR Site Records, Defendant Key Energy Services, Inc. ("Key Energy") accepted at least 76,300 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Key Energy.

1238.   To date, Key Energy has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1239.   According to USOR Site Records, Defendant Keystone Shipping Co. ("Keystone Shipping") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 67,600 gallons of waste containing hazardous substances owned or possessed by Keystone Shipping, at the USOR Site.

1240.   By letter dated December 5, 2013, the USOR Site PRP Group notified Keystone Shipping of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Keystone Shipping the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1241.   To date, Keystone Shipping has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1242.   According to USOR Site Records, Defendant Kinetic Concepts, Inc. ("Kinetic Concepts") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 9,830 gallons of waste containing hazardous substances owned or possessed by Kinetic Concepts, at the USOR Site.

1243.   To date, Kinetic Concepts has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1244.   According to USOR Site Records, Defendant Kirby Inland Marine, LP ("Kirby Inland") accepted at least 1,500 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Kirby Inland.

1245.   To date, Kirby Inland has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1246.   According to USOR Site Records, Defendant Klemp Corp. ("Klemp Corp.") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,022 gallons of waste containing hazardous substances owned or possessed by Klemp Corp., at the USOR Site.

1247.   By letter dated December 5, 2013, the USOR Site PRP Group notified Klemp Corp. of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Klemp Corp. the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1248.   To date, Klemp Corp. has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1249.   Alternatively, Defendants Gilbralter Industries, Inc. ("Gilbralter Industries") and/or Alabama Metal Industries Corp. ("Alabama Metal Industries") is/are the successor(s) to Klemp Corp. and is/are responsible for the waste streams attributable to Klemp Corp., as alleged in paragraph no. 1246 above.

1250.   To date, neither Gilbralter Industries nor Alabama Metal Industries have paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1251.   Defendant Koch Heat Transfer Co., LP ("Koch Heat Transfer") is the successor to and/or is formerly known as Brown Fintube Co., LP ("Brown Fintube").

1252.   According to USOR Site Records, Brown Fintube by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,000 gallons of waste containing hazardous substances owned or possessed by Brown Fintube, at the USOR Site.

1253.   To date, Koch Heat Transfer has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1254.   According to USOR Site Records, Defendant Koch Knight LLC ("Koch Knight") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 7,000 gallons of waste containing hazardous substances owned or possessed by Koch Knight, at the USOR Site.

1255.   By letter dated December 5, 2013, the USOR Site PRP Group notified Koch Knight of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Koch Knight the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1256.   To date, Koch Knight has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1257.   According to USOR Site Records, Defendant Kodiak Environmental ("Kodiak Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 8,260 gallons of waste containing hazardous substances owned or possessed by Kodiak Environmental, at the USOR Site.

1258.   By letter dated December 5, 2013, the USOR Site PRP Group notified Kodiak Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Kodiak Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1259.   To date, Kodiak Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1260.   According to USOR Site Records, Defendant KONE Inc. ("KONE") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for

transport for disposal or treatment, at least 4,800 gallons of waste containing hazardous substances owned or possessed by KONE, at the USOR Site.

1261.   By letter dated December 5, 2013, the USOR Site PRP Group notified KONE of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered KONE the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1262.   To date, KONE has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1263.   According to USOR Site Records, Defendant Kubco Decanter Services, Inc. ("Kubco Decanter") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 33,800 gallons of waste containing hazardous substances owned or possessed by Kubco Decanter, at the USOR Site.

1264.   By letter dated December 5, 2013, the USOR Site PRP Group notified Kubco Decanter of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Kubco Decanter the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1265.   To date, Kubco Decanter has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1266.   According to USOR Site Records, Defendant Kullman Express Inc. ("Kullman Express") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4 gallons of waste containing hazardous substances owned or possessed by Kullman Express, at the USOR Site.

1267.   To date, Kullman Express has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1268.   According to USOR Site Records, Defendant Kwik Kar Lube & Tune of Galveston ("Kwik Kar") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Kwik Kar, at the USOR Site.

1269.   By letter dated December 5, 2013, the USOR Site PRP Group notified Kwik Kar of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Kwik Kar the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1270.   To date, Kwik Kar has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1271.   According to USOR Site Records, Defendant LA Utilities ("LA Utilities") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by LA Utilities, at the USOR Site.

1272.   To date, LA Utilities has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1273.  Defendant LEL Environmental, Ltd. ("LEL Environmental") is the successor to and/or is formerly known as Lexxus Environmental, Ltd. ("Lexxus Environmental").

1274.  According to USOR Site Records, Lexxus Environmental by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 487,410 gallons of waste containing hazardous substances owned or possessed by Lexxus Environmental, at the USOR Site, broken down as follows: 2,850 gallons of waste containing hazardous substances from Lexxus Environmental; 350,679 gallons of waste containing hazardous substances from Akzo Nobel; 164,600 gallons of waste containing hazardous substances from Alliance; 3,000 gallons of waste containing hazardous substances from APC; 155,533 gallons of waste containing hazardous substances from Blen Tech; and 1,030 gallons of waste containing hazardous substances from H2O Industrial.

1275.  By letters dated December 5, 2013 and June 4, 2014, the USOR Site PRP Group notified Lexxus Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Lexxus Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1276.  To date, LEL Environmental has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1277.  According to USOR Site Records, Defendant La Marque Independent School District ("La Marque ISD") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 250

gallons of waste containing hazardous substances owned or possessed by La Marque ISD, at the USOR Site.

1278.   To date, La Marque ISD has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1279.   According to USOR Site Records, Defendant Laboratory Corp. of America Holdings ("Laboratory Corp.") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,050 gallons of waste containing hazardous substances owned or possessed by Laboratory Corp., at the USOR Site.

1280.   By letter dated December 5, 2013, the USOR Site PRP Group notified Laboratory Corp. of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Laboratory Corp. the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1281.   To date, Laboratory Corp. has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1282.   According to USOR Site Records, Defendant Larry Enderli ("Larry Enderli") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 7 gallons of waste containing hazardous substances owned or possessed by Larry Enderli, at the USOR Site.

1283.   To date, Larry Enderli has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1284.   According to USOR Site Records, Defendant Latipac Commercial, Inc. ("Latipac") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,320 gallons of waste containing hazardous substances owned or possessed by Latipac, at the USOR Site.

1285.   By letter dated December 5, 2013, the USOR Site PRP Group notified Latipac of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Latipac the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1286.   To date, Latipac has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1287.   Defendant League City, Texas ("League City") owns League City Sports Park.

1288.   According to USOR Site Records, League City Sports Park by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,400 gallons of waste containing hazardous substances owned or possessed by League City Sports Park, at the USOR Site.

1289.   By letter dated May 8, 2014, the USOR Site PRP Group notified League City Sports Park of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered League City Sports Park the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1290.   To date, League City has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1291.   According to USOR Site Records, Defendant Legacy Partners ("Legacy Partners") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 13,500 gallons of waste containing hazardous substances owned or possessed by Legacy Partners, at the USOR Site.

1292.   By letter dated December 5, 2013, the USOR Site PRP Group notified Legacy Partners of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Legacy Partners the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1293.   To date, Legacy Partners has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1294.   According to USOR Site Records, Defendant Lewis' Acres Service, Inc. ("Lewis' Acres") accepted at least 30,197 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Lewis' Acres.

1295.   To date, Lewis' Acres has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1296.   According to USOR Site Records, Defendant Liberty Forge, Inc. ("Liberty Forge") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,700 gallons of waste containing hazardous substances owned or possessed by Liberty Forge, at the USOR Site.

1297.   To date, Liberty Forge has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1298.   According to USOR Site Records, Defendant Lighthouse Petroleum, Inc. ("Lighthouse Petroleum") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 19 gallons of waste containing hazardous substances owned or possessed by Lighthouse Petroleum, at the USOR Site.

1299.   By letter dated December 5, 2013, the USOR Site PRP Group notified Lighthouse Petroleum of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Lighthouse Petroleum the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1300.   To date, Lighthouse Petroleum has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1301.   According to USOR Site Records, Defendant Lion Industrial Resources, Inc. ("Lion Industrial") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 434,144 gallons of waste containing hazardous substances owned or possessed by Lion Industrial, at the USOR Site, broken down as follows: 16,600 gallons of waste containing hazardous substances from Lion Industrial; 33,500 gallons of waste containing hazardous substances from American Springwire; 115,520 gallons of waste containing hazardous substances from Explorer Pipeline; and 238,000 gallons of waste containing hazardous substances from Teppco.

1302.   By letter dated June 4, 2014, the USOR Site PRP Group notified Lion Industrial of the existence of the release or threatened release of hazardous substances at the USOR Site,

and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Lion Industrial the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1303.   To date, Lion Industrial has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1304.   According to USOR Site Records, Defendant Liquid Environmental Solutions of Texas, LLC ("Liquid Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 547,611 gallons of waste containing hazardous substances owned or possessed by Liquid Environmental, at the USOR Site.

1305.   By letter dated February 7, 2014, the USOR Site PRP Group notified Liquid Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Liquid Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1306.   To date, Liquid Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1307.   According to USOR Site Records, Defendant Liquid Express, Inc. ("Liquid Express") accepted at least 68,527 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Liquid Express.

1308.   To date, Liquid Express has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1309.   According to USOR Site Records, Defendant Liquid Waste Solutions ("Liquid Waste Solutions") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 274,690 gallons of waste containing hazardous substances owned or possessed by Liquid Waste Solutions, at the USOR Site.

1310.   By letter dated February 7, 2014, the USOR Site PRP Group notified Liquid Waste Solutions of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Liquid Waste Solutions the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1311.   To date, Liquid Waste Solutions has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1312.   According to USOR Site Records, Defendant Lockheed Martin Corporation ("Lockheed Martin").

1313.   Additionally, Lockheed Martin is the successor to Kelly Aviation Center LP ("Kelly Aviation").

1314.   According to USOR Site Records, Kelly Aviation by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 38,340 gallons of waste containing hazardous substances owned or possessed by Kelly Aviation, at the USOR Site.

1315.   To date, Lockheed Martin has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1316.   According to USOR Site Records, Defendant The Lodge at Walden, Inc. ("Lodge at Walden") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 600 gallons of waste containing hazardous substances owned or possessed by Lodge at Walden, at the USOR Site.

1317.   By letter dated December 5, 2013, the USOR Site PRP Group notified Lodge at Walden of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Lodge at Walden the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1318.   To date, Lodge at Walden has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1319.   According to USOR Site Records, Defendant Lone Star Fasteners L.P. ("Lone Star Fasteners") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 315,723 gallons of waste containing hazardous substances owned or possessed by Lone Star Fasteners, at the USOR Site.

1320.   By letter dated February 7, 2014, the USOR Site PRP Group notified Lone Star Fasteners of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Lone Star Fasteners the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1321.   To date, Lone Star Fasteners has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1322.   According to USOR Site Records, Defendant Lone Star Heat Products, Inc. ("Lone Star Heat") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 500 gallons of waste containing hazardous substances owned or possessed by Lone Star Heat, at the USOR Site.

1323.   By letter dated December 5, 2013, the USOR Site PRP Group notified Lone Star Heat of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Lone Star Heat the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1324.   To date, Lone Star Heat has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1325.   According to USOR Site Records, Defendant Lone Star Truck Center ("Lone Star Truck Center") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 250 gallons of waste containing hazardous substances owned or possessed by Lone Star Truck Center, at the USOR Site.

1326.   To date, Lone Star Truck Center has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1327.   According to USOR Site Records, Defendant Lonestar ("Lonestar") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 199,000 gallons of waste containing hazardous substances owned or possessed by Lonestar, at the USOR Site.

1328.   To date, Lonestar has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1329.   According to USOR Site Records, Defendant Lord & Taylor, LLC ("Lord & Taylor") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 350 gallons of waste containing hazardous substances owned or possessed by Lord & Taylor, at the USOR Site.

1330.   By letter dated December 5, 2013, the USOR Site PRP Group notified Lord & Taylor of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Lord & Taylor the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1331.   To date, Lord & Taylor has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1332.   According to USOR Site Records, Defendant Louisiana Chemical Equipment Co., L.L.C. ("Louisiana Chemical") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 16,254 gallons of waste containing hazardous substances owned or possessed by Louisiana Chemical, at the USOR Site.

1333.   To date, Louisiana Chemical has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1334.   According to USOR Site Records, Defendant Lug-A-Jug ("Lug-A-Jug") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2 gallons of waste containing hazardous substances owned or possessed by Lug-A-Jug, at the USOR Site.

1335.   By letter dated December 5, 2013, the USOR Site PRP Group notified Lug-A-Jug of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Lug-A-Jug the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1336.   To date, Lug-A-Jug has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1337.   According to USOR Site Records, Defendant Luni Castle ("Luni Castle") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 20,800 gallons of waste containing hazardous substances owned or possessed by Luni Castle, at the USOR Site.

1338.   By letter dated December 5, 2013, the USOR Site PRP Group notified Luni Castle of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Luni Castle the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1339.   To date, Luni Castle has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1340.   According to USOR Site Records, Defendant M&M Protection, LLC ("M&M Protection") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 650 gallons of waste containing hazardous substances owned or possessed by M&M Protection, at the USOR Site.

1341.   By letter dated December 5, 2013, the USOR Site PRP Group notified M&M Protection of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered M&M Protection the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1342.   To date, M&M Protection has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1343.   According to USOR Site Records, Defendant M-I Swaco ("M-I Swaco") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 800 gallons of waste containing hazardous substances owned or possessed by M-I Swaco, at the USOR Site.

1344.   To date, M-I Swaco has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1345.   According to USOR Site Records, Defendant M/V Faffa ("M/V Faffa") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a

transporter for transport for disposal or treatment, at least 119,030 gallons of waste containing hazardous substances owned or possessed by M/V Faffa, at the USOR Site.

1346.   By letter dated December 5, 2013, the USOR Site PRP Group notified M/V Faffa of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered M/V Faffa the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1347.   To date, M/V Faffa has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1348.   According to USOR Site Records, Defendant Mr. Pumper ("Mr. Pumper") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 9,893 gallons of waste containing hazardous substances owned or possessed by Mr. Pumper, at the USOR Site.

1349.   To date, Mr. Pumper has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1350.   According to USOR Site Records, Defendant MB Western Industrial Contracting Co. ("MB Western") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 19 gallons of waste containing hazardous substances owned or possessed by MB Western, at the USOR Site.

1351.   By letter dated December 5, 2013, the USOR Site PRP Group notified MB Western of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered MB Western the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1352. To date, MB Western has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1353. According to USOR Site Records, Defendant MDI Superfund Site ("MDI") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 250 gallons of waste containing hazardous substances owned or possessed by MDI, at the USOR Site.

1354. By letter dated December 5, 2013, the USOR Site PRP Group notified MDI of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered MDI the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1355. To date, MDI has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1356. According to USOR Site Records, Defendant MES ("MES") accepted at least 15,214 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by MES.

1357. To date, MES has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1358. According to USOR Site Records, Defendant MTI Environmental ("MTI Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, at least 6,076 gallons of waste containing hazardous substances owned or possessed by MTI Environmental, at the USOR Site.

1359.   By letter dated December 5, 2013, the USOR Site PRP Group notified MTI Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered MTI Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1360.   To date, MTI Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1361.   According to USOR Site Records, Defendant MWH Constructors ("MWH Constructors") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 200 gallons of waste containing hazardous substances owned or possessed by MWH Constructors, at the USOR Site.

1362.   By letter dated December 5, 2013, the USOR Site PRP Group notified MWH Constructors of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered MWH Constructors the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1363.   To date, MWH Constructors has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1364.   According to USOR Site Records, Defendant MacGregor Apartments ("MacGregor Apartments") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 100 gallons of waste containing hazardous substances owned or possessed by MacGregor Apartments, at the USOR Site.

1365.   By letter dated December 5, 2013, the USOR Site PRP Group notified MacGregor Apartments of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered MacGregor Apartments the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1366.   To date, MacGregor Apartments has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1367.   According to USOR Site Records, Defendant Mack's ("Mack's") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 800 gallons of waste containing hazardous substances owned or possessed by Mack's, at the USOR Site.

1368.   To date, Mack's has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1369.   According to USOR Site Records, Defendant Malin International Ship Repair & Drydock, Inc. ("Malin International Ship Repair") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or

treatment, at least 10,547 gallons of waste containing hazardous substances owned or possessed by Malin International Ship Repair, at the USOR Site.

1370.   To date, Malin International Ship Repair has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1371.   According to USOR Site Records, Defendant Manchester Terminal Corp. ("Manchester Terminal") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Manchester Terminal, at the USOR Site.

1372.   To date, Manchester Terminal has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1373.   According to USOR Site Records, Defendant Mantega Ltd. ("Mantega") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 100 gallons of waste containing hazardous substances owned or possessed by Mantega, at the USOR Site.

1374.   By letter dated December 5, 2013, the USOR Site PRP Group notified Mantega of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Mantega the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1375.   To date, Mantega has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1376.   According to USOR Site Records, Defendant Marshall Gas ("Marshall Gas") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a

transporter for transport for disposal or treatment, at least 265 gallons of waste containing hazardous substances owned or possessed by Marshall Gas, at the USOR Site.

1377.   To date, Marshall Gas has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1378.   Defendant Martin Midstream Partners L.P. ("Martin Midstream") is the successor to Tesoro Marine Services, LLC ("Tesoro Marine").

1379.   According to USOR Site Records, Tesoro Marine by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 26,750 gallons of waste containing hazardous substances owned or possessed by Tesoro Marine, at the USOR Site.

1380.   By letter dated December 5, 2013, the USOR Site PRP Group notified Tesoro Marine of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Tesoro Marine the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1381.   To date, Martin Midstream has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1382.   According to USOR Site Records, Defendant Martin Operating Partnership L.P. ("Martin Operating") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,400 gallons of waste containing hazardous substances owned or possessed by Martin Operating, at the USOR Site.

252

1383.   To date, Martin Operating has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1384.   Alternatively, Defendant Martin Resource Management Corp. ("Martin Resource") is the successor to Martin Midstream and is responsible for the waste streams attributable to Martin Midstream, as alleged in paragraph nos. 1379 and 1382 above.

1385.   To date, Martin Resource has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1386.   According to USOR Site Records, Defendant Martin Transport, Inc. ("Martin Transport") accepted at least 5,200 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Martin Transport.

1387.   To date, Martin Transport has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1388.   According to USOR Site Records, Defendant Massey Industries Inc. ("Massey Industries") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,575 gallons of waste containing hazardous substances owned or possessed by Massey Industries, at the USOR Site.

1389.   By letter dated December 5, 2013, the USOR Site PRP Group notified Massey Industries of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Massey Industries the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1390.   To date, Massey Industries has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1391.   According to USOR Site Records, Defendant Master Halco, Inc. ("Master Halco") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 52,400 gallons of waste containing hazardous substances owned or possessed by Master Halco, at the USOR Site.

1392.   By letter dated December 5, 2013, the USOR Site PRP Group notified Master Halco of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Master Halco the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1393.   To date, Master Halco has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1394.   According to USOR Site Records, Defendant Matagorda County Navigation District No. 1 ("Matagorda County Navigation District No. 1") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,000 gallons of waste containing hazardous substances owned or possessed by Matagorda County Navigation District No. 1, at the USOR Site.

1395.   Additionally, Matagorda County Navigation District No. 1 owns and operates the Port of Palacios.

1396.   According to USOR Site Records, the Port of Palacios by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for

disposal or treatment, at least 18,000 gallons of waste containing hazardous substances owned or possessed by Port of Palacios, at the USOR Site.

1397.   By letter dated December 5, 2013, the USOR Site PRP Group notified Port of Palacios of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Port of Palacios the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1398.   To date, Matagorda County Navigation District No. 1 has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1399.   According to USOR Site Records, Defendant Masters Resources, LLC ("Masters Resources") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2 gallons of waste containing hazardous substances owned or possessed by Masters Resources, at the USOR Site.

1400.   To date, Masters Resources has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1401.   According to USOR Site Records, Defendant Matheson Tri-Gas, Inc. ("Matheson Tri-Gas") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 36,700 gallons of waste containing hazardous substances owned or possessed by Matheson Tri-Gas, at the USOR Site.

1402.   By letter dated December 5, 2013, the USOR Site PRP Group notified Matheson Tri-Gas of the existence of the release or threatened release of hazardous substances at the

USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Matheson Tri-Gas the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1403.   To date, Matheson Tri-Gas has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1404.   Defendant Matte Industrial Services, LLC ("Matte Industrial") is the successor to and/or is formerly known as HazWaste Environmental, LLC ("HazWaste").

1405.   According to USOR Site Records, HazWaste by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 275 gallons of waste containing hazardous substances owned or possessed by HazWaste, at the USOR Site.

1406.   To date, Matte Industrial has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1407.   According to USOR Site Records, Defendant Maverick Oil ("Maverick Oil") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 15,200 gallons of waste containing hazardous substances owned or possessed by Maverick Oil, at the USOR Site.

1408.   To date, Maverick Oil has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1409.   Defendant Maverick Tube Corp. ("Maverick Tube") is the successor to Texas Arai Inc. ("Texas Arai").

1410.   According to USOR Site Records, Texas Arai by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 16,000 gallons of waste containing hazardous substances owned or possessed by Texas Arai, at the USOR Site.

1411.   By letter dated December 5, 2013, the USOR Site PRP Group notified Texas Arai of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Texas Arai the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1412.   To date, Maverick Tube has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1413.   According to USOR Site Records, Defendant McCarthy Building Companies, Inc. ("McCarthy Building") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,055 gallons of waste containing hazardous substances owned or possessed by McCarthy Building, at the USOR Site.

1414.   By letter dated December 5, 2013, the USOR Site PRP Group notified McCarthy Building of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered McCarthy Building the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1415.   To date, McCarthy Building has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1416.   According to USOR Site Records, Defendant McClintock Corp. ("McClintock") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by McClintock, at the USOR Site.

1417.   By letter dated December 5, 2013, the USOR Site PRP Group notified McClintock of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered McClintock the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1418.   To date, McClintock has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1419.   According to USOR Site Records, Defendant The Meadows Group, LLC ("Meadows Group") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 30,887 gallons of waste containing hazardous substances owned or possessed by Meadows Group, at the USOR Site.

1420.   To date, Meadows Group has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1421.   According to USOR Site Records, Defendant MECX, LP ("MECX") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for

258

transport for disposal or treatment, at least 11,860 gallons of waste containing hazardous substances owned or possessed by MECX, at the USOR Site.

1422.   By letter dated December 5, 2013, the USOR Site PRP Group notified MECX of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered MECX the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1423.   To date, MECX has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1424.   According to USOR Site Records, Defendant Merit Energy Co., LLC ("Merit Energy") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3 gallons of waste containing hazardous substances owned or possessed by Merit Energy, at the USOR Site.

1425.   By letter dated December 5, 2013, the USOR Site PRP Group notified Merit Energy of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Merit Energy the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1426.   To date, Merit Energy has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1427.   According to USOR Site Records, Defendant Metal Railing of America, Inc. ("Metal Railing") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, at least 228 gallons of waste containing hazardous substances owned or possessed by Metal Railing, at the USOR Site.

1428. By letter dated December 5, 2013, the USOR Site PRP Group notified Metal Railing of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Metal Railing the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1429. To date, Metal Railing has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1430. According to USOR Site Records, Defendant Metrix Inc. ("Metrix") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 7,968 gallons of waste containing hazardous substances owned or possessed by Metrix, at the USOR Site.

1431. By letter dated December 5, 2013, the USOR Site PRP Group notified Metrix of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Metrix the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1432. To date, Metrix has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1433. According to USOR Site Records, Defendant Metro ("Metro") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for

transport for disposal or treatment, at least 2,000 gallons of waste containing hazardous substances owned or possessed by Metro, at the USOR Site.

1434.   To date, Metro has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1435.   According to USOR Site Records, Defendant Metro Grease Service LLC ("Metro Grease") accepted at least 26,500 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Metro Grease.

1436.   To date, Metro Grease has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1437.   According to USOR Site Records, Defendant Metro PCS ("Metro PCS") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 240 gallons of waste containing hazardous substances owned or possessed by Metro PCS, at the USOR Site.

1438.   By letter dated December 5, 2013, the USOR Site PRP Group notified Metro PCS of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Metro PCS the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1439.   To date, Metro PCS has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1440.   According to USOR Site Records, Defendant METTON America, Inc. ("METTON America") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 92,096 gallons

of waste containing hazardous substances owned or possessed by METTON America, at the USOR Site.

1441.   By letter dated December 5, 2013, the USOR Site PRP Group notified METTON America of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered METTON America the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1442.   To date, METTON America has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1443.   According to USOR Site Records, Defendant Michael Angelo's Gourmet Foods, Inc. ("Michael Angelo's") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 750 gallons of waste containing hazardous substances owned or possessed by Michael Angelo's, at the USOR Site.

1444.   To date, Michael Angelo's has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1445.   According to USOR Site Records, Defendant Midstate Environmental Services, LP ("Midstate Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,757,742 gallons of waste containing hazardous substances owned or possessed by Midstate Environmental, at the USOR Site.

1446.   By letter dated February 7, 2014, the USOR Site PRP Group notified Midstate Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Midstate Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1447.   To date, Midstate Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1448.   According to USOR Site Records, Defendant Midtown Redevelopment Authority ("Midtown Redevelopment") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4 gallons of waste containing hazardous substances owned or possessed by Midtown Redevelopment, at the USOR Site.

1449.   By letter dated December 5, 2013, the USOR Site PRP Group notified Midtown Redevelopment of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Midtown Redevelopment the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1450.   To date, Midtown Redevelopment has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1451.   According to USOR Site Records, Defendant Midwest Industrial Supply, Inc. ("Midwest Industrial Supply") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 8,900 gallons of waste containing hazardous substances owned or possessed by Midwest Industrial Supply, at the USOR Site.

1452.   To date, Midwest Industrial Supply has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1453.   Defendant Mike's Soft Touch Inc. is also known as Soft Touch Car Wash ("Soft Touch Car Wash").

1454.   According to USOR Site Records, Soft Touch Car Wash by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 8,288 gallons of waste containing hazardous substances owned or possessed by Soft Touch Car Wash, at the USOR Site.

1455.   By letter dated December 5, 2013, the USOR Site PRP Group notified Soft Touch Car Wash of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Soft Touch Car Wash the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1456.   To date, Soft Touch Car Wash has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1457.   According to USOR Site Records, Defendant Miller Transporters, Inc. ("Miller Transporters") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, at least 377,378 gallons of waste containing hazardous substances owned or possessed by Miller Transporters, at the USOR Site.

1458.   By letter dated February 7, 2014, the USOR Site PRP Group notified Miller Transporters of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Miller Transporters the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1459.   To date, Miller Transporters has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1460.   According to USOR Site Records, Defendant Millinium Industries ("Millinium Industries") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,000 gallons of waste containing hazardous substances owned or possessed by Millinium Industries, at the USOR Site.

1461.   By letter dated December 5, 2013, the USOR Site PRP Group notified Millinium Industries of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Millinium Industries the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1462.   To date, Millinium Industries has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1463.   Defendant Milstead Management, LLC ("Milstead Management") is the successor to Milstead Environmental, LLC ("Milstead Environmental").

1464.   According to USOR Site Records, Milstead Environmental by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 39,603 gallons of waste containing hazardous substances owned or possessed by Milstead Environmental, at the USOR Site.

1465.   By letter dated December 5, 2013, the USOR Site PRP Group notified Milstead Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Milstead Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1466.   To date, Milstead Management has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1467.   Alternatively, Defendant Milstead Automotive, Ltd. ("Milstead Automotive") is the successor to Milstead Environmental and is responsible for the waste streams attributable to Milstead Environmental, as alleged in paragraph no. 1464 above.

1468.   To date, Milstead Automotive has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1469.   According to USOR Site Records, Defendant Missouri City, Texas ("Missouri City") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,726 gallons of waste containing hazardous substances owned or possessed by Missouri City, at the USOR Site.

1470.   To date, Missouri City has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1471.   According to USOR Site Records, Defendant Mitchell Crane Rental, Inc. ("Mitchell Crane") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10 gallons of waste containing hazardous substances owned or possessed by Mitchell Crane, at the USOR Site.

1472.   To date, Mitchell Crane has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1473.   According to USOR Site Records, Defendant Mitsui & Co. (U.S.A.), Inc. ("Mitsui") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,000 gallons of waste containing hazardous substances owned or possessed by Mitsui, at the USOR Site.

1474.   Additionally, Mitsui is the successor to Global Octanes Texas LP ("Global Octanes").

1475.   According to USOR Site Records, Global Octanes by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,843,180 gallons of waste containing hazardous substances owned or possessed by Global Octanes, at the USOR Site.

1476.   By letter dated December 5, 2013, the USOR Site PRP Group notified Global Octanes of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Global Octanes the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1477.   To date, Mitsui has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1478.   According to USOR Site Records, Defendant Moody Gardens, Inc. ("Moody Gardens") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,200 gallons of waste containing hazardous substances owned or possessed by Moody Gardens, at the USOR Site.

1479.   By letter dated December 5, 2013, the USOR Site PRP Group notified Moody Gardens of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Moody Gardens the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1480.   To date, Moody Gardens has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1481.   According to USOR Site Records, Defendant Moore Control Systems, Inc. ("Moore Control Systems") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 111 gallons of waste containing hazardous substances owned or possessed by Moore Control Systems, at the USOR Site.

1482.   By letter dated December 5, 2013, the USOR Site PRP Group notified Moore Control Systems of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Moore

Control Systems the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1483.   To date, Moore Control Systems has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1484.   According to USOR Site Records, Defendant Morco Testing ("Morco Testing") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,000 gallons of waste containing hazardous substances owned or possessed by Morco Testing, at the USOR Site.

1485.   By letter dated December 5, 2013, the USOR Site PRP Group notified Morco Testing of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Morco Testing the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1486.   To date, Morco Testing has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1487.   According to USOR Site Records, Defendant Morgan Oil Co. ("Morgan Oil") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 37,470 gallons of waste containing hazardous substances owned or possessed by Morgan Oil, at the USOR Site.

1488.   By letter dated December 5, 2013, the USOR Site PRP Group notified Morgan Oil of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Morgan Oil the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1489.   To date, Morgan Oil has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1490.   According to USOR Site Records, Defendant Muto Technology, Inc. ("Muto Technology") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,100 gallons of waste containing hazardous substances owned or possessed by Muto Technology, at the USOR Site.

1491.   To date, Muto Technology has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1492.   According to USOR Site Records, Defendant NAOR ("NAOR") accepted at least 62,100 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by NAOR.

1493.   To date, NAOR has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1494.   Defendant NMM Enterprises, Inc. ("NMM Enterprises") is also known as NMM Transport ("NMM Transport").

1495.   According to USOR Site Records, NMM Transport accepted at least 14,750 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by NMM Transport.

1496.   To date, NMM Enterprises has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1497. According to USOR Site Records, Defendant NCCARAR ("NCCARAR") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 72,200 gallons of waste containing hazardous substances owned or possessed by NCCARAR, at the USOR Site.

1498. To date, NCCARAR has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1499. According to USOR Site Records, Defendant Nampac ("Nampac") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,100 gallons of waste containing hazardous substances owned or possessed by Nampac, at the USOR Site.

1500. By letter dated December 5, 2013, the USOR Site PRP Group notified Nampac of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Nampac the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1501. To date, Nampac has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1502. According to USOR Site Records, Defendant Robbins & Myers Energy Systems LP d/b/a/ R&M Energy Systems ("R&M Energy") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 76,397 gallons of waste containing hazardous substances owned or possessed by R&M Energy, at the USOR Site.

1503.   By letter dated December 5, 2013, the USOR Site PRP Group notified R&M Energy of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered R&M Energy the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1504.   To date, R&M Energy has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1505.   According to USOR Site Records, Defendant Nations Rent ("Nations Rent") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 20 gallons of waste containing hazardous substances owned or possessed by Nations Rent, at the USOR Site.

1506.   To date, Nations Rent has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1507.   According to USOR Site Records, Defendant Newton County, Texas ("Newton County") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 245,113 gallons of waste containing hazardous substances owned or possessed by Newton County, at the USOR Site.

1508.   To date, Newton County has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1509.   According to USOR Site Records, Defendant New ERA ("New ERA") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a

transporter for transport for disposal or treatment, at least 20,000 gallons of waste containing hazardous substances owned or possessed by New ERA, at the USOR Site.

1510.   By letter dated December 5, 2013, the USOR Site PRP Group notified New ERA of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered New ERA the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1511.   To date, New ERA has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1512.   According to USOR Site Records, Defendant New Texas Research Group Inc. ("New Texas Research Group") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,560 gallons of waste containing hazardous substances owned or possessed by New Texas Research Group, at the USOR Site.

1513.   By letter dated December 5, 2013, the USOR Site PRP Group notified New Texas Research Group of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered New Texas Research Group the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1514.   To date, New Texas Research Group has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1515.   Defendant Newpark Drilling Fluids LLC ("Newpark Drilling") is the successor to Qualitex, Inc. ("Qualitex").

1516.   According to USOR Site Records, Qualitex by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,000 gallons of waste containing hazardous substances owned or possessed by Qualitex, at the USOR Site.

1517.   By letter dated December 5, 2013, the USOR Site PRP Group notified Qualitex of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Qualitex the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1518.   To date, Newpark Drilling has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1519.   According to USOR Site Records, Defendant Nighthawk Transport, Inc. ("Nighthawk") accepted at least 8,148 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Nighthawk.

1520.   To date, Nighthawk has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1521.   According to USOR Site Records, Defendant Noltex, LLC ("Noltex") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 7,071 gallons of waste containing hazardous substances owned or possessed by Noltex, at the USOR Site.

1522.   By letter dated December 5, 2013, the USOR Site PRP Group notified Noltex of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Noltex the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1523.   To date, Noltex has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1524.   According to USOR Site Records, Defendant Norson Services LLC ("Norson Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,006,691 gallons of waste containing hazardous substances owned or possessed by Norson Services, at the USOR Site.

1525.   On or about March 3, 2012, Norson Services executed a Participation Agreement with the USOR PRP Group to become a member of the USOR PRP Group, but Norson Service has subsequently breached the contract it entered into with the USOR PRP Group.

1526.   Since breaching its contract with the USOR PRP Group, Norson Services refuses to cooperate with the USOR Site PRP Group and has not paid its equitable share of response costs incurred by the USOR Site PRP Group at the USOR Site.

1527.   Alternatively, Defendant EnerMech Mechanical Services, Inc. ("EnerMech") is the successor to Norson Services and is responsible for the waste attributable to Norson Services in paragraph no. 1524 above.

1528.   EnerMech refuses to cooperate with the USOR Site PRP Group and has not paid its equitable share of response costs incurred by the USOR Site PRP Group at the USOR Site.

1529.   According to USOR Site Records, Defendant North American Marine, Inc. ("North American Marine") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3 gallons of waste containing hazardous substances owned or possessed by North American Marine, at the USOR Site.

1530.   To date, North American Marine has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1531.   According to USOR Site Records, Defendant North American Oil ("North American Oil") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 34,405 gallons of waste containing hazardous substances owned or possessed by North American Oil, at the USOR Site.

1532.   By letter dated December 5, 2013, the USOR Site PRP Group notified North American Oil of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered North American Oil the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1533.   To date, North American Oil has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1534.   According to USOR Site Records, Defendant Nortran Transportation ("Nortran Transportation") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 13,800 gallons of

waste containing hazardous substances owned or possessed by Nortran Transportation, at the USOR Site.

1535.   By letter dated December 5, 2013, the USOR Site PRP Group notified Nortran Transportation of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Nortran Transportation the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1536.   To date, Nortran Transportation has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1537.   According to USOR Site Records, Defendant Norwood-RCC ("Norwood") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 120 gallons of waste containing hazardous substances owned or possessed by Norwood, at the USOR Site.

1538.   By letter dated December 5, 2013, the USOR Site PRP Group notified Norwood of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Norwood the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1539.   To date, Norwood has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1540.   According to USOR Site Records, Defendant Nucor Corp. ("Nucor") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for

transport for disposal or treatment, at least 8,760 gallons of waste containing hazardous substances owned or possessed by Nucor, at the USOR Site.

1541.   By letter dated December 5, 2013, the USOR Site PRP Group notified Nucor of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Nucor the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1542.   To date, Nucor has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1543.   According to USOR Site Records, Defendant OCLP South Coatings ("OCLP South Coatings") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 120 gallons of waste containing hazardous substances owned or possessed by OCLP South Coatings, at the USOR Site.

1544.   By letter dated December 5, 2013, the USOR Site PRP Group notified OCLP South Coatings of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered OCLP South Coatings the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1545.   To date, OCLP South Coatings has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1546.   According to USOR Site Records, Defendant Oil Mop LLC ("Oil Mop") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 169,012 gallons of waste containing hazardous substances owned or possessed by Oil Mop, at the USOR Site, broken down as follows: 23,014 gallons of waste containing hazardous substances; 3 gallons of waste containing hazardous substances from Baroid; 2 gallons of waste containing hazardous substances from Bear Construction; 1,000 gallons of waste containing hazardous substances from BJ Process & Pipeline; 1,200 gallons of waste containing hazardous substances from Burlington Northern; 500 gallons of waste containing hazardous substances from Cherry Demolition; 5 gallons of waste containing hazardous substances from City of Bryan; 450 gallons of waste containing hazardous substances from City of Pasadena; 7,790 gallons of waste containing hazardous substances from Oilfield Electric Marine; 2000 gallons of waste containing hazardous substances from Finger Companies; 14 gallons of waste containing hazardous substances from Florida Marine; 2800 gallons of waste containing hazardous substances from Go West Fabricators; 8,260 gallons of waste containing hazardous substances from Harris County; 800 gallons of waste containing hazardous substances from Houston Engine and Balancing; 2 gallons of waste containing hazardous substances from Infrastructure Services; 300 gallons of waste containing hazardous substances from Intra Services; 7 gallons of waste containing hazardous substances from Larry Enderli; 3,400 gallons of waste containing hazardous substances from Martin Operating; 2 gallons of waste containing hazardous substances from Masters Resources; 3 gallons of waste containing hazardous substances from Pilot Travel Center; 8 gallons of waste containing hazardous substances from Sam's Club; 503 gallons of waste containing hazardous substances from Shell Truck Stop; 300 gallons of waste containing hazardous substances from Shippers

Stevedoring; 1000 gallons of waste containing hazardous substances from Thomas Petroleum; 129 gallons of waste containing hazardous substances from Texas Department of Transportation; 10,328 gallons of waste containing hazardous substances from Unitan; 950 gallons of waste containing hazardous substances from U.S. Coast Guard; 10 gallons of waste containing hazardous substances from Wal-Mart; and120,800 gallons of waste containing hazardous substances from Watco Companies.

1547.   By letter dated February 7, 2014, the USOR Site PRP Group notified Oil Mop of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Oil Mop the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1548.   To date, Oil Mop has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1549.   Defendant Oil Patch Transportation, Inc. ("Oil Patch Transportation") is the successor to Gulf Coast Vacuum Service, Inc. ("Gulf Coast Vacuum").

1550.   According to USOR Site Records, Gulf Coast Vacuum by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 83,360 gallons of waste containing hazardous substances owned or possessed by Gulf Coast Vacuum, at the USOR Site.

1551.   By letter dated December 5, 2013, the USOR Site PRP Group notified Gulf Coast Vacuum of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Gulf Coast Vacuum the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1552.   To date, Oil Patch Transportation has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1553.   According to USOR Site Records, Defendant Oil Process & Pipeline Services ("Oil Process") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 176,812 gallons of waste containing hazardous substances owned or possessed by Oil Process, at the USOR Site.

1554.   To date, Oil Process has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1555.   According to USOR Site Records, Defendant Oilfield-Electric-Marine, Inc. ("Oilfield-Electric-Marine") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 7,790 gallons of waste containing hazardous substances owned or possessed by Oilfield-Electric-Marine, at the USOR Site.

1556.   To date, Oilfield-Electric-Marine has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1557.   According to USOR Site Records, Defendant Olympic Pool ("Olympic Pool") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 400 gallons of waste containing hazardous substances owned or possessed by Olympic Pool, at the USOR Site.

1558.   By letter dated December 5, 2013, the USOR Site PRP Group notified Olympic Pool of the existence of the release or threatened release of hazardous substances at the USOR

Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Olympic Pool the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1559.   To date, Olympic Pool has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1560.   According to USOR Site Records, Defendant One Center ("One Center") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,814 gallons of waste containing hazardous substances owned or possessed by One Center, at the USOR Site.

1561.   By letter dated December 5, 2013, the USOR Site PRP Group notified One Center of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered One Center the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1562.   To date, One Center has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1563.   According to USOR Site Records, Defendant One Source Manufacturing Technology, LLC ("One Source Manufacturing") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 6,705 gallons of waste containing hazardous substances owned or possessed by One Source, at the USOR Site.

1564.   To date, One Source Manufacturing has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1565.   According to USOR Site Records, Defendant Otto Marine Enterprises Inc. ("Otto Marine") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 66,000 gallons of waste containing hazardous substances owned or possessed by Otto Marine, at the USOR Site.

1566.   By letter dated December 5, 2013, the USOR Site PRP Group notified Otto Marine of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Otto Marine the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1567.   To date, Otto Marine has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1568.   According to USOR Site Records, Defendant PCM, Inc. ("PCM") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 300 gallons of waste containing hazardous substances owned or possessed by PCM, at the USOR Site.

1569.   By letter dated December 5, 2013, the USOR Site PRP Group notified PCM of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered PCM the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1570.   To date, PCM has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1571.   According to USOR Site Records, Defendant PSC, LLC ("PSC") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,000 gallons of waste containing hazardous substances owned or possessed by PSC, at the USOR Site.

1572.   By letter dated December 5, 2013, the USOR Site PRP Group notified PSC of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered PSC the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1573.   To date, PSC has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1574.   According to USOR Site Records, Defendant Palm Commodities International, LLC ("Palm Commodities") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Palm Commodities, at the USOR Site.

1575.   By letter dated December 5, 2013, the USOR Site PRP Group notified Palm Commodities of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Palm Commodities the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1576.   To date, Palm Commodities has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1577.   According to USOR Site Records, Defendant The Palms Apartments ("Palms Apartments") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 250 gallons of waste containing hazardous substances owned or possessed by Palms Apartments, at the USOR Site.

1578.   By letter dated December 5, 2013, the USOR Site PRP Group notified Palms Apartments of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Palm Apartments the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1579.   To date, Palms Apartments has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1580.   According to USOR Site Records, Defendant Pan-Glo Services, LLC ("Pan-Glo") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 32,200 gallons of waste containing hazardous substances owned or possessed by Pan-Glo, at the USOR Site.

1581.   Additionally, Pan-Glo is the successor to Defendant Texas Pan Service Inc. ("Texas Pan").

1582.   According to USOR Site Records, Texas Pan by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or

treatment, at least 9,200 gallons of waste containing hazardous substances owned or possessed by Texas Pan, at the USOR Site.

1583.   By letter dated December 5, 2013, the USOR Site PRP Group notified Texas Pan of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Texas Pan the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1584.   To date, Pan-Glo has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1585.   Alternatively, Defendant Texas Pan is responsible for the waste streams attributable to Texas Pan, as allege in paragraph no. 1582 above.

1586.   To date, Texas Pan has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1587.   According to USOR Site Records, Defendant Paradigm Plastics, LP ("Paradigm Plastics") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 600 gallons of waste containing hazardous substances owned or possessed by Paradigm Plastics, at the USOR Site.

1588.   By letter dated December 5, 2013, the USOR Site PRP Group notified Paradigm Plastics of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Paradigm Plastics the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1589.   To date, Paradigm Plastics has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1590.   According to USOR Site Records, Defendant Park IV Commercial Complex Property Owners Association ("Park IV Apartments") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 100 gallons of waste containing hazardous substances owned or possessed by Park IV Apartments, at the USOR Site.

1591.   By letter dated December 5, 2013, the USOR Site PRP Group notified Park IV Apartments of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Park IV Apartments the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1592.   To date, Park IV Apartments has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1593.   According to USOR Site Records, Defendant Parker Hannifin Corp. ("Parker Hannifin") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 9,733 gallons of waste containing hazardous substances owned or possessed by Parker Hannifin, at the USOR Site.

1594.   Additionally, Parker Hannifin is the successor to PGI International, Ltd. ("PGI International").

1595.   According to USOR Site Records, PGI International by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 14,700 gallons of waste containing hazardous substances owned or possessed by PGI International, at the USOR Site.

1596.   By letter dated December 5, 2013, the USOR Site PRP Group notified Parker Hannifin of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Parker Hannifin the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1597.   To date, Parker Hannifin has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1598.   Defendant Parsons Government Support Services, Inc. ("Parsons Government") is the successor to SKE Support Services Inc. ("SKE Support").

1599.   According to USOR Site Records, SKE Support by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 11,950 gallons of waste containing hazardous substances owned or possessed by SKE Support, at the USOR Site.

1600.   By letter dated December 5, 2013, the USOR Site PRP Group notified SKE Support of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered SKE Support the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1601.   To date, Parsons Government has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1602.   According to USOR Site Records, Defendant Pathfinder Energy, Inc. ("Pathfinder Energy") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 83,410 gallons of waste containing hazardous substances owned or possessed by Pathfinder Energy, at the USOR Site.

1603.   By letter dated December 5, 2013, the USOR Site PRP Group notified Pathfinder Energy of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Pathfinder Energy the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1604.   To date, Pathfinder Energy has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1605.   According to USOR Site Records, Defendant Patty Oil Service ("Patty Oil") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,000 gallons of waste containing hazardous substances owned or possessed by Patty Oil, at the USOR Site.

1606.   By letter dated December 5, 2013, the USOR Site PRP Group notified Patty Oil of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened

release of hazardous substances at the USOR Site; and offered Patty Oil the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1607.   To date, Patty Oil has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1608.   According to USOR Site Records, Defendant Pelican Island Storage Terminal, LLC, doing business as Galveston Terminals, Inc. ("Galveston Terminals") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,040 gallons of waste containing hazardous substances owned or possessed by Galveston Terminals, at the USOR Site.

1609.   By letter dated December 5, 2013, the USOR Site PRP Group notified Galveston Terminals of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Galveston Terminals the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1610.   To date, Galveston Terminals has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1611.   According to USOR Site Records, Defendant Pelican Offshore ("Pelican Offshore") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,860 gallons of waste containing hazardous substances owned or possessed by Pelican Offshore, at the USOR Site.

1612.   By letter dated December 5, 2013, the USOR Site PRP Group notified Pelican

Offshore of the existence of the release or threatened release of hazardous substances at the

USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Pelican Offshore the

opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1613.   To date, Pelican Offshore has refused to cooperate with the USOR Site PRP

Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR

Site.

1614.   According to USOR Site Records, Defendant Pelican Waste Services, Inc.

("Pelican Waste") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, at least 1,324,305 gallons of

waste containing hazardous substances owned or possessed by Pelican Waste, at the USOR Site,

broken down as follows: 315,155 gallons of waste containing hazardous substances; 5,000

gallons of waste containing hazardous substances from American Springware; 3,000 gallons of

waste containing hazardous substances from BJ Services; 85,581 gallons of waste containing

hazardous substances from Bolivar Barge; 232,800 gallons of waste containing hazardous

substances from Brandero Price; 67,200 gallons of waste containing hazardous substances from

Champion Technologies; 945 gallons of waste containing hazardous substances from CMW; 3

gallons of waste containing hazardous substances from CTI Trucking; 5,000 gallons of waste

containing hazardous substances from Dallas Chemical; 5,000 gallons of waste containing

hazardous substances from Gator; 1,200 gallons of waste containing hazardous substances from

Houston Marine; 10,547 gallons of waste containing hazardous substances from International

Ship Repair; 25,900 gallons of waste containing hazardous substances from Matheson Tri Gas;

200 gallons of waste containing hazardous substances from MCFA; 17,094 gallons of waste containing hazardous substances from Mitsubishi Caterpillar; 10,200 gallons of waste containing hazardous substances from Perko Log; 325,831 gallons of waste containing hazardous substances from Pilot Chemical; 12,425 gallons of waste containing hazardous substances from Teppco; 62,000 gallons of waste containing hazardous substances from TNG Utilities; 3,000 gallons of waste containing hazardous substances from TT Barge Services; and 10,000 gallons of waste containing hazardous substances from Texas United Pipe.

1615.   By letter dated December 5, 2013, the USOR Site PRP Group notified Pelican Waste of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Pelican Waste the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1616.   To date, Pelican Waste has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1617.   Defendant Peligrin, Ltd. ("Peligrin") is the successor to Eagle Asphalt Products, Inc. ("Eagle Asphalt").

1618.   According to USOR Site Records, Eagle Asphalt by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,700 gallons of waste containing hazardous substances owned or possessed by Eagle Asphalt, at the USOR Site.

1619.   By letter dated December 5, 2013, the USOR Site PRP Group notified Eagle Asphalt of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Eagle Asphalt the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1620.   To date, Peligrin has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1621.   According to USOR Site Records, Defendant Penn Maritime Inc. ("Penn Maritime") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Penn Maritime, at the USOR Site.

1622.   To date, Penn Maritime has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1623.   According to USOR Site Records, Defendant Penske Corp. ("Penske") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,000 gallons of waste containing hazardous substances owned or possessed by Penske, at the USOR Site.

1624.   By letter dated December 5, 2013, the USOR Site PRP Group notified Penske of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Penske the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1625.   To date, Penske has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1626.   Defendant Pentair Valves & Controls US LP ("Pentair Valves & Controls"), doing business as Tyco Flow Control, is the successor to and/or is formerly known as Tyco Valves & Controls LP ("Tyco Valves & Controls").

1627.   According to USOR Site Records, Tyco Valves & Controls by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Tyco Valves & Controls, at the USOR Site.

1628.   To date, Pentair Valves & Controls has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1629.   According to USOR Site Records, Defendant Pepper-Lawson Construction, L.P. ("Pepper-Lawson") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 29,055 gallons of waste containing hazardous substances owned or possessed by Pepper-Lawson, at the USOR Site.

1630.   By letter dated December 5, 2013, the USOR Site PRP Group notified Pepper-Lawson of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Pepper-Lawson the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1631.   To date, Pepper-Lawson has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1632.   According to USOR Site Records, Defendant Perko Log ("Perko Log") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a

transporter for transport for disposal or treatment, at least 19,200 gallons of waste containing hazardous substances owned or possessed by Perko Log, at the USOR Site.

1633.   By letter dated December 5, 2013, the USOR Site PRP Group notified Perko Log of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Perko Log the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1634.   To date, Perko Log has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1635.   According to USOR Site Records, Defendant Petroleum Analyzer Co. L.P ("PAC") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,704 gallons of waste containing hazardous substances owned or possessed by PAC, at the USOR Site.

1636.   By letter dated December 5, 2013, the USOR Site PRP Group notified PAC of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered PAC the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1637.   To date, PAC has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1638.   According to USOR Site Records, Defendant Philip Reclamation Services, Houston, LLC ("Philip Reclamation") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least

6,061 gallons of waste containing hazardous substances owned or possessed by Phillips
Reclamation, at the USOR Site.

1639.   By letter dated December 5, 2013, the USOR Site PRP Group notified Philip
Reclamation of the existence of the release or threatened release of hazardous substances at the
USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or
threatened release of hazardous substances at the USOR Site; and offered Philip Reclamation the
opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1640.   To date, Philip Reclamation has refused to cooperate with the USOR Site PRP
Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR
Site.

1641.   According to USOR Site Records, Defendant Phoenix Oil, Inc. ("Phoenix Oil")
accepted at least 5,707 gallons of waste containing hazardous substances for transport to the
USOR Site, which was selected by Phoenix Oil.

1642.   To date, Phoenix Oil has not paid any response costs incurred by the USOR Site
PRP Group at the USOR Site.

1643.   According to USOR Site Records, Defendant Phoenix Pollution Control &
Environmental Services, Inc. ("Phoenix Pollution Control") by contract, agreement, or otherwise
arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or
treatment, at least 279,562 gallons of waste containing hazardous substances owned or possessed
by Phoenix Pollution Control, at the USOR Site, broken down as follows: 92,052 gallons of
waste containing hazardous substances; 7,700 gallons of waste containing hazardous substances
from Alliance International Forwarders; 7,500 gallons of waste containing hazardous substances
from Apache Services; 3,800 gallons of waste containing hazardous substances from BAIC;

1,008 gallons of waste containing hazardous substances from Custom Air Products; 5,300 gallons of waste containing hazardous substances from Garner; 39,800 gallons of waste containing hazardous substances from Greenhunter Biofuel; 4 gallons of waste containing hazardous substances from Grifco; 1,500 gallons of waste containing hazardous substances from Gulf Stream Marine; 9,362 gallons of waste containing hazardous substances from Houston Marine Services; 5,000 gallons of waste containing hazardous substances from Kwik Kar; 165 gallons of waste containing hazardous substances from Lighthouse; 1,200 gallons of waste containing hazardous substances from M/V Amber; 4,050 gallons of waste containing hazardous substances from M/V Bell Percell; 5,000 gallons of waste containing hazardous substances from M/V Curia; 22,200 gallons of waste containing hazardous substances from M/V Dobrush; 19,400 gallons of waste containing hazardous substances from M/V Faffa; 3,300 gallons of waste containing hazardous substances from M/V Grey Peace; 12,000 gallons of waste containing hazardous substances from M/V Jin Zouh; 80,500 gallons of waste containing hazardous substances from M/V Marion Hudson; 3,000 gallons of waste containing hazardous substances from M/V Prestige; 3,250 gallons of waste containing hazardous substances from M/V Shamrock; 3,000 gallons of waste containing hazardous substances from M/V Tai Harvest; 630 gallons of waste containing hazardous substances from M/V Texas Star; 11,000 gallons of waste containing hazardous substances from M/V Tia Happiness; 13,600 gallons of waste containing hazardous substances from Milstead Environmental; 4,000 gallons of waste containing hazardous substances from Ruff Corp.; 1,500 gallons of waste containing hazardous substances from Tug Boat Miss BB; and 6,000 gallons of waste containing hazardous substances from UWTS.

1644.   By letter dated December 5, 2013, the USOR Site PRP Group notified Phoenix Pollution Control of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Phoenix Pollution Control the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1645.   To date, Phoenix Pollution Control has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1646.   According to USOR Site Records, Defendant Pick A Part Auto Wrecking, L.P. ("Pick A Part Auto") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 6,000 gallons of waste containing hazardous substances owned or possessed by Pick A Part Auto, at the USOR Site.

1647.   To date, Pick A Part Auto has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1648.   Alternatively, Defendant LKQ Corp. ("LKQ") is the successor to Pick A Part Auto and is responsible for the waste streams attributable to Pick A Part Auto, as alleged in paragraph no. 1646 above.

1649.   To date, LKQ has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1650.   According to USOR Site Records, Defendant Pilot Travel Centers LLC ("Pilot Travel") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged

with a transporter for transport for disposal or treatment, at least 3 gallons of waste containing hazardous substances owned or possessed by Pilot Travel, at the USOR Site.

1651.   To date, Pilot Travel has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1652.   According to USOR Site Records, Defendant Pinch Flatbed, Inc. ("Pinch Flatbed") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,500 gallons of waste containing hazardous substances owned or possessed by Pinch Flatbed, at the USOR Site.

1653.   To date, Pinch Flatbed has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1654.   According to USOR Site Records, Defendant Pipe Specialty ("Pipe Specialty") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1 gallon of waste containing hazardous substances owned or possessed by Pipe Specialty, at the USOR Site.

1655.   To date, Pipe Specialty has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1656.   According to USOR Site Records, Defendant Pipeline Realty Co. ("Pipeline Realty") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 8,000 gallons of waste containing hazardous substances owned or possessed by Pipeline Realty, at the USOR Site.

1657.   To date, Pipeline Realty has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1658.   According to USOR Site Records, Defendant Pipestream, Inc. ("Pipestream") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10 gallons of waste containing hazardous substances owned or possessed by Pipestream, at the USOR Site.

1659.   By letter dated December 5, 2013, the USOR Site PRP Group notified Pipestream of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Pipestream the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1660.   To date, Pipestream has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1661.   Alternatively, Defendant Smart Pipe Co., Inc. ("Smart Pipe") is the successor to Pipestream and is responsible for the waste streams attributable to Pipestream, as alleged in paragraph no. 1658 above.

1662.   To date, Smart Pipe has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site

1663.   Defendant PlainsCapital Bank ("PlainsCapital Bank") is the successor to First National Bank ("First National").

1664.   According to USOR Site Records, First National by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 606 gallons of waste containing hazardous substances owned or possessed by First National, at the USOR Site.

1665.   By letter dated December 5, 2013, the USOR Site PRP Group notified First National of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered First National the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1666.   To date, PlainsCapital Bank has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1667.   Alternatively, Defendant First National Bank Group, Inc. ("First National Bank Group") is the successor to First National and is responsible for the waste streams attributable to First National, as alleged in paragraph no. 1664 above.

1668.   To date, First National Bank Group has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1669.   According to USOR Site Records, Defendant The Planet ("The Planet") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 165 gallons of waste containing hazardous substances owned or possessed by The Planet, at the USOR Site.

1670.   To date, The Planet has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1671.   According to USOR Site Records, Defendant Plant Performance Services LLC ("Plant Performance") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,385 gallons of waste containing hazardous substances owned or possessed by Plant Performance, at the USOR Site.

1672.   To date, Plant Performance has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1673.   According to USOR Site Records, Defendant Polymer Chemistry Innovations, Inc. ("Polymer Chemistry") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 157,554 gallons of waste containing hazardous substances owned or possessed by Polymer Chemistry, at the USOR Site.

1674.   By letter dated December 5, 2013, the USOR Site PRP Group notified Polymer Chemistry of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Polymer Chemistry the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1675.   To date, Polymer Chemistry has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1676.   According to USOR Site Records, Defendant Port of Houston Authority ("Port of Houston") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,560 gallons of waste containing hazardous substances owned or possessed by Port of Houston, at the USOR Site.

1677.   By letter dated December 5, 2013, the USOR Site PRP Group notified Port of Houston of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Port of Houston the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1678.   To date, Port of Houston has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1679.   According to USOR Site Records, Defendant Praxair, Inc. ("Praxair") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,460 gallons of waste containing hazardous substances owned or possessed by Praxair, at the USOR Site.

1680.   To date, has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1681.   According to USOR Site Records, Defendant Pre Field Services Inc. ("Pre Field Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 144 gallons of waste containing hazardous substances owned or possessed by Pre Field Services, at the USOR Site.

1682.   To date, Pre Field Services has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1683.   According to USOR Site Records, Defendant Precision Energy Services, Inc., doing business as Computalog ("Computalog"), by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,200 gallons of waste containing hazardous substances owned or possessed by Computalog, at the USOR Site.

1684.   To date, Computalog has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1685.   According to USOR Site Records, Defendant Printpack, Inc. ("Printpack") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 15,500 gallons of waste containing hazardous substances owned or possessed by Printpack, at the USOR Site.

1686.   By letter dated December 5, 2013, the USOR Site PRP Group notified Printpack of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Printpack the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1687.   To date, Printpack has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1688.   According to USOR Site Records, Defendant Professional Air Systems, Inc. ("Professional Air Systems") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,000 gallons of waste containing hazardous substances owned or possessed by Professional Air Systems, at the USOR Site.

1689.   To date, Professional Air Systems has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1690.   According to USOR Site Records, Defendant Proler Southwest Corp. ("Proler Southwest") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 82,500 gallons of waste containing hazardous substances owned or possessed by Proler Southwest, at the USOR Site.

1691.   By letter dated December 5, 2013, the USOR Site PRP Group notified Proler Southwest of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Proler Southwest the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1692.   To date, Proler Southwest has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1693.   According to USOR Site Records, Defendant Public Sanitary Works, Inc. ("Public Sanitary") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 689,072 gallons of waste containing hazardous substances owned or possessed by Public Sanitary, at the USOR Site.

1694.   By letter dated December 5, 2013, the USOR Site PRP Group notified Public Sanitary of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Public Sanitary the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1695.   To date, Public Sanitary has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1696.   According to USOR Site Records, Defendant Puffer-Sweiven LP ("Puffer-Sweiven") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, at least 54 gallons of waste containing hazardous substances owned or possessed by Puffer-Sweiven, at the USOR Site.

1697.   By letter dated December 5, 2013, the USOR Site PRP Group notified Puffer-Sweiven of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Puffer-Sweiven the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1698.   To date, Puffer-Sweiven has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1699.   According to USOR Site Records, Defendant Pulido Trucking, LP ("Pulido Trucking") accepted at least 3,400 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Pulido Trucking.

1700.   To date, Pulido Trucking has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1701.   Alternatively, Defendant Martin Pulido Trucking Inc. ("Martin Pulido Trucking") is responsible for the waste streams attributable to Pulido Trucking, as alleged in paragraph no. 1699 above.

1702.   To date, Martin Pulido Trucking has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1703.   According to USOR Site Records, Defendant Quality Electric Steel Castings, LP ("Quality Electric Steel") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,700

gallons of waste containing hazardous substances owned or possessed by Quality Electric Steel, at the USOR Site.

1704.   By letter dated December 5, 2013, the USOR Site PRP Group notified Quality Electric Steel of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Quality Electric Steel the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1705.   To date, Quality Electric Steel has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1706.   According to USOR Site Records, Defendant Quality Environmental Services, Inc. ("Quality Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 518,900 gallons of waste containing hazardous substances owned or possessed by Quality Environmental, at the USOR Site.

1707.   By letter dated December 5, 2013, the USOR Site PRP Group notified Quality Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Quality Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1708.   To date, Quality Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1709.   Defendant QuestVapco Corp. ("QuestVapco") is the successor to Quest Chemical Corp. ("Quest Chemical").

1710.   According to USOR Site Records, Quest Chemical by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,000 gallons of waste containing hazardous substances owned or possessed by Quest Chemical, at the USOR Site.

1711.   By letter dated December 5, 2013, the USOR Site PRP Group notified Quest Chemical of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Quest Chemical the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1712.   To date, QuestVapco has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1713.   According to USOR Site Records, Defendant RCI ("RCI") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 70 gallons of waste containing hazardous substances owned or possessed by RCI, at the USOR Site.

1714.   By letter dated December 5, 2013, the USOR Site PRP Group notified RCI of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered RCI the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1715.   To date, RCI has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1716.   According to USOR Site Records, Defendant RCSS, LLC, doing business as Redondo Manufacturing ("Redondo Manufacturing") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,918 gallons of waste containing hazardous substances owned or possessed by RCSS, at the USOR Site.

1717.   To date, Redondo Manufacturing has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1718.   Defendant RTI International Metals, Inc. ("RTI International") is the successor to and/or is formerly known as RTC Fabricators.

1719.   According to USOR Site Records, RTC Fabricators by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,300 gallons of waste containing hazardous substances owned or possessed by RTC Fabricators, at the USOR Site.

1720.   By letter dated December 5, 2013, the USOR Site PRP Group notified RTC Fabricators of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered RTC Fabricators the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1721.   To date, RTI International has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1722.   According to USOR Site Records, Defendant RaceTrac Petroleum, Inc. ("RaceTrac") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 9,300 gallons of waste containing hazardous substances owned or possessed by RaceTrac, at the USOR Site.

1723.   By letter dated December 5, 2013, the USOR Site PRP Group notified RaceTrac of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered RaceTrac the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1724.   To date, RaceTrac has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1725.   According to USOR Site Records, Defendant Railcar ("Railcar") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,000 gallons of waste containing hazardous substances owned or possessed by Railcar, at the USOR Site.

1726.   By letter dated December 5, 2013, the USOR Site PRP Group notified Railcar of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Railcar the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1727.   To date, Railcar has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1728.   According to USOR Site Records, Defendant Railroad Commission of Texas ("RRC of Texas") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 55 gallons of waste containing hazardous substances owned or possessed by RRC of Texas, at the USOR Site.

1729.   To date, RRC of Texas has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1730.   According to USOR Site Records, Defendant Ray Bellew & Sons, Inc. ("Ray Bellew & Sons") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,300 gallons of waste containing hazardous substances owned or possessed by Ray Bellew & Sons, at the USOR Site.

1731.   To date, Ray Bellew & Sons has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1732.   According to USOR Site Records, Defendant Reactor Services International, Inc. ("Reactor Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 385 gallons of waste containing hazardous substances owned or possessed by Reactor Services, at the USOR Site.

1733.   By letter dated December 5, 2013, the USOR Site PRP Group notified Reactor Services of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Reactor Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1734.   To date, Reactor Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1735.   According to USOR Site Records, Defendant Recovrmax Services, LP ("Recovrmax Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 26,550 gallons of waste containing hazardous substances owned or possessed by Recovrmax Services, at the USOR Site.

1736.   By letter dated December 5, 2013, the USOR Site PRP Group notified Recovrmax Services of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Recovrmax Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1737.   To date, Recovrmax Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1738.   According to USOR Site Records, Defendant The RectorSeal Corp. ("RectorSeal") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 180,350 gallons of waste containing hazardous substances owned or possessed by RectorSeal, at the USOR Site.

1739.   By letter dated December 5, 2013, the USOR Site PRP Group notified RectorSeal of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened

release of hazardous substances at the USOR Site; and offered RectorSeal the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1740.   To date, RectorSeal has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1741.   Defendant Regio Vacuum Service, Inc. ("Regio Vacuum") is also known as El Regio Vacuum Service ("El Regio Vacuum").

1742.   According to USOR Site Records, El Regio Vacuum by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 25,600 gallons of waste containing hazardous substances owned or possessed by El Regio Vacuum, at the USOR Site.

1743.   By letter dated December 5, 2013, the USOR Site PRP Group notified El Regio Vacuum of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered El Regio Vacuum the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1744.   To date, Regio Vacuum has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1745.   According to USOR Site Records, Defendant REM Research Group, Inc. ("REM Research") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 413,661 gallons of waste containing hazardous substances owned or possessed by REM Research, at the USOR Site.

1746.   By letter dated December 5, 2013, the USOR Site PRP Group notified REM Research of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered REM Research the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1747.   To date, REM Research has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1748.   Defendant Rescar Companies, Inc. ("Rescar Companies") is the successor to and/or is formerly known as Rescar Industries.

1749.   According to USOR Site Records, Rescar Industries by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,669,035 gallons of waste containing hazardous substances owned or possessed by Rescar Industries, at the USOR Site.

1750.   By letter dated December 5, 2013, the USOR Site PRP Group notified Rescar Industries of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Rescar Industries the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1751.   To date, Rescar Companies has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1752.   According to USOR Site Records, Defendant Rexburg ("Rexburg") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for

transport for disposal or treatment, at least 3,500 gallons of waste containing hazardous substances owned or possessed by Rexburg, at the USOR Site.

1753.   By letter dated December 5, 2013, the USOR Site PRP Group notified Rexburg of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Rexburg the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1754.   To date, Rexburg has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1755.   According to USOR Site Records, Defendant Rice University ("Rice University") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,212 gallons of waste containing hazardous substances owned or possessed by Rice University, at the USOR Site.

1756.   By letter dated December 5, 2013, the USOR Site PRP Group notified Rice University of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Rice University the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1757.   To date, Rice University has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1758.   According to USOR Site Records, Defendant Rigid Global Buildings LLC ("Rigid Building") by contract, agreement, or otherwise arranged for disposal or treatment,

and/or arranged with a transporter for transport for disposal or treatment, at least 48 gallons of waste containing hazardous substances owned or possessed by Rigid Building, at the USOR Site.

1759.   By letter dated December 5, 2013, the USOR Site PRP Group notified Rigid Building of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Rigid Building the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1760.   To date, Rigid Building has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1761.   According to USOR Site Records, Defendant Ritchie Bros. Auctioneers (America) Inc. ("Ritchie Bros.") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 16,362 gallons of waste containing hazardous substances owned or possessed by Ritchie Bros., at the USOR Site.

1762.   By letter dated December 5, 2013, the USOR Site PRP Group notified Ritchie Bros. of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Ritchie Bros. the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1763.   To date, Ritchie Bros. has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1764.   According to USOR Site Records, Defendant Riviana Foods Inc. ("Riviana Foods") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged

with a transporter for transport for disposal or treatment, at least 7,160 gallons of waste containing hazardous substances owned or possessed by Riviana Foods, at the USOR Site.

1765.   To date, Riviana Foods has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1766.   According to USOR Site Records, Defendant Robbie D. Wood, Inc. ("Robbie Wood") accepted at least 12 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Robbie Wood.

1767.   To date, Robbie Wood has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1768.   According to USOR Site Records, Defendant Robbins & Myers Energy Systems LP d/b/a/ R&M Energy Systems ("R&M Energy") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 76,397 gallons of waste containing hazardous substances owned or possessed by R&M Energy, at the USOR Site.

1769.   By letter dated December 5, 2013, the USOR Site PRP Group notified R&M Energy of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered R&M Energy the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1770.   To date, R&M Energy has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1771.   Defendant RockTenn CP, LLC ("RockTenn") is the successor to Smurfit-Stone Container Corp. ("Smurfit-Stone").

1772.   According to USOR Site Records, Smurfit-Stone by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 22,000 gallons of waste containing hazardous substances owned or possessed by Smurfit-Stone, at the USOR Site.

1773.   By letter dated December 5, 2013, the USOR Site PRP Group notified Smurfit-Stone of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Smurfit-Stone the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1774.   To date, RockTenn has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1775.   According to USOR Site Records, Defendant Rolled Alloys, Inc. ("Rolled Alloys") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 12,591 gallons of waste containing hazardous substances owned or possessed by Rolled Alloys, at the USOR Site.

1776.   By letter dated December 5, 2013, the USOR Site PRP Group notified Rolled Alloys of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Rolled Alloys the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1777.   To date, Rolled Alloys has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1778.   According to USOR Site Records, Defendant Rone Engineering Services, Ltd. ("Rone Engineering") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 23,219 gallons of waste containing hazardous substances owned or possessed by Rone Engineering, at the USOR Site.

1779.   To date, Rone Engineering has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1780.   According to USOR Site Records, Defendant Rosenburg ("Rosenburg") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 41,000 gallons of waste containing hazardous substances owned or possessed by Rosenburg, at the USOR Site.

1781.   By letter dated December 5, 2013, the USOR Site PRP Group notified Rosenburg of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Rosenburg the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1782.   To date, Rosenburg has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1783.   According to USOR Site Records, Defendant Round Rock Independent School District ("Round Rock ISD") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 240 gallons of waste containing hazardous substances owned or possessed by Round Rock ISD, at the USOR Site.

1784.   By letter dated December 5, 2013, the USOR Site PRP Group notified Round Rock ISD of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Round Rock ISD the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1785.   To date, Round Rock ISD has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1786.   According to USOR Site Records, Defendant Rouse ("Rouse") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,450 gallons of waste containing hazardous substances owned or possessed by Rouse, at the USOR Site.

1787.   By letter dated December 5, 2013, the USOR Site PRP Group notified Rouse of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Rouse the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1788.   To date, Rouse has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1789.   According to USOR Site Records, Defendant Ruff Corp. ("Ruff Corp.") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,000 gallons of waste containing hazardous substances owned or possessed by Ruff Corp., at the USOR Site.

1790.   By letter dated December 5, 2013, the USOR Site PRP Group notified Ruff Corp. of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Ruff Corp. the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1791.   To date, Ruff Corp. has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1792.   According to USOR Site Records, Defendant Rust Scale ("Rust Scale") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,040 gallons of waste containing hazardous substances owned or possessed by Rust Scale, at the USOR Site.

1793.   To date, Rust Scale has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1794.   According to USOR Site Records, Defendant S&B Engineers and Constructors, Ltd. ("S&B Engineers") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,000 gallons of waste containing hazardous substances owned or possessed by S&B Engineers, at the USOR Site.

1795.   By letter dated December 5, 2013, the USOR Site PRP Group notified S&B Engineers of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered S&B Engineers the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1796.   To date, S&B Engineers has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1797.   According to USOR Site Records, Defendant S&K Transportation, L.L.C. ("S&K Transportation") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 6,500 gallons of waste containing hazardous substances owned or possessed by S&K Transportation, at the USOR Site.

1798.   By letter dated December 5, 2013, the USOR Site PRP Group notified S&K Transportation of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered S&K Transportation the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1799.   To date, S&K Transportation has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1800.   According to USOR Site Records, Defendant S. Holcomb Enterprises, Inc., doing business as Holcomb Oil Recycling ("Holcomb Oil") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 136,795 gallons of waste containing hazardous substances owned or possessed by Holcomb Oil, at the USOR Site.

1801.   By letter dated December 5, 2013, the USOR Site PRP Group notified Holcomb Oil of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Holcomb Oil the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1802.   To date, Holcomb Oil has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1803.   Defendant SBBQ Operations, LLC ("SBBQ") is the successor to and/or is formerly known as Sadler's Bar-B-Que Sales, Ltd. ("Sadler's Bar-B-Que").

1804.   According to USOR Site Records, Sadler's Bar-B-Que by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 8,612 amount gallons of waste containing hazardous substances owned or possessed by Sadler's Bar-B-Que, at the USOR Site.

1805.   To date, SBBQ has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1806.   Defendant SET Environmental, Inc. ("SET Environmental") is the successor to Disposal Solutions, Inc. ("Disposal Solutions").

1807.   According to USOR Site Records, Disposal Solutions by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 355,790 gallons of waste containing hazardous substances owned or possessed by Disposal Solutions, at the USOR Site, broken down as follows: 22,123 gallons of waste containing hazardous substances from Disposal Solutions; and 333,667 gallons of waste containing hazardous substances from Valero.

1808.   By letter dated December 5, 2013, the USOR Site PRP Group notified Disposal Solutions of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Disposal Solutions the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1809.   To date, SET Environmental has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1810.   According to USOR Site Records, Defendant SK Transportation Inc. ("SK Transportation") accepted at least 321,861 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by SK Transportation.

1811.   To date, SK Transportation has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1812.   According to USOR Site Records, Defendant SMJ Trucking ("SMJ Trucking") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 55 gallons of waste containing hazardous substances owned or possessed by SMJ Trucking, at the USOR Site.

1813.   By letter dated December 5, 2013, the USOR Site PRP Group notified SMJ Trucking of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered SMJ Trucking the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1814.   To date, SMJ Trucking has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1815.   According to USOR Site Records, Defendant SPX Corp. ("SPX") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for

transport for disposal or treatment, at least 13,459 gallons of waste containing hazardous substances owned or possessed by SPX, at the USOR Site.

1816.   By letter dated December 5, 2013, the USOR Site PRP Group notified SPX of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered SPX the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1817.   To date, SPX has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1818.   According to USOR Site Records, Defendant Sachem, Inc. ("Sachem") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 9,549 gallons of waste containing hazardous substances owned or possessed by Sachem, at the USOR Site.

1819.   By letter dated December 5, 2013, the USOR Site PRP Group notified Sachem of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Sachem the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1820.   To date, Sachem has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1821.   Defendant Safe Renewables Corp. ("Safe Renewables") is the successor to and/or is formerly known as Safe Fuels Inc. ("Safe Fuels").

1822.   According to USOR Site Records, Safe Fuels by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,000 gallons of waste containing hazardous substances owned or possessed by Safe Fuels, at the USOR Site.

1823.   By letter dated December 5, 2013, the USOR Site PRP Group notified Safe Fuels of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Safe Fuels the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1824.   To date, Safe Renewables has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1825.   Defendant Salzgitter Mannesmann Stainless Tubes USA, Inc. ("Salzgitter Mannesmann") is the successor to and/or is formerly known as DMV Stainless USA Inc. ("DMV Stainless").

1826.   According to USOR Site Records, DMV Stainless by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 20,000 gallons of waste containing hazardous substances owned or possessed by DMV Stainless, at the USOR Site.

1827.   By letter dated December 5, 2013, the USOR Site PRP Group notified DMV Stainless of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered DMV Stainless the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1828.   To date, Salzgitter Mannesmann has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1829.   According to USOR Site Records, Defendant Schultz Bros., Inc. ("Schultz Bros.") accepted at least 828,728 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Schultz Bros. Trucking.

1830.   To date, Schultz Bros. has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1831.   According to USOR Site Records, Defendant Sea Challenger Corp. ("Sea Challenger") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,000 gallons of waste containing hazardous substances owned or possessed by Sea Challenger, at the USOR Site.

1832.   By letter dated December 5, 2013, the USOR Site PRP Group notified Sea Challenger of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Sea Challenger the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1833.   To date, Sea Challenger has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1834.   According to USOR Site Records, Defendant Sears Holdings Corporation ("Sears") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,000 gallons of waste containing hazardous substances owned or possessed by Sears, at the USOR Site.

1835.   Additionally, Sears is the successor to Kmart Corp. ("Kmart").

1836.   According to USOR Site Records, Kmart by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,300 gallons of waste containing hazardous substances owned or possessed by Kmart, at the USOR Site.

1837.   To date, Sears has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1838.   According to USOR Site Records, Defendant Seatex, Ltd. ("Seatex") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,002 gallons of waste containing hazardous substances owned or possessed by Seatex, at the USOR Site.

1839.   To date, Seatex has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1840.   According to USOR Site Records, Defendant Semasys, Inc. ("Semasys") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,000 gallons of waste containing hazardous substances owned or possessed by Semasys, at the USOR Site.

1841.   By letter dated December 5, 2013, the USOR Site PRP Group notified Semasys of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Semasys the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1842.   To date, Semasys has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1843.   According to USOR Site Records, Defendant SemGroup Corp. ("SemGroup") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 100,410 gallons of waste containing hazardous substances owned or possessed by SemGroup, at the USOR Site.

1844.   By letter dated December 5, 2013, the USOR Site PRP Group notified SemGroup of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered SemGroup the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1845.   To date, SemGroup has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1846.   Defendant Separation and Recovery Systems, LLC ("SRS") is the successor to Separation and Recovery Systems, Inc. ("Separation and Recovery Systems").

1847.   According to USOR Site Records, Separation and Recovery Systems by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,888 gallons of waste containing hazardous substances owned or possessed by Separation and Recovery Systems, at the USOR Site.

1848.   By letter dated December 5, 2013, the USOR Site PRP Group notified Separation and Recovery Systems of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Separation and Recovery Systems the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1849. To date, SRS has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1850. According to USOR Site Records, Defendant Serco Construction Group, Ltd. ("Serco Construction") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,000 gallons of waste containing hazardous substances owned or possessed by Serco Construction, at the USOR Site.

1851. To date, Serco Construction has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1852. According to USOR Site Records, Defendant 76 Yale ("76 Yale") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 220 gallons of waste containing hazardous substances owned or possessed by 76 Yale, at the USOR Site.

1853. By letter dated December 5, 2013, the USOR Site PRP Group notified 76 Yale of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered 76 Yale the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1854. To date, 76 Yale has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1855. According to USOR Site Records, Defendant Shawcor Pipe Protection, LLC ("Shawcor Pipe") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, at least 25,000 gallons of waste containing hazardous substances owned or possessed by Shawcor Pipe, at the USOR Site.

1856.   By letter dated December 5, 2013, the USOR Site PRP Group notified Shawcor Pipe of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Shawcor Pipe the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1857.   To date, Shawcor Pipe has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1858.   According to USOR Site Records, Defendant Shell Oil Co. ("Shell") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 178,866 gallons of waste containing hazardous substances owned or possessed by Shell, at the USOR Site.

1859.   By letter dated December 5, 2013, the USOR Site PRP Group notified Shell of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Shell the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1860.   To date, Shell has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1861.   According to USOR Site Records, Defendant Shelton Services Inc. ("Shelton Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, at least 3,000 gallons of waste containing hazardous substances owned or possessed by Shelton Services, at the USOR Site.

1862.   To date, Shelton Services has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1863.   According to USOR Site Records, Defendant Shippers Stevedoring Co. ("Shippers Stevedoring") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 300 gallons of waste containing hazardous substances owned or possessed by Shippers Stevedoring, at the USOR Site.

1864.   To date, Shippers Stevedoring has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1865.   Defendant Sigma-Genosys of Texas LLC ("Sigma-Genosys") is the successor to and/or is formerly known as Genosys Biotechnologies, Inc. ("Genosys Biotechnologies").

1866.   According to USOR Site Records, Genosys Biotechnologies by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 6,189 gallons of waste containing hazardous substances owned or possessed by Genosys Biotechnologies, at the USOR Site.

1867.   By letter dated December 5, 2013, the USOR Site PRP Group notified Genosys Biotechnologies of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Genosys Biotechnologies the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1868.   To date, Sigma-Genosys has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1869.   According to USOR Site Records, Defendant Smith & Co. ("Smith & Co.") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,849 gallons of waste containing hazardous substances owned or possessed by Smith & Co., at the USOR Site.

1870.   By letter dated December 5, 2013, the USOR Site PRP Group notified Smith & Co. of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Smith & Co. the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1871.   To date, Smith has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1872.   According to USOR Site Records, Defendant Smith Systems Transportation, Inc. ("Smith Systems Transportation") accepted at least 157,009 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Smith Systems.

1873.   To date, Smith Systems Transportation has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1874.   According to USOR Site Records, Defendant South Atlantic Services, Inc. ("South Atlantic Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 112,326 gallons of waste containing hazardous substances owned or possessed by South Atlantic Services, at the USOR Site.

1875.   By letter dated December 5, 2013, the USOR Site PRP Group notified South Atlantic Services of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered South Atlantic Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1876.   To date, South Atlantic Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1877.   According to USOR Site Records, Defendant South Coast Terminals ("South Coast Terminals") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,783 gallons of waste containing hazardous substances owned or possessed by South Coast Terminals, at the USOR Site.

1878.   To date, South Coast Terminals has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1879.   According to USOR Site Records, Defendant Southern Core Supply, Inc. ("Southern Core Supply") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 26,600 gallons of waste containing hazardous substances owned or possessed by Southern Core Supply, at the USOR Site.

1880.   By letter dated December 5, 2013, the USOR Site PRP Group notified Southern Core Supply of the existence of the release or threatened release of hazardous substances at the

USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Southern Core Supply the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1881.   To date, Southern Core Supply has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1882.   Defendant Southern Discount Vacuum Service ("Southern Discount Vacuum") is the successor to and/or is formerly known as Southern Discount.

1883.   According to USOR Site Records, Southern Discount by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 135,950 gallons of waste containing hazardous substances owned or possessed by Southern Discount, at the USOR Site.

1884.   By letter dated December 5, 2013, the USOR Site PRP Group notified Southern Discount of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Southern Discount the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1885.   To date, Southern Discount Vacuum has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1886.   According to USOR Site Records, Defendant Southern Heat Exchanger Services, Inc. ("Southern Heat") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Southern Heat, at the USOR Site.

1887.   To date, Southern Heat has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1888.   According to USOR Site Records, Defendant Southern Technologies Services ("Southern Technologies Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 500 gallons of waste containing hazardous substances owned or possessed by Southern Technologies Services, at the USOR Site.

1889.   To date, Southern Technologies Services has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1890.   Alternatively, Defendant Southern Technologies Inc. ("Southern Technologies Inc.") is responsible for the waste streams attributable to Southern Technologies Services, as alleged in paragraph no. 1888 above.

1891.   To date, Southern Technologies Inc. has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1892.   Defendant SouthWaste Disposal, LLC ("SouthWaste Disposal") is the successor to EarthAmerica, LLC ("Earth America") and The Groce Co., Inc. ("Groce").

1893.   According to USOR Site Records, Earth America by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,312,590 gallons of waste containing hazardous substances owned or possessed by Earth America, at the USOR Site.

1894.   Additionally, according to USOR Site Records, Groce by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for

disposal or treatment, at least 5,000 gallons of waste containing hazardous substances owned or possessed by Groce, at the USOR Site.

1895.   By letters dated December 5, 2013, the USOR Site PRP Group notified Earth America and Groce of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Earth America and Groce the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1896.   To date, SouthWaste Disposal has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1897.   According to USOR Site Records, Defendant Southwest Galvanizing ("Southwest Galvanizing") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,332 gallons of waste containing hazardous substances owned or possessed by Southwest Galvanizing, at the USOR Site.

1898.   To date, Southwest Galvanizing has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1899.   According to USOR Site Records, Defendant Sparkler Filters, Inc. ("Sparkler Filters") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,000 gallons of waste containing hazardous substances owned or possessed by Sparkler Filters, at the USOR Site.

1900.   By letter dated December 5, 2013, the USOR Site PRP Group notified Sparkler Filters of the existence of the release or threatened release of hazardous substances at the USOR

Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Sparkler Filters the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1901.   To date, Sparkler Filters has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1902.   According to USOR Site Records, Defendant Specialized Maintenance Services, Inc. ("Specialized Maintenance") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 173,173 gallons of waste containing hazardous substances owned or possessed by Specalized Maintenance, at the USOR Site.

1903.   By letter dated December 5, 2013, the USOR Site PRP Group notified Specialized Maintenance of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Specialized Maintenance the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1904.   To date, Specalized Maintenance has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1905.   According to USOR Site Records, Defendant Specialized Waste Systems, Inc. ("Specialized Waste") accepted at least 434,933 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Specialized Waste.

338

1906.   To date, Specialized Waste has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1907.   According to USOR Site Records, Defendant Specialty Chemical Products, Inc. ("Specialty Chemical") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,118 gallons of waste containing hazardous substances owned or possessed by Specialty Chemical, at the USOR Site.

1908.   By letter dated December 5, 2013, the USOR Site PRP Group notified Specialty Chemical of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Specialty Chemical the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1909.   To date, Specialty Chemical has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1910.   According to USOR Site Records, Defendant Specialty Metal Finishing, Inc. ("Specialty Metal") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,620 gallons of waste containing hazardous substances owned or possessed by Specialty Metal, at the USOR Site.

1911.   By letter dated December 5, 2013, the USOR Site PRP Group notified Specialty Metal of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Specialty Metal the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1912.   To date, Specialty Metal has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1913.   Defendant Specialty Retailers, Inc. ("Specialty Retailers") owns and/or is the successor to Palais Royal.

1914.   According to USOR Site Records, by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 300 gallons of waste containing hazardous substances owned or possessed by Palais Royal, at the USOR Site.

1915.   By letter dated December 5, 2013, the USOR Site PRP Group notified Palais Royal of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Palais Royal the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1916.   To date, Specialty Retailers has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1917.   According to USOR Site Records, Defendant Speed & Sport Chrome Plating, Inc. ("Speed & Sport") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,500 gallons of waste containing hazardous substances owned or possessed by Speed & Sport, at the USOR Site.

1918.   By letter dated December 5, 2013, the USOR Site PRP Group notified Speed & Sport of the existence of the release or threatened release of hazardous substances at the USOR

Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Speed & Sport the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1919.   To date, Speed & Sport has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1920.   According to USOR Site Records, Defendant Splish Splash ("Splish Splash") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,500 gallons of waste containing hazardous substances owned or possessed by Splish Splash, at the USOR Site.

1921.   To date, Splish Splash has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1922.   Defendant Sprint Waste Services LP ("Sprint Waste") is the successor to Triangle Waste Solutions, LP ("Triangle Waste").

1923.   According to USOR Site Records, Triangle Waste accepted at least 2,060 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Triangle Waste.

1924.   To date, Sprint Waste has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1925.   Defendant Star Texas Truck & Fabrication, Inc. ("Star Texas Truck") is the successor to Pneuvac Transfer Inc. ("Pneuvac").

1926.   According to USOR Site Records, Pneuvac by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or

treatment, at least 96,800 gallons of waste containing hazardous substances owned or possessed by Pneuvac, at the USOR Site.

1927.   By letter dated December 5, 2013, the USOR Site PRP Group notified Pneuvac of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Pneuvac the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1928.   To date, Star Texas Truck has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1929.   Alternatively, Defendant Vacuum Truck Rentals, LLC ("Vacuum Truck") is successor to Pneuvac and is responsible for the waste streams attributable to Pneuvac, as alleged in paragraph no. 1926 above.

1930.   To date, Vacuum Truck has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1931.   According to USOR Site Records, Defendant Starco Energy GP, LLC ("Starco") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,030 gallons of waste containing hazardous substances owned or possessed by Starco, at the USOR Site.

1932.   By letter dated December 5, 2013, the USOR Site PRP Group notified Starco of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Starco the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1933.   To date, Starco has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1934.   According to USOR Site Records, Defendant Stephen F. Austin State University ("Stephen F. Austin") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 48 gallons of waste containing hazardous substances owned or possessed by Stephen F. Austin, at the USOR Site.

1935.   By letter dated December 5, 2013, the USOR Site PRP Group notified Stephen F. Austin of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Stephen F. Austin the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1936.   To date, Stephen F. Austin has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1937.   According to USOR Site Records, Defendant Steve South ("Steve South") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 800 gallons of waste containing hazardous substances owned or possessed by Steve South, at the USOR Site.

1938.   To date, Steve South has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1939.   According to USOR Site Records, Defendant Stewart & Stevenson LLC ("Stewart & Stevenson") by contract, agreement, or otherwise arranged for disposal or treatment,

and/or arranged with a transporter for transport for disposal or treatment, at least 40,000 gallons of waste containing hazardous substances owned or possessed by Stewart & Stevenson, at the USOR Site.

1940.   By letter dated December 5, 2013 the USOR Site PRP Group notified Stewart & Stevenson of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Stewart & Stevenson the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1941.   To date, Stewart & Stevenson has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1942.   According to USOR Site Records, Defendant Stress Engineering Services, Inc. ("Stress Engineering Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,300 gallons of waste containing hazardous substances owned or possessed by Stress Engineering Services, at the USOR Site.

1943.   To date, Stress Engineering Services has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1944.   According to USOR Site Records, Defendant Striping Unlimited Corp. ("Striping Unlimited") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Striping Unlimited, at the USOR Site.

1945.   To date, Striping Unlimited has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1946.   According to USOR Site Records, Defendant Sugarland Petroleum, Inc. ("Sugarland Petroleum") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,700 gallons of waste containing hazardous substances owned or possessed by Sugar Petroleum, at the USOR Site.

1947.   To date, Sugarland Petroleum has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1948.   According to USOR Site Records, Defendant Sulzer Pumps (US) Inc. ("Sulzer Pumps") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 900 gallons of waste containing hazardous substances owned or possessed by Sulzer Pumps, at the USOR Site.

1949.   To date, Sulzer Pumps has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1950.   According to USOR Site Records, Defendant Sun Coast Resources, Inc. ("Sun Coast Resources") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 189,300 gallons of waste containing hazardous substances owned or possessed by Sun Coast Resources, at the USOR Site.

1951.   By letter dated December 5, 2013, the USOR Site PRP Group notified Sun Coast Resources of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Sun Coast Resources the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1952.   To date, Sun Coast Resources has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1953.   According to USOR Site Records, Defendant Sunbelt Steel Texas, Inc. ("Sunbelt Steel Texas") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,900 gallons of waste containing hazardous substances owned or possessed by Sunbelt Steel Texas, at the USOR Site.

1954.   By letter dated December 5, 2013, the USOR Site PRP Group notified Sunbelt Steel Texas of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Sunbelt Steel Texas the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1955.   To date, Sunbelt Steel Texas has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1956.   According to USOR Site Records, Defendant Suncoast Chemicals, Inc. ("Suncoast Chemicals") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Suncoast Chemicals, at the USOR Site.

1957.   By letter dated December 5, 2013, the USOR Site PRP Group notified Suncoast Chemicals of the existence of the release or threatened release of hazardous substances at the

USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Suncoast Chemicals the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1958.   To date, Suncoast Chemicals has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1959.   According to USOR Site Records, Defendant Sundance Fuels, Ltd. ("Sundance Fuels") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,300 gallons of waste containing hazardous substances owned or possessed by Sundance Fuels, at the USOR Site.

1960.   By letter dated December 5, 2013, the USOR Site PRP Group notified Sundance Fuels of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Sundance Fuels the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1961.   To date, Sundance Fuels has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1962.   According to USOR Site Records, Defendant Suntech ("Suntech") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,549 gallons of waste containing hazardous substances owned or possessed by Suntech, at the USOR Site.

1963.   By letter dated December 5, 2013, the USOR Site PRP Group notified Suntech of the existence of the release or threatened release of hazardous substances at the USOR Site, and

that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Suntech the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1964.   To date, Suntech has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1965.   According to USOR Site Records, Defendant The Sweet Lake Land & Oil Co., LLC ("Sweet Lake Land") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 500 gallons of waste containing hazardous substances owned or possessed by Sweet Lake Land, at the USOR Site.

1966.   By letter dated December 5, 2013, the USOR Site PRP Group notified Sweet Lake Land of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Sweet Lake Land the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1967.   To date, Sweet Lake Land has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1968.   According to USOR Site Records, Defendant Syntech Chemicals, Inc. ("Syntech Chemicals") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,958,954 gallons of waste containing hazardous substances owned or possessed by Syntech Chemicals, at the USOR Site.

1969.   By letter dated December 5, 2013, the USOR Site PRP Group notified Syntech Chemicals of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Syntech Chemicals the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1970.   To date, Syntech Chemicals has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1971.   According to USOR Site Records, Defendant T&L Environmental Services, Inc. ("T&L Environmental") accepted at least 10,080 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by T&L Environmental.

1972.   To date, T&L Environmental has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1973.   According to USOR Site Records, Defendant TAP, Inc., doing business as Big K Environmental ("Big K Environmental"), by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 12 gallons of waste containing hazardous substances owned or possessed by Big K Environmental, at the USOR Site.

1974.   According to USOR Site Records, Defendant TAS Construction ("TAS Construction") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 800 gallons of waste containing hazardous substances owned or possessed by TAS Construction, at the USOR Site.

1975.   By letter dated December 5, 2013, the USOR Site PRP Group notified TAS Construction of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered TAS Construction the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1976.   To date, TAS Construction has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1977.   To date, Big K Environmental has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1978.   According to USOR Site Records, Defendant TBC Brinadd International, LLC ("TBC Brinadd") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,150 gallons of waste containing hazardous substances owned or possessed by TBC Brinadd, at the USOR Site.

1979.   To date, TBC Brinadd has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1980.   According to USOR Site Records, Defendant TGS-Noopec Geophysical Co., doing business as TGS-Nopec Corp. (collectively "TGS-Nopec"), by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 800 gallons of waste containing hazardous substances owned or possessed by TGS-Nopec, at the USOR Site.

1981.   To date, TGS-Nopec has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1982.   According to USOR Site Records, Defendant TMC Engineering Services, Inc. ("TMC Engineering") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 13,500 gallons of waste containing hazardous substances owned or possessed by TMC Engineering, at the USOR Site.

1983.   By letter dated December 5, 2013, the USOR Site PRP Group notified TMC Engineering of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered TMC Engineering the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1984.   To date, TMC Engineering has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1985.   According to USOR Site Records, Defendant TMT Associates ("TMT") accepted at least 44,000 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by TMT.

1986.   To date, TMT has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1987.   Defendant TS Industries, Inc. doing business as Gold Tech Industries ("Gold Tech Industries") is the successor to GTI Coatings, Inc. ("GTI Coatings").

1988.   According to USOR Site Records, GTI Coatings by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for

disposal or treatment, at least 48,600 gallons of waste containing hazardous substances owned or possessed by GTI Coatings, at the USOR Site.

1989.   By letter dated December 5, 2013, the USOR Site PRP Group notified GTI Coatings of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered GTI Coatings the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1990.   To date, Gold Tech Industries has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1991.   According to USOR Site Records, Defendant TXU Corp. ("TXU Corp.") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 15,600 gallons of waste containing hazardous substances owned or possessed by TXU Corp., at the USOR Site.

1992.   To date, TXU Corp. has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1993.   According to USOR Site Records, Defendant Tasker Manufacturing Corp. ("Tasker Manufacturing") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 97,246 gallons of waste containing hazardous substances owned or possessed by Tasker Manufacturing, at the USOR Site.

1994.   By letter dated December 5, 2013, the USOR Site PRP Group notified Tasker Manufacturing of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Tasker Manufacturing the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1995.   To date, Tasker Manufacturing has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1996.   Alternatively, Defendant Tasker Products Corp. ("Tasker Products") is responsible for the waste streams attributable to Tasker Manufacturing, as alleged in paragraph no. 1993 above.

1997.   To date, Tasker Products has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1998.   Alternatively, Defendant Tasker Capital Corp. ("Tasker Capital") is responsible for the waste streams attributable to Tasker Manufacturing, as alleged in paragraph no. 1993 above.

1999.   To date, Tasker Capital has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2000.   According to USOR Site Records, Defendant Tauber Oil Co. ("Tauber Oil") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 330 gallons of waste containing hazardous substances owned or possessed by Tauber Oil, at the USOR Site.

2001.   By letter dated December 5, 2013, the USOR Site PRP Group notified Tauber Oil of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened

release of hazardous substances at the USOR Site; and offered Tauber Oil the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2002.   To date, Tauber Oil has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2003.   According to USOR Site Records, Defendant Taylor Press Products Co. ("Taylor Press") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 77,900 gallons of waste containing hazardous substances owned or possessed by Taylor Press, at the USOR Site.

2004.   By letter dated December 5, 2013, the USOR Site PRP Group notified Taylor Press of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Taylor Press the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2005.   To date, Taylor Press has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2006.   According to USOR Site Records, Defendant Teadit N.A., Inc. ("Teadit") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Teadit, at the USOR Site.

2007.   By letter dated December 5, 2013, the USOR Site PRP Group notified Teadit of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened

release of hazardous substances at the USOR Site; and offered Teadit the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2008.   To date, Teadit has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2009.   According to USOR Site Records, Defendant Tell Manufacturing, Inc. ("Tell Manufacturing") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 9,108 gallons of waste containing hazardous substances owned or possessed by Tell Manufacturing, at the USOR Site.

2010.   By letter dated December 5, 2013, the USOR Site PRP Group notified Tell Manufacturing of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Tell Manufacturing the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2011.   To date, Tell Manufacturing has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2012.   Defendant Tenaris Coiled Tubes LLC ("Tenaris Coiled") is the successor to Precision Tube Technology, LP ("Precision Tube").

2013.   According to USOR Site Records, Precision Tube by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 58,240 gallons of waste containing hazardous substances owned or possessed by Precision Tube, at the USOR Site.

2014.   By letter dated December 5, 2013, the USOR Site PRP Group notified Precision Tube of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Precision Tube the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2015.   To date, Tenaris Coiled has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2016.   According to USOR Site Records, Defendant Teodoro Hinojosa, Inc., doing business as HET Environmental ("HET Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,283,015 gallons of waste containing hazardous substances owned or possessed by HET Environmental, at the USOR Site.

2017.   By letter dated December 5, 2013, the USOR Site PRP Group notified HET Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered HET Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2018.   To date, HET Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2019.   According to USOR Site Records, Defendant Tetra Tech, Inc. ("Tetra Tech") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a

transporter for transport for disposal or treatment, at least 1,300 gallons of waste containing hazardous substances owned or possessed by Tetra Tech, at the USOR Site.

2020.   To date, Tetra Tech has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2021.   According to USOR Site Records, Defendant Tesco Corp. ("Tesco") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,700 gallons of waste containing hazardous substances owned or possessed by Tesco, at the USOR Site.

2022.   To date, Tesco has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2023.   According to USOR Site Records, Defendant Tex Environmental Express ("Tex Environmental") accepted at least 221,320 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Tex Environmental.

2024.   To date, Tex Environmental has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2025.   According to USOR Site Records, Defendant Tex-Tube Co. ("Tex-Tube") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 144,422 gallons of waste containing hazardous substances owned or possessed by Tex-Tube, at the USOR Site.

2026.   By letter dated December 5, 2013, the USOR Site PRP Group notified Tex-Tube of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened

release of hazardous substances at the USOR Site; and offered Tex-Tube the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2027.   To date, Tex-Tube has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2028.   According to USOR Site Records, Defendant Texas A&M University ("Texas A&M") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 254,413 gallons of waste containing hazardous substances owned or possessed by Texas A&M, at the USOR Site.

2029.   By letter dated December 5, 2013, the USOR Site PRP Group notified Texas A&M of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Texas A&M the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2030.   To date, Texas A&M has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2031.   According to USOR Site Records, Defendant Texas Commission on Environmental Quality ("TCEQ") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 323 gallons of waste containing hazardous substances owned or possessed by TCEQ, at the USOR Site.

2032.   By letter dated December 5, 2013, the USOR Site PRP Group notified TCEQ of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened

release of hazardous substances at the USOR Site; and offered TCEQ the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2033.   To date, TCEQ has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2034.   According to USOR Site Records, Defendant Texas Couplings, L.P. ("Texas Couplings") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 577,649 gallons of waste containing hazardous substances owned or possessed by Texas Couplings, at the USOR Site.

2035.   By letter dated December 5, 2013, the USOR Site PRP Group notified Texas Couplings of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Texas Couplings the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2036.   To date, Texas Couplings has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2037.   According to USOR Site Records, Defendant Texas Department of Criminal Justice ("TDCJ") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,500 gallons of waste containing hazardous substances owned or possessed by TDCJ, at the USOR Site.

2038.   To date, TDCJ has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2039.   According to USOR Site Records, Defendant Texas Department of Transportation ("TX DOT") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 107,374 gallons of waste containing hazardous substances owned or possessed by TX DOT, at the USOR Site.

2040.   By letter dated December 5, 2013, the USOR Site PRP Group notified TX DOT of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered TX DOT the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2041.   To date, TX DOT has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2042.   According to USOR Site Records, Defendant Texas EZPawn, L.P., doing business as EZPawn ("EZPawn") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 165 gallons of waste containing hazardous substances owned or possessed by EZPawn, at the USOR Site.

2043.   To date, EZPawn has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2044.   According to USOR Site Records, Defendant Texas General Land Office ("TGLO") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 470,830 gallons of waste containing hazardous substances owned or possessed by TGLO, at the USOR Site.

2045.   By letter dated December 5, 2013, the USOR Site PRP Group notified TGLO of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered TGLO the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2046.   To date, TGLO has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2047.   Alternatively, Defendant Western Seafood Co. ("Western Seafood") is responsible for at least 74,250 gallons of waste attributable to Texas General Land Office, as alleged in paragraph no. 2044 above.

2048.   To date, Western Seafood has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2049.   According to USOR Site Records, Defendant Texas Industrial Radiator, Inc. ("Texas Industrial Radiator") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,100 gallons of waste containing hazardous substances owned or possessed by Texas Industrial Radiator, at the USOR Site.

2050.   To date, Texas Industrial has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2051.   According to USOR Site Records, Defendant Texas International Box Company & Rentals, Inc. ("Texas International Box") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at

least 4,695,418 gallons of waste containing hazardous substances owned or possessed by Texas International Box, at the USOR Site.

2052.   By letter dated December 5, 2013, the USOR Site PRP Group notified Texas International Box of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Texas International Box the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2053.   To date, Texas International Box has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2054.   Alternatively, Defendant Texas International Box Co. ("Texas International Box Co.") is responsible for the waste streams attributable to Texas International Box, as alleged in paragraph no. 2051 above.

2055.   To date, Texas International Box Co. has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2056.   According to USOR Site Records, Defendant Texas Medical Center Corp. ("Texas Medical") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 500 gallons of waste containing hazardous substances owned or possessed by Texas Medical, at the USOR Site.

2057.   By letter dated December 5, 2013, the USOR Site PRP Group notified Texas Medical of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Texas Medical the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2058.   To date, Texas Medical has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2059.   According to USOR Site Records, Defendant Texas Southern University ("TSU") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 6,100 gallons of waste containing hazardous substances owned or possessed by TSU, at the USOR Site.

2060.   By letter dated May 8, 2014, the USOR Site PRP Group notified TSU of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered TSU the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2061.   To date, TSU has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2062.   According to USOR Site Records, Defendant Texas State University System ("Texas State University") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 9,800 gallons of waste containing hazardous substances owned or possessed by Texas State University, at the USOR Site.

2063.   By letter dated May 8, 2014, the USOR Site PRP Group notified Texas State University of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Texas State University

the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2064.   To date, Texas State University has refused to cooperate with the USOR Site PRP

Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR

Site.

2065.   According to USOR Site Records, Defendant Texas Steel Conversion, Inc.

("Texas Steel Conversion") by contract, agreement, or otherwise arranged for disposal or

treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,800

gallons of waste containing hazardous substances owned or possessed by Texas Steel

Conversion, at the USOR Site.

2066.   To date, Texas Steel Conversion has not paid any response costs incurred by the

USOR Site PRP Group at the USOR Site.

2067.   According to USOR Site Records, Defendant Texas Sterling Construction Co.

("Texas Sterling") by contract, agreement, or otherwise arranged for disposal or treatment,

and/or arranged with a transporter for transport for disposal or treatment, at least 350 gallons of

waste containing hazardous substances owned or possessed by Texas Sterling, at the USOR Site.

2068.   To date, Texas Sterling has not paid any response costs incurred by the USOR

Site PRP Group at the USOR Site.

2069.   According to USOR Site Records, Defendant Texas Truck Stop ("Texas Truck

Stop") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged

with a transporter for transport for disposal or treatment, waste containing hazardous substances

owned or possessed by Texas Truck Stop, at the USOR Site.

2070.   To date, Texas Truck Stop has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2071.   According to USOR Site Records, Defendant Texas Waste Management ("Texas Waste Management") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,539 gallons of waste containing hazardous substances owned or possessed by Texas Waste Management, at the USOR Site.

2072.   By letter dated December 5, 2013, the USOR Site PRP Group notified Texas Waste Management of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Texas Waste Management the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2073.   To date, Texas Waste Management has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2074.   According to USOR Site Records, Defendant Texas Waste Services ("Texas Waste Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 83,562 gallons of waste containing hazardous substances owned or possessed by Texas Waste Services, at the USOR Site, broken down as follows: 9,800 gallons of waste containing hazardous substances; 39 gallons of waste containing hazardous substances from Blue Marlin; 68,762 gallons of waste

containing hazardous substances from Bolivar Barge Cleaning also known as Bolivar Barge; and 5,000 gallons of waste containing hazardous substances from Sea Challenge.

2075.   By letter dated December 5, 2013, the USOR Site PRP Group notified Texas Waste Services of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Texas Waste Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2076.   To date, Texas Waste Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2077.   According to USOR Site Records, Defendant Texas Water Management LLC ("Texas Water Management") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 168,168 gallons of waste containing hazardous substances owned or possessed by Texas Water Management, at the USOR Site, broken down as follows: 154,168 gallons of waste containing hazardous substances; 6,000 gallons of waste containing hazardous substances from Pick A Part; and 8,000 gallons of waste containing hazardous substances from Saw Pipes.

2078.   By letter dated December 5, 2013, the USOR Site PRP Group notified Texas Water Management of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Texas Water

Management the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2079.   To date, Texas Water Management has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2080.   Defendant Therma-Tru Corp. ("Therma-Tru") is the successor to Tru-Logistics, Inc. ("Tru-Logistics").

2081.   According to USOR Site Records, Tru-Logistics by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,402 gallons of waste containing hazardous substances owned or possessed by Tru-Logistics, at the USOR Site.

2082.   By letter dated December 5, 2013, the USOR Site PRP Group notified Tru-Logistics of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Tru-Logistics the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2083.   To date, Therma-Tru has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2084.   According to USOR Site Records, Defendant Thermal Energy Corp. ("Thermal Energy") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 8,500 gallons of waste containing hazardous substances owned or possessed by Thermal Energy, at the USOR Site.

2085.   To date, Thermal Energy has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2086.   According to USOR Site Records, Defendant Thermal Seal Inc. ("Thermal Seal") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 660 gallons of waste containing hazardous substances owned or possessed by Thermal Seal, at the USOR Site.

2087.   By letter dated December 5, 2013, the USOR Site PRP Group notified Thermal Seal of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Thermal Seal the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2088.   To date, Thermal Seal has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2089.   According to USOR Site Records, Defendant Thomas Petroleum, LLC ("Thomas Petroleum") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,000 gallons of waste containing hazardous substances owned or possessed by Thomas Petroleum, at the USOR Site.

2090.   To date, Thomas Petroleum has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2091.   Defendant Thomason Family Corp. ("Thomason Family Corp.") is the successor to and/or is formerly known as Sorb-All Co. Inc. ("Sorb-All").

2092.   According to USOR Site Records, Sorb-All by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or

treatment, at least 1,600 gallons of waste containing hazardous substances owned or possessed by Sorb-All, at the USOR Site.

2093.   To date, Thomason Family Corp. has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2094.   According to USOR Site Records, Defendant ThyssenKrupp North America, Inc. ("ThyssenKrupp") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 400 gallons of waste containing hazardous substances owned or possessed by ThyssenKrupp, at the USOR Site.

2095.   By letter dated December 5, 2013, the USOR Site PRP Group notified ThyssenKrupp of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered ThyssenKrupp the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2096.   To date, ThyssenKrupp has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2097.   Defendant Tideport Distributing, Inc. ("Tideport Distributing") is the successor to Hamner, Inc. ("Hamner") and the successor to Tideport Petroleum, Inc. ("Tideport Petroleum").

2098.   According to USOR Site Records, Hamner accepted at least 348,820 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Hamner.

2099.   According to USOR Site Records, Tideport Petroleum accepted at least 155,592 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Tideport Petroleum.

2100.   To date, Tideport Distributing has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2101.   According to USOR Site Records, Defendant Tidewater Inc. ("Tidewater") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 200 gallons of waste containing hazardous substances owned or possessed by Tidewater, at the USOR Site.

2102.   By letter dated December 5, 2013, the USOR Site PRP Group notified Tidewater of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Tidewater the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2103.   To date, Tidewater has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2104.   According to USOR Site Records, Defendant Tiona Truck Line, Inc. ("Tiona Truck") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 21,036 gallons of waste containing hazardous substances owned or possessed by Tiona Truck, at the USOR Site.

2105.   By letter dated December 5, 2013, the USOR Site PRP Group notified Tiona Truck of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Tiona Truck the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2106.   To date, Tiona Truck has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2107.   According to USOR Site Records, Defendant Top Notch Transportation, Inc. ("Top Notch") accepted at least 7,519 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Top Notch.

2108.   To date, Top Notch has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2109.   According to USOR Site Records, Defendant Trans-Global Solutions, Inc. ("Trans-Global") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 12,000 gallons of waste containing hazardous substances owned or possessed by Trans-Global, at the USOR Site.

2110.   To date, Trans-Global has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2111.   Defendant Transcontinental Gas Pipe Line Co., LLC is the successor to and/or is formerly known as Transcontinental Gas Pipe Line Corp. and/or is also known as Transco ("Transcontinental Gas Pipe Line").

2112.   According to USOR Site Records, Transcontinental Gas Pipe Line by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 84 gallons of waste containing hazardous substances owned or possessed by Transcontinental Gas Pipe Line, at the USOR Site.

2113.   To date, Transcontinental Gas Pipe Line has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

371

2114.   Defendant Transmontaigne Product Services Inc. ("Transmontaigne") is the successor to Houston Marine Services, Inc. ("Houston Marine").

2115.   According to USOR Site Records, Houston Marine by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 396,856 gallons of waste containing hazardous substances owned or possessed by Houston Marine, at the USOR Site, broken down as follows: 357,504 gallons of waste containing hazardous substances; 4,539 gallons of waste containing hazardous substances from Bolivar Barge; 30,300 gallons of waste containing hazardous substances from Conoco Phillips; and 4,513 gallons of waste containing hazardous substances from Southwest Shipyard.

2116.   By letter dated December 5, 2013, the USOR Site PRP Group notified Houston Marine of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Houston Marine the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2117.   To date, Transmontaigne has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2118.   Alternatively, Defendant Heidmar Inc. ("Heidmar") is the successor to Houston Marine and is responsible for the waste streams attributable to Houston Marine, as alleged in paragraph no. 2115 above.

2119.   To date, Heidmar has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2120.   Defendant Transport Service, LLC is the successor to and/or is formerly known as Transport Service Co. ("Transport Service").

2121.   According to USOR Site Records, Transport Service by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,642 gallons of waste containing hazardous substances owned or possessed by Transport Service Co., at the USOR Site.

2122.   By letter dated December 5, 2013, the USOR Site PRP Group notified Transport Service of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Transport Service the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2123.   To date, Transport Service has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2124.   According to USOR Site Records, Defendant Transwestern ("Transwestern") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 110 gallons of waste containing hazardous substances owned or possessed by Transwestern, at the USOR Site.

2125.   By letter dated December 5, 2013, the USOR Site PRP Group notified Transwestern of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Transwestern the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2126.   To date, Transwestern has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2127.   According to USOR Site Records, Defendant Treck Environmental ("Treck Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 202 gallons of waste containing hazardous substances owned or possessed by Treck Environmental, at the USOR Site.

2128.   By letter dated December 5, 2013, the USOR Site PRP Group notified Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2129.   To date, Treck Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2130.   According to USOR Site Records, Defendant Tree Top Apartments ("Tree Top Apartments") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 400 gallons of waste containing hazardous substances owned or possessed by Tree Top Apartments, at the USOR Site.

2131.   By letter dated December 5, 2013, the USOR Site PRP Group notified Tree Top Apartments of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Tree Top Apartments the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2132.   To date, Tree Top Apartments has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2133.   Defendant Trelleborg Offshore US, Inc. ("Trelleborg") is the successor to Balmoral Group – Houston, Inc. ("Balmoral Group") and Balmoral Group International Inc. ("Balmoral International").

2134.   According to USOR Site Records, Balmoral Group by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 700 amount gallons of waste containing hazardous substances owned or possessed by Balmoral Group, at the USOR Site.

2135.   Additionally, according to USOR Site Records, Balmoral International by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 700 gallons of waste containing hazardous substances owned or possessed by Balmoral International, at the USOR Site.

2136.   To date, Trelleborg has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2137.   According to USOR Site Records, Defendant Tri-Star Protector Services Co. ("Tri-Star Protector") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 322,856 gallons of waste containing hazardous substances owned or possessed by Tri-Star Protector, at the USOR Site.

2138.   By letter dated February 7, 2014, the USOR Site PRP Group notified Tri-Star Protector of the existence of the release or threatened release of hazardous substances at the

USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Tri-Star Protector the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2139.   To date, Tri-Star Protector has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2140.   According to USOR Site Records, Defendant Triad Transport, Inc. ("Triad") accepted at least 855,767 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Triad.

2141.   To date, Triad has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2142.   According to USOR Site Records, Defendant Trifeta ("Trifeta") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 88,000 gallons of waste containing hazardous substances owned or possessed by Trifeta, at the USOR Site.

2143.   By letter dated December 5, 2013, the USOR Site PRP Group notified Trifeta of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Trifeta the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2144.   To date, Trifeta has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2145.   According to USOR Site Records, Defendant Trinity Industries, Inc. ("Trinity Industries") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Trinity Industries, at the USOR Site.

2146.   To date, Trinity Industries has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2147.   According to USOR Site Records, Defendant Trojan ("Trojan") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Trojan, at the USOR Site.

2148.   To date, Trojan has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2149.   According to USOR Site Records, Defendant Troy Oatas ("Troy Oatas") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,434 gallons of waste containing hazardous substances owned or possessed by Troy Oatas, at the USOR Site.

2150.   By letter dated December 5, 2013, the USOR Site PRP Group notified Troy Oatas of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Troy Oatas the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2151.   To date, Troy Oatas has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2152. According to USOR Site Records, Defendant Truck Environmental ("Truck Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1 gallon of waste containing hazardous substances owned or possessed by Truck Environmental, at the USOR Site.

2153. To date, Truck Environmental has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2154. According to USOR Site Records, Defendant Truck Transport, Inc. ("Truck Transport") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 31,034 gallons of waste containing hazardous substances owned or possessed by Truck Transport, at the USOR Site.

2155. By letter dated December 5, 2013, the USOR Site PRP Group notified Truck Transport of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Truck Transport the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2156. To date, Truck Transport has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2157. According to USOR Site Records, Defendant Tug Boat Miss BB-Marine ("Tug Boat Miss BB Marine") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,500 gallons of

waste containing hazardous substances owned or possessed by Tug Boat Miss BB Marine, at the USOR Site.

2158.   By letter dated December 5, 2013, the USOR Site PRP Group notified Tug Boat Miss BB Marine of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Tug Boat Miss BB Marine the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2159.   To date, Tug Boat Miss BB Marine has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2160.   According to USOR Site Records, Defendant Turbine Chrome Services Inc. ("Turbine Chrome") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 816 gallons of waste containing hazardous substances owned or possessed by Turbine Chrome, at the USOR Site.

2161.   By letter dated December 5, 2013, the USOR Site PRP Group notified Turbine Chrome of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Turbine Chrome the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2162.   To date, Turbine Chrome has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2163.   Defendant Turneco Oil and Service is also known as Turneco Oil Service ("Turneco Oil Service").

2164.   According to USOR Site Records, Turneco Oil Service accepted at least 2,943 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Turneco Oil Service.

2165.   To date, Turneco Oil Service has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2166.   According to USOR Site Records, Defendant Turner Co. ("Turner Co.") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,154 gallons of waste containing hazardous substances owned or possessed by Turner Co., at the USOR Site.

2167.   By letter dated December 5, 2013, the USOR Site PRP Group notified Turner Co. of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Turner Co. the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2168.   To date, Turner Co. has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2169.   According to USOR Site Records, Defendant Twentieth Century Fox Film Corp. ("20th Century Fox") by contract, agreement, or otherwise arranged for disposal or treatment,

and/or arranged with a transporter for transport for disposal or treatment, at least 3,426 gallons of waste containing hazardous substances owned or possessed by 20th Century Fox, at the USOR Site.

2170.   To date, 20th Century Fox has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2171.   Defendant Tyler MD Holdings LLC ("Tyler MD") is the successor to La Gloria Oil & Gas Co. ("La Gloria Oil").

2172.   According to USOR Site Records, La Gloria Oil by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 492,076 gallons of waste containing hazardous substances owned or possessed by La Gloria Oil, at the USOR Site.

2173.   By letter dated December 5, 2013, the USOR Site PRP Group notified La Gloria Oil of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered La Gloria Oil the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2174.   To date, Tyler MD has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2175.   According to USOR Site Records, Defendant URS Corp. ("URS Corp.") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,400 gallons of waste containing hazardous substances owned or possessed by URS Corp., at the USOR Site.

2176.   By letter dated December 5, 2013, the USOR Site PRP Group notified URS Corp. of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered URS Corp. the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2177.   To date, URS has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2178.   According to USOR Site Records, Defendant US Liquids ("US Liquids") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 804,484 gallons of waste containing hazardous substances owned or possessed by US Liquids, at the USOR Site.

2179.   By letter dated December 5, 2013, the USOR Site PRP Group notified US Liquids of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered US Liquids the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2180.   To date, US Liquids has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2181.   According to USOR Site Records, Defendant USA Environment, LP ("USA Environment") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,154,388 gallons of waste containing hazardous substances owned or possessed by USA Environment, at the USOR Site, broken down as follows: 843,163 gallons of waste containing hazardous substances; 2,900

gallons of waste containing hazardous substances from Altivia; 17,250 gallons of waste containing hazardous substances from Atlantic Trading & Marketing; 700 gallons of waste containing hazardous substances from Balmoral Group; 7 gallons of waste containing hazardous substances from BPI Realty; 136,500 gallons of waste containing hazardous substances from Centerpoint Energy; 73,500 gallons of waste containing hazardous substances from CFF Recycling; 3,149,011 gallons of waste containing hazardous substances from Champion Technologies; 48,763 gallons of waste containing hazardous substances from Contractors Technology; 50,220 gallons of waste containing hazardous substances from CTI; 3,000 gallons of waste containing hazardous substances from Curran/Truck Washing; 265 gallons of waste containing hazardous substances from CVS Pharmacy; 124,700 gallons of waste containing hazardous substances from Delta Chemical; 39,000 gallons of waste containing hazardous substances from Delta Petroleum; 235,820 gallons of waste containing hazardous substances from Dynergy Midstream; 7,000 gallons of waste containing hazardous substances from Eagle-Orange; 2,800 gallons of waste containing hazardous substances from Flint Ink; 2,475 gallons of waste containing hazardous substances from Fuller Storage; 2,500 gallons of waste containing hazardous substances from G.E. Water & Process Technology; 6 gallons of waste containing hazardous substances from Greystar Inc.; 55 gallons of waste containing hazardous substances from Griggs Auto Center; 10,400 gallons of waste containing hazardous substances from Harcros Chemicals; 110 gallons of waste containing hazardous substances from Harris County Landfill; 2,600 gallons of waste containing hazardous substances from Helmerich & Payne International; 10,300 gallons of waste containing hazardous substances from HGM; 3,000 gallons of waste containing hazardous substances from JJ Sheldon; 3 gallons of waste containing hazardous substances from JC Penney Co.; 9,500 gallons of waste containing hazardous

substances from Koch Hydrocarbons; 5,000 gallons of waste containing hazardous substances from Louis Dreyfus Energy Services; 388,668 gallons of waste containing hazardous substances from Lubrizol; 2 gallons of waste containing hazardous substances from Lug-A-Jug; 86,629 gallons of waste containing hazardous substances from Magellan Midstream; 2,000 gallons of waste containing hazardous substances from Metro; 4 gallons of waste containing hazardous substances from Midtown Development; 23,630 gallons of waste containing hazardous substances from Nisseki Chemical; 11,800 gallons of waste containing hazardous substances from Oneok Hydrocarbon; 84,482 gallons of waste containing hazardous substances from PWI; 1,000 gallons of waste containing hazardous substances from Reliant Park; 315,960 gallons of waste containing hazardous substances from Rescar; 3,450 gallons of waste containing hazardous substances from Rouse; 3,000 gallons of waste containing hazardous substances from S&B Engineering; 3,500 gallons of waste containing hazardous substances from Sercel Inc.; 29,500 gallons of waste containing hazardous substances from Smurfitt Stone; 15 gallons of waste containing hazardous substances from Starco Energy; 91,207 gallons of waste containing hazardous substances from Targa Midstream; 72,908 gallons of waste containing hazardous substances from Texas Petrochemical; 165 gallons of waste containing hazardous substances from The Planet; 9,300 gallons of waste containing hazardous substances from Todco; 1,300 gallons of waste containing hazardous substances from Tuboscope; 1,750 gallons of waste containing hazardous substances from Texas Department of Transportation; 4,500 gallons of waste containing hazardous substances from UTMB; 20,750 gallons of waste containing hazardous substances from Vanguard Car Rental; 4,500 gallons of waste containing hazardous substances from Wal Mart; 15,406 gallons of waste containing hazardous substances from

Weatherford International; and 8 gallons of waste containing hazardous substances from Wendy's.

2182.   On or about March 4, 2013, USA Environmental executed a Participation Agreement with the USOR PRP Group to become a member of the USOR PRP Group, but USA Environment has subsequently breached the contract it entered into with the USOR PRP Group.

2183.   Since breaching its contract with the USOR PRP Group, USA Environment refuses to cooperate with the USOR Site PRP Group and has not paid its equitable share of response costs incurred by the USOR Site PRP Group at the USOR Site.

2184.   According to USOR Site Records, Defendant USA Industrial Services ("USA Industrial Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 15,014 gallons of waste containing hazardous substances owned or possessed by USA Industrial, at the USOR Site, broken down as follows: 2,100 gallons of waste containing hazardous substances from Ben Taub; 2,000 gallons of waste containing hazardous substances from Champion Technologies; 4,494 gallons of waste containing hazardous substances from Lubrizol; 20 gallons of waste containing hazardous substances from Nations Rent; 2,500 gallons of waste containing hazardous substances from Rescar; 3,000 gallons of waste containing hazardous substances from Southwest Hydrocarbon; 200 gallons of waste containing hazardous substances from Mrs. Dean Talkengton; and 700 gallons of waste containing hazardous substances from WSI.

2185.   By letter dated December 5, 2013, the USOR Site PRP Group notified USA Industrial Services of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered USA

Industrial Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2186.   To date, USA Industrial Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2187.   According to USOR Site Records, Defendant USA Truck Inc. ("USA Truck") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1 gallon of waste containing hazardous substances owned or possessed by USA Truck, at the USOR Site.

2188.   To date, USA Truck has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2189.   According to USOR Site Records, Defendant USA Vacuum, LLC ("USA Vacuum") accepted at least 2,500 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by USA Vacuum.

2190.   To date, USA Vacuum has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2191.   Defendant USES, Inc. ("USES") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 327,891 gallons of waste containing hazardous substances owned or possessed by USES, at the USOR Site.

2192.   Additionally, USES is the successor to and/or is formerly known as AbClean, Inc. ("AbClean") and successor to Pneumatic Industrial Services, Inc. ("Pneumatic Industrial").

2193.   According to USOR Site Records, AbClean by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 39,000 gallons of waste containing hazardous substances owned or possessed by USES, at the USOR Site.

2194.   According to USOR Site Records, Pneumatic Industrial accepted at least 8,547 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Pneumatic Industrial.

2195.   To date, USES has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2196.   According to USOR Site Records, Defendant UST ("UST") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,200 gallons of waste containing hazardous substances owned or possessed by UST, at the USOR Site.

2197.   By letter dated December 5, 2013, the USOR Site PRP Group notified UST of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered UST the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2198.   To date, UST has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2199.   According to USOR Site Records, Defendant Union Pacific Corp. ("Union Pacific") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, at least 25,570 gallons of waste containing hazardous substances owned or possessed by Union Pacific, at the USOR Site.

2200.   By letter dated December 5, 2013, the USOR Site PRP Group notified Union Pacific of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Union Pacific the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2201.   To date, Union Pacific has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2202.   According to USOR Site Records, Defendant UWTS ("UWTS") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 6,000 gallons of waste containing hazardous substances owned or possessed by UWTS, at the USOR Site.

2203.   To date, UWTS has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2204.   According to USOR Site Records, Defendant Unique Maintenance ("Unique Maintenance") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,585 gallons of waste containing hazardous substances owned or possessed by Unique Maintenance, at the USOR Site.

2205.   To date, Unique Maintenance has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2206.   According to USOR Site Records, Defendant Unique Sanitation, Inc. ("Unique Sanitation") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, at least 305,376 gallons of waste containing hazardous substances owned or possessed by Unique Sanitation, at the USOR Site.

2207.   By letter dated December 5, 2013, the USOR Site PRP Group notified Unique Sanitation of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Unique Sanitation the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2208.   To date, Unique Sanitation has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2209.   According to USOR Site Records, Defendant Unitan-Texas Inc. ("Unitan-Texas") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,328 gallons of waste containing hazardous substances owned or possessed by Unitan-Texas, at the USOR Site.

2210.   To date, Unitan-Texas has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2211.   According to USOR Site Records, Defendant United Crane ("United Crane") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,000 gallons of waste containing hazardous substances owned or possessed by United Crane, at the USOR Site.

2212.   By letter dated December 5, 2013, the USOR Site PRP Group notified United Crane of the existence of the release or threatened release of hazardous substances at the USOR

Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered United Crane the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2213.   To date, United Crane has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2214.   Defendant United Environmental Services, LLC ("United Environmental Services") is the successor to ProWaste, Inc. ("ProWaste") and United Tank Services ("United Tank Services").

2215.   According to USOR Site Records, United Tank Services by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 14,086 gallons of waste containing hazardous substances owned or possessed by United Tank, at the USOR Site.

2216.   According to USOR Site Records, ProWaste by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,030,779 gallons of waste containing hazardous substances owned or possessed by ProWaste, at the USOR Site, broken down as follows: 343,627 gallons of waste containing hazardous substances; 98,700 gallons of waste containing hazardous substances from Baker Oil Tools; 18,000 gallons of waste containing hazardous substances from Center Point Energy; 251,828 gallons of waste containing hazardous substances from Channel Shipyard; 10,227 gallons of waste containing hazardous substances from Crown Cork and Seal; 3,800 gallons of waste containing hazardous substances from Dresser Rand; 550 gallons of waste containing hazardous substances from Duco; 43,150 gallons of waste containing hazardous substances from Enterprise Products; 25,060 gallons of waste containing hazardous substances

from Explore Pipeline; 4,700 gallons of waste containing hazardous substances from Galveston Bay Biodiesel; 12,726 gallons of waste containing hazardous substances from Galveston Terminals; 28,500 gallons of waste containing hazardous substances from Green Hunter; 12,535 gallons of waste containing hazardous substances from Halliburton; 1,100 gallons of waste containing hazardous substances from Hellyer Transmission; 40,520 gallons of waste containing hazardous substances from Highland Threads; 31,249 gallons of waste containing hazardous substances from Houston Pipe Line; 5,550 gallons of waste containing hazardous substances from Houston Shutters; 2,260 gallons of waste containing hazardous substances from Itscalbe; 14,000 gallons of waste containing hazardous substances from Kinder Morgan; 94,926 gallons of waste containing hazardous substances from Magellan; 11,860 gallons of waste containing hazardous substances from MECX; 34,435 gallons of waste containing hazardous substances from National Coupling; 10,860 gallons of waste containing hazardous substances from Pelican Offshore; 1,500 gallons of waste containing hazardous substances from Port of Houston; 57,469 gallons of waste containing hazardous substances from San Jacinto Barge Repair; 54,098 gallons of waste containing hazardous substances from Shell; 8,288 gallons of waste containing hazardous substances from Soft Touch; 23,251 gallons of waste containing hazardous substances from South Atlantic; 1,500 gallons of waste containing hazardous substances from Veolia (Teppco/Laporte); 1,422 gallons of waste containing hazardous substances from TexTube; 3,200 gallons of waste containing hazardous substances from UST; and 300 gallons of waste containing hazardous substances from Wilson Supply.

2217.   By letter dated December 5, 2013, the USOR Site PRP Group notified Prowaste and United Tank Services of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to

eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Prowaste and United Tank Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2218.   To date, United Environmental Services has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2219.   According to USOR Site Records, Defendant United Parcel Service of America, Inc. ("UPS") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 400 gallons of waste containing hazardous substances owned or possessed by UPS, at the USOR Site.

2220.   By letter dated December 5, 2013, the USOR Site PRP Group notified UPS of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered UPS the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2221.   To date, UPS has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2222.   According to USOR Site Records, Defendant United Petroleum Transports, Inc. ("UPT") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 300 gallons of waste containing hazardous substances owned or possessed by UPT, at the USOR Site.

2223.   To date, UPT has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2224.   According to USOR Site Records, Defendant United Polymer Technology ("United Polymer") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,000 gallons of waste containing hazardous substances owned or possessed by United Polymer, at the USOR Site.

2225.   By letter dated December 5, 2013, the USOR Site PRP Group notified United Polymer of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered United Polymer the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2226.   To date, United Polymer has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2227.   According to USOR Site Records, Defendant United States Army Reserve 88th Regional Support Command ("US Army Reserve") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by US Army Reserve, at the USOR Site.

2228.   To date, US Army Reserve has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2229.   According to USOR Site Records, Defendant United States Coast Guard ("US Coast Guard") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 14,758 gallons of

waste containing hazardous substances owned or possessed by US Coast Guard, at the USOR Site.

2230.   By letter dated December 5, 2013, the USOR Site PRP Group notified US Coast Guard of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered US Coast Guard the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2231.   To date, US Coast Guard has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2232.   According to USOR Site Records, Defendant United States Navy ("U.S. Navy") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 500 gallons of waste containing hazardous substances owned or possessed by U.S. Navy, at the USOR Site.

2233.   To date, U.S. Navy has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2234.   According to USOR Site Records, Defendant Universal Maritime Service Corp. ("Universal Maritime Service") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 350 gallons of waste containing hazardous substances owned or possessed by Universal Maritime Service, at the USOR Site.

2235.   To date, Universal Maritime Service has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2236.   According to USOR Site Records, Defendant Universal Compression Holdings, Inc. ("Universal Compression") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,460 gallons of waste containing hazardous substances owned or possessed by Universal Compression, at the USOR Site.

2237.   To date, Universal Compression has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2238.   Alternatively, Defendant Exterran Holdings, Inc. ("Exterran") is the successor to Universal Compression and is responsible for the waste streams attributable to Universal Compression, as alleged in paragraph no. 2236 above.

2239.   To date, Exterran has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2240.   According to USOR Site Records, Defendant University of Houston ("University of Houston") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 400 gallons of waste containing hazardous substances owned or possessed by University of Houston, at the USOR Site.

2241.   By letter dated December 5, 2013, the USOR Site PRP Group notified University of Houston of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered University of Houston the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2242.   To date, University of Houston has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2243.   According to USOR Site Records, Defendant The University of Texas System ("University of Texas") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 104,700 gallons of waste containing hazardous substances owned or possessed by University of Texas, at the USOR Site.

2244.   To date, University of Texas has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2245.   According to USOR Site Records, Defendant USAg Recycling, Inc. ("USAg Recycling") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 32,400 gallons of waste containing hazardous substances owned or possessed by USAg Recycling, at the USOR Site.

2246.   On or about July 12, 2012, USAg Recycling executed a Participation Agreement with the USOR PRP Group to become a member of the USOR PRP Group, but USAg Recycling has subsequently breached the contract it entered into with the USOR PRP Group.

2247.   Since breaching its contract with the USOR PRP Group, USAg Recycling refuses to cooperate with the USOR Site PRP Group and has not paid its equitable share of response costs incurred by the USOR Site PRP Group at the USOR Site.

2248.   Defendant VAM USA, LLC is the successor to and/or is formerly known as VAM PTS Co. ("VAM").

2249.   According to USOR Site Records, VAM by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 20,468 gallons of waste containing hazardous substances owned or possessed by VAM, at the USOR Site.

2250.   By letter dated December 5, 2013, the USOR Site PRP Group notified VAM of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered VAM the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2251.   To date, VAM has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2252.   According to USOR Site Records, Defendant Vaalco Energy, Inc. ("Vaalco Energy") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 42 gallons of waste containing hazardous substances owned or possessed by Vaalco Energy, at the USOR Site.

2253.   By letter dated December 5, 2013, the USOR Site PRP Group notified Vaalco Energy of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Vaalco Energy the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2254.   To date, Vaalco Energy has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2255.   According to USOR Site Records, Defendant Valkyrie Commissioning Services, Inc. ("Valkyrie Commissioning") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 800 gallons of waste containing hazardous substances owned or possessed by Valkyrie Commissioning, at the USOR Site.

2256.   By letter dated December 5, 2013, the USOR Site PRP Group notified Valkyrie Commissioning of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Valkyrie Commissioning the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2257.   To date, Valkyrie Commissioning has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2258.   Defendant Vallourec Star, LP ("Vallourec Star") is the successor to and/or is formerly known as V&M Star, LP ("V&M Star").

2259.   According to USOR Site Records, V&M Star by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 8,787 gallons of waste containing hazardous substances owned or possessed by V&M Star, at the USOR Site.

2260.   To date, V&M Star has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2261.   Defendant Vallourec Tube-Alloy, LLC ("Vallourec Tube-Alloy") is the successor to Tube-Alloy Corp. ("Tube-Alloy").

2262.   According to USOR Site Records, Tube-Alloy by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,100 gallons of waste containing hazardous substances owned or possessed by Tube-Alloy, at the USOR Site.

2263.   By letter dated December 5, 2013, the USOR Site PRP Group notified Tube-Alloy of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Tube-Alloy the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2264.   To date, Vallourec Tube-Alloy has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2265.   According to USOR Site Records, Defendant Vanguard Car Rental USA, LLC ("Vanguard Car Rental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 20,750 gallons of waste containing hazardous substances owned or possessed by Vanguard Car Rental, at the USOR Site.

2266.   By letter dated December 5, 2013, the USOR Site PRP Group notified Vanguard Car Rental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Vanguard Car Rental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2267.   To date, Vanguard Car Rental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2268.   Defendant Veolia ES Industrial Services, Inc. ("Veolia ES") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,500 gallons of waste containing hazardous substances owned or possessed by Veolia ES, at the USOR Site.

2269.   Additionally, Veolia ES is the successor to and/or is formerly known as Onyx Industrial Services, Inc. ("Onyx").

2270.   According to USOR Site Records, Onyx accepted at least 97,783 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Onyx.

2271.   To date, Veolia ES has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2272.   Defendant Verde Environmental, Inc. ("Verde Environmental") is the successor to and/or is also known as Micro-Blaze.

2273.   According to USOR Site Records, Micro-Blaze by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Micro-Blaze, at the USOR Site.

2274.   To date, Verde Environmental has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2275.   Defendant Vetco Gray Inc. ("Vetco Gray") is the successor to ABB Offshore Systems Inc. ("ABB Offshore Systems").

2276.   According to USOR Site Records, ABB Offshore Systems by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,500 gallons of waste containing hazardous substances owned or possessed by ABB Offshore Systems, at the USOR Site.

2277.   To date, Vetco Gray has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2278.   According to USOR Site Records, Defendant Virginia Bay ("Virginia Bay") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,700 gallons of waste containing hazardous substances owned or possessed by Virginia Bay, at the USOR Site.

2279.   To date, Virginia Bay has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2280.   According to USOR Site Records, Defendant W-S Industrial Services, Inc. ("W-S Industrial") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,115 gallons of waste containing hazardous substances owned or possessed by W-S Industrial, at the USOR Site.

2281.   By letter dated December 5, 2013, the USOR Site PRP Group notified W-S Industrial of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered W-S Industrial the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2282.   To date, W-S Industrial has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2283.   According to USOR Site Records, Defendant WSI Industrial Safety ("WSI Industrial") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,210 gallons of waste containing hazardous substances owned or possessed by WSI Industrial, at the USOR Site.

2284.   To date, WSI Industrial has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2285.   According to USOR Site Records, Defendant W. Perry's Inc. ("W. Perry's") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 12,155 gallons of waste containing hazardous substances owned or possessed by W. Perry's, at the USOR Site.

2286.   To date, W. Perry's has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2287.   According to USOR Site Records, Defendant W.R. Grace & Co. ("W.R. Grace") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 800 gallons of waste containing hazardous substances owned or possessed by W.R. Grace, at the USOR Site.

2288.   To date, W.R. Grace has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2289.   According to USOR Site Records, Defendant The Waggoners Trucking ("Waggoners Trucking") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 400 gallons of waste containing hazardous substances owned or possessed by Waggoners Trucking, at the USOR Site.

2290.   By letter dated December 5, 2013, the USOR Site PRP Group notified Waggoners Trucking of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Waggoners Trucking the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2291.   To date, Waggoners Trucking has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2292.   According to USOR Site Records, Defendant Wal-Mart Stores, Inc. ("Wal-Mart") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,513 gallons of waste containing hazardous substances owned or possessed by Wal-Mart, at the USOR Site.

2293.   By letter dated December 5, 2013, the USOR Site PRP Group notified Wal-Mart of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Wal-Mart the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2294.   To date, Wal-Mart has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2295.   According to USOR Site Records, Defendant Wash Depot Holdings Inc. ("Wash Depot") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 8,500 gallons of waste containing hazardous substances owned or possessed by Wash Depot, at the USOR Site.

2296.   By letter dated December 5, 2013, the USOR Site PRP Group notified Wash Depot of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Wash Depot the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2297.   To date, Wash Depot has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2298.   According to USOR Site Records, Defendant Waste Corrosive Liquids ("Waste Corrosive Liquids") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 319 gallons of waste containing hazardous substances owned or possessed by Waste Corrosive Liquids, at the USOR Site.

2299.   By letter dated December 5, 2013, the USOR Site PRP Group notified Waste Corrosive Liquids of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Waste Corrosive Liquids the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2300.   To date, Waste Corrosive Liquids has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2301.   According to USOR Site Records, Defendant Waste Oil Rig Up ("Waste Oil Rig Up") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged

with a transporter for transport for disposal or treatment, at least 10,903 gallons of waste containing hazardous substances owned or possessed by Waste Oil Rig Up, at the USOR Site.

2302.   To date, Waste Oil Rig Up has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2303.   According to USOR Site Records, Defendant Waste Water Treatment Inc. ("Waste Water Treatment") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 350,000 gallons of waste containing hazardous substances owned or possessed by Waste Water Treatment, at the USOR Site.

2304.   By letter dated December 5, 2013, the USOR Site PRP Group notified Waste Water Treatment of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Waste Water Treatment the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2305.   To date, Waste Water Treatment has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2306.   According to USOR Site Records, Defendant WATCO Dock and Rail, LLC ("WATCO"), as owner of the Greens Port Terminal, by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,500 gallons of waste containing hazardous substances owned or possessed by WATCO, at the USOR Site.

2307.   By letter dated December 5, 2013, the USOR Site PRP Group notified the Greens Port Terminal of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered the Greens Port Terminal the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2308.   To date, WATCO has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2309.   According to USOR Site Records, Defendant Weatherford U.S., L.P. ("Weatherford") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 196 gallons of waste containing hazardous substances owned or possessed by Weatherford, at the USOR Site.

2310.   By letter dated December 5, 2013, the USOR Site PRP Group notified Weatherford of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Weatherford the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2311.   To date, Weatherford has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2312.   According to USOR Site Records, Defendant Weatherly Truck Lines ("Weatherly Truck Lines") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 6,000 gallons of waste

containing hazardous substances owned or possessed by Weatherly Truck Lines, at the USOR Site.

2313.   To date, Weatherly Truck Lines has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2314.   According to USOR Site Records, Defendant The Wendy's Company ("Wendy's") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Wendy's, at the USOR Site.

2315.   To date, Wendy's has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2316.   According to USOR Site Records, Defendant West Oil Corp. ("West Oil") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 36,762 gallons of waste containing hazardous substances owned or possessed by West Oil, at the USOR Site.

2317.   By letter dated December 5, 2013, the USOR Site PRP Group notified West Oil of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered West Oil the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2318.   To date, West Oil has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2319.   According to USOR Site Records, Defendant West Way ("West Way") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by West Way, at the USOR Site.

2320.   By letter dated December 5, 2013, the USOR Site PRP Group notified West Way of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered West Way the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2321.   To date, West Way has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2322.   According to USOR Site Records, Defendant Western Oilfields Supply Co., doing business as Rain for Rent ("Rain for Rent"), by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 22,000 gallons of waste containing hazardous substances owned or possessed by Western Oilfields, at the USOR Site.

2323.   By letter dated December 5, 2013, the USOR Site PRP Group notified Rain for Rent of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Rain for Rent the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2324.   To date, Rain for Rent has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2325.   According to USOR Site Records, Defendant Western Properties, Inc. ("Western Properties") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,010 gallons of waste containing hazardous substances owned or possessed by Western Properties, at the USOR Site.

2326.   By letter dated December 5, 2013, the USOR Site PRP Group notified Western Properties of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Western Properties the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2327.   To date, Western Properties has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2328.   According to USOR Site Records, Defendant Westwind Properties ("Westwind Properties") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 96 gallons of waste containing hazardous substances owned or possessed by Westwind Properties, at the USOR Site.

2329.   By letter dated December 5, 2013, the USOR Site PRP Group notified Westwind Properties of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Westwind Properties the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2330.   To date, Westwind Properties has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2331.   According to USOR Site Records, Defendant Westwood Properties ("Westwood Properties") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Westwood, at the USOR Site.

2332.   By letter dated December 5, 2013, the USOR Site PRP Group notified Westwood Properties of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Westwood Properties the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2333.   To date, Westwood has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2334.   According to USOR Site Records, Defendant Wetatram, Inc. ("Wetatram") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2 gallons of waste containing hazardous substances owned or possessed by Wetatram, at the USOR Site.

2335.   To date, Wetatram has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2336.   According to USOR Site Records, Defendant Whitecliff Enterprises ("Whitecliff") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

arranged with a transporter for transport for disposal or treatment, at least 14,132 gallons of waste containing hazardous substances owned or possessed by Whitecliff, at the USOR Site.

2337.   To date, Whitecliff has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2338.   According to USOR Site Records, Defendant Wide Lite Corp. ("Wide Lite") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 50 gallons of waste containing hazardous substances owned or possessed by Wide Lite, at the USOR Site.

2339.   To date, Wide Lite has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2340.   According to USOR Site Records, Defendant Wier Enterprises, Inc. ("Wier Enterprises") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Wier Enterprises, at the USOR Site.

2341.   To date, Wier Enterprises has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2342.   According to USOR Site Records, Defendant Williams Brothers Construction Co., Inc. ("Williams Brothers") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,740 gallons of waste containing hazardous substances owned or possessed by Williams Brothers, at the USOR Site.

2343.   By letter dated December 5, 2013, the USOR Site PRP Group notified Williams Brothers of the existence of the release or threatened release of hazardous substances at the

USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Williams Brothers the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2344.   To date, Williams Brothers has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2345.   According to USOR Site Records, Defendant Willowbrook ("Willowbrook") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 250 gallons of waste containing hazardous substances owned or possessed by Willowbrook, at the USOR Site.

2346.   To date, Willowbrook has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2347.   According to USOR Site Records, Defendant Wilson Supply ("Wilson Supply") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 300 gallons of waste containing hazardous substances owned or possessed by Wilson Supply, at the USOR Site.

2348.   To date, Wilson Supply has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2349.   According to USOR Site Records, Defendant Wing Aviation Charter Services LLC ("Wing Aviation") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 240 gallons of waste containing hazardous substances owned or possessed by Wing Aviation, at the USOR Site.

2350.   By letter dated December 5, 2013, the USOR Site PRP Group notified Wing Aviation of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Wing Aviation the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2351.   To date, Wing Aviation has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2352.   Alternatively, Defendant Wing Jet Center, LLC ("Wing Jet Center") is the successor to and/or is formerly known as Wing Aviation, LLC and is responsible for the waste streams attributable to Wing Jet Center, as alleged in paragraph no. 2349 above.

2353.   To date, Wing Jet Center has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2354.   According to USOR Site Records, Defendant Winn Fuel Systems, Inc. ("Winn Fuel Systems") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 200 gallons of waste containing hazardous substances owned or possessed by Winn Fuel Systems, at the USOR Site.

2355.   To date, Winn Fuel Systems has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2356.   According to USOR Site Records, Defendant Wolar Industrial, Inc. ("Wolar Industrial") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3 gallons of waste containing hazardous substances owned or possessed by Wolar Industrial, at the USOR Site.

2357.   To date, Wolar Industrial has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2358.   Defendant Xxtreme Pipe Services, LLC ("Xxtreme Pipe Services") is the successor to Xxtreme Pipe Storage, LLC ("Xxtreme Pipe Storage").

2359.   According to USOR Site Records, Xxtreme Pipe Storage by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 27 gallons of waste containing hazardous substances owned or possessed by Xxtreme Pipe Storage, at the USOR Site.

2360.   To date, Xxtreme Pipe Services has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2361.   Defendant Xylem Inc. ("Xylem") is the successor to ITT Flygt Corp. ("ITT Flygt").

2362.   According to USOR Site Records, ITT Flygt by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 7,400 gallons of waste containing hazardous substances owned or possessed by ITT Flygt, at the USOR Site.

2363.   By letter dated December 5, 2013, the USOR Site PRP Group notified ITT Flygt of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered ITT Flygt the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2364.   To date, Xylem has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2365.   According to USOR Site Records, Defendant YWCA ("YWCA") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,000 gallons of waste containing hazardous substances owned or possessed by YWCA, at the USOR Site.

2366.   To date, YWCA has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2367.   According to USOR Site Records, Defendant York lnternational Corporation ("York lnternational") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,595 gallons of waste containing hazardous substances owned or possessed by York lnternational, at the USOR Site.

2368.   To date, York lnternational has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2369.   According to USOR Site Records, Defendant Younger Brothers Inc. ("Younger Brothers") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,000 gallons of waste containing hazardous substances owned or possessed by Younger Brothers, at the USOR Site.

2370.   To date, Younger Brothers has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2371.   According to USOR Site Records, Defendant Zion Grocery ("Zion Grocery") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 500 gallons of waste containing hazardous substances owned or possessed by Zion Grocery, at the USOR Site.

2372.   By letter dated December 5, 2013, the USOR Site PRP Group notified Zion Grocery of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Zion Grocery the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2373.   To date, Zion Grocery has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2374.   According to USOR Site Records, Defendant Zust Bachmeier of Switzerland Inc. ("Zust Bachmeier") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,400 gallons of waste containing hazardous substances owned or possessed by Zust Bachmeier, at the USOR Site.

2375.   By letter dated December 5, 2013, the USOR Site PRP Group notified Zust Bachmeier of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Zust Bachmeier the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2376.   To date, Zust Bachmeier has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

## COUNT I – COST RECOVERY UNDER CERCLA

2377.   The USOR Site PRP Group realleges and incorporates by reference Paragraph Nos. 1 through 2376 of this Complaint as if fully restated herein.

2378.   Section 107(a)(4) of CERCLA, 42 U.S.C. §§ 9607(a)(4), provides, in relevant part, that:

Notwithstanding any other provision or rule of law, and subject only to the defenses set forth in subsection (b) of this section --

(1) the owner and operator of a vessel or facility, (2) any person who at the time of disposal of any hazardous substance owned or operated any facility at which such hazardous substances were disposed of,... from which there is a release, or threatened release which causes the incurrence of response costs, of a hazardous substance, shall be liable for -- (A) all costs of removal or remedial action incurred by... a State... not inconsistent with the national contingency plan; (B) any other necessary costs of response incurred by any other person consistent with the national contingency plan;....

2379.   "Disposal" is defined in CERCLA Section 101(29) by reference to the Solid Waste Disposal Act ("SWDA"). 42 U.S.C. § 9601(29). The SWDA defines "disposal" as "the discharge, deposit, injection, dumping, spilling, leaking, or placing of any solid waste or hazardous waste into or on any land or water so that such solid waste or hazardous waste or any constituent thereof may enter the environment or be emitted into the air or discharged into any waters, including ground waters." 42 U.S.C. § 6903(3).

2380.   "Facility" is defined in CERCLA Section 101(9) as "any building, structure, installation, equipment, pipe or pipeline" or "any site or area where a hazardous substance has been deposited, stored, disposed of, or placed...." 42 U.S.C. § 9601(9).

2381.   "Hazardous substance" is defined in CERCLA Section 101(14) by reference to other federal statutes and by reference to a list of substances published by EPA at 40 C.F.R. § 302.4. 42 U.S.C. § 9601(14).

2382.   "Owner" or "Operator" is defined in CERCLA Section 101(20) as "... in the case of an onshore facility or an offshore facility, any person owning or operating such facility...." 42 U.S.C. § 9601(20).

2383.   "Person" is defined in CERCLA Section 101(21) as "an individual, firm, corporation, association, partnership, consortium, joint venture, commercial entity, United States

Government, State, municipality, commission, political subdivision of a State, or any interstate body." 42 U.S.C. § 9601(20).

2384.   "Release" is defined in CERCLA Section 101(22) as "any spilling, leaking, pumping, pouring, emitting, emptying, discharging, injecting, escaping, leaching, dumping or disposing into the environment (including the abandonment or discarding of barrels, containers, and other closed receptacles containing any hazardous substance or pollutant or contaminant)...." 42 U.S.C. § 9601(22).

2385.   "Response" is defined in CERCLA Section 101(25), and includes "removal" actions, "remedial" actions, and enforcement activities related thereto. 42 U.S.C. § 9601(25).

2386.   The USOR Site is a "facility" within the meaning of Section 101(9) of CERCLA, 42 U.S.C. § 9601(9).

2387.   There has been a "release" and/or a threatened "release" of "hazardous substances" at the USOR Site which has caused the incurrence of "response costs" by the USOR Site PRP Group, within the meanings of Sections 101(22), 101(14) and 107 of CERCLA, 42 U.S.C. §§ 9601(22), 9601(14) and 9607.

2388.   Each of the Defendants is a "person" within the meaning of Section 101(21) of CERCLA, 42 U.S.C. § 9601(21).

2389.   Pursuant to CERCLA, 42 U.S.C. §§ 9607(a)(3) and or 9607(a)(4), each Defendant, except the City of Pasadena, is liable as an arranger or generator of materials containing hazardous substances, which materials were disposed at the USOR Site; and/or a transporter of hazardous substances who selected the USOR Site for the disposal of such hazardous substances, and who did dispose of such hazardous substances at the Site.

2390.   Pursuant to CERCLA, 42 U.S.C. § 9607(a)(1) and (2), the City of Pasadena is liable as a past owner and operator of the 200 N. Richey Street portion of the USOR Site at a time when hazardous substances were disposed of at 200 N. Richey Street portion of the USOR Site.

2391.   As a result of the release and threatened release of hazardous substances at or from the USOR Site, the USOR Site PRP Group has incurred at least $175,000 in voluntary response costs and will continue to incur costs of "response," as that term is defined by Section 101(25) of CERCLA, 42 U.S.C. § 9601(25).

2392.   The response costs incurred by the USOR Site PRP Group in connection with the USOR Site are consistent with the NCP.

2393.   Pursuant to CERCLA, 42 U.S.C. §§ 9607 and 9613, each Defendant is strictly, jointly and severally liable for the voluntary past and future response costs incurred and to be incurred by the USOR Site PRP Group in response to the release or threatened release of hazardous substances at and from the USOR Site.

WHEREFORE, the USOR Site PRP Group respectfully prays that this Court enter judgment in its favor and against all Defendants holding that each Defendant is strictly, jointly and severally liable for the voluntary response costs incurred or to be incurred by the USOR Site PRP Group, including appropriate pre-judgment interest, in connection with the release and/or threatened release of hazardous substances at the USOR Site. The USOR Site PRP Group further requests that this Court award interest and costs of suit, including reasonable attorney's fees and consultant fees as permitted by law; and order any such other relief as the Court may deem just and appropriate under the circumstances.

## COUNT II – CONTRIBUTION UNDER CERCLA

2394.   The USOR Site PRP Group realleges and incorporates by reference Paragraph

Nos. 1 through 2393 of this Complaint as if fully restated herein.

2395.   Sections 113(f)(1) and (3)(B) of CERCLA, 42 U.S.C. §§ 9613(f)(1) and (3)(B),

provide, in relevant part, that:

> Any person may seek contribution from any other person who is liable or
> potentially liable under section 9607(a)....
>
> A person who has resolved its liability to the United States or a State for some or
> all of a response action or for some or all of the costs of such action in an
> administrative or judicially approved settlement may seek contribution from any
> person who is not party to a settlement....

2396.   The USOR Site PRP Group has resolved its liability to EPA for matters covered

in the Removal Action AOC.

2397.   All Defendants are liable parties under CERCLA, but have not resolved their

liability to the USOR Site PRP Group or EPA.

2398.   To date, the USOR Site PRP Group has been compelled to incur and/or otherwise

pay at least $4,950,000 in response costs at the USOR Site under the Removal Action AOC.

2399.   The USOR Site PRP Group is entitled to contribution from all Defendants under

Section 113(f)(1) of CERCLA, 42 U.S.C. § 9613(f)(1), for Defendants' respective equitable

shares of all costs and damages incurred by USOR Site PRP Group, including applicable interest

as provided for in Section 107(a) of CERCLA, 42 U.S.C. § 9607(a).

WHEREFORE, the USOR Site PRP Group respectfully request that this Court enter a

declaratory judgment against all Defendants finding that they are each liable under Section

113(g)(2) of CERCLA, 42 U.S.C. § 9613(g)(2), and Section 28 U.S.C. §§ 2201 and 2202, and

are obligated to pay for their equitable shares of all past and future response costs, plus interest,

associated with the USOR Site. The USOR Site PRP Group further requests that this Court

award interest and costs of suit, including reasonable attorney's fees and consultant fees as

permitted by law; and order any such other relief as the Court may deem just and appropriate

under the circumstances.

## COUNT III – DECLARATORY RELIEF UNDER CERCLA

2400.   The USOR Site PRP Group alleges and incorporates by reference Paragraph Nos.

1 through 2399 of this Complaint as if fully restated herein.

2401.   There is a present and actual controversy between the USOR Site PRP Group and

all Defendants concerning their respective rights and obligations with respect to the response

costs associated with the USOR Site.

2402.   Section 113(g)(2) of CERCLA, 42 U.S.C. § 9613(g)(2), provides, in relevant part,

that:

> In any such action described in this subsection, the court shall enter a declaratory
> judgment on liability for response costs or damages that will be binding on any
> subsequent action or actions to recover further response costs or damages. A
> subsequent action or actions under section 9607 of this title for further response
> costs at the vessel or facility may be maintained at any time during the response
> action, but must be commenced no later than 3 years after the date of completion
> of all response action. Except as otherwise provided in this paragraph, an action
> may be commenced under section 9607 of this title for recovery of costs at any
> time after such costs have been incurred.

2403.   The USOR Site PRP Group seek a declaratory judgment under Section 113(g)(2)

of CERCLA, 42 U.S.C. § 9613(g)(2), against all Defendants holding them liable for their

respective equitable shares of response costs, that will be binding in any subsequent action to

recover further response costs.

2404.   The USOR Site PRP Group is entitled to judgment against all Defendants for past

and future response costs incurred in connection with the USOR Site.

WHEREFORE, the USOR Site PRP Group respectfully prays that this Court enter a declaratory judgment against all Defendants finding that they are each liable under CERCLA and are obligated to pay for their equitable shares of all past and future response costs associated with the USOR Site. The USOR Site PRP Group further requests that this Court award interest and costs of suit, including reasonable attorney's fees and consultant fees as permitted by law; and order any such relief as the Court may deem just and appropriate under the circumstances.

### COUNT IV – COST RECOVERY UNDER TSWDA

2405.   The USOR Site PRP Group realleges and incorporates by reference Paragraph Nos. 1 through 2404 of this Complaint as if fully restated herein.

2406.   Section 361.344(a) of the TSWDA, Tex. Health & Safety Code Ann. § 361.344, provides, in relevant part, that:

> A person who conducts a removal or remedial action that is approved by the [Texas Natural Resource Conservation] commission and is necessary to address a release or threatened release may bring suit … to recover the reasonable and necessary costs of that action and other costs as the court, in its discretion, considers reasonable.

2407.   The response activities conducted to date by the USOR Site PRP Group at the USOR Site have been approved by the Texas Natural Resource Conservation Commission.

2408.   "Person" is defined in Section 361.003(23) of the TSWDA as "an individual, corporation, organization, government or government subdivision or agency, business trust, partnership, association or any other legal entity." Tex. Health & Safety Code Ann. § 361.003(23).

2409.   "Release" is defined in Section 361.003(28) of the TSWDA as "any spilling, leaking, pumping, pouring, emitting, emptying, discharging, injecting, escaping, leaching, dumping or disposing into the environment." Tex. Health & Safety Code Ann. § 361.003(28).

2410.   "Removal" is defined in in Section 361.003(30) of the TSWDA to include: "(A) cleaning up or removing released hazardous waste from the environment; (B) taking necessary action in the event of the threat of release of hazardous waste into the environment; (C) taking necessary action to monitor, assess, and evaluate the release or threat of release of hazardous waste; (D) disposing of removed material; (E) erecting a security fence or other measure to limit access; (F) providing alternative water supplies, temporary evacuation, and housing for threatened individuals not otherwise provided for; (G) acting under Section 104(b) of environmental response law [CERCLA]; (H) providing emergency assistance under the federal Disaster Relief Act of 1974 (42 U.S.C. Section 5121 *et seq.*); or (I) taking any other necessary action to prevent, minimize, or mitigate damage to the public health and welfare or the environment that may otherwise result from a release or threat of release. Tex. Health & Safety Code Ann. § 361.003(30).

2411.   The USOR Site PRP Group consists of "persons" who have and continue to conduct "removal" actions that are approved by the Texas Natural Resource Conservation Commission and are necessary to address a "release" or threatened "release," within the meanings of Sections 361.003 and 361.344 of the TSWDA, Tex. Health & Safety Code Ann. §§ 361.003, 361.344.

2412.   Pursuant to Section 361.344 of the TSWDA, Tex. Health & Safety Code Ann. § 361.344, the USOR Site PRP Group is entitled to recovery the reasonable and necessary costs of the response actions conducted by the USOR Site PRP Group at the USOR Site to date, as well as other costs the Court, in its discretion, considers reasonable against each Defendant the USOR Site PRP Group notified of the existence of the release or threatened release of hazardous

substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site.

WHEREFORE, the USOR Site PRP Group respectfully prays that this Court enter judgment in its favor and against all Defendants the USOR Site PRP Group notified of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site, holding that all such Defendants are liable for the response costs incurred or to be incurred by the USOR Site PRP Group, as well as other costs that the Court, in its discretion, considers reasonable. The USOR Site PRP Group further requests that this Court award interest and costs of suit, including reasonable attorney's fees and consultant fees as permitted by law; and order any such other relief as the Court may deem just and appropriate under the circumstances.

## COUNT V – BREACH OF CONTRACT

2413.   The USOR Site PRP Group realleges and incorporates by reference Paragraph Nos. 1 through 2412 of this Complaint as if fully restated herein.

2414.   The Participation Agreement entered into between the USOR Site PRP Group and Norson Services, USA Environmental and USAg Recycling is a valid contract under Texas State law.

2415.   The USOR Site PRP Group performed all actions according to the terms of the Participation Agreement with respect to Norson Services, USA Environmental and USAg Recycling.

2416.   Pursuant to the terms of the Participation Agreement, a former member of the USOR Site PRP Group who either withdraws or is removed from the USOR Site PRP Group are

still liable for such former member's respective share of any and all costs and expenses, including legal, technical and administrative costs, authorized by the USOR Site PRP Group or undertaken by the USOR Site PRP Group in accordance with the Participation Agreement to perform response cost activities at the USOR Site, up to the date of withdrawal and/or removal from the USOR Site PRP Group, whether or not such amounts have been invoiced to the former member at the point in time when such former member withdraws or is removed from the USOR Site PRP Group.

2417.   Despite written demands to Norson Services, USA Environmental and USAg Recycling, each of them refuse to pay their respective required assessments of response costs incurred by the USOR Site PRP Group at the USOR Site.

2418.   As such, Norson Services, USA Environmental and USAg Recycling have breached the Participation Agreement, which has caused the USOR Site PRP Group to sustain damages.

WHEREFORE, the USOR Site PRP Group respectfully prays that this Court enter judgment in its favor and against Defendants Norson Services LLC, USA Environmental, LP and USAg Recycling, Inc., holding that all such Defendants are liable for their respective unpaid assessments of response costs incurred by the USOR Site PRP Group at the USOR Site response costs incurred or to be incurred by the USOR Site PRP Group. The USOR Site PRP Group further requests that this Court award interest and costs of suit, including reasonable attorney's fees and consultant fees as permitted by law; and order any such other relief as the Court may deem just and appropriate under the circumstances.

Dated:    August 24, 2014                    Respectfully submitted,

                                             THE JUSTIS LAW FIRM LLC


                                             /s/ Gary D. Justis
                                             Gary D. Justis
                                             S.D. Texas Federal ID No. 2375637
                                             5251 W. 116th Place
                                             Suite 200
                                             Leawood, KS 66211-7820
                                             Telephone: (913) 998-6102
                                             Telecopier: (913) 998-6101
                                             Email: gjustis@justislawfirm.com

                                             ATTORNEYS FOR PLAINTIFF USOR SITE PRP
                                             GROUP