UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| USOR SITE PRP GROUP, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:14-CV-2441 |
| | § § | |
| A&M CONTRACTORS, INC., *et al*, | § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL ON NOTICE

Plaintiff in the above styled and numbered cause of action has filed a notice of dismissal as to the defendant, Vetco Gray, Inc. pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is Ordered that this case is dismissed without prejudice.

SIGNED on this 16th day of September, 2014.

_____
Kenneth M. Hoyt
United States District Judge