IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| USOR SITE PRP GROUP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-cv-02441 |
| | § | |
| A&M CONTRACTORS, INC., et al., | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS BENCHMARK
DEVELOPMENT, INC., BENCHMARK DISTRIBUTION SERVICES, LLC
AND ROCKWATER ENERGY SOLUTIONS, INC. WITHOUT PREJUDICE**

Plaintiff USOR Site PRP Group, through counsel and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendants Benchmark

Development, Inc., Benchmark Distribution Services, LLC and Rockwater Energy

Solutions, Inc. from this cause without prejudice. None of these defendants have filed an

answer or motion for summary judgment in this cause.

Dated:    January 21, 2015                     Respectfully submitted,

THE JUSTIS LAW FIRM LLC


/s/ Gary D. Justis
Gary D. Justis          S.D. TX ID 2375637
Rachel D. Guthrie      S.D. TX ID 2423279
10955 Lowell Ave.
Suite 520
Overland Park, KS 66210-2336
Telephone: (913) 955-3710
Facsimile:  (913) 955-3711
Email: gjustis@justislawfirm.com
        rguthrie@justislawfirm.com

ATTORNEYS FOR PLAINTIFF USOR
SITE PRP GROUP

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2015, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Benchmark Development, Inc., Benchmark Distribution Services, LLC and Rockwater Energy Solutions, Inc. without Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis

Gary D. Justis