UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| USOR SITE PRP GROUP, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:14-CV-2441 |
| § | |
| A&M CONTRACTORS, INC., *et al*, § | |
| § | |
| Defendants. § | |

### ORDER

Plaintiff in the above styled and numbered cause of action has filed a notice of voluntary dismissal of the defendants', Benchmark Development, Inc., Benchmark Distribution Services, LLC and Rockwater Energy Solutions, Inc. pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is ORDERED that the defendants', Benchmark Development, Inc., Benchmark Distribution Services, LLC and Rockwater Energy Solutions, Inc. are dismissed from this action without prejudice.

It is so ORDERED.

SIGNED on this 22nd day of January, 2015.

_____
Kenneth M. Hoyt
United States District Judge