UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| USOR SITE PRP GROUP,<br><br>　　　Plaintiff,<br>VS.<br><br>A&M CONTRACTORS, INC., *et al*,<br><br>　　　Defendants. | §<br>§<br>§<br>§   CIVIL ACTION NO. 4:14-CV-2441<br>§<br>§<br>§<br>§ |

## **ORDER**

Plaintiff in the above styled and numbered cause of action has filed a notice of voluntary dismissal of the defendant, Kennedy Wilson Holdings, Inc. pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is ORDERED that the defendant, Kennedy Wilson Holdings, Inc. is dismissed from this action with prejudice.

It is so ORDERED.

SIGNED on this 26th day of January, 2015.

_____
Kenneth M. Hoyt
United States District Judge