IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| USOR SITE PRP GROUP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-cv-02441 |
| | § | |
| A-1 SMITH'S SEPTIC SERVICE, INC.; A-BEAR CONSTRUCTION, INC.; A-VAC SEPTIC SERVICE, L.L.C.; AAA COOPER TRANSPORTATION, INC.; AAR INC.; ABB INC.; ADVANCED DISPOSAL SYSTEMS, INC.; THE ADVENT GROUP, LLC; AFFORDABLE ENVIRONMENTAL SERVICE LLC; ALAMO ENVIRONMENTAL, INC.; ALCOA INC.; ALLIANCE PASTEX, LLC; ALLIANCE PROCESSORS, INC.; ALTERNATIVE WASTE SOLUTIONS, INC.; AMOT CONTROLS CORP.; AMREP, INC.; ANDERSON POLLUTION CONTROL, INC.; APACHE SERVICES, INC.; APPLE AUTO REPAIR & BODY SHOP; APPROVED OIL SERVICES LLC; AQUA SOLUTIONS, INC.; ARMADILLO CLEANERS INC.; ARNOLD TRANSPORTATION SERVICES, INC.; ATLANTIC AVIATION FBO, INC.; AUTOCHECK NINE; AXYS INDUSTRIAL SOLUTIONS, INC.; BSMP INC.; BAE SYSTEMS TACTICAL VEHICLE SYSTEMS LP; BAKER & LAWSON, INC. D/B/A B&L TECHNOLOGIES; BALFOUR BEATTY INFRASTRUCTURE, INC.; BASIC ENERGY SERVICES, LP; BAYOU CITY ENVIRONMENTAL SERVICES, LP; BEALINE SERVICE CO., INC.; 9717 CHEMICAL ROAD, INC.; BEAUTY ELITE GROUP, INC.; BEN TAUB HOSPITAL; BERG ENVIRONMENTAL SERVICES, INC.; BETOS HYDRO AND SANITATION; BICO DRILLING TOOLS, INC.; BLAST ENVIRONMENTAL & INDUSTRIAL SERVICES INC.; BLUDWORTH MARINE, L.L.C.; BLUE MARLIN LASER WASH, LLC; BOATERS' RESALE SHOP OF TEXAS; | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | FIRST AMENDED COMPLAINT |

BOLIVAR BARGE CLEANING SERVICE, §
LLC; BOXER PROPERTY MANAGEMENT §
CORP.; BREDERO PRICE CO.; BRAZORIA §
COUNTY MOSQUITO DISTRICT; BRAZOS §
VALLEY ENERGY LLC; BRIDGELAND §
DEVELOPMENT, LP; C.R. MCCASKILL §
ENTERPRISES, INC. D/B/A TIDELAND §
GREASE TRAP SERVICE; CEDA, INC.; CKG §
SERVICES LLC; CLP CHEMICALS L.P.; §
CALPINE CORP.; CAMERON §
INTERNATIONAL CORP.; CAMERON RIG §
SOLUTIONS, INC.; CAPITAN TRADING CO., §
INC. D/B/A MR. PUMPER SEWER SERVICE; §
CAR SPA, INC.; CARILLO BROTHERS AUTO §
SALES, INC.; CARILLO BROTHERS CORP.; §
CEDARWOOD DEVELOPMENT, INC. D/B/A §
CEDARWOOD DEVELOPMENT OF TEXAS, §
INC.; CENTEX MATERIALS, LLC; §
CENTURION PIPELINE L.P.; CHARLES §
HOLSTON, INC. D/B/A GIBSON §
ENVIRONMENTAL SERVICES; CHEMICAL §
TRANSPORT, INC.; CITGO PETROLEUM §
CORP.; CITY OF BRYAN, TEXAS; CITY OF §
FREEPORT, TEXAS; CITY OF GALVESTON, §
TEXAS; CITY OF LA MARQUE, TEXAS; §
CITY OF LA PORTE, TEXAS; CITY OF §
PASADENA, TEXAS; SEVERN TRENT §
SERVICES; CITY WASTE, L.P.; CO-TRANS, §
INC. D/B/A CTI; COACH USA, INC.; COAL §
CITY COB CO., INC.; COASTAL TRANSPORT §
CO., INC.; COLE CHEMICAL & §
DISTRIBUTING, INC.; CONESTOGA-ROVERS §
& ASSOCIATES INC.; CONN'S SERVICE §
CENTER, INC.; CONN'S, INC.; §
CONSOLIDATED WASTE, LLC D/B/A §
LIQUID WASTE SOLUTIONS; §
CONTAINER/CARGO BY BARGE #1 L.P.; §
CONTROL SOLUTIONS, INC.; CRYSTAL §
WAREHOUSE CORP.; CURRAN §
INTERNATIONAL, INC.; CUSTOM RUBBER §
PRODUCTS, LLC; D-HAWK GREASE TRAP §
CO.; D.S. ANTHONY & SONS, INC.; DNOW, §
L.P.; DSA COATINGS, INC. D/B/A DEEP §
SOUTH COATINGS; DAN-LOC BOLT & §
GASKET CO.; DANA TRANSPORT, INC.; §
DANNY HERMAN TRUCKING, INC.; §

2

HERMAN TRUCKING CO.; HERMAN JOHNSON TRUCKING, LLC; DAVID STAUFFER PIPE SERVICES, INC.; ENVIRO CLEAN; DAYMARK PROPERTIES REALTY, INC.; DEER PARK ENERGY CENTER LLC; DELTA CENTRIFUGAL, LLC; DELTA PETROLEUM CO., INC.; GREIF, INC.; DELTA SPECIALTY COATINGS LLC; DEPOSITION TECHNOLOGY INC.; THE DILLARD ANDERSON GROUP; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.; DRANE RANGER VACUUM SERVICE; DUAL TRUCKING INC.; DUREK INVESTMENTS, INC.; E-TRANSPORT CARRIERS, INC.; E.S.R. ELECTRONICS, INC.; ED&F MAN LIQUID PRODUCTS LLC; WESTWAY TERMINAL CO. LLC; ERP OPERATING LIMITED PARTNERSHIP; EAGLE CONSTRUCTION AND ENVIRONMENTAL SERVICES, LLC D/B/A SWS ENVIRONMENTAL SERVICES; EARTH MATERIAL SERVICES LLC; ECONOMIC ENVIRONMENTAL SERVICES, INC.; EMPIRE TRUCK LINES, INC.; ENVIRONMENTAL DISPOSAL SOLUTIONS, INC.; EVERGREEN ENVIRONMENTAL SERVICES, LLC D/B/A EVERGREEN INDUSTRIAL SERVICES; EVERGREEN VACUUM SERVICE, LLC; ENVIRONMENTAL EARTH-WISE, INC.; ENVIRO-VAC, LTD.; ESCO MARINE INC.; RESOLVE MARINE GROUP, INC.; ESTES EXPRESS LINES; EXCEL INDUSTRIAL GROUP, LLC; EXTERRAN ENERGY SOLUTIONS, L.P.; FAM MARINE SERVICES, INC.; FAROUK SYSTEMS, INC.; FIREBIRD BULK CARRIERS, INC.; FLAN EX TRANSPORTATION; FLEX OIL SERVICE, LLC; FLUID SEALING PRODUCTS, INC.; FORMOSA PLASTICS CORP., U.S.A.; FORTIS INTERNATIONAL, INC.; GARLOCK SEALING TECHNOLOGIES, LLC; GATOR ENVIRONMENTAL & RENTALS, INC.; GILLMAN, INC. D/B/A GILLMAN HONDA; GLOBAL CROSSING TELECOMMUNICATIONS, INC.; GO WEST FABRICATORS & RIG STAR, INC.; DREFCO,

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

3

INC. D/B/A GO WEST FABRICATORS; §
GOLDEN OPPORTUNITY RECYCLING §
SERVICE; GRAND PARKWAY DOCTORS §
CENTER; GREASE RECYCLERS CO-OP; §
GREENHUNTER BIOFUELS, INC.; §
GREENHUNTER RESOURCES, INC.; §
GULBRANDSEN TECHNOLOGIES INC.; §
GULF COAST OIL RECYCLING; GULF §
COAST WASTE DISPOSAL AUTHORITY; §
GULF STATES ENVIRONMENTAL §
SOLUTIONS, INC.; H2O INDUSTRIAL §
SERVICES, LLC; H&H OIL, L.P; APPROVED §
REMEDIATION & RECYCLING OF OIL §
WASTE, INC.; ARROW RECYCLING; §
HFOTCO LLC D/B/A HOUSTON FUEL OIL §
TERMINAL CO.; HGM PRODUCTS GROUP, §
LLC; HARRIS COUNTY, TEXAS; HERCULES §
OFFSHORE, INC.; HIGHLAND THREADS, §
INC.; HIGHWAY TRANSPORT, INC.; HIPPO §
WASTE SYSTEMS, LLC; HO HO HO §
EXPRESS INC.; HOERBIGER SERVICE INC.; §
HOLCOMB ENVIRONMENTAL OIL §
SERVICES LLC; HOLMAN SHIPPING, INC.; §
HOUSTON AIRPORT SYSTEM; HOUSTON §
ENGINE & BALANCING SERVICE; §
HOUSTON HARRIS COUNTY SEPTIC TANK §
SERVICE; THE HOUSTON HOUSING §
AUTHORITY; HOUSTON SHUTTERS LLC; §
HUMBLE ELEVATOR SERVICE, INC.; IBEX §
CHEMICALS, INC.; INFRASTRUCTURE §
SERVICES, INC.; INTERNATIONAL BANK §
OF COMMERCE; INTRA-SERVICES INC.; §
IRBY LANE ASSOCIATES, LTD. D/B/A §
PARKWOOD APARTMENTS; J&D OIL §
SERVICE; J.L. PROLER IRON & STEEL CO.; §
JPMORGAN CHASE & CO.; JIFFY LUBE; §
JONES BROS., INC.; JONES OIL, INC.; J.A.M. §
DISTRIBUTING CO.; K-3 RESOURCES, L.P. §
D/B/A K-3BMI; K-SOLV, LP; KELLY- §
SPRINGFIELD; KEY ENERGY SERVICES, §
INC.; KINDRA ENVIRONMENTAL §
ENTERPRISES, INC. D/B/A J&R SERVICES; §
KINETIC CONCEPTS, INC.; KIRBY INLAND §
MARINE, LP; LEL ENVIRONMENTAL, LTD.; §
LA MARQUE INDEPENDENT SCHOOL §
DISTRICT; LATIPAC COMMERCIAL, INC.; §

4

WHOLE FOODS MARKET, INC.; LEAGUE        §
CITY, TEXAS; LEGACY PARTNERS; LEWIS'    §
ACRES SERVICE, INC.; LION INDUSTRIAL    §
RESOURCES, INC.; LIQUID                 §
ENVIRONMENTAL SOLUTIONS OF TEXAS,       §
LLC; LOCKHEED MARTIN CORPORATION;       §
THE LONE STAR HEAT PRODUCTS, INC.;      §
LONE STAR HEAT TREATING CORP.;          §
LONESTAR ECOLOGY LLC; M&M               §
PROTECTION, LLC; MECX, LP; MTI          §
ENVIRONMENTAL; MORCO TESTING; MTI       §
SERVICES, LLC; MARKET TRUCK STOP,       §
INC. D/B/A TEXAS TRUCK STOP; MARTIN     §
MIDSTREAM PARTNERS L.P.; MARTIN         §
OPERATING PARTNERSHIP L.P.; MARTIN      §
RESOURCE MANAGEMENT CORP.; MARTIN       §
TRANSPORT, INC.; MASSEY INDUSTRIES      §
INC.; MASTER-HALCO, INC.; MATAGORDA     §
COUNTY NAVIGATION DISTRICT NO. 1;       §
MATTE INDUSTRIAL SERVICES, LLC;         §
MAVERICK TUBE CORP.; MCCLINTOCK         §
CORP.; METRIX INSTRUMENT CO., L.P.;     §
METRO GREASE SERVICE LLC; MIDSTATE      §
ENVIRONMENTAL SERVICES, LP;             §
MIDWEST INDUSTRIAL SUPPLY, INC.;        §
MIKE'S SOFT TOUCH INC.; MILSTEAD        §
MANAGEMENT, LLC; MILSTEAD               §
AUTOMOTIVE, LTD.; MITSUI & CO. (U.S.A.),§
INC.; MOORE CONTROL SYSTEMS, INC.;      §
MORGAN OIL CO.; NORSON SERVICES LLC;    §
ENERMECH MECHANICAL SERVICES, INC.;     §
NORTH AMERICAN MARINE, INC.; NORTH      §
AMERICAN OIL; NAOR; NORTH AMERICAN      §
PACKAGING CORP.; OIL MOP LLC; OIL       §
PATCH TRANSPORTATION, INC.; OLYMPIC     §
POOLS, INC. D/B/A OLYMPIC POOLS &       §
SPAS; PSC INDUSTRIAL SERVICES, LP; PSC  §
INDUSTRIAL OUTSOURCING, LP; PARC        §
CONDOMINIUM ASSOCIATION; PATTY OIL      §
SERVICE; PELICAN WASTE SERVICES, INC.;  §
PENN MARITIME INC.; PENSKE CORP.;       §
PEPPER-LAWSON CONSTRUCTION, L.P.;       §
PETROLEUM ANALYZER CO. L.P.; PHILIP     §
RECLAMATION SERVICES, HOUSTON, LLC;     §
PHOENIX POLLUTION CONTROL &             §
ENVIRONMENTAL SERVICES, INC.; PILOT     §

5

TRAVEL CENTERS LLC; POLYMER §
CHEMISTRY INNOVATIONS, INC.; PRIDE §
AND POWER INC.; PRINTPACK, INC.; §
PROFESSIONAL AIR SYSTEMS, INC.; §
PUBLIC SANITARY WORKS, INC.; PULIDO §
TRUCKING, LP; MARTIN PULIDO §
TRUCKING INC.; RAILROAD COMMISSION §
OF TEXAS; THE RECTORSEAL CORP.; §
REGIO VACUUM SERVICE, INC.; REM §
RESEARCH GROUP, INC.; RESCAR §
COMPANIES, INC.; RIGID GLOBAL §
BUILDINGS LLC; ROBBIE D. WOOD, INC.; §
ROCKTENN CP, LLC; RONE ENGINEERING §
SERVICES, LTD.; S&K PETROLEUM §
TRANSPORTATION, INC.; S. HOLCOMB §
ENTERPRISES, INC. D/B/A HOLCOMB OIL §
RECYCLING; SPX CORP.; SACHEM, INC.; §
SCHULTZ BROS., INC.; SEA CHALLENGER §
CORP.; SEARS HOLDINGS CORPORATION; §
SEMASYS, INC.; 76 YALE; SHAWCOR PIPE §
PROTECTION, LLC; SHELL OIL CO.; §
SHELTON SERVICES INC.; SMITH SYSTEMS §
TRANSPORTATION, INC.; SOUTH §
ATLANTIC SERVICES, INC.; SOUTH BEACH §
POOLS, LLC; SOUTHERN CORE SUPPLY, §
INC.; SOUTHERN DISCOUNT VACUUM §
SERVICE; SOUTHERN TECHNOLOGIES §
SERVICES; ALLRIG INC.; SOUTHERN §
TECHNOLOGIES INC.; SOUTHWASTE §
DISPOSAL, LLC; SPARKLER FILTERS, INC.; §
SPECIALIZED MAINTENANCE SERVICES, §
INC.; SPECIALIZED WASTE SYSTEMS, INC.; §
SPECIALTY METAL FINISHING, INC.; THE §
STANLEY GROUP, INC. D/B/A KWIK KAR §
LUBE & TUNE ON BROADWAY; STAR §
TEXAS TRUCK & FABRICATION, INC.; §
STEPHEN F. AUSTIN STATE UNIVERSITY; §
STEVE WIER, INC. D/B/A WIER §
ENTERPRISES; STRIPING UNLIMITED §
CORP.; SUBURBAN PROPANE, L.P.; §
SUGARLAND PETROLEUM, INC.; SUNBELT §
RENTALS, INC.; SUNBELT STEEL TEXAS, §
INC.; SUNCOAST CHEMICALS, INC.; §
SUNDANCE FUELS, LTD.; SYNTECH §
CHEMICALS, INC.; T&L ENVIRONMENTAL §
SERVICES, INC.; TAP, INC. D/B/A BIG K §

6

ENVIRONMENTAL; TXU ENERGY RETAIL §
COMPANY LLC; TAYLOR PRESS §
PRODUCTS CO.; TENARIS COILED TUBES §
LLC; TEODORO HINOJOSA, INC. D/B/A HET §
ENVIRONMENTAL; TEX-TUBE CO.; TEXAS §
A&M UNIVERSITY; TEXAS COUPLINGS, §
L.P.; TEXAS DEPARTMENT OF CRIMINAL §
JUSTICE; TEXAS DEPARTMENT OF §
TRANSPORTATION; TEXAS GENERAL §
LAND OFFICE; WESTERN SEAFOOD CO.; §
TEXAS GREASE ACQUISITIONS, LLC D/B/A §
A-AFFORDABLE VACUUM SERVICES; §
TEXAS INTERNATIONAL BOX COMPANY & §
RENTALS, INC.; TEXAS INTERNATIONAL §
BOX CO.; TEXAS MEDICAL CENTER CORP.; §
TEXAS SOUTHERN UNIVERSITY; TEXAS §
STATE UNIVERSITY SYSTEM; TEXAS §
STERLING CONSTRUCTION CO.; TEXAS §
WATER MANAGEMENT LLC; THOMAS §
PETROLEUM, LLC; TIDEPORT §
DISTRIBUTING, INC.; TIONA TRUCK LINE, §
INC.; TOP NOTCH TRANSPORTATION, INC.; §
TOTAL SAFETY U.S., INC. D/B/A WSI; §
TRANS-GLOBAL SOLUTIONS, INC. D/B/A §
TGS; TRANSMONTAIGNE PRODUCT §
SERVICES INC.; HEIDMAR INC.; TRI-STAR §
PROTECTOR SERVICES CO.; TRIAD §
TRANSPORT, INC.; TURNECO OIL AND §
SERVICE; TURNER CO.; TYLER MD §
HOLDINGS LLC; URS CORP.; USA §
ENVIRONMENT, LP; .; GC REMEDIATION, §
LTD.; USA INDUSTRIAL SERVICES; USA §
VACUUM, LLC; USES, INC.; UNION PACIFIC §
RAILROAD CO.; UNITED ENVIRONMENTAL §
SERVICES, LLC; UNITED STATES COAST §
GUARD; UNITED STATES NAVY; §
UNIVERSITY OF HOUSTON; THE §
UNIVERSITY OF TEXAS SYSTEM; USAG §
RECYCLING, INC.; VAM USA, LLC; §
VALKYRIE COMMISSIONING SERVICES, §
INC.; VALLOUREC STAR, LP; VALLOUREC §
TUBE-ALLOY, LLC; VEOLIA ES §
INDUSTRIAL SERVICES, INC.; W. PERRY'S §
INC.; WAL-MART STORES, INC.; WATCO §
COMPANIES, LLC; WEATHERFORD U.S., §
L.P.; WENDY'S CAR WASH, LLC; WESTERN §

OILFIELDS SUPPLY CO. D/B/A RAIN FOR §
RENT; WESTERN PROPERTIES CO.; WHITE §
LION HOLDINGS, L.L.C.; XYLEM INC.; §
YWCA HOUSTON; AND ZUST BACHMEIER §
OF SWITZERLAND INC., §
§
           Defendants. §

## FIRST AMENDED COMPLAINT

For its First Amended Complaint, Plaintiff USOR Site PRP Group ("USOR Site PRP Group"), by and through counsel, alleges as follows:

## STATEMENT OF THE CASE

1. This is a civil action pursuant to the provisions of the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended, 42 U.S.C. § 9601 *et seq.* ("CERCLA") and the Texas Solid Waste Disposal Act, Tex. Health & Safety Code Ann. § 361.001 *et seq.* ("TSWDA"), for recovery of past and future response costs incurred and to be incurred by the USOR Site PRP Group for response activities undertaken and to be undertaken at the U.S. Oil Recovery Superfund Site, which consists of property located at 200 North Richey Street and 400 North Richey Street in the City of Pasadena, Harris County, Texas, as well as any area where hazardous substances that migrated from the U.S. Oil Recovery Superfund Site have come to be located (hereinafter "USOR Site").

2. The USOR Site PRP Group seeks cost recovery and contribution from each Defendant pursuant to Sections 107(a) and 113(f) of CERCLA, 42 U.S.C. §§ 9607(a) and 9613(f), and pursuant to Sections 361.343 and 361.344 of the TSWDA, Tex. Health & Safety Code Ann. §§ 361.343, 361.344, for past and future response costs which the USOR Site PRP Group has paid and may pay in the future at the USOR Site, along with a declaration as to each Defendant's liability and an allocation of past and future response costs among all parties.

3.      The USOR Site PRP Group also seeks damages on its breach-of-contract claims against Defendants Norson Services LLC, USA Environmental, LP and USAg Recycling, Inc.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over the subject matter of this action pursuant to Sections 107(a) and 113(b) of CERCLA, 42 U.S.C. §§ 9607(a) and 9613(b), providing jurisdiction over controversies arising under CERCLA; and pursuant to 28 U.S.C. § 1331, providing for jurisdiction over controversies involving federal questions of law. This Court has supplemental jurisdiction over the TSWDA and breach-of-contract claims since the federal and state law claims in this cause derive from the same set of facts.

5.      Venue is proper in this district pursuant to Sections 107(a) and 113(b) of CERCLA, 42 U.S.C. §§ 9607(a) and 9613(b); 28 U.S.C.§§ 1391(b) and (c); and Section 361.344 of the TSWDA, Tex. Health & Safety Code Ann. § 361.344, because the release or threatened release of hazardous substances occurred at or from the USOR Site located in this judicial district and in Harris County.

## ALLEGATIONS COMMON TO ALL CLAIMS

6.      The USOR Site encompasses approximately 18 acres and consists of two separate properties located at the former U.S. Oil Recovery facility at 400 N. Richey Street and the MCC Recycling facility at 200 N. Richey Street, respectively, in the City of Pasadena, Harris County, Texas. The 200 N. Richey Street property was a former sewage treatment plant owned by Defendant City of Pasadena, Texas from approximately 1944 until it was acquired by U.S. Oil Recovery in January 2009.

7.      Throughout its operating life, the U.S. Oil Recovery facility portion of the USOR Site received and performed wastewater pretreatment of municipal and Industrial Class I and

9

Class II wastewater, characteristically hazardous waste, used oil and oily sludges, and municipal solid waste. Associated operations were conducted at the MCC Recycling facility portion of the USOR Site after it was acquired by U.S. Oil Recovery from the City of Pasadena in January 2009.

8.     U.S. Oil Recovery kept track of materials that were brought to the USOR Site through hazardous waste manifests and invoices (hereinafter collectively "USOR Site Records").

9.     The USOR Site property was abandoned by the owners and operators in June 2010. In July 2010, a State court appointed a Receiver with legal custody and control over the USOR Site. Among other things, the Receiver's role is to assist the USOR Site PRP Group in its performance of EPA-approved response actions at the USOR Site.

10.     On July 1, 2010, the Texas Commission on Environmental Quality ("TCEQ") and Harris County Public Health and Environmental Services ("HCPHES") contacted the National Response Center ("NRC") and U.S. Environmental Protection Agency ("EPA") hotlines requesting assistance in stabilizing the Site and managing a large volume of hazardous substances and waste in preparation for a significant weather season, based on the historical USOR Site knowledge and the near proximity to Vince Bayou.

11.     As of July 2010, the U.S. Oil Recovery facility portion of the USOR site included 225 (25 cubic yard) roll-off containers; approximately 797 (55 gallon) drums; approximately 212 (300 to 400 gallon) totes; approximately 24 (1,000 to 30,000 gallon) above-ground storage tanks ("ASTs") in varying degrees of operability outside on the north end of the facility with secondary containments; an approximate 300,000 gallon capacity dual cell bioreactor in poor condition located in the northwest side of the U.S. Oil Recovery facility portion with approximately 3 to 4 feet of material (liquids, sludge and solids) and structural damage

10

(reportedly from March-April 2009); 2 (20,000 gallon) frac tanks in good condition; a large full retention pond on the west side of the U.S. Oil Recovery facility portion; and a parking lot with standing waster between the office and the warehouse.

12. The MCC facility portion of the USOR Site was operated out of the U.S. Oil Recovery facility portion, but is located on both sides of Vince Bayou just southeast across the railroad tracks from the U.S. Oil Recovery facility. As of July 2010, the northeast section of the MCC facility portion consisted of 2 clarifiers, 2 oxygen digestors, an oxygen activation sludge unit, an oxygen plant, a chlorination building, a lift station, a gravity thickener, an aerobic digester, a belt filter press building, a pump control room, and a chlorine contact tank (basin/concrete containment area). As of July 2010, the southwest section of the MCC facility portion consisted of a high-rate trickling filter, an oil-water separator, a primary clarifier, a final clarifier, and 2 lift stations.

13. EPA conducted three emergency response actions at the USOR Site in July 2010, November 2010 and January 2011, respectively.

14. EPA and its contractors performed preliminary assessments at the USOR Site on July 2, 2010, November 9, 2010 and January 25, 2011. These preliminary assessments identified and observed the historic an ongoing release of hazardous substances from the USOR Site property, both at the U.S Oil Recovery facility and the MCC facility portions of the USOR Site.

15. On July 2, 2010, EPA activated Emergency Rapid Response Services ("ERRS") contractors to the USOR Site to contain off-site migration, mitigate the threat, and stabilize the USOR Site. Containment actions included placement of booms and absorbent pads, use of pumps and 13 frac tanks, and establishing temporary staging areas for warehouse drums and totes following segregation. Mitigation actions included dropping containment content elevations

to below overflow threat levels creating free-board or emptying completely, drum over-packing, drum and tote sampling and assessing by filed hazards characterization analysis, drum and tote segregating and marking, securing roll-off containers (with tarps, bows, or poles as needed), and securing perimeter fencing (repaired section of damaged fence and replaced missing locks).

16.     Contaminated liquids at the USOR Site that accumulated from overflowing roll-off containers, containments, secondary containments, the retention pond, unloading bays, leaking drums and totes, and the parking lot were shipped off-site and disposed of at the Inter Gulf Corporation facility in Pasadena, Texas. The total volume of contaminated liquids removed from the USOR Site during EPA's three emergency response actions was approximately 833,500 gallons. Some of the liquids were neutralized to bring the pH above 2.0 for disposal facility acceptance. Drums and totes inside the warehouse were marked according to field hazard characterization analyses, segregated, over-packed if necessary, and staged according to hazard class.

17.     On November 8, 2010, the EPA On Scene Coordinator ("OSC") was contacted by TCEQ and requested additional response assistance at the USOR Site to manage USOR Site runoff of contaminated storm water. EPA activated ERRS contractors and Superfund Technical Assessment and Response Team ("START-3") contractors to mobilize to the USOR Site, contain off-site migration, mitigate the threat, and stabilize the USOR Site. Containment actions included placement of booms and absorbent pads, use of pumps and vacuum trucks, and shipment of liquids for disposal/fuels blending. Mitigation actions included dropping containment content elevations to below overflow threat levels creating free-board or emptying completely, drum and tote management, and containment spray wash where needed or practical. Stabilization actions

12

included reassessing and mitigating any potential threats at the U.S. Oil Recovery facility and MCC facility portions of the USOR Site, respectively.

18.     Contaminated liquids that accumulated from overflowing containments, secondary containments, unloading bays, leaking drums and totes, and the parking lot were shipped off-site and disposed of at the Inter Gulf Corporation facility in Pasadena, Texas. Some of the liquids were neutralized to bring the pH above 2.0 for disposal facility acceptance. Some liquids received treatment to address significant hydrogen sulfide levels prior to disposal facility acceptance. Drums and totes inside the warehouse were managed to continue appropriate segregation and containment. Containments and secondary containments that were open to the elements were emptied of liquids and sludges to minimize future overflow and off-site contamination. Sludges were sampled, transported and disposed of accordingly at the Waste Management facility in Conroe, Texas and the U.S. Ecology facility in Robstown, Texas, respectively.

19.     During EPA's emergency response actions at the USOR Site, hazardous substances were detected at and around the USOR Site. Acetone was detected at 1,390 and 1,400 µg/L in samples collected from two uncontrolled releases at the MCC facility portion of the USOR Site, which were draining directly into Vince Bayou. Acetone was also detected in the water sample collected from the top 12 inches of water in the retention pond. Benzene was detected at 18.9 and 46.4 µg/L in samples collected from two uncontrolled releases at the MCC facility portion of the USOR Site, which were draining directly into Vince Bayou. Benzene was also detected at 3.75 mg/L in a sludge sample collected from an AST in the north tank farm at the U.S. Oil Recovery facility portion of the USOR Site. Ethyl benzene was detected at 57.5 and 757 µg/L in samples collected from two uncontrolled releases at eh MCC facility portion of the

13

USOR Site, which were draining directly into Vince Bayou. Toluene was detected at 70 and 258 µg/L in samples collected from two uncontrolled releases at the MCC facility portion of the USOR Site, which were draining directly into Vince Bayou. Xylenes were detected at 426 and 4,320 µg/L in samples collected from two uncontrolled releases at the MCC facility portion of the USOR Site, which were draining directly into Vince Bayou. Methyl ethyl ketone was detected at 203 and 198 µg/L in samples collected from two uncontrolled releases at the MCC facility portion of the USOR Site, which were draining directly into Vince Bayou. Methyl ethyl ketone was also detected at 0.695 mg/L in a sludge sample collected from an AST in the north tank farm at the U.S. Oil Recovery facility portion of the USOR Site. Hydrogen sulfide was detected as high as 1,000 ppm in the liquids recovered from the north tank farm at the U.S. Oil Recovery facility portion of the USOR Site. Sodium hydroxide was detected in an above-ground poly-tank at the U.S. Oil Recovery facility portion of the USOR Site.

20.     On August 25, 2011, several potentially responsible parties ("PRPs"), including members of the USOR Site PRP Group, entered into an "Administrative Settlement Agreement and Order on Consent for Removal Action," CERCLA Docket No. 06-10-11 ("Removal Action AOC") with EPA to perform specified remaining time-critical removal action activities at the USOR Site, which activities are not yet completed.

21.     The Removal Action AOC also requires members of the USOR Site PRP Group to pay future response costs incurred by EPA at the USOR Site after the effective date of the Removal Action AOC (August 25, 2011), which are not inconsistent with the National Oil and Hazardous Substances Pollution Contingency Plan promulgated pursuant to Section 105 of CERCLA, 42 U.S.C. § 9605, codified at 40 C.F.R. Part 300, and any amendments thereto ("NCP").

22.     To date, the removal action activities conducted by the USOR Site PRP Group under the Removal Action AOC include: (1) USOR Site security and video monitoring; (2) regular inspections of the USOR Site; (3) pump down/removal of liquids as necessary to prevent releases from containment areas; (4) removal/disposal of sludges and liquids from two frac tanks and 185 roll-off containers that are on-site; (5) removal/disposal of liquids, sludges and PVC piping from the bioreactor located on the U.S. Oil Recovery facility portion of the USOR Site; (6) demolition of the bioreactor; and (7) removal of concrete/steel bioreactor demolition debris. As part of these efforts, the USOR Site PRP Group has removed and transported off-site approximately 1,500,000 gallons of liquids and 2,300 tons of sludges.

23.     As part of the Removal Action AOC efforts, the USOR Site PRP Group has also completed the assessment of approximately 1,100 containers (drums and totes) from within the warehouse and other areas on the U.S Oil Recovery facility portion of the USOR Site. Following receipt of analytical data for sample collected from these containers, a plan for removal and off-site disposal of the containers and their contents was developed and implemented.

24.     As part of the Removal Action AOC efforts, the USOR Site PRP Group also sampled, characterized and removed the contents of approximately 30 ASTs located on within the tank farm at the USOR Site. Additional removal actions are anticipated to be performed, or as USOR Site conditions warrant action, consistent with the requirements of the Removal Action AOC.

25.     On May 14, 2015, several potentially responsible parties ("PRPs"), including members of the USOR Site PRP Group, entered into an "Administrative Settlement Agreement and Order on Consent for Remedial Investigation/Feasibility Study," CERCLA Docket No. 06-

03-15 ("AOI-1 RI/FS AOC") with EPA to perform a Remedial Investigation/Feasibility Study on the 400 N. Richey Street portion of at the USOR Site, which activities are not yet completed.

26.	Through June 2015, the USOR Site PRP Group has incurred over $7,825,000 in response costs at the USOR Site to perform the response cost activities required by the Removal Action AOC and AOI-1 RI/FS AOC.

27.	The USOR Site PRP Group will continue to incur response costs to perform the removal action activities required by the Removal Action AOC and AOI-1 RI/FS AOC.

28.	In addition, the USOR Site PRP Group has voluntarily incurred other response costs, including consultant and attorney's fees and expenses to search for other PRPs associated with the USOR Site, and other consultant and attorney's fees and expenses that are closely tied to the response actions at the USOR Site, which the USOR Site PRP Group is also entitled to recover against parties liable under CERCLA and/or the TSWDA.

29.	The USOR Site PRP Group will continue to incur millions of dollars in response costs to conduct response actions at the USOR Site required by EPA and/or the State of Texas.

## THE PARTIES

30.	The USOR Site PRP Group consists of the following entities in their own right, and as assignees of all entities who have or will assign their CERCLA and TSWDA cost-recovery and contribution rights to the USOR Site PRP Group: Air Products and Chemicals, Inc.; Air Products LLC, as successor in interest to Air Products, L.P.; Akzo Nobel Functional Chemicals LLC, as successor to Akzo Nobel Polymer Chemicals LLC; Allied Petrochemical, LLC; American Acryl L.P.; American Spring Wire Corporation; American Valve & Hydrant Mfg. Company; Andrews Transport, L.P.; Ashland Inc.; Baker Petrolite Corporation; Baker Hughes Oilfield Operations, Inc. ; BASF Corporation ; Blentech Corporation; BNSF Railway

16

Company; BP Products North America Inc.; BP Amoco Chemical Company, for and on behalf of BP Solvay Polyethelyne ; CenterPoint Energy Houston Electric LLC; Channel Shipyard Company Inc.; Clean Harbors San Leon, Inc. f/k/a/ DuraTherm, Inc.; Cray Valley U.S.A., LLC f/k/a Sartomer Company, Inc.; Crown, Cork & Seal Inc.; DCP Midstream, LP, on behalf of DCP Southeast Texas Plants LLC f/k/a Raywood Gas Plant, LLC; Dana Container, Inc.; Domco Products Texas Inc. ; The Dow Chemical Company; Ecolab Inc.; Effective Environmental, Inc.; Enable Pipeline Services, LLC (formerly CenterPoint Energy Pipeline Services); Ensource Corporation; Enterprise Products Operating LLC on behalf of Enterprise Products Operating, LLC, Enterprise Refined Products Company, LLC, Enterprise TE Products Pipeline Company, LLC, fka TEPPCO, and Enterprise Transportation Company; Ethyl Corporation; Evonik Oil Additives, USA, Inc. (f/k/a Evonik RohMax USA, Inc.); Explorer Pipeline Company; FMC Technologies, Inc.; Fort Bend Regional Landfill, L.P. by Waste Corporation, L.P., its sole general partner; Garner Environmental Services, Inc.; GATX Corporation; General Dynamics Ordnance and Tactical Systems, Inc.; General Electric Company ; Groendyke Transport, Inc.; Hexion Inc. f/k/a Momentive Specialty Chemicals Inc. ; Houston Pipe Line Company LP; Hydrocarbon Resource Recovery, L.L.C.; INEOS Polyethylene NA ; Innovene Polymers Inc.; Innovene Polyethylene N.A.; InkJet, Inc.; Keith, Inc.; Kern-Liebers Texas, Inc.; KMCO, LLP; KMTEX, LTD.; LBC Houston, L.P.; Leedo Manufacturing; Louisiana-Pacific Corporation; The Lubrizol Corporation; Magellan Terminals Holdings, L.P.; Marathon Petroleum Company LP; MEMC Pasadena, Inc.; Miller Transporters, Inc.; Mitsubishi Caterpillar Forklift America Inc.; Norman Transport, Inc.; National Oilwell Varco LP on behalf of National Oilwell Varco, L.P., Andersgauge USA Inc., Grant Prideco LP, Turboscope, Varco Shaffer, T-3 Energy, Pipeline Valve Specialty, R&M Energy Systems, NOV and Robbins & Myers Energy Systems LP;

17

ONEOK Hydrocarbon Southwest, L.L.C.; O'Rourke Dist. Co., Inc. d/b/a/ Select Environmental; PLT3 Liabilities Holdings, L.P. f/k/a Oxid, L.P.; Pilot Industries of Texas; Powell Industries, Inc.; Powell Electrical Systems, Inc. successor to Powell Electrical Manufacturing Company; Progressive Waste Solutions of TX, Inc.; Quala Systems, Inc. for itself and as the indemnitor of Qualawash Holdings, LLC; Safety Kleen Systems, Inc.; Schlumberger Technology Corporation; Schneider National Bulk Carriers, Inc.; South Coast Terminals LP; Southwest Shipyard, L.P.; Stolt-Nielsen USA Inc.; Styrolution America LLC f/k/a INEOS NOVA LLC and f/k/a INEOS Styrenics LLC; Sun Coast Resources, Inc.; The Sun Products Corporation; Superior Packaging & Distribution, L.P.; Targa Downstream LLC; Targa Midstream Services LLC (f/k/a Dynegy Midstream Services, L.P.); Texas Barge & Boat, Inc.; Texas Oil and Gathering, Inc.; Texas Tile Manufacturing LLC; Texas United Pipe; Texmark Chemicals, Inc.; TPC Group, LLC ; Trimac Transportation Inc. f/k/a Trimac Transportation South Inc.; TT Barge Services Mile 237, LLC; TT Barge Cleaning Mile 183, Inc.; United Airlines, Inc.; United States Steel Corporation; Valero Marketing & Supply Co.; Valero Refining Company – Texas, LP; Valero-Terminaling & Distribution Co.; Vopak Logistics Services USA, Inc. on its own behalf and on behalf of Vopak Terminals Galena Park, Inc.; Walbar, Inc. d/b/a Engine Components Goodrich Corporation; Waste Management of Texas, Inc., on behalf of itself, USA Waste of Texas Landfill, Inc., Cougar Landfill, Inc. and S&J Landfill Limited Partnership; Weatherford U.S., L.P., as predecessor in interest of P Chem, Inc.; Western Waste of Texas, LLC; and West Texas Drum Company.

31.     According to USOR Site Records, in at least February 2006 year, Defendant A-1 Smith's Septic Service, Inc. ("A-1 Septic") accepted at least 3,000 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by A-1 Septic.

18

32.     The waste streams transported by A-1 Septic are described on USOR Site Records as "grease" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

33.     The waste streams A-1 Septic transported to the USOR Site were generated by Brookwood Community and Sams Club.

34.     The waste streams transported to the USOR Site by A-1 Septic fall within the definition of "solid waste" under the TSWDA.

35.     By letter dated December 5, 2013, the USOR Site PRP Group notified A-1 Septic of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered A-1 Septic the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

36.     To date, A-1 Septic has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

37.     According to USOR Site Records, in at least January 2004, Defendant A-Bear Construction, Inc. ("A-Bear Construction") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 110 gallons of waste containing hazardous substances owned or possessed by A-Bear Construction, at the USOR Site.

38.     The waste streams generated by A-Bear Construction are described on USOR Site Records as "2 drums" and "org [sic]" and contained some or all of the following hazardous substances: acetone, asbestos, benzo(a)anthracene, benzo(a)pyrene, cadmium, chromium,

19

copper, cresol, dichloroethylene, fluorene, lead, methyl ethyl ketone, methylene chloride, nickel, phenanthrene, tin, toluene, trichloroethane, trichloroethylene and/or zinc.

39.    On certain occasions, A-Bear Construction arranged with transporter Oil Mop, LLC to transport A-Bear Construction's waste streams to the USOR Site.

40.    The waste streams generated by A-Bear Construction fall within the definition of "solid waste" under the TSWDA.

41.    To date, A-Bear Construction has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

42.    According to USOR Site Records, from at least October 2005 to February 2006, Defendant A-Vac Septic Service, L.L.C. ("A-Vac Septic") accepted for transport to the USOR Site, which was selected by A-Vac Septic, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by A-Vac Septic, at least 6,785 gallons of waste containing hazardous substances at the USOR Site.

43.    The waste streams generated by and/or transported by A-Vac Septic are described on USOR Site Records as "grease" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

44.    On certain occasions, A-Vac Septic transported its own waste streams to the USOR Site.

45.    The waste streams generated by A-Vac Septic and/or transported to the USOR Site by A-Vac Septic fall within the definition of "solid waste" under the TSWDA.

20

46.     By letter dated December 5, 2013, the USOR Site PRP Group notified A-Vac Septic of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered A-Vac Septic the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

47.     To date, A-Vac Septic has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

48.     According to USOR Site Records, from at least April 2004 to May 2005 Defendant AAA Cooper Transportation, Inc. ("AAA Cooper") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,211 gallons of waste containing hazardous substances owned or possessed by, at the USOR Site.

49.     The waste streams generated by AAA Cooper were RCRA hazardous waste described on USOR Site Records as "waste diesel mix w/sorbant [sic]" and "hazardous waste liquid, N.O.S. 9, NA3082, III."

50.     The waste streams generated by AAA Cooper are also described on USOR Site Records as "oily drums" and "organic" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

51.     On certain occasions, AAA Cooper arranged with transporter Bealine Service Co., Inc., Envirogistics, Garner, Milstead Environmental, LLC and Defendant USA Environment, LP to transport AAA Cooper's waste streams to the USOR Site.

21

52.     The waste streams generated by AAA Cooper fall within the definition of "solid waste" under the TSWDA.

53.     By letter dated December 5, 2013, the USOR Site PRP Group notified AAA Cooper of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered AAA Cooper the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

54.     To date, AAA Cooper has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

55.     According to USOR Site Records, in at least June 2004, Defendant AAR Inc. ("AAR") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,000 gallons of waste containing hazardous substances owned or possessed by AAR, at the USOR Site.

56.     The waste streams generated by AAR are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

57.     On certain occasions, AAR arranged with transporters A-Affordable Vacuum Services and Everready Environmental to transport AAR's waste streams to the USOR Site.

58.     The waste streams generated by AAR fall within the definition of "solid waste" under the TSWDA.

59.     By letter dated December 5, 2013, the USOR Site PRP Group notified AAR of the existence of the release or threatened release of hazardous substances at the USOR Site, and

22

that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered AAR the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

60.     To date, AAR has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

61.     According to USOR Site Records, in at least July 2004, Defendant ABB Inc. ("ABB") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,500 gallons of waste containing hazardous substances owned or possessed by ABB, at the USOR Site.

62.     On certain occasions, ABB arranged with transporter Defendant Specialized Maintenance Services, Inc. to transport ABB's waste streams to the USOR Site.

63.     The waste streams generated by ABB fall within the definition of "solid waste" under the TSWDA.

64.     To date, ABB has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

65.     According to USOR Site Records, from at least December 2002 through at least October 2003, Defendant Advanced Disposal Systems, Inc. ("Advanced Disposal") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,530 gallons of waste containing hazardous substances owned or possessed by Advanced Disposal, at the USOR Site.

66.     The waste streams Advanced Disposal arranged for disposal are described on USOR Site Records as "oily water" and contained some or all of the following hazardous

substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methylene chloride, methyl ethyl ketone, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

67.    The waste streams Advanced Disposal arranged for disposal at the USOR Site were generated by Galveston County Transit and Galveston Island Transit.

68.    The waste streams arranged for disposal at the USOR Site by Advanced Disposal fall within the definition of "solid waste" under the TSWDA.

69.    By letter dated December 5, 2013, the USOR Site PRP Group notified Advanced Disposal of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Advanced Disposal the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

70.    To date, Advanced Disposal has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

71.    According to USOR Site Records, in at least April 2004, Defendant The Advent Group, LLC ("Advent Group") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 55 gallons of waste containing hazardous substances owned or possessed by Advent Group, at the USOR Site.

72.    The waste streams generated by Advent Group are described on USOR Site Records as "organic" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

73.     On certain occasions, Advent Group arranged with transporter Defendant Specialized Maintenance Services, Inc. to transport Advent Group's waste streams to the USOR Site.

74.     The waste streams transported to the USOR Site by Advent Group fall within the definition of "solid waste" under the TSWDA.

75.     By letter dated December 5, 2013, the USOR Site PRP Group notified Advent Group of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Advent Group the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

76.     To date, Advent Group has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

77.     Defendant Affordable Environmental Service LLC ("Affordable Environmental") is the successor to and/or is also known as Affordable Environmental Solutions ("Affordable Environmental Solutions").

78.     According to USOR Site Records, from at least October 2003 to September 2005 Defendant Affordable Environmental Solutions accepted for transport to the USOR Site, which was selected by Affordable Environmental Solutions, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Affordable Environmental Solutions, at least 41,443 gallons of waste containing hazardous substances at the USOR Site.

79.     The waste streams generated by Affordable Environmental Solutions are described on USOR Site Records as "dril quip [sic]," "drilling mud," "grease," "grease trap,"

25

"grit," "grit trap," "lint trap," "oily water" and "waste water holding tank (non-hazard)," and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

80. On certain occasions, Affordable Environmental Solutions transported its own waste streams to the USOR Site.

81. The waste streams Affordable Environmental Solutions transported to the USOR Site were generated by Defendant AAR Inc., Dril Quip and Kings Car Wash.

82. The waste streams generated by Affordable Environmental Solutions and/or transported to the USOR Site by Affordable Environmental Solutions fall within the definition of "solid waste" under the TSWDA.

83. By letter dated December 5, 2013, the USOR Site PRP Group notified Affordable Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Affordable Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

84. To date, Affordable Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

85. According to USOR Site Records, from at least July 2004 to December 2008, Defendant Alamo Environmental, Inc. ("Alamo Environmental") accepted for transport to the USOR Site, which was selected by Alamo Environmental, and/or by contract, agreement, or

otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Alamo Environmental, at least 513,156 gallons of waste containing hazardous substances at the USOR Site,.

86.     The waste streams transported by Alamo Environmental were RCRA hazardous waste described on USOR Site Records as "aqueous waste with low other toxics (aqueous waste water)" and "waste, toxic liquid, organic, NOS (RQ, phenol, formaldehyde) 6.1, UN3287, 1."

87.     The waste streams generated by Alamo Environmental are also described on USOR Site Records as "non DOT regulated material (drilling mud)," "fuel oil," "non DOT regulated material (oil and water emulsion) universal waste," "non DOT regulated material (rainwater)," "oil," "oil and water emulsion," "oily," "oily water," "organic," "other aqueous waste or wastewater (scrubber water)," "used oil," "used oil fuel" and "used oil for recycle" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

88.     The waste streams Alamo Environmental transported to the USOR Site were generated by Alamo Petroleum, General Dynamics, General Dynamics Mfg. – Garland, Hexion Specialty Chemicals, Inc., Schlumberger Tech – Cameron, and Schlumberger Technology Co.

89.     The waste streams transported to the USOR Site by Alamo Environmental fall within the definition of "solid waste" under the TSWDA.

90.     To date, Alamo Environmental has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

91.     According to USOR Site Records, from at least April 2004 to February 2006, Defendant Alcoa Inc. ("Alcoa") by contract, agreement, or otherwise arranged for disposal or

27

treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 43,764 gallons of waste containing hazardous substances owned or possessed by Alcoa, at the USOR Site.

92.     The waste streams generated by Alcoa are described on USOR Site Records as "60% oil," "non DOT regulated material (oily water)," "non DOT regulated material (used oil)," "non DOT regulated material water (98%) & heat stabilizer)," "oily," "organic," "water with heat stabilizer," and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

93.     On certain occasions, Alcoa transported its own waste streams to the USOR Site.

94.     On other occasions, Alcoa arranged with transporters Defendant Coal City Cob Co., Inc. and Defendant Eagle Construction and Environmental Services, LLC to transport Alcoa's waste streams to the USOR Site.

95.     The waste streams generated by Alcoa and/or transported to the USOR Site by Alcoa fall within the definition of "solid waste" under the TSWDA.

96.     By letter dated December 5, 2013, the USOR Site PRP Group notified Alcoa of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Alcoa the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

97.     To date, Alcoa has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

28

98. According to USOR Site Records, from at least October 2006 to January 2009, Defendant Alliance Pastex, LLC ("Alliance Pastex") accepted for transport to the USOR Site, which was selected by Alliance Pastex, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 100,530 gallons of waste containing hazardous substances owned or possessed by Alliance Pastex, at the USOR Site.

99. The waste streams generated by and/or transported by Alliance Pastex are described on USOR Site Records as "EPA & DOT Non Regulated Material," "non DOT regulated material (aqueous oilfield chemicals)," and "non hazardous aqueous oilfield chemicals" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichlorobenzene, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, , trichloroethylene, vinyl chloride, xylenes and/or zinc.

100. On certain occasions, Alliance Pastex transported its own waste streams to the USOR Site.

101. On other occasions, Alliance Pastex also arranged with transporters ADL Pasadena, Defendant H2O Industrial Services, LLC and U.S. Oil Recovery to transport Alliance Pastex's waste streams to the USOR Site.

102. The waste streams generated by Alliance Pastex and/or transported to the USOR Site by Alliance Pastex fall within the definition of "solid waste" under the TSWDA.

103. By letter dated December 5, 2013, the USOR Site PRP Group notified Alliance Pastex of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

29

threatened release of hazardous substances at the USOR Site; and offered Alliance Pastex the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

104.    To date, Alliance Pastex has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

105.    According to USOR Site Records, from at least January 2005 December 2005 to Defendant Alliance Processors, Inc. ("Alliance Processors") accepted for transport to the USOR Site, which was selected by Alliance Processors, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Alliance Processors, at least 97,500 gallons of waste containing hazardous substances at the USOR Site.

106.    The waste streams generated by and/or transported by Alliance Processors are described on USOR Site Records as "grease," "oily water," "organic," and "yellow grease" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

107.    On certain occasions, Alliance Processors transported its own waste streams to the USOR Site.

108.    On other occasions, Alliance Processors arranged with transporters Allied Grease Services, G. Recyclers, and Defendant Regio Vacuum Service, Inc. to transport Alliance Processors's waste streams to the USOR Site.

109.    The waste streams generated by Alliance Processors and/or transported to the USOR Site by Alliance Processors fall within the definition of "solid waste" under the TSWDA.

30

110.   By letter dated December 5, 2013, the USOR Site PRP Group notified Alliance Processors of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Alliance Processors the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

111.   To date, Alliance Processors has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

112.   According to USOR Site Records, from at least February 2007 to June 2007, Defendant Alternative Waste Solutions, Inc. ("Alternative Waste") accepted at least 24,259 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Alternative Waste.

113.   The waste streams transported by Alternative Waste are described on USOR Site Records as "asphalt tank bottoms" and "tank bottom wash water," and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

114.   The waste streams Alternative Waste transported to the USOR Site were generated by Valero, St. James, LA and Valero Marketing.

115.   The waste streams transported to the USOR Site by Alternative Waste fall within the definition of "solid waste" under the TSWDA.

116.   By letter dated December 5, 2013, the USOR Site PRP Group notified Alternative Waste of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

31

threatened release of hazardous substances at the USOR Site; and offered Alternative Waste the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

117. To date, Alternative Waste has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

118. According to USOR Site Records, in at least May 2007, Defendant AMOT Controls Corp. ("AMOT") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 240 gallons of waste containing hazardous substances owned or possessed by AMOT, at the USOR Site.

119. The waste streams generated by AMOT are described on USOR Site Records as "non RCRA, non-hazardous (polishing rinsewater)" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

120. On certain occasions, AMOT arranged with transporter Defendant Top Notch Transportation, Inc. to transport AMOT's waste streams to the USOR Site.

121. The waste streams generated by AMOT fall within the definition of "solid waste" under the TSWDA.

122. By letter dated December 5, 2013, the USOR Site PRP Group notified AMOT of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered AMOT the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

32

123.   To date, AMOT has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

124.   According to USOR Site Records, from at least November 2003 to March 2004, Defendant Amrep, Inc. ("Amrep") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 38,400 gallons of waste containing hazardous substances owned or possessed by Amrep, at the USOR Site.

125.   The waste generated by Amrep is described on USOR Site Records as "non DOT regulated material (non hazardous water flush)," "non DOT regulated material (water with surfactant)" and "organic" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, lead, methyl ethyl ketone, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes and zinc.

126.   On certain occasions, Amrep arranged with transporters Defendant Coal City Cob Co., Inc. and Defendant Triad Transport, Inc. to transport Amrep's waste streams to the USOR Site.

127.   The waste streams generated by Amrep fall within the definition of "solid waste" under the TSWDA.

128.   By letter dated December 5, 2013, the USOR Site PRP Group notified Amrep of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Amrep the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

33

129.    To date, Amrep has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

130.    According to USOR Site Records, from at least July 2004 to April 2005 Defendant Anderson Pollution Control, Inc. ("Anderson Pollution") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 143,300 gallons of waste containing hazardous substances owned or possessed by Anderson Pollution, at the USOR Site.

131.    The waste streams arranged for disposal by Anderson Pollution were RCRA hazardous waste described on USOR Site Records as "class 1" and "non haz solids Class 1 [sic]."

132.    The waste streams Anderson Pollution arranged for disposal at the USOR Site were generated by U.S. Oil Recovery.

133.    The waste streams arranged for disposal at the USOR Site by Anderson Pollution fall within the definition of "solid waste" under the TSWDA.

134.    By letter dated December 5, 2013, the USOR Site PRP Group notified Anderson Pollution of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Anderson Pollution the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

135.    To date, Anderson Pollution has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

136.    According to USOR Site Records, from at least February 2007 to March 2007, Defendant Apache Services, Inc. ("Apache Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 7,500 gallons of waste containing hazardous substances owned or possessed by Apache Services, at the USOR Site.

137.    The waste streams generated by Apache Services are described on USOR Site Records as "water mixed with mud from sheetrock" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, lead, methyl ethyl ketone, methylene chloride, and/or zinc.

138.    On certain occasions, Apache Services arranged with transporter Defendant Phoenix Pollution Control & Environmental Services, Inc. to transport Apache Services' waste streams to the USOR Site.

139.    The waste streams generated by Apache Services fall within the definition of "solid waste" under the TSWDA.

140.    By letter dated December 5, 2013, the USOR Site PRP Group notified Apache Services of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Apache Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

141.    To date, Apache Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

35

142. According to USOR Site Records, in at least March 2008, Defendant Apple Auto Repair & Body Shop ("Apple Auto") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 100 gallons of waste containing hazardous substances owned or possessed by Apple Auto, at the USOR Site.

143. The waste streams generated by Apple Auto are described on USOR Site Records as "non-haz storm water clean out [sic]" and contained some or all of the following hazardous substances: acetone, chromium, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

144. On certain occasions, Apple Auto arranged with transporter Defendant Lighthouse Environmental Services, Inc. to transport Apple Auto's waste streams to the USOR Site.

145. The waste streams generated by Apple Auto fall within the definition of "solid waste" under the TSWDA.

146. By letter dated December 5, 2013, the USOR Site PRP Group notified Apple Auto of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Apple Auto the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

147. To date, Apple Auto has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

148. According to USOR Site Records, in at least September 2005, Defendant Approved Oil Services LLC ("Approved Oil") accepted for transport to the USOR Site, which

36

was selected by Approved Oil, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Approved Oil, at least 18,450 gallons of waste containing hazardous substances at the USOR Site.

149.    The waste streams generated by and/or transported by Approved Oil are described on USOR Site Records as "used oil fuel" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

150.    On certain occasions, Approved Oil transported its own waste streams to the USOR Site.

151.    The waste streams generated by Approved Oil and/or transported to the USOR Site by Approved Oil fall within the definition of "solid waste" under the TSWDA.

152.    By letter dated December 5, 2013, the USOR Site PRP Group notified Approved Oil of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Approved Oil the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

153.    To date, Approved Oil has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

154.    According to USOR Site Records, from at least December 2004 to February 2009 Defendant Aqua Solutions, Inc. ("Aqua Solutions") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or

37

treatment, at least 321,900 gallons of waste containing hazardous substances owned or possessed by Aqua Solutions, at the USOR Site.

155.    The waste steams generated by Aqua Solutions are described on USOR Site Records as "non hazardous waste liquid, non regul [sic]," "oil," "oily water," "organic," "process waste water" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, perchloroethylene, toluene, trichloroethane, trichloroethylene, vinyl chloride, xylenes and/or zinc.

156.    On certain occasions, Aqua Solutions arranged with transporter Defendant Bayou City Environmental Services, LP to transport Aqua Solutions' waste streams to the USOR Site.

157.    The waste streams generated by Aqua Solutions fall within the definition of "solid waste" under the TSWDA.

158.    By letter dated December 5, 2013, the USOR Site PRP Group notified Aqua Solutions of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Aqua Solutions the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

159.    To date, Aqua Solutions has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

160.    Defendant Armadillo Cleaners Inc. ("Armadillo Cleaners") is the successor to Americlean Cleaners ("Americlean").

161.    In or about December 2011, Americlean Cleaners was assumed by and changed its name to Armadillo Cleaners.

162. According to USOR Site Records, in at least January 2008, Americlean Cleaners by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 216 gallons of waste containing hazardous substances owned or possessed by Americlean Cleaners, at the USOR Site.

163. The waste streams generated by Americlean Cleaners are described on USOR Site Records as "non-RCRA non-hazardous (oily water)" and contained some or all of the following hazardous substances: perchloroethylene, toluene, trichloroethane and xylenes.

164. On certain occasions, Americlean Cleaners arranged with transporter Defendant Top Notch Transportation, Inc. to transport Americlean Cleaners' waste streams to the USOR Site.

165. The waste streams generated by Americlean Cleaners fall within the definition of "solid waste" under the TSWDA.

166. By letter dated December 5, 2013, the USOR Site PRP Group notified Americlean Cleaners of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Americlean Cleaners the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

167. To date, Armadillo Cleaners has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

168. Defendant Arnold Transportation Services, Inc. ("Arnold Transportation") is the successor to Dannie Gilder, Inc. d/b/a Gilder Inc. ("Dannie Gilder").

169. Dannie Gilder was a subsidiary of LinkAmerica Corp. ("LinkAmerica").

170.     Arnold Transportation was acquired by U.S. Xpress Enterprises ("U.S. Xpress") in or about 2008. Arnold Transportation spun off from U.S. Xpress and then merged with LinkAmerica in or about 2013.

171.     According to USOR Site Records, in at least May 2005, Dannie Gilder by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 110 gallons of waste containing hazardous substances owned or possessed by Dannie Gilder, at the USOR Site.

172.     The waste streams generated by Dannie Gilder are described on USOR Site Records as "oily drums" and "waste diesel mix w/sorbent" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

173.     On certain occasions, Dannie Gilder arranged with transporter Milstead Environmental to transport Dannie Gilder's waste streams to the USOR Site.

174.     The waste streams generated by Dannie Gilder fall within the definition of "solid waste" under the TSWDA.

175.     By letter dated December 5, 2013, the USOR Site PRP Group notified Dannie Gilder of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Dannie Gilder the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

176.     To date, Arnold Transportation has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

40

177.    According to USOR Site Records, from at least May 2008 to July 2009, Defendant Atlantic Aviation FBO, Inc. ("Atlantic Aviation FBO") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 6,700 gallons of waste containing hazardous substances owned or possessed by Atlantic Aviation FBO, at the USOR Site.

178.    The waste streams generated by Atlantic Aviation FBO were RCRA hazardous waste described on USOR Site Records as "RQ Waste flammable liquid, N.O.S. (aviation fuel), 3, UN1993, PGII."

179.    The waste streams generated by Atlantic Aviation FBO are also described on USOR Site Records as "sump water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

180.    On certain occasions, Atlantic Aviation FBO arranged with transporter Defendant Liquid Environmental Solutions of Texas, LLC to transport Atlantic Aviation FBO's waste streams to the USOR Site.

181.    The waste streams generated by Atlantic Aviation FBO fall within the definition of "solid waste" under the TSWDA.

182.    By letter dated December 5, 2013, the USOR Site PRP Group notified Atlantic Aviation FBO of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Atlantic Aviation FBO the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

183.    To date, Atlantic Aviation FBO has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

184.    According to USOR Site Records, from at least February 2008 to March 2009, Defendant AutoCheck Nine ("AutoCheck") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 120 gallons of waste containing hazardous substances owned or possessed by AutoCheck, at the USOR Site.

185.    The waste streams generated by AutoCheck are described on USOR Site Records as "non RCRA non-hazardous (petroleum dirt)" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

186.    On certain occasions, AutoCheck arranged with transporters Texas Waste Carriers and Defendant Top Notch Transportation, Inc. to transport AutoCheck's waste streams to the USOR Site.

187.    The waste streams generated by AutoCheck fall within the definition of "solid waste" under the TSWDA.

188.    By letter dated December 5, 2013, the USOR Site PRP Group notified AutoCheck of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered AutoCheck the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

189.    To date, AutoCheck has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

190.    According to USOR Site Records, from at least December 2003 to at least July 2007, Defendant Axys Industrial Solutions, Inc. ("Axys") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 917,667 gallons of waste containing hazardous substances owned or possessed by Axys, at the USOR Site.

191.    The waste streams transported by Axys were RCRA hazardous waste described on USOR Site Records as "RQ, Waste, Flammable liquid, N.O.S., 3, UN 1993, PGII (Isopropanol, Aramatic Naptha) [sic]."

192.    The waste streams Axys arranged for disposal are also described on USOR Site Records as: "boiler water," "non regulated non hazardous plant waste water," "oily," "oily water" and "organic" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

193.    The waste streams Axys arranged for disposal at the USOR Site were generated by Champion Technologies, KMCO, Massey Industries and Safe Fuels.

194.    The waste streams arranged for disposal at the USOR Site by Axys fall within the definition of "solid waste" under the TSWDA.

195.    By letter dated June 4, 2014, the USOR Site PRP Group notified Axys of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of

43

hazardous substances at the USOR Site; and offered Axys the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

196.    To date, Axys has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

197.    According to USOR Site Records, from at least April 2005 to May 2005, Defendant BSMP Inc. ("BSMP") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 78,730 gallons of waste containing hazardous substances owned or possessed by BSMP, at the USOR Site.

198.    The waste streams generated by BSMP are described on USOR Site Records as "oil," "oily," "oily dirt" and "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

199.    On certain occasions, BSMP arranged with transporters Garner Environmental, Defendant Bealine Service Co., Inc., Milstead Environmental and Defendant Regio Vacuum Service, Inc. to transport BSMP's waste streams to the USOR Site.

200.    The waste streams generated by BSMP fall within the definition of "solid waste" under the TSWDA.

201.    To date, BSMP has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

202.    Defendant BAE Systems Tactical Vehicle Systems LP ("BAE Systems Tactical") is the successor to and/or formerly known as Stewart & Stevenson Tactical Vehicle Systems, LP ("Stewart & Stevenson Tactical").

203. Stewart & Stevenson Tactical was a Delaware corporation originally formed in 2000 and was a subsidiary of Stewart & Stevenson Services Inc. ("Stewart & Stevenson Services").

204. In or about 2006, Armor Holdings Inc. ("Armor Holdings") acquired Stewart & Stevenson Services, and this acquisition included Stewart & Stevenson Tactical.

205. In or about 2007, Armor Holdings was acquired by BAE Systems Inc. and this acquisition included Stewart & Stevenson Tactical. Thereafter, Stewart & Stevenson Tactical changed its name to BAE Systems Tactical.

206. According to USOR Site Records, from at least November 2005 to December 2006, Stewart & Stevenson Tactical by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 34,400 gallons of waste containing hazardous substances owned or possessed by Stewart & Stevenson Tactical, at the USOR Site.

207. The waste streams generated by Stewart & Stevenson Tactical are described on USOR Site Records as "non-hazardous, non DOT regulated (butyl cellosolve water)" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

208. On certain occasions, Stewart & Stevenson Tactical arranged with transporter Defendant Specialized Waste Systems, Inc. to transport Stewart & Stevenson Tactical's waste streams to the USOR Site.

209. The waste streams generated by Stewart & Stevenson Tactical fall within the definition of "solid waste" under the TSWDA.

45

210.    By letter dated December 5, 2013, the USOR Site PRP Group notified Stewart & Stevenson Tactical of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Stewart & Stevenson Tactical the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

211.    To date, BAE Systems Tactical has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

212.    According to USOR Site Records, in at least March 2006, Defendant Baker & Lawson, Inc. ("Baker & Lawson"), doing business as B&L Technologies, by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,500 gallons of waste containing hazardous substances owned or possessed by B&L Technologies, at the USOR Site.

213.    The waste streams generated by B&L Technologies are described on USOR Site Records as "non DOT regulated waste (wash water)" and "organic" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, ethyl benzene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

214.    B&L Technologies arranged with transporter Defendant Eagle Construction and Environmental Services, LLC to transport B&L Technologies's waste streams to the USOR Site.

215.    The waste streams generated by B&L Technologies fall within the definition of "solid waste" under the TSWDA

216.    By letter dated December 5, 2013, the USOR Site PRP Group notified B&L Technologies of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered B&L Technologies the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

217.    To date, Baker & Lawson has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

218.    Defendant Balfour Beatty Infrastructure, Inc. ("Balfour Beatty") is the successor to and/or is formerly known as Balfour Beatty Construction, Inc. ("Balfour Beatty Construction").

219.    In or about 2007, Balfour Beatty Construction changed its name to Balfour Beatty, and Balfour Beatty continued the uninterrupted business activities of Balfour Beatty Construction.

220.    According to USOR Site Records, from at least May 2004 to August 2005, Balfour Beatty Construction by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,100 gallons of waste containing hazardous substances owned or possessed by Balfour Beatty Construction, at the USOR Site.

221.    The waste streams generated by Balfour Beatty Construction are described on USOR Site Records as "sealtite curing compound (other organic liquid), non hazardous non regulated material," "other organic liquids (seal tite curing compound)," "non hazardous non regulated material (storm water from storm sewer on . . .)" and "organic" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper,

47

dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

222.    Balfour Beatty Construction arranged with transporter Gulf Coast Vacuum and R & D Environmental Services to transport Balfour Beatty Construction's waste streams to the USOR Site.

223.    The waste streams generated by Balfour Beatty Construction fall within the definition of "solid waste" under the TSWDA.

224.    By letter dated December 5, 2013, the USOR Site PRP Group notified Balfour Beatty Construction of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Balfour Beatty Construction the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

225.    To date, Balfour Beatty has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

226.    Defendant Basic Energy Services, LP ("Basic Energy Services") is the successor to PWI, Inc. ("PWI").

227.    Upon information and belief, Basic Energy Services acquired PWI in or about 2003 and continued the uninterrupted business activities of PWI at the same location and retained certain employees and corporate personnel of PWI.

228.    According to USOR Site Records, from at least August 2006 to September 2006, PWI by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged

48

with a transporter for transport for disposal or treatment, at least 84,482 gallons of waste containing hazardous substances owned or possessed by PWI, at the USOR Site.

229. The waste streams generated by PWI are described on USOR Site Records as "gas w/water and solid (uwts)" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

230. PWI arranged with transporter USA Environmental to transport PWI's waste streams to the USOR Site.

231. The waste streams generated by PWI fall within the definition of "solid waste" under the TSWDA.

232. By letter dated December 5, 2013, the USOR Site PRP Group notified PWI of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered PWI the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

233. To date, Basic Energy Services has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

234. According to USOR Site Records, from at least April 2004 to July 2008, Defendant Bayou City Environmental Services, LP, doing business as USA Waste Transportation Services ("Bayou City Environmental") accepted for transport to the USOR Site, which was selected by Bayou City Environmental, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or

treatment of waste owned or possessed by Bayou City Environmental, at least 6,129,442 gallons of waste containing hazardous substances at the USOR Site.

235.    The waste streams Bayou City Environmental transported and/or arranged for disposal were RCRA hazardous waste described on USOR Site Records as including but not limited to "waste flammable liquid, n.o.s., 3, UN1993, PG II (isopropanol [sic], aromatic naphtha), (D001)" and "non regulated by DOT. Contains no. 49 CFR 172.101 materials or hazardous substances in reportable quantities. (motor oil recycling)."

236.    The waste streams Bayou City Environmental transported and/or arranged for disposal are also described on USOR Site Records as including but not limited to "non hazardous wastewater," "non hazardous/non regulated liquids" "other aqueous waste or wastewater (scrubber water)," "storm water," "non hazardous spent caustic wash water," and "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

237.    On certain occasions, Bayou City Environmental transported its own waste streams to the USOR Site.

238.    On other occasions, the waste Bayou City Environmental transported to or arranged for disposal at the USOR Site was generated by including but not limited to Aqua Solutions, Brazos Valley Energy, CFF Recycling; Champion, Chevron Phillips, Delta Chemical, Dynergy, Harcos Chemicals, Rescar, Riviana and Smurfitt Stone.

239.    The waste streams Bayou City Environmental transported and/or arranged for disposal fall within the definition of "solid waste" under the TSWDA.

50

240. By letter dated June 4, 2014, the USOR Site PRP Group notified Bayou City Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Bayou City Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

241. To date, Bayou City Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

242. According to USOR Site Records, from at least March 2004 to July 2004, Defendant Bealine Service Co., Inc. ("Bealine") accepted at least 5,544,492 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Bealine.

243. The waste streams transported by Bealine were RCRA hazardous waste described on USOR Site Records as including but not limited to "waste corrosive liquid, basic, inorganic, 8 UN3266 PG III" and "waste hazardous liquid, reactive, n.o.s., contains (diesulfides [sic], t-butyl mercaptans) 9, UN3082, III."

244. The waste streams transported by Bealine were also described on USOR Site Records as "very dilute aqueous waste containing more than 99 percent water (fire and storm water)," "non-hazardous non-RCRA waste water," "non hazardous non regulated oily debris," "non hazardous, non regulated material (wastewater, class I)" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

245. The waste streams Bealine transported to the USOR Site were generated by All Chem Services, Inc., Global Octane Corporation, Grant Prideco, KMCO, West Texas Drum II Baytown Facility, among others.

246. The waste streams transported to the USOR Site by Bealine fall within the definition of "solid waste" under the TSWDA.

247. To date, Bealine has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

248. Alternatively, Defendant 9717 Chemical Road, Inc. ("9717 Chemical") is the successor to and/or is formerly known as Bealine Service Co., Inc., and is responsible for the waste streams attributable to Bealine, as alleged in paragraph nos. 242-44 above.

249. In or about May 2011, Bealine changed its name to 9717 Chemical. 9717 Chemical has continued the uninterrupted business activities of Bealine at the same location and retained certain employees and corporate personnel of Bealine.

250. To date, 9717 Chemical has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

251. According to USOR Site Records, from at least August 2004 to March 2008, Defendant Beauty Elite Group, Inc. ("Beauty Elite") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 114,155 gallons of waste containing hazardous substances owned or possessed by Beauty Elite, at the USOR Site.

252. The waste streams transported by Beauty Elite are described on USOR Site Records as "organic," "oily" "aqueous waste with low other toxics (aqueous waste water)" and "wastewater" and contained some or all of the following hazardous substances: acetone,

benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

253. On certain occasions, Beauty Elite arranged with transporters Defendant El Regio Vacuum Service, Defendant HET Environmental, Liquid Express, TWM, and U.S. Oil Recovery to transport Beauty Elite's waste streams to the USOR Site.

254. The waste streams Beauty Elite arranged for disposal fall within the definition of "solid waste" under the TSWDA.

255. By letter dated December 5, 2013, the USOR Site PRP Group notified Beauty Elite of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Beauty Elite the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

256. To date, Beauty Elite has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

257. According to USOR Site Records, in at least January 2005, Defendant Ben Taub Hospital ("Ben Taub Hospital") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,100 gallons of waste containing hazardous substances owned or possessed by Ben Taub, at the USOR Site.

258. The waste streams generated by Beauty Elite are described on USOR Site Records as "organic" and contained some or all of the following hazardous substances: arsenic, cadmium, chromium, copper, lead, methyl ethyl ketone, nickel, methylene chloride, trichloroethane, trichloroethylene and/or zinc.

53

259.    Ben Taub Hosbital arranged with transporter USA Industrial to transport Ben Taub Hospital's waste streams to the USOR Site.

260.    The waste streams generated by Ben Taub Hospital fall within the definition of "solid waste" under the TSWDA.

261.    To date, Ben Taub Hospital has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

262.    According to USOR Site Records, from at least December 2007 to December 2008, Defendant Berg Environmental Services, Inc. ("Berg Environmental") accepted for transport to the USOR Site, which was selected by Berg Environmental, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Berg Environmental, at least 392,000 gallons of waste containing hazardous substances at the USOR Site.

263.    The waste streams Berg Environmental generated, transported and/or arranged for disposal are described on USOR Site Records as "non regulated material" "non regulated waste water" and contained some or all of the following hazardous substances: chromium, copper, lead, manganese, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene and/or xylenes.

264.    On certain occasions, Berg Environmental transported its own waste streams to the USOR Site.

265.    On other occasions, the waste streams Berg Environmental transported to or arranged for disposal at the USOR Site were generated by Lonestar Fasteners and Taylor Press.

266.    The waste streams Berg Environmental generated, transported and/or arranged for disposal fall within the definition of "solid waste" under the TSWDA.

54

267.     By letter dated June 4, 2014, the USOR Site PRP Group notified Berg Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Berg Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

268.     To date, Berg Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

269.     According to USOR Site Records, October 2003 to November 2003, Defendant Betos Hydro and Sanitation, also known as Blackhawk Co. ("Betos Hydro"), accepted for transport to the USOR Site, which was selected by Betos Hydro, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Betos Hydro, at least 35,725 gallons of waste containing hazardous substances at the USOR Site.

270.     The waste streams Betos Hydro transported and/or arranged for disposal are described on USOR Site Records as "non regulated material" "non regulated waste water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

271.     On certain occasions, Betos Hydro transported its own waste streams to the USOR Site.

272.     The waste streams Betos Hydro transported and or arranged for disposal fall within the definition of "solid waste" under the TSWDA.

55

273.    By letters dated December 5, 2013, the USOR Site PRP Group notified Betos Hydro of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Betos Hydro the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

274.    To date, Betos Hydro has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

275.    According to USOR Site Records, in at least October 2004, Defendant Bico Drilling Tools, Inc. ("Bico Drilling") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,000 gallons of waste containing hazardous substances owned or possessed by Bico Drilling, at the USOR Site.

276.    The waste streams generated by Bico Drilling are described on USOR Site Records as "non hazardous non regulated oily mud and water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or xylenes.

277.    Bico Drilling arranged with transporter Evergreen to transport Bico Drilling's waste streams to the USOR Site.

278.    The waste streams generated by Bico Drilling fall within the definition of "solid waste" under the TSWDA.

279.    By letter dated December 5, 2013, the USOR Site PRP Group notified Bico Drilling of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Bico Drilling the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

280. To date, Bico Drilling has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

281. Defendant Blast Environmental & Industrial Services Inc. ("Blast Environmental") is the successor to, is also known as, and/or is formerly known as Blast Industrial Cleaning Services, Inc. ("Blast Industrial").

282. Upon information and belief, Blast Environmental has continued the uninterrupted business activities of Blast Industrial at the same location and retained certain employees and corporate personnel of Blast Industrial.

283. According to USOR Site Records, from at least September 2004 to October 2004, Blast Industrial by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,500 gallons of waste containing hazardous substances owned or possessed by Blast Industrial, at the USOR Site.

284. The waste streams generated by Bico Drilling are described on USOR Site Records as "non hazardous other inorganics liquids" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or xylenes.

285. Blast Industrial arranged with transporter Defendant HET Environmental to transport Blast Industrial's waste streams to the USOR Site.

286. The waste streams generated by Blast Industrial fall within the definition of "solid waste" under the TSWDA.

287. By letter dated December 5, 2013, the USOR Site PRP Group notified Blast Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Blast Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

288. To date, Blast Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

289. Defendant Bludworth Marine, L.L.C. ("Bludworth Marine") owns and operates Houston International Ship & Vessel Repairs ("International Ship Repair").

290. According to USOR Site Records, from at least January 2004 to December 2004, International Ship Repair by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,547 gallons of waste containing hazardous substances owned or possessed by International Ship Repair, at the USOR Site.

291. The waste streams generated by International Ship Repair are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or xylenes.

292. International Ship Repair arranged with Defendant Pelican Waste Services, Inc. to transport International Ship Repair's waste streams to the USOR Site.

293. The waste streams generated by International Ship Repair fall within the definition of "solid waste" under the TSWDA.

58

294.    To date, Bludworth Marine has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

295.    According to USOR Site Records, in at least November 2005, Defendant Blue Marlin Laser Wash, LLC ("Blue Marlin"), by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,145 gallons of waste containing hazardous substances owned or possessed by Blue Marlin Construction, at the USOR Site.

296.    Blue Marlin arranged with transporter Texas Waste Services to transport Blue Marlin's waste streams to the USOR Site.

297.    The waste streams generated by Blue Marlin fall within the definition of "solid waste" under the TSWDA.

298.    To date, Blue Marlin has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

299.    According to USOR Site Records, in at least December 2007, Defendant Boaters' Resale Shop of Texas ("Boaters' Resale Shop") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 55 gallons of waste containing hazardous substances owned or possessed by Boaters' Resale Shop, at the USOR Site.

300.    The waste steams generated by Boaters' Resale Shop are described on USOR Site Records as "bilge water & diesel" and "bilge and absorbants" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or xylenes.

59

301.    Boaters' Resale Shop arranged with transporter Defendant Legacee Environmental Services, Inc. to transport Blue Marlin's waste streams to the USOR Site.

302.    The waste streams generated by Boaters' Resale Shop fall within the definition of "solid waste" under the TSWDA.

303.    By letter dated December 5, 2013, the USOR Site PRP Group notified Boaters' Resale Shop of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Boaters' Resale Shop the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

304.    To date, Boaters' Resale Shop has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

305.    According to USOR Site Records, from at least March 2005 to March 2006, Defendant Bolivar Barge Cleaning Service, LLC ("Bolivar Barge") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 194,209 gallons of waste containing hazardous substances owned or possessed by Bolivar Barge, at the USOR Site.

306.    The waste streams generated by Bolivar Barge are described on USOR Site Records as "non-hazardous / non-regulated waste water," "oily water," "oily" and "organic" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or xylenes.

307.    On certain occasions, Bolivar Barge arranged with transporters Houston Marine Services and Defendant K-3 Resources, L.P. to transport Bolivar Barge's waste streams to the USOR Site.

308.    The waste streams generated by Bolivar Barge fall within the definition of "solid waste" under the TSWDA.

309.    By letter dated February 7, 2014, the USOR Site PRP Group notified Bolivar Barge of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Bolivar Barge the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

310.    To date, Bolivar Barge has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

311.    According to USOR Site Records, from at least January 2005 to March 2005, Defendant Boxer Property Management Corp. ("Boxer Property") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 260 gallons of waste containing hazardous substances owned or possessed by Boxer Property, at the USOR Site.

312.    The waste streams generated by Boxer Property are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, asbestos, benzo(a)anthracene, benzo(a)pyrene, cadmium, chromium, copper, cresol, dichloroethylene, fluorene, lead, methyl ethyl ketone, methylene chloride, nickel, phenanthrene, tin, toluene, trichloroethane, trichloroethylene and/or zinc.

61

313.    On certain occasions, Boxer Property arranged with transporter Defendant Specialized Maintenance Services, Inc. to transport Boxer Property's waste streams to the USOR Site.

314.    The waste streams generated by Boxer Property fall within the definition of "solid waste" under the TSWDA.

315.    By letter dated December 5, 2013, the USOR Site PRP Group notified Boxer Property of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Boxer Property the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

316.    To date, Boxer Property has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

317.    According to USOR Site Records, from at least February 2004 to October 2004, Defendant Bradero Price Co. ("Bradero Price") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 393,300 gallons of waste containing hazardous substances owned or possessed by Bradero Price, at the USOR Site.

318.    The waste streams generated by Bradero Price are described on USOR Site Records as "non hazardous, non regulated waste water FB #2 PH 3% [sic]" and "non hazardous, non regulated waste water PH 5% [illegible] FB #1 [sic]" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

319.    On certain occasions, Bradero Price arranged with transporters Defendant Firebird Bulk Carriers, Inc., Defendant Gator Environmental & Rentals, Inc. and TEX Environmental Express to transport Bradero Price's waste streams to the USOR Site.

320.    The waste streams generated by Bradero Price fall within the definition of "solid waste" under the TSWDA.

321.    By letter dated February 7, 2014, the USOR Site PRP Group notified Bradero Price of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Bradero Price the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

322.    To date, Bradero Price has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

323.    According to USOR Site Records, in at least February 2006, Defendant Brazoria County Mosquito District ("Brazoria County Mosquito District") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 500 gallons of waste containing hazardous substances owned or possessed by Brazoria County Mosquito District, at the USOR Site.

324.    The waste streams generated by Brazoria County Mosquito District are described on USOR Site Records as "grit" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, perchloroethylene, toluene, trichloroethane, trichloroethylene, vinyl chloride, xylenes and/or zinc.

325.    On certain occasions, Brazoria County Mosquito District arranged with transporter Gulf Coast to transport Brazoria County Mosquito District's waste streams to the USOR Site.

326.    The waste streams generated by Brazoria County Mosquito District fall within the definition of "solid waste" under the TSWDA.

327.    By letter dated December 5, 2013, the USOR Site PRP Group notified Brazoria County Mosquito District of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Brazoria County Mosquito District the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

328.    To date, Brazoria County Mosquito District has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

329.    According to USOR Site Records, in at least December 2004, Defendant Brazos Valley Energy LLC ("Brazos Valley Energy") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 30,640 gallons of waste containing hazardous substances owned or possessed by Brazos Valley Energy, at the USOR Site.

330.    The waste streams generated by Brazos Valley Energy are described on USOR Site Records as "organic" and contained some or all of the following hazardous substances: acetone, copper, lead, methyl ethyl ketone, toluene, trichloroethane and/or xylenes.

64

331. On certain occasions, Brazos Valley Energy arranged with transporter Defendant Bayou City Environmental Services, LP to transport Brazos Valley Energy's waste streams to the USOR Site.

332. The waste streams generated by Brazos Valley Energy fall within the definition of "solid waste" under the TSWDA.

333. By letter dated December 5, 2013, the USOR Site PRP Group notified Brazos Valley Energy of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Brazos Valley Energy the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

334. To date, Brazos Valley Energy has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

335. Defendant Bridgeland Development, LP ("Bridgeland Development") is the successor to and/or is formerly known as Rouse-Houston, LP ("Rouse").

336. Rouse changed its name to GGP Bridgeland, LP ("GGP Bridgeland") in or about 2005. Thereafter, GGP Bridgeland changed its name to Bridgeland Development in 2010.

337. According to USOR Site Records, in at least January 2004, Rouse by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,450 gallons of waste containing hazardous substances owned or possessed by Rouse, at the USOR Site.

338. The waste streams generated by Rouse are described on USOR Site Records as "oil" and contained some or all of the following hazardous substances: acetone, cadmium,

chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

339.    On certain occasions, Rouse arranged with transporter Bayou City Environmental Services, LP to transport Rouse's waste streams to the USOR Site.

340.    The waste streams generated by Rouse fall within the definition of "solid waste" under the TSWDA.

341.    By letter dated December 5, 2013, the USOR Site PRP Group notified Rouse of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Rouse the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

342.    To date, Bridgeland Development has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

343.    According to USOR Site Records, from at least December 2003 to September 2005, Defendant C.R. McCaskill Enterprises, Inc., doing business as Tideland Grease Trap Service ("Tideland Grease"), accepted for transport to the USOR Site, which was selected by Tideland Grease, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Tideland Grease, at least 11,260 gallons of waste containing hazardous substances at the USOR Site.

344.    The waste streams generated by and/or transported by Tideland Grease are described on USOR Site Records as "grease" and contained some or all of the following

66

hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene, zinc.

345. On certain occasions, Tideland Grease transported its own waste streams to the USOR Site.

346. The waste streams generated by Tideland Grease and/or transported to the USOR Site by Tideland Grease fall within the definition of "solid waste" under the TSWDA.

347. By letter dated December 5, 2013, the USOR Site PRP Group notified Tideland Grease of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Tideland Grease the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

348. To date, Tideland Grease has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

349. According to USOR Site Records, from at least May 2004 to July 2008, Defendant CEDA, Inc. ("CEDA") accepted for transport to the USOR Site, which was selected by CEDA, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by CEDA defendant, at least 65,680 gallons of waste containing hazardous substances at the USOR Site.

350. The waste streams generated by and/or transported by CEDA were RCRA hazardous waste described on USOR Site Records as "hazardous waste solids w/benzene."

351.   The waste streams generated by and/or transported by CEDA are also described on USOR Site Records as "catalyst media," "non-RCRA, non-hazardous stormwater [sic]," "non-RCRA, non-hazardous stormwater (solids) [sic]," "recyclable hydrocarbons" and "used oil filters" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

352.   On certain occasions, CEDA transported its own waste streams to the USOR Site.

353.   On other occasions, CEDA also arranged with transporters Defendant Specialized Maintenance Services, Inc. to transport CEDA's waste streams to the USOR Site.

354.   On other occasions, CEDA also accepted for transport to the USOR Site waste streams generated by Rosenburg and Defendant Texas Department of Transportation.

355.   The waste streams generated by CEDA and/or transported to the USOR Site by CEDA fall within the definition of "solid waste" under the TSWDA.

356.   By letter dated December 5, 2013, the USOR Site PRP Group notified CEDA of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered CEDA the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

357.   To date, CEDA has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

358.   According to USOR Site Records, from at least May 2004 to March 2006, Defendant CKG Services LLC ("CKG Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or

treatment, at least 50,213 gallons of waste containing hazardous substances owned or possessed by CKG Services at the USOR Site.

359.    The waste streams CKG Services arranged for disposal were RCRA hazardous waste described on USOR Site Records as "Universal paint waste," "Potassium Hydroxide," "LIN 3501," "CESQG209H," "8,PG III (HLX-W230-77) (UN 2735)" "UN 1263, PG III (methanol)," and "Alzoxylated Amincs Corrosive".

360.    The waste streams CKG Services arranged for disposal are also described on USOR Site Records as "oily water and tar," "organic," "recyclable material," "Non Hazard, Non Regulated Material," "concrete cure," "oily," "oily drums," "oil contaminated soil," "recyclable oil," "scaltitc concrete cure," and "used oil" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

361.    The waste streams CKG Services arranged for disposal at the USOR Site were generated by A.R.R.O.W., Apache Industrial Pointers, Arrow Recylcing, BJ Services, Balfour Beatty, Borden, Inc., Computalog, Deer Park Independent School District, Express Lube, Gulf Stream Marine, Inman Texas Company, Defendant Jiffy Lube, Jones Contractors, KD Oilfield Services, Manchester Terminal, Seatex Ltd., Sheldon Independent School District, Southern Technologies, TBC Brinadd, Tesco, Williams Bro. Construction and Wing Aviation.

362.    The waste streams arranged for disposal at the USOR Site by CKG Services fall within the definition of "solid waste" under the TSWDA.

363.    By letter dated December 5, 2013, the USOR Site PRP Group notified CKG Services of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered CKG Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

364.    To date, CKG Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

365.    According to USOR Site Records, in at least May 2007, Defendant CLP Chemicals L.P. ("CLP Chemicals") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,000 gallons of waste containing hazardous substances owned or possessed by CLP Chemicals, at the USOR Site.

366.    The waste streams generated by and/or transporter by CLP Chemicals are described on USOR Site Records as "vegetable oil and water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, methylene chloride, trichloroethane, trichloroethylene and/or zinc.

367.    The waste streams generated by CLP Chemicals and/or transported to the USOR Site by CLP Chemicals fall within the definition of "solid waste" under the TSWDA.

368.    By letter dated December 5, 2013, the USOR Site PRP Group notified CLP Chemicals of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered CLP Chemicals the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

369.    To date, CLP Chemicals has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

370.    According to USOR Site Records, from at least December 2003 to November 2008, Defendant Calpine Corp. ("Calpine") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 182,038 gallons of waste containing hazardous substances owned or possessed by Calpine, at the USOR Site.

371.    The waste streams generated by Calpine are described on USOR Site Records as "non-RCRA/non DOT regulated sludge (sand and silt)," "non-RCRA/non DOT regulated resin waste," "non hazardous waste water," "oily water," "organic" and "turbine compressor water" and contained some or all of the following hazardous substances: acetone, copper, lead, methyl ethyl ketone, toluene, trichloroethane and/or xylene.

372.    Calpine arranged with transporters Defendant Eagle Construction and Environmental Services, LLC, CES Environmental Services, Inc. and US Oil Recovery, LP to transport Calpine's waste streams to the USOR Site.

373.    The waste streams generated by Calpine fall within the definition of "solid waste" under the TSWDA.

374.    By letter dated February 7, 2014, the USOR Site PRP Group notified Calpine of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Calpine the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

375.    To date, Calpine has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

71

376.    Defendant Cameron International Corp. ("Cameron International") is the successor to Cameron Drilling Systems ("Cameron Drilling").

377.    Cameron Drilling Systems is a business segment of Cameron International.

378.    According to USOR Site Records, from at least November 2006 to January 2007, Cameron Drilling by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,500 gallons of waste containing hazardous substances owned or possessed by Cameron Drilling, at the USOR Site.

379.    The waste streams generated by Cameron Drilling are described on USOR Site Records as "non hazardous non DOT regulated material (glycol ethers)" and "non hazardous non DOT reg wastewater" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

380.    Cameron Drilling arranged with transporter Defendant HET Environmental to transport Cameron Drilling's waste streams to the USOR Site.

381.    Cameron International is the successor to Cameron Iron Works, Inc. ("Cameron Iron Works").

382.    Cameron Iron Works was acquired by Cooper Industries, Inc. ("Cooper Industries") in or about 1989 and renamed Cooper Oil Tool.

383.    Cooper Cameron Corporation ("Cooper Cameron") was incorporated in 1994 as a wholly-owned subsidiary of Cooper Industries and held Cooper Industries' Petroleum & Industrial Equipment division, including Cooper Oil Tool.

384.   Cooper Cameron and Cooper Industries completed an exchange offer with Cooper Industries' stockholders in 1995, resulting in Cooper Cameron becoming a separate stand-alone company.

385.   Pursuant to a Certificate of Amendment to Cooper Cameron's Articles of Incorporation filed on May 11, 2006 with Secretary of the State of Delaware, Cooper Cameron's name was amended to Cameron International.

386.   According to USOR Site Records, from at least June 2004 to September 2007, Cameron Iron Works by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,660 gallons of waste containing hazardous substances owned or possessed by Cameron Iron Works, at the USOR Site.

387.   The waste streams generated by Cameron Iron Works are described on USOR Site Records as "non regulated ground water" and "organic" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

388.   Cameron Iron Works arranged with transporter Defendant Eagle Construction and Environmental Services, LLC to transport Cameron Iron Work's waste streams to the USOR Site.

389.   Defendant Cameron International Corp. ("Cameron International") is the successor to Cooper Energy Services ("Cooper Energy").

390.   Cooper Energy is a prior division of Cameron International.

391.   According to USOR Site Records, in at least December 2004, Cooper Energy by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a

73

transporter for transport for disposal or treatment, at least 4,700 gallons of waste containing hazardous substances owned or possessed by Cooper Energy, at the USOR Site.

392.    The waste streams generated by Cooper Energy were RCRA hazardous waste described on USOR Site Records as "waste corrosive liquid, n.o.s. (sodium hydroxide), 8, UN 1760, PG I."

393.    Cooper Energy arranged with transporter Defendant Bayou City Environmental Services, LP to transport Cooper Energy's waste streams to the USOR Site.

394.    The waste streams generated by Cameron Drilling, Cameron Iron Works and Cooper Energy fall within the definition of "solid waste" under the TSWDA.

395.    By letters dated December 5, 2013, the USOR Site PRP Group notified Cameron Drilling and Cooper Energy, respectively, of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Cameron Drilling and Cooper Energy, respectively, the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

396.    To date, Cameron International has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

397.    Defendant Cameron Rig Solutions, Inc. ("Cameron Rig") is the successor to Oilfield-Electric Marine, Inc. ("Oilfield-Electric-Marine").

398.    Cameron Rig is formerly known as LeTourneau Technologies Drilling Systems, Inc. ("LeTourneau Technologies").

399.    Oilfield Electric Marine was merged into LeTourneau Technologies in or about December 2006.

74

400. According to USOR Site Records, from at least January 2004 to May 2005, Oilfield-Electric-Marine by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 7,790 gallons of waste containing hazardous substances owned or possessed by Oilfield-Electric-Marine, at the USOR Site.

401. The waste streams generated by Oilfield-Electric-Marine are described on USOR Site Records as "non-RCRA/non DOT regulated wastewater," "oil" and "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylene and/or zinc.

402. Oilfield-Electric-Marine arranged with transporters CES Environmental Service, Inc. and Oil Mop LLC to transport Oilfield-Electric-Marine's waste streams to the USOR Site.

403. The waste streams generated by Oilfield-Electric-Marine fall within the definition of "solid waste" under the TSWDA.

404. By letter dated December 5, 2013, the USOR Site PRP Group notified Oilfield-Electric-Marine of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Oilfield-Electric-Marine the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

405. To date, Cameron Rig has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

406. According to USOR Site Records, in at least March 2006, Defendant Capitan Trading Co., Inc., doing business as Mr. Pumper Sewer Service ("Mr. Pumper"), accepted at

least 9,893 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Mr. Pumper.

407. The waste streams transported by Mr. Pumper are described on USOR Site Records as "grease" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, methylene chloride, trichloroethane, trichloroethylene and/or zinc.

408. The waste streams Mr. Pumper transported to the USOR Site were generated by Baytown Seafood, Café Montrose, The Daily Grind, First United Methodist Church, Freds Grill, Imperial, Sonic, Japanese Rest, Past Pomerdor, Penzoil Place, Subway, Taqueria and Waels Med Cuisine.

409. The waste streams transported to the USOR Site by Mr. Pumper fall within the definition of "solid waste" under the TSWDA.

410. By letter dated December 5, 2013, the USOR Site PRP Group notified Mr. Pumper of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Mr. Pumper the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

411. To date, Mr. Pumper has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

412. According to USOR Site Records, in at least March 2005, Defendant Car Spa, Inc. ("Car Spa") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,500 gallons of waste containing hazardous substances owned or possessed by Car Spa, at the USOR Site.

76

413.　The waste streams generated by Car Spa are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

414.　Car Spa arranged with transporter Defendant El Regio Vacuum Service to transport Car Spa's waste streams to the USOR Site.

415.　The waste streams generated by Car Spa fall within the definition of "solid waste" under the TSWDA.

416.　By letter dated December 5, 2013, the USOR Site PRP Group notified Car Spa of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Car Spa the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

417.　To date, Car Spa has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

418.　According to USOR Site Records, in at least April 2005, Defendant Carillo Brothers Auto Sales, Inc. ("Carillo Brothers Auto") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,616 gallons of waste containing hazardous substances owned or possessed by Carillo Brothers Auto, at the USOR Site.

419.　The waste streams generated by Carillo Brothers Auto are described on USOR Site Records as "oily soil" and contained some or all of the following hazardous substances:

77

acetone, chromium, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

420. Carillo Brothers Auto arranged with transporter Milstead Environmental to transport Carillo Brothers Auto's waste streams to the USOR Site.

421. The waste streams generated by Carillo Brothers Auto fall within the definition of "solid waste" under the TSWDA.

422. To date, Carillo Brothers Auto has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

423. Alternatively, Defendant Carrillo Brothers Corp. is responsible for the waste streams attributable to Carillo Brothers Auto, as alleged in paragraph nos. 418-19 above.

424. To date, Carillo Brothers Corp. has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

425. According to USOR Site Records, from at least December 2005 to July 2006, Defendant Cedarwood Development, Inc. doing business as Cedarwood Development of Texas, Inc. ("Cedarwood Development") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 50,070 gallons of waste containing hazardous substances owned or possessed by Cedarwood Development, at the USOR Site.

426. The waste streams generated by Cedarwood Development are described on USOR Site Records as "UST wash water" and contained some or all of the following hazardous substances: acetone, asbestos, benzene, benzo(a)anthracene, benzo(a)pyrene, cadmium, chromium, copper, cresol, dichloroethylene, fluorene, lead, methyl ethyl ketone, methylene

78

chloride, nickel, perchloroethylene, phenanthrene, silver, tin, toluene, trichloroethane, trichloroethylene, vinyl chloride and/or zinc.

427.    The waste streams generated by Cedarwood Development and/or transported to the USOR Site by Cedarwood Development fall within the definition of "solid waste" under the TSWDA.

428.    By letter dated December 5, 2013, the USOR Site PRP Group notified Cedarwood Development of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Cedarwood Development the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

429.    To date, Cedarwood Development has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

430.    According to USOR Site Records, in at least December 2006, Defendant Centex Materials LLC ("Centex") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,500 gallons of waste containing hazardous substances owned or possessed by Centex, at the USOR Site.

431.    The waste streams generated by Centex are described on USOR Site Records as "non-regulated liquid" and contained some or all of the following hazardous substances: chromium, dichloroethylene, lead, perchloroethylene, toluene, xylenes and/or zinc.

79

432.    Centex arranged with transporters Safety-Kleen Systems, Inc. and Defendant Triad Transport, Inc. to transport Centex's waste streams to the USOR Site.

433.    The waste streams generated by Centex fall within the definition of "solid waste" under the TSWDA.

434.    To date, Centex has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

435.    Defendant Centurion Pipeline L.P. ("Centurion") is formerly known as Trojan Pipeline L.P. ("Trojan").

436.    According to USOR Site Records, in at least August 2004, Trojan by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 400 gallons of waste containing hazardous substances owned or possessed Trojan, at the USOR Site.

437.    The waste streams generated by Trojan are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, xylenes, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane and/or zinc.

438.    Trojan arranged with transporter Garner Environmental to transport Trojan's waste streams to the USOR Site.

439.    The waste streams generated by Trojan fall within the definition of "solid waste" under the TSWDA.

440.    To date, Centurion has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

441.     According to USOR Site Records, in at least May 2004, Defendant Charles Holston, Inc. ("Charles Holston") accepted at least 3,000 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Charles Holston.

442.     The waste streams transported by Charles Holston were RCRA hazardous waste described on USOR Site Records as "waste corrosive liquid, 8, UN 1760, PG II."

443.     The waste streams Charles Holston transported to the USOR Site were generated by BJ Services.

444.     The waste streams transported to the USOR Site by Charles Holston fall within the definition of "solid waste" under the TSWDA.

445.     To date, Charles Holston has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

446.     According to USOR Site Records, from at least October 2003 to November 2005, Defendant Chemical Transport, Inc. ("Chemical Transport") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 279,333 gallons of waste containing hazardous substances owned or possessed by Chemical Transport, at the USOR Site.

447.     The waste streams generated by Chemical Transport are described on USOR Site Records as "non-hazardous waste water" and "organic" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

448.     Chemical Transport arranged with transporters Enterprise Transportation and CES Environmental to transport Chemical Transport's waste streams to the USOR Site.

81

449. The waste streams generated by Chemical Transport fall within the definition of "solid waste" under the TSWDA.

450. By letter dated February 7, 2014, the USOR Site PRP Group notified Chemical Transport of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Chemical Transport the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

451. To date, Chemical Transport has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

452. According to USOR Site Records, in at least October 2005, Defendant CITGO Petroleum Corp. ("CITGO") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 9,000 gallons of waste containing hazardous substances owned or possessed by CITGO, at the USOR Site.

453. The waste streams generated by CITGO are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

454. CITGO arranged with transporter Defendant El Regio Vacuum Service to transport CITGO's waste streams to the USOR Site.

455. The waste streams generated by CITGO fall within the definition of "solid waste" under the TSWDA.

82

456. By letter dated December 5, 2013, the USOR Site PRP Group notified CITGO of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered CITGO the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

457. To date, CITGO has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

458. According to USOR Site Records, in at least May 2004, Defendant City of Bryan, Texas ("City of Bryan") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 275 gallons of waste containing hazardous substances owned or possessed by City of Bryan, at the USOR Site.

459. The waste streams generated by City of Bryan are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

460. City of Bryan arranged with transporter Oil Mop, LLC to transport City of Bryan's waste streams to the USOR Site.

461. The waste streams generated by City of Bryan fall within the definition of "solid waste" under the TSWDA.

462. To date, City of Bryan has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

463. Defendant City of Freeport, Texas ("City of Freeport") is the successor to Freeport Police Station ("Freeport Police").

464. According to USOR Site Records, in at least January 2004, Freeport Police by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,000 gallons of waste containing hazardous substances owned or possessed by Freeport Police, at the USOR Site.

465. The waste streams generated by Freeport Police are described on USOR Site Records as "oil" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

466. Freeport Police arranged with transporter Defendant Specialized Maintenance Services, Inc. to transport Freeport Police's waste streams to the USOR Site.

467. The waste stream generated by Freeport Police falls within the definition of "solid waste" under the TSWDA.

468. To date, City of Freeport has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

469. According to USOR Site Records, from at least November 2004 to July 2006, Defendant City of Galveston, Texas ("City of Galveston") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,800 gallons of waste containing hazardous substances owned or possessed by City of Galveston, at the USOR Site.

470. The waste streams generated by City of Galveston are described on USOR Site Records as "oily water" and "organic" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

471. City of Galveston arranged with transporter Garner Environmental to transport City of Galveston's waste streams to the USOR Site.

472. Additionally, City of Galveston is the owner/operator of Scholes International Airport ("Scholes International Airport").

473. According to USOR Site Records, in at least October 2006, Scholes International Airport by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 15,220 gallons of waste containing hazardous substances owned or possessed by Scholes International Airport, at the USOR Site.

474. The waste streams generated by Scholes International Airport are described on USOR Site Records as "soil with paint chips" and "waste water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, cobalt, copper, ethyl benzene, lead, manganese, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

475. The waste streams generated by City of Galveston and Scholes International Airport and/or transported to the USOR Site by City of Galveston and Scholes International Airport fall within the definition of "solid waste" under the TSWDA.

85

476.    By letter dated May 8, 2014, the USOR Site PRP Group notified City of Galveston of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered City of Galveston the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

477.    To date, City of Galveston has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

478.    According to USOR Site Records, in at least June 2004, Defendant City of La Marque, Texas ("City of La Marque") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,010 gallons of waste containing hazardous substances owned or possessed by City of La Marque, at the USOR Site.

479.    The waste streams generated by City of La Marque are described on USOR Site Records as "organic" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

480.    City of La Marque transported its own waste streams to the USOR Site.

481.    The waste streams generated by City of La Marque and/or transported to the USOR Site by City of La Marque fall within the definition of "solid waste" under the TSWDA.

482.    By letter dated May 8, 2014, the USOR Site PRP Group notified City of La Marque of the existence of the release or threatened release of hazardous substances at the

86

USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered City of La Marque the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

483.    To date, City of La Marque has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

484.    According to USOR Site Records, from at least February to August 2009, Defendant City of La Porte, Texas ("City of La Porte") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,250 gallons of waste containing hazardous substances owned or possessed by City of La Porte, at the USOR Site.

485.    The waste streams generated by City of La Porte are described on USOR Site Records as "grease," "oily water" and "organic" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead methylene chloride, trichloroethane, trichloroethylene and/or zinc.

486.    City of La Porte arranged with transporter Effective Environmental, Inc. to transport City of La Porte's waste streams to the USOR Site.

487.    The waste streams generated by City of La Porte fall within the definition of "solid waste" under the TSWDA.

488.    By letter dated May 8, 2014, the USOR Site PRP Group notified City of La Porte of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened

release of hazardous substances at the USOR Site; and offered City of La Porte the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

489. To date, City of La Porte has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

490. Defendant City of Pasadena, Texas ("City of Pasadena") owned the portion of the USOR Site located at 200 N. Richey Street from approximately 1944 until it was acquired by U.S. Oil Recovery in January 2009.

491. From approximately 1944 through February 1994, the City of Pasadena operated a wastewater treatment plant at the 200 N. Richey Street location it owned during that time period, which was known as the Vince Bayou Wastewater Treatment Plant ("Old Vince").

492. From March 1994 through April 2004, Old Vince was still owned by the City of Pasadena, but was operated by Defendant Severn Trent Services ("Severn Trent") under an agreement with the City of Pasadena.

493. From April 2004 to January 2009, the City of Pasadena continued to own the 200 N. Richey Street portion of the USOR Site until it was sold to U.S. Oil Recovery.

494. From approximately 1944 through April 2004, Old Vince accepted municipal wastewater and commercial wastewater that was placed in the municipal wastewater system that fed into the 200 N. Richey Street wastewater treatment plant location.

495. The municipal wastewater and commercial wastewater treated at Old Vince from 1944 through 1994 contained hazardous substances as defined by CERCLA, such as various metals, polycyclic aromatic hydrocarbons, semi-volatiles, among others.

496. As part of the City of Pasadena's NPDES/TDPES permitting renewal applications in 1991, 1998 and 2002, the City of Pasadena provided the Texas Commission on Environmental

Quality ("TCEQ") with analytical samples of effluents from Old Vince. These samples showed that such effluents contained the following hazardous substances as defined by CERCLA: aluminum; barium; chromium; chloroform; cyanide; 1,4-dichlorobenzene; lead; lindane (gamma-BHC); methyl ethyl ketone; nickel; phenols; selenium; silver; and zinc.

497.    During the time period Severn Trent operated Old Vince, Severn Trent used the following chemicals, all of which contain hazardous substances as defined by CERCLA: 1) an average of six cylinder of cylinder of chlorine gas used every two to four weeks, with each cylinder weighing 2,000 pounds each; (2) an average of four cylinders of sulfur dioxide gas used every two to four weeks, which each cylinder weighing 2,000 pounds each; (3) an average of four, 55-gallon drums of a polymer known as Zetag 8818 used every two to four weeks; (4) an average of 5 ounces of potassium chloride; (5) an average of 100 grams of diethyl-p-phenylenediamine used every four weeks (approximately 1 gram used four times a day); (6) an average of 100 pounds of sodium hypochlorite used on an as needed basis; (7) an average of 2,000 gallons of sodium bi-sulfite used weekly; (8) oil-based paints; (9) paint thinners; (10) degreasers; and (11) household cleaning products.

498.    By letter dated March 12, 2013, EPA notified the City of Pasadena of its potential liability at the USOR Site, described the removal actions being conducted by the USOR Site PRP Group at the time under Removal Action AOC, and further requested that the City of Pasadena negotiate in good faith with EPA to perform a Remedial Investigation and Feasibility Study ("RI/FS") at the Site. EPA's March 12, 2013 letter to the City of Pasadena also included questions to be answered by the City of Pasadena related to its involvement at the USOR Site.

499.    The City of Pasadena provided a written response to EPA's information requests by letter dated June 14, 2013. In its response, the City of Pasadena made all of the following

admissions: (1) that it owned the 200 N. Richey portion of the USOR Site from at least 1944 through January 20, 2009; (2) that all of the chemicals listed in paragraph no. 497 above were stored and/or used at Old Vince from at least March 1994 through April 2004; (3) that several documented overflows of untreated or partially treated wastewater occurred at Old Vince between 1944 and April 2004, while it was owned by the City of Pasadena; and (4) that sludges generated from the wastewater treatment operations at Old Vince were placed in drying beds placed directly on the soil at the 200 N. Richey location of the USOR Site from 1944 through at least 1983.

500.    The City of Pasadena's June 14, 2013 response to EPA's information requests was evasive and non-responsive in various areas. By letter dated December 26, 2013, the USOR Site PRP Group provided the City of Pasadena with various public records that were likewise available to the City of Pasadena, which demonstrate the insufficiency and/or inaccuracies of the City of Pasadena's June 14, 2013 response letter. Despite receiving these documents, the City of Pasadena never supplemented its response to EPA's information requests, which is required by CERCLA.

501.    Instead, by letter dated February 20, 2014 from the City of Pasadena's attorney to EPA, the City of Pasadena continued to be evasive with EPA. In its February 20, 2014 letter, the City of Pasadena again admitted that the wastewater treated at Old Vince during the time period it was owned by the City of Pasadena and operated by either the City of Pasadena or Severn Trent contained hazardous substances as defined by CERCLA, such as copper, lead and zinc. The City of Pasadena further admitted that untreated or partially treated wastewater containing at least such hazardous substances was spilled on various occasions at the 200 N. Richey Street location during this time period.

502.    By letter dated May 8, 2014, the USOR Site PRP Group notified the City of Pasadena of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered the City of Pasadena the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

503.    As a result of the significant rainfall events and flooding so far in 2015, there have been at least two overflows from the former wastewater treatment units at Old Vince. As a result, the USOR Site PRP Group and EPA requested the City of Pasadena's assistance in showing the USOR Site PRP Group and EPA representatives which valves could be triggered or what other means could be used to close off historical Old Vince hydraulic connections to minimize the actual and threatened overflows from the 200 N. Richey Street location of the USOR Site as a result of the significant rain events and flooding. Both the USOR Site PRP Group and EPA representatives emphasized the urgency of such requests to the City of Pasadena.

504.    Despite these urgencies, the City of Pasadena continues to be uncooperative with the USOR Site PRP Group and EPA in even providing historical information about historical Old Vince operations.

505.    The City of Pasadena's lack of cooperation with the USOR Site PRP Group and EPA continue to cause an increase in incurred response costs at the USOR Site.

506.    Moreover, because the City of Pasadena has and continues to evasive and non-cooperative in providing information to EPA and the USOR Site PRP Group, the USOR Site PRP Group has been required to conduct additional investigations and sampling at the 200 N. Richey location of the USOR Site.

507. These additional investigations and sampling demonstrate that the City of Pasadena and Severn Trent left waste materials and sludges at the 200 N. Richey Street location of the USOR Site from the Old Vince operations, which contain the following hazardous substances as defined by CERCLA: aluminum, arsenic, barium, cadmium, chromium, copper, lead, nickel, selenium, silver, and zinc.

508. Also, according to USOR Site Records, in at least September 2004, the City of Pasadena by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 450 gallons of waste containing hazardous substances owned or possessed by the City of Pasadena, at the USOR Site.

509. The waste materials and sludges involved with the Old Vince operations and generated by the City of Pasadena fall within the definition of "solid waste" under the TSWDA.

510. To date, the City of Pasadena has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

511. To date, Severn Trent has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

512. According to USOR Site Records, in at least May 2004, Defendant City Waste, L.P. ("City Waste") accepted at least 2,020 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by City Waste.

513. The waste streams transported by City Waste are described on USOR Site Records as "non-hazardous oily sludge" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead,

92

manganese, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

514.   The waste streams City Waste transported to the USOR Site were generated by Defendant Dan-Loc Bolt & Gasket Co.

515.   The waste streams transported to the USOR Site by City Waste fall within the definition of "solid waste" under the TSWDA.

516.   By letter dated December 5, 2013, the USOR Site PRP Group City Waste of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered City Waste the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

517.   To date, City Waste has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

518.   According to USOR Site Records, in at least August 2006, Defendant Co-Trans, Inc. doing business as CTI ("CTI") accepted at least 5,000 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by CTI.

519.   The waste streams transported by CTI were RCRA hazardous waste described on USOR Site Records as "hazardous waste liquid, nos (benzene), UN 3082, PG II."

520.   The waste streams CTI transported to the USOR Site were generated by TT Barge Services.

521.   The waste streams transported to the USOR Site by CTI fall within the definition of "solid waste" under the TSWDA.

522.   To date, CTI has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

523.   According to USOR Site Records, in at least March 2004, Defendant Coach USA, Inc. ("Coach USA") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 715 gallons of waste containing hazardous substances owned or possessed by Coach USA, at the USOR Site.

524.   The waste streams generated by Coach USA are described on USOR Site Records as "organic" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

525.   Coach USA arranged with transporter Defendant Top Notch Transportation, Inc. to transport Coach USA's waste streams to the USOR Site.

526.   The waste streams generated by Coach USA fall within the definition of "solid waste" under the TSWDA.

527.   To date, Coach USA has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

528.   According to USOR Site Records, from at least October 2002 to March 2009, Defendant Coal City Cob Co., Inc. ("Coal City Cob") accepted at least 2,134,918 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Coal City Cob.

529.   The waste streams transported by Coal City Cob are described on USOR Site Records as "asphalt tank bottoms – washwater non-hazardous," "class II non hazardous waste water," "dark water non-regulated material," "EPA & DOT non regulated material," "non DOT

94

regulated material non hazardous water flush," "non DOT regulated material," "non DOT regulated material (aqueous oilfield chemicals)," "non DOT regulated material (drilling mud)," "non DOT regulated material (ethylene glycol and water)," "non DOT regulated material (oily water)," "non DOT regulated material (used oil)," "non DOT regulated material (water based line flush)," "non DOT regulated material (water with surfactant)," "non DOT regulated material (wastewater)," "non DOT regulated material (zinc wastewater)," "non-hazardous non-regulated liquid (water with butadiene)," "non-hazardous non-RCRA plant wastewater," "non-hazardous non-RCRA wastewater (blowdown wastewater)," "non-hazardous non-RCRA wastewater (distillation blowdown)," "non-hazardous (reactor washwater)," "non-hazardous (sulfurized isobutylene)," "non-RCRA non-hazardous wastewater (distillation blowdown)," "oil," "oily water," "organic," "other inorganic liquid (reactor wash water)," "tank bottoms washwaters," "used oil and water mixture (not USDOT hazardous material)" and "used oil for recycle (not DOT regulated)" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, cobalt, copper, dichlorobenzene, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, vinyl chloride, xylenes and/or zinc.

530.    The waste streams transported by Coal City Cob were also RCRA hazardous waste described on USOR Site Records as "corrosive liquid, n.o.s. (acid alum), 8, UN 1760, PG III," "hazardous waste liquid N.O.S. (benzene) 9 NA 3000 PG III," "hazardous waste liquid N.O.S. (benzene) 9 NA 3082 III," "oily waste water (not USDOT or USEPA regulated)," "RQ hazardous waste liquid, N.O.S. (benzene), 9 NA 3082 PG III," "RQ waste corrosive liquid, acidic, inorganic n.o.s. (contains magnesium chloride), 8, UN 3264, PG II," "RQ waste flammable liquid, corrosive, NOS (fuel oil, sodium hydroxide), 3, UN 2924, PG III," "RQ, waste

95

flammable liquids, n.o.s. (cleaning solvents) 3, UN 1993, PG III (D001)," "RQ, waste flammable liquid, n.o.s. (xylene, IPA) 3, UN 1993, PG III (D001)," "sulfuric acid 8 UN 1830 II," "waste corrosive liquid, acidic, inorganic, NOS (hydoflouric [sic] acid) 6 UN 32641," "waste corrosive liquid, basic, inorganic N.O.S., 8, UN 3266, PG III," "waste corrosive liquid, flammable, N.O.S., contains aluminum chloride and heptane, 8, 3, UN 2920, PG II, " "waste corrosive liquid, N.O.S., 8 UN 1760, PG III," "waste flammable liquid, NOS, 3, UN 1993, PG II (isopropanol aromatic naptha)," "waste flammable liquid, N.O.S., 3/UN 1993/PG II (wastewater)," "waste hazardous liquid, corrosive, reactive, flammable, (containes [sic] disulfides) n.o.s., 9, UN 3082 PG III," "waste hazardous liquids, N.O.S., 9, NA 3082, PG III (wastewater)," "waste potassium permanagante [sic] 5.1, UN 1490, PG II," "waste sodium hypochlorite, 8, UN 1791, PG II" and "waste spent sulfuric acid, 8, UN 1832, II, RQ (1000#) (spent sulfuric acid w/water)."

531.    The waste streams Coal City Cob transported to the USOR Site were generated by AKZO Nobel, Defendant Alcoa Inc., Defendant Amrep, Inc., Ashland Distribution Co., Blentech Corp., Champion Technologies, City of Houston, Coca Cola Enterprises, Continental Airlines, Inc., Crown Cork & Seal, Dow Haltermann Custom Processing, Dragon Products, Huish Dexagns [sic], Innovene Polyethylene, N.A., Johann Haltermann, Ltd., KMCO, Inc., Koppel Steel Corp., Magellan Terminals Holdings, L.P., Defendant Master Halco, Inc., MEMC Pasadena, Inc., Metton America, Inc., Nalco Energy, P Chem Incorporated, Safety Kleen Systems, Inc., Schlumberger Technology Corp., Southwest Shipyard L.P., T.T. Barge Service, Valero Marketing & Supply – Houston Terminal, Valero Terminaling & Distribution Co. and VLS.

532.    The waste streams transported to the USOR Site by Coal City Cob fall within the definition of "solid waste" under the TSWDA.

533. To date, Coal City Cob has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

534. According to USOR Site Records, from at least May to June 2004, Defendant Coastal Transport Co., Inc. ("Coastal Transport") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Coastal Transport, at least 33,570 gallons of waste containing hazardous substances at the USOR Site.

535. The waste streams generated by Coastal Transport are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

536. On certain occasions, Coastal Transport arranged with transporter R&D Environmental to transport Coastal Transport's waste streams to the USOR Site.

537. The waste streams generated by Coastal Transport fall within the definition of "solid waste" under the TSWDA.

538. By letter dated December 5, 2013, the USOR Site PRP Group notified Coastal Transport of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Coastal Transport the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

539. To date, Coastal Transport has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

97

540. According to USOR Site Records, in at least June 2006, Defendant Cole Chemical & Distributing, Inc. ("Cole Distributing") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 33,335 gallons of waste containing hazardous substances owned or possessed by Cole Distributing, at the USOR Site.

541. The waste streams generated by Cole Distributing are described on USOR Site Records as "nonhazardous waste water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, xylenes, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane and/or zinc.

542. Cole Distributing arranged with transporter Defendant Bealine Service Co., Inc. to transport Cole Distributing's waste streams to the USOR Site.

543. The waste streams generated by Cole Distributing fall within the definition of "solid waste" under the TSWDA.

544. By letter dated December 5, 2013, the USOR Site PRP Group notified Cole Distributing of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Cole Distributing the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

545. To date, Cole Distributing has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

546. According to USOR Site Records, from at least July 2005 to at least January 2009, Defendant Conestoga-Rovers & Associates Inc. ("CRA") by contract, agreement, or

98

otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 203,125 gallons of waste containing hazardous substances owned or possessed by CRA, at the USOR Site.

547.    The waste streams generated by and/or arranged for disposal by CRA are described on USOR Site Records as "diesel/water," "fuel oil #6 sludge," "off spec condensate," "oily water," "petroleum lubricating grease," "rinsewater with trace of petroleum distillate" and "used lube oil, corrosion inhibitor, and water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, ethyl benzene, lead, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

548.    On certain occasions, the waste streams CRA arranged for disposal at the USOR Site were generated by Advance Logistics Services, BNSF Railway Co., Kansas City Southern Railway, Kinder Morgan and Magellan Terminals.

549.    On certain occasions, CRA transported its own waste streams to the USOR Site.

550.    On certain occasions, CRA arranged with transporter US Oil Recovery to transport CRA's waste streams to the USOR Site.

551.    The waste streams arranged for disposal at the USOR Site by CRA fall within the definition of "solid waste" under the TSWDA.

552.    By letter dated December 5, 2013, the USOR Site PRP Group notified CRA of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered CRA the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

99

553. To date, CRA has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

554. According to USOR Site Records, in at least July 2006, Defendant Conn's Service Center, Inc. ("Conn's Service Center") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,500 gallons of waste containing hazardous substances owned or possessed by Conn's Service Center, at the USOR Site.

555. The waste streams generated by Conn's Service Center are described on USOR Site Records as "hydraulic oil and water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

556. The waste streams generated by Conn's Service Center and/or transported to the USOR Site by Conn's Service Center fall within the definition of "solid waste" under the TSWDA.

557. By letter dated December 5, 2013, the USOR Site PRP Group notified Conn's Service Center of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Conn's Service Center the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

558. To date, Conn's Service Center has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

559.    Alternatively, Defendant Conn's, Inc. ("Conn's") is responsible for the waste streams attributable to Conn's Service Center, as alleged in paragraph nos. 554-55 above.

560.    To date, Conn's has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

561.    According to USOR Site Records, from at least January 2005 to at least March 2006, Defendant Consolidated Waste, LLC doing business as Liquid Waste Solutions ("Liquid Waste Solutions") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 274,690 gallons of waste containing hazardous substances owned or possessed by Liquid Waste Solutions, at the USOR Site.

562.    The waste streams Liquid Waste Solutions arranged for disposal are described on USOR Site Records as "grease" and "grit" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichlorobenzene, dichloroethylene, lead, manganese, mercury, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

563.    The waste streams Liquid Waste Solutions arranged for disposal at the USOR Site were generated by Aunt Bea, Construction Master, Mandorin, McDonalds, Miller Café, Serco Construction, Shipley and Stewart & Stevenson.

564.    The waste streams arranged for disposal at the USOR Site by Liquid Waste Solutions fall within the definition of "solid waste" under the TSWDA.

565.    By letter dated February 7, 2014, the USOR Site PRP Group notified Liquid Waste Solutions of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the

101

release or threatened release of hazardous substances at the USOR Site; and offered Liquid Waste Solutions the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

566. To date, Liquid Waste Solutions has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

567. Defendant Container/Cargo by Barge #1 L.P. ("Container/Cargo") is the owner of the tugboat Miss BB ("Miss BB").

568. According to USOR Site Records, in at least October 2008, Miss BB by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,500 gallons of waste containing hazardous substances owned or possessed by Miss BB, at the USOR Site.

569. The waste streams generated by Miss BB are described on USOR Site Records as "marine diesel & water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

570. The waste streams generated by Miss BB and/or transported to the USOR Site by Miss BB fall within the definition of "solid waste" under the TSWDA.

571. By letter dated December 5, 2013, the USOR Site PRP Group notified Miss BB of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Miss BB the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

102

572. To date, Container/Cargo has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

573. According to USOR Site Records, from at least March 2004 to April 2004, Defendant Control Solutions, Inc. ("Control Solutions") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 628,520 gallons of waste containing hazardous substances owned or possessed by Control Solutions, at the USOR Site.

574. The waste streams generated by Control Solutions are described on USOR Site Records as "oily water" and "organic" and contained some or all of the following hazardous substances: acetone, benzene, chromium, cobalt, copper, ethyl benzene, lead, manganese, methyl ethyl ketone, nickel, perchloroethylene, trichloroethane, trichloroethylene, toluene, xylenes and/or zinc.

575. Control Solutions arranged with transporters AB Clean, Defendant Bealine Service Co., Inc., Envirogistics, Defendant Evergreen Industrial Services, Defendant Gator Environmental & Rentals, Inc., Garner Environmental, Gulf Coast Remediation, Gulf Coast Vacuum and PSC to transport Control Solutions' waste streams to the USOR Site.

576. The waste streams generated by Control Solutions fall within the definition of "solid waste" under the TSWDA.

577. By letter dated December 5, 2013, the USOR Site PRP Group notified Control Solutions of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Control Solutions the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

103

578.    To date, Control Solutions has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

579.    According to USOR Site Records, Defendant Crystal Warehouse Corp. ("Crystal Warehouse") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Crystal Warehouse, at the USOR Site.

580.    The waste streams generated by Crystal Warehouse and/or transported to the USOR Site by Crystal Warehouse fall within the definition of "solid waste" under the TSWDA.

581.    By letter dated December 5, 2013, the USOR Site PRP Group notified Crystal Warehouse of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Crystal Warehouse the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

582.    To date, Crystal Warehouse has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

583.    According to USOR Site Records, from at least March 2006 to January 2009, Defendant Curran International, Inc. ("Curran") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 33,300 gallons of waste containing hazardous substances owned or possessed by Curran, at the USOR Site.

104

584.    The waste streams generated by Curran are described on USOR Site Records as "neutralized washwater" and "organic" and contained some or all of the following hazardous substances: chromium, copper, lead, manganese, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene and/or xylenes.

585.    Curran arranged with transporter Evergreen to transport Curran's waste streams to the USOR Site.

586.    The waste streams generated by Curran fall within the definition of "solid waste" under the TSWDA.

587.    By letter dated December 5, 2013, the USOR Site PRP Group notified Curran of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Curran the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

588.    To date, Curran has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

589.    According to USOR Site Records, in at least May 2004, Defendant Custom Rubber Products, LLC ("Custom Rubber Products") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,000 gallons of waste containing hazardous substances owned or possessed by Custom Rubber Products, at the USOR Site.

590.    The waste streams generated by Custom Rubber Products are described on USOR Site Records as "non-RCRA/non DOT regulated wastewater" and contained some or all of the

105

following hazardous substances: arsenic, cadmium, chromium, copper, lead, mercury, methyl ethyl ketone, methylene chloride, trichloroethane, trichloroethylene and/or zinc.

591.   Custom Rubber Products arranged with transporter CES Environmental Service, Inc. to transport Custom Rubber Products' waste streams to the USOR Site.

592.   The waste streams generated by Custom Rubber Products fall within the definition of "solid waste" under the TSWDA.

593.   By letter dated December 5, 2013, the USOR Site PRP Group notified Custom Rubber Products of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Custom Rubber Products the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

594.   To date, Custom Rubber Products has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

595.   According to USOR Site Records, from at least October to December 2003, Defendant D-Hawk Grease Trap Co. ("D-Hawk Grease") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 106,593 gallons of waste containing hazardous substances owned or possessed by D-Hawk Grease, at the USOR Site.

596.   The waste streams arranged for disposal at the USOR Site by D-Hawk Grease fall within the definition of "solid waste" under the TSWDA.

597. By letter dated February 7, 2014, the USOR Site PRP Group notified D-Hawk Grease of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered D-Hawk Grease the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

598. To date, D-Hawk Grease has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

599. According to USOR Site Records, in at least March 2007, Defendant D.S. Anthony & Sons, Inc. ("D.S. Anthony") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 600 gallons of waste containing hazardous substances owned or possessed by D.S. Anthony, at the USOR Site.

600. The waste streams generated by D.S. Anthony are described on USOR Site Records as "used oil" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

601. D.S. Anthony arranged with transporter Defendant Triad Transport Inc. to transport D.S. Anthony's waste streams to the USOR Site.

602. The waste streams generated by D.S. Anthony fall within the definition of "solid waste" under the TSWDA.

603. To date, D.S. Anthony has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

604. According to USOR Site Records, in at least January 2006, Defendant DSA Coatings, Inc. doing business as Deep South Coatings ("Deep South") generated at least 120 gallons of waste containing hazardous substances for transport to the USOR Site.

605. The waste streams generated by Deep South were RCRA hazardous waste described on USOR Site Records as "universal paint waste."

606. Deep South arranged with transporter Defendant Flan Ex Transportation to transport Deep South's waste streams to the USOR Site.

607. The waste streams generated by Deep South falls within the definition of "solid waste" under the TSWDA.

608. By letter dated December 5, 2013, the USOR Site PRP Group notified Deep South of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Deep South the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

609. To date, Deep South has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

610. According to USOR Site Records, from at least March 2006 to August 2007, Defendant Dan-Loc Bolt & Gasket Co. ("Dan-Loc") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 71,420 gallons of waste containing hazardous substances owned or possessed by Dan-Loc, at the USOR Site.

611. The waste streams generated by Dan-Loc are described on USOR Site Records as "non-hazardous, non DOT regulated (class 1 oily water)" and "non-hazardous oily sludge" and

contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

612.    Dan-Loc arranged with transporters Defendant City Waste, L.P., Defendant Specialized Waste Systems, Inc. and US Oil Recovery to transport Dan-Loc's waste streams to the USOR Site.

613.    The waste streams generated by Dan-Loc and/or transported to the USOR Site by Dan-Loc fall within the definition of "solid waste" under the TSWDA.

614.    By letter dated December 5, 2013, the USOR Site PRP Group notified Dan-Loc of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Dan-Loc the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

615.    To date, Dan-Loc has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

616.    Defendant Dana Transport, Inc. ("Dana") is the successor to Suttles Truck Leasing, Inc. ("Suttles").

617.    In or about 2000, Dana acquired Suttles and thereafter integrated Suttles into Dana.

618.    According to USOR Site Records, from at least September 2005 to January 2006, Suttles accepted at least 157,956 gallons of waste containing hazardous substances for transport to the USOR Site.

109

619.    The waste streams transported by Suttles are described on USOR Site Records as "non hazardous non regulated washwater" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

620.    The waste streams Suttles transported to the USOR Site were generated by Hexion Specialty Chemical.

621.    The waste streams transported to the USOR Site by Suttles fall within the definition of "solid waste" under the TSWDA.

622.    To date, Dana has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

623.    According to USOR Site Records, in at least March 2005, Defendant Danny Herman Trucking, Inc. ("Danny Herman Trucking") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 404 gallons of waste containing hazardous substances owned or possessed by Danny Herman Trucking, at the USOR Site.

624.    The waste streams generated by Danny Herman Trucking are described on USOR Site Records as "oily" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

625.    Danny Herman Trucking arranged with transporter Milstead Environmental to transport Danny Herman Trucking's waste streams to the USOR Site.

626.    The waste streams generated by Danny Herman Trucking fall within the definition of "solid waste" under the TSWDA.

110

627.    To date, Danny Herman Trucking has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

628.    Alternatively, Defendant Herman Trucking Co. ("Herman Trucking") is responsible for the waste streams attributable to Danny Herman Trucking, as alleged in paragraph no. 623-24 above.

629.    To date, Herman Trucking has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

630.    Alternatively, Defendant Herman Johnson Trucking, LLC ("Herman Johnson Trucking") is responsible for the waste streams attributable to Danny Herman Trucking, as alleged in paragraph no. 623-24 above.

631.    To date, Herman Johnson Trucking has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

632.    Defendant David Stauffer Pipe Services, Inc. ("David Stauffer Pipe") is the successor to Defendant Enviro Clean ("Enviro Clean").

633.    According to USOR Site Records, from at least April 2004 to September 2004, Enviro Clean by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 55,000 gallons of waste containing hazardous substances owned or possessed by Enviro Clean, at the USOR Site.

634.    The waste streams generated by Enviro Clean are described on USOR Site Records as "non hazardous other organic liquids (oily)" and "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

111

635.    Enviro Clean arranged with transporter Defendant HET Environmental to transport Enviro Clean's waste streams to the USOR Site.

636.    The waste streams generated by Enviro Clean fall within the definition of "solid waste" under the TSWDA.

637.    By letter dated December 5, 2013, the USOR Site PRP Group notified Enviro Clean of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Enviro Clean the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

638.    To date, David Stauffer Pipe has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

639.    Alternatively, Defendant Enviro Clean is responsible for the waste streams attributable to Enviro Clean, as alleged in paragraph no. 633-34 above.

640.    To date, Enviro Clean has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

641.    Defendant Daymark Properties Realty, Inc. ("Daymark Properties") is formerly known as Triple Net Properties Realty, Inc. ("Triple Net").

642.    According to USOR Site Records, in at least August 2004, Triple Net by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 500 gallons of waste containing hazardous substances owned or possessed by Triple Net, at the USOR Site.

643.    The waste streams generated by Triple Net is described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone,

112

cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

644.    Triple Net arranged with transporter Defendant Specialized Maintenance Services, Inc. to transport Triple Net's waste streams to the USOR Site.

645.    The waste streams generated by Triple Net falls within the definition of "solid waste" under the TSWDA.

646.    By letter dated December 5, 2013, the USOR Site PRP Group notified Triple Net of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Triple Net the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

647.    To date, Daymark Properties has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

648.    According to USOR Site Records, from at least February to March 2004, Defendant Deer Park Energy Center LLC ("Deer Park Energy") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 685,665 gallons of waste containing hazardous substances owned or possessed by Deer Park Energy, at the USOR Site.

649.    The waste streams generated by Deer Park Energy are described on USOR Site Records as "boiler cleaning waste water (non-hazardous)" and "organic" and contained some or all of the following hazardous substances: acetone, copper, lead, methyl ethyl ketone, toluene, trichloroethane and/or xylene.

113

650.    Deer Park Energy arranged with transporters Envirogistics L.P., Defendant Enviro-Vac, Ltd., Defendant Eagle Construction and Environmental Services, LLC and US Oil Recovery to transport Deer Park Energy's waste streams to the USOR Site.

651.    The waste streams generated by Deer Park Energy fall within the definition of "solid waste" under the TSWDA.

652.    By letter dated February 7, 2014, the USOR Site PRP Group notified Deer Park Energy of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Deer Park Energy the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

653.    To date, Deer Park Energy has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

654.    According to USOR Site Records, from at least April 2004 to June 2005, Defendant Delta Centrifugal, LLC ("Delta Centrifugal") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 57,000 gallons of waste containing hazardous substances owned or possessed by Delta Centrifugal, at the USOR Site.

655.    The waste streams generated by Delta Centrifugal are described on USOR Site Records as "non regulated waste water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

114

656. Delta Centrifugal arranged with transporters Defendant Smith Systems Transportation, Inc. and Defendant Triad Transport, Inc. to transport Delta Centrifugal's waste streams to the USOR Site.

657. The waste streams generated by Delta Centrifugal fall within the definition of "solid waste" under the TSWDA.

658. By letter dated December 5, 2013, the USOR Site PRP Group notified Delta Centrifugal of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Delta Centrifugal the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

659. To date, Delta Centrifugal has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

660. According to USOR Site Records, from at least February 2004 to October 2005, Defendant Delta Petroleum Co., Inc. ("Delta Petroleum") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 86,000 gallons of waste containing hazardous substances owned or possessed by Delta Petroleum, at the USOR Site.

661. The waste streams generated by Delta Petroleum are described on USOR Site Records as "non hazardous wastewater" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

115

662.    Delta Petroleum arranged with transporters Defendant Bayou City Environmental Services, LP, Defendant El Regio Vacuum Service and Defendant GC Remediation, Ltd. to transport Delta Petroleum's waste streams to the USOR Site.

663.    The waste streams generated by Delta Petroleum fall within the definition of "solid waste" under the TSWDA.

664.    Additionally, Delta Petroleum is the successor to Delta Chemical Services LLC ("Delta Chemical Services").

665.    Delta Chemical Services is a prior business unit of Delta Petroleum.

666.    According to USOR Site Records, from at least April 2004 to December 2006, Delta Chemical Services by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 321,875 gallons of waste containing hazardous substances owned or possessed by Delta Chemical Services, at the USOR Site.

667.    The waste streams generated by Delta Chemical Services are described on USOR Site Records as "non hazardous liquids nos," "non hazardous rail sump water" and "recycle lube oil" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

668.    Delta Chemical Services arranged with transporters Defendant Bayou City Environmental Services, LP and Defendant El Regio Vacuum Service to transport Delta Chemical Services' waste streams to the USOR Site.

669.    The waste streams generated by Delta Chemical Services fall within the definition of "solid waste" under the TSWDA.

116

670. By letters dated December 5, 2013 and February 7, 2014, the USOR Site PRP Group notified Delta Chemical Services and Delta Petroleum, respectively, of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Delta Chemical Services and Delta Petroleum the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

671. To date, Delta Petroleum has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

672. Alternatively, Defendant Greif, Inc. ("Greif") is the successor to Delta Chemical Services and is responsible for the waste streams attributable to Delta Chemical Services, as alleged in paragraph nos. 666-67 above.

673. In or about September 2006, Greif acquired Delta Petroleum, and this acquisition included Delta Petroleum's prior business unit Delta Chemical Services.

674. To date, Greif has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

675. Additionally, Greif is formerly known as Greif Bros. Corp. ("Greif Bros.").

676. According to USOR Site Records, from at least February 2004 to May 2006, Greif Bros. by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 130,935 gallons of waste containing hazardous substances owned or possessed by Greif Bros., at the USOR Site.

677. The waste streams generated by Greif Bros. are described on USOR Site Records as "non-DOT regulated waste (wash water)," "oily water" and "organic" and contained some or

117

all of the following hazardous substances: acetone, barium, copper, methyl ethyl ketone, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

678.    Greif Bros. arranged with transporters Defendant Eagle Construction and Environmental Services, LLC and Garner to transport Greif Bros.'s waste streams to the USOR Site.

679.    The waste streams generated by Greif Bros. fall within the definition of "solid waste" under the TSWDA.

680.    By letter dated December 5, 2013, the USOR Site PRP Group notified Greif Bros. of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Greif Bros. the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

681.    To date, Greif has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

682.    According to USOR Site Records, from at least October 2007 to August 2009, Defendant Delta Specialty Coatings LLC ("Delta Specialty Coatings") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 23,880 gallons of waste containing hazardous substances owned or possessed by Delta Specialty Coatings, at the USOR Site.

683.    The waste streams generated by Delta Specialty Coatings are described on USOR Site Records as "non-RCRA, non-hazardous chrome rinsewater" and "non-RCRA, non-hazardous alkline [sic] rinsewater" and contained some or all of the following hazardous

118

substances: chromium, copper, lead, manganese, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene and/or xylenes.

684. Delta Specialty Coatings arranged with transporters Defendant Intra-Services Inc., M.T.I. Environmental, Defendant Specialized Maintenance Services, Inc. and Defendant Specialized Waste Systems, Inc. to transport Delta Specialty Coatings's waste streams to the USOR Site.

685. The waste streams generated by Delta Specialty Coatings fall within the definition of "solid waste" under the TSWDA.

686. By letter dated December 5, 2013, the USOR Site PRP Group notified Delta Specialty Coatings of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Delta Specialty Coatings the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

687. To date, Delta Specialty Coatings has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

688. Defendant Deposition Technology Inc. ("Deposition Technology") subleased a prior facility of GTI Coatings, Inc. ("GTI Coatings") in Austin, Texas beginning in or about January 2007.

689. Thereafter, Deposition Technology assumed the prior lease of the former GTI Coatings facility and operated a semiconductor business out of this facility.

119

690.    Upon information and belief, Deposition Technology represented itself as GTI Coatings in USOR Site Records.

691.    According to USOR Site Records, from at least October 2008 to October 2009, GTI Coatings by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 35,600 gallons of waste containing hazardous substances owned or possessed by GTI Coatings, at the USOR Site.

692.    The waste streams generated by GTI Coatings are described on USOR Site Records as "Trench Water Non Hazardous/Non Regulated" and contained some or all of the following hazardous substances: acetone, copper, lead, methyl ethyl ketone, toluene, trichloroethane and/or xylenes.

693.    On certain occasions, GTI Coatings arranged with transporter Triad Transport to transport GTI Coatings' waste streams to the USOR Site.

694.    The waste streams generated by GTI Coatings fall within the definition of "solid waste" under the TSWDA.

695.    By letter(s) dated December 5, 2013, the USOR Site PRP Group notified GTI Coatings of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered GTI Coatings the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

696.    To date, Deposition Technology Inc. has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

697.    Defendant The Dillard Anderson Group ("Dillard Anderson") is the successor to Tubular Processors USA Ltd. ("Tubular Processors").

698.    Upon information and belief, in or about February 2006, The Dillard Anderson Group acquired Tubular Processors USA Ltd. through Dillco Tubular, Inc.

699.    According to USOR Site Records, in at least November 2004, Defendant Tubular Processors by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,688 gallons of waste containing hazardous substances owned or possessed by Tubular Processors, at the USOR Site.

700.    The waste streams generated by Tubular Processors are described on USOR Site Records as "oily water" and "oily emulsion" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

701.    On certain occasions, Tubular Processors also arranged with transporter Nighthawk Transport to transport Tubular Processors' waste streams to the USOR Site.

702.    The waste streams generated by Tubular Processors and/or transported to the USOR Site by Tubular Processors fall within the definition of "solid waste" under the TSWDA.

703.    By letter(s) dated December 5, 2013, the USOR Site PRP Group notified Tubular Processors of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Tubular Processors the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

704.    To date, Dillard Anderson has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

705.    According to USOR Site Records, in at least April 2007, Defendant Dollar Thrifty Automotive Group, Inc. ("Dollar Thrifty") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 550 gallons of waste containing hazardous substances owned or possessed by Dollar Thrifty defendant, at the USOR Site.

706.    The waste streams generated by Dollar Thrifty are described on USOR Site Records as "ground water" and contained some or all of the following hazardous substances: acetone, chromium, manganese, methyl ethyl ketone, nickel toluene, trichloroethane, xylenes and/or zinc.

707.    The waste streams generated by Dollar Thrifty and/or transported to the USOR Site by Dollar Thrifty fall within the definition of "solid waste" under the TSWDA.

708.    By letter dated December 5, 2013, the USOR Site PRP Group notified Dollar Thrifty of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Dollar Thrifty the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

709.    To date, Dollar Thrifty has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

710.    According to USOR Site Records from at least September 2003 to September 2005, Defendant Drane Ranger Vacuum Service ("Drane Ranger") accepted for transport to the USOR Site, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 243,744 gallons

122

of waste containing hazardous substances owned or possessed by Drane Ranger defendant, at the USOR Site.

711.    The waste streams generated by and/or transported by Drane Ranger are described on USOR Site Records as "grease," "grit trap," "grease trap," "grit," "lint trap," "oil," "septic" and "lint" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

712.    On certain occasions, Drane Ranger transported its own waste streams to the USOR Site.

713.    The waste streams generated by Drane Ranger and/or transported to the USOR Site by Drane Ranger fall within the definition of "solid waste" under the TSWDA.

714.    By letter dated February 7, 2014, the USOR Site PRP Group notified Drane Ranger of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Drane Ranger the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

715.    To date, Drane Ranger has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

716.    According to USOR Site Records, in at least May 2005, Defendant Dual Trucking Inc. ("Dual Trucking") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 110 gallons of waste containing hazardous substances owned or possessed by Dual Trucking, at the USOR Site.

123

717. The waste streams generated by Dual Trucking are described on USOR Site Records as "waste diesel mix w/ sealant" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes, zinc.

718. On a certain occasion, Dual Trucking arranged with transporter Milstead Environmental to transport Dual Trucking's waste streams to the USOR Site.

719. The waste streams generated by Dual Trucking fall within the definition of "solid waste" under the TSWDA.

720. By letter dated December 5, 2013, the USOR Site PRP Group notified Dual Trucking of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Dual Trucking the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

721. To date, Dual Trucking has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

722. Defendant Durek Investments, Inc. ("Durek") is the successor to and/or is formerly known as Durek Property Management Inc. ("Durek Property").

723. Upon information and belief, on or about October 2006, Durek Investments, Inc. acquired Durek Property Management Inc. as a going concern and thereafter continued the uninterrupted business activities of Durek Property. Durek retained certain employees and corporate personnel of Durek Property.

724. According to USOR Site Records, in at least May 2006, Durek Property by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a

124

transporter for transport for disposal or treatment, at least 400 gallons of waste containing hazardous substances owned or possessed by Durek Property, at the USOR Site.

725. The waste streams generated by Durek Property are described on USOR Site Records as "oil and water" and contained some or all of the following hazardous substances: asbestos, benzene, benzo(a)anthracene, benzo(a)pyrene, cadmium, cobalt, copper, cresol, ethyl benzene, fluorine, lead, manganese, nickel, perchloroethylene, phenanthrene, tin, toluene, trichloroethylene, xylenes and/or zinc.

726. The waste streams generated by Durek Property fall within the definition of "solid waste" under the TSWDA.

727. By letter dated December 5, 2013, the USOR Site PRP Group notified Durek Property of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Durek Property the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

728. To date, Durek has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

729. Defendant E-Transport Carriers, Inc. ("E-Transport") was formerly known as Sunteck Transport Carriers, Inc. ("Sunteck"). According to filings with the Florida Secretary of State, the name was changed from Sunteck to E-Transport in 2011.

730. According to USOR Site Records, in at least December 2007, Sunteck accepted at least 2,549 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Sunteck.

731. The waste streams Sunteck generated, transported and/or arranged for disposal are described on USOR Site Records as "Non Hazardous" and contained some or all of the following hazardous substances including but not limited to: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

732. The waste streams Sunteck generated, transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

733. By letter dated December 5, 2013, the USOR Site PRP Group notified Sunteck of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Sunteck the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

734. To date, E-Transport has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

735. According to USOR Site Records, from at least September 2007 to November 2008, Defendant E.S.R. Electronics, Inc. ("E.S.R. Electronics") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,216 gallons of waste containing hazardous substances owned or possessed by E.S.R. Electronics, at the USOR Site.

736. The waste streams generated by E.S.R. Electronics were RCRA hazardous waste described on USOR Site Records as "corrosive liquid acidic, inorganic n.o.s. 8 UN3264 PG III."

737. On certain occasions, E.S.R. Electronics arranged with transporters Lighthouse Environmental Inc. and Texas Waste Carriers to transport E.S.R. Electronics' waste streams to the USOR Site.

126

738.    The waste streams generated by E.S.R. Electronics fall within the definition of "solid waste" under the TSWDA.

739.    By letter dated December 5, 2013, the USOR Site PRP Group notified E.S.R. Electronics of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered E.S.R. Electronics the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

740.    To date, E.S.R. Electronics has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

741.    Defendant ED&F Man Liquid Products LLC ("ED&F Man") is the successor to and/or does business as and/or is formerly known as Westway Trading Corp. ("Westway Trading").

742.    Upon information and belief, in or about October 2009, Westway Trading changed its name to ED&F Man Liquid Products Co. or ED&F Man Liquid Products Corp., which changed its name to ED&F Man in or about May 2011. ED&F man has continued the interrupted business activities of Westway Trading in the same location and retained employees and corporate personnel of Westway Trading.

743.    According to USOR Site Records, from at least November 2006 to July 2007, Westway Trading by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,332 gallons of waste containing hazardous substances owned or possessed by Westway Trading at the USOR Site.

127

744. The waste streams Westwy Trading generated are described on USOR Site Records as "non-hazardous, not DOT regulated (oily wastewater, class I)," "biodiesel water," "freebreaking biodiesel water" and "rinse water with polyglycerine" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

745. On certain occasions, Westway Trading arranged wtih Defendant Goodgames Industrial Solutions LLC, Gulf Coast Vacuum and MEI to transport Westway Trading's waste streams to the USOR Site.

746. The waste streams generated by Westway Trading fall within the definition of "solid waste" under the TSWDA.

747. By letter dated December 5, 2013, the USOR Site PRP Group notified Westway Trading of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Westway Trading the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

748. To date, ED&F Man has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

749. Alternatively, Defendant Westway Terminal Co. LLC ("Westway Terminal") is responsible for the waste streams attributable to ED&F Man, as alleged in paragraph nos. 743-44 above.

750. To date, Westway Terminal has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

128

751.    Defendant ERP Operating Limited Partnership ("ERP Operating") owns and/or operates Kirby Place Apartments ("Kirby Place").

752.    According to USOR Site Records, from at least September 2004 to November 2004, Kirby Place by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,500 gallons of waste containing hazardous substances owned or possessed by ERP Operating, at the USOR Site.

753.    The waste streams generated by Kirby Place are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

754.    Kirby Place arranged with transporter Defendant Specialized Maintenance Services, Inc. to transport Kirby Place's waste streams to the USOR Site.

755.    The waste streams generated by Kirby Place fall within the definition of "solid waste" under the TSWDA.

756.    By letter dated December 5, 2013, the USOR Site PRP Group notified Kirby Place of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Kirby Place the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

757.    To date, ERP Operating has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

758.    According to USOR Site Records, Defendant Eagle Construction and Environmental Services, LLC ("Eagle Construction"), doing business as SWS Environmental

129

Services ("SWS"), accepted at least 266,824 gallons of waste containing hazardous substances

for transport to the USOR Site, which was selected by Eagle Construction.

759.    Additionally, according to USOR Site Records, from at least September 2003 to

November 2008, Eagle Construction by contract, agreement, or otherwise arranged for disposal

or treatment, and/or arranged with a transporter for transport for disposal or treatment at least

5,167,094 gallons of waste containing hazardous substances for transport to the USOR Site.

760.    The waste Eagle Construction generated, transported and/or arranged for disposal

is described on USOR Site Records as including but not limited to "acid alum," "turbine

compressor water," "oily water" and "rinse water" and contained some or all of the following

hazardous substances including but not limited to: acetone, benzene, cadmium, chromium,

copper, lead, ethyl benzene, manganese, mercury, methanol, methyl ethyl ketone, methylene

chloride, nickel, toluene, trichloroethane, xylenes and/or zinc.

761.    On certain occasions, Eagle Construction transported its own waste streams to the

USOR Site.

762.    On other occasions Eagle Construction transported and/or arranged for disposal of

waste streams generated by either Eagle Construction and/or including but not limited to Rescar,

Sears Carpet & Upholstery, SKE Support Services, Pepper Lawson, Polyfoam Products, Kellogs

Brown & Root and Calpine.

763.    The waste streams Eagle Construction generated, transported to and/or arranged

for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

764.    By letter dated June 4, 2014, the USOR Site PRP Group notified Eagle

Construction of the existence of the release or threatened release of hazardous substances at the

USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

130

threatened release of hazardous substances at the USOR Site; and offered Eagle Construction the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

765.   To date, Eagle Construction has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

766.   According to USOR Site Records, from at least February to September 2004, Defendant Earth Material Services LLC ("Earth Material") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,100 gallons of waste containing hazardous substances owned or possessed by Earth Material, at the USOR Site.

767.   The waste streams generated by Earth Material are described on USOR Site Records as "water contaminated w/ diesel" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes, zinc.

768.   On certain occasions, Earth Material arranged with transporter Eagle Construction to transport Earth Material's waste streams to the USOR Site.

769.   The waste streams generated by Earth Material fall within the definition of "solid waste" under the TSWDA.

770.   By letter dated December 5, 2013, the USOR Site PRP Group notified Earth Material of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Earth Material the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

131

771.    To date, Earth Material has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

772.    According to USOR Site Records, in at least June 2005, Defendant Economic Environmental Services, Inc. ("Economic Environmental Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 800 gallons of waste containing hazardous substances owned or possessed by Economic Environmental Services, at the USOR Site.

773.    By letter dated December 5, 2013, the USOR Site PRP Group notified Economic Environmental Services of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Economic Environmental Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

774.    To date, Economic Environmental Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

775.    According to USOR Site Records, in at least January 2004, Defendant Empire Truck Lines, Inc. ("Empire Truck") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,000 gallons of waste containing hazardous substances owned or possessed by Empire Truck, at the USOR Site.

776.    The waste streams generated by Empire Truck are described on USOR Site Records as "oil" and contained some or all of the following hazardous substances: acetone,

132

benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes, zinc.

777.    On a certain occasions, Empire Truck arranged with transporter CES to transport Empire Truck's waste streams to the USOR Site.

778.    The waste streams generated by Empire Truck falls within the definition of "solid waste" under the TSWDA.

779.    To date, Empire Truck has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

780.    According to USOR Site Records, from at least November 2003 to January 2007 Defendant Evergreen Environmental Services, LLC, doing business as Evergreen Industrial Services ("Evergreen Environmental") accepted for transport to the USOR Site, which was selected by Evergreen Environmental, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Evergreen Environmental, at least 464,904 gallons of waste containing hazardous substances at the USOR Site.

781.    The waste streams Evergreen Environmental generated, transported and/or arranged for disposal are described on USOR Site Records as including but not limited to "Non Regulated Waste Water" and contained some or all of the following hazardous substances including but not limited to: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

782.    On certain occasions, Evergreen Environmental transported and/or arranged for disposal of waste streams generated by either Evergreen Environmental and/or Valero.

133

783. The waste streams Evergreen Environmental generated, transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

784. By letter dated June 4, 2014, the USOR Site PRP Group notified Evergreen Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Evergreen Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

785. To date, Evergreen Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

786. Alternatively, Defendant Environmental Disposal Solutions, Inc. ("Environmental Disposal") is formerly known as Evergreen Disposal Solutions Inc. ("Evergreen Disposal"), is the successor to Evergreen Industrial ("Evergreen Industrial") and Evergreen Vacuum ("Evergreen Vacuum") and is responsible for the waste streams attributable to Evergreen Environmental, as alleged in paragraph nos. 780-81 above.

787. To date, Environmental Disposal has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

788. Alternatively, Defendant Evergreen Vacuum Service, LLC ("Evergreen Vacuum") is responsible for the waste streams attributable to Evergreen Environmental, as alleged in paragraph nos. 780-81 above.

789.    To date, Evergreen Vacuum has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

790.    According to USOR Site Records, from at least May 2004 to December 2008 Defendant Environmental Earth-Wise, Inc. ("EEW") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 782,155 gallons of waste containing hazardous substances owned or possessed by EEW, at the USOR Site.

791.    The waste streams EEW arranged for disposal are described on USOR Site Records as including but not limited to "oily water," "wash water," "non hazardous oily water emulsion mixture" and "organic solids (dirt & oil)" and contained some or all of the following hazardous substances including but not limited to: acetone, benzene, cadmium, chromium, copper, dichloroethylene, ethyl benzene, ethylene glycol, lead, manganese, mercury, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, xylenes and/or zinc.

792.    The waste streams EEW arranged for disposal at the USOR Site were generated by including but not limited to International Paint, Tex Tube, Calgon Carbon, Rain for Rent, Oneok Hydrocarbons and A&M Contractors.

793.    The waste streams arranged for disposal at the USOR Site by EEW fall within the definition of "solid waste" under the TSWDA.

794.    By letter dated December 5, 2013, the USOR Site PRP Group notified EEW of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered EEW the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

135

795. To date, EEW has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

796. According to USOR Site Records, from at least January 2004 to September 2006, Defendant Enviro-Vac, Ltd. ("Enviro-Vac") accepted at least 12,561,931 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Enviro-Vac.

797. The waste streams transported by Enviro-Vac is described on USOR Site Records as, including but not limited to, "Very dilute Aqueous Waste containing more than 99% water," "Caustuc aqueous waste without cyanides (blow down water)," "organic," "condensate," "leachate (Non-Hazardous)," "other aqueous waste with low dissolved solids (waste water)," "Water and Aer-o-lite, (fire fighting foam and water)," and "Non-Hazardous Non-RCRA (Bilge Water)" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

798. The waste streams Enviro-Vac transported to the USOR Site were generated by Including but not limited to, Western Seafood Water Reclamation, Western Waste of Texas LLC, Farouk Systems, Inc., defendant, Louisiana Pacific Corporation, Continental Airlines, LA Pacific.

799. The waste streams transported to the USOR Site by Enviro-Vac fall within the definition of "solid waste" under the TSWDA.

800. By letter dated June 4, 2014, the USOR Site PRP Group notified Enviro-Vac of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened

136

release of hazardous substances at the USOR Site; and offered Enviro-Vac the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

801.    To date, Enviro-Vac has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

802.    According to USOR Site Records, in at least June 2004, Defendants Esco Marine Inc. ("Esco Marine") and/or Resolve Marine Group, Inc. ("Resolve Marine") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 104,100 gallons of waste containing hazardous substances owned or possessed by Esco Marine and/or Resolve Marine, at the USOR Site.

803.    The waste streams generated by Esco Marine and Resolve Marine were RCRA hazardous waste described on USOR Site Records as "RQ Hazardous Waste Liquid, NOS, (Chromium), 9, NA3082 III."

804.    Esco Marine and Resolve Marine arranged with transporter Midstate Environmental to transport Esco Marine and Resolve Marine's waste streams to the USOR Site.

805.    The waste streams generated by Esco Marine and Resolve Marine fall within the definition of "solid waste" under the TSWDA.

806.    By letters dated February 7, 2014, the USOR Site PRP Group notified Esco Marine and Resolve Marine of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Esco Marine and Resolve Marine the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

137

807.    To date, both Esco Marine and Resolve Marine have refused to cooperate with the USOR Site PRP Group and have not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

808.    According to USOR Site Records, in at least October 2005, Defendant Estes Express Lines ("Estes Express") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,000 gallons of waste containing hazardous substances owned or possessed by Estes Express, at the USOR Site.

809.    The waste streams generated by Estes Express are described on USOR Site Records as "Non-Regulated, Class 1 Liquid" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes, zinc.

810.    Estes Express arranged with transporters Eagle Construction and Texas Water Management to transport Estes Express' waste streams to the USOR Site.

811.    The waste streams generated by Estes Express falls within the definition of "solid waste" under the TSWDA.

812.    By letter dated December 5, 2013, the USOR Site PRP Group notified Estes Express of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Estes Express the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

813.    To date, Estes Express has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

814.    Defendant Excel Industrial Group, LLC ("Excel Industrial") is the successor to Emergent Industrial Solutions, Inc. ("Emergent Industrial") and Gulf Coast Waste Management, Inc. ("Gulf Coast Waste").

815.    Gulf Coast Waste changed its name to Emergent Industrial in or about 2006, and Emergent Industrial converted to Emergent Industrial Solutions, LP in or about 2008.

816.    Upon information and belief, Excel Industrial has continued the uninterrupted business activities of Emergent Industrial Solutions, LP at the same location and retained employees and corporate personnel of Emergent Industrial Solutions, LP.

817.    According to USOR Site Records, from at least May 2006 to May 2007, Emergent Industrial by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,371,071 gallons of waste containing hazardous substances owned or possessed by Emergent Industrial, at the USOR Site.

818.    The waste streams Emergent Industrial arranged for disposal are described on USOR Site Records as including but not limited to "non hazardous, non regulated by DOT (class 1 waste water)," "oily wastewater from drum wash operations" and "oily waste water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

819.    The waste streams Emergent Industrial arranged for disposal at the USOR Site were generated by and/or transported by including but not limited to American Acryl, Dan Loc, Delta Tubular, Grant Prideco, Metton America, P Chem, Stewart & Stevenson, Texas Arai, Defendant Tri-Star Protector Services Co., Tube Alloy, and West Texas Drum.

139

820.    The waste streams Emergent Industrial arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

821.    According to USOR Site Records, from at least August 2003 to May 2006, Gulf Coast Waste accepted for transport to the USOR Site, which was selected by Gulf Coast Waste, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Gulf Coast Waste, at least 935,626 gallons of waste containing hazardous substances at the USOR Site.

822.    The waste streams Gulf Coast Waste transported and/or arranged for disposal were RCRA hazardous waste described on USOR Site Records as "condensate water contaminated with benzene."

823.    The waste Gulf Coast Waste transported and/or arranged for disposal is also described on USOR Site Records as including but not limited to "non regulated by DOT (class 1, waste water)" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

824.    On other occasions, the waste streams Gulf Coast Waste arranged for disposal at the USOR Site were generated by and/or transported by including but not limited to Baker Hughes, Cooper Energy, Dan-Loc, Delta Tubular, Evans Industries, Grant Prideco, Defendant Onyx Industrial Services, Inc., P Chem, Defendant Tri-Star Protector Services Co., and West Texas Drum.

825.    The waste streams Gulf Coast Waste arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

140

826.    By letters dated February 7, 2014, the USOR Site PRP Group notified Gulf Coast Waste and Emergent Industrial of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Gulf Coast Waste and Emergent Industrial the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

827.    To date, Excel Industrial has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

828.    Defendant Exterran Energy Solutions, L.P. ("Exterran Energy") is the successor to Universal Compression, Inc. ("Universal Compression").

829.    Universal Compression, Inc. changed its name to Exterran, Inc. in or about 2007, and Exterran, Inc. merged into Exterran Energy in or about 2008.

830.    According to USOR Site Records, from at least January to July 2004, Universal Compression by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 11,810 gallons of waste containing hazardous substances owned or possessed by Universal Compression, at the USOR Site.

831.    The waste streams generated by Universal Compression are described on USOR Site Records as "oily waste water (non USDOT or USEPA regulated)," "non-RCRA, non-hazardous, waste water," "non-RCRA, non-hazardous, waste sludge" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

141

832.   Universal Compression arranged with transporters CES Environmental Services, Inc. Triad Transport, Inc.

833.   The waste streams generated by Universal Compression fall within the definition of "solid waste" under the TSWDA.

834.   To date, Exterran Energy has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

835.   According to USOR Site Records, in at least February 2004, Defendant FAM Marine Services, Inc. ("FAM Marine") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,430 gallons of waste containing hazardous substances owned or possessed by FAM Marine, at the USOR Site.

836.   The waste streams generated by FAM Marine are described on USOR Site Records as "oily," "oily water" and "oily rags" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

837.   FAM Marine arranged with transporter Turnerco to transport FAM Marine's waste streams to the USOR Site.

838.   The waste streams generated by FAM Marine fall within the definition of "solid waste" under the TSWDA.

839.   To date, FAM Marine has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

142

840. According to USOR Site Records, from at least January 2004 to August 2006, Defendant Farouk Systems, Inc. ("Farouk Systems") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,682,285 gallons of waste containing hazardous substances owned or possessed by Farouk Systems, at the USOR Site.

841. The waste streams generated and/or transported by Farouk Systems are described in USOR Site Records as " other aqueous waste with low dissolved solids (waste water)" and "organic" and contained some or all of the following hazardous substances:

842. On certain occasions, Farouk Systems also arranged with transporters including but not limited to HET Environmental, Envirovac, Gulf Coast and El Regio Vacuum to transport Farouk Systems' waste streams to the USOR Site.

843. The waste streams generated by Farouk Systems fall within the definition of "solid waste" under the TSWDA.

844. By letter dated December 5, 2013, the USOR Site PRP Group notified Farouk Systems of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Farouk Systems the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

845. To date, Farouk Systems has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

846. According to USOR Site Records, from at least May 2004 to June 2006, Defendant Firebird Bulk Carriers, Inc. ("Firebird") accepted at least 501,532 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Firebird.

143

847.    The waste streams transported by Firebird were RCRA hazardous waste described on USOR Site Records as "waste corrosive liquid, inorganic, N.O.S., 8/UN 3225/ PGIII."

848.    The waste transported by Firebird is also described on USOR Site Records as including but not limited to "non hazardous/non regulated liquid (bio sludge)," "other inorganic sludges (tank bottom slurry)," "rainwater runoff" and "Regular Plant Waste Water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, cobalt, copper, ethyl benzene, lead, manganese, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, vinyl chloride, xylenes and/or zinc.

849.    The waste streams Firebird transported to the USOR Site were generated by including but not limited to Channel Shipyard Inc., ProWaste, Inc., Champion Technologies, Contractor Technology and Pilot Industries of Houston.

850.    The waste streams transported to the USOR Site by Firebird fall within the definition of "solid waste" under the TSWDA.

851.    To date, Firebird has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

852.    According to USOR Site Records, from at least May 2004 to March 2006, Defendant Flan Ex Transportation ("Flan Ex Transportation") accepted at least 6,612 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Flan Ex Transportation.

853.    The waste streams transported by Flan Ex Transportation were RCRA hazardous waste described on USOR Site Records as "LIN 3501/Universal Paint Waste," "Universal Paint Waste, 3, UN1263, II" and "Universal Paint Waste."

144

854.    The waste streams transported by Flan Ex Transportation are also described on USOR Site Records as including but not limited to "non hazardous non regulated liquid (scaltite concrete cure)"and "Non Hazardous Non Regulated Material" and contained some or all of the following hazardous substances: acetone, benzene, chromium, cobalt, copper, ethyl benzene, lead, manganese, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, vinyl chloride, xylenes and/or zinc.

855.    The waste streams Flan Ex Transportation transported to the USOR Site were generated by including but not limited to Borden, Inc., Wing Aviation, OCCP South Coatings and Transwestern.

856.    The waste streams transported to the USOR Site by Flan Ex Transportation fall within the definition of "solid waste" under the TSWDA

857.    To date, Flan Ex Transportation has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

858.    According to USOR Site Records, from at least January 2004 to February 2009, Defendant Flex Oil Service, LLC ("Flex Oil") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,051,877 gallons of waste containing hazardous substances owned or possessed by Flex Oil, at the USOR Site.

859.    The waste streams generated by Flex Oil are described on USOR Site Records as including but not limited to "used fuel oil," "Drums of axle grease," "oil," "oily water," "oily pads," "floor dry," "oily filters" and "grease drums – non-hazardous" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, lead, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

145

860. On certain occasions, Flex Oil transported its own waste streams to the USOR Site.

861. By letter dated February 7, 2014, the USOR Site PRP Group notified Flex Oil of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Flex Oil the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

862. To date, Flex Oil has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

863. According to USOR Site Records, in at least November 2009, Defendant Fluid Sealing Products, Inc. ("Fluid Sealing") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,000 gallons of waste containing hazardous substances owned or possessed by Fluid Sealing, at the USOR Site.

864. The waste streams generated by Fluid Sealing are described on USOR Site Records as "Non-RCRA Non-Hazardous (Phosphate Solution and Cleaner)" and contained some or all of the following hazardous substances: acetone, barium, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, methylene chloride, methyl ethyl ketone, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

865. Fluid Sealing arranged with transporter Intra Services Waste Transport to transport Fluid Sealing's waste streams to the USOR Site.

866. The waste streams generated by Fluid Sealing falls within the definition of "solid waste" under the TSWDA.

867.    By letter dated December 5, 2013, the USOR Site PRP Group notified Fluid Sealing of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Fluid Sealing the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

868.    To date, Fluid Sealing has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

869.    According to USOR Site Records, from at least April 2005 to August 2007, Defendant Formosa Plastics Corp., U.S.A. ("Formosa Plastics") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 24,330 gallons of waste containing hazardous substances owned or possessed by Formosa Plastics, at the USOR Site.

870.    The waste streams generated by Formosa Plastics were RCRA hazardous waste described on USOR Site Records as "hexane," "Hexane/Water/Oligimer" and "RQ Waste Flammable Liquids, n.o.s. (Hexane), 3, 1993, PGI, EAG 128."

871.    The waste streams generated by Formosa Plastics are also described on USOR Site Records as "organic," "oily water" and "settled solids" and contained some or all of the following hazardous substances: acetone, copper, dichloroethylene, lead, methyl ethyl ketone, toluene and/or xylenes.

872.    On certain occasions, Formosa Plastics arranged with transporters Bealine Service Co., Inc. and Tideport Distributing, Inc. to transport Formosa Plastics' waste streams to the USOR Site.

873.    The waste streams generated by Formosa Plastics fall within the definition of "solid waste" under the TSWDA.

874.    By letter dated December 5, 2013, the USOR Site PRP Group notified Formosa Plastics of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Formosa Plastics the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

875.    To date, Formosa Plastics has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

876.    According to USOR Site Records, Defendant Fortis International, Inc. ("Fortis") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 11,538 gallons of waste containing hazardous substances owned or possessed by Fortis, at the USOR Site.

877.    The waste streams generated by Fortis fall within the definition of "solid waste" under the TSWDA.

878.    By letter dated December 5, 2013, the USOR Site PRP Group notified Fortis of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Fortis the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

879.    To date, Fortis has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

880.    According to USOR Site Records, in at least July 2007, Defendant Garlock Sealing Technologies, LLC ("Garlock Sealing") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,300 gallons of waste containing hazardous substances owned or possessed by Garlock Sealing, at the USOR Site.

881.    The waste streams generated by Garlock Sealing are described on USOR Site Records as "non RCRA wastewater" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, manganese, methylene chloride, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

882.    Garlock Sealing arranged with transporter Defendant Specialized Maintenance Services, Inc. to transport Garlock Sealing's waste streams to the USOR Site.

883.    The waste streams generated by Garlock Sealing fall within the definition of "solid waste" under the TSWDA.

884.    Additionally, Garlock Sealing is the successor to Garlock Metallic Gaskets ("Garlock Metallic").

885.    Garlock Metallic is a division of Garlock Sealing.

886.    According to USOR Site Records, from at least June 2004 to July 2007, Garlock Metallic by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 275,988 gallons of waste containing hazardous substances owned or possessed by Garlock Metallic, at the USOR Site.

887.    The waste streams generated by Garlock Metallic are described on USOR Site Records as "non-hazardous non-RCRA waste water," "non-RCRA hazardous waster cutting

149

sands," "organic" and "non-hazardous non-RCRA waste solid" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead methylene chloride, trichloroethane, trichloroethylene and/or zinc.

888.    Garlock Metallic arranged with transporter Defendant Specialized Maintenance Services, Inc. to transport Garlock Metallic's waste streams to the USOR Site.

889.    The waste streams generated by Garlock Metallic fall within the definition of "solid waste" under the TSWDA.

890.    By letter dated February 7, 2014, the USOR Site PRP Group notified Garlock Sealing of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Garlock Sealing the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

891.    To date, Garlock Sealing has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

892.    According to USOR Site Records, from at least February 2004 to April 2009, Defendant Gator Environmental & Rentals, Inc. ("Gator Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,641,564 gallons of waste containing hazardous substances owned or possessed by Gator Environmental, at the USOR Site.

893.    The waste streams generated and/or transported by Gator Environmental were RCRA hazardous waste described on USOR Site Records as including but not limited to "Waste Corrosive Liquid, Inorganic, NOS 8, UN3225, PGIII," "Hazardous Wastewater n.o.s. RQ, 3, NA 1993, PGIII" and "Hazardous Waste Solids, N.O.S., 9 NA 3077 III, (Benzene), RQ."

150

894.    The waste streams generated by Gator Environmental are also described on USOR Site Records as including by not limited to "grease," "Non-Hazardous Wastewater" and "organic" and contained at least but not limited to some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

895.    On certain occasions, Gator Environmental arranged with transporter LWS to transport Gator Environmental's waste stream to the USOR Site.

896.    On other occasions, Gator Environmental transported its own waste streams to the USOR Site.

897.    The waste streams Gator Environmental arranged for disposal and/or transported to the USOR Site were generated by including but not limited to Bradero Price, Pilot Industries of Texas, Explorer Pipeline, American Springwire, Blentech Corp., Southwest Shipyard L.P. and Champion Technologies.

898.    The waste streams Gator Environmental generated, transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

899.    By letter dated June 4, 2014, the USOR Site PRP Group notified Gator Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Gator Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

900.    To date, Gator Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

901.    According to USOR Site Records, from at least January to June 2004, Defendant Gillman, Inc., doing business as Gillman Honda ("Gillman Honda") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 17,390 gallons of waste containing hazardous substances owned or possessed by Gillman Honda, at the USOR Site.

902.    The waste streams generated by Gillman Honda are described on USOR Site Records as "oil," "oily water" and "organic" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

903.    On certain occasions, Gillman Honda arranged with transporters Eagle Construction and GCR to transport Gillman Honda's waste streams to the USOR Site.

904.    The waste streams generated by Gillman Honda fall within the definition of "solid waste" under the TSWDA.

905.    By letter dated December 5, 2013, the USOR Site PRP Group notified Gillman Honda of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Gillman Honda the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

906.    To date, Gillman Honda has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

907.    According to USOR Site Records, from at least January to July 2004, Defendant Global Crossing Telecommunications, Inc. ("Global Crossing Telecommunications") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a

transporter for transport for disposal or treatment, at least 900 gallons of waste containing hazardous substances owned or possessed by Global Crossing Telecommunications, at the USOR Site.

908.   The waste streams generated by Global Crossing Telecommunications are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, perchloroethylene, toluene, trichloroethane, trichloroethylene, vinyl chloride, xylenes and/or zinc.

909.   On certain occasions, Global Crossing Telecommunications arranged with Garner Environmental to transport Global Crossing Telecommunications' waste streams to the USOR Site.

910.   The waste streams generated by Global Crossing Telecommunications fall within the definition of "solid waste" under the TSWDA.

911.   To date, Global Crossing Telecommunications has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

912.   According to USOR Site Records, in at least June 2004, Defendant Go West Fabricators & Rig Star, Inc. ("Go West Fabricators") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,800 gallons of waste containing hazardous substances owned or possessed by Go West Fabricators, at the USOR Site.

913.   Go West Fabricators arranged with transporter Defendant Oil Mop, LLC to transport Go Waste Fabricators' waste streams to the USOR Site.

914. The waste streams generated by Go West Fabricators fall within the definition of "solid waste" under the TSWDA.

915. To date, Go West Fabricators has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

916. Alternatively, Defendant DREFCO, Inc. ("DREFCO") doing business as Go West Fabricators is responsible for the waste streams attributable to Go West Fabricators, as alleged in paragraph no. 912 above.

917. To date, DREFCO has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

918. According to USOR Site Records, from at least October 2003 to February 2006, Defendant Golden Opportunity Recycling Service ("Golden Opportunity") accepted for transport to the USOR Site, which was selected by Golden Opportunity, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Golden Opportunity, at least 19,000 gallons of waste containing hazardous substances at the USOR Site.

919. The waste streams Golden Opportunity transported to and/or arranged for disposal at the USOR Site are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

920. On certain occasions, Golden Opportunity transported its own waste streams to the USOR Site.

921. The waste streams Golden Opportunity transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

154

922.    By letter dated December 5, 2013, the USOR Site PRP Group notified Golden Opportunity of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Golden Opportunity the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

923.    To date, Golden Opportunity has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

924.    According to USOR Site Records, in at least October 2004, Defendant Grand Parkway Doctors Center ("Grand Parkway Doctors") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 100 gallons of waste containing hazardous substances owned or possessed by Grand Parkway Doctors, at the USOR Site.

925.    The waste streams generated by Grand Parkway Doctors are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

926.    Grand Parkway Doctors arranged with transporter Defendant Specialized Maintenance Services, Inc. to transport Grand Parkway Doctors' waste streams to the USOR Site.

927.    The waste streams generated by Grand Parkway Doctors fall within the definition of "solid waste" under the TSWDA.

155

928.   By letter dated December 5, 2013, the USOR Site PRP Group notified Grand Parkway Doctors of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Grand Parkway Doctors the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

929.   To date, Grand Parkway Doctors has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

930.   According to USOR Site Records, from at least February 2004 to October 2007, Defendant Grease Recyclers Co-op ("Grease Recyclers") accepted for accepted for transport to the USOR Site, which was selected by Grease Recyclers, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Grease Recyclers, at least 833,000 gallons of waste containing hazardous substances at the USOR Site.

931.   The waste streams Grease Recyclers transported to and/or arranged for disposal at the USOR Site are described on USOR Site Records as "organic," "oily water," and "grease bottoms" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

932.   On certain occasions, Grease Recyclers transported its own waste streams to the USOR Site.

156

933. The waste streams generated by Grease Recyclers fall within the definition of "solid waste" under the TSWDA.

934. To date, Grease Recyclers has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

935. According to USOR Site Records, in at least July 2008 to February 2009, Defendant GreenHunter Biofuels, Inc. ("GreenHunter Biofuels") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 96,300 gallons of waste containing hazardous substances owned or possessed by GreenHunter Biofuels, at the USOR Site.

936. The waste streams generated by GreenHunter Biofuels are described on USOR Site Records as "non-RCRA non-hazardous (oily water), " "spill cleanup waste water," "non-hazardous low aqueous waste with low dissolved solid," "sump water," "recyclable contaminated bio-diesel," and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes, and/or zinc.

937. On certain occasions, GreenHunter Biofuels arranged with transporters Defendant MTI Environmental and US Oil Recovery to transport Southern Technologies Services' waste streams to the USOR Site.

938. The waste streams generated by GreenHunter Biofuels fall within the definition of "solid waste" under the TSWDA.

939. By letter dated December 5, 2013, the USOR Site PRP Group notified GreenHunter Biofuels of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to

157

eliminate the release or threatened release of hazardous substances at the USOR Site; and offered GreenHunter Biofuels the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

940.    To date, GreenHunter Biofuels has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

941.    Alternatively, Defendant GreenHunter Resources, Inc. ("GreenHunter Resources") is the successor to GreenHunter Biofuels and is responsible for the waste streams attributable to GreenHunter Biofuels, as alleged in paragraph nos. 935-36 above.

942.    To date, GreenHunter Resources has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

943.    According to USOR Site Records, from at least July 2004 to October 2007, Defendant Gulbrandsen Technologies Inc. ("Gulbrandsen") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Gulbrandsen, at least 932,400 gallons of waste containing hazardous substances at the USOR Site.

944.    The waste streams Gulbrandsen generated, transported and/or arranged for disposal are described on USOR Site Records as "storm water," "class II first flush storm waste water," "non-hazardous class II sludge, aluminum hydroxide," and "non-hazardous class II flush storm water, non-regulated," and contained some or all of the following hazardous substances: acetone, barium, chromium, copper, dichloromethane, lead, manganese, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes, and/or zinc.

945.    On other occasions, Gulbrandsen transported and/or arranged for disposal of waste streams generated by Defendant Gator Environmental & Rentals.

946.    The waste streams Gulbrandsen transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA

947.    By letter dated February 7, 2014, the USOR Site PRP Group notified Gulbrandsen of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Gulbrandsen the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

948.    To date, Gulbrandsen has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

949.    According to USOR Site Records, from at least December 2004 to March 2009, Defendant Gulf Coast Oil Recycling ("Gulf Coast Oil") accepted for transport to the USOR site, which was selected by Gulf Coast Oil, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Gulf Coast Oil, at least 45,000 gallons of waste containing hazardous substances at the USOR Site.

950.    The waste streams Gulf Coast Oil generated, transported and/or arranged for disposal are described on the USOR Site Records as "oil recycling," "waste water," "oily water," and contained some of all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes, and/or zinc.

159

951. On certain occasions, Gulf Coast Oil transported its own waste streams to the USOR Site.

952. On other occasions, Gulf Coast Oil transported and/or arranged for disposal of waste streams generated by either Gulf Coast Oil and/or Honing, Inc.

953. The waste streams Gulf Coast Oil generated, transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

954. By letter dated December 5, 2013, the USOR Site PRP Group notified Gulf Coast Oil of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Gulf Coast Oil the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

955. To date, Gulf Coast Oil has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

956. According to USOR Site Records from at least February 2006 to May 2007, Defendant Gulf Coast Waste Disposal Authority ("Gulf Coast Waste Disposal") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 11,300 gallons of waste containing hazardous substances owned or possessed by Gulf Coast Waste Disposal, at the USOR Site.

957. The waste streams Gulf Coast Waste Disposal arranged for disposal are described on the USOR Site Records as "non-hazardous non-regulated by DOT (class I, waste water)," and contained some or all the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene, xylenes, and/or zinc.

160

958.     Additionally, the waste streams Gulf Coast Waste Disposal generated, transported and/or arranged for disposal were RCRA hazardous waste described on the USOR Site Records as "caustic soda liquid (sodium hydroxide)- BOL# 40655," "caustic soda liquid (sodium hydroxide)-BOL# 40654."

959.     The waste streams Gulf Coast Waste Disposal arranged for disposal at the USOR Site was generated by Grant Prideco.

960.     The waste streams arranged for disposal at the USOR Site by Gulf Coast Waste Disposal fall within the definition of "solid waste" under the TSWDA.

961.     By letter dated December 5, 2013, the USOR Site PRP Group notified Gulf Coast Waste Disposal of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Gulf Coast Waste Disposal the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

962.     To date, Gulf Coast Waste Disposal has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

963.     According to USOR Site Records in at least July 2007, Defendant Gulf States Environmental Solutions, Inc. ("Gulf States Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2 gallons of waste containing hazardous substances owned or possessed by Gulf States Environmental, at the USOR Site.

161

964.    The waste streams Gulf States Environmental arranged for disposal are described on USOR Site Records as "used oil fuel" and contained some or all of the following hazardous substances: acetone, chromium, copper, lead, methanol, methyl ethyl ketone, toluene, and/or xylenes.

965.    The waste streams Gulf States Environmental arranged for disposal at the USOR Site were generated by Defendant Houston Fuel Oil.

966.    The waste streams arranged for disposal at the USOR Site by Gulf States Environmental fall within the definition of "solid waste" under the TSWDA.

967.    By letter dated December 5, 2013, the USOR Site PRP Group notified Gulf States Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Gulf States Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

968.    To date, Gulf States Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

969.    According to USOR Site Records,in at least July 2007 to September 2008, Defendant H2O Industrial Services, LLC ("H2O Industrial") accepted for transport to the USOR Site, which was selected by H2O Industrial, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by H2O Industrial, at least 6,116 gallons of waste containing hazardous substances owned or possessed by H2O at the USOR Site.

162

970. The waste streams generated by and/or transported by H2O Industrial are described on the USOR Site Records as "EPA & DOT non-regulated material," "glycerin fatty matter," "out of date soap blend," and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene, xylenes, and/or zinc.

971. On certain occasions, H2O Industrial arranged with Defendant APC to transport H2O Industrial's waste stream to the USOR Site.

972. On other occasions, H2O Industrial also accepted for transport to the USOR Site waste streams generated by Alliance Pas-Tex c/o Lexxus Environmental.

973. The waste streams generated by H2O Industrial and/or transported by H2O Industrial fall within the definition of "solid waste" under the TSWDA.

974. By letter dated December 5, 2013, the USOR Site PRP Group notified H2O Industrial of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered H2O Industrial the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

975. To date, H2O Industrial has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

976. Alternatively, Alliance Pastex is the successor to H2O Industrial and is responsible for the waste streams attributable to H2O Industrial, as alleged in paragraph nos. 969-70 above.

977. Upon information and belief, Alliance Pastex operates at the same location as H2O Industrial, has continued the uninterrupted business activities of H2O Industrial, and has retained employees and/or corporate personnel of H2O Industrial.

978. To date, Alliance Pastex has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

979. Defendant H&H Oil, L.P. ("H&H Oil") is the successor to Approved Remediation & Recycling of Oil Waste, Inc. ("Approved Remediation").

980. According to USOR Site Records, from at least March 2004 to November 2005, Defendant Approved Remediation by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 15,450 gallons of waste containing hazardous substances owned or possessed by Approved Remediation, at the USOR Site.

981. The waste streams Approved Remediation arranged for disposal is described on USOR Site Records as "oily water," "recyclable material oily water & tar," "organic," and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes, and/or zinc.

982. The waste streams Approved Remediation arranged for disposal at the USOR Site were generated by Jiffy Lube and Arrow Recycling.

983. On certain occasions, Approved Remediation arranged with transporters Ensource Corporation and Flanx to transport Arrow Recycling waste streams to the USOR Site.

984. The waste streams arranged for disposal at the USOR Site by Approved Remediation fall within the definition of "solid waste" under the TSWDA.

164

985. By letter dated December 5, 2013, the USOR Site PRP Group notified Approved Remediation of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Approved Remediation the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

986. To date, H&H has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

987. Alternatively, Defendant Approved Remediation is responsible for the waste streams attributable to H&H Oil as alleged in paragraph nos. 980-81 above.

988. To date, Approved Remediation has refused to cooperate with the USOR Site PRP Group and has not paid any response cost incurred by the USOR Site PRP Group at the USOR Site.

989. Alternatively, Defendant Arrow Recycling ("Arrow Recycling") is responsible for the waste stream attributable to H&H oil as alleged in paragraph nos. 980-81 above.

990. To date, Arrow Recycling has refused to cooperate with the USOR Site PRP Group and has not paid any response cost incurred by the USOR Site PRP Group at the USOR Site.

991. According to USOR Site Records, in at least June 2007, Defendant HFOTCO LLC, doing business as Houston Fuel Oil Terminal Co. ("Houston Fuel Oil"), by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 28 loads of waste containing hazardous substances owned or possessed by Houston Fuel Oil, at the USOR Site.

165

992.    The waste streams generated by Houston Fuel Oil are described on USOR Site Records as "used oil fuel," and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes, and/or zinc.

993.    Houston Fuel Oil arranged with transporter Defendant Gulf States Environmental Solutions, Inc. to transport Houston Fuel Oil's waste streams to the USOR Site.

994.    The waste streams generated by Houston Fuel Oil fall within the definition of "solid waste" under the TSWDA.

995.    To date, Houston Fuel Oil has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

996.    According to USOR Site Records, from at least July to August 2006, Defendant HGM Products Group, LLC ("HGM Products") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,300 gallons of waste containing hazardous substances owned or possessed by HGM Products, at the USOR Site.

997.    The waste streams generated by HGM Products are described on USOR Site Records as "non-hazardous waste water" and contained some or all of the following hazardous substances: acetone, chromium, copper, lead, manganese, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, and/or xylenes.

998.    HGM Products arranged with transporter USA Environmental to transport HGM Products' waste streams to the USOR Site.

999.    The waste streams generated by HGM Products fall within the definition of "solid waste" under the TSWDA.

166

1000.   By letter dated December 5, 2013, the USOR Site PRP Group notified HGM Products of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered HGM Products the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1001.   To date, HGM Products has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1002.   Defendant Harris County, Texas ("Harris County") is the owner of Harris County Landfill ("Harris County Landfill") and Lynchburg Ferry ("Lynchburg Ferry").

1003.   According to USOR Site Records, from at least June 2004 to January 2005, Harris County Landfill by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 8,910 gallons of waste containing hazardous substances owned or possessed by Harris County Landfill, at the USOR Site.

1004.   The waste streams generated by Harris County Landfill are described on USOR Site Records as "organic" and "oily" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, vinyl chloride, xylenes, and/or zinc.

1005.   Harris County arranged with transporters Oil Mop, LLC, USA Environmental and Defendant Bayou City Environmental Services, LP to transport Harris County Landfill's waste streams to the USOR Site.

1006.   Additionally, according to USOR Site Records, from at least November 2003 to at least September 2006, Lynchburg Ferry by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 16,200 gallons of waste containing hazardous substances owned or possessed by Lynchburg Ferry, at the USOR Site.

1007.   The waste streams generated by Lynchburg Ferry are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes, and/or zinc.

1008.   Harris County arranged with transporter West Oil to transport Lynchburg Ferry's waste streams to the USOR Site

1009.   The waste streams generated by Harris County fall within the definition of "solid waste" under the TSWDA.

1010.   By letter dated December 5, 2013, the USOR Site PRP Group notified Harris County Landfill of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Harris County Landfill the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1011.   To date, Harris County has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1012.   Defendant Hercules Offshore, Inc. ("Hercules Offshore") is the successor to TODCO.

168

1013.   In or about 2007, TODCO merged out of existence into The Hercules Offshore Drilling Co. LLC ("Hercules LLC"), a subsidiary of Hercules Offshore.

1014.   Hercules LLC dissolved in or about 2011, and Hercules Offshore holds itself out as the successor of TODCO.

1015.   According to USOR Site Records, in at least May 2006, TODCO by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 9,300 gallons of waste containing hazardous substances owned or possessed by TODCO, at the USOR Site.

1016.   The waste streams generated by TODCO is described on USOR Site Records as "diesel and water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1017.   TODCO arranged with transporter USA Environmental to transport TODCO's waste streams to the USOR Site.

1018.   The waste streams generated by TODCO fall within the definition of "solid waste" under the TSWDA.

1019.   By letter dated December 5, 2013, the USOR Site PRP Group notified TODCO of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered TODCO the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1020.   To date, Hercules Offshore has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1021.   According to USOR Site Records, December 2003 to July 2007 Defendant Highland Threads, Inc. ("Highland Threads") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 40,520 gallons of waste containing hazardous substances owned or possessed by Highland Threads, at the USOR Site.

1022.   The waste streams generated by Highland Threads are described on USOR Site Records as "oily sludge" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

1023.   Highland Threads arranged with transporter ProWaste, Inc. to transport Highland Thread's waste streams to the USOR Site.

1024.   The waste streams generated by Highland Threads fall within the definition of "solid waste" under the TSWDA.

1025.   By letter dated December 5, 2013, the USOR Site PRP Group notified Highland Threads of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Highland Threads the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1026.   To date, Highland Threads has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

170

1027.   According to USOR Site Records, in at least February 2006, Defendant Highway Transport, Inc. ("Highway Transport") accepted at least 26,633 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Highway Transport.

1028.   The waste streams transported by Highway Transport are described on USOR Site Records as "non-hazardous non-regulated (pond water)" and "non-hazardous non-regulated (pond water) $CH_2O$" and contained some or all of the following hazardous substances: acetone, copper, dichloroethylene, lead, methyl ethyl ketone, toluene and/or xylenes.

1029.   The waste streams Highway Transport transported to the USOR Site were generated by Hexion Specialty Chemical.

1030.   The waste streams transported to the USOR Site by Highway Transport fall within the definition of "solid waste" under the TSWDA.

1031.   To date, Highway Transport has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1032.   According to USOR Site Records, in at least May 2004, Defendant Hippo Waste Systems, LLC ("Hippo Waste Systems") accepted at least 9,090 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Hippo Waste Systems.

1033.   The waste streams transported by Hippo Waste Systems are described on USOR Site Records as "non DOT regulated material (drilling mud)" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1034.   The waste streams Hippo Waste Systems transported to the USOR Site were generated by Schlumberger Tech.

171

1035.  The waste streams transported to the USOR Site by Hippo Waste Systems fall within the definition of "solid waste" under the TSWDA.

1036.  To date, Hippo Waste Systems has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1037.  According to USOR Site Records, in at least March 2005, Defendant Ho Ho Ho Express Inc. ("Ho Ho Ho Express") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,022 gallons of waste containing hazardous substances owned or possessed by Ho Ho Ho Express, at the USOR Site.

1038.  The waste streams generated by Ho Ho Ho Express are described on USOR Site Records as "oily" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1039.  Ho Ho Ho Express arranged with transporter Defendant Milstead Environmental, LLC to transport Ho Ho Ho Express's waste streams to the USOR Site.

1040.  The waste streams generated by Ho Ho Ho Express fall within the definition of "solid waste" under the TSWDA

1041.  To date, Ho Ho Ho Express has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1042.  Defendant Hoerbiger Service Inc. ("Hoerbiger Service") is the successor to Revak Enterprises Inc. ("Revak").

1043.  Revak was acquired by and became a division of Hoerbiger Service in or about January 2008.

172

1044.   According to USOR Site Records, in at least January 2008, Revak by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,350 gallons of waste containing hazardous substances owned or possessed by Revak, at the USOR Site.

1045.   The waste streams generated by Revak are described on USOR Site Records as "organic water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes, and/or zinc.

1046.   Revak arranged with transporter Elite Environmental to transport Revak's waste streams to the USOR Site.

1047.   The waste streams generated by Revak fall within the definition of "solid waste" under the TSWDA.

1048.   To date, Hoerbiger Service has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1049.   According to USOR Site Records, from at least December 2003 to August 2008, Defendant Holcomb Environmental Oil Services LLC ("Holcomb Environmental") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 257,906 gallons of waste containing hazardous substances owned or possessed by Holcomb Environmental, at the USOR Site.

1050.   The waste streams generated by and/or transported by Holcomb Environmental are described on USOR Site Records as "coolant and oily water," "drums of dry floor," "floor dry/ oily rags (drums)," "oily waste water," "silicone/water," "waste coolant," and "waste sludge

173

(drums)" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1051.　On certain occasions, Holcomb Environmental transported its own waste streams to the USOR Site.

1052.　On other occasions, Holcomb Environmental also arranged with transporter Everready Environmental to transport Holcomb Environmental's waste streams to the USOR Site.

1053.　The waste streams generated by Holcomb Environmental and/or transported to the USOR Site by Holcomb Environmental fall within the definition of "solid waste" under the TSWDA.

1054.　By letter dated February 7, 2014, the USOR Site PRP Group notified Holcomb Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Holcomb Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1055.　To date, Holcomb Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1056.　According to USOR Site Records, in at least April 2005, Defendant Holman Shipping, Inc. ("Holman Shipping") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least

300 gallons of waste containing hazardous substances owned or possessed by Holman Shipping, at the USOR Site.

1057. The waste streams generated by Holman Shipping are described on USOR Site Records as "organic" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1058. Holman Shipping arranged with transporter Garner Environmental to transport Holman Shipping's waste streams to the USOR Site.

1059. The waste streams generated by Holman Shipping fall within the definition of "solid waste" under the TSWDA.

1060. By letter dated December 5, 2013, the USOR Site PRP Group notified Holman Shipping of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Holman Shipping the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1061. To date, Holman Shipping has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1062. Defendant Houston Airport System ("Houston Airport System") is the owner of the IAH Rental Car Center.

1063. According to USOR Site Records, in at least February 2004, IAH Rental Car Center by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged

175

with a transporter for transport for disposal or treatment, at least 75 gallons of waste containing hazardous substances owned or possessed by IAH Rental Car Center, at the USOR Site.

1064.   The waste streams generated by IAH Rental Car Center are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1065.   IAH Rental Car Center arranged with transporter Defendant Specialized Maintenance Services, Inc. to transport IAH Rental Car Center's waste streams to the USOR Site.

1066.   The waste streams generated by IAH Rental Car Center fall within the definition of "solid waste" under the TSWDA.

1067.   By letter dated December 5, 2013, the USOR Site PRP Group notified IAH Rental Car Center of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered IAH Rental Car Center the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1068.   To date, Houston Airport System has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1069.   According to USOR Site Records, in at least November 2004, Defendant Houston Engine & Balancing Service ("Houston Engine") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or

treatment, at least 800 gallons of waste containing hazardous substances owned or possessed by Houston Engine, at the USOR Site.

1070. The waste streams generated by Houston Engine are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1071. Houston Engine arranged with transporter Oil Mop, LLC to transport Houston Engine's waste streams to the USOR Site.

1072. The waste streams generated by Houston Engine fall within the definition of "solid waste" under the TSWDA.

1073. To date, Houston Engine has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1074. According to USOR Site Records, from at least October to December 2003, Defendant Houston Harris County Septic Tank Service ("Houston Harris County Septic") accepted for transport to the USOR Site, which was selected by Houston Harris County, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Houston Harris County Septic, at least 150,450 gallons of waste containing hazardous substances at the USOR Site.

1075. The waste streams Houston Harris County Septic generated, transported, and/or arranged for disposal are described on USOR Site Records as "lint trap" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper,

177

dichloroethylene, lead, methylene chloride, methyl ethyl ketone, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

1076.   On certain occasions, Houston Harris County Septic transported its own waste streams to the USOR Site.

1077.   On other occasions, Houston Harris County Septic transported and/or arranged for disposal at the USOR Site waste streams generated by either Houston Harris County Septic and/or other persons.

1078.   The waste streams Houston Harris County Septic generated, transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

1079.   By letter dated February 7, 2014, the USOR Site PRP Group notified Houston Harris County Septic of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Houston Harris County Septic the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1080.   To date, Houston Harris County Septic has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1081.   According to USOR Site Records, in at least February 2004, Defendant The Houston Housing Authority ("Houston Housing Authority") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or

178

treatment, at least 2,614 gallons of waste containing hazardous substances owned or possessed by Houston Housing Authority, at the USOR Site.

1082.  The waste streams generated by Houston Housing Authority are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, arsenic, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

1083.  Houston Housing Authority arranged with transporter Defendant Specialized Maintenance Services, Inc. to transport Houston Housing Authority's waste streams to the USOR Site.

1084.  The waste streams generated by Houston Housing Authority fall within the definition of "solid waste" under the TSWDA.

1085.  By letter dated December 5, 2013, the USOR Site PRP Group notified Houston Housing Authority of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Houston Housing Authority the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1086.  To date, Houston Housing Authority has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1087.  According to USOR Site Records, from at least June 2007 to October 2009, Defendant Houston Shutters LLC ("Houston Shutters") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or

treatment, at least 6,820 gallons of waste containing hazardous substances owned or possessed by Houston Shutters, at the USOR Site.

1088.   The waste streams generated by Houston Shutters are described on USOR Site Records as "non-hazardous, non-regulated liquid (talc paint rinswater) [sic]" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

1089.   Houston Shutters arranged with transporter ProWaste Inc. to transport Houston Shutters' waste streams to the USOR Site.

1090.   The waste streams generated by Houston Shutters fall within the definition of "solid waste" under the TSWDA.

1091.   By letter dated December 5, 2013, the USOR Site PRP Group notified Houston Shutters of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Houston Shutters the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1092.   To date, Houston Shutters has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1093.   According to USOR Site Records, in at least August 2004, Defendant Humble Elevator Service, Inc. ("Humble Elevator") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at

180

least 2,020 gallons of waste containing hazardous substances owned or possessed by Humble Elevator, at the USOR Site.

1094.   Humble Elevator arranged with transporter Defendant Specialized Maintenance Services, Inc. to transport Humble Elevator's waste streams to the USOR Site.

1095.   The waste streams generated by Humble Elevator fall within the definition of "solid waste" under the TSWDA.

1096.   By letter dated December 5, 2013, the USOR Site PRP Group notified Humble Elevator of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Humble Elevator the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1097.   To date, Humble Elevator has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1098.   According to USOR Site Records, in at least March 2007, Defendant IBEX Chemicals, Inc. ("IBEX") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,700 gallons of waste containing hazardous substances owned or possessed by IBEX, at the USOR Site.

1099.   The waste streams generated by IBEX are described in USOR Site Records as "off spec soybean oil" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, methylene chloride, trichloroethane, trichloroethylene and/or zinc.

181

1100.    IBEX arranged with transporter Defendant Gator Environmental & Rentals, Inc. to transport IBEX's waste streams to the USOR Site.

1101.    The waste streams generated by IBEX fall within the definition of "solid waste" under the TSWDA.

1102.    To date, IBEX has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1103.    According to USOR Site Records, in at least May 2005, Defendant Infrastructure Services, Inc. ("Infrastructure Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 110 gallons of waste containing hazardous substances owned or possessed by Infrastructure Services, at the USOR Site.

1104.    The waste streams generated by Infrastructure Services are described on USOR Site Records as "oily" and contained some or all of the following hazardous substances: acetone, benzene, chromium, dichloroethylene, ethyl benzene, manganese, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, vinyl chloride, xylenes and/or zinc.

1105.    Infrastructure Services arranged with transporter Oil Mop to transport Infrastructure Services' waste streams to the USOR Site.

1106.    The waste streams generated by Infrastructure Services fall within the definition of "solid waste" under the TSWDA.

1107.    To date, Infrastructure Services has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

182

1108.   According to USOR Site Records, in at least January 2004, Defendant International Bank of Commerce ("International Bank") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,444 gallons of waste containing hazardous substances owned or possessed by International Bank, at the USOR Site.

1109.   International Bank arranged with transporter Defendant Specialized Maintenance Services, Inc. to transport International Bank's waste streams to the USOR Site.

1110.   The waste streams generated by International Bank fall within the definition of "solid waste" under the TSWDA.

1111.   By letter dated December 5, 2013, the USOR Site PRP Group notified International Bank of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered International Bank the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1112.   To date, International Bank has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1113.   According to USOR Site Records, from at least September 2004 to February 2010, Defendant Intra-Services Inc. ("Intra-Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 420,888 gallons of waste containing hazardous substances owned or possessed by Intra-Services, at the USOR Site.

1114. The waste streams generated by Intra-Services were RCRA hazardous waste described on USOR Site Records as "RQ waste flammable liquids n.o.s. 3 UN1993 PG I (organic heel)," "RQ waste flammable liquids n.o.s. 3 UN1993 PG III (organic heel)," RQ waste flammable liquids n.o.s. 3 UN1993 PG I (organic heel) D149," "hazardous waste, liquid, n.o.s. 9, NA3082, PG III (chlorinated rinsewater)," "hazardous waste, liquid, n.o.s. 9, NA3082, PG III," "RQ hazardous waste liquid n.o.s. 9, NA3082 (dichloroethane)," "RQ hazardous waste liquid n.o.s. 9, NA3082, PG III (dichloroethane)," "[illegible] liquid, n.o.s. [illegible] water)," "RQ waste flammable liquids, n.o.s. 3 UN1993 PG III (dimethyl disulfide)," "RQ wste flammable liquids corrosive, n.o.s. 3, UN2924 PG III," "RQ waste corrosive liquids (heel), n.o.s. 8, UN1760, PG III," "waste corrosive liquids, flammable, n.o.s. 8, UN2920, PG II," "RQ waste flammable liquids, n.o.s. 3, UN1993, PG I (flammable [sic] rinse)," "RQ waste corrosive liquids, n.o.s. 8, UN1760, PG III (heel sludge)," "waste flammable liquids, corrosive, n.o.s. 3, UN2924, PG III," "waste flammable liquids, corrosive, n.o.s. 3, UN2924, PG II (corrosive heel)," and "waste corrosive liquid, acidic, inorganic, n.o.s., 8, UN3264, PG III (sulfuric, hydrochloric acid)."

1115. The waste streams generated by Intra-Services are also described on USOR Site Records as "non-hazardous non-RCRA rinsewater," "non-RCRA non-hazardous (rinsewater)," "non-RCRA non-hazardous (diesel & water)," "non-hazardous non-RCRA (lubricant)," "non haz non regulated solids," "non RCRA nonhazardous solid (carbon black)," "non-RCRA non-hazardous (catalyst)," "non-RCRA non-hazardous (organic heel petroleum products)," "non-hazardous non-RCRA (drilling mud)," "non-hazardous non-RCRA drilling mud," "non RCRA non hazardous petroleum contaminated solids (floor dry)," "non-hazardous non-RCRA (oily water)," and contained some or all of the following hazardous substances: acetone, benzene,

184

chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1116. On certain occasions, Intra-Services transported its own waste streams to the USOR Site.

1117. On other occasions, Intra-Services arranged with transporters Defendant Bealine Service Co., Inc., Gulf Coast Vacuum, Defendant MTI Environmental, Defendant Specialized Maintenance Services, Inc., Defendant Specialized Waste Systems, Inc. a/k/a SWS, Texas Environmental Xpress, Texas Waste Carriers, Defendant Top Notch Transportation, Inc., to transport Intra-Services' waste streams to the USOR Site.

1118. The waste streams generated by Intra-Services fall within the definition of "solid waste" under the TSWDA.

1119. By letter dated February 7, 2014, the USOR Site PRP Group notified Intra-Services of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Intra-Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1120. To date, Intra-Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1121. According to USOR Site Records, in at least August 2004, Defendant Irby Lane Associates, Ltd., doing business as Parkwood Apartments ("Parkwood Apartments"), by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,800 gallons of waste containing hazardous substances owned or possessed by Parkwood Apartments, at the USOR Site.

185

1122.   The waste streams generated by Parkwood Apartments are described on USOR Site Records as "oil" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1123.   Parkwood Apartments arranged with transporter Defendant Specialized Maintenance Services, Inc. to transport Parkwood Apartment's waste streams to the USOR Site.

1124.   The waste streams generated by Parkwood Apartments fall within the definition of "solid waste" under the TSWDA.

1125.   By letter dated December 5, 2013, the USOR Site PRP Group notified Parkwood Apartments of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Parkwood Apartments the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1126.   To date, Parkwood Apartments has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1127.   According to USOR Site Records, from at least August 2006 to May 2007, Defendant J&D Oil Service ("J&D Oil") accepted for transport to the USOR Site, which was selected by J&D Oil, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by J&D Oil, at least 28,100 gallons of waste containing hazardous substances at the USOR Site.

1128.   The waste streams J&D Oil generated, transported and/or arranged for disposal are described on USOR Site Records as "oily water," and "used oil" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1129.   On certain occasions, J&D Oil transported its own waste streams to the USOR Site.

1130.   On other occasions, J&D Oil transported and/or arranged for disposal of waste streams generated by either J&D Oil and/or other persons.

1131.   The waste streams J&D Oil generated, transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

1132.   By letter dated December 5, 2013, the USOR Site PRP Group notified J&D Oil of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered J&D Oil the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1133.   To date, J&D Oil has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1134.   According to USOR Site Records, from at least September 2003 to August 2007, Defendant J.L. Proler Iron & Steel Co. ("J.L. Proler Iron") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 525,700 gallons of waste containing hazardous substances owned or possessed by J.L. Proler Iron, at the USOR Site.

187

1135.   The waste streams J.L. Proler Iron arranged for disposal are described on USOR Site Records as including but not limited to "oily water," "oily waste water," "oily," "wash water non-haz" and "oil – 2%; solids – 1%; $H_20$ – 97%" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1136.   On certain occasions, J.L. Proler Iron arranged with transporters including but not limited to Defendant El Regio Vacuum Service, Envirogistics LP, Defendant Gator Environmental & Rentals, Inc., Gulf Coast Vacuum, and Defendant HET Environmental to transport J.L. Proler's waste streams to the USOR Site.

1137.   The waste streams J.L. Proler arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

1138.   By letter dated December 5, 2013, the USOR Site PRP Group notified J.L. Proler Iron of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered J.L. Proler Iron the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1139.   To date, J.L. Proler Iron has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1140.   Defendant JPMorgan Chase & Co. ("JPMorgan") is the successor to Bank One Corporation ("Bank One").

1141.   In or about 2004, Bank One merged into and became a part of JPMorgan.

1142.   According to USOR Site Records, in at least January 2005, Bank One by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for

188

transport for disposal or treatment, at least 1,200 gallons of waste containing hazardous substances owned or possessed by Bank One, at the USOR Site.

1143.   The waste streams generated by Bank One are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1144.   Bank One arranged with transporter Defendant Specialized Maintenance Services, Inc. to transport Bank One's waste streams to the USOR Site.

1145.   To date, JPMorgan has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1146.   According to USOR Site Records, from at least January to Deceber 2004, Defendant Jiffy Lube ("Jiffy Lube") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,440 gallons of waste containing hazardous substances owned or possessed by Jiffy Lube, at the USOR Site.

1147.   The waste streams generated by Jiffy Lube are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1148.   On certain occasions, Jiffy Lube arranged with transporters Defendant CKG Services LLC, and Approved Remediation & Recycling of Oil Waste.

1149.   The waste streams generated by Jiffy Lube fall within the definition of "solid waste" under the TSWDA.

189

1150.   To date, Jiffy Lube has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1151.   Defendant Jones Bros., Inc. ("Jones Bros.") is formerly known as or does business as Deavers Construction, L.P. ("Deavers Construction").

1152.   Deavers Construction is formerly known as Jones Contractors, L.P. ("Jones Contractors"), which changed is name in or about 2011.

1153.   According to USOR Site Records, from at least January to February 2005, Jones Contractors by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,135 gallons of waste containing hazardous substances owned or possessed by Jones Contractors, at the USOR Site.

1154.   The waste streams generated by Jones Contractors are described on USOR Site Records as "organic" and "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1155.   Jones Contractors arranged with transporter Ensource to transport Jones Contractors' waste streams to the USOR Site.

1156.   The waste streams generated by Jones Contractors fall within the definition of "solid waste" under the TSWDA.

1157.   To date, Jones Bros. has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1158.   According to USOR Site Records, in at least June 2004, Defendant Jones Oil, Inc. ("Jones Oil") by contract, agreement, or otherwise arranged for disposal or treatment, and/or

190

arranged with a transporter for transport for disposal or treatment, at least 1,500 gallons of waste containing hazardous substances owned or possessed by Jones Oil, at the USOR Site.

1159.   Jones Oil arranged with transporter CES Environmental to transport Jones Oil's waste streams to the USOR Site.

1160.   The waste streams generated by Jones Oil fall within the definition of "solid waste" under the TSWDA.

1161.   To date, Jones Oil has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1162.   Alternatively, Defendant J.A.M. Distributing Co. ("J.A.M. Distributing") is the successor to Jones Oil and is responsible for the waste streams attributable to Jones Oil, as alleged in paragraph nos. 1158 above.

1163.   In or about March 2006, Jones Oil converted into Jones Oil, L.P., which changed its name to JBJ Merger Co., L.P. in or about June 2007. JBJ Merger Co., L.P. then merged into a new Jones Oil, Inc.

1164.   Upon information and belief, on or about June 2011, J.A.M. Distributing acquired Jones Oil, Inc. as a going concern and thereafter continued the uninterrupted business activities of Jones Oil.

1165.   To date, J.A.M. Distributing has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1166.   According to USOR Site Records, from at least February 2004 to September 2005, Defendant K-3 Resources, L.P. ("K-3 Resources"), doing business as K-3BMI ("K-3BMI") accepted at least 209,700 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by K-3 Resources.

191

1167.    The waste streams transported by K-3 Resources are described on USOR Site Records as "organic," "non DOT regulated material (rainwater)," "very dilute aqueous waste containing more than 99 percent water (rainwater runoff)," "non hazardous waste water," "non haz/non-regulated waste water," "non-hazardous/non-regulated wastewater," "non haz-non regulated ww," "(non haz) (non regulated) waste water," "regular plant waste water non-hazardous/non-regulated liquid" and "very dilute aqueous waste containing more than 99 percent water (fire and storm water)" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

1168.    The waste streams transported by K-3 Resources to the USOR Site were generated by All Chem Services, Inc., Defendant Bolivar Barge Cleaning Services, Chamption Technologies, Inc., Contractor Technology, Schlumberger Technology Co. and TNG Utilities.

1169.    The waste streams transported to the USOR Site by K-3 Resources fall within the definition of "solid waste" under the TSWDA.

1170.    To date, K-3 Resources has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1171.    According to USOR Site Records, from at least November 2004 to November 2009, Defendant K-Solv, LP ("K-Solv") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 368,631 gallons of waste containing hazardous substances owned or possessed by K-Solv, at the USOR Site.

1172.    The waste streams generated by K-Solv were RCRA hazardous waste described on USOR Site Records as "RQ, waste butyl acrylates, 3, UN2348, PG III," "RQ, waste

192

trichloroethylene, 6.1, UN1710, PGIII," "RQ, waste flammable liquids n.o.s. (styrene), 2, UN1993, PG III," "RQ waste flammable liquids, corrosive, n.o.s. 3, UN2924, PG III," "RQ waste corrosive liquids, n.o.s. 8, UN1760 PG III (acetic acid)," "waste flammable liquids, n.o.s. 3, UN1993, PG III (xylene, gum resin)," "waste flammable liquids, n.o.s. 3, UN1993, PG III (diesel & water)."

1173.   The waste streams generated by K-Solv are also described on USOR Site Records as including but not limited to "non-hazardous polymerized organics," "oily water," "organics," "water with volatiles," "gas and water blend," "recyclable water w/hydrocarbons," "non-RCRA non-hazardous (styrene rinsewater)," "non-RCRA non-hazardous (petroleum solids)" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ehtyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1174.   On certain occasions, K-Solv arranged with transporters including but not limited to Defendant Bealine Service Co., Inc., Envirogistics, LP, Defendant GC Remediation, Ltd., Gulf Coast Vacuum, Defendant Legacee Environmental Services, Inc., Defendant Pulido Trucking LP, Texas Waste Carriers, TIBC & Rentals, Inc., and Defendant Top Notch Transportation, Inc. to transport K-Solv's waste streams to the USOR Site.

1175.   The waste streams generated by K-Solv fall within the definition of "solid waste" under the TSWDA.

1176.   By letter dated December 5, 2013, the USOR Site PRP Group notified K-Solv of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered K-Solv the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1177.  To date, K-Solv has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1178.  According to USOR Site Records, from at least July 2004 to September 2007, Defendant Kelly-Springfield ("Kelly-Springfield") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 120,428 gallons of waste containing hazardous substances owned or possessed by Kelly-Springfield, at the USOR Site.

1179.  The waste streams generated by Kelly-Springfield are described on USOR Site Records as "wastewater from scrubber system," "non DOT regulated material sump solids of trash, rubber, debris and water," "non DOT regulated material (air scrubber wastewater)," "non DOT regulated material (air scrubber water)" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, vinyl chloride, xylenes and/or zinc.

1180.  On certain occasions, Kelly-Springfield arranged with transporters Eagle Construction & Environmental, Evergreen, Defendant GC Remediation Ltd., Defendant Triad Transport Inc. to transport Kelly-Springfield's waste streams to the USOR Site.

1181.  The waste streams generated by Kelly-Springfield fall within the definition of "solid waste" under the TSWDA.

1182.  To date, Kelly-Springfield has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

194

1183. According to USOR Site Records, from at least May to June 2004, Defendant Key Energy Services, Inc. ("Key Energy") accepted at least 76,300 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Key Energy.

1184. The waste streams transported by Key Energy are described on USOR Site Records as including but not limited to "non DOT regulated material (rainwater) rainwater from Genesis test rig," "non DOT regulated material (drilling mud)," "rainwater from Genesis test rig," and "non DOT regulated material (aqueous oilfield chemicals)" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1185. The waste streams Key Energy transported to the USOR Site were generated by including but not limited to Schlumberger Tech.

1186. The waste streams transported to the USOR Site by Key Energy fall within the definition of "solid waste" under the TSWDA.

1187. To date, Key Energy has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1188. Defendant Kindra Environmental Enterprises, Inc. ("Kindra Environmental"), doing business as J&R Services is the successor to and/or is formerly known as and/or does business as J&R Wastewater Services Inc. d/b/a J&R Services ("J&R Wastewater").

1189. Upon information and belief, Kindra Environmental has continued the uninterrupted business activities of J&R Wastewater in the same location and retained certain employees and corporate personnel of J&R Wastewater.

1190. According to USOR Site Records, from at least October to November 2003, J&R Wastewater accepted for transport to the USOR Site, which was selected by J&R Wastewater,

195

and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by J&R Wastewater, at least 39,899 gallons of waste containing hazardous substances at the USOR Site.

1191.    The waste streams J&R Wastewater generated, transported and/or arranged for disposal are described on USOR Site Records as "grease" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, methylene chloride, trichloroethane, trichloroethylene and/or zinc.

1192.    On certain occasions, J&R Wastewater transported its own waste streams to the USOR Site.

1193.    On other occasions, J&R Wastewater arranged with transporter Defendant Lewis' Acres Services, Inc. to transport J&R Wastewater's waste streams to the USOR Site.

1194.    The waste streams J&R Wastewater generated, transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

1195.    By letter dated December 5, 2013, the USOR Site PRP Group notified J&R Wastewater of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered J&R Wastewater the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1196.    Alternatively, JTB Recycling Facility, Inc. ("JTB Recycling") is responsible for the waste attributable to J&R Wastewater in paragraph nos. 1190-91 above.

1197.    Additionally, Kindra Environmental is the successor to and/or formerly known as and/or does business as JTB Recycling.

196

1198.   Upon information and belief, Kindra Environmental has continued the uninterrupted business activities of JTB Recycling in the same location and retained certain employees and corporate personnel of JTB Recycling.

1199.   By letter dated December 5, 2013, the USOR Site PRP Group notified JTB Recycling of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered JTB Recycling the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1200.   To date, Kindra Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1201.   According to USOR Site Records, from at least December 2003 to February 2007, Defendant Kinetic Concepts, Inc. ("Kinetic Concepts") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 13,487 gallons of waste containing hazardous substances owned or possessed by Kinetic Concepts, at the USOR Site.

1202.   The waste streams generated by Kinetic Concepts are described on USOR Site Records as "non-regulated liquid" and "oily waste water (non USDOT or USEPA regulated)" contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1203.   On certain occasions, Kinetic Concepts arranged with transporters Defendant Coal City Cob Co., Inc., Safety-Kleen Systems, Inc. and Defendant Triad Transport, Inc.

197

1204. The waste streams generated by Kinetic Concepts fall within the definition of "solid waste" under the TSWDA.

1205. To date, Kinetic Concepts has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1206. According to USOR Site Records, from at least October 2003 to September 2004, Defendant Kirby Inland Marine, LP ("Kirby Marine") accepted for transport to the USOR Site, which was selected by Kirby Marine, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Kirby Marine, at least 113,300 gallons of waste containing hazardous substances at the USOR Site.

1207. The waste streams Kirby Marine generated, transported and/or arranged for disposal are described on USOR Site Records as "oil," "oily," "oily water," "recyclable" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1208. On certain occasions, Kirby Marine transported its own waste streams to the USOR Site.

1209. On other occasions, Kirby Marine arranged with transporters Gator Environmental and Defendant GC Remediation, Ltd. to transport Kirby Marine's waste streams to the USOR Site.

1210. The waste streams Kirby Marine generated, transported and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

1211. To date, Kirby Marine has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

198

1212.  Defendant LEL Environmental, Ltd. ("LEL Environmental") is the successor to and/or is formerly known as Lexxus Environmental, Ltd. ("Lexxus Environmental").

1213.  In or about May 2009, Lexxus Environmental was renamed LEL Environmental.

1214.  LEL Environmental has continued the uninterrupted business activities of Lexxus Environmental and retained certain employees and corporate personnel of Lexxus Environmental.

1215.  According to USOR Site Records, Lexxus Environmental by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 487,410 gallons of waste containing hazardous substances owned or possessed by Lexxus Environmental, at the USOR Site.

1216.  The waste streams Lexxus Environmental arranged for disposal were RCRA hazardous waste described on USOR Site Records as including but not limited to "waste corrosive liquid, flammable, n.o.s. contains aluminum chloride and heptane," "magnesium chloride water w/trace heptane," and "potassium hydroxide, heptane and water,."

1217.  The waste streams Lexxus Environmental arranged for disposal are also described on USOR Site Records as including but not limited to "oily water," "non hazardous rinse water," "wash water" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methylene chloride, methyl ethyl ketone, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

1218.  The waste streams Lexxus Environmental arranged for disposal at the USOR Site were generated by including but not limited to Akzo Nobel, Defendant Alliance Processors, Inc., APC, Blen Tech and H2O Industrial.

199

1219.  The waste streams Lexxus Environmental arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

1220.  By letters dated December 5, 2013 and June 4, 2014, the USOR Site PRP Group notified Lexxus Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Lexxus Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1221.  To date, LEL Environmental has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1222.  According to USOR Site Records, in at least January 2004, Defendant La Marque Independent School District ("La Marque ISD") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 250 gallons of waste containing hazardous substances owned or possessed by La Marque ISD, at the USOR Site.

1223.  The waste streams generated by La Marque ISD are described on USOR Site Records as "oil" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1224.  La Marque ISD arranged with transporter Defendant Specialized Maintenance Services, Inc. to transport La Marque ISD's waste streams to the USOR Site.

1225.  The waste streams generated by La Marque ISD fall within the definition of "solid waste" under the TSWDA.

1226. To date, La Marque ISD has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1227. According to USOR Site Records, in at least March 2006, Defendant Latipac Commercial, Inc. ("Latipac") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,320 gallons of waste containing hazardous substances owned or possessed by Latipac, at the USOR Site.

1228. The waste streams generated by Latipac are described on USOR Site Records as "oily" and "oil, water, sand from elevator shaft" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1229. Latipac arranged with transporter Defendant Specialized Maintenance Services, Inc. to transport Latipac's waste streams to the USOR Site

1230. The waste streams generated by Latipac fall within the definition of "solid waste" under the TSWDA.

1231. By letter dated December 5, 2013, the USOR Site PRP Group notified Latipac of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Latipac the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1232. To date, Latipac has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1233.   Alternatively, Defendant Whole Foods Market, Inc. ("Whole Foods") is responsible for the waste streams attributable to Latipac, as alleged in paragraph nos. 1227-28 above.

1234.   To date, Whole Foods has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1235.   Defendant League City, Texas ("League City") owns League City Sports Park.

1236.   According to USOR Site Records, in at least January 2006, League City Sports Park by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,700 gallons of waste containing hazardous substances owned or possessed by League City Sports Park, at the USOR Site.

1237.   The waste streams generated by League City Sports Park are described on USOR Site Records as "grease trap non hazardous" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichlorobenzene, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

1238.   League City Sports Park arranged with transporter Defendant NAOR to transport League City Sports Park's waste streams to the USOR Site.

1239.   The waste streams generated by League City Sports Park fall within the definition of "solid waste" under the TSWDA.

1240.   By letter dated May 8, 2014, the USOR Site PRP Group notified League City Sports Park of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered League City Sports Park the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1241.    To date, League City has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1242.    According to USOR Site Records, in at least February 2008, Defendant Legacy Partners ("Legacy Partners") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 7,040 gallons of waste containing hazardous substances owned or possessed by Legacy Partners, at the USOR Site.

1243.    The waste streams generated by Legacy Partners are described on USOR Site Records as "non haz petroleum impacted water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1244.    Legacy Partners arranged with transporter Ensource Corp. to transport Legacy Partners' waste streams to the USOR Site.

1245.    The waste streams generated by Legacy Partners fall within the definition of "solid waste" under the TSWDA.

1246.    By letter dated December 5, 2013, the USOR Site PRP Group notified Legacy Partners of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Legacy Partners the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

203

1247. To date, Legacy Partners has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1248. According to USOR Site Records, from at least October 2003 to December 2003, Defendant Lewis' Acres Service, Inc. ("Lewis' Acres") accepted at least 12,999 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Lewis' Acres.

1249. The waste streams transported by Lewis' Acres are described on USOR Site Records as "grease" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, methylene chloride, trichloroethane, trichloroethylene and/or zinc.

1250. The waste streams Lewis' Acres transported to the USOR Site were generated by J&R Services and JTB Recycling.

1251. The waste streams transported to the USOR Site by Lewis' Acres fall within the definition of "solid waste" under the TSWDA.

1252. To date, Lewis' Acres has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1253. According to USOR Site Records, from at least August 2004 to February 2009, Defendant Lion Industrial Resources, Inc. ("Lion Industrial") accepted for transport to the USOR Site, which was selected by Lion Industrial, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Lion Industrial, at least 434,144 gallons of waste containing hazardous substances at the USOR Site.

1254. The waste streams Lion Industrial generated, transported and/or arranged for disposal are described on USOR Site Records as including but not limited to "oily water," "recyclable used oil related material," "recyclable hydrocarbons," "non haz process water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, methylene chloride, trichloroethane, trichloroethylene and/or zinc.

1255. On certain occasions, Lion Industrial transported its own waste streams to the USOR Site.

1256. On other occasions, Lion Disposal arranged for disposal at the USOR Site of waste streams generated by including but not limited to American Springwire, Explorer Pipeline, Paradigm and Teppco.

1257. The waste streams Lion Industrial generated, transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

1258. By letter dated June 4, 2014, the USOR Site PRP Group notified Lion Industrial of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Lion Industrial the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1259. To date, Lion Industrial has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1260. According to USOR Site Records, from at least January 2003 to February 2009, Defendant Liquid Environmental Solutions of Texas, LLC ("Liquid Environmental") accepted for transport to the USOR Site, which was selected by Liquid Environmental, and/or by contract,

205

agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Liquid Environmental, at least 1,352,095 gallons of waste containing hazardous substances at the USOR Site.

1261.   The waste streams Liquid Environmental transported and/or arranged for disposal were RCRA hazardous waste described on USOR Site Records as "waste, toxic liquid, organic, nos (RQ, phenol, formaldehyde) 6.1, UN3287, 1)."

1262.   The waste streams Liquid Environmental transported and/or arranged for disposal are also described on USOR Site Records as "other inorganic liquid (distillation water)," "aqueous waste with low other toxics (aqueous waste water)," "plant wastewater non hazardous," "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1263.   The waste streams Liquid Environmental transported to and/or arranged for disposal at the USOR Site were generated by including but not limited to Allied Petrochemical, Baker Petrolite, Beauty Elite, Champion Technologies Inc., GE Betz, Hexion Specialty Chemicals, Texas Oil and Gathering, Inc.

1264.   The waste streams Lion Industrial transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

1265.   By letter dated February 7, 2014, the USOR Site PRP Group notified Liquid Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Liquid Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1266. To date, Liquid Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1267. According to USOR Site Records, from at least February to March 2004, Defendant Lockheed Martin Corporation ("Lockheed Martin") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,810 gallons of waste containing hazardous substances owned or possessed by Lockheed Martin, at the USOR Site.

1268. The waste streams generated by Lockheed Martin are described on USOR Site Records as "oily waste water (not USEPA or USDOT regulated)" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1269. On certain occasions, Lockheed Martin arranged with transporters Defendant Coal City Cob Co., Inc., Safety-Kleen Systems, Inc. and Defendant Triad Transport, Inc. to transport Lockheed Martin's waste streams to the USOR Site.

1270. The waste streams generated by Lockheed Martin fall within the definition of "solid waste" under the TSWDA.

1271. Additionally, Lockheed Martin is the successor to Kelly Aviation Center LP ("Kelly Aviation").

1272. Upon information and belief, on or about April 2014, Lockheed Martin acquired Kelly Aviation as a going concern and thereafter continued the uninterrupted business activities of Kelly Aviation.

207

1273.   According to USOR Site Records, from at least March 2004 to March 2007, Kelly Aviation by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 38,340 gallons of waste containing hazardous substances owned or possessed by Kelly Aviation, at the USOR Site.

1274.   The waste streams generated by Kelly Aviation are described on USOR Site Records as "non regulated material, non hazardous liquid," "non regulated used oil (hydraulic oil with water)," "oily waste water (not USDOT or USEPA regulated)" contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1275.   On certain occasions, Kelly Aviation arranged with transporters Defendant Coal City Cob Co., Inc., Gulf Coast Vacuum Service, Safety-Kleen Systems, Inc. and Defendant Triad Transport, Inc. to transport Kelly Aviation's waste streams to the USOR Site.

1276.   The waste streams generated by Kelly Aviation fall within the definition of "solid waste" under the TSWDA.

1277.   To date, Lockheed Martin has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1278.   According to USOR Site Records, in at least December 2005, Defendant Lone Star Heat Products, Inc. ("Lone Star Heat Products") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 500 gallons of waste containing hazardous substances owned or possessed by Lone Star Heat Products, at the USOR Site.

1279.   The waste streams generated by Lone Star Heat Products are described on USOR Site Records as "organic" and contained some or all of the following hazardous substances:

208

acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, methylene chloride, trichloroethane, trichloroethylene and/or zinc.

1280.   Lone Star Heat Products arranged with transporter Defendant El Regio Vacuum Service to transport Lone Star Heat Products' waste streams to the USOR Site.

1281.   The waste streams generated by Lone Star Heat Products fall within the definition of "solid waste" under the TSWDA.

1282.   By letter dated December 5, 2013, the USOR Site PRP Group notified Lone Star Heat of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Lone Star Heat Products the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1283.   To date, Lone Star Heat Products has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1284.   Alternatively, Defendant Lone Star Heat Treating Corp. ("Lone Star Heat Treating") is responsible for the waste streams attributable to Lone Star Heat Products, as alleged in paragraph nos. 1278-79 above.

1285.   To date, Lone Star Heat Treating has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1286.   Defendant Lonestar Ecology LLC ("Lonestar Ecology") is the successor to Houston Chemical Services Inc. ("Houston Chemical").

209

1287.   Upon information and belief, Lonestar Ecology has continued the uninterrupted business activities of Houston Chemical.

1288.   According to USOR Site Records, from at least November to December 2003, Houston Chemical by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,030 gallons of waste containing hazardous substances owned or possessed by Houston Chemical, at the USOR Site.

1289.   The waste streams generated by Houston Chemical are described on USOR Site Records as "non-RCRA wastewater" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

1290.   Houston Chemical arranged with transporter CES Environmental Services, Inc. to transport Houston Chemical's waste streams to the USOR Site.

1291.   The waste streams generated by Houston Chemical fall within the definition of "solid waste" under the TSWDA.

1292.   By letter dated December 5, 2013, the USOR Site PRP Group notified Houston Chemical of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Houston Chemical the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1293.   To date, Lonestar Ecology has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1294.   According to USOR Site Records, in at least June 2008, Defendant M&M Protection, LLC ("M&M Protection") accepted for transport to the USOR Site, which was selected by M&M Protection, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by M&M Protection, at least 650 gallons of waste containing hazardous substances owned at the USOR Site.

1295.   The waste streams M&M Protection transported and/or arranged for disposal are described on USOR Site Records as "new brake fluid and water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1296.   The waste streams M&M Protection transported to and/or arranged for disposal at the USOR Site were generated by CMA/GMC America Lines.

1297.   The waste streams M&M Protection transported to or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

1298.   By letter dated December 5, 2013, the USOR Site PRP Group notified M&M Protection of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered M&M Protection the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1299.   To date, M&M Protection has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1300.   According to USOR Site Records, in at least March 2004, Defendant MECX, LP ("MECX") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 15,060 gallons of waste containing hazardous substances owned or possessed by MECX, at the USOR Site.

1301.   The waste streams generated by MECX are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1302.   MECX arranged with transporters ProWaste, Inc. or U.S. Oil Recovery to transport MECX's waste streams to the USOR Site.

1303.   The waste streams generated by MECX fall within the definition of "solid waste" under the TSWDA.

1304.   By letter dated December 5, 2013, the USOR Site PRP Group notified MECX of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered MECX the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1305.   To date, MECX has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1306.   According to USOR Site Records, from at least June 2007 to June 2008, Defendant MTI Environmental LLC ("MTI Environmental") accepted for transport to the USOR Site, which was selected by MTI Environmental, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or

212

treatment of waste owned or possessed by MTI Environmental, at least 38,640 gallons of waste containing hazardous substances at the USOR Site.

1307.   The waste streams generated by and/or transported by MTI Environmental were RCRA hazardous waste described on USOR Site Records as "RQ waste corrosive liquid, acidic, inorganic, n.o.s. 8, UN3264, PG III (sulfuric acid & water)," UN-3262 pg3 'sodium hydroxide'," "RQ waste flammable liquids, corrosive n.o.s. 8, UN2924 PG III," "paint related material including paint thinning, 3, UN1263, PG III (universal)," "paint related material including paint thinning, 3, UN[], PG III, 1210 (universal)," waste corrosive liquids, n.o.s. (contains sulfuric acid) 8, UN1760, PG II," and "waste flammable liquid, n.o.s., 3, UN1993, PG II (isopropanol, aromatic naphtha)."

1308.   The waste streams generated by and/or transported by MTI Environmental are also described on USOR Site Records as "non-RCRA non-hazardous (petroleum solids)," "non-RCRA, non-hazardous (oily water)," "non-RCRA, non-hazardous chrome rinsewater," "chrome rinsewater," "sulfuric acid & water," and contained some or all of the following hazardous substances: acetone, barium, benzene, chromium, copper, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

1309.   On certain occasions, MTI Environmental transported its own waste streams to the USOR Site.

1310.   On other occasions, MTI Environmental arranged with transporters Defendant Legacee Environmental Services, Inc. and Defendant Top Notch Transportation, Inc. to transport MTI Environmental's waste streams to the USOR Site.

1311.   On other occasions, MTI Environmental also accepted for transport to the USOR Site waste streams generated by Champion Technologies, Defendant Delta Specialty Coatings LLC, Green Hunter Biofuels, InkJet Inc., Intra-Service Co. and Tasker Products Corp..

1312.   The waste streams generated by MTI Environmental fall within the definition of "solid waste" under the TSWDA.

1313.   By letter dated December 5, 2013, the USOR Site PRP Group notified MTI Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered MTI Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1314.   To date, MTI Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1315.   Alternatively, Defendant MTI Services, LLC ("MTI Services") is the successor to MTI Environmental and is responsible for the waste streams attributable to MTI Environmental, as alleged in paragraph nos. 1306-08 above.

1316.   MTI Services has continued the uninterrupted business activities of MTI Environmental in the same location and retained certain employees and corporate personnel of MTI Environmental.

1317.   To date, MTI Services has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1318.   According to USOR Site Records, in at least April 2005, Defendant Morco Testing ("Morco Testing") by contract, agreement, or otherwise arranged for disposal or

214

treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,000 gallons of waste containing hazardous substances owned or possessed by Morco Testing, at the USOR Site.

1319.   The waste streams generated by Morco Testing are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes, and/or zinc

1320.   Morco Testing arranged with transporter Gulf Coast Vacuum to transport Morco Testing's waste streams to the USOR Site.

1321.   The waste streams generated by Morco Testing fall within the definition of "solid waste" under the TSWDA.

1322.   By letter dated December 5, 2013, the USOR Site PRP Group notified Morco Testing of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Morco Testing the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1323.   To date, Morco Testing has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1324.   Alternatively, MTI Services, LLC ("MTI Services") is the successor to Morco Testing and is responsible for the waste streams attributable to Morco Testing, as alleged in paragraph nos. 1318-19 above.

1325.  MTI Services has continued the uninterrupted business activities of Morco Testing in the same location and retained certain employees and corporate personnel of Morco Testing.

1326.  To date, MTI Services has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1327.  According to USOR Site Records, in at least May, 2004, Defendant Market Truck Stop, Inc. doing business as Texas Truck Stop ("Texas Truck Stop") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,000 gallons of waste containing hazardous substances owned or possessed by Texas Truck Stop, at the USOR Site.

1328.  The waste streams generated by Texas Truck Stop are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1329.  On certain occasions, Texas Truck Stop arranged with transporter Garner Environmental to transport Texas Truck Stop's waste streams to the USOR Site.

1330.  The waste streams generated by Texas Truck Stop fall within the definition of "solid waste" under the TSWDA.

1331.  To date, Texas Truck Stop has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1332.  Defendant Martin Midstream Partners L.P. ("Martin Midstream") is the successor to Tesoro Marine Services, LLC ("Tesoro Marine").

216

1333.   Martin Midstream acquired Tesoro Marine on October 28, 2003.

1334.   According to USOR Site Records, from at least January to June 2004, Tesoro Marine by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 40,150 gallons of waste containing hazardous substances owned or possessed by Tesoro Marine, at the USOR Site.

1335.   The waste streams generated by Tesoro Marine were RCRA hazardous waste described on USOR Site Records as "waste flammable liquids, n.o.s. (chromium, 3, UN1993, PGIII."

1336.   The waste streams generated by Tesoro Marine are also described on USOR Site Records as "wastewater," "organic," "oil," and "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc

1337.   On certain occasions, Tesoro Marine arranged with transporters Envirogistics and CES Environemental Services, Inc. to transport Tesoro Marine's waste streams to the USOR Site.

1338.   The waste streams generated by Tesoro Marine fall within the definition of "solid waste" under the TSWDA.

1339.   By letter dated December 5, 2013, the USOR Site PRP Group notified Tesoro Marine of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Tesoro Marine the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

217

1340.   To date, Martin Midstream has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1341.   According to USOR Site Records, from at least April to May 2005, Defendant Martin Operating Partnership L.P. ("Martin Operating") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,400 gallons of waste containing hazardous substances owned or possessed by Martin Operating, at the USOR Site.

1342.   The waste streams generated by Martin Operating are described on USOR Site Records as "organic" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1343.   On certain occasions, Martin Operating arranged with transporter Oil Mop LLC to transport Martin Operating's waste streams to the USOR Site.

1344.   The waste streams generated by Martin fall within the definition of "solid waste" under the TSWDA.

1345.   To date, Martin Operating has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1346.   Alternatively, Defendant Martin Resource Management Corp. ("Martin Resource") is the successor to Tesoro Marine and is responsible for the waste streams attributable to Tesoro Marine as alleged in paragraph nos. 1341-42 above.

218

1347.   Martin Resource is the general partner of Midstream Fuel Services LLC ("Midstream Fuel"), which is managed by its executive officers and which acquired Tesoro's fuel oil distribution business in or about October 2003.

1348.   To date, Martin Resource has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1349.   According to USOR Site Records, from at least January 2006 to April 2007, Defendant Martin Transport, Inc. ("Martin Transport") accepted at least 33,146 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Martin Transport.

1350.   The waste streams transported by Martin Transport are described on USOR Site Records as "pond water" or "wash water" and contained some or all of the following hazardous substances: acetone, copper, dichloroethylene, lead, methyl ethyl ketone, toluene and/or xylenes.

1351.   The waste streams Martin Transport transported to the USOR Site were generated by Hexion Specialty Chemicals.

1352.   The waste streams transported to the USOR Site by Martin Transport fall within the definition of "solid waste" under the TSWDA.

1353.   To date, Martin Transport has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1354.   According to USOR Site Records, from at least January 2004 to March 2006, Defendant Massey Industries Inc. ("Massey Industries") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or

219

treatment, at least 2,950 gallons of waste containing hazardous substances owned or possessed by Massey Industries, at the USOR Site.

1355.   The waste streams generated by Massey Industries are described on USOR Site Records as "oily" or "oily water" and contained some or all of the following hazardous substances: chromium, copper, lead, manganese, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene and/or xylenes.

1356.   On certain occasions, Massey Industries arranged with transporters Axys Industrial Solutions LLC and US Oil Recovery to transport Massey Industries' waste streams to the USOR Site.

1357.   The waste streams Massey Industries fall within the definition of "solid waste" under the TSWDA.

1358.   By letter dated December 5, 2013, the USOR Site PRP Group notified Massey Industries of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Massey Industries the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1359.   To date, Massey Industries has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1360.   According to USOR Site Records, from at least November 2003 to August 2006, Defendant Master-Halco, Inc. ("Master-Halco") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or

treatment, at least 43,400 gallons of waste containing hazardous substances owned or possessed by Master-Halco, at the USOR Site.

1361.   The waste streams generated by Master-Halco are described on USOR Site Records as "wastewater" or "zinc wastewater" and contained some or all of the following hazardous substances: acetone, chromium, copper, dichloroethylene, lead, manganese, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

1362.   On certain occasions, Master-Halco arranged with transporter Coal City Cob Co., Inc. to transport Master-Halco's waste streams to the USOR site.

1363.   The waste streams generated by Master-Halco fall within the definition of "solid waste" under the TSWDA.

1364.   By letter dated December 5, 2013, the USOR Site PRP Group notified Master-Halco of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Master-Halco the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1365.   To date, Master-Halco has refused to cooperate with the USOR Site PRP group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1366.   According to USOR Site Records, in at least September 2005, Defendant Matagorda County Navigation District No. 1 ("Matagorda County Navigation District No. 1") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 8,000 gallons of waste containing

221

hazardous substances owned or possessed by Matagorda County Navigation District No. 1, at the USOR Site.

1367. The waste streams generated by Matagorda County Navigation District No. 1 are described on USOR Site Records as "non-hazardous non-RCRA (waste water)" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1368. On certain occasions, Matagorda County Navigation District No. 1 arranged with transporter Envirovac to transport Matagorda County Navigation District No. 1's waste streams to the USOR site.

1369. The waste streams generated by Matagorda County Navigation District No. 1 fall within the definition of "solid waste" under the TSWDA.

1370. Additionally, Matagorda County Navigation District No. 1 owns and operates the Port of Palacios ("Port of Palacios").

1371. According to USOR Site Records, in at least February 2008, Port of Palacios by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,000 gallons of waste containing hazardous substances owned or possessed by Port of Palacios, at the USOR Site.

1372. The waste streams generated by Port of Palacios is described on USOR Site Records as "bilge water non haz" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1373. On certain occasions, Port of Palacios arranged with transporter US Oil Recovery to transport Port of Palacios' waste streams to the USOR Site.

222

1374.   The waste streams generated by Port of Palacios fall within the definition of "solid waste" under the TSWDA.

1375.   By letter dated December 5, 2013, the USOR Site PRP Group notified Port of Palacios of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Port of Palacios the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1376.   To date, Matagorda County Navigation District No. 1 has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1377.   Defendant Matte Industrial Services, LLC ("Matte Industrial") is the successor to and/or is formerly known as HazWaste Environmental, LLC ("HazWaste"). Hazwaste Environmental, LLC changed its name to Matte Industrial Services, LLC by statutory conversion, as evidenced by Certificate of Amendment filed with the State of Texas on June 27, 3013.

1378.   According to USOR Site Records, from at least February 2005 to May 2006, HazWaste accepted at least 770 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by HazWaste.

1379.   The waste streams transported by HazWaste are described on USOR Site Records as "grease" or "oil" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, ethyl benzene, lead, manganese, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, xylenes and/or zinc.

223

1380. The waste streams HazWaste transported to the USOR Site were generated by CTI Trucking and American Well Control.

1381. The waste streams transported to the USOR Site by HazWaste fall within the definition of "solid waste" under the TSWDA.

1382. To date, Matte Industrial has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1383. According to USOR Site Records, in at least December 2003, Defendant Maverick Tube Corp ("Maverick Tube") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 11,500 gallons of waste containing hazardous substances owned or possessed by Maverick Tube, at the USOR Site.

1384. The waste streams generated by Maverick Tube are described on USOR Site Records as "oil" and contained some or all of the following hazardous substances: chromium, copper, lead, manganese, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene and/or xylenes.

1385. On certain occasions, Maverick Tube arranged with transporter Defendant Drange Ranger Vacuum Service to transport Maverick Tube's waste streams to the USOR Site.

1386. The waste streams generated by Maverick Tube fall within the definition of "solid waste" under the TSWDA.

1387. Additionally, Maverick Tube is the successor to Texas Arai Inc. ("Texas Arai").

1388. Maverick Tube acquired the business and assets of Texas Arai in or about 2004. After 2004, Maverick Tube used Texas Arai as an assumed name.

224

1389.   According to USOR Site Records, from at least March 2005 to September 2007, Texas Arai by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 17,500 gallons of waste containing hazardous substances owned or possessed by Texas Arai, at the USOR Site.

1390.   The waste streams generated by Texas Arai are described on USOR Site Records as "oily water," "non-hazardous, not DOT regulated (class I, wastewater)," and "non-hazardous, not DOT regulated (spent triethylene glycol and water)" and contained some or all of the following hazardous substances: chromium, copper, lead, manganese, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene and/or xylenes.

1391.   On certain occasions, Texas Arai arranged with transporters Defendant Bealine Service Company, Inc., CES Environmental, Rogue Waste Recovery & Environmental and Defendant Specialized Waste Systems, Inc. to transport Texas Arai's waste streams to the USOR Site.

1392.   The waste streams generated by Texas Arai fall within the definition of "solid waste" under the TSWDA.

1393.   By letter dated December 5, 2013, the USOR Site PRP Group notified Texas Arai of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Texas Arai the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1394.   To date, Maverick Tube has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

225

1395.   According to USOR Site Records, from at leat July to November 2008, Defendant McClintock Corp. ("McClintock") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 220 gallons of waste containing hazardous substances owned or possessed by McClintock, at the USOR Site.

1396.   The waste streams generated by McClintock were RCRA hazardous waste described on USOR Site Records as "waste paint related material 3, UN1263, PG III."

1397.   The waste streams generated by McClintock are also described on USOR Site Records as "latex paint," "waste oil" and "paint related material" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, lead, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1398.   On certain occasions, McClintock arranged with transporter Texas Waste Carriers to transport McClintock's waste streams to the USOR Site.

1399.   The waste streams generated by McClintock fall within the definition of "solid waste" under the TSWDA.

1400.   By letter dated December 5, 2013, the USOR Site PRP Group notified McClintock of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered McClintock the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1401.   To date, McClintock has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1402. According to USOR Site Records, from at least March 2007 to November 2009, Defendant Metrix Instrument Co., LP ("Metrix Instrument") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 8,372 gallons of waste containing hazardous substances owned or possessed by Metrix Instrument, at the USOR Site.

1403. The waste streams generated by Metrix Instrument are described on USOR Site Records as "polishing rinsewater" and contained some or all of the following: acetone, chromium, copper, lead, manganese, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane and/or xylenes.

1404. On certain occasions, Metrix Instrument arranged with transporters Legacee Environmental, Texas Waste Carriers, and Top Notch Transport to transport Metrix Instrument's waste streams to the USOR Site.

1405. The waste streams generated by Metrix Instrument fall within the definition of "solid waste" under the TSWDA.

1406. By letter dated December 5, 2013, the USOR Site PRP Group notified Metrix Instrument of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Metrix Instrument the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1407. To date, Metrix Instrument has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

227

1408.   According to USOR Site Records, from at least January to April 2004, Defendant Metro Grease Service LLC ("Metro Grease") accepted at least 26,500 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Metro Grease.

1409.   The waste streams transported by Metro Grease are described on USOR Site Records as "organic" or "org" and contained some or all of the following substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, methylene chloride, trichloroethane, trichloroethylene and/or zinc

1410.   The waste streams Metro Grease transported to the USOR Site were generated by Allison Enterprises and Grease Recyclers Co-op..

1411.   The waste streams transported to the USOR Site by Metro Grease fall within the definition of "solid waste" under the TSWDA.

1412.   To date, Metro Grease has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1413.   According to USOR Site Records, from at least June 2004 to January 2010, Defendant Midstate Environmental Services, LP ("Midstate Environmental") accepted for transport to the USOR Site, which was selected by Midstate Environmental, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Midstate Environmental, at least 3,756,115 gallons of waste containing hazardous substances at the USOR Site.

1414.   The waste streams Midstate Environmental generated, transported and/or arranged for disposal were RCRA hazardous waste described on USOR Site Records as "RQ hazardous waste liquid, NOS (chromium), 9, NA3082, III."

228

1415.   The waste streams Midstate Environmental generated, transported and/or arranged for disposal are also described on USOR Site Records as "oily water," "oily," "oil," "organic," "wet tank bottoms," "used oil fuel," "non-regulated oily waste water," and contained some or all of the following substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1416.   On certain occasions, Midstate Environmental transported its own waste streams to the USOR Site.

1417.   On other occasions, Midstate Environmental transported and/or arranged for disposal of waste streams generated by generators including but not limited to Midstate Environmental and Defendant Resolve Marine Group, Inc.

1418.   The waste streams Midstate Environmental generated, transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

1419.   By letter dated February 7, 2014, the USOR Site PRP Group notified Midstate Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Midstate Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1420.   To date, Midstate Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1421.   According to USOR Site Records, from at least November to December 2008, Defendant Midwest Industrial Supply, Inc. ("Midwest Industrial Supply") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 8,900 gallons of waste containing hazardous substances owned or possessed by Midwest Industrial Supply, at the USOR Site.

1422.   The waste streams generated by Midwest Industrial Supply are described on USOR Site Records as "dust retardant (emulsion spray)" and "emulsion products" and contained some or all of the following hazardous substances: acetone, asbestos, benzo(a)anthracene, benzo(a)pyrene, cadmium, cresol, dichloroethylene, fluorine, lead, methyl ethyl ketone, nickel, perchloroethylene, phenanthrene, tin, toluene, trichloroethylene, vinyl chlorine, xylenes and/or zinc.

1423.   On certain occasions, Midwest Industrial Supply arranged with transporter Performance Contracting, Inc. ("Performance Contracting") to transport Midwest Industrial Supply's waste streams to the USOR Site.

1424.   The waste streams generated by Midwest Industrial Supply fall within the definition of "solid waste" under the TSWDA.

1425.   To date, Midwest Industrial Supply has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1426.   Defendant Mike's Soft Touch Inc. is also known as Soft Touch Car Wash ("Soft Touch Car Wash").

1427.   According to USOR Site Records, in at least February 2004, Soft Touch Car Wash by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged

with a transporter for transport for disposal or treatment, at least 8,288 gallons of waste containing hazardous substances owned or possessed by Soft Touch Car Wash, at the USOR Site.

1428. On certain occasions, Soft Touch Car Wash arranged with transporter ProWaste, Inc. ("ProWaste") to transport Soft Touch Car Wash's waste streams to the USOR Site.

1429. The waste streams generated by Soft Touch Car Wash fall within the definition of "solid waste" under the TSWDA.

1430. By letter dated December 5, 2013, the USOR Site PRP Group notified Soft Touch Car Wash of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Soft Touch Car Wash the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1431. To date, Soft Touch Car Wash has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1432. Defendant Milstead Management, LLC ("Milstead Management") is the successor to Milstead Environmental, LLC ("Milstead Environmental").

1433. Upon information and belief, Milstead Management has continued the uninterrupted business activities of Milstead Environmental in the same location and retained certain employees and corporate personnel of Milstead Environmental.

1434. According to USOR Site Records, from at least March 2005 to March 2006, Milstead Environmental accepted for transport to the USOR Site, which was selected by by Milstead Environmental, and/or by contract, agreement, or otherwise arranged for disposal or

231

treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Milstead Environmental, at least 130,579 gallons of waste containing hazardous substances at the USOR Site.

1435.   The waste streams generated by and/or transported by Milstead Environmental are described on USOR Site Records as "oily drums," "oily yards," "oily dirt," "oily water," "oily soil," "oil," "waste diesel" and "waste diesel mix w/ sorbant[sic]" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1436.   On certain occasions, Milstead Environmental transported its own waste streams to the USOR Site.

1437.   On other occasions, Milstead Environmental arranged with transporters Aaron Enterprises, K-3BMI and US Oil Recovery to transport Milstead Environmental's waste streams to the USOR Site.

1438.   On other occasions, Milstead Environmental also accepted for transport to the USOR Site waste streams generated by Defendant AAA Cooper Transportation, Inc., Defendant BSMP, Inc., Campbell, Defendant Carillo Brothers Auto Sales, Defendant Clark Freight Lines, Inc., Donald Keener, Donnie Gilder, Defendant Dual Trucking Inc., Defendant Herman Trucking Co., Defendant Ho Ho Ho Express Inc., Houston Best Redi Mix, Defendant Johnny's Transport, Kullman Express, Meyer Trucking, Navarette Trucking, S&MJ Trucking, Defendant Steve South, Superior, Swift Transportation, Truck Environmental, USA Truck, Wal-Mart and Williams Brothers.

1439.   The waste streams generated by Milstead Environmental and/or transported to the USOR Site by Milstead Environmental fall within the definition of "solid waste" under the TSWDA.

1440.   By letter dated December 5, 2013, the USOR Site PRP Group notified Milstead Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Milstead Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1441.   To date, Milstead Management has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1442.   Alternatively, Defendant Milstead Automotive, Ltd. ("Milstead Automotive") is the successor to Milstead Environmental and is responsible for the waste streams attributable to Milstead Environmental, as alleged in paragraph nos. 1434-35 above.

1443.   Milstead Automotive holds itself out as the continuation of and the same company as Milstead Environmental.

1444.   To date, Milstead Automotive has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1445.   According to USOR Site Records, in at least May 2004, Defendant Mitsui & Co. (U.S.A.), Inc. ("Mitsui") by contract, agreement, or otherwise arranged for disposal or treatment,

and/or arranged with a transporter for transport for disposal or treatment, at least 4,000 gallons of waste containing hazardous substances owned or possessed by Mitsui, at the USOR Site.

1446. The waste streams generated by Mitsui are described on USOR Site Records as "non-RCRA / non DOT regulated rinsewater" and "organic" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methylene chloride, methyl ethyl ketone, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

1447. On certain occasions, Mitsui arranged with transporter CES Environmental Services, Inc. to transport Mitsui's waste streams to the USOR Site.

1448. The waste streams generated by Mitsui fall within the definition of "solid waste" under the TSWDA.

1449. Additionally, Mitsui is the successor to Global Octanes Texas LP ("Global Octanes").

1450. Mitsui held an equity interest in Global Octanes until Global Octanes' dissolution in 2003.

1451. According to USOR Site Records, from at least December 2003 to April 2004, Global Octanes by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 368,177 gallons of waste containing hazardous substances owned or possessed by Global Octanes, at the USOR Site.

1452. The waste streams generated by Global Octanes are described on USOR Site Records as "non hazardous non regulated waste water," "organic," "used oil," "oily water," "catofin sump sludge" and "oil" and contained some or all of the following hazardous

234

substances: acetone, benzene, cadmium, chromium, copper, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

1453. On certain occasions, Global Octanes arranged with transporters Defendant Bealine Service Co., Inc. and Envirogistics to transport Global Octanes' waste streams to the USOR Site.

1454. The waste streams generated by Global Octanes fall within the definition of "solid waste" under the TSWDA.

1455. By letter dated December 5, 2013, the USOR Site PRP Group notified Global Octanes of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Global Octanes the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1456. To date, Mitsui has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1457. According to USOR Site Records, in at least August 2008, Defendant Moore Control Systems, Inc. ("Moore Control Systems") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 111 gallons of waste containing hazardous substances owned or possessed by Moore Control Systems, at the USOR Site.

1458. The waste streams generated by Moore Control Systems are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances:

acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1459.   On certain occasions, Moore Control Systems arranged with transporter Texas Waste Carriers to transport Moore Control Systems' waste streams to the USOR Site.

1460.   The waste streams generated by Moore Control Systems fall within the definition of "solid waste" under the TSWDA.

1461.   By letter dated December 5, 2013, the USOR Site PRP Group notified Moore Control Systems of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Moore Control Systems the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1462.   To date, Moore Control Systems has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1463.   According to USOR Site Records, in at leat December 2004, Defendant Morgan Oil Co. ("Morgan Oil") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 52,370 gallons of waste containing hazardous substances owned or possessed by Morgan Oil, at the USOR Site.

1464.   The waste streams generated by Morgan Oil are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

236

1465.   On certain occasions, Morgan Oil arranged with transporter Envirovac to transport Morgan Oil's waste streams to the USOR Site.

1466.   The waste streams generated by Morgan Oil fall within the definition of "solid waste" under the TSWDA.

1467.   By letter dated December 5, 2013, the USOR Site PRP Group notified Morgan Oil of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Morgan Oil the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1468.   To date, Morgan Oil has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1469.   According to USOR Site Records, from at least March 2005 to April 2006, Defendant North American Oil ("North American Oil") accepted for transport to the USOR Site, which was selected by North American Oil, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by North American Oil, at least 80,399 gallons of waste containing hazardous substances at the USOR Site.

1470.   The waste streams North American Oil generated, transported and/or arranged for disposal are described on USOR Site Records as wastes including but not limited to "water oil seperator [sic]," "grease trap non hazardous," "class # 2 non haz oily H2O," "class 2 for recycle," "oily water for recycle," "grit," "tank bottoms," "municipal" and "nonhazardous oilwater" and contained some or all of the following hazardous substances: acetone, benzene,

237

cadmium, chromium, copper, dichlorethylene, ethyl benzene, lead, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, zinc

1471.  On certain occasions, North American Oil arranged with transporter Earthwise to transport North American Oil's waste streams to the USOR Site.

1472.  On other occasions, North American Oil transported its own waste streams to the USOR Site.

1473.  On other occasions, North American Oil transported and/or arranged for disposal of waste streams generated by either North American Oil and/or generators Advanced Excavating, Groves Equipment, Defendant League City Sports Park and Defendant North American Oil Reclaimers.

1474.  The waste streams North American Oil generated, transported and/or arranged for disposal fall within the definition of "solid waste" under the TSWDA.

1475.  Alternatively, Defendant NAOR ("NAOR") is responsible for the waste attributable to North American Oil in paragraph nos. 1469-70 above.

1476.  The waste streams generated by NAOR within the definition of "solid waste" under the TSWDA.

1477.  To date, NAOR and North American Oil have refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1478.  According to USOR Site Records, from at least August 2004 to May 2005, Defendant Norson Services LLC ("Norson Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or

treatment, at least 1,006,691 gallons of waste containing hazardous substances owned or possessed by Norson Services, at the USOR Site.

1479.   The waste streams generated by Norson Services are described on USOR Site Records as "Non-RCRA / Non DOT regulated rinse water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, lead, manganese, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene and/or xylenes.

1480.   On certain occasions, Norson Services arranged with transporter CES Environmental to transport Norton Services' waste streams to the USOR Site.

1481.   The waste streams generated by Norson Services fall within the definition of "solid waste" under the TSWDA.

1482.   On or about March 3, 2012, Norson Services executed a Participation Agreement with the USOR PRP Group to become a member of the USOR PRP Group, but Norson Services has subsequently breached the contract it entered into with the USOR PRP Group.

1483.   Since breaching its contract with the USOR PRP Group, Norson Services refuses to cooperate with the USOR Site PRP Group and has not paid its equitable share of response costs incurred by the USOR Site PRP Group at the USOR Site.

1484.   Alternatively, Defendant EnerMech Mechanical Services, Inc. ("EnerMech") is the successor to and/or is formerly known as Norson Services and is responsible for the waste attributable to Norson Services in paragraph nos. 1478-79 above.

1485.   Upon information and belief, EnerMech has continued the uninterrupted business activities of Norson Services in the same location and retained certain employees and corporate personnel of Norson Services.

1486.   According to USOR Site Records, in at least January 2005, Defendant North American Marine, Inc. ("North American Marine") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 165 gallons of waste containing hazardous substances owned or possessed by North American Marine, at the USOR Site.

1487.   On certain occasions, North American Marine arranged with transporter Turnerco to transport North American Marine's waste streams to the USOR Site.

1488.   The waste streams generated by North American Marine fall within the definition of "solid waste" under the TSWDA.

1489.   To date, North American Marine has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1490.   According to USOR Site Records, in at least March 2009, Defendant North American Packaging Corp., also known as Nampac ("North American Packaging") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,100 gallons of waste containing hazardous substances owned or possessed by North American Packaging, at the USOR Site.

1491.   The waste streams generated by North American Packaging are described on USOR Site Records as "Non-regulated material (oil / water)" and contained some or all of the following hazardous substances: acetone, chromium, copper, dichloroethylene, lead, manganese, methyl ethyl ketone, nickel, perchoroethylene, toluene, trichloroethane, trichloroethylene and/or xylenes.

240

1492.  On certain occasions, North American Packaging arranged with transporter Defendant Gulf Coast Vacuum to transport North American Packaging's waste streams to the USOR Site.

1493.  The wast streams generated by North American Packaging fall within the definition of "solid waste" under the TSWDA.

1494.  By letter dated December 5, 2013, the USOR Site PRP Group notified North American Packaging of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered North American Packaging the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1495.  To date, North American Packaging has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1496.  According to USOR Site Records, from at least November 2003 to May 2005, Defendant Oil Mop LLC ("Oil Mop") accepted for transport to the USOR Site, which was selected by Oil Mop, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 195,318 gallons of waste containing hazardous substances owned or possessed by Oil Mop, at the USOR Site.

1497.  The waste streams Oil Mop generated, transported and/or arranged for disposal are described on USOR Site Records as "oily," "oily water" and organic" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, ethyl benzene,

241

lead, manganese, mercury, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, xylenes and/or zinc.

1498.   On certain occasions, Oil Mop transported its own waste streams to the USOR Site.

1499.   On other occasions, Oil Mop transported and/or arranged for disposal of waste streams generated by Oil Mop and/or generators including but not limited to BJ Process and Pipeline, Burlington Northern, Dupree Transportation, Finger Companies, Defendant Oilfield-Electric-Marine, Inc., Shippers Stevedoring and Defendant Watco Companies, LLC.

1500.   The waste streams Oil Mop generated, transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

1501.   By letter dated February 7, 2014, the USOR Site PRP Group notified Oil Mop of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Oil Mop the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1502.   According to USOR Site Records, from at least April to November 2008, Defendant Oil Patch Transportation, Inc. ("Oil Patch Transportation") accepted at least 14,609 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Oil Patch Transportation.

1503.   The waste streams transported by Oil Patch Transportation were RCRA hazardous waste described on USOR Site Records as "waste corrosive liquid, acidic, inorganic, n.o.s. (fluoroslusic [sic] acid), 8, UN3264 I."

242

1504. The waste streams transported by Oil Patch Transportation are also described on USOR Site Records as "process water, non-hazardous, non-regulated," "non hazardous waste water" and "tetra flouride [sic] water" and contained some or all of the following hazardous substances: acetone, copper, lead, methyl ethyl ketone, toluene, trichlorethane and/or xylenes.

1505. The waste streams transported to the USOR Site by Oil Patch Transportation were generated by MEMC Pasadena, Inc.

1506. The waste streams transported to the USOR Site by Oil Patch Transportation fall within the definition of "solid waste" under the TSWDA.

1507. Additionally, Defendant Oil Patch Transportation is the successor to Gulf Coast Vacuum Service, Inc. ("Gulf Coast Vacuum").

1508. Upon information and belief, Oil Patch Transportation has continued the uninterrupted business activities of Gulf Coast Vacuum in the same location and retained certain employees and corporate personnel of Gulf Coast Vacuum.

1509. According to USOR Site Records, from at least March 2004 to March 2007, Gulf Coast Vacuum accepted for transport to the USOR Site, which was selected by Gulf Coast Vacuum, and/or by contract, agreement or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment fo waste owned or possessed by Gulf Coast Vacuum, at least 68,751 gallons of waste containing hazardous substances at the USOR Site.

1510. The waste streams transported by Gulf Coast Vacuum were RCRA hazardous waste described on USOR Site Records as "RQ waste flammable liquids, N.O.S., 3, UN1993 III D001 (contains methanol)."

1511.   The waste streams generated by and/or transported by Gulf Coast Vacuum are also described on USOR Site Records as "non regulated oily water," "waste water with jet fuel," "organic" and "oil and water emulsion" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethan, xylenes and/or zinc.

1512.   On certain occasions, Gulf Coast Vacuum transported its own waste streams to the USOR Site.

1513.   On other occasions, Gulf Coast Vacuum also accepted for transport to the USOR Site waste streams generated by Defendant Control Solutions, Inc., Valero and Vopak Terminal Galena Park Inc.

1514.   The waste streams generated by Gulf Coast Vacuum and/or transported to the USOR Site by Gulf Coast Vacuum fall within the definition of "solid waste" under the TSWDA.

1515.   By letter dated December 5, 2013, the USOR Site PRP Group notified Gulf Coast Vacuum of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Gulf Coast Vacuum the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1516.   To date, Oil Patch Transportation has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1517.   According to USOR Site Records, in at least August 2005, Defendant Olympic Pools, Inc., doing business as Olympic Pools & Spas ("Olympic Pools"), by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport

244

for disposal or treatment, at least 400 gallons of waste containing hazardous substances owned or possessed by Olympic Pools, at the USOR Site.

1518.  On certain occasions, Olympic Pools arranged with transporter Defendant Eagle Construction and Environmental Services, LP to transport Olympic Pools' waste streams to the USOR Site.

1519.  The waste streams generated by Olympic Pools fall within the deefinition of "solid waste" under the TSWDA.

1520.  By letter dated December 5, 2013, the USOR Site PRP Group notified Olympic Pools of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Olympic Pools the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1521.  To date, Olympic Pools has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1522.  According to USOR Site Records, Defendant PSC Industrial Services, LP ("PSC Industrial Services") accepted for transport to the USOR Site, which was selected by PSC Industrial Services, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 115,000 gallons of waste containing hazardous substances owned or possessed by PSC Industrial Services, at the USOR Site.

1523.  The waste streams generated and/or transported by PSC Industrial Services are described on USOR Site Records as "bio sludge (bugs)," "non-hazardous solid waste" and "organic" and contained some or all of the following hazardous substances: acetone, benzene,

245

chromium, ethyl benzene, manganes, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1524.  On certain occasions, PSC Industrial Services arranged with transporter US Oil Recovery to transport PSC Industrial Services' waste streams to the USOR Site.

1525.  On other occasions, PSC Industrial Services also accepted for transport to the USOR Site waste streams generated by Coastal Chemical and Defendant Control Solutions, Inc.

1526.  The waste streams generated by PSC Industrial Services and/or transported to the USOR Site by PSC Industrial Services fall within the definition of "solid waste" under the TSWDA.

1527.  By letter dated December 5, 2013, the USOR Site PRP Group notified PSC of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered PSC the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1528.  To date, PSC Industrial Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1529.  Alternatively, Defendant PSC Industrial Outsourcing, LP ("PSC Industrial Outsourcing") is responsible for the waste streams attributable to PSC Industrial Services, as alleged in paragraph nos. 1522-23 above.

1530.  To date, PSC Industrial Outsourcing has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

246

1531. According to USOR Site Records, in at least August 2004, Defendant Parc Condominium Association doing business as Park IV Apts. ("Parc Condominium"), by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 100 gallons of waste containing hazardous substances owned or possessed by Parc Condominium, at the USOR Site.

1532. The waste streams generated by Parc Condominium are described on USOR Site Records as "oily" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, methylene chloride, trichloroethane, trichloroethylene and/or zinc.

1533. On certain occasions, Parc Condominium arranged with transporter Defendant Specialized Maintenance Services, Inc. to transport Parc Condominium's waste streams to the USOR Site.

1534. The waste streams generated by Parc Condominium fall within the definition of "solid waste" under the TSWDA.

1535. By letter dated December 5, 2013, the USOR Site PRP Group notified Parc Condominium of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Parc Condominium the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1536. To date, Parc Condominium has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

247

1537.   According to USOR Site Records, in at least February 2010, Defendant Patty Oil Service ("Patty Oil") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,000 gallons of waste containing hazardous substances owned or possessed by Patty Oil, at the USOR Site.

1538.   The waste streams generated by and/or transported by Patty Oil are described on USOR Site Records as "Non hazardous/oil water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1539.   On certain occasions, Patty Oil transported its own waste streams to the USOR Site.

1540.   The waste streams generated by Patty Oil and/or transported to the USOR Site by Patty Oil fall within the definition of "solid waste" under the TSWDA.

1541.   By letter dated December 5, 2013, the USOR Site PRP Group notified Patty Oil of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Patty Oil the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1542.   To date, Patty Oil has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1543.   According to USOR Site Records, Defendant Pelican Waste Services, Inc. ("Pelican Waste") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,324,305 gallons of waste containing hazardous substances owned or possessed by Pelican Waste, at the USOR Site.

248

1544. The wastes streams Pelican Waste arranged for disposal were RCRA hazardous wastes described on USOR Site Records as "waste corrosive liquids NOS UN 3225 PGIII," "spent sulfuric acid," "hazardous waste water sludge," "waste corrosive liquid, inorganic," "contaminated waste water" and "waste N.O.S. spent caustic liquid."

1545. The waste streams Pelican Waste arranged for disposal are also described on USOR Site Records as "non regulated waste water," "non regulated spent triethanolamine," "waste water with oil and diesel," "oil water emulsion," "paint waste" and "barge cleaning contact water" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

1546. The waste streams Pelican Waste arranged for disposal at the USOR Site were generated by Brandero Price, Champion Technologies, International Ship Repair, Mitsubishi, Pilot Chemicals and TNG Utilities, among others.

1547. The waste streams arranged for disposal at the USOR Site by Pelican Waste fall within the definition of "solid waste" under the TSWDA.

1548. By letter dated December 5, 2013, the USOR Site PRP Group notified Pelican Waste of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Pelican Waste the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1549. To date, Pelican Waste has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1550. According to USOR Site Records, in at least September 2005, Defendant Penn Maritime Inc. ("Penn Maritime") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,400 gallons of waste containing hazardous substances owned or possessed by Penn Maritime, at the USOR Site.

1551. On certain occasions, Penn Maritime arranged with transporter Garner Environmental to transport Penn Maritime's waste streams to the USOR Site.

1552. The waste streams generated by Penn Maritime fall within the definition of "solid waste" under the TSWDA.

1553. To date, Penn Maritime has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1554. According to USOR Site Records, in at least October 2005, Defendant Penske Corp. ("Penske") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,000 gallons of waste containing hazardous substances owned or possessed by Penske, at the USOR Site.

1555. On certain occasions, Penske arranged with transporter Columbia Environmental Services to transport Penske's waste streams to the USOR Site.

1556. The waste streams generated by Penske fall within the definition of "solid waste" under the TSWDA.

1557. By letter dated December 5, 2013, the USOR Site PRP Group notified Penske of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened

250

release of hazardous substances at the USOR Site; and offered Penske the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1558.   To date, Penske has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1559.   According to USOR Site Records, from at least June 2005 to October 2006, Defendant Pepper-Lawson Construction, L.P. ("Pepper-Lawson") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 29,605 gallons of waste containing hazardous substances owned or possessed by Pepper-Lawson, at the USOR Site.

1560.   The waste streams generated by Pepper-Lawson were RCRA hazardous waste described on USOR Site Records as "Waste Corrosive liquid, Acidic, inorganic NOS 8, UN3264 PGII (Fluorosilicic Acid)."

1561.   The waste streams generated by Pepper-Lawson are also described on USOR Site Records as "Class 1, non-hazardous waste (98% water, 02% ammonia)," "aqua ammonia, neturalized [sic] (98% water, 02% ammonia)," "Class 1, non-hazardous waste (PPE/bags impacted w/trace 98% water, 02% ammonia)," "Non DOT regulated waste (wash water)," "wash water containing hydrocarbons" and "wash water," which contained some or all of the following hazardous substances: acetone, ammonia cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

1562.   On certain occasions, Pepper-Lawson arranged with transporters Defendant Bealine Service Co., Inc., Defendant Eagle Construction and Environmental Services, LLC, and

251

Defendant R&D Environmental Services, Inc. to transport Pepper-Lawson's waste streams to the USOR Site.

1563.   The waste streams generated by Pepper-Lawson fall within the definition of "solid waste" under the TSWDA.

1564.   By letter dated December 5, 2013, the USOR Site PRP Group notified Pepper-Lawson of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Pepper-Lawson the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1565.   To date, Pepper-Lawson has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1566.   According to USOR Site Records, from at least January 2008 to October 2009, Defendant Petroleum Analyzer Co. L.P ("PAC") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,768 gallons of waste containing hazardous substances owned or possessed by PAC, at the USOR Site.

1567.   The waste streams generated by PAC were RCRA hazardous wastes described on USOR Site Records as "RQ waste isopropanol 3, UN1219, PGII" and "waste flammable liquids, n.o.s. 3, UN1993, PGIII."

1568.   The waste streams generated by PAC are also described on USOR Site Records as "oil/solvent rags" and "cutting oil," which contained some or all of the following hazardous substances: acetone, copper, lead, methyl ethyl keton, toluene, trichloroethane and/or xylenes.

1569.    On certain occasions, PAC arranged with transporters Texas Waste Carriers and Defendant Top Notch Transportation, Inc. to transport PAC's waste streams to the USOR Site.

1570.    The waste streams generated by PAC fall within the definition of "solid waste" under the TSWDA.

1571.    By letter dated December 5, 2013, the USOR Site PRP Group notified PAC of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered PAC the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1572.    To date, PAC has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1573.    According to USOR Site Records, in at least November 2004, Defendant Philip Reclamation Services, Houston, LLC ("Philip Reclamation") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 6,061 gallons of waste containing hazardous substances owned or possessed by Philip Reclamation, at the USOR Site.

1574.    On certain occasions, Philip Reclamation transported its own waste streams to the USOR Site.

1575.    The waste streams generated by Philip Reclamation and/or transported to the USOR Site by Philip Reclamation fall within the definition of "solid waste" under the TSWDA.

1576.    By letter dated December 5, 2013, the USOR Site PRP Group notified Philip Reclamation of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Philip Reclamation the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1577. To date, Philip Reclamation has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1578. According to USOR Site Records, from at least November 2004 to October 2008, Defendant Phoenix Pollution Control & Environmental Services, Inc. ("Phoenix Pollution Control") accepted for transport to the USOR Site, which was selected by Phoenix Pollution Control, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of at least 279,562 gallons of waste containing hazardous substances owned or possessed by Phoenix Pollution Control, at the USOR Site.

1579. The waste streams Phoenix Pollution Control generated, transported, and/or arranged for disposal were RCRA hazardous waste described on USOR Site Records as "Flammable liquid NOS (methelethyl [sic] ketone, toulene [sic], other) 3, UN1993, PGI."

1580. The waste streams Phoenix Pollution Control generated, transported, and/or arranged for disposal are also described on USOR Site records as wastes including but not limited to "water with concrete dust," "paint waste," "oily waste water," "flammable liquid," "oily sludge" and "hydrocarbon contaminated water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, ethyl benzene, lead, manganese, methylene choride, methyl ethyl ketone, nickel, toluene, trichloroethane, tricholorethylene, xylenes and/or zinc.

254

1581. The waste streams Phoenix Pollution Control arranged for disposal at the USOR site were generated by generators including but not limited to Defendant Apache Services, Inc., Defendant Greenhunter Biofuels, Inc., Defendant Houston Marine Services, Inc., Kwik Kar, Lighthouse Petroleum Testing & Inspection, Defendant Milstead Environmental, LLC and Ruff Corp.

1582. The waste streams arranged for disposal at the USOR Site by Phoenix Pollution Control fall within the definition of "solid waste" under the TSWDA.

1583. By letter dated December 5, 2013, the USOR Site PRP Group notified Phoenix Pollution Control of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Phoenix Pollution Control the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1584. To date, Phoenix Pollution Control has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1585. According to USOR Site Records, Defendant Pilot Travel Centers LLC ("Pilot Travel") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 440 gallons of waste containing hazardous substances owned or possessed by Pilot Travel, at the USOR Site.

1586. On certain occasions, Pilot Travel arranged with transporter Defendant Oil Mop LLC to transport Pilot Travel's waste streams to the USOR Site.

255

1587. The waste streams generated by Pilot Travel fall within the definition of "solid waste" under the TSWDA.

1588. To date, Pilot Travel has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1589. According to USOR Site Records, from at least February to November 2004, Defendant Polymer Chemistry Innovations, Inc. ("Polymer Chemistry") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 145,894 gallons of waste containing hazardous substances owned or possessed by Polymer Chemistry, at the USOR Site.

1590. The waste streams generated by Polymer Chemistry are described on USOR Site Records as "aqueous waste with low other toxic organics (process water tank-6)," "aqueous waste with low other toxic organics (storm water runoff)," "organic," "TK6 nonhazardous process water" and "process pump pit storm water runoff" and contained some or all of the following hazardous substances: acetone, copper, dichloroethylene, lead, methyl ethyl ketone, toluene and/or xylenes.

1591. On certain occasions, Polymer Chemistry arranged with transporter Defendant Gulf Coast Vacuum Service, Inc. and Defendant SWS Environmental Services to transport Polymer Chemistry's waste streams to the USOR Site.

1592. The waste streams generated by Polymer Chemistry fall within the definition of "solid waste" under the TSWDA.

1593. By letter dated December 5, 2013, the USOR Site PRP Group notified Polymer Chemistry of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

256

threatened release of hazardous substances at the USOR Site; and offered Polymer Chemistry the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1594. To date, Polymer Chemistry has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1595. Defendant Pride and Power, Inc. ("Pride and Power") is also known as and/or is formerly known as PPI ("PPI").

1596. Upon information and belief, Pride and Power has continued the uninterrupted business activities of PPI in the same location and retained certain employees and corporate personnel of PPI.

1597. According to USOR Site Records, in at least April 2005, PPI by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,200 gallons of waste containing hazardous substances owned or possessed by PPI.

1598. The waste streams generated by PPI are described on USOR Site Records as "non-RCRA/non DOT regulated rinse water," and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichlorotheylene, lead, methylene chloride, methyl ethyl ketone, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

1599. On certain occasions, PPI arranged with transporter CES Environmental to transport PPI's waste streams to the USOR Site.

1600. The waste streams generated by PPI fall within the definition of "solid waste" under the TSWDA.

1601.   To date, Pride and Power has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1602.   According to USOR Site Records, from at least June 2006 to May 2007, Defendant Printpack, Inc. ("Printpack") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 12,700 gallons of waste containing hazardous substances owned or possessed by Printpack, at the USOR Site.

1603.   The waste streams generated by Printpack are described on USOR Site Records as "wash water" or "waste chill roll wash water from heat exchanger" and contained some or all of the following hazardous substances: acetone, copper, dichloroethylene, lead, methyl ethyl ketone, toluene and/or xylenes.

1604.   On certain occasions, Printpack arranged with transporter Ashland Distribution c/o ES SW and Defendant Eagle Construction and Environmental Services, LLC to transport Printpack's waste streams to the USOR site.

1605.   The waste streams generatd by Printpack fall within the definition of "solid waste" under the TSWDA.

1606.   By letter dated December 5, 2013, the USOR Site PRP Group notified Printpack of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Printpack the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1607.  To date, Printpack has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1608.  According to USOR Site Records, in at least November 2005, Defendant Professional Air Systems, Inc. ("Professional Air Systems") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,000 gallons of waste containing hazardous substances owned or possessed by Professional Air Systems, at the USOR Site.

1609.  On certain occasions, Professional Air Systems arranged with transporter Double A to transport Professional Air Systems' waste streams to the USOR Site.

1610.  The waste streams generated by Professional Air Systems fall within the definition of "solid waste" under the TSWDA.

1611.  To date, Professional Air Systems has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1612.  According to USOR Site Records, from at least September 2003 to June 2009, Defendant Public Sanitary Works, Inc. ("Public Sanitary") accepted at least 689,072 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Public Sanitary.

1613.  The waste streams transported by Public Sanitary are described on USOR Site Records as "bilge water," "grease trap," "grit trap," "lint trap," "lint," "grit," "grease" and "disposal grease" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichlorobenzene, dichloroethylene, lead, methylene chloride, methyl ethyl ketone, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

259

1614.   The waste streams Public Sanitary transported to the USOR Site were generated by, including but not limited to, generators El Palasico [sic], Fresno Manufacturing, OJ's Carwash, Southwest Shipyard, Tel-Wink Grill and Winners Pizza.

1615.   The waste streams transported to the USOR Site by Public Sanitary fall within the definition of "solid waste" under the TSWDA.

1616.   By letter dated December 5, 2013, the USOR Site PRP Group notified Public Sanitary of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Public Sanitary the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1617.   To date, Public Sanitary has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1618.   According to USOR Site Records, from at least December 2005 to January 2008, Defendant Pulido Trucking, LP ("Pulido Trucking") accepted at least 428,270 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Pulido Trucking.

1619.   The waste streams transported by Pulido Trucking were RCRA hazardous wastes described on USOR Site Records as "RQ waste flammable liquid, N.O.S (benzene oil) 3, UN1993, PG II" and "RQ waste flammable solids, organic, N.O.S. 4.1, UN1325, PG III."

1620.   The waste streams transported by Pulido Trucking are also described on USOR Site Records as "non hazardous waste water," "waste coolant," "construction debris," "non haz/non regulated fire water," "petroleum contaminated soil and water," "non hazardous rinse water and hydraulic fluid," "other organic solids" and "weathered rail road ties" and contained

260

some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1621. The waste streams Pulido Trucking transported to the USOR Site were generated by Elite Environmental Services, Inc., Hexion Specialty Chemicals, Houston International Terminals, Defendant K-Solv, LP, LabCorp, Lufkin Industries, Inc., Defendant Texas A&M University and Texas Industrial Box Maintenance.

1622. The waste streams transported to the USOR Site by Texas Industrial Box Maintenance fall within the definition of "solid waste" under the TSWDA.

1623. To date, Pulido Trucking has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1624. Alternatively, Defendant Martin Pulido Trucking Inc. ("Martin Pulido Trucking") is responsible for the waste streams attributable to Pulido Trucking, as alleged in paragraph nos. 1618-20 above.

1625. To date, Martin Pulido Trucking has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1626. According to USOR Site Records, in at least December 2008, Defendant Railroad Commission of Texas ("RRC of Texas") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 24 gallons of waste containing hazardous substances owned or possessed by RRC of Texas, at the USOR Site.

1627.   The waste streams generated by RRC of Texas are described on USOR Site Records as "oily pads" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1628.   On certain occasions, RRC of Texas arranged with transporter Ensource Corp to transport RRC of Texas' waste streams to the USOR Site.

1629.   The waste streams generated by RRC of Texas fall within the definition of "solid waste" under the TSWDA.

1630.   To date, RRC of Texas has refused to cooperated with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1631.   According to USOR Site Records, from at least December 2003 to June 2005, Defendant The RectorSeal Corp. ("RectorSeal") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 180,350 gallons of waste containing hazardous substances owned or possessed by RectorSeal, at the USOR Site.

1632.   The waste streams generated by RectorSeal are described on USOR Site Records as "non-RCRA/non DOT rinse water" and "organic" and contained some or all of the following hazardous substances: acetone, copper, dichloroethylene, lead, methyl ethyl ketone, toluene, trichloroethane and/or xylenes.

1633.   On certain occasions, RectorSeal arranged with transporter CES Environmental to transport RectorSeal's waste streams to the USOR Site.

1634.   The waste streams generated by RectorSeal fall within the definition of "solid waste" under the TSWDA.

262

1635.   By letter dated December 5, 2013, the USOR Site PRP Group notified RectorSeal of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered RectorSeal the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1636.   To date, RectorSeal has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1637.   Defendant Regio Vacuum Service, Inc. ("Regio Vacuum") is also known as El Regio Vacuum Service ("El Regio Vacuum").

1638.   According to USOR Site Records, from at least July 2004 to June 2006, El Regio Vacuum accepted at least 134,830 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by El Regio Vacuum.

1639.   The waste streams transported by El Regio Vacuum are described on USOR Site Records as "other aqueous waste or wastewater (scrubber water)," "AQ waste with low dissolved solids (water contaminated with spilled resin)," "very dilute aqueous waste containing more than 99 percent water," "caustic aqueous waste without cyanides (wesp) blowdown water," "non hazardous, non regulated boiler water," "other organic liquid (wax tank cleanup water)," "other aqueous waste with low dissolved solids (aqueous waste stream)," "oil and water emulsion," "other organic liquid (MDI tank cleanup water)" and "waste oil" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichloroethylene, lead, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1640.   The waste streams El Regio Vacuum transported to the USOR Site were generated by Borden Chemical, Breco International, Champion Technologies, Citgas Car Wash, Farouk Systems, GE Batz, General Dynamics Mfg., Hexion Specialty Chemicals, Johnson Interest, Louisiana-Pacific Corporation, Pipeline Realty, Southwest Shipyard – Brady Island, Superior Packaging and Distribution, and Texas Barge and Boat.

1641.   The waste streams transported to the USOR Site by El Regio Vacuum fall within the definition of "solid waste" under the TSWDA.

1642.   By letter dated December 5, 2013, the USOR Site PRP Group notified El Regio Vacuum of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered El Regio Vacuum the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1643.   To date, Regio Vacuum has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1644.   According to USOR Site Records, from Defendant REM Research Group, Inc. ("REM Research") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 341,958 gallons of waste containing hazardous substances owned or possessed by REM Research, at the USOR Site.

1645.   The waste streams generated by REM Research are described in USOR Site Records as "waste water" and "oily water" and contained some or all of the following hazardous substances: chromium, copper, dichlorobenzene, dichloroethylene, lead, methylene chloride, trichloroethane, trichloroethylene and/or xylenes.

264

1646.   On certain occasions, REM Research arranged with transporters Alamo Petroleum Exchange, Defendant Regio Vacuum Service, Inc., Fourway, Defendant Gulf Coast Vacuum Service, Inc., Defendant HET Environmental, Lighthouse Environmental, Defendant R&D Environmental Services, Inc. and US Oil Recovery, to transport REM Research's waste streams to the USOR Site.

1647.   The waste streams generated by REM Research fall within the definition of "solid waste" under the TSWDA.

1648.   By letter dated December 5, 2013, the USOR Site PRP Group notified REM Research of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered REM Research the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1649.   To date, REM Research has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1650.   Defendant Rescar Companies, Inc. ("Rescar Companies") is formerly known as Rescar Industries, Inc. ("Rescar"). Pursuant to a Certificate of Amendment to Rescar's Articles of Incorporation filed on December 27, 2010 with Secretary of the State of Nevada, Rescar's name was amended to Rescar Companies.

1651.   According to USOR Site Records, from at least January to December 2005, Rescar by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,669,035 gallons of waste containing hazardous substances owned or possessed by Rescar, at the USOR Site.

265

1652.   The waste streams generated by Rescar are described on USOR Site Records as "non-RCRA non DOT regulated rinse water," "railcar rinse water," "storm water," "oily water," "rinse water w/ low organics," "non dot regulated material, 27-37712 non hazardous waste water, 196929," "non-regulated waste (rinse water, low organic)," "water+ oil mixed," "oil mixed with water," "copper naphthenate & rinsate [sic]," "tank sludge," "railcar rinse water les# 195998" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1653.   On certain occasions, Rescar arranged with transporters Bayou City Waste Systems, Defendant Bayou City Environmental Services, LP, Eagle Construction and Environmental Services LP to transport Rescar's waste streams to the USOR Site.

1654.   The waste streams generated by Rescar and/or transported to the USOR Site by Rescar fall within the definition of "solid waste" under the TSWDA.

1655.   By letter dated December 5, 2013, the USOR Site PRP Group notified Rescar of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Rescar the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1656.   To date, Rescar Companies has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1657.   According to USOR Site Records, in at least December 2008, Defendant Rigid Global Buildings LLC ("Rigid Building") generated at least 48 gallons of waste containing hazardous substances for transport to the USOR Site.

266

1658.   The waste streams generated by Rigid Building were RCRA hazardous waste described on USOR Site Records as "waste paint related material 3, UN 1263, PG III."

1659.   Rigid Building arranged with transporter Texas Waste Carriers to transport Rigid Building's waste streams to the USOR Site.

1660.   The waste streams generated to the USOR Site by Rigid Building fall within the definition of "solid waste" under the TSWDA.

1661.   By letter dated December 5, 2013, the USOR Site PRP Group notified Rigid Building of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Rigid Building the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1662.   To date, Rigid Building has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1663.   According to USOR Site Records, in at least December 2003, Defendant Robbie D. Wood, Inc. ("Robbie Wood") accepted at least 2,928 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Robbie Wood.

1664.   The waste streams transported by Robbie Wood are described on USOR Site Records as "non DOT regulated (water based compound)," "non DOT regulated (white mineral oil)" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes, and/or zinc.

1665.   The waste streams Robbie Wood transported to the USOR Site were generated by Paper Chemicals, Inc.

1666. The waste streams transported to the USOR Site by Robbie Wood fall within the definition of "solid waste" under the TSWDA.

1667. To date, Robbie Wood has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1668. Defendant RockTenn CP, LLC ("RockTenn") is the successor to Smurfit-Stone Container Corp. ("Smurfit-Stone").

1669. Smurfit-Stone was merged with and into Sam Acquisition, LLC under the name of RockTenn in or about May 2011.

1670. According to USOR Site Records, from at least January 2005 to March 2008, Smurfit-Stone by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 25,820 gallons of waste containing hazardous substances owned or possessed by Smurfit-Stone, at the USOR Site.

1671. The waste streams generated by Smurfit-Stone are described on USOR Site Records as "sludge from oil separator containing ink and cardboard leftovers" and contained some or all of the following hazardous substances: acetone, barium, copper, methyl ethyl ketone, toluene, trichloroethane, trichloroethylene, xylenes, and/or zinc.

1672. Smurfit-Stone arranged with transporter USA Industrial to transport Smurfit-Stone waste streams to the USOR Site.

1673. The waste streams generated by Smurfit-Stone fall within the definition of "solid waste" under the TSWDA.

1674. By letter dated December 5, 2013, the USOR Site PRP Group notified Smurfit-Stone of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Smurfit-Stone the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1675. To date, RockTenn has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1676. According to USOR Site Records, from at least July 2004 to August 2004, Defendant Rone Engineering Services, Ltd. ("Rone Engineering") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 23,219 gallons of waste containing hazardous substances owned or possessed by Rone Engineering, at the USOR Site.

1677. The waste streams generated by Rone Engineering are described on USOR Site Records as "well water" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, cobalt, copper, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, trichloroethane, trichloroethylene, toluene, xylenes, and/or zinc.

1678. Rone Engineering arranged with transporter GCR to transport Rone Engineering waste streams to the USOR Site.

1679. The waste streams generated by Rone Engineering fall within the definition of "solid waste" under the TSWDA.

1680. To date, Rone Engineering has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1681. According to USOR Site Records, from at least July 2004 to March 2006, Defendant S&K Petroleum Transportation, Inc. ("S&K Petroleum") accepted for transport to the

USOR Site, which was selected by S&K Petroleum, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by S&K Petroleum, at least 321,861 gallons of waste containing hazardous substances at the USOR Site.

1682.    The waste streams S&K Petroleum generated and/or transported are described on USOR Site Records as "oily water," "organic," "oil," and "oily" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes, and/or zinc.

1683.    The waste streams S&K Petroleum transported to the USOR Site were generated by Cedar Processing, Enviro Solutions and High Island Petrochemical.

1684.    The waste streams transported to the USOR Site by S&K Petroleum fall within the definition of "solid waste" under the TSWDA.

1685.    By letter dated December 5, 2013, the USOR Site PRP Group notified S&K Petroleum of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered S&K Petroleum the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1686.    S&K Petroleum has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1687.    According to USOR Site Records, from at least October 2003 to May 2004 Defendant S. Holcomb Enterprises, Inc. doing business as Holcomb Oil Recycling ("Holcomb Oil") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by

Holcomb Oil, at least 136,795 gallons of waste containing hazardous substances owned or possessed by Holcomb Oil, at the USOR Site.

1688.  The waste streams generated by and/or transported by Holcomb Oil are described on USOR Site Records as "oily water," "oil" and "organic" and "recyclable" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes, and/or zinc.

1689.  On certain occasions, Holcomb Oil transported its own waste streams to the USOR Site.

1690.  The waste streams generated by Holcomb Oil and/or transported to the USOR Site by Holcomb Oil fall within the definition of "solid waste" under the TSWDA.

1691.  By letter dated December 5, 2013, the USOR Site PRP Group notified Holcomb Oil of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Holcomb Oil the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1692.  To date, Holcomb Oil has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1693.  According to USOR Site Records, from at least December 2008 to December 2009, Defendant SPX Corp. ("SPX") by contract, agreement, or otherwise arranged for disposal or treatment, at least 13,459 gallons of waste containing hazardous substances owned or possessed by, at the USOR Site.

1694.  The waste streams generated by SPX were RCRA hazardous waste described on USOR Site Records as "waste paint related materials, 3, IN1263, PGIII (universal)."

271

1695. The waste streams generated by SPX are also described on USOR Site Record as "non-regulated material (coolant and water)," "non-RCRA non-hazardous empty drums" and "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, methylene chloride, trichloroethane, trichloroethylene, and/or zinc.

1696. SPX arranged with transporters Texas Waste Carriers, Defendant Specialized Maintenance Services, Inc. and MTI Services to transport SPX's waste streams to the USOR Site.

1697. The waste streams generated by SPX and/or transported to the USOR Site by SPX fall within the definition of "solid waste" under the TSWDA.

1698. By letter dated December 5, 2013, the USOR Site PRP Group notified SPX of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered SPX the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1699. To date, SPX has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1700. According to USOR Site Records, from at least August 2004 to December 2007, Defendant Sachem, Inc. ("Sachem") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 9,549 gallons of waste containing hazardous substances owned or possessed by Sachem, at the USOR Site.

1701.　The waste streams generated by Sachem are described on USOR Site Records as "ethylene glycol waste water non-hazardous/non-regulated #0711-2146" and "non-RCRA/non DOT regulated waste water" and contained some or all of the following hazardous substances: chromium, copper, ethylene glycol, lead, manganese, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, and/or xylenes.

1702.　Sachem arranged with transporters CES Environmental Services, Inc. and Suntech to transport Sachem's waste streams to the USOR Site.

1703.　The waste streams generated by Sachem and/or transported to the USOR Site by Sachem fall within the definition of "solid waste" under the TSWDA.

1704.　By letter dated December 5, 2013, the USOR Site PRP Group notified Sachem of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Sachem the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1705.　To date, Sachem has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1706.　According to USOR Site Records, from at least March 2005 to March 2006, Defendant Schultz Bros., Inc. ("Schultz Bros.") accepted at least 828,728 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Schultz Bros.

1707.　The waste streams transported by Schultz Bros. are described on USOR Site Records as "organic" and "oily water" and contained some or all of the following hazardous

273

substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1708.    The waste streams Schultz Bros. transported to the USOR Site were generated by Fort Bend County Landfill and R+M Energy.

1709.    The waste streams transported to the USOR Site by Schultz Bros. fall within the definition of "solid waste" under the TSWDA.

1710.    To date, Schultz Bros. has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1711.    According to USOR Site Records, in at least February 2006, Defendant Sea Challenger Corp. ("Sea Challenger") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,000 gallons of waste containing hazardous substances owned or possessed by Sea Challenger, at the USOR Site.

1712.    The waste streams generated by Sea Challenger were RCRA hazardous waste described on USOR Site Records as "Corrosive Liquid, NOS, (low PH water)."

1713.    On certain occasions, Sea Challenger arranged with transporter Milstead to transport Sea Challenger's waste streams to the USOR Site.

1714.    The waste streams generated by Sea Challenger fall within the definition of "solid waste" under the TSWDA.

1715.    By letter dated December 5, 2013, the USOR Site PRP Group notified Sea Challenger of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

274

threatened release of hazardous substances at the USOR Site; and offered Sea Challenger the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1716. To date, Sea Challenger has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1717. Defendant Sears Holdings Corporation ("Sears Holdings") is the successor to Kmart Holding Corporation ("Kmart").

1718. Kmart and Sears, Roebuck and Co. merged to form Sears Holdings in or about November 2004.

1719. According to USOR Site Records, from at least August to October 2004, Kmart by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,300 gallons of waste containing hazardous substances owned or possessed by Kmart, at the USOR Site.

1720. The waste streams generated by Kmart are described on USOR Site Records as "oily water" and "oil" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, dichloroethylene, lead, mercury, methyl ethyl ketone, methylene chloride, perchloroethylene, toluene, trichloroethane, trichloroethylene, vinyl chloride, xylenes and/or zinc.

1721. Kmart arranged with transporter Defendant Eagle Construction and Environmental Services, LLC to transport Kmart's waste streams to the USOR Site.

1722. Additionally, Sears is the franchisor of Sears Home & Business Franchises, In., which is formerly known as Sears Carpet and Upholstery Care, Inc. ("Sears Carpet").

1723. According to USOR Site Records, in at least November 2004, Sears Carpet by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a

275

transporter for transport for disposal or treatment, at least 1,000 gallons of waste containing hazardous substances owned or possessed by Sears Carpet, at the USOR Site.

1724.   The waste streams generated by Sears Carpet are described on USOR Site Records as "organic" and contained some or all of the following hazardous substances: acetone, benzene, copper, lead, methyl ethyl ketone, nickel, perchloroethylene, silver, tin, toluene, trichloroethane, trichloroethylene, vinyl chloride and/or zinc.

1725.   Sears Carpet arranged with transporter Defendant Eagle Construction and Environmental Services, LLC to transport Sears Carpet's waste streams to the USOR Site.

1726.   The waste streams generated by Kmart and Sears Carpet fall within the definition of "solid waste" under the TSWDA.

1727.   By letter dated December 5, 2013, the USOR Site PRP Group notified Sears Carpet of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Sears Carpet the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1728.   To date, Sears Holdings has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1729.   According to USOR Site Records, in at least June 2006, Defendant Semasys, Inc. ("Semasys") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,000 gallons of waste containing hazardous substances owned or possessed by Semasys, at the USOR Site.

1730.   The waste streams generated by Semasys are described on USOR Site Records as "non-RCRA, non-hazardous, non DOT regulated waste water" and contained some or all of the

276

following hazardous substances: acetone, barium, chromium, copper, dichloroethylene, lead, manganese, methyl ethyl ketone, nickel, perchloroethylene ,toluene, trichloroethane, trichloroethylene, xylenes, and/or zinc.

1731.   On certain occasions, Semasys arranged with transporter CES Environmental Services, Inc. to transport Semasys' waste streams to the USOR Site.

1732.   The waste streams generated by Semasys fall within the definition of "solid waste" under the TSWDA.

1733.   By letter dated December 5, 2013, the USOR Site PRP Group notified Semasys of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Semasys the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1734.   To date, Semasys has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site

1735.   According to USOR Site Records, Defendant 76 Yale ("76 Yale") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 220 gallons of waste containing hazardous substances owned or possessed by 76 Yale, at the USOR Site.

1736.   The waste streams generated by 76 Yale and/or transported to the USOR Site by 76 Yale fall within the definition of "solid waste" under the TSWDA.

1737.   By letter dated December 5, 2013, the USOR Site PRP Group notified 76 Yale of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened

277

release of hazardous substances at the USOR Site; and offered 76 Yale the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1738. To date, 76 Yale has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1739. According to USOR Site Records, from at least October to November 2004, Defendant Shawcor Pipe Protection, LLC ("Shawcor Pipe") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 25,000 gallons of waste containing hazardous substances owned or possessed by Shawcor Pipe, at the USOR Site.

1740. The waste streams generated by Shawcor Pipe are described on USOR Site Records as "non hazardous, non regulated waste water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1741. On certain occasions, Shawcor Pipe arranged with transporter Defendant Gator Environmental to transport Shawcor Pipe's waste streams to the USOR Site.

1742. The waste streams generated by Shawcor Pipe fall within the definition of "solid waste" under the TSWDA.

1743. By letter dated December 5, 2013, the USOR Site PRP Group notified Shawcor Pipe of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Shawcor Pipe the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1744. To date, Shawcor Pipe has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1745. According to USOR Site Records, from at least March 2004 to August 2007, Defendant Shell Oil Co. ("Shell") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 178,866 gallons of waste containing hazardous substances owned or possessed by Shell, at the USOR Site.

1746. The waste streams generated by Shell are described on USOR Site Records as "oily water," "oil," "oily water with soap and surfactant," "non-RCRA non-hazardous," "non RCRA non-hazardous (rinse water)," "oily," "recyclable hydrocarbon and water mixture," "non regulated material rinsate [sic] water" and "grit" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes, and/or zinc.

1747. On certain occasions, Shell arranged with transporters CES Environmental Services, Inc., Gulf Coast Vacuum, Gulf Coast Transit, Oil Mop, Onyx, SMS, Defendant Specialized Maintenance Services, Inc. and Triple B Industrial Services to transport Shell's waste streams to the USOR Site.

1748. The waste streams generated by Shell fall within the definition of "solid waste" under the TSWDA.

1749. By letter dated December 5, 2013, the USOR Site PRP Group notified Shell of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of

279

hazardous substances at the USOR Site; and offered Shell the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1750.   To date, Shell has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1751.   According to USOR Site Records, in at least Janurary 2005, Defendant Shelton Services Inc. ("Shelton Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,000 gallons of waste containing hazardous substances owned or possessed by Shelton Services, at the USOR Site.

1752.   The waste streams generated by Shelton Services are described on USOR Site Records as "oily water-organic" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichloroethylene , ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene, xylenes, and/or zinc.

1753.   On certain occasions, Shelton Services arranged with transporter USA Industrial to transport Shelton Services' waste streams to the USOR Site.

1754.   The waste streams generated by Shelton Services fall within the definition of "solid waste" under the TSWDA.

1755.   To date, Shelton Services has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1756.   According to USOR Site Records, from at least October 2004 to April 2007, Defendant Smith Systems Transportation, Inc. ("Smith Systems Transportation") accepted at

280

least 157,009 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Smith Systems.

1757.   The waste streams transported by Smith Systems Transportation are described on USOR Site Records as "non-regulated waste water," "non DOT regulated material (rain water)" and "non-RCRA non-hazardous (soil and water)" and contained some or all of the following hazardous substances: acetone, arsenic, benzene, cadmium, chromium, copper, ethyl benzene, lead, manganese, mercury, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene, xylenes, and/or zinc.

1758.   The waste streams transported by Smith Systems Transportation were also RCRA hazardous waste described on USOR Site Records as "RQ waste corrosive liquids, flammable, NOS, (contains magnesium chloride & heptane) 8 UN 2920, PGII" and "RQ, waste corrosive liquids, flammable, NOS (contains Potassium Hydroid & Heptane), 8 UN2920, PGII."

1759.   The waste streams Smith Systems Transportation transported to the USOR Site were generated by Akzo Nobel, Defendant Delta Centrifugal, LLC, Schlumberger Tech and Defendant Texas A&M University.

1760.   The waste streams transported to the USOR Site by Smith Systems Transportation fall within the definition of "solid waste" under the TSWDA.

1761.   To date, Smith Systems Transportation has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1762.   According to USOR Site Records, from at least November 2003 to September 2006, Defendant South Atlantic Services, Inc. ("South Atlantic Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for

transport for disposal or treatment, at least 37,278 gallons of waste containing hazardous substances owned or possessed by South Atlantic Services, at the USOR Site.

1763.   The waste streams generated by South Atlantic Services are described on USOR Site Records as "non-hazardous, non-regulated liquid (windshield washer fluid)," "non-hazardous, non-regulated liquid (waste water and coolant)" and "non-hazardous, non-regulated liquid (water w/ glycol)" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes, and/or zinc.

1764.   On certain occasions, South Atlantic Services arranged with transporters Garner Environmental and Prowaste Transporter to transport South Atlantic Services' waste streams to the USOR Site.

1765.   The waste streams generated by South Atlantic Services fall within the definition of "solid waste" under the TSWDA.

1766.   By letter dated December 5, 2013, the USOR Site PRP Group notified South Atlantic Services of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered South Atlantic Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1767.   To date, South Atlantic Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

282

1768.   According to USOR Site Records, in at least April 2005, Defendant South Beach Pools, LLC ("South Beach Pools") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 800 gallons of waste containing hazardous substances owned or possessed by South Beach Pools, at the USOR Site.

1769.   The waste streams generated by South Beach Pools fall within the definition of "solid waste" under TSWDA.

1770.   To date, South Beach Pools has refused to cooperate with the USOR Site PRP Group and not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1771.   According to USOR Site Records, in at least October 2006 to February 2008, Defendant Southern Core Supply, Inc. ("Southern Core Supply") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 62,600 gallons of waste containing hazardous substances owned or possessed by Southern Core Supply, at the USOR Site.

1772.   The waste streams generated by Southern Core Supply are described on USOR Site Records as "oily water" and "oily waste water" and contains some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes, and/or zinc.

1773.   The waste streams generated by Southern Core Supply fall within the definition of "solid waste" under the TSWDA.

1774.   By letter dated December 5, 2013, the USOR Site PRP Group notified Southern Core Supply of the existence of the release or threatened release of hazardous substances at the

283

USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Southern Core Supply the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1775.   To date, Southern Core Supply has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1776.   According to USOR Site Records, from at least October 2003 to March 2006, Defendant Southern Discount Vacuum Service ("Southern Discount Vacuum") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Southern Discount Vacuum, at least 139,170 gallons of waste containing hazardous substances owned or possessed by Southern Discount, at the USOR Site.

1777.   The waste streams Southern Discount Vacuum generated, transported and/or arranged for disposal are described on USOR Site Records as "disposal grit," "grit," "grease," "grease trap," "grit trap" and "lint" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes, and/or zinc.

1778.   On certain occasions, Southern Discount Vacuum transported its own waste streams to the USOR Site.

1779.   On other occasions, Southern Discount Vacuum transported and/or arranged for disposal of waste streams generated by either Southern Discount Vacuum and/or 4 Corners BBQ, Antoines Grill, Arby's, Big Daddy's Barbq, Char Burger, China Ko, China Wk, Cilintion, Cougar, Donut Time, East Star Buffet, Elimperial Mexican Restaurant, Famous BBQ, Gabachos,

Gorditas, H & J Meat Market, IHOP, Ideal of Houston, Jeff Haas Masda, La Parmigiana, La Tarraza Mer, Los Rosas, Marcos, Meat Mkt, Mi Tierra, Ms Walker, Peggys Supermarket, Pho King, Pollo, Richards Cajun, Sam's Boat, Sister's Corner Café, Steamboat, Steamboat Bills, Summart, Taqueria, Teldopan, Teloloapan Meat Market, Texas Cajun and Wings and Things.

1780. The waste streams Southern Discount Vacuum generated, transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

1781. By letter dated December 5, 2013, the USOR Site PRP Group notified Southern Discount of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Southern Discount the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1782. To date, Southern Discount has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1783. According to USOR Site Records, in at least September 2005, Defendant Southern Technologies Services ("Southern Technologies Services") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 500 gallons of waste containing hazardous substances owned or possessed by Southern Technologies Services, at the USOR Site.

1784. The waste streams generated by Southern Technologies Services are described on USOR Site Records as "oily water" and contained some or all of the following hazardous

285

substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes, and/or zinc.

1785.   On certain occasions, Southern Technologies Services arranged with transporter Gulf Coast Vac to transport Southern Technologies Services' waste streams to the USOR Site.

1786.   The waste streams generated by Southern Technologies Services fall within the definition of "solid waste" under the TSWDA.

1787.   To date, Southern Technologies Services has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1788.   Alternatively, Defendant Allrig Inc. ("Allrig") is the successor to Southern Technologies Services and is responsible for the waste streams attributable to Southern Technologies Services, as alleged in paragraph nos. 1783-84 above.

1789.   In or about 2006, Southern Technologies Services was merged with and into ESI Energy Services International, Inc. ("ESI Energy").

1790.   In or about May 2015, ESI Energy's name was amended to Allrig.

1791.   To date, Allrig has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1792.   Alternatively, Defendant Southern Technologies Inc. ("Southern Technologies Inc.") is responsible for the waste streams attributable to Southern Technologies Services, as alleged in paragraph nos. 1783-84 above.

1793.   To date, Southern Technologies Inc. has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1794.   Defendant SouthWaste Disposal, LLC ("SouthWaste Disposal") is the successor to EarthAmerica, LLC ("Earth America").

1795.   In or about 2007, SouthWaste Disposal acquired Earth America.

1796.   According to USOR Site Records, from at least October 2003 to March 2006, Earth America accepted for transport to the USOR Site, which was selected by Earth America, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Earth America, at least 1,227,277 gallons of waste containing hazardous substances at the USOR Site.

1797.   The waste streams Earth America generated, transported and/or arranged for disposal are described on USOR Site Records as "oil," "oily water," "grease," "grit," "grease trap," "grit trap," "lint," "lint trap" and "organic" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes, and/or zinc.

1798.   On certain occasions, Earth America transported its own waste streams to the USOR Site.

1799.   On other occasions, Earth America accepted for transportation to the USOR Site waste streams generated by Aramco, Barbours, Baywood Country, Bei Jing, BJ Brewerhouse, Burke Rd Childrens, Chick-Fil-A, Chilis, Chuys, City of Conroe, Colonial House, Groce Co., Gulf Greyhound Park, Gulf Health, Harris County Jail, Hilton Town App, Houston Women's Area Center, Jason's Deli, Johnny Corinos, Kinred, Kirby's Steakhouse, Laundry Vida, McDonalds, Mexico Lindo, Monument Inn, Nations Rent, Olive Garden, Ostinoneria Vallarta, Panera Bread, Pointe, Red Lobster, Resnrrection [sic], Ruch's, Ryan's, Salvation Army, Sambuca, Silverado, Sonic, Souper Salad, St. John's, Strack Farms, TGI Friday's, U of H, Universal Maritime Services, UTMB, Defendant Wal-Mart Stores, Inc., Defendant Wendy's Car Wash, LLC and Wild Wings.

287

1800.   The waste streams generated by Earth America and/or accepted for transport to the USOR Site by Earth America falls within the definition of "solid waste" under the TSWDA.

1801.   Additionally, SouthWaste Disposal is the successor to The Groce Co., Inc. ("Groce").

1802.   In or about 2006, SouthWaste Disposal acquired Groce.

1803.   According to USOR Site Records, in at least September 2005, Groce by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 18,000 gallons of waste containing hazardous substances owned or possessed by Groce, at the USOR Site.

1804.   The waste streams generated by Groce are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1805.   Groce arranged with transporter Defendant El Regio Vacuum Service to transport Groce's waste streams to the USOR Site.

1806.   The waste streams generated by Groce fall within the definition of "solid waste" under the TSWDA.

1807.   By letters dated December 5, 2013, the USOR Site PRP Group notified Earth America and Groce, respectively, of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Earth America and Groce, respectively, the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

288

1808. To date, SouthWaste Disposal has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1809. According to USOR Site Records, in at least April 2004, Defendant Sparkler Filters, Inc. ("Sparkler Filters") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,000 gallons of waste containing hazardous substances owned or possessed by Sparkler Filters, at the USOR Site.

1810. The waste streams generated by Sparkler Filters are described on USOR Site Records as "organic" and "non-hazardous/ non-RCRA waste water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

1811. On certain occasions, Sparkler Filters arranged with transporter Envirogistics, LP to transport Sparkler Filters'waste streams to the USOR Site.

1812. The waste streams generated by Sparkler Filters fall within the definition of "solid waste" under the TSWDA.

1813. By letter dated December 5, 2013, the USOR Site PRP Group notified Sparkler Filters of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Sparkler Filters the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1814. To date, Sparkler Filters has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1815.   According to USOR Site Records, from at least December 2004 to February 2007, Defendant Specialized Maintenance Services, Inc. ("Specialized Maintenance") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Specialized Maintenance, at least 249,309 gallons of waste containing hazardous substances owned or possessed by Specalized Maintenance, at the USOR Site.

1816.   The waste streams Specialized Maintenance generated, transported and/or arranged for disposal are described on USOR Site Records as "wash water," "neutralized sulfmaic [sic] acid," "sludge and water," "oil and water," "sand from elevator recyclable oil," "oil," "water," "recyclable oil," "hydraulic oil," "mill sand," "oily," "organic," "municipal," "drilling mud," "non-RCRA non-hazardous wastewater," "non-DOT regulated material (solid oilfield chemicals)" and "oily water sump sludge" and contained some or all of the following hazardous substances: acetone, barium, benzene, chromium, copper, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

1817.   On certain occasions, Specialized Maintenance transported its own waste streams to the USOR Site.

1818.   On other occasions, Specialized Maintenance transported and/or arranged for disposal of waste streams generated by either Specialized Maintenance and/or Advent Group Corp., Bank One, Defendant Boxer Property Management Corp., CE King High School, Commodore Hotel, Doctor Center, El Paso Field Services, First National Bank, Forged Components, Freeport Police Station, Garlock Metallic, Gerday Ameristel, Defendant Grand Parkway Doctor Center, Defendant The Houston Housing Authority, Jacob's Engineering, Kennedy Wilson, Kirby Place Apartments, Kone Elevator, Lamarqe High School, Defendant

290

Latipac Commercial, Inc., Lord & Taylor, Lodge at Walden, Macgregor Apartments, Metro Bank, Motel 6, North Brook High School, North Star Steel, Park IV Apartments, Parkwood, SBC, Schlumberger, St. Elizabeth Hospital, St. Luke's, St. Thomas University, Sterling Bank, Teadit, Terrace @ Willowbrook, Defendant Texas Couplings, L.P., Defendant Texas Department of Transportation, Texas Medical Center, Defendant Texas Southern University, Thyssen Krupp, Triple Met Properties, Defendant University of Houston, Verizon Wireless and YWCA.

1819.   The waste streams Specialized Maintenance generated, transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA

1820.   By letter dated December 5, 2013, the USOR Site PRP Group notified Specialized Maintenance of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Specialized Maintenance the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1821.   To date, Specalized Maintenance has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1822.   According to USOR Site Records, from at least September 2006 to December 2007, Defendant Specialized Waste Systems, Inc. ("Specialized Waste") accepted at least 434,933 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Specialized Waste.

291

1823. The waste streams transported by Specialized Waste are described on USOR Site Records as "non-hazardous non-DOT regulated (non hazardous waste water)," "non hazardous, non regulated material (waste water, class I)," "non hazardous non RCRA (oily water)," "non hazardous non RCRA (oily sump sludge)" and "process waste water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1824. The waste streams transported by Specialized Waste were also RCRA hazardous waste described on USOR Site Records as "RQ hazardous waste, liquid, nos (contains benzene) 9 NA3082, PG III," "RQ hazardous waste flammable liquids N.O.S. 3, UN 1993 PG II (isoparaf [sic], aromatic, naphthene) DOO1" and "waste flammable liquid, NOS, 3, UN1993, PG II (isopropanol, aromatic, naphtha)."

1825. The waste streams Specialized Waste transported to the USOR Site were generated by Air Products and Chemicals, Champion Technologies, Delta Tubular, Grant Prideco, Defendant Intra-Services Inc., Metton America Inc., Nucor Vulcraft Group, Oneok Hydrocarbon SW, LLC, Texas Industrial Box Maintenance and Defendant Tri-Star Protector Services Co.

1826. The waste streams transported to the USOR Site by Specialized Waste fall within the definition of "solid waste" under the TSWDA.

1827. To date, Specialized Waste has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1828. According to USOR Site Records, in at least March 2008, Defendant Specialty Metal Finishing, Inc. ("Specialty Metal") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at

292

least 540 gallons of waste containing hazardous substances owned or possessed by Specialty Metal, at the USOR Site.

1829.   The waste streams generated by Specialty Metal were RCRA hazardous waste described on USOR Site Records as "waste corrosive liquid, acidic, inorganic, n.o.s. 8, UN3264, PGIII (sulfuric acid)."

1830.   Specialty Metal arranged with transporter Defendant Top Notch Transportation, Inc. to transport Specialty Metal's waste streams to the USOR Site.

1831.   The waste streams generated by Specialty Metal fall within the definition of "solid waste" under the TSWDA.

1832.   By letter dated December 5, 2013, the USOR Site PRP Group notified Specialty Metal of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Specialty Metal the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1833.   To date, Specialty Metal has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1834.   According to USOR Site Records, in at least October 2008, Defendant The Stanley Group, Inc. doing business as Kwik Kar Lube & Tune on Broadway ("Kwik Kar"), by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,000 gallons of waste containing hazardous substances owned or possessed by Kwik Kar, at the USOR Site.

1835.   The waste streams generated by Kwik Kar is described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene,

293

chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1836.   On certain occasions, Kwik Kar arranged with transporter Defendant Phoenix Pollution Control & Environmental Services, Inc. here to transport Kwik Kar's waste streams to the USOR Site.

1837.   The waste streams generated by Kwik Kar fall within the definition of "solid waste" under the TSWDA.

1838.   By letter dated December 5, 2013, the USOR Site PRP Group notified Kwik Kar of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Kwik Kar the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1839.   To date, Kwik Kar has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1840.   Defendant Star Texas Truck & Fabrication, Inc. ("Star Texas Truck") is the successor to Pneuvac Transfer Inc. ("Pneuvac").

1841.   Pneuvac was also known as UVAC and/or did business as UVAC, Inc. ("UVAC").

1842.   UVAC was formed as a corporation in or about June 1996 and amended its name to Star Texas in or about March 2012.

1843.   Upon information and belief, UVAC continued the business activities of Pneuvac.

1844.   According to USOR Site Records, from at least February 2005 to June 2006, Pneuvac by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 99,327 gallons of waste containing hazardous substances owned or possessed by Pneuvac, at the USOR Site.

1845.   The waste streams Pneuvac transported and/or arranged for disposal are described on USOR Site Records as "oily water," and "oily bilge waste and water," "oil," "non-hazardous oily water emulsion," and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes, and/or zinc.

1846.   On occasions, Pneuvac transported and/or arranged for disposal of waste streams generated by Glendale Boat Works, Inc. and Koch Hydrocarbon Southwest, LLC.

1847.   The waste streams Pneuvac generated, transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

1848.   By letter dated December 5, 2013, the USOR Site PRP Group notified Pneuvac of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Pneuvac the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1849.   To date, Star Texas Truck has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1850.   According to USOR Site Records, from at least August 2003 to December 2004, Defendant Stephen F. Austin State University ("Stephen F. Austin") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for

295

disposal or treatment, at least 14,646 gallons of waste containing hazardous substances owned or possessed by Stephen F. Austin, at the USOR Site.

1851. The waste streams generated by Stephen F. Austin were RCRA hazardous waste described on USOR Site Records as "waste diesel mix w/sorbant [sic]," "waste toxic liquid, inorganic, n.o.s. 6.1, 0N3287, PG III," "waste paint related material, 3, UN1263, PGIII," "waste toxic solids, organic, n.o.s.. 6.1, UN2811, PGIII (methyl bromide)," "RQ waste flammable liquids, toxic, n.o.s. 3, UN1992, PGII (petroleum distillates)," "RQ waste toxic liquid, inorganic, n.o.s. 6.1 UN3287III" and " RQ waste paint related materials 3, UN1263, PGIII."

1852. The waste streams generated by Stephen F. Austin were also described on USOR Site Records as "oily water" and " non-RCRA non-hazardous solid (broken glass) and contained some or all of the following hazardous substances: acetone, arsenic, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene, and/or zinc.

1853. On certain occasions, Stephen F. Austin arranged with transporter Ensource Corporation to transport Stephen F. Austin's waste streams to the USOR Site.

1854. The waste streams generated by Stephen F. Austin fall within the definition of "solid waste" under the TSWDA.

1855. By letter dated December 5, 2013, the USOR Site PRP Group notified Stephen F. Austin of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Stephen F. Austin the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

296

1856.   To date, Stephen F. Austin has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1857.   According to USOR Site Records, in at least March 2007, Defendant Steve Wier, Inc. doing business as Wier Enterprises ("Wier Enterprises") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,100 gallons of waste containing hazardous substances owned or possessed by Wier Enterprises, at the USOR Site.

1858.   The waste streams generated by Wier Enterprises are described on USOR Site Records as "lime slurry, water, mud" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

1859.   The waste streams generated by Wier Enterprises and/or transported to the USOR Site by Wier Enterprises fall within the definition of "solid waste" under the TSWDA.

1860.   To date, Wier Enterprises has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1861.   According to USOR Site Records, in at least March 2006, Defendant Striping Unlimited Corp. ("Striping Unlimited") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 475 gallons of waste containing hazardous substances owned or possessed by Striping Unlimited, at the USOR Site.

297

1862.   The waste streams generated by Striping Unlimited are described on USOR Site Records as "oily" and contained some or all of the following hazardous substances: benzene, dichloroethylene, perchloroethylene, toluene, trichloroethylene, vinyl chloride and/or xylenes.

1863.   On certain occasions, Striping Unlimited arranged with transporter US Oil to transport Striping Unlimited's waste streams to the USOR Site.

1864.   The waste streams generated by Striping Unlimited and/or transported to the USOR Site by Striping Unlimited fall within the definition of "solid waste" under the TSWDA.

1865.   To date, Striping Unlimited has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1866.   Defendant Suburban Propane, L.P. ("Suburban Propane") is the successor to Taylor Propane & Gas Co. ("Taylor Propane").

1867.   In or about August 2012, Suburban Propane acquired Taylor Propane.

1868.   According to USOR Site Records, in at least December 2005, Taylor Propane by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 4,110 gallons of waste containing hazardous substances owned or possessed by Taylor Propane, at the USOR Site.

1869.   The waste streams generated by Taylor Propane are described on USOR Site Records as "non-hazardous water & diesel" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, xylenes, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane and/or zinc.

1870.   Taylor Propane arranged with transporter R&D Environmental Services, Inc. to transport Taylor Propane's waste streams to the USOR Site.

1871. The waste streams generated by Taylor Propane fall within the definition of "solid waste" under the TSWDA.

1872. By letter dated December 5, 2013, the USOR Site PRP Group notified Taylor Propane of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Taylor Propane the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1873. To date, Suburban Propane has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1874. According to USOR Site Records, in at least June 2004, Defendant Sugarland Petroleum, Inc. ("Sugarland Petroleum") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,700 gallons of waste containing hazardous substances owned or possessed by Sugar Petroleum, at the USOR Site.

1875. The waste streams generated by Sugarland Petroleum are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, xylenes, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane and zinc.

1876. Sugarland Petroleum arranged with transporter Garner to transport Sugarland Petroleum's waste streams to the USOR Site.

1877. The waste streams generated by Sugarland Petroleum fall within the definition of "solid waste" under the TSWDA.

299

1878.   To date, Sugarland Petroleum has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1879.   Defendant Sunbelt Rentals, Inc. ("Sunbelt Rentals") is the successor to NationsRent, Inc. ("NationsRent").

1880.   According to USOR Site Records, from at least March 2005 to February 2006, NationsRent by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,520 gallons of waste containing hazardous substances owned or possessed by NationsRent, at the USOR Site.

1881.   The waste streams generated by NationsRent are described on USOR Site Records as "grit" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1882.   On certain occasions, NationsRent arranged with transporter Earth America to transport NationsRent's waste streams to the USOR Site.

1883.   The waste streams generated by NationsRent fall within the definition of "solid waste" under the TSWDA.

1884.   To date, Sunbelt Rentals has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1885.   According to USOR Site Records, in at least November 2003, Defendant Sunbelt Steel Texas, Inc. ("Sunbelt Steel Texas") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,900 gallons of waste containing hazardous substances owned or possessed by Sunbelt Steel Texas, at the USOR Site.

1886. The waste streams generated by Sunbelt Steel Texas are described on USOR Site Records as "used oil oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

1887. Sunbelt Steel Texas arranged with transporter Defendant Enviro-Vac, Ltd. to transport Sunbelt Steel Texas' waste streams to the USOR Site.

1888. The waste streams generated by Sunbelt Steel Texas fall within the definition of "solid waste" under the TSWDA.

1889. By letter dated December 5, 2013, the USOR Site PRP Group notified Sunbelt Steel Texas of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Sunbelt Steel Texas the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1890. To date, Sunbelt Steel Texas has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1891. According to USOR Site Records, from at least September to November 2006, Defendant Suncoast Chemicals, Inc. ("Suncoast Chemicals") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Suncoast Chemicals, at the USOR Site.

301

1892. The waste streams generated by Suncoast Chemicals are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead methylene chloride, trichloroethane, trichloroethylene and/or zinc.

1893. The waste streams generated by Suncoast Chemicals and/or transported to the USOR Site by Suncoast Chemicals fall within the definition of "solid waste" under the TSWDA.

1894. By letter dated December 5, 2013, the USOR Site PRP Group notified Suncoast Chemicals of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Suncoast Chemicals the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1895. To date, Suncoast Chemicals has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1896. According to USOR Site Records, in at least August 2005, Defendant Sundance Fuels, Ltd. ("Sundance Fuels") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 3,300 gallons of waste containing hazardous substances owned or possessed by Sundance Fuels, at the USOR Site.

1897. The waste streams generated by Sundance Fuels are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, xylenes, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane and/or zinc.

1898.   Sundance Fuels arranged with transporter Defendant Eagle Construction and Environmental Services, LLC to transport Sundance Fuels's waste streams to the USOR Site.

1899.   The waste streams generated by Sundance Fuels fall within the definition of "solid waste" under the TSWDA.

1900.   By letter dated December 5, 2013, the USOR Site PRP Group notified Sundance Fuels of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Sundance Fuels the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1901.   To date, Sundance Fuels has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1902.   According to USOR Site Records, from at least December 2003 to May 2007, Defendant Syntech Chemicals, Inc. ("Syntech Chemicals") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,958,954 gallons of waste containing hazardous substances owned or possessed by Syntech Chemicals, at the USOR Site.

1903.   The waste streams generated by Syntech Chemicals are described on USOR Site Records as "organic," "process wastewater" and "storm run off water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, ethyl benzene, lead, manganese, methylene chloride, methyl ethyl ketone, nickel, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

1904.   On certain occasions, Syntech Chemicals transported its own waste streams to the USOR Site.

303

1905.   On other occasions, Syntech Chemicals also arranged with transporters D&S Trucking, Defendant Eagle Construction and Environmental Services, LLC, Defendant El Regio Vacuum Service, Defendant Enviro-Vac, Ltd., Gulf Coast, Defendant HET Environmental and US Oil Recovery to transport Syntech Chemicals' waste streams to the USOR Site.

1906.   The waste streams generated by Syntech Chemicals and/or transported to the USOR Site by Syntech Chemicals fall within the definition of "solid waste" under the TSWDA.

1907.   By letter dated December 5, 2013, the USOR Site PRP Group notified Syntech Chemicals of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Syntech Chemicals the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1908.   To date, Syntech Chemicals has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1909.   According to USOR Site Records, in at least September 2003, Defendant T&L Environmental Services, Inc. ("T&L Environmental") accepted at least 10,080 gallons of waste containing hazardous substances for transport to the USOR Site.

1910.   The waste streams transported by T&L Environmental are described on USOR Site Records as "organic" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, cobalt, copper, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

1911. The waste streams T&L Environmental transported to the USOR Site were generated by UTMB.

1912. The waste streams transported to the USOR Site by T&L Environmental fall within the definition of "solid waste" under the TSWDA.

1913. To date, T&L Environmental has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1914. According to USOR Site Records, in at least March 2004, Defendant TAP, Inc. doing business as Big K Environmental ("Big K Environmental"), by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 660 gallons of waste containing hazardous substances owned or possessed by Big K Environmental, at the USOR Site.

1915. The waste streams Big K Environmental arranged for disposal are described on USOR Site Records as "organic" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1916. The waste streams Big K Environmental arranged for disposal at the USOR Site were generated by PDQ.

1917. The waste streams arranged for disposal at the USOR Site by Big K Environmental fall within the definition of "solid waste" under the TSWDA.

1918. To date, Big K Environmental has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1919. According to USOR Site Records, in at least December 2004, Defendant TXU Energy Retail Company LLC ("TXU") by contract, agreement, or otherwise arranged for

305

disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 15,600 gallons of waste containing hazardous substances owned or possessed by TXU, at the USOR Site.

1920.   The waste streams generated by TXU are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, ethyl benzene, lead, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1921.   TXU arranged with transporter Defendant Eagle Construction and Environmental Services, LLC to transport TXU's waste streams to the USOR Site.

1922.   The waste streams generated by TXU and/or transported to the USOR Site by TXU fall within the definition of "solid waste" under the TSWDA.

1923.   To date, TXU has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1924.   According to USOR Site Records, from at least October 2007 to December 2008, Defendant Taylor Press Products Co. ("Taylor Press") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 71,000 gallons of waste containing hazardous substances owned or possessed by Taylor Press, at the USOR Site.

1925.   The waste streams generated by Taylor Press are described on USOR Site Records as "non hazardous waste water" and "non regulated material" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, manganese, methylene chloride, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

306

1926.   Taylor Press arranged with transporter Defendant Triad Transport, Inc. to transport Taylor Press' waste streams to the USOR Site.

1927.   The waste streams generated by Taylor Press and/or transported to the USOR Site by Taylor Press fall within the definition of "solid waste" under the TSWDA.

1928.   By letter dated December 5, 2013, the USOR Site PRP Group notified Taylor Press of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Taylor Press the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1929.   To date, Taylor Press has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1930.   Defendant Tenaris Coiled Tubes LLC ("Tenaris Coiled") is the successor to Precision Tube Technology, LP ("Precision Tube").

1931.   In or about June 2007, Precision Tube was merged with and into Tenaris Coiled.

1932.   According to USOR Site Records, from at least August 2004 to May 2006, Precision Tube by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 98,232 gallons of waste containing hazardous substances owned or possessed by Precision Tube, at the USOR Site.

1933.   The waste streams generated by Precision Tube are described on USOR Site Records as "non-RCRA/non DOT regulated rinse water," "non-RCRA/non DOT regulated waste sludge," "oily water," "organic" and "recyclable hydrocarbon and water mixture" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper,

307

dichlorobenzene, dichloroethylene, lead, manganese, methylene chloride, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

1934.   On certain occasions, Precision Tube arranged with transporter CES Environmental Service, Inc. to transport Precision Tube's waste streams to the USOR Site.

1935.   The waste streams generated by Precision Tube and/or transported to the USOR Site by Precision Tube fall within the definition of "solid waste" under the TSWDA.

1936.   By letter dated December 5, 2013, the USOR Site PRP Group notified Precision Tube of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Precision Tube the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1937.   To date, Tenaris Coiled has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1938.   According to USOR Site Records, from at least January 2004 to September 2007, Defendant Teodoro Hinojosa, Inc. doing business as HET Environmental ("HET Environmental") accepted for transport to the USOR Site, which was selected by HET Environmental, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by HET Environmental, at least 2,283,015 gallons of waste containing hazardous substances at the USOR Site.

1939.   The waste streams HET Environmental generated, transported and/or arranged for disposal are described on USOR Site Records as "non DOT regulated material (drilling mud)," "non hazardous waste (spent coolant)," "non regulated non hazardous plant waste water

308

(CLOW)" and "non regulated non hazardous waste water (boiler water) and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, ethyl benzene, lead, manganese, methylene chloride, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

1940.   The waste streams HET Environmental generated, transported and/or arranged for disposal were also RCRA hazardous waste described on USOR Site Records as "hazardous waste, liquid, n.o.s. (D006) 9, NA 3082, PG III," "sodium hydroxide solution 8 PG II UN 1824 (corrosive)" and "RQ waste corrosive liquids, N.O.S. (sodium hydroxide) UN 1760 PG II EGR 154."

1941.   On certain occasions, HET Environmental transported its own waste streams to the USOR Site.

1942.   On other occasions, HET Environmental transported and/or arranged for disposal of waste streams generated by either HET Environmental and/or Blentech, Cameron Drilling, Champion Technologies, Crown Cork & Seal, Day International, Dragon Products, Drew Chemical, Defendant Enviro Clean, Defendant Farouk Systems, Inc., GE Betz, Defendant J.L. Proler Iron & Steel Co., Louisiana Pacific, MEMC Pasadena, Nalco Energy, R&M Energy Systems, Schlumberger, Stolt, Texas Barge & Boat, Inc., Trifeta and Tuboscope.

1943.   The waste streams arranged for disposal at the USOR Site by HET Environmental fall within the definition of "solid waste" under the TSWDA.

1944.   By letter dated December 5, 2013, the USOR Site PRP Group notified HET Environmental of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

309

threatened release of hazardous substances at the USOR Site; and offered HET Environmental the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1945. To date, HET Environmental has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1946. According to USOR Site Records, from at least June 2004 to October 2008, Defendant Tex-Tube Co. ("Tex-Tube") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 310,022 gallons of waste containing hazardous substances owned or possessed by Tex-Tube, at the USOR Site.

1947. The waste streams generated by Tex-Tube are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead, manganese, methylene chloride, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

1948. On certain occasions, Tex-Tube arranged with transporters Defendant Anderson Pollution Control, Inc., Defendant Alliance Pastex, LLC, GCR and K-3/BMI to transport Tex-Tube's waste streams to the USOR Site.

1949. The waste streams generated by Tex-Tube and/or transported to the USOR Site by Tex-Tube fall within the definition of "solid waste" under the TSWDA.

1950. By letter dated December 5, 2013, the USOR Site PRP Group notified Tex-Tube of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened

310

release of hazardous substances at the USOR Site; and offered Tex-Tube the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1951. To date, Tex-Tube has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1952. According to USOR Site Records, from at least February 2004 to June 2006, Defendant Texas A&M University ("Texas A&M") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 254,413 gallons of waste containing hazardous substances owned or possessed by Texas A&M, at the USOR Site.

1953. The waste streams generated by Texas A&M are described on USOR Site Records as "non-RCRQ, non-hazardous (chiller water w/molbate)," "non-hazardous non-RCRA (latex paint & water)," "non hazardous non-RCRA (petroleum contaminated oil/water)," "non-RCRA non hazardous (oil/water)," "non-RCRA, noon-hazardous [sic] (spent acid water & sludge)," "non RCRA – non hazardous (water/acetone)" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, xylenes and/or zinc.

1954. The waste streams generated by Texas A&M were also RCRA hazardous waste described on USOR Site Records as "RQ waste flammable liquid, n.o.s. 3, UNI 993, PG II (acetone & water)" and "waste flammable liquids, n.o.s. 3 UN 1993 II (acetone, xylene)."

1955. On certain occasions, Texas A&M arranged with transporters Defendant Bayou City Environmental Services, LP, Defendant Bealine Service Co., Inc., Envirogistics L.P., Defendant Evergreen Industrial Services, Defendant Pulido Trucking, LP, Defendant Smith Systems Transportation, Inc., Defendant Specialized Maintenance Services, Inc., Defendant

311

Specialized Waste Systems, Inc. and Texas Environmental Xpress to transport Texas A&M's waste streams to the USOR Site.

1956. The waste streams generated by Texas A&M and/or transported to the USOR Site by Texas A&M fall within the definition of "solid waste" under the TSWDA.

1957. By letter dated December 5, 2013, the USOR Site PRP Group notified Texas A&M of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Texas A&M the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1958. To date, Texas A&M has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1959. According to USOR Site Records, from at least December 2003 to February 2010, Defendant Texas Couplings, L.P. ("Texas Couplings") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 577,649 gallons of waste containing hazardous substances owned or possessed by Texas Couplings, at the USOR Site.

1960. The waste streams generated by Texas Couplings are described on USOR Site Records as "non-hazardous non-RCRA waste water (oily rinse water)," "non-hazardous non-RCRA (phosphate sludge)" and "oily rinse water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead methylene chloride, trichloroethane, trichloroethylene and/or zinc.

1961. On certain occasions, Texas Couplings arranged with transporters Defendant Bealine Service Co., Inc., Ensource Corporation, Gulf Coast Vac, Defendant Specialized

312

Maintenance Services, Inc., Texas Waste Carriers and Defendant Top Notch Transportation, Inc. to transport Texas Couplings's waste streams to the USOR Site.

1962. The waste streams generated by Texas Couplings and/or transported to the USOR Site by Texas Couplings fall within the definition of "solid waste" under the TSWDA.

1963. By letter dated December 5, 2013, the USOR Site PRP Group notified Texas Couplings of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Texas Couplings the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1964. To date, Texas Couplings has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1965. According to USOR Site Records, in at least May 2007, Defendant Texas Department of Criminal Justice ("TDCJ") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,500 gallons of waste containing hazardous substances owned or possessed by TDCJ, at the USOR Site.

1966. The waste stream generated by TDCJ and/or transported to the USOR Site by TDCJ falls within the definition of "solid waste" under the TSWDA.

1967. To date, TDCJ has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1968. According to USOR Site Records, from at least April 2004 to January 2007, Defendant Texas Department of Transportation ("TX DOT") by contract, agreement, or

313

otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 88,325 gallons of waste containing hazardous substances owned or possessed by TX DOT, at the USOR Site.

1969.   The waste streams generated by TX DOT are described on USOR Site Records as "clay absorbent contaminated with motor oil," "clay absorbent contaminated with gasoline," "non-RCRA non-hazardous stormwater," "oil and diesel," "oil contaminated booms & pads," "oily water," "used black tar," "used diesel," "used gasoline," "used transmission fluid," "well development water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, dichloroethylene, ethyl benzene, manganese, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, vinyl chloride, xylenes and/or zinc.

1970.   On certain occasions, TX DOT arranged with transporters Cavazos Environmental Inc., CEDA, Gulf Coast Vacuum, Oil Mop and Defendant Specialized Maintenance Services, Inc. to transport TX DOT's waste streams to the USOR Site.

1971.   The waste streams generated by TX DOT and/or transported to the USOR Site by TX DOT fall within the definition of "solid waste" under the TSWDA.

1972.   By letter dated December 5, 2013, the USOR Site PRP Group notified TX DOT of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered TX DOT the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1973.   To date, TX DOT has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1974.   According to USOR Site Records, from at least September 2003 to November 2009, Defendant Texas General Land Office ("TGLO") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 368,242 gallons of waste containing hazardous substances owned or possessed by TGLO, at the USOR Site.

1975.   The waste streams generated by TGLO are described on USOR Site Records as "non hazardous non RCRQ wastewater (bilge water)," "non hazardous non-RCRA (oil/solvent rags)" and "non RCRA non hazardous (bilge water)" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1976.   On certain occasions, TGLO arranged with transporters Defendant Bealine Service Co., Inc., Defendant Enviro-Vac, Ltd., Defendant Specialized Maintenance Services, Inc., Defendant Specialized Waste Systems, Inc. and US Oil Recovery to transport TGLO's waste streams to the USOR Site.

1977.   The waste streams generated by TGLO and/or transported to the USOR Site by TGLO fall within the definition of "solid waste" under the TSWDA.

1978.   Additionally, TGLO established and operates the Bilge Water Reclamation Program in response to unauthorized oil spills from commercial and recreational vessels.

1979.   TGLO operates the Western Seafood Water Reclamation facility ("Western Seafood Water Reclamation") in Freeport, Texas as part of TGLO's Bilge Water Reclamation Program.

1980.   According to USOR Site Records, from at least July 2004 through August 2005, Western Seafood Water Reclamation by contract, agreement, or otherwise arranged for disposal

315

or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 71,250 gallons of waste containing hazardous substances owned or possessed by Western Seafood Water Reclamation, at the USOR Site.

1981.   The waste streams generated by Western Seafood Water Reclamation are described on USOR Site Records as "non hazardous non RCRQ wastewater (bilge water)" and contained some or all of the following hazardous substances acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1982.   On certain occasions, Western Seafood Water Reclamation arranged with transporter Defendant Enviro-Vac, Ltd. to transport Western Seafood Water Reclamation's waste streams to the USOR Site.

1983.   The waste streams generated by Western Seafood Water Reclamation and/or transported to the USOR Site by Western Seafood Water Reclamation fall within the definition of "solid waste" under the TSWDA.

1984.   By letter dated December 5, 2013, the USOR Site PRP Group notified TGLO of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered TGLO the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1985.   To date, TGLO has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1986.   Alternatively, Defendant Western Seafood Co. ("Western Seafood"), as owner of the Western Seafood Water Reclamation facility, is responsible for at least 71,250 gallons of waste attributable to TGLO, as alleged in paragraph nos. 1980-81 above.

316

1987. To date, Western Seafood has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1988. Defendant Texas Grease Acquisitions, LLC ("Texas Grease"), doing business as A-Affordable Vacuum Services, is the successor to A-Affordable Vacuum Services and Disposal Site, Inc. ("A-Affordable Disposal").

1989. Upon information and belief, Texas Grease acquired A-Affordable Disposal in or about October 2012 and thereafter continued the uninteruppted business activities of A-Affordable Disposal.

1990. According to USOR Site Records, from at least October 2003 to March 2006, A-Affordable Disposal accepted for transport to the USOR Site, which was selected by A-Affordable Disposal, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by A-Affordable Disposal, at least 822,400 gallons of waste containing hazardous substances at the USOR Site.

1991. The waste streams A-Affordable Disposal generated, transported and/or arranged for disposal are described on USOR Site Records as "grease," "grease trap," "grit" and "lint trap" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

1992. On certain occasions, A-Affordable Disposal transported its own waste streams to the USOR Site.

317

1993.   The waste streams A-Affordable Disposal generated, transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

1994.   By letter dated December 5, 2013, the USOR Site PRP Group notified A-Affordable of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered A-Affordable the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

1995.   To date, Texas Grease has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

1996.   According to USOR Site Records, from at least May 2004 to January 2008, Defendant Texas International Box Company & Rentals, Inc. ("Texas International Box") accepted for transport to the USOR Site, which was selected by Texas International Box, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Texas International Box, at least 4,695,418 gallons of waste containing hazardous substances at the USOR Site.

1997.   The waste streams Texas International Box generated, transported and/or arranged for disposal are described on USOR Site Records as "oily," "organic," "oily water" and "oil" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

318

1998.   On certain occasions, Texas International Box transported and/or arranged for disposal of its own waste streams to the USOR Site.

1999.   On other occasions, Texas International Box transported and/or arranged for disposal of waste streams generated by Air Liquide, Defendant Control Solutions, Inc., Defendant Curran International, Inc., Defendant K-Solv, LP, Defendant Kirby Inland Marine, LP, Louisiana Chemical, Lufkin Industries, NMM Transport, Pan Glo Service, Defendant South Atlantic Services, Inc., Southern Heat Exchanger, Splish Splash, Thermal Energy and UPT.

2000.   On certain occasions, Texas International Box arranged with transporters Bayou City Environmental, GCR and Gulf Coast to transport Texas International Box's waste streams to the USOR Site.

2001.   The waste streams Texas International Box generated, transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

2002.   By letter dated December 5, 2013, the USOR Site PRP Group notified Texas International Box of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Texas International Box the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2003.   To date, Texas International Box has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2004.   Alternatively, Defendant Texas International Box Co. ("Texas International Box Co.") is responsible for the waste streams attributable to Texas International Box, as alleged in paragraph nos. 1996-97 above.

2005.   To date, Texas International Box Co. has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2006.   According to USOR Site Records, in at least November 2004, Defendant Texas Medical Center Corp. ("Texas Medical") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 500 gallons of waste containing hazardous substances owned or possessed by Texas Medical, at the USOR Site.

2007.   The waste streams generated by Texas Medical are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: arsenic, cadmium, chromium, copper, lead, mercury, methyl ethyl ketone, methylene chloride, trichloroethane, trichloroethylene and/ or zinc.

2008.   On certain occasions, Texas Medical arranged with transporter Defendant Specialized Maintenance Services, Inc. to transport Texas Medical's waste streams to the USOR Site.

2009.   The waste streams generated by Texas Medical and/or transported to the USOR Site by Texas Medical fall within the definition of "solid waste" under the TSWDA.

2010.   By letter dated December 5, 2013, the USOR Site PRP Group notified Texas Medical of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

threatened release of hazardous substances at the USOR Site; and offered Texas Medical the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2011.   To date, Texas Medical has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2012.   According to USOR Site Records, from at least April 2004 to August 2008, Defendant Texas Southern University ("TSU") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,750 gallons of waste containing hazardous substances owned or possessed by TSU, at the USOR Site.

2013.   The waste streams generated by TSU are described on USOR Site Records as "oily water" and "benzene" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, perchloroethylene, toluene, trichloroethane, trichloroethylene, vinyl chloride, xylenes and/or zinc.

2014.   On certain occasions, TSU arranged with transporters Defendant Specialized Maintenance Services Inc. and Defendant Top Notch Transportation, Inc. to transport TSU's waste streams to the USOR Site.

2015.   The waste streams generated by TSU and/or transported to the USOR Site by TSU fall within the definition of "solid waste" under the TSWDA.

2016.   By letter dated May 8, 2014, the USOR Site PRP Group notified TSU of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of

hazardous substances at the USOR Site; and offered TSU the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2017.  To date, TSU has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2018.  According to USOR Site Records, in at least December 2006, Defendant Texas State University System ("Texas State University") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,800 gallons of waste containing hazardous substances owned or possessed by Texas State University, at the USOR Site.

2019.  The waste streams generated by Texas State University are described on USOR Site Records as "non-regulated liquid" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, perchloroethylene, toluene, trichloroethane, trichloroethylene, vinyl chloride, xylenes and/or zinc.

2020.  On certain occasions, Texas State University arranged with transporters Safety Kleen Systems, Inc. and Triad Transport Inc. to transport Texas State University's waste streams to the USOR Site.

2021.  The waste streams generated by Texas State University and/or transported to the USOR Site by Texas State University fall within the definition of "solid waste" under the TSWDA.

2022.  By letter dated May 8, 2014, the USOR Site PRP Group notified Texas State University of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or

322

threatened release of hazardous substances at the USOR Site; and offered Texas State University the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2023.   To date, Texas State University has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2024.   According to USOR Site Records, from at least November 2004 to January 2005, Defendant Texas Sterling Construction Co. ("Texas Sterling") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 950 gallons of waste containing hazardous substances owned or possessed by Texas Sterling, at the USOR Site.

2025.   The waste streams generated by Texas Sterling are described on USOR Site Records as "non-RCRA/non DOT regulated water and concrete curing compound" and contained some or all of the following hazardous substances: acetone, asbestos, benzene, benzo(a)anthracene, benzo(a)pyrene, cadmium, chromium, copper, cresol, dichloroethylene, fluorene, lead, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, phenanthrene, silver, tin, toluene, trichloroethane, trichloroethylene, vinyl chloride, xylenes and/or zinc.

2026.   On certain occasions, Texas Sterling arranged with transporter CES Environmental Service Inc. to transport Texas Sterling's waste streams to the USOR Site.

2027.   The waste streams generated by Texas Sterling and/or transported to the USOR Site by Texas Sterling fall within the definition of "solid waste" under the TSWDA.

2028.   To date, Texas Sterling has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2029. According to USOR Site Records, from at least May 2005 to October 2007, Defendant Texas Water Management LLC ("Texas Water Management") accepted for transport to the USOR Site, which was selected by Texas Water Management, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Texas Water Management, at least 201,705 gallons of waste containing hazardous substances at the USOR Site.

2030. The waste streams Texas Water Management generated, transported and/or arranged for disposal are described on USOR Site Records as "non-regulated material (waste water)," "organic chemicals," "oily water" and "caustic aqueous waste without cyandes" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methylene chloride, methyl ethyl ketone, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

2031. The waste streams Texas Water Management generated, transported and/or arranged for disposal were also RCRA hazardous waste described on USOR Site Records as "waste, toxic, liquid, organic, NOS (RQ, phenol, formaldehyde) 6.1, UN3287, 1."

2032. On certain occasions, Texas Water Management transported its own waste streams to the USOR Site.

2033. On other occasions, Texas Water Management arranged with transporter Gulf Coast Vacuum to transport Texas Water Management's waste streams to the USOR Site.

2034. On certain occasions, Texas Water Management transported and/or arranged for disposal of waste streams generated by Hexion Specialty Chemicals, Louisiana Pacific, Pick a Part, Saw Pipes and USAg Recycling, Inc.

324

2035.   The waste streams generated by Texas Water Management and/or transported to the USOR Site by Texas Water Management fall within the definition of "solid waste" under the TSWDA.

2036.   By letter dated December 5, 2013, the USOR Site PRP Group notified Texas Water Management of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Texas Water Management the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2037.   To date, Texas Water Management has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2038.   According to USOR Site Records, in at least July 2004, Defendant Thomas Petroleum, LLC ("Thomas Petroleum") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,000 gallons of waste containing hazardous substances owned or possessed by Thomas Petroleum, at the USOR Site.

2039.   The waste streams generated by Thomas Petroleum are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

2040.   On certain occasions, Thomas Petroleum arranged with transporter Oil Mop to transport Thomas Petroleum's waste streams to the USOR Site.

325

2041.   The waste streams generated by Thomas Petroleum fall within the definition of "solid waste" under the TSWDA.

2042.   To date, Thomas Petroleum has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2043.   Defendant Tideport Distributing, Inc. ("Tideport Distributing") is the successor to Hamner, Inc. ("Hamner").

2044.   According to USOR Site Records, from at least November 2003 to November 2004, Hamner accepted at least 348,820 gallons of waste containing hazardous substances for transport to the USOR Site.

2045.   The waste streams transported by Hamner are described on USOR Site Records as "non-regulated for transport (mannich water)," "other aqueous waste w/low dissolved solids (mannich water)" and "non-regulated for transport (oil water emulsion)" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, xylenes, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane and/or zinc.

2046.   The waste streams Hamner transported to the USOR Site were generated by Ethyl Corporation.

2047.   The waste streams transported to the USOR Site by Hamner fall within the definition of "solid waste" under the TSWDA.

2048.   Additionally, Tideport Distributing is the successor to Tideport Petroleum, Inc. ("Tideport Petroleum").

326

2049. According to USOR Site Records, from at least September 2004 to June 2005, Tideport Petroleum accepted at least 155,592 gallons of waste containing hazardous substances for transport to the USOR Site.

2050. The waste streams transported by Tideport Petroleum are described on USOR Site Records as "non-regulated for transport (mannich water)," "other organic liquid (non hazardous waste water)" and "non-regulated for transport (oil water emulsion)"" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, xylenes, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane and/or zinc.

2051. The waste streams Tideport Petroleum transported to the USOR Site were generated by Allied Petrochemical, Ethyl Corporation and Texas Oil and Gathering.

2052. The waste streams transported to the USOR Site by Tideport Petroleum fall within the definition of "solid waste" under the TSWDA.

2053. To date, Tideport Distributing has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2054. According to USOR Site Records, from at least October 2003 to July 2005, Defendant Tiona Truck Line, Inc. ("Tiona Truck") accepted at least 21,036 gallons of waste containing hazardous substances for transport to the USOR Site.

2055. The waste streams transported by Tiona Truck are described on USOR Site Records as "grease" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

2056. The waste streams transported to the USOR Site by Tiona Truck fall within the definition of "solid waste" under the TSWDA.

327

2057.   By letter dated December 5, 2013, the USOR Site PRP Group notified Tiona Truck of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Tiona Truck the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2058.   According to USOR Site Records, from at least January 2000 to April 2009, Defendant Top Notch Transportation Inc. ("Top Notch") accepted at least 7,519 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Top Notch.

2059.   The waste streams transported by Top Notch are described on USOR Site Records as, including but not limited to, "non RCRA non hazardous wastewater," "non RCRA, non hazardous (antifreeze)," "non-RCRA, non hazardous (polishing rinsewater)," "non RCRA non hazardous latex & MEK," "non RCRA non hazardous paint booth filters," "non hazardous non RCRA adhesive glue," "non-hazardous non RCRA (phosphate sludge)," "non-hazardous, non-RCRA (lube oil)," "non-RCRA, non-hazardous virgin product," "non RACA [sic] non hazardous latex paint," "non-RCRA, non-hazardous (epoxy sludge)," "non RCRA non-hazardous (petroleum solids)," "non-RCRA non hazardous (wax water)" and "non-RCRA non-hazardous (developer solution)" and contained some or all of the following hazardous substances: acetone, asbestos, benzene, benzo(a)anthracene, benzo(a)pyrene, cadmium, chromium, cresol, ethyl benzene, lead, manganese, methyl ethyl ketone, nickel, phenanthrene, tin, toluene, trichloroethane, trichloroethylene, vinyl chloride, xylenes and/or zinc.

2060.   The waste streams transported by Top Notch were also RCRA hazardous waste described on USOR Site Records as, including but not limited to, "RQ paint related material 3,

328

UN1263, PG II (universal waste)," "waste flammable liquids, n.o.s. 3, UN1993, PGII," "waste paint related material including drying, removing, 3, UN1263, III (universal acetone & rags)," "waste corrosive liquid, acidic, inorganic, nos 8, UN3264, PG III (spent acid debris)" and "hazardous waste liquid nos 9 NA3082 PG III."

2061.   The waste streams Top Notch transported to the USOR Site were generated by, including but not limited to, Defendant Specialty Metal Finishing, Inc., Natural Gas Pipeline, Barrier Equipment, Hilton Double Tree, P Chem. Incorporated, Hexion Specialty Chemicals, TX Industrial Box Co. & Rentals Inc., Texas Commission on Environmental Quality, Nucor Vulcraft Group, Paradigm Plastics, Country Crafters, MTI Environmental, Analytical Services Inc., Texas City ISD Maintenance Dept., Century Industrial Coating, Defendant Texas Couplings, L.P., Defendant K-Solv, LP, Pipeline Valve Specialty, Defendant Intra-Services Inc., Inkjet Inc., Katy ISD, Fort Bend ISD, HISD-Eastwood Academy, Metrix Inc., Tru Logistics Inc., Leedo Cabinetry, Enterprise Transportation Company, R & M Services, Domco Products Texas LP, American Valve and Hydrant, Alief ISD and Powell Electrical Manf.

2062.   The waste streams transported to the USOR Site by Top Notch fall within the definition of "solid waste" under the TSWDA.

2063.   To date, Top Notch has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2064.   Defendant Total Safety U.S., Inc. ("Total Safety") is the successor to WSI Industrial Safety ("WSI").

2065.   WSI is a former division of Well Safe, Inc. ("Well Safe").

2066.   In or about 2004, Well Safe was acquired by Total Safety.

2067.   In or about 2011, Well Safe was merged with and into Total Safety.

329

2068.   According to USOR Site Records, from at least July to December 2004, WSI arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,210 gallons of waste containing hazardous substances owned or possessed by WSI, at the USOR Site.

2069.   The waste streams generated by WSI are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, lead methylene chloride, trichloroethane, trichloroethylene and/or zinc.

2070.   On certain occasions, WSI arranged with transporters GCR and USA Industrial Services to transport WSI's waste streams to the USOR Site.

2071.   The waste streams generated by WSI and/or transported to the USOR Site by WSI fall within the definition of "solid waste" under the TSWDA.

2072.   To date, Total Safety has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2073.   According to USOR Site Records, from at least November 2004 to January 2005, Defendant Trans-Global Solutions, Inc. ("Trans-Global") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 12,800 gallons of waste containing hazardous substances owned or possessed by Trans-Global, at the USOR Site.

2074.   The waste streams generated by Trans-Global are described on USOR Site Records as "non-hazardous recyclable hydrocarbons," "hydraulic oil and water" and "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium,

330

ethyl benzene, xylenes, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane and/or zinc.

2075.  On certain occasions, Trans-Global arranged with transporters Gator Environmental, GCR and USA Industrial Services to transport Trans-Global's waste streams to the USOR Site.

2076.  The waste streams generated by Trans-Global and/or transported to the USOR Site by Trans-Global fall within the definition of "solid waste" under the TSWDA.

2077.  By letter dated December 5, 2013, the USOR Site PRP Group notified Trans-Global of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Trans-Global the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2078.  To date, Trans-Global has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2079.  Defendant TransMontaigne Product Services Inc. ("TransMontaigne") is the successor to Houston Marine Services, Inc. ("Houston Marine").

2080.  In or about December 2008, Houston Marine was merged into TransMontaigne.

2081.  According to USOR Site Records, from at least February 2004 to August 2007, Houston Marine accepted for transport to the USOR Site, which was selected by Houston Marine, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Houston Marine, at least 396,856 gallons of waste containing hazardous substances at the USOR Site.

331

2082.   Some of the waste streams Houston Marine generated, transported and/or arranged for disposal are described on USOR Site Records as "non-hazardous non-regulated wastewater," "non RCRA non hazardous recyclable oil," "oily sludge/tank bottoms non hazardous recycle reuse," "petroleum contaminated sludge," "oily sludge tank bottoms," "PGO waste," "very dilute aqueous waste containing more than 99 percent water (fire and storm water)," "recyclable hydrocarbons" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

2083.   Other waste streams Houston Marine generated, transported and/or arranged for disposal were RCRA hazardous waste described on USOR Site Records as "flammable liquid nos (methelethyl [sic] ketone, toluene, other, 3, UN 1993, PG I (D001)."

2084.   On certain occasions, Houston Marine transported its own waste streams to the USOR Site.

2085.   On other occasions, Houston Marine arranged with transporter ABClean, Defendant Gator Environmental & Rentals, Inc. and Defendant Phoenix Pollution Control & Environmental Services, Inc. to transport Houston Marine's waste streams to the USOR Site.

2086.   On other occasions, Houston Marine transported and/or arranged for disposal of waste streams generated by All Chem Services, Inc., Blentech, Bolivar Barge and Conoco Phillips.

2087.   The waste streams Houston Marine generated, transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

332

2088.   By letter dated December 5, 2013, the USOR Site PRP Group notified Houston Marine of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Houston Marine the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2089.   To date, TransMontaigne has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2090.   Alternatively, Defendant Heidmar Inc. ("Heidmar") is the successor to Houston Marine and is responsible for the waste streams attributable to TransMontaigne, as alleged in paragraph nos. 2081-83 above.

2091.   To date, Heidmar has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2092.   According to USOR Site Records, in at least February 2007, Defendant Tri-Star Protector Services Co. ("Tri-Star Protector") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 322,856 gallons of waste containing hazardous substances owned or possessed by Tri-Star Protector, at the USOR Site.

2093.   The waste streams generated by Tri-Star Protector are described on USOR Site Records as "non-hazardous, non DOT regulated (class I, wastewater)" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

2094.   On certain occasions, Tri-Star Protector arranged with transporters Defendant Bealine Service Co., Inc., Defendant Specialized Waste Systems, Inc. and US Oil Recovery to transport Tri-Star Protector's waste streams to the USOR Site.

2095.   The waste streams generated by Tri-Star Protector fall within the definition of "solid waste" under the TSWDA.

2096.   By letter dated February 7, 2014, the USOR Site PRP Group notified Tri-Star Protector of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Tri-Star Protector the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2097.   To date, Tri-Star Protector has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2098.   According to USOR Site Records, from at least August 2004 to June 2007, Defendant Triad Transport, Inc. ("Triad") accepted at least 855,767 gallons of waste containing hazardous substances for transport to the USOR Site.

2099.   Some of the waste streams transported by Triad were RCRA hazardous waste described on USOR Site Records as "RQ waste corrosive liquids flammable NOS (contains magnesium chloride & heptane) 8 UN2920 PG II," "waste corrosive liquids flammable NOS (contains potassium hydroxide and heptane) 8 UN2920 PGII," "waste sodium hydroxide solution, 8, UN1824 PG II," "RQ waste corrosive liquid, basic, inorganic, nos, (potassium hydroxide, barium) 8 UN3266, PG II (0002)," "RQ, waste, corrosive, liquid, nos

(sodium/hydroxide/allyl alcohol), 8, UN 1760 PG II, C0002)" and "waste corrosive liquid flammable NOS (contains aluminum chloride and heptane) 8 UN2920 PGII."

2100.   Other waste streams transported by Triad are described on USOR Site Records as "non regulated waste water," "non DOT regulated material (air scrubber wastewater)," "spent aqueous cleaning solution," "non DOT regulated material (oil and water emulsion)," "bonderite" and "non DOT regulated material (water and ammonium nitrate)" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

2101.   The waste streams Triad transported to the USOR Site were generated by Aerojet, Akzo Nobel, Blentech, Ciba Corp., Defendant Delta Centrifugal, LLC, General Dynamics Mfg., Defendant Kelly-Springfield, Kern Liebers, Lone Star Fasteners and Defendant Taylor Press Products Co.

2102.   The waste streams transported to the USOR Site by Triad fall within the definition of "solid waste" under the TSWDA.

2103.   To date, Triad has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2104.   According to USOR Site Records, from at least February 2004 to December 2005, Defendant Turneco Oil and Service ("Turneco Oil Service") accepted for transport to the USOR Site, which was selected by Turneco Oil Service, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Turneco Oil Service, at least 11,424 gallons of waste containing hazardous substances at the USOR Site.

335

2105.   The waste streams Turneco Oil Service generated, transported and/or arranged for disposal are described on USOR Site Records as "oily water," "oil" and "used oil" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

2106.   On certain occasions, Turneco Oil Service transported its own waste streams to the USOR Site.

2107.   On certain occasions, Turneco Oil Service transported and/or arranged for disposal of waste streams generated by Dow Machine, Everest Valve Co., Defendant FAM Marine Services, Inc., Defendant North American Marine, Inc., Sorb All and Wolar Industries.

2108.   The waste streams generated and/or transported to the USOR Site by Turneco Oil Service fall within the definition of "solid waste" under the TSWDA.

2109.   To date, Turneco Oil Service has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2110.   Alternatively, Defendant Turner Co. ("Turner Co.") is responsible for the waste streams attributable to Turneco Oil Service, as alleged in paragraph nos. 2104-05 above.

2111.   To date, Turner Co. has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2112.   Defendant Tyler MD Holdings LLC ("Tyler MD") is the successor to La Gloria Oil & Gas Co. ("La Gloria Oil").

2113.   In or about September 2005, La Gloria Oil changed its name to Tyler Holding Company, Inc. ("Tyler Holding").

2114.   In or about September 2010, Tyler Holding was merged with and into Tyler MD.

2115. According to USOR Site Records, from at least October to December 2001, La Gloria Oil by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 302,510 gallons of waste containing hazardous substances owned or possessed by La Gloria Oil, at the USOR Site.

2116. The waste streams generated by La Gloria Oil were RCRA hazardous waste described on USOR Site Records as "RQ, environmentally hazardous waste substances, liquid, N.O.S. (contains F037, F038), 9, UN 3082, III."

2117. La Gloria Oil arranged with transporter Quality Carriers Inc. to transport La Gloria Oil's waste streams to the USOR Site.

2118. The waste streams generated by La Gloria Oil fall within the definition of "solid waste" under the TSWDA.

2119. By letter dated December 5, 2013, the USOR Site PRP Group notified La Gloria Oil of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered La Gloria Oil the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2120. To date, Tyler MD has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2121. According to USOR Site Records, from at least February 2005 to June 2007, Defendant URS Corp. ("URS Corp.") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 5,245 gallons of waste containing hazardous substances owned or possessed by URS Corp., at the USOR Site.

337

2122.   The waste streams generated by and URS Corp. are described on USOR Site Records as "non hazardous oil," "soil borings," "organic" and "non hazardous purge water" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, vinyl chloride, xylenes and/or zinc.

2123.   On certain occasions, URS Corp. arranged with transporters Ensource Corporation and Defendant Top Notch Transportation, Inc. to transport URS Corp.'s waste streams to the USOR Site.

2124.   The waste streams generated by URS Corp. all within the definition of "solid waste" under the TSWDA.

2125.   By letter dated December 5, 2013, the USOR Site PRP Group notified URS Corp. of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered URS Corp. the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2126.   To date, URS has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2127.   According to USOR Site Records, from at least January 2004 to February 2008, Defendant USA Environment, LP ("USA Environment") accepted for transport to the USOR Site, which was selected by USA Environment, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or

338

treatment of waste owned or possessed by USA Environment, at least 5,845,921 gallons of waste containing hazardous substances at the USOR Site.

2128.   Additionally, USA Environment is also known as USA Industrial Services ("USA Industrial Services") and/or does business as USA Industrial Services.

2129.   Some of the waste streams USA Environment and/or USA Industrial Services generated, transported and/or arranged for disposal are described on USOR Site Records as "non regulated material," "non regulated non hazardous (water with trace ethylene glycol)," "rinse water non haz non reg," "non hazardous, class I, waste water," "non DOT regulated material (drilling mud)," "non regulated non hazardous liquid (water and butadiene)," "non regulated material (outdated hydraulic oil)," "waste ink and water," "50% water/50% tank bottoms mixed w/diesel," "sludge from oil separator containing ink and cardboard leftovers," "sump water," "compressor oil" and "cutting oil and water" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichlorobenzene, dichloroethylene, ethyl benzene, lead, manganese, methylene chloride, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

2130.   Other waste streams USA Environment and/or USA Industrial Services generated, transported and/or arranged for disposal were RCRA hazardous waste described on USOR Site Records as "waste flammable liquid, NOS, 3, UN1993, PG II (isopropanol, aromatic, naphtha)," "RQ waste flammable liquids, n.o.s. (clean solvents), 3, UN1993, PG III (D0001)," "RQ waste corrosive liquid, basic, inorganic, nos, 8, UN 3266, PG II, (KOH, Naoh)," "RQ waste corrosive liquid, acidic, inorganic, n.o.s. (ferric sulfuric solution), 8, UN 3264, PG II" and "RQ waste combustible liquid, nos, combustible liquid, 3, NA1993, PG III (RQ=1.4-dioxane 100lbs.)"

339

2131.   On certain occasions, USA Environment and/or USA Industrial Services transported its own waste streams to the USOR Site.

2132.   On other occasions, USA Environment and/or USA Industrial Services transported and/or arranged for disposal of waste streams generated by, including but not limited to, Altivia, Atlantic Trading & Marketing, Balmoral Group, BPI Realty, Centerpoint Energy, CFF Recycling, Champion Technologies, Contractors Technology, CTI, Curran/Truck Washing, CVS Pharmacy, Delta Chemical, Defendant Delta Petroleum Co., Inc., Dynergy Midstream, Eagle-Orange, Flint Ink, Fuller Storage, G.E. Water & Process Technology, Greystar Inc., Griggs Auto Center, Harcros Chemicals, Harris County Landfill, Helmerich & Payne International, HGM, JJ Sheldon, JC Penney Co., Koch Hydrocarbons, Louis Dreyfus Energy Services, Lubrizol, Lug-A-Jug, Magellan Midstream, Metro, Midtown Development, Nisseki Chemical, Oneok Hydrocarbon, The Planet, PWI, Reliant Park, Rescar, Rouse, S&B Engineering, Sercel Inc., Smurfitt Stone, Starco Energy, Targa Midstream, Texas Petrochemical, Todco, Tuboscope, Defendant Texas Department of Transportation, UTMB, Vanguard Car Rental, Defendant Wal-Mart Stores, Inc., Weatherford International and Defendant Wendy's Car Wash, LLC.

2133.   The waste streams USA Environment and/or USA Industrial Services generated, transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

2134.   On or about March 4, 2013, USA Environmental executed a Participation Agreement with the USOR PRP Group to become a member of the USOR PRP Group, but USA Environment has subsequently breached the contract it entered into with the USOR PRP Group.

340

2135.   Since breaching its contract with the USOR PRP Group, USA Environment refuses to cooperate with the USOR Site PRP Group and has not paid its equitable share of response costs incurred by the USOR Site PRP Group at the USOR Site.

2136.   Additionally USA Environment is the successor to GC Remediation, Ltd. ("GC Remediation").

2137.   Upon information or belief, USA Environment acquired GC Remediation in or about 2005 and thereafter continued the uninterrupted business operations of GC Remediation.

2138.   According to USOR Site Records, from at least September 2003 to October 2004, GC Remediation accepted for transport to the USOR Site, which was selected by GC Remediation, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by GC Remediation, at least 399,809 gallons of waste containing hazardous substances at the USOR Site.

2139.   Some of the waste streams GC Remediation generated, transported and/or arranged for disposal are described on USOR Site Records as "oily non hazardous waste water," "non hazardous, class I, wastewater," "non haz waste liquid, non haz regulated material," "non DOT regulated material (sump solids of trash, rubber, debris and water)" and "very dilute aqueous waste containing more than 99 percent water (rainwater runoff)" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichlorobenzene, dichloroethylene, ethyl benzene, lead, manganese, methylene chloride, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

2140.   Other waste streams GC Remediation generated, transported and/or arranged for disposal were RCRA hazardous waste described on USOR Site Records as "RQ waste combustible liquid, nos, combustible liquid, 3, NA1993, PG III (RQ=1.4-dioxane 100lbs.)".

2141.   On certain occasions, GC Remediation transported its own waste streams to the USOR Site.

2142.   On certain occasions, GC Remediation transported and/or arranged for disposal of waste streams generated by Contractors Technology, Ltd., Kelly Springfield, Oxid, LP, Southwest Shipyard, Defendant Texas International Box Company & Rentals, Inc., Texas Oil and Gathering and WSI Industrial Safety.

2143.   The waste streams GC Remediation generated, transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

2144.   Alternatively, Defendant GC Remediation is responsible for at least 399,809 gallons of waste attributable to USA Environment, as alleged in paragraph nos. 2138-39 above.

2145.   To date, GC Remediation has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2146.   Alternatively, Defendant USA Industrial Services is responsible for at least 5,845,921 gallons of waste attributable to USA Environment, as alleged in paragraph nos. 2127-30 above.

2147.   By letter dated December 5, 2013, the USOR Site PRP Group notified USA Industrial Services of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered USA

342

Industrial Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2148.   To date, USA Industrial Services has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2149.   According to USOR Site Records, in at least September 2005, Defendant USA Vacuum, LLC ("USA Vacuum") accepted at least 2,500 gallons of waste containing hazardous substances for transport to the USOR Site.

2150.   The waste streams transported by USA Vacuum is described on USOR Site Records as "copper naphthenate rinsate" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

2151.   The waste streams USA Vacuum transported to the USOR Site were generated by Rescar.

2152.   The waste streams transported to the USOR Site by USA Vacuum fall within the definition of "solid waste" under the TSWDA.

2153.   To date, USA Vacuum has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2154.   Defendant USES, Inc. ("USES") is formerly known as AbClean, Inc. ("AbClean").

2155.   In or about 2009, AbClean formally changed its name to USES.

2156. According to USOR Site Records, from at least March 2004 to December 2006, AbClean accepted at least 70,517 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by AbClean.

2157. The waste streams transported by AbClean are described on USOR Site Records as "waste water," "oily water," "oily water emulsion," "diesel and water" and "petroleum contaminating sludge" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

2158. The waste streams AbClean transported to the USOR Site were generated by Tube Alloy, Koch Hydrocarbon, Control Solution, BJ Process & Pipeline and Houston Marine Services Inc.

2159. The waste streams transported to the USOR Site by AbClean fall within the definition of "solid waste" under the TSWDA.

2160. Additionally, USES is the successor to Pneumatic Industrial Services, Inc. ("Pneumatic Industrial").

2161. In or about 2011, Pneumatic Industrial was merged with and into USES.

2162. According to USOR Site Records, in at least August 2005, Pneumatic Industrial accepted at least 6,053 gallons of waste containing hazardous substances for transport to the USOR Site, which was selected by Pneumatic Industrial.

2163. The waste streams transported by Pneumatic Industrial are described on USOR Site Records as "oil water emulsion or mixture" and "oily water" and contained some or all of the following hazardous substances: arsenic, cadmium, chromium, copper, lead, mercury, methyl ethyl ketone, methylene chloride, trichloroethane, trichloroethylene and/or zinc.

344

2164.   The waste streams Pneumatic Industrial transported to the USOR Site were generated by Louisiana Pacific Corporation.

2165.   The waste streams transported to the USOR Site by Pneumatic Industrial fall within the definition of "solid waste" under the TSWDA.

2166.   To date, USES has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2167.   According to USOR Site Records, from at least May 2004 to December 2005, Defendant Union Pacific Railroad Company ("Union Pacific") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 37,270 gallons of waste containing hazardous substances owned or possessed by Union Pacific, at the USOR Site.

2168.   The waste streams generated by Union Pacific fall within the definition of "solid waste" under the TSWDA.

2169.   By letter dated December 5, 2013, the USOR Site PRP Group notified Union Pacific of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Union Pacific the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2170.   To date, Union Pacific has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2171.   Defendant United Environmental Services, LLC ("United Environmental Services") is the successor to ProWaste, Inc. ("ProWaste").

2172. Upon information or belief, United Environmental Services is also known as ProWaste and/or did business as ProWaste.

2173. According to USOR Site Records, from at least May 2003 to February 2009, ProWaste accepted for transport to the USOR Site, which was selected by ProWaste, by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by ProWaste, at least 958,602 gallons of waste containing hazardous substances at the USOR Site.

2174. The waste streams generated by and/or transported by ProWaste are described on USOR Site Records as including but not limited to "spill cleanup waste water," "calcium chloride & water," " rinse water" and "oily water" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, vinyl chloride, xylenes and/or zinc.

2175. On certain occasions, ProWaste arranged with transporter Firebird Bulk Carriers to transport ProWaste's waste streams to the USOR Site.

2176. On other occasions, ProWaste accepted for transport to the USOR Site waste streams generated by, including but not limited to, National Coupling, Kinder Morgan, Green Hunter, Galveston Bay Biodiesel, Magellan, Channel Shipyard and Houston Shutters.

2177. The waste streams generated by ProWaste and/or transported to the USOR Site by ProWaste fall within the definition of "solid waste" under the TSWDA.

2178. Additionally, United Environmental Services does business as United Tank Services ("United Tank Services").

2179.   According to USOR Site Records, from at least May 2003 to February 2009, United Tank Services accepted for transport to the USOR Site, which was selected by United Tank Services, by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by United Tank Services, at least 18,480 gallons of waste containing hazardous substances at the USOR Site.

2180.   The waste streams United Tank Services generated, transported and/or arranged for disposal are described on USOR Site Records as "rinse water," "used cutting," "used clay," "oily solids" and "tank sludge" and contained some or all of the following hazardous substances: acetone, barium, benzene, cadmium, chromium, copper, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, vinyl chloride, xylenes and/or zinc.

2181.   The waste streams United Tank Services transported to the USOR Site were generated Houston Marine Services, National Oilwell, BNSF and Tauber Oil Company.

2182.   The waste streams transported to the USOR Site by United Tank Services fall within the definition of "solid waste" under the TSWDA.

2183.   By letter dated December 5, 2013, the USOR Site PRP Group notified ProWaste and United Tank Services, respectively, of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Prowaste and United Tank Services the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

347

2184.   To date, United Environmental Services has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2185.   According to USOR Site Records, from at least August 2004 to November 2005, Defendant United States Coast Guard ("US Coast Guard") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 47,586 gallons of waste containing hazardous substances owned or possessed by US Coast Guard, at the USOR Site.

2186.   The waste streams generated by US Coast Guard are described on USOR Site Records as "cleaning solution" and "oily water" and contained some or all of the following hazardous substances: acetone, benzene, copper, dichlorobenzene, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

2187.   On certain occasions, US Coast Guard arranged with transporters Garner Environmental, Bealine and Oil Mop LLC to transport US Coast Guard's waste streams to the USOR Site.

2188.   The waste streams generated by US Coast Guard fall within the definition of "solid waste" under the TSWDA.

2189.   By letter dated December 5, 2013, the USOR Site PRP Group notified US Coast Guard of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered US Coast Guard the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

348

2190.   To date, US Coast Guard has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2191.   According to USOR Site Records, in at least January 2004, Defendant United States Navy ("U.S. Navy") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 500 gallons of waste containing hazardous substances owned or possessed by U.S. Navy, at the USOR Site.

2192.   The waste streams generated by U.S. Navy are described on USOR Site Records as "oil" and contained some or all of the following hazardous substances: acetone, benzene, chromium, copper, dichlorobenzene, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

2193.   On certain occasions, U.S. Navy arranged with transporter Drane Ranger to transport U.S. Navy's waste streams to the USOR Site.

2194.   The waste streams generated by U.S. Navy and/or transported to the USOR Site by U.S. Navy fall within the definition of "solid waste" under the TSWDA.

2195.   To date, U.S. Navy has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2196.   According to USOR Site Records, in at least December 2004, Defendant University of Houston ("University of Houston") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or

349

treatment, at least 400 gallons of waste containing hazardous substances owned or possessed by University of Houston, at the USOR Site.

2197. The waste streams generated by University of Houston are described on USOR Site Records as "oily water" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichlorobenzene, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, perchloroethylene, toluene, trichloroethane, trichloroethylene, vinyl chloride, xylenes and/or zinc.

2198. On certain occasions, University of Houston arranged with transporter Defendant Specialized Maintenance Services, Inc. to transport University of Houston's waste streams to the USOR Site.

2199. The waste streams generated by University of Houston fall within the definition of "solid waste" under the TSWDA.

2200. By letter dated December 5, 2013, the USOR Site PRP Group notified University of Houston of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered University of Houston the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2201. To date, University of Houston has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2202. Defendant The University of Texas System ("University of Texas") owns University of Texas Health Science Center ("UTHSC") and University of Texas Medical Branch ("UTMB").

2203.   According to USOR Site Records, from at least September 2004 to April 2006, UTMB, and by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 108,740 gallons of waste containing hazardous substances owned or possessed by UTMB, at the USOR Site.

2204.   The waste streams generated by UTMB are described on USOR Site Records as "oily water," "organic," and "grease" and contained some or all of the following hazardous substances: arsenic, cadmium, chromium, copper, lead, mercury, methyl ethyl ketone, methylene chloride, trichloroethane, trichloroethylene and/or zinc.

2205.   On certain occasions, UTMB arranged with transporters Garner Environmental, Earth America, Bayou City, USA Environmental and Eagle Construction to transport UTMB's waste streams to the USOR Site.

2206.   According to USOR Site Records, in at least April 2005, UTHSC, and by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 6,060 gallons of waste containing hazardous substances owned or possessed by UTHSC, at the USOR Site.

2207.   The waste streams generated by both UTMB and UTHSC fall within the definition of "solid waste" under the TSWDA.

2208.   To date, University of Texas has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2209.   According to USOR Site Records, from at least September 2007 to March 2008, Defendant USAg Recycling, Inc. ("USAg Recycling") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or

351

treatment, at least 32,400 gallons of waste containing hazardous substances owned or possessed by USAg Recycling, at the USOR Site.

2210.   The waste streams generated by USAg Recycling are described on USOR Site Records as "waste water" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, vinyl chloride, xylenes and/or zinc.

2211.   On certain occasions, USAg Recycling arranged with transporters Defendant Texas Water Management LLC and Gulf Coast Vacuum to transport USAg Recycling's waste streams to the USOR Site.

2212.   The waste streams generated by USAg Recycling fall within the definition of "solid waste" under the TSWDA.

2213.   On or about July 12, 2012, USAg Recycling executed a Participation Agreement with the USOR PRP Group to become a member of the USOR PRP Group, but USAg Recycling has subsequently breached the contract it entered into with the USOR PRP Group.

2214.   Since breaching its contract with the USOR PRP Group, USAg Recycling refuses to cooperate with the USOR Site PRP Group and has not paid its equitable share of response costs incurred by the USOR Site PRP Group at the USOR Site.

2215.   Defendant VAM USA, LLC ("VAM USA") is the successor to and/or is formerly known as VAM PTS Co. ("VAM PTS").

2216.   Upon information and belief, VAM PTS changed its name to VAM USA in or about 2006.

352

2217.   According to USOR Site Records, from at least December 2003 to August 2005, VAM PTS by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 17,960 gallons of waste containing hazardous substances owned or possessed by VAM PTS, at the USOR Site.

2218.   The waste streams generated by VAM PTS were RCRA hazardous waste described on USOR Site Records as "waste flammable liquids n.o.s., 3, UN1993, PG III" and "waste flammable liquids, n.o.s. (LP paint waste), 3, UN1993, PG III."

2219.   The waste streams generated by VAM PTS are also described on USOR Site Records as "non-RCRA wastewater," "non-RCRA/non DOT regulated coolant and water mixture" and "non regulated waste sludge" and contained some or all of the following hazardous substances: acetone, cadmium, chromium, copper, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene and/or zinc.

2220.   On certain occasions, VAM PTS arranged with transporter CES Environmental Services, Inc. to transport VAM PTS's waste streams to the USOR Site.

2221.   The waste streams generated by VAM PTS fall within the definition of "solid waste" under the TSWDA.

2222.   By letter dated December 5, 2013, the USOR Site PRP Group notified VAM PTS of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered VAM PTS the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2223.   To date, VAM USA has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

353

2224.   According to USOR Site Records, from at least February 2005 to May 2006, Defendant Valkyrie Commissioning Services, Inc. ("Valkyrie Commissioning") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,800 gallons of waste containing hazardous substances owned or possessed by Valkyrie Commissioning, at the USOR Site.

2225.   The waste streams generated by Valkyrie Commissioning are described on USOR Site Records as "oily water" and "aqueous cleaning solution" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, dichloroethylene, lead, methyl ethyl ketone, methylene chloride, perchloroethylene, toluene, trichloroethane, trichloroethylene, vinyl chloride, xylenes and/or zinc.

2226.   On certain occasions, Valkyrie Commissioning arranged with transporters Industrial Solutions and US Oil Recovery to transport Valkyrie Commissioning's waste streams to the USOR Site.

2227.   The waste streams generated by Valkyrie Commissioning fall within the definition of "solid waste" under the TSWDA.

2228.   By letter dated December 5, 2013, the USOR Site PRP Group notified Valkyrie Commissioning of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Valkyrie Commissioning the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2229.  To date, Valkyrie Commissioning has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2230.  Defendant Vallourec Star, LP ("Vallourec Star") is formerly known as V&M Star, LP, which did business as V&M Star ("V&M Star").

2231.  V&M Star changed its name to Vallourec Star in or about June 2013.

2232.  According to USOR Site Records, from at least June 2004 to November 2004, Defendant V&M Star by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 8,787 gallons of waste containing hazardous substances owned or possessed by V&M Star, at the USOR Site.

2233.  The waste streams generated by V&M Star are described on USOR Site Records as "oily" and "oil" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

2234.  On certain occasions, V&M Star arranged with transporters CES Environmental and Philips to transport V&M Star's waste streams to the USOR Site.

2235.  The waste streams generated by V&M Star fall within the definition of "solid waste" under the TSWDA.

2236.  To date, Vallourec Star has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2237.  Defendant Vallourec Tube-Alloy, LLC ("Vallourec Tube-Alloy") is the successor to Tube-Alloy Corp. ("Tube-Alloy").

355

2238. Vallourec Tube-Alloy is a subsidiary of Vallourec ("Vallourec"), a French limited liability company.

2239. In or about October 2007, Vallourec acquired Tube-Alloy.

2240. In or about 2008, Vallourec renamed Tube-Alloy as Vallourec Tube-Alloy.

2241. According to USOR Site Records, from at least July 2006 to August 2007, Tube-Alloy by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 7,100 gallons of waste containing hazardous substances owned or possessed by Tube Alloy, at the USOR Site.

2242. The waste streams generated by Tube Alloy are described on USOR Site Records as "waste water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

2243. On certain occasions, Tube Alloy arranged with transporters One Source and Ab clean to transport Tube Alloy's waste streams to the USOR Site.

2244. The waste streams generated by Tube Alloy fall within the definition of "solid waste" under the TSWDA.

2245. By letter dated December 5, 2013, the USOR Site PRP Group notified Tube-Alloy of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Tube-Alloy the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2246. To date, Vallourec Tube-Alloy has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2247.   According to USOR Site Records, from at least September 2006 to December 2008, Defendant Veolia ES Industrial Services, Inc. ("Veolia ES") accepted for transport to the USOR Site, which was selected by Veolia ES, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Veolia ES, at least 284,514 gallons of waste containing hazardous substances at the USOR Site.

2248.   The waste streams generated by and/or transported by Veolia ES are described on USOR Site Records as "water with trace diesel," "dark water non-regulated material per 40 & 49 CFR" and "non-regulated material" and contained some or all of the following hazardous substances: acetone, barium, copper, methyl ethyl ketone, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

2249.   On certain occasions, Veolia ES arranged with transporter Pro Waste to transport Veolia ES's waste streams to the USOR Site.

2250.   On other occasions, Veolia ES accepted for transport to the USOR Site waste streams generated by Ineos Polyethylene, N.A. and Innovene Polyethylene, N.A.

2251.   The waste streams generated by Veolia ES and/or transported to the USOR Site by Veolia ES fall within the definition of "solid waste" under the TSWDA.

2252.   Additionally, Veolia ES is formerly known as Onyx Industrial Services, Inc. ("Onyx").

2253.   In 2006, Veolia Environmental Services announced that Onyx Industrial Services, Inc. would be renamed Veolia ES Industrial Services, effective July 1, 2006. An Application for Amended Certificate of Authority to register this change was filed effective July 3, 2006.

2254.   According to USOR Site Records, from at least January 2004 to February 2007, Onyx accepted for transport to the USOR Site, which was selected by Veolia ES, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by Onyx, at least 232,153 gallons of waste containing hazardous substances at the USOR Site.

2255.   The waste streams generated by and/or transported by Onyx were RCRA hazardous wastes described on USOR Site Records as "paint related material including paint thinning, 3, UN1263, PG III," "corrosive liquid, acidic, inorganic, n.o.s, (contains hydrochloric acid), 8, UN3264, PG-III," "waste flammable liquids, n.o.s, 3, UN1993, PG III (acetonitrile)" and "RQ waste flammable liquids, n.o.s., 3, UN1993, PGIII."

2256.   The waste streams generated by and/or transported by Onyx are also described on USOR Site Records as waste including but not limited to: "non-RCRA non-hazardous (oil & water)," "industrial waste water and solid," "wastewater, industrial process (domestic-industrial grade)," "polyethylene, wastewater" and "dark water non-regulated material per 40 & 49 CFR, DOT non-regulated," and contained some or all of the following hazardous substances: acetone, barium, copper, methyl ethyl ketone, toluene, trichloroethane, trichloroethylene, xylenes and/or zinc.

2257.   On certain occasions, Onyx accepted for transport to the USOR Site waste streams generated by BP Amoco, BP Solvay Polyethylene, Champion Technologies Inc., Domco Products Texas, LP, Genosys Biotechnologies, Ineos Polyethylene, N.A., Inkjet Inc., Innovene Polyethylene, N.A. and Innovene Polymers, Inc.

2258.   The waste streams generated by Onyx and/or transported to the USOR Site by Onyx fall within the definition of "solid waste" under the TSWDA.

2259.   To date, Veolia ES has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2260.   According to USOR Site Records, from at least April to May 2005, Defendant W. Perry's Inc. ("W. Perry") accepted for transport to the USOR Site, which was selected by W. Perry, and/or by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment of waste owned or possessed by W. Perry, at least 9,755 gallons of waste containing hazardous substances at the USOR Site.

2261.   The waste streams W. Perry generated, transported and/or arranged for disposal are described on USOR Site Records as "oily water," "organic grease," "grease trap," "grease" and "grit trap" and contained some or all of the following hazardous substances: acetone, benzene, copper, lead, methyl ethyl ketone, nickel, perchloroethylene, silver, tin, toluene, trichloroethane, trichloroethylene, vinyl chloride and/or zinc.

2262.   On certain occasions, W. Perry transported its own waste streams to the USOR Site.

2263.   The waste streams W. Perry generated, transported to and/or arranged for disposal at the USOR Site fall within the definition of "solid waste" under the TSWDA.

2264.   To date, W. Perry's has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2265.   According to USOR Site Records, from at least April 2004 to March 2006, Defendant Wal-Mart Stores, Inc. ("Wal-Mart") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 41,065 gallons of waste containing substances owned or possessed by Wal-Mart, at the USOR Site.

359

2266.    The waste streams generated by Wal-Mart are described on USOR Site Records as "oily water," "organic," "oily drums" and "grease" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichlorobenzene, dichloroethylene, lead, mercury, methylene chloride, perchloroethylene, trichloroethane, trichloroethylene and/or zinc.

2267.    On certain occasions, Wal-Mart arranged with transporters Earth America, Oil Mop, USA Environmental and Milstead Environment to transport Wal-Mart's waste streams to the USOR Site.

2268.    The waste streams generated by Wal-Mart fall within the definition of "solid waste" under the TSWDA.

2269.    By letter dated December 5, 2013, the USOR Site PRP Group notified Wal-Mart of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Wal-Mart the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2270.    To date, Wal-Mart has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2271.    According to USOR Site Records, from at least August to October 2004, Defendant WATCO Companies, LLC ("WATCO") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 140,800 gallons of waste containing hazardous substances owned or possessed by WATCO, at the USOR Site.

2272.   The waste streams generated by WATCO are described on USOR Site Records as "organic" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichloroethylene, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

2273.   On certain occasions, WATCO arranged with transporters Defendant El Regio Vacuum Service, Defendant Gator Environmental & Rentals, Inc. and Oil Mop to transport WATCO's waste streams to the USOR Site.

2274.   The waste streams generated by WATCO and/or transported to the USOR Site by WATCO fall within the definition of "solid waste" under the TSWDA.

2275.   Additionally, WATCO is the owner of Greens Port Terminal ("Greens Port").

2276.   According to USOR Site Records, in at least October 2008, Greens Port by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,500 gallons of waste containing hazardous substances owned or possessed by Greens Port, at the USOR Site.

2277.   The waste streams generated by Greens Port are described on USOR Site Records as "diesel and water" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichloroethylene, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

2278.   Greens Port arranged with transporter Defendant Phoenix Pollution Control & Environmental Services, Inc. to transport Greens Port's waste streams to the USOR Site.

2279.   The waste streams generated by Greens Port fall within the definition of "solid waste" under the TSWDA.

361

2280. By letter dated December 5, 2013, the USOR Site PRP Group notified the Greens Port Terminal of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered the Greens Port Terminal the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2281. To date, WATCO has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2282. According to USOR Site Records, in at least March 2007, Defendant Weatherford U.S., L.P. ("Weatherford") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 10,220 gallons of waste containing hazardous substances owned or possessed by Weatherford, at the USOR Site.

2283. The waste streams generated by Weatherford are described on USOR Site Records as "oily water," "oily" and "sump sludge and water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

2284. On certain occasions, Weatherford arranged with transporters Bayou City Environmental Services, LP to transport Weatherford's waste streams to the USOR Site.

2285. The waste streams generated by Weatherford fall within the definition of "solid waste" under the TSWDA.

2286. By letter dated December 5, 2013, the USOR Site PRP Group notified Weatherford of the existence of the release or threatened release of hazardous substances at the

USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Weatherford the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2287.   To date, Weatherford has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2288.   According to USOR Site Records, from at least January to November 2003 Defendant Wendy's Car Wash, LLC ("Wendy's") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, waste containing hazardous substances owned or possessed by Wendy's, at the USOR Site.

2289.   The waste streams generated by Wendy's are described on USOR Site Records as "grease" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes, and/or zinc.

2290.   On certain occasions, Wendy's arranged with transporter Earth America to transport short Wendy's waste streams to the USOR Site.

2291.   The waste streams generated by Wendy's fall within the definition of "solid waste" under the TSWDA.

2292.   To date, Wendy's has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2293.   According to USOR Site Records, from at least February 2004 to September 2007, Defendant Western Oilfields Supply Co. ("Western Oilfields") doing business as Rain for Rent ("Rain for Rent"), by contract, agreement, or otherwise arranged for disposal or treatment,

and/or arranged with a transporter for transport for disposal or treatment, at least 102,040 gallons of waste containing hazardous substances owned or possessed by Rain for Rent, at the USOR Site.

2294. The waste streams generated by Rain for Rent are described on USOR Site Records as "wash water" and "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

2295. On certain occasions, Rain for Rent arranged with transporters Specialized Waste Systems, CES Environmental Services, Inc. and EEW to transport Rain for Rent's waste streams to the USOR Site.

2296. The waste streams generated by Rain for Rent fall within the definition of "solid waste" under the TSWDA.

2297. By letter dated December 5, 2013, the USOR Site PRP Group notified Rain for Rent of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Rain for Rent the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2298. To date, Western Oilfields has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2299. According to USOR Site Records, in at least January 2003 to November 2003, Defendant Western Properties, Co. ("Western Properties") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or

364

treatment, at least 1,010 gallons of waste containing hazardous substances owned or possessed by Western Properties, at the USOR Site.

2300. The waste streams generated by Western Properties defendant are described on USOR Site Records as "organic," "non-RCRA, non-hazardous soil, sludge, and water," and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, cobalt, copper, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, xylenes, and/or zinc.

2301. On certain occasions, Western Properties arranged with transporter CES Environmental to transport Western Properties' waste streams to the USOR Site.

2302. The waste streams generated by Western Properties fall within the definition of "solid waste" under the TSWDA.

2303. By letter dated December 5, 2013, the USOR Site PRP Group notified Western Properties of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Western Properties the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2304. To date, Western Properties has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2305. In or about November 2000, Vision Metals, Inc. ("Vision Metals") filed Chapter 11 bankruptcy in the United States Bankruptcy Court for the District of Delaware.

2306.　One of the divisions of Vision Metals was the Gulf States Tube Facility ("Gulf States Tube") in Rosenberg, Texas.

2307.　In or about February 2004, as part of the foregoing bankruptcy proceeding, an auction was conducted, at which the assets of Gulf States Tube were sold. The real estate comprising Gulf States Tube was sold to Defendant White Lion Holdings, L.L.C. ("White Lion").

2308.　In or about March 2004, the Bankruptcy Court entered an Order approving the sale of the former Gulf States Tube real property and assets to White Lion.

2309.　Upon information or belief, White Lion represented itself as Gulf States Tube and/or Vision Metals on the USOR Site Records.

2310.　According to USOR Site Records, in at least July 2004 to August 2004, Gulf States Tube by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 27,560 gallons of waste containing hazardous substances owned or possessed by Gulf States Tube, at the USOR Site.

2311.　The waste streams generated by Gulf States Tube are described on USOR Site Records as "non-dot regulated non hazardous rain water & rinsate [sic]," and contained some or all of the following hazardous substances: chromium, copper, lead, manganese, methyl ethyl ketone, nickel, perchloroethylene, toluene, trichloroethane, trichloroethylene, and/or xylenes.

2312.　On certain occasions, Gulf States Tube arranged with transporter Eagle Construction, to transport Gulf States Tube's waste streams to the USOR Site.

2313.　The waste streams generated by Gulf States Tube fall within the definition of "solid waste" under the TSWDA.

366

2314. To date, White Lion has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2315. Defendant Xylem Inc. ("Xylem") is the successor to ITT Flygt Corp. ("ITT Flygt").

2316. On or about 2011, several divisions including the Water and Wastewater Division, which contained Flygt, were spun off from ITT Corporation and formed Xylem.

2317. Xylem currently maintains the Flygt brand and business.

2318. According to USOR Site Records, from at least May 2004 to October 2005, ITT Flygt by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 2,800 gallons of waste containing hazardous substances owned or possessed by ITT Flygt, at the USOR Site.

2319. The waste streams generated by ITT Flygt are described on USOR Site Records as "bulk water, sump solids with trace amount of oil contamination" and "oily water" and contained some or all of the following hazardous substances: acetone, benzene, chromium, ethyl benzene, manganese, methyl ethyl ketone, nickel, toluene, trichloroethane, xylenes and/or zinc.

2320. On certain occasions, ITT Flygt arranged with transporters Triad Transport Inc. to transport ITT Flygt's waste streams to the USOR Site.

2321. The waste streams generated by ITT Flygt fall within the definition of "solid waste" under the TSWDA.

2322. By letter dated December 5, 2013, the USOR Site PRP Group notified ITT Flygt of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened

release of hazardous substances at the USOR Site; and offered ITT Flygt the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2323.  To date, Xylem has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2324.  According to USOR Site Records, in at least August 2004, Defendant YWCA Houston ("YWCA") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or treatment, at least 1,000 gallons of waste containing hazardous substances owned or possessed by YWCA, at the USOR Site.

2325.  The waste streams generated by YWCA are described on the USOR Site Records as "oily water," and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, dichloroethylene, ethyl benzene, lead, manganese, methyl ethyl ketone, methylene chloride, nickel, toluene, trichloroethane, trichloroethylene, xylenes, and/or zinc.

2326.  On certain occasions, YWCA arranged with transporter Defendant Specialized Maintenance Services, Inc. to transport YWCA's waste streams to the USOR Site.

2327.  The waste streams generated by YWCA fall within the definition of "solid waste" under the TSWDA.

2328.  To date, YWCA has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

2329.  According to USOR Site Records, in at least September 2004, Defendant Zust Bachmeier of Switzerland Inc. ("Zust Bachmeier") by contract, agreement, or otherwise arranged for disposal or treatment, and/or arranged with a transporter for transport for disposal or

treatment, at least 1,400 gallons of waste containing hazardous substances owned or possessed by Zust Bachmeier, at the USOR Site.

2330. The waste streams generated by Zust Bachmeier are described on USOR Site Records as "organic" and " bio drilling fluid" and contained some or all of the following hazardous substances: acetone, benzene, cadmium, chromium, copper, ethyl benzene, lead, manganese, methyl ethyl ketone, methyl chloride, nickel, toluene, trichloroethane, xylenes and/or zinc.

2331. On certain occasions, Zust Bachmeier arranged with transporters Ensource Corporation to transport Zust Bachmeier's waste streams to the USOR Site.

2332. The waste streams generated by Zust Bachmeier fall within the definition of "solid waste" under the TSWDA.

2333. By letter dated December 5, 2013, the USOR Site PRP Group notified Zust Bachmeier of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site; and offered Zust Bachmeier the opportunity to voluntarily join in the USOR Site PRP Group's efforts at the USOR Site.

2334. To date, Zust Bachmeier has refused to cooperate with the USOR Site PRP Group and has not paid any response costs incurred by the USOR Site PRP Group at the USOR Site.

<b>COUNT I – COST RECOVERY UNDER CERCLA</b>

2335. The USOR Site PRP Group realleges and incorporates by reference Paragraph Nos. 1 through 2334 of this Complaint as if fully restated herein.

2336. Section 107(a)(4) of CERCLA, 42 U.S.C. §§ 9607(a)(4), provides, in relevant part, that:

369

Notwithstanding any other provision or rule of law, and subject only to the defenses set forth in subsection (b) of this section --

(1) the owner and operator of a vessel or facility, (2) any person who at the time of disposal of any hazardous substance owned or operated any facility at which such hazardous substances were disposed of,... from which there is a release, or threatened release which causes the incurrence of response costs, of a hazardous substance, shall be liable for -- (A) all costs of removal or remedial action incurred by... a State... not inconsistent with the national contingency plan; (B) any other necessary costs of response incurred by any other person consistent with the national contingency plan;....

2337.   "Disposal" is defined in CERCLA Section 101(29) by reference to the Solid Waste Disposal Act ("SWDA"). 42 U.S.C. § 9601(29). The SWDA defines "disposal" as "the discharge, deposit, injection, dumping, spilling, leaking, or placing of any solid waste or hazardous waste into or on any land or water so that such solid waste or hazardous waste or any constituent thereof may enter the environment or be emitted into the air or discharged into any waters, including ground waters." 42 U.S.C. § 6903(3).

2338.   "Facility" is defined in CERCLA Section 101(9) as "any building, structure, installation, equipment, pipe or pipeline" or "any site or area where a hazardous substance has been deposited, stored, disposed of, or placed...." 42 U.S.C. § 9601(9).

2339.   "Hazardous substance" is defined in CERCLA Section 101(14) by reference to other federal statutes and by reference to a list of substances published by EPA at 40 C.F.R. § 302.4. 42 U.S.C. § 9601(14).

2340.   "Owner" or "Operator" is defined in CERCLA Section 101(20) as "... in the case of an onshore facility or an offshore facility, any person owning or operating such facility...." 42 U.S.C. § 9601(20).

2341.   "Person" is defined in CERCLA Section 101(21) as "an individual, firm, corporation, association, partnership, consortium, joint venture, commercial entity, United States

370

Government, State, municipality, commission, political subdivision of a State, or any interstate body." 42 U.S.C. § 9601(20).

2342.   "Release" is defined in CERCLA Section 101(22) as "any spilling, leaking, pumping, pouring, emitting, emptying, discharging, injecting, escaping, leaching, dumping or disposing into the environment (including the abandonment or discarding of barrels, containers, and other closed receptacles containing any hazardous substance or pollutant or contaminant)...." 42 U.S.C. § 9601(22).

2343.   "Response" is defined in CERCLA Section 101(25), and includes "removal" actions, "remedial" actions, and enforcement activities related thereto. 42 U.S.C. § 9601(25).

2344.   The USOR Site is a "facility" within the meaning of Section 101(9) of CERCLA, 42 U.S.C. § 9601(9).

2345.   There has been a "release" and/or a threatened "release" of "hazardous substances" at the USOR Site which has caused the incurrence of "response costs" by the USOR Site PRP Group, within the meanings of Sections 101(22), 101(14) and 107 of CERCLA, 42 U.S.C. §§ 9601(22), 9601(14) and 9607.

2346.   Each of the Defendants is a "person" within the meaning of Section 101(21) of CERCLA, 42 U.S.C. § 9601(21).

2347.   Pursuant to CERCLA, 42 U.S.C. §§ 9607(a)(3) and or 9607(a)(4), each Defendant, except Severn Trent, is liable as an arranger or generator of materials containing hazardous substances, which materials were disposed at the USOR Site; and/or a transporter of hazardous substances who selected the USOR Site for the disposal of such hazardous substances, and who did dispose of such hazardous substances at the Site.

2348.   Pursuant to CERCLA, 42 U.S.C. § 9607(a)(2), the City of Pasadena is liable as a past owner and operator of the 200 N. Richey Street portion of the USOR Site at a time when hazardous substances were disposed of at 200 N. Richey Street portion of the USOR Site.

2349.   Pursuant to CERCLA, 42 U.S.C. § 9607(a)(2), Severn Trent is liable as a past owner and operator of the 200 N. Richey Street portion of the USOR Site at a time when hazardous substances were disposed of at 200 N. Richey Street portion of the USOR Site.

2350.   As a result of the release and threatened release of hazardous substances at or from the USOR Site, the USOR Site PRP Group has incurred voluntary response costs and will continue to incur costs of "response," as that term is defined by Section 101(25) of CERCLA, 42 U.S.C. § 9601(25).

2351.   The response costs incurred by the USOR Site PRP Group in connection with the USOR Site are consistent with the NCP.

2352.   Pursuant to CERCLA, 42 U.S.C. §§ 9607 and 9613, each Defendant is strictly, jointly and severally liable for the voluntary past and future response costs incurred and to be incurred by the USOR Site PRP Group in response to the release or threatened release of hazardous substances at and from the USOR Site.

WHEREFORE, the USOR Site PRP Group respectfully prays that this Court enter judgment in its favor and against all Defendants holding that each Defendant is strictly, jointly and severally liable for the voluntary response costs incurred or to be incurred by the USOR Site PRP Group, including appropriate pre-judgment interest, in connection with the release and/or threatened release of hazardous substances at the USOR Site. The USOR Site PRP Group further requests that this Court award interest and costs of suit, including reasonable attorney's fees and

372

consultant fees as permitted by law; and order any such other relief as the Court may deem just and appropriate under the circumstances.

## COUNT II – CONTRIBUTION UNDER CERCLA

2353.  The USOR Site PRP Group realleges and incorporates by reference Paragraph Nos. 1 through 2352 of this Complaint as if fully restated herein.

2354.  Sections 113(f)(1) and (3)(B) of CERCLA, 42 U.S.C. §§ 9613(f)(1) and (3)(B), provide, in relevant part, that:

> Any person may seek contribution from any other person who is liable or potentially liable under section 9607(a)....

> A person who has resolved its liability to the United States or a State for some or all of a response action or for some or all of the costs of such action in an administrative or judicially approved settlement may seek contribution from any person who is not party to a settlement....

2355.  The USOR Site PRP Group has resolved its liability to EPA for matters covered in the Removal Action AOC.

2356.  All Defendants are liable parties under CERCLA, but have not resolved their liability to the USOR Site PRP Group or EPA.

2357.  To date, the USOR Site PRP Group has been compelled to incur and/or otherwise pay over $7,825,000 in response costs at the USOR Site under the Removal Action AOC and the AOI-1 RI/FS AOC.

2358.  The USOR Site PRP Group is entitled to contribution from all Defendants under Section 113(f)(1) of CERCLA, 42 U.S.C. § 9613(f)(1), for Defendants' respective equitable shares of all costs and damages incurred by USOR Site PRP Group, including applicable interest as provided for in Section 107(a) of CERCLA, 42 U.S.C. § 9607(a).

WHEREFORE, the USOR Site PRP Group respectfully request that this Court enter a declaratory judgment against all Defendants finding that they are each liable under Section 113(g)(2) of CERCLA, 42 U.S.C. § 9613(g)(2), and Section 28 U.S.C. §§ 2201 and 2202, and are obligated to pay for their equitable shares of all past and future response costs, plus interest, associated with the USOR Site. The USOR Site PRP Group further requests that this Court award interest and costs of suit, including reasonable attorney's fees and consultant fees as permitted by law; and order any such other relief as the Court may deem just and appropriate under the circumstances.

## COUNT III – DECLARATORY RELIEF UNDER CERCLA

2359.   The USOR Site PRP Group alleges and incorporates by reference Paragraph Nos. 1 through 2358 of this Complaint as if fully restated herein.

2360.   There is a present and actual controversy between the USOR Site PRP Group and all Defendants concerning their respective rights and obligations with respect to the response costs associated with the USOR Site.

2361.   Section 113(g)(2) of CERCLA, 42 U.S.C. § 9613(g)(2), provides, in relevant part, that:

> In any such action described in this subsection, the court shall enter a declaratory judgment on liability for response costs or damages that will be binding on any subsequent action or actions to recover further response costs or damages. A subsequent action or actions under section 9607 of this title for further response costs at the vessel or facility may be maintained at any time during the response action, but must be commenced no later than 3 years after the date of completion of all response action. Except as otherwise provided in this paragraph, an action may be commenced under section 9607 of this title for recovery of costs at any time after such costs have been incurred.

2362.   The USOR Site PRP Group seek a declaratory judgment under Section 113(g)(2) of CERCLA, 42 U.S.C. § 9613(g)(2), against all Defendants holding them liable for their

374

respective equitable shares of response costs, that will be binding in any subsequent action to recover further response costs.

2363.   The USOR Site PRP Group is entitled to judgment against all Defendants for past and future response costs incurred in connection with the USOR Site.

WHEREFORE, the USOR Site PRP Group respectfully prays that this Court enter a declaratory judgment against all Defendants finding that they are each liable under CERCLA and are obligated to pay for their equitable shares of all past and future response costs associated with the USOR Site. The USOR Site PRP Group further requests that this Court award interest and costs of suit, including reasonable attorney's fees and consultant fees as permitted by law; and order any such relief as the Court may deem just and appropriate under the circumstances.

## COUNT IV – COST RECOVERY UNDER TSWDA

2364.   The USOR Site PRP Group realleges and incorporates by reference Paragraph Nos. 1 through 2363 of this Complaint as if fully restated herein.

2365.   Section 361.344(a) of the TSWDA, Tex. Health & Safety Code Ann. § 361.344, provides, in relevant part, that:

> A person who conducts a removal or remedial action that is approved by the [Texas Natural Resource Conservation] commission and is necessary to address a release or threatened release may bring suit … to recover the reasonable and necessary costs of that action and other costs as the court, in its discretion, considers reasonable.

2366.   The response activities conducted to date by the USOR Site PRP Group at the USOR Site have been approved by the Texas Natural Resource Conservation Commission.

2367.   "Person" is defined in Section 361.003(23) of the TSWDA as "an individual, corporation, organization, government or government subdivision or agency, business trust,

375

partnership, association or any other legal entity." Tex. Health & Safety Code Ann. § 361.003(23).

2368.   "Release" is defined in Section 361.003(28) of the TSWDA as "any spilling, leaking, pumping, pouring, emitting, emptying, discharging, injecting, escaping, leaching, dumping or disposing into the environment." Tex. Health & Safety Code Ann. § 361.003(28).

2369.   "Removal" is defined in in Section 361.003(30) of the TSWDA to include: "(A) cleaning up or removing released hazardous waste from the environment; (B) taking necessary action in the event of the threat of release of hazardous waste into the environment; (C) taking necessary action to monitor, assess, and evaluate the release or threat of release of hazardous waste; (D) disposing of removed material; (E) erecting a security fence or other measure to limit access; (F) providing alternative water supplies, temporary evacuation, and housing for threatened individuals not otherwise provided for; (G) acting under Section 104(b) of environmental response law [CERCLA]; (H) providing emergency assistance under the federal Disaster Relief Act of 1974 (42 U.S.C. Section 5121 *et seq.*); or (I) taking any other necessary action to prevent, minimize, or mitigate damage to the public health and welfare or the environment that may otherwise result from a release or threat of release. Tex. Health & Safety Code Ann. § 361.003(30).

2370.   "Solid Waste" is defined in Sections 361.003(34) and (35) of the TSWDA as follows: garbage, rubbish, refuse, sludge from a waste treatment plant, water supply treatment plant, or air pollution control facility, and other discarded materi*al,* including solid, liquid semisolid, or contained gaseous material resulting from industrial, municipal, commercial, mining, and agricultural operations and from community and institutional activities.

2371.   "Solid Waste Facility" is defined in Section 361.003(36) of the TSWDA as follows: all contiguous land, including structures, appurtenances, and other improvements on the land, used for processing, storing, or disposing of solid waste. The term includes a publicly or privately owned solid waste facility consisting of several processing, storage, or disposal operational units such as one or more landfills, surface impoundments, or a combination of units.

2372.   Both the 200 N.Richey Street and 400 N. Richey Street portions of the USOR Site are "solid waste facilities" within the meaning of Section 361.003(36) of the TSWDA.

2373.   The waste streams, waste materials and/or sludges associated with each Defendant are all "solid waste" within the meanings of Sections 361.003(34) and (35) of the TSWDA.

2374.   The USOR Site PRP Group consists of "persons" who have and continue to conduct "removal" actions that are approved by the Texas Natural Resource Conservation Commission and are necessary to address a "release" or threatened "release," within the meanings of Sections 361.003 and 361.344 of the TSWDA, Tex. Health & Safety Code Ann. §§ 361.003, 361.344.

2375.   Pursuant to Section 361.344 of the TSWDA, Tex. Health & Safety Code Ann. § 361.344, the USOR Site PRP Group is entitled to recovery the reasonable and necessary costs of the response actions conducted by the USOR Site PRP Group at the USOR Site to date, as well as other costs the Court, in its discretion, considers reasonable against each Defendant the USOR Site PRP Group notified of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site.

WHEREFORE, the USOR Site PRP Group respectfully prays that this Court enter judgment in its favor and against all Defendants the USOR Site PRP Group notified of the existence of the release or threatened release of hazardous substances at the USOR Site, and that the USOR Site PRP Group intended to take steps to eliminate the release or threatened release of hazardous substances at the USOR Site, holding that all such Defendants are liable for the response costs incurred or to be incurred by the USOR Site PRP Group, as well as other costs that the Court, in its discretion, considers reasonable. The USOR Site PRP Group further requests that this Court award interest and costs of suit, including reasonable attorney's fees and consultant fees as permitted by law; and order any such other relief as the Court may deem just and appropriate under the circumstances.

### COUNT V – BREACH OF CONTRACT

2376.   The USOR Site PRP Group realleges and incorporates by reference Paragraph Nos. 1 through 2375 of this Complaint as if fully restated herein.

2377.   The Participation Agreement entered into between the USOR Site PRP Group and Norson Services, USA Environmental and USAg Recycling is a valid contract under Texas State law.

2378.   The USOR Site PRP Group performed all actions according to the terms of the Participation Agreement with respect to Norson Services, USA Environmental and USAg Recycling.

2379.   Pursuant to the terms of the Participation Agreement, a former member of the USOR Site PRP Group who either withdraws or is removed from the USOR Site PRP Group are still liable for such former member's respective share of any and all costs and expenses, including legal, technical and administrative costs, authorized by the USOR Site PRP Group or

undertaken by the USOR Site PRP Group in accordance with the Participation Agreement to perform response cost activities at the USOR Site, up to the date of withdrawal and/or removal from the USOR Site PRP Group, whether or not such amounts have been invoiced to the former member at the point in time when such former member withdraws or is removed from the USOR Site PRP Group.

2380.   Despite written demands to Norson Services, USA Environmental and USAg Recycling, each of them refuse to pay their respective required assessments of response costs incurred by the USOR Site PRP Group at the USOR Site.

2381.   As such, Norson Services, USA Environmental and USAg Recycling have breached the Participation Agreement, which has caused the USOR Site PRP Group to sustain damages.

WHEREFORE, the USOR Site PRP Group respectfully prays that this Court enter judgment in its favor and against Defendants Norson Services LLC, USA Environmental, LP and USAg Recycling, Inc., holding that all such Defendants are liable for their respective unpaid assessments of response costs incurred by the USOR Site PRP Group at the USOR Site response costs incurred or to be incurred by the USOR Site PRP Group. The USOR Site PRP Group further requests that this Court award interest and costs of suit, including reasonable attorney's fees and consultant fees as permitted by law; and order any such other relief as the Court may deem just and appropriate under the circumstances.

Dated:    July 31, 2015                    Respectfully submitted,

                                           THE JUSTIS LAW FIRM LLC


                                           /s/ Gary D. Justis
                                           Gary D. Justis          S.D. TX ID 2375637
                                           Rachel D. Guthrie       S.D. TX ID 2423279
                                           10955 Lowell Ave.
                                           Suite 520
                                           Overland Park, KS 66210-2336
                                           Telephone: (913) 955-3710
                                           Facsimile:  (913) 955-3711
                                           Email: gjustis@justislawfirm.com
                                                  rguthrie@justislawfirm.com

                                           ATTORNEYS FOR PLAINTIFF USOR SITE PRP
                                           GROUP


                         **CERTIFICATE OF SERVICE**

        I hereby certify that on July 31, 2015, a copy of the foregoing First Amended Complaint

was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's

electronic filing system. Parties may access the filing through the Court's Electronic Case Filing

System.


                                           /s/ Gary D. Justis
                                           Gary D. Justis


                                           380