**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| USOR SITE PRP GROUP, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 4:14-CV-02441 |
| | § | |
| A&M CONTRACTORS, INC., | § | |
| ET AL., | § | |

**DEFENDANT INTERNATIONAL BANK OF COMMERCE'S**
**CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, International Bank of Commerce, states it is a wholly owned subsidiary of IBC Subsidiary Corporation which is a wholly owned subsidiary of International Bancshares Corporation. International Bancshares Corporation is a publicly traded company.

Respectfully submitted,

MARTIN & DROUGHT, P.C.
Bank of America Plaza, 25th Floor
300 Convent Street
San Antonio, Texas  78205
Telephone:  (210) 227-7951
Facsimile:   (210) 227-7924

By:  */s/ Vincent A. Notzon*
VINCENT A. NOTZON
State Bar No. 00788130
vnotzon@mdtlaw.com
MATHIS B. BISHOP
State Bar No. 24045500
mbishop@mdtlaw.com

ATTORNEY FOR INTERNATIONAL
BANK OF COMMERCE

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of International Bank of Commerce's Corporate Disclosure Statement has been forwarded to the attorneys of record by CM/ECF service on this 23rd day of December, 2015.


      */s/ Vincent A. Notzon*
VINCENT A. NOTZON