**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **USOR SITE PRP GROUP,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:14-cv-02441** |
| | § | |
| **A&M CONTRACTORS, INC., et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**UNITED ENVIRONMENTAL SERVICES, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant United Environmental Services, LLC ("United"), states there is no corporation which is a parent to United, nor is there any corporation which owns more than 10% of United's stock.

Respectfully submitted,

**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**

By: */s/ Robert G. Dees*

Robert G. Dees
TBA No. 05716430
Fed. ID No. 13899
808 Travis, 20th Floor
Houston, Texas 77002
Telephone:  (713) 632-1700
Facsimile:  (713) 222-0101

**ATTORNEYS FOR UNITED ENVIRONMENTAL**
**SERVICES, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been served on counsel of record listed below in accordance with the Federal Rules of Civil Procedure, via email on January 7, 2016.

Gary D. Justis
The Justis Law Firm, LLC
5251 W. 116th Place, Suite 200
Leawood, Kansas 66211-7820
gjustis@justislawfirm.com

/s/ Robert G. Dees
Robert G. Dees

8530-0022
1485291

2