# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| USOR SITE PRP GROUP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-cv-02441 |
| | § | |
| A-1 CLEANING SEPTIC | § | |
| SERVICE, LLC; et.al. | § | |
| | § | |
| Defendants. | § | |

### AFFIDAVIT OF KIRK W. BROWN
### IN OPPOSITION TO DEFENDANT BOAT SHED'S
### MOTION TO DISMISS

1. My name is Kirk W. Brown and I reside at 12684 Hunters Creek Road in College Station, Brazos County, Texas.  I certify that I am over 21 years of age and am competent to make this affidavit.

**Background and Qualifications**

2. From 1970 through 2001, I was a member of the faculty at Texas A&M University and currently serve as Professor Emeritus in the Soil and Crop Sciences Department, Texas A&M University, College Station, Texas. In 1990, I received a joint appointment to the faculty in Toxicology where I supervised the research of master's degree and doctoral candidates in the field of toxicology as well.  My educational background includes a Bachelor of Science degree in Agronomy from Delaware Valley College (1962), Masters of Science degree in Agronomy/Plant Physiology from Cornell University (1964), and a Doctor of Philosophy degree from University of Nebraska (1969).  My resume is attached as Appendix 1.  It includes my complete list of publications.

3. From 1987 through 2001, I taught a graduate level course entitled "Land Disposal of Wastes".  This course addressed the theoretical and practical aspects of land treatment and landfilling of a wide range of municipal, industrial, and hazardous wastes with a special emphasis on the fate and mobility of waste constituents in both soil and surface waters, including the influence of soil physical and chemical properties on the constituent fate.  As part of the work for this course,

I taught a section on basic risk assessment and the impacts of risk under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA").

4.  During my tenure at Texas A&M, I conducted extensive research including numerous research projects for the U.S. Environmental Protection Agency ("USEPA") and the National Institute of Health ("NIH") on the fate and transport of contaminants, including pathways of exposure and toxicity of hazardous substances to receptors in the environment.  As a result of these research efforts, I have authored or co-authored over 190 peer-reviewed, scientific publications, twenty-five of which deal with risk assessment or toxicity of hazardous substances in the environment.

5.  I have served on Technical advisory panels to the USEPA, committees of the Office of Technical Assessment and the National Academy of Science.  Significant reports resulting from these committee assignments include, Groundwater and Soil Cleanup, Improving Management of Persistent Contaminants (1999); Ranking Hazardous Waste Sites (1994); Coming Clean, Superfund Problems Can Be Solved (1989); and Superfund Strategy (1985).

6.  In 1981, I was appointed to the USEPA Land Treatment Task Force where I served from 1981 through 1985.  As part of my assignment with the Task Force, I evaluated the alternatives for land disposal of wastes and the risk associated the disposal alternatives.  While a member of this Task Force, I testified before the U.S. House of Representatives – Science and Technology Committee in November 1982 on the adequacy of USEPA's liquid management system to protect groundwater at hazardous waste landfills, which lead to the passage of the Hazardous and Solid Wastes Amendments of 1984 under the Resource Conservation and Recovery Act ("RCRA").

7.  In 1983 and 1984, I was a member of the Advisory Panel to the U.S. Congressional Office of Technology Assessment.  This panel was tasked with determining the effectiveness of current USEPA programs to clean up uncontrolled hazardous waste sites.  As part of my assignment with this committee, I reviewed and evaluated the toxicity and imposed risk to receptors due to hazardous substances and provided recommendations for improving the efficiency of the USEPA programs to mitigate risk at uncontrolled hazardous waste sites.

8.  In 1984, I was a member of the Office of Water Regulations and Standards Committee on Municipal Sludge Landfilling, which was formed to advise USEPA on the pollutants which should be regulated for disposal and the methods or procedures to be used for regulating such

pollutants.  As part of my work for this committee, I assessed the hazards and risks associated with the hazardous substance contained in municipal sewage sludge and provided recommendations for regulations of metals in sewage sludge based on the degree of risk presented by exposure to these constituents.

9. From 1987 through 1995, I was a member of the Advisory Panel to U.S. Congressional Office of Technology Assessment which was tasked with assessing the effectiveness of the USEPA in identifying, prioritizing, and cleaning up hazardous waste sites.  As part of my work for this committee, I evaluated the impacts of exposure from different media and the effectiveness of available technologies to mitigate exposure and risk from hazardous waste sites.

10. From 1991 through 1994, I served on the National Academy of Sciences, Committee on Remedial Action Priorities for Hazardous Waste Sites, where I evaluated the role of risk assessment and mitigation of risk in the decision process for remedial action.

11. From 1995 through 1998, I served on the National Academy of Sciences, National Research Council Committee on Environmental Technologies, Subcommittee on Landfills.  As part of my assignment to this committee, I evaluated the risk due to contaminants in soil and groundwater and recommended strategies for the managements and control of recalcitrant wastes for the reduction of risk due to these persistent contaminants.

12. In addition, I have served on numerous USEPA review panels addressing toxicity and risk including the following, among others:

    a. USEPA Panel to Review the Acceptability of Landfill Disposal of Sewage Sludge (1984);

    b. USEPA Panel to Write a Protocol for Mutagenicity Sample Preparation (1984);

    c. USEPA Hazardous Waste Center Review Panel (1988); and

    d. USEPA Review for Risk Assessment for Petroleum Industry Hazardous Waste Listing Determination (1995).

13. I was the primary author of a 1982 Publication for the USEPA's Municipal Environmental Research Laboratory entitled, <u>Characteristics of Hazardous Waste Streams</u>.  This publication addressed the specific industrial sources of waste and the hazardous substances they contain as related to the standard industrial classification (SIC) codes of the industrial generator.

14. I was the primary author of a 1983 publication for the USEPA entitled, <u>Hazardous Waste Land Treatment</u>.  This publication specifically addressed the treatment of hazardous waste from

industrial waste streams to mitigate risk and eliminate risk to potential receptors upon completion of land treatment.

15. Additionally, I provided technical review as a member of peer review panels for the United States Department of Health and Human Services, Public Health Services for review of toxicological profiles for the Agency for Toxic Substances and Disease Registry ("ATSDR") from 1990 through 2000.

16. I have been a consultant in the field of environmental science and engineering for the past 36 years. I founded K. W. Brown and Associates, Inc., and served as President from 1980 until 1991.  I was employed as a Principal Consultant with K. W. Brown Environmental Services from 1991 until 1999 and with SI Group, LP from 2000 through 2008. In March 2009, I joined the firm of ThermoTech Intl. ("TTI") and was employed as a Principal Consultant through April 2011. Since that time, I have been employed as an independent consultant.

17. As a consultant, I have studied and am familiar with industrial, commercial, and residential waste, and the disposal facilities that eventually contain such waste. I have extensive expertise regarding the fate and transport of hazardous substances which were contained in these wastes when released to the environment in general, and to the soils in particular.  I have researched the risks associated with leachate from landfills containing these wastes. I have also investigated the fate and behavior of organic compounds and metals found in leachate from landfills and the resulting impacts on the underlying groundwater. I have reviewed numerous remedial plans and proposed remedies pertaining to landfills containing industrial, commercial, and residential wastes.

18. Through these years of consulting, numerous private and public clients have employed me. My expertise has been utilized for site assessments, data review and interpretation, waste management activities, the study of fate and transport of contaminants in the environment, the movement of contaminants in groundwater and surface water, the design and implementation of remedial actions for recalcitrant organic compounds, and other related environmental matters. I have also reviewed and interpreted a large quantity of analytical data for soils and groundwater, as well as borings logs, field logs, technical reports, and other information related to the environmental conditions of a site.

19. As a consultant, I have evaluated or analyzed numerous waste disposal and landfill sites including the following: Laurel Park Landfill, Beacon Heights Landfill, Lone Pine Landfill, Ft.

Bend County Landfill, Oak Grove Landfill, East Bethel Landfill, Dickson County Landfill, and Sinton Landfill, among others. In addition, I have also worked on the following Superfund sites: Hardage Criner, Love Canal Landfill, Lowrey Landfill, Montana Pole, National Gypsum, Riley Tar, Sharon Steel, Helen Kramer Landfill, Sikes' Pits, Metal Bank of America, Tar Creek, and the West Dallas Lead Site.

20. I am personally familiar with the definition of "hazardous substance" as defined in § 101(14) of the Comprehensive Environmental Response, Compensation, and Liability Act and under the statutes and regulations incorporated by reference into that section. A hazardous substance under CERCLA is defined in 42 U.S.C. § 9601 (14), invoking the EPA designations under 42 U.S.C. § 3001 and 9602, among other statutes. Included in the definition of a CERCLA hazardous substance are certain hazardous wastes which are either listed in 40 C.F.R § 261, Subpart D or have certain identified characteristics as described in 40 C.F.R. § 261, Subpart C. Likewise, I am familiar with the regulations defined in the Texas Solid Waste Disposal Act (H&S Code § 361) and the requirements specified for the disposal of solid wastes contained in that chapter.

21. I have qualified and given testimony as an expert witness in civil cases in federal and state courts, regulatory hearings, and enforcement actions pertaining to hazardous wastes, organic chemical contamination, and the fate and transport of organic chemicals, metals, and other contaminants in environmental media, as well as exposure and risk, among other issues. I have offered opinions related to these topics at several Superfund sites. A complete list of cases in which I have rendered opinions is presented in Attachment 2.

22. As a result of these activities, I am intimately familiar with the hazardous substances contained in the wastes received by the U.S. Oil Recovery Site ("USOR") site and am well aware of the risk associated with the exposure to these hazardous substances when released to the environment.

**Data and Other Information Considered**

23. I was retained by counsel for the U.S. Oil Recovery Site PRP Group in connection with the above-captioned lawsuit. One of the subjects I was asked to consider was whether waste streams of certain Defendant companies, which I understand had been disposed of at the USOR site in Harris County, Texas, contained "hazardous" substances, giving "hazardous" the same meaning it has in Federal and state environmental law.

24. At the request of counsel for the Plaintiffs, I have prepared this affidavit in response to recent Motions to Dismiss and/or Motions for Summary Judgement by the Defendant.  I have reviewed the site information and discovery responses provided by counsel as well as information gathered independently and offer my professional opinions in this report. The opinions I have formed in this matter are based on my education and experience as well as the information cited for this report in Attachment 3.

**Opinions and Basis of Opinions**

25. I have reviewed the discovery records concerning the operations of The Boat Shed ("Boat Shed") which were provided by counsel.

26. In the Defendant's Original Answer to Plaintiff's Second Amended Complaint, the Defendant admitted that, in June of 2005, Boat Shed "contracted with Gulf Coast Vacuum Service, Inc., to remove and dispose of nonindustrial materials, specifically, water. Defendant denies that the materials in question were hazardous and denies that it selected the USOR Site as the site to which the materials should be sent. Defendant denies that it arranged for transportation of any hazardous materials at the USOR Site" (Boat Shed, 2016a).

27. In the Defendant's Reply to Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint, the Defendant stated, "The Boat Shed was a family operated self-storage facility in Pasadena, Texas. In June of 2005, The Boat Shed's facility caught fire and the fire department responded to put out the fire. The day after the fire, Gulf Coast Vacuum Service, Inc. ("Gulf Coast Vacuum") contacted The Boat Shed and offered to remove and dispose of the water at The Boat Shed's facility. The Boat Shed agreed and entered into a one-time contract with Gulf Coast Vacuum for the removal of the water. The water in question is non-industrial, non-hazardous material" (Boat Shed, 2016b).

28. In the Defendants' Motion to Dismiss, Boat Shed further stated "additional USOR Site records-again referred to in Plaintiffs complaint-clearly identify and label the water in question as non-industrial, nonhazardous, clear, odorless, had the pH level of water, and that it did not contain any of the alleged hazardous substances Plaintiff complained of..." (Boat Shed, 2016c). Additionally, Defendants provided a copy of the Generator Liquid Profile Sheet with their Motion to Dismiss as Exhibit C.

29. However, the Generator Liquid Profile Sheet attached to the Defendant's Motion to Dismiss is incomplete.  The profile sheet was not based on analytical testing of the wastewater nor did the

profile sheet reference any Material Safety Data Sheets for determining the composition of the waste.  Further, the Generator Liquid Profile Sheet, as attached in Exhibit C of the Motion to Dismiss, was not signed or dated by a representative of Boat Shed as specified by USOR (Boat Shed, 2016c).

30. According to internet Yellow Pages listings for Boat Shed, the Defendant operated a boat storage facility offering boat servicing, minor repairs, and public commercial warehousing (NAICS Code 441222 and 493110).

31. In the Texas Commission of Environmental Quality ("TCEQ") Central Registry, Boat Shed and its facility address are not registered as a regulated entity.  Likewise, Boat Shed is not registered in the United States Environmental Protection Agency's Facility Registry Service.

32. As a storage and warehousing facility, Boat Shed rented space for the temporary storage of boats and watercraft.  The contents of the facility, more likely than not, would have contained small quantities of fuel and oil, in addition to cleaning compounds, waxes, degreasing agents, paint, and residual surface coating products, among others (EPA, 1991b; EPA, 1999).

33. The minor repairs and servicing processes conducted at the Boat Shed facility would include metal cutting, grinding, surface preparation, and surface coating, among others.  The waste streams generated at the Boat Shed facility as a result of these processes would include spent cutting oils, used metalworking fluids, metal shavings, grinding residues, solvents, degreasers, waste surface coating products, adhesives, and waste bonding agents, among others (EPA, 1995c; EPA, 1997a; EPA 1997b).

34. In my opinion, based on the Boat Shed discovery records that I reviewed and my knowledge and experience with maintenance and repair processes carried out at facilities like the Boat Shed during the time period in question, the processes, listed above, would have generated one or more of the following substances as wastes: acetone, benzene, toluene, xylene, methyl ethyl ketone, methylene chloride, dichloroethylene, trichloroethylene, perchloroethylene, trichloroethane, chromium, copper, lead, and zinc; all of which are hazardous substances under CERCLA. (40 CFR §302.4; EPA, 1990; Brown and Nelson, 1994; EPA, 1997a; EPA, 1997c).

35. Further, it is my opinion that the fire that consumed the facility in June of 2005, would have generated residual polycyclic aromatic hydrocarbon ("PAH") compounds including anthracene, fluorene, fluoranthene, naphthalene, phenanthrene, and benzo(a)pyrene, among others, as

components of the combustion ash (Enell et al., 2008; Bari et al., 2011). All of these PAH compounds are hazardous substances under CERCLA (40 CFR §302.4).

36. Furthermore, water used to extinguish the fire would have come into direct contact with the hazardous substances generated at the facility and the PAH compounds formed in the fire. As a result of this contact, the wastewater generated at the Boat Shed facility would have contained some, if not all, of the hazardous substances present at the facility. (EPA, 2004).

37. I understand that the wastewater, removed from the Boat Shed facility, which other evidence shows was disposed of at the USOR site, would have contributed to the wastes that were present at the USOR site.

38. Emergency response actions by USEPA and the TCEQ in July, 2010, November 2010, and January 2011, identified the following substances, among others, as contaminants of concern for the site: acetone, benzene, dichloroethylene, methyl ethyl ketone, methylene chloride, perchloroethylene, toluene, trichloroethane, trichloroethylene, and xylenes. (EPA, 2011a; EPA, 2011b)

39. A health consultation by the ATSDR of the neighboring Vince Bayou in August 2009, identified chromium, copper, lead, nickel, and zinc, among other metals as contaminants of concern (ATSDR, 2009).

40. Soil and sediment sampling in the areas of Vince Bayou adjacent to the USOR site indicated the presence of anthracene, fluorene, fluoranthene, naphthalene, phenanthrene, and benzo(a)pyrene, among others PAH compounds as contaminants of concern. (ATSDR, 2009).

**FURTHER AFFIANT SAYETH NAUGHT.**

Dr. Kirk Wye Brown

SWORN AND SUBSCRIBED TO
Before me this 12 day of December 2016.

Notary Public

SARAH M DAVIS
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 10/11/2020
NOTARY ID 13085912-3

APPENDIX 1

## *Kirk W. Brown, Ph.D.*

**Biographical Data**

Principal Consultant; KW Brown, Environmental Consultant
Born: July 3, 1940; Bethlehem, PA
Citizenship: U.S.A.
Marital Status: Married                No. of Children: 3

**Education**

Ph.D., Agronomy, University of Nebraska, 1969
M.S., Agronomy/Plant Physiology, Cornell University, 1964
B.S., Agronomy, Delaware Valley College, 1962

**Areas of Expertise**

Fate and Movement of Salt, Oil, Metals, Organic Chemicals, Gases, Nutrients, Pesticides and Pathogens in Soil, Air and Groundwater Environments; Remediation of Metal and Organic Chemical Contaminated Soils and Groundwater; Leachability and Translocation of Metals and Organic Chemicals in the Soil Profile; Fixation and Stabilization of Metals in the Environment; Characteristics of Hazardous and Municipal Wastes; Industrial Waste Stream Identification; Classification and Fingerprinting of Waste Materials; Disposal of Municipal, Industrial, and Hazardous Waste by Land Treatment and Landfilling; Land Treatment of Sewage Sludge, Industrial Wastewater and Sludge; Bioremediation of Polluted Soils; Vapor Extraction of Soils; Toxicity and Risk-based Assessment of Soil Contaminants to Plants and Animals; Flux of Volatile Chemicals in Air; Air Dispersion Modeling; Influence of Chemicals on the Permeability of Landfill Liners; Sources and Transport of Methane; Composting of Municipal and Hazardous Waste; Design and Operation of Septic Systems; Nonpoint Source Pollution; Expansive Properties of Clay Soils; Soil Solution Sampling; Fate of Mutagenic Compounds in Soil; Mold and Fungal Growth; Reclamation of Drastically Disturbed Lands; Aerial Photo Interpretation; Soil Use and Suitability Classification; Agricultural Water Use Efficiency; Crop Water Stress; Golf Green and Athletic Field Construction; Use of Windbreaks; Soil Crusting; Gas Movement in Soil.

*Academic*

Professor Emeritus, Soil and Crop Sciences, Texas A&M University, 2001-Present.
Professor, Soil and Crop Sciences, Texas A&M University, 1981-2001.
Associate Professor, Soil and Crop Sciences, Texas A&M University, 1973-1981.
Assistant Professor, Soil and Crop Sciences, Texas A&M University, 1970-1973.
Visiting Scientist, Center of Plant Physiological Research, Wageningen, Netherlands, August, 1969-July, 1970.
Research Assistant, University of Nebraska, June, 1965-December, 1969.
Teaching Assistant, Cornell University, September, 1964-June, 1965.

## COURSES TAUGHT

**Soil Physics (Undergraduate Course No. 445) 1970-2001.**

The practical aspects of soil texture, structure, water management, as well as the theoretical aspects of soil water potentials, and the movement of water, ions, gas, and heat in the soil.

**Advanced Soil Physics (Graduate Course No. 617) 1970-1988.**

An in-depth study of the physical properties of soil including basic principles which regulate the dynamics of soil, water and ion movement, soil aeration, and soil thermal relationships. Equations describing these processes are presented and references to current literature are provided for outside reading.

Kirk W. Brown

**Reclamation of Drastically Disturbed Lands (Graduate Course No. 615) 1979-1986.**

Concepts influencing the reclamation, revegetation, and establishment of a stable ecological system on lands that have been drastically disturbed by strip mining, severe erosion, or toxic waste contamination.

**Land Disposal of Wastes (Graduate Course No. 616) 1987-2001.**

The theoretical and practical aspects of the land treatment and landfilling of a wide range of municipal, industrial, and hazardous wastes. Emphasis has been placed on the fate and mobility of various waste constituents in the soil and the influence of soil physical and chemical properties on constituent fate.

*Short Courses Taught*

Soil Science Institute (One month course) 1984, 1986, 1992, 1993
Land Treatment of Industrial Waste - Chemical Engineering Society, 1982, 1983.
Landfill Liner Design, University of Texas - 1986, 1987.

**Society Memberships**

American Society of Agronomy, 1970-2001
Soil Science Society of America, 1970-2001
American Chemical Society, 1970-2001
International Society of Soil Science, 1970-2001

**Editorial Board**

Environmental Engineering Science, formerly Hazardous Waste and Hazardous Materials. 1989-2001.

**Reviewed Papers For**

Soil Science Society of America Proceeding; Soil Science, Journal of Environmental Quality; Environmental Engineering Science, formerly Hazardous Waste and Hazardous Materials; ATSDR; American Petroleum Institute; Water, Air & Soil Pollution; Waste Management & Research, Water Pollution Control Federation; Water Research; Waste Management; Journal of Hazardous Materials; Archives of Environmental Contamination and Toxicology.

**Elected Positions**

Chairman, ASA Section A5, 1989-90
General program chairman for ASA meetings, 1973
Chairman, ASA Section A3, 1972

**Committee Appointments**

National Academy of Sciences, National Research Council Committee on Environmental Technologies Subcommittee on Landfills (1995-1998).
EPA Review for Risk Assessment for Petroleum Industry Hazardous Waste Listing Determination (Sept 1995).
Environmental Geosciences Advisory Committee of the American Geological Institute representing the Soil Science Society of America (1993-2000).
National Academy of Sciences (NRC) Committee on Remedial Action Priorities for Hazardous Waste Sites (1991-1994).
Texas Natural Resource Conservation Commission Committee on rules on Wastewater Treatment Plant Sludge, Water Treatment Plant Sludge and Septic Tank Sludge Disposal (1992-1993).
Texas Water Commission Committee to Develop Regulations on the Land Application of Sewage Sludge (1992-93).
Faculty of Toxicology Executive Committee, Texas A&M University (1990-93).
Texas Governor's Infrastructure Committee on Free Trade (1991).
Oklahoma Corporation Commission on Land Application of Oil Field Drilling Waste (1990-1991).
Texas Department of Health Ad Hoc Committee for Revising the Construction Standards for On-Site Sewage Facilities (1989-90).
EPA Hazardous Waste Center Review Panel (1988).

Kirk W. Brown

National Science Foundation, Environmental Engineering Div., Review Panel (1987-1995).
Texas Dept. of Health Septic Disposal Regulations Revision Panel (1987).
Advisory Panel to Chicot Aquifer Management Project (Louisiana). McNeese State University, LA (1987-1990).
ASA Editorial Committee "Reaction and Movement of Organic Chemicals in Soils" 1987.
Advisory Panel to U.S. Congressional Office of Technology Assessment (OTA) on An Assessment of the
    Effectiveness of the EPA in Identifying, Prioritizing and Cleaning Up Hazardous Waste Sites (1987-1995).
Organizing Committee for SSSA Workshop on Utilization, Treatment and Disposal of Waste on Land (1985).
Panel to Write Research Needs for Hazardous Wastes Treatment and Disposal for National Science Foundation.
    Drexel University, PA (1986).
EPA Technical Advisory Panel on the Adequacy of Ground Water Monitoring at Hazardous Waste Landfills (1985).
Panel to Write the Mutagenicity Sample Preparation Protocol for EPA (1984).
EPA Panel to Review the Acceptability of Landfill Disposal of Sewage Sludge (1984).
Office of Water Regulations and Standards Committee on Municipal Sludge Landfilling to Advise EPA on the
    Pollutants which should be Regulated for Various Disposal Options and the Methods or Procedures to be Used
    for Regulating such Pollutants (1984).
Advisory Panel to U.S. Congressional Office of Technology Assessment (OTA) to Determine the Effectiveness of
    Current Programs to Clean Up Uncontrolled Hazardous Waste Sites (1983-84).
EPA Science Review Panel for Environmental Engineering Research Grants (1982-1998).
United States Environmental Protection Agency Land Treatment Task Force (1981-1985).

**Significant Reports Resulting from Committee Assignments**

National Research Council. 1999.   "Groundwater & Soil Cleanup, Improving Management of Persistent
    Contaminants".
National Research Council. 1994. "Ranking Hazardous Waste Sites".
Office of Technology Assessment, Congress of the United States of America. 1989. "Coming Clean, Superfund
    Problems Can be Solved".
Office of Technology Assessment, Congress of the United States of America. 1985.  "Superfund Strategy".

**University Committees**

Texas A&M University Environmental Safety and Health Committee (1987-90).
Council of Principal Investigators, Texas A&M University (1986-1990).
Texas Agricultural Experiment Station 5-Year Planning Board.
Texas A&M University Faculty Forum (1979-82).
Texas Agricultural Experiment Station Grant Support Committee (1976-77).

**Awards**

Texas A&M University College of Agriculture Award for Excellence in Teaching (1995)
Texas A&M University System Award for Excellence in Graduate Teaching (1988)
ASA Environmental Quality Research Award (1988)
Fellow - Soil Science Society of America (1987)
Fellow - American Society of Agronomy (1986)
Distinguished Alumni Award, Delaware Valley College (1986)
Superior Achievement Award for Research, Soil and Crop Sciences Department, Texas A&M University (1986)
Pollution Engineering Magazine Award of Merit for Outstanding Editorial Contribution "The Case for Aboveground
    Landfills" (1984)

**Books Authored**

*Hazardous Waste Land Treatment*. 1983. Butterworth Publishers, 10 Tower Office Park, Woburn, MA 01801.
*Reactions and Movement of Organic Chemicals in Soils*. 1989. Sawhney, B. L. and K. W. Brown. SSSA/ASA
    Publishers, SSSA Special Publication No. 22, 494 pgs.

**Professional Experience Outside the United States**

Visiting Scientist at Center of Plant Physiological Research,Wageningen (1969-70).

Kirk W. Brown

**Testimony Before Legislative Bodies**

Texas House of Representatives - Environmental Affairs Committee, April 1987.  Testified on the need for legislation to set up a waste management plan for the state.

Texas Governor's Taskforce on Oil Spills, February 1985.  Testified on the fate of oil spill debris and disposal technology options.

Texas Governor's Taskforce on Hazardous Waste, November 1984. Testified on the effectiveness of landfills for disposal technology.

Texas Governor's Taskforce on Hazardous Waste, June 1984. Testified on the impact of organic chemicals on the permeability of soils.

U.S. House of Representatives - Science and Technology Committee, November 1982. Testified on the adequacy of EPA's liquid management system to protect groundwater at hazardous waste landfills.

Texas House of Representatives - Environmental Affairs Committee, April, 1982. Testified on the impact of organic chemicals on the permeability of clay liners.

**Consulting**

Founder and President of K. W. Brown and Assoc., Inc., (1980- 1991). Chief technical consultant to K. W. Brown Environmental Services (1991-1999), SI Group, LP (2000-2009), TTI Environmental Consultants (2009–2011), and as an independent consultant (2011-Present). Past consulting activities have included assignments with Dupont, Alcoa, General Motors Corporation, Minnesota Mining & Manufacturing, WR Grace, Owens Corning, Union Pacific Railroad, Chevron, Shell, Exxon, Texaco, Arco, Sunoco, El Paso Products, New York Attorney General's Office, Illinois Attorney General's Office, Minnesota Attorney General's Office, Minnesota Pollution Control Administration, U.S. EPA, U.S. Army Corps of Engineers, and U.S. Dept. of Justice.

Consulting activities have included consultations on the cleanup and disposal of wastes, the impacts of hazardous waste on the environment, assessment and remediation of exploration and production releases, the design of hazardous waste landfills and solid waste management units, and the fate and mobility of chemicals in the soil, groundwater, and air, as well as, providing expert testimony at permit hearings, mediation hearings, civil suits, and before legislative bodies on these topics. My expertise has been utilized for site assessments, data review and interpretation, the study of fate and transport of contaminants in the environment, waste management activities, historical oilfield and landfill operations, and other related environmental matters. I have reviewed and interpreted a large quantity of analytical data for air, soils and groundwater, as well as boring logs, field logs, technical reports, and other information related to the environmental conditions of a site. I have prepared and reviewed remedial action plans for hundreds of sites including sites contaminated with metals, organic chemicals, pesticides, biological pathogens and petroleum production wastes. I have designed and implemented remedial actions at numerous hazardous waste sites under the auspices of both state and federal regulatory authorities.

As a consultant, I have evaluated or analyzed hazardous substances in industrial waste streams from numerous industries including the lumber and paper industries, the printing industry, chemical manufacturing industry, petroleum exploration, production, processing and refining industries, plastics and rubber products industry, leather tanning and finishing, metal smelting and finishing, electric utilities, and the electronic components manufacturing industry, among others. I have conducted extensive research on the hazardous substances contained in municipal and household waste with a special emphasis on the fate and mobility of these constituents in the environment after disposal in municipal solid waste landfills.  I have provided evaluations and assessments for numerous waste disposal and landfill sites including the following: Love Canal Landfill, Lowrey Landfill, Helen Kramer Landfill, Junker Landfill, Lemberger Landfill, Laurel Park Landfill, Beacon Heights Landfill, RCA-Buzby Landfill, Valleycrest Landfill, Boarhead Farms, Pennsauken Landfill, Lone Pine Landfill, Ft. Bend County Landfill, and Sinton Landfill, among others. In addition, I have also provided expert testimony for civil actions involving the following Superfund sites: Hardage Criner, Montana Pole, National Gypsum, Brio/Dixie Oil Processors, Sikes' Pits, Turtle Bayou, Metal Bank of America, Tar Creek, and the West Dallas Lead Site.

**Guest Lectures**

Dewatering of confined dredge spoil areas. In: *Second International Symposium on Dredging Technology*. BHRA Fluid Engineering, Cranfield, Bedford, England. Paper G1:1-24. (1977).

Kirk W. Brown

Revegetation of drastically disturbed lands. Texas A&M Lignite Symposium. April 17-18. (1980).

Impact of surface mining on water quality. Texas A&M Lignite Symposium, April 17-18, 1980.

Factors influencing the biodegradation of API separator sludges applied to soils. Presented at the Seventh Annual Research Symposium at Philadelphia, PA. March 16-18, 1981.

Land treatment of industrial hazardous wastes. Presented at a Symposium and Workshop on Hazardous Waste Management. Louisiana State University, November 16-20, 1981.

Effect of organic chemicals on clay liner permeability. A review of the literature. Presented at the Sixth Annual Research Symposium at Philadelphia, PA. 1981.

Land disposal of oily wastes. Brest, France. August, 1982.

Influence of organic liquids on the permeability of clay soils. Harwell, Great Britain. July, 1982.

Use of sewage effluent for irrigation. Adelaide, Australia. June, 1982.

Influence of organic liquids on the integrity of liners to pits, ponds, lagoons and landfills. Waste Water Analysts Assoc., Houston, TX. November, 1982.

Reclamation of strip mined lands. Sierra Club, Austin, TX. November, 1982.

Waste disposal on range land. Range Science Department, Texas A&M University. College Station, TX. November, 1982.

The politics of hazardous waste disposal. Political Science Department, Texas A&M University. College Station, TX. October, 1982.

The treatment and disposal of hazardous, industrial and toxic waste. American Society of Civil Engineers, Austin, TX. September, 1982.

Effect of organic fluids on the permeability of clay soil liners. Presented at the Eighth Annual Research Symposium at Ft. Mitchell, Ky. March 8-10, 1982.

The fate of mutagenic compounds when hazardous wastes are land treated. Presented at the Eighth Annual Research Symposium at Ft. Mitchell, Ky. March 8-10, 1982.

The influence of chemicals on the permeability of clay liners. Presented at Hazardous Waste Conference, Chicago, Ill. June 28-29, 1983.

Cleanup of chemicals spilled on soils. Presented at the Texas Agricultural Extension Service Conference, Houston, Texas. June 23, 1983.

The reclamation of strip mined land. Presented at Texas Environmental Coalition in Austin, Texas Jan. 22, 1983.

The influence of selected organic liquids on the permeability of clay liners. In: D. W. Shultz (ed). Land Disposal, Incineration, and Treatment of Hazardous Waste. Proceedings of the 9th Annual Research Symposium at Ft. Mitchell, Ky. May 2-4, 1983.

Panel on land treatment of sewage sludge. EPA Workshop on Sewage Disposal, Denver, CO. March 1983.

Land disposal of hazardous liquids. Waste Management Conference, Houston, TX. February 1983.

Alternatives to land disposal of waste. Dept. of Agriculture Seminar, University of Houston. Sept. 10, 1984.

How to write a successful research proposal. Soil Science Graduate Seminar, Soil & Crop Sciences Dept, Texas A&M University, Sept. 19, 1984.

The advantages of above ground disposal. Waste Tech Conference, Houston, October 30, 1984.

Potential groundwater implications of surface storage of toxic substances. Groundwater Symposium, Gunter Hotel, San Antonio, Texas. October 30, 1984.

Clean up of spills; Alternative disposal methods. Geotechnical Engineering for Waste Disposal Symposium, University of Texas, Austin. November 2, 1984.

The properties of soils and containment of waste. Environmental Engineering Seminar, Civil Engineering Dept., Texas A&M University, College Station, 1984.

Carbon dioxide flux at the earth's surface. Texas A&M University, College Station, February 1984.

Above ground landfills in hazardous waste management schemes. National Conference and Exhibition on Hazardous Waste and Environmental Emergencies. Houston, Texas, March 1984.

Fate of mutagens applied to soil. Environmental Toxicology and Pharmacology Seminar. Texas A&M University, College Station, March, 1984.

Permeability of compacted soils to solvents mixtures and petroleum products. Presented at the Tenth Annual Research Symposium at Cincinnati, Ohio, April 1984.

Simulation of Potential Rainfall Conservation from Two Cross-Diked Furrow Bed Designs. Texas A&M University, College Station. February 1984.

Kirk W. Brown

The soil scientist as a consultant. Soil Science Graduate Seminar, Panel Discussion. Soil & Crop Sciences Dept, Texas A&M University, Sept. 12, 1984.

Land disposal of hazardous waste. Agricultural Engineering Dept. Graduate Seminar, Agricultural Engineering Dept., Texas A&M University. Sept. 13, 1984.

Geotechnical engineering for waste disposal projects. University of Austin, Texas, October 1985.

Monitoring the unsaturated zone. Presented at the National Specialty Conference. Land Treatment: A Hazardous Waste Management Alternative, April 16-18, 1985, Austin, Texas.

Ability of sorbents to retain liquids in landfills, 10th Annual American Organization of Analytical Chemists' Spring Workshop, Dallas, Texas April, 9-11, 1985.

Geotechnical engineering for waste disposal projects. University of Austin, Texas, October 1986.

Potential health effects of hazardous waste contaminants in groundwater. Public Health Grand Rounds, University of Pittsburgh Graduate School of Public Health. January 23, 1986.

Geotechnical engineering for waste disposal projects. University of Texas, Austin, October 1986.

Influence of organic liquids on the hydraulic conductivity of soils. University of Cambridge, United Kingdom. September 9-11, 1987.

Design and construction of the growth media in golf greens, Montreal, Canada, 1987.

Groundwater pollution problems associated with fertilizers, pesticides, and leaking storage tanks. Pro Show, Dallas, November 1987.

Mutagenic testing of hazardous waste sites. Southwest Environmental Mutagenic Society, Houston, November 1987.

The use of lime for waste disposal and treatment of hazardous waste contaminated sites. National Lime Association, Phoenix, AZ, April 1987.

A soil scientist as an expert witness - Presented to the Soil Survey and Land Resource Workshop. February 19, 1988.

Guest lecture to Rio Brazos Audubon Society - May 2, 1988.

Presentation to the Texas Association of Milk, Food and Environmental Sanitarians, June, 1988.

Guest lecture to Range Science Ecology and Land Use class. Dept. of Range Science, Texas A&M University, Nov. 18, 1988.

Hazardous Waste: A general overview. Agricultural Engineering, Environmental and Water Resources Engineering and Texas Water Resources Institute Seminar, Texas A&M University, College Station, TX. January 1989.

The need for community recycling. Environmental Organization, Civil Engineering Dept., Texas A&M University, College Station, TX. February 1989.

Superfund sites: The problems and the solutions. Industrial Hygiene Seminar, Texas A&M University, College Station, TX. February 1989.

Hazardous waste disposal on the Gulf Coast Texas. Texas ASA Annual Meeting. Galveston, Galveston County, Texas, February 1989.

New technologies for liners - Presented at the Conference on Prevention and Treatment of Groundwater and Soil Contamination in Petroleum Exploration and Production. Calgary, Alberta, Canada, May 9-12, 1989.

Guest Lecture to Range Science Ecology and Land Use Class: Dept. of Range Science, Texas A&M University, College Station, TX. Oct. 4, 1989.

Ongoing and future research in the geowaste area. Presented to the Geo Waste Group Meeting, Civil Engineering Dept. Texas A&M University, Nov. 1, 1989.

Waste disposal: where do we go from here? Presented to the MSC Great Issues: Environmental Symposia. Texas A&M University, College Station. Nov. 7, 1989.

Innovative technologies from the 1990s in environmental matters. Presentation to South Texas College of Law Environmental Law Symposium, January 17, 1990.

Waste disposal, past, present, and future. Presented at the seminar entitled "Disposing of Hazardous Materials". MSC, Texas A&M University, College Station, TX January 1990.

Panel discussion session at Vertisol Management Workshop: International Collaboration in Research, Training and Extension. Texas A&M University, College Station, June 25-29, 1990.

Municipal waste disposal - where do we go from here. Presentation to Texas Environmental Action Coalition, Texas A&M University, College Station, TX. Sept. 5, 1990.

Presentation to the Texas Section of American Society of Agricultural Engineers, College Station, TX. October 11, 1990.

Kirk W. Brown

Presentation on golf green construction at Canadian Golf Superintendents Association Conference, Montreal, Canada. Dec. 11, 1990.

Environmental Soil Science and Technology. Presentation to the 1991 Texas Agric. Experiment Station Conference - Environmental Soil Science Session, College Station, TX. January 1991.

Movement of pesticides to groundwater. Presentation to the Texas Association of Agricultural Consultants. Austin, Texas, January 21, 1991.

Movement of pesticides to groundwater. Presentation to the Texas Agricultural Extension Service Conference for Producers, Austin, TX, January 25, 1991.

Pesticide rinsate disposal options. Presentation to the Research Center Administrators Society meeting, Dallas, Texas February 3-5, 1991.

Movement of pesticides to groundwater. Presentation to the Texas Agricultural Extension Service Conference for Grounds Keepers. Round Rock, Texas, February 21, 1991.

Liners for Hazardous Waste Sites. Presented at the Hazardous Waste Management Division's Lecture Series. U.S. Environmental Protection Agency, Region 6, 1445 Ross Ave., Suite 1200, Dallas, TX. 1991.

Decontamination of polluted soils. Presented at the Second International Conference on the Biogeochemistry of Trace Elements, Taipei, Taiwan, Republic of China. Sept. 5-10, 1993.

Using plants to reclaim contaminated sites. Crop Science Seminar. Soil & Crop Sciences Dept., Texas A&M University, College Station, TX, October 24, 1994.

Vadose zone modeling of the fate and movement of volatile contaminants, Geological Society of America, South-central Section Conference, Austin, TX, March 12, 1996.

Banning of liquid wastes from landfills - development of the technical data and the regulations, South Texas Environmental Conference, Corpus Christi, TX, March 29, 1996.

The science behind RCRA/CERCLA enforcement (Part II), Science For Environmental Attorneys, Denver  CO, November 6, 1997.

**Scientific Publications**

1. Allen, L. H. and K. W. Brown. 1965. Shortwave radiation in a corn crop. Agron. J. 57:575-580.
2. Brown, K. W. and W. Covey. 1966. The energy budget evaluation of the micrometeorological transfer processes within a corn field. Agri. Meteoro. 3:73-96.
3. Brown, K. W. and L. J. Wright. 1967. Comparison of momentum and energy balance method of computing vertical transfer within a crop. Agron. J. 59:427-432. C701.
4. Brown, K. W. and N. J. Rosenberg. 1968. Errors in sampling and infrared analysis of $CO_2$ in air and their influence in determination of net photosynthetic rate. Agron. J. 60:309-311.
5. Brown, K. W. 1969. A model of the photosynthesizing leaf. Phys. Plant 22:620-637.
6. Brown, K. W. and N. J. Rosenberg. 1969. Computer program for plotting time dependent meteorological data. Agric. Meteoro. 6:463-464.
7. Brown, K. W. and N. J. Rosenberg. 1970. Concentration of $CO_2$ in the air above a sugar beet field. Mo. Weather Rev. 98:75- 82.
8. Brown, K. W. and N. J. Rosenberg. 1970. The influence of leaf age, illumination and upper and lower surface differences on stomatal resistance of sugar beet (Beta vulgaris) leaves. Agron. J. 62:20-24.
9. Brown, K. W. and N. J. Rosenberg. 1970. The effect of windbreaks and soil water potential on stomatal diffusion resistance and photosynthetic rate of sugar beets (Beta vulgaris). Agron. J. 62: 4-8.
10. Brown, K. W. and N. J. Rosenberg. 1970. Energy and $CO_2$ balance of an irrigated sugar beet (Beta vulgaris) field in the Great Plains. Agron. J. 63:207-213.
11. Brown, K. W. and N. J. Rosenberg. 1970. Shading inverted pyranometers and measurements of radiation reflected from an alfalfa crop. Water Res. Res. 6:1782-1786.
12. Rosenberg, N. J. and K. W. Brown. 1970. Improvements in the van Bavel-Myer automatic weighing lysimeter. Water Res. Res. 6:1227-1229.
13. Briggs, W. W., A. R. Edison, J. D. Eastin, K. W. Brown, J. W. Marenville, and M. D. Clegg. 1971. Photosynthesis light sensor and meter. Ecology 52:125-131.
14. Brown, K. W. and N. J. Rosenberg. 1971. Turbulent transport and energy balance as affected by a windbreak in an irrigated sugar beet (Beta vulgaris) field. Agron. J. 53:351-355.
15. Brown, K. W. and N. J. Rosenberg. 1971-2. Shelter-effects on micro-climate, growth and water use by irrigated sugar beets in the Great Plains. Agric. Meteoro. 9:241-263.

Kirk W. Brown

16.  Brown, K. W. and N. J. Rosenberg. 1973. A resistance model to predict evapotranspiration and its application to a sugar beet field. Agron. J. 65:341-347.

17.  Duble, R. L. and K. W. Brown. 1973. Environmental concerns for the golf superintendent. USGA Green Section Record. 11:10-13.

18.  Brown, K. W. 1974. Calculations of evapotranspiration from crop surface temperature. Agric. Meteoro. 14:199-209.

19.  Holder, C. B. and K. W. Brown. 1974. Evaluation of simulated seedling emergence through rainfall induced soil crusts. Soil Sci. Soc. Amer. Proc. 38:705-710.

20.  Brown, K. W., C. J. Gerard, B. W. Hipp and J. T. Ritchie. 1974. A procedure for placing large undisturbed monoliths in lysimeters. Soil Sci. Soc. Amer. Proc. 38:981-983.

21.  Rosenberg, N.J. and K. W. Brown. 1974. "Self-checking" psychrometer system for gradient and profile determinations near the ground. Agric. Meteoro. 13: 215-226.

22.  Spotts, J. W. and K. W. Brown. 1975. A technique for installing induction coils in a profile with minimum soil disturbance. Soil Sci. Soc. Amer. Proc. 39: 1006-1007.

23.  Jordan, W. R., K. W. Brown and J. C. Thomas. 1975. Leaf age as a determinant in stomatal control of water loss from cotton during water stress. Plant Physiol. 56:595-599.

24.  Brown, K. W. and R. L. Duble. 1975. Physical characteristics of soil mixtures used for golf green construction. Agron. J. 67:647-652.

25.  Brown, K. W. 1975. A device for isolating soil columns with minimum disturbance. Soil Sci. Soc. Amer. Proc. 39:1008-1009.

26.  Brown, K. W. and N. J. Rosenberg. 1975. Annual windbreaks boosts yields. Crop and Soils Magazine. p. 8-11. Apr-May, 1975.

27.  Brown, K. W. 1976. Chapter II. 3. Sugar beet and potatoes. In: Vegetation and the Atmosphere. (J. L. Monteith, ed.). Academic Press, NY. p. 65-86.

28.  Thomas, J. C., K. W. Brown and W. R. Jordan. 1976. Stomatal response to leaf water potential as affected by preconditioning water stress in the field. Agron. J. 68:706-708.

29.  Deuel, L. E., Jr., K. W. Brown, F. C. Turner, D. G. Westfall and J. D. Price. 1976. Persistence of Propanil, DCA, and TCAB in soil and water under flooded rice culture. JEQ 6:127.

30.  Brown, K. W., W. R. Jordan and J. C. Thomas. 1976. Water stress induced alteration in the stomatal response to leaf water potential. Phys. Plant. 37:1-5.

31.  Chaudhari, K. G., K. W. Brown, and C. B. Holder. 1976. Reduction of crust impedance to emergence by the addition of manure. Soil Sci. 122:216-222.

32.  Deuel, L. E., Jr., F. C. Turner, K. W. Brown and J. D. Price. 1977. Persistence and factors affecting dissipation of molinate under flooded rice culture. JEQ 7:373-377.

33.  Brown, K. W. 1977. Chapter 19. Shrinking and swelling of clay, clay strength and other bulk properties of clay soils and clays. In Minerals in Soil Environments. (J. B. Dixon and S. B. Weed eds.). Soil Sci. Soc. of Amer., pp. 680-707, Madison, WI.

34.  Brown, K. W., R. L. Duble and J. C. Thomas. 1977. Nitrogen losses from golf green, USGA Green Section Record. 15:5-7.

35.  Brown, K. W., F. C. Turner, J. C. Thomas and M. E. Keener. 1977. Water balance of flooded rice paddies. J. of Agr. Water Use 1:277-291.

36.  Deuel, L. E. Jr., K. W. Brown, J. D. Price and F. C. Turner. 1977. Persistence of carbofuran and its metabolites, 3-keto and 3-hydroxy carbofuran, under flooded rice culture, JEQ 8:23-26.

37.  Brown, K. W., R. L. Duble and J. C. Thomas. 1977. Influence of management and season on fate of N applied to golf greens. Agron. J. 69:667-671.

38.  Brown, K. W. and L. J. Thompson. 1977. Dewatering of Confined Dredge Spoil Areas. Second International Symposium on Dredging Technology. 2-4, November, 1977, Texas A&M University pp. G1-1-G1-24.

39.  Shive, J. B. and K. W. Brown. 1978. Quaking and gas exchange in cottonwood (Populus deltoides, Marsh) leaves. Plant Physiol. 61: 331-333.

40.  Duble, R. L., J. C. Thomas and K. W. Brown. 1978. Arsenic pollution from underdrainage and runoff from golf greens. Agron. J. 70:71-74.

41.  Duble, R. L., K. W. Brown and J. C. Thomas. 1978. Increase fertilizer efficiency and reduce nutrient loss. Golf Superintendent 46:28-31.

Kirk W. Brown

42. Jones, S. G., K. W. Brown, L. E. Deuel and K. C. Donnelly. 1978. Influence of rainfall on the retention of sludge heavy metals by the leaves of forage crops. JEQ 8:69-72.

43. Brown, K. W. and J. C. Thomas. 1978. Uptake of nitrogen by grass from septic fields in three soils. Agron. J. 70:1037-1040.

44. Brown, K. W., D. C. Anderson, S. G. Jones, L. E. Deuel, Jr., and J. D. Price. 1979. The relative toxicity of four pesticides in tap water and water from flooded rice paddies. Int. J. Env. Studies. 141:49-54.

45. Brown, K. W., H. W. Wolf, K. C. Donnelly and J. F. Slowey. 1979. The movement of fecal coliform and coliphage below septic lines. JEQ 8:121-125.

46. Wagner, T. L., J. A. Gagne, P. C. Doraiswamy, R. N. Coulson and K. W. Brown. 1979. Development time and mortality of <u>Dendroctonus</u> <u>frontalis</u> in relation to changes in tree moisture and xylem water potential. Environ. Entomol. 8: 1129-1138.

47. Brown, K. W. and D. C. Anderson. 1980. Effect of organic chemicals on clay liner permeability: A Review of the Literature. In: D.W. Shultz (ed.). Disposal of Hazardous Waste. Proceedings of the 6th Annual Research Symposium at Chicago, Illinois. EPA-600/9-80-010. pp. 123-134.

48. Brown, K. W. and L. E. Deuel. 1980. Revegetation of Drastically Disturbed Lands. Texas A&M Lignite Symposium, April 17-18, 1980. pp. 19.0-19.8

49. Brown, K. W., L. E. Deuel, Jr. and J. C. Thomas. 1980. Optimization of land cultivation parameters. In: D.W. Shultz (ed). Disposal of Hazardous Waste. Proceedings of the 6th Annual Research Symposium at Chicago, Illinois. EPA-600/9-80-010. pp. 254-259.

50. Brown, K. W. and C. B. Holder. 1980. The relationship between oxygen and water uptake by roots of intact bean plants. Soil Sci. Soc. Amer. J. 44:21-25.

51. Brown, K. W., S. G. Jones, and K. C. Donnelly. 1980. The influence of simulated rainfall on residual bacteria and virus on grass treated with sewage sludge. JEQ 9(2):261-265.

52. Brown, K. W. and J. C. Thomas. 1980. The influence of the sand layer on available water retention in a golf green. USGA Green Section Record 18(6):5-7.

53. Brown, K. W. and J. C. Thomas. 1980. The influence of water stress preconditioning on dark respiration. Physiologia Plantarium. 49:205-209.

54. Brown, K. W., J. C. Thomas and A. Almodares. 1980. The necessity of the two-inch sand layer in greens construction. USGA Green Section Record 18(6):1-4.

55. Brown, K. W., L. J. Thompson, K. W. Launius and L. E. Deuel, Jr. 1980. Physical properties of dredged materials. Soil Sci. 129(2):95-106.

56. Turner, F. T., K. W. Brown, and L. E. Deuel. 1980. Nutrients and associated ion concentrations in Irrigation Return Flow from Flooded Rice Fields. JEQ 9(2):256-260.

57. Deuel, L. E. and K. W. Brown. 1980. Impact of surface mining on water quality. Texas A&M Lignite Symposium, April 17-18, 1980. pp. 16.1-16.5.

58. Anderson, D. C., and K. W. Brown. 1981. Organic leachate effects on the permeability of clay liners. In: Proceedings of the 7th Annual Research Symposium at Philadelphia, PA. EPA-600/9-81-002b, pp. 119-130.

59. Anderson, D. C., K. W. Brown, and J. Green. 1981. Organic leachate effects on the permeability of clay liners. In: National Conference on Management of Uncontrolled Hazardous Waste Sites held at Washington, D.C. EPA 600/9-81-002B. pp. 223-229.

60. Brown, K. W., K. C. Donnelly, J. C. Thomas and L. E. Deuel, Jr. 1981. Factors influencing the biodegradation of API separator sludges applied to soils. In: D. W. Shultz (ed.). Land Disposal: Hazardous Waste. Proceedings of the 7th Annual Research Symposium at Philadelphia, PA. EPA- 600/9-81-002B. pp. 188-199.

61. Donnelly, K. C. and K. W. Brown. 1981. The development of laboratory and field studies to determine the fate of mutagenic compounds from land applied hazardous waste. In: D. W. Shultz (ed.). Land Disposal: Hazardous Waste. Proceedings of the 7th Annual Research Symposium at Philadelphia, PA., EPA-600/9-81-002B. pp. 224-239.

62. Huddleston, R. L., J. E. Rucker, K. W. Brown and L. E. Deuel. 1982. Evaluation of subsurface effects of long-term landfarming. In: D. W. Shultz (ed.). Land Disposal: Hazardous Waste. Proceedings of the 8th Annual Research Symposium at Ft. Mitchell, Ky. EPA-600/9-82-002, pp. 398- 446.

63. Anderson, D., K. W. Brown and J. Green. 1982. Effect of organic fluids on the permeability of clay soil liners. In: D. W. Shultz (ed.). Land Disposal: Hazardous Waste. Proceedings of the 8th Annual Research Symposium at Ft. Mitchell, Ky. EPA-600/9-82-002. pp. 179-190.

Kirk W. Brown

64. Brown, K. W. 1982. Irrigation of recreational turf with sewage effluent. In: 7th National Turf Conference, S. Australia, June 6-11, 1982. pp. 73-83.

65. Brown, K. W. 1982. Quality of irrigation flow from flooded rice paddies. pp. 139-175. Proceedings of the Workshop on Agrichemicals and Estuarine Productivity. Duke University Marine Laboratory, Beaufort, North Carolina.

66. Brown, K. W., L. E. Deuel, F. C. Turner, and J. D. Price. 1982. Quality of irrigation return flow from flooded rice paddies. pp. 153-166. Proc. of National Conference on Irrigation Return Flow Quality Management. Colorado State University, Fort Collins, Co.

67. Brown, K. W., H. Brawand, J. C. Thomas and G. B. Evans. 1982. Impact of simulated land treatment with oily sludges on ryegrass emergence and yield. Agronomy J. 74:257-261.

68. Brown, K. W. and K. C. Donnelly. 1982. Mutagenic potential of water concentrates from the effluent of a waste oil storage pond. Bull. Environ. Contam. Toxicol. 28:424-429.

69. Brown, K. W., K. C. Donnelly and B. Scott. 1982. The fate of mutagenic compounds when hazardous wastes are land treated. In: D. W. Shultz (ed.). Land Disposal: Hazardous Waste. Proceedings of the 8th Annual Research Symposium at Ft. Mitchell, Ky. EPA-600/9-82-002, pp. 383-397.

70. Brown, K. W. and J. C. Thomas. 1982. Testing and construction of greens to USGA standards and procedures. In: 7th National Turf Conference, S. Australia-June 6-11, 1982, pp. 26-31.

71. Brown, K. W., J. C. Thomas and R. L. Duble. 1982. Nitrogen source effect on nitrate and ammonium leaching and runoff losses from greens. Agronomy J. 74(6):947-950.

72. Brown, K. W. 1983. Land Treatment of Hazardous Wastes. Chapter 36, pp. 449-474. In: Environment and Solid Wastes. Characterization, Treatment, and Disposal. C. W. Francis and S. I. Auerbach (eds.). Butterworths/Ann Arbor Science Book, Woburn, MA.

73. Brown, K. W. and L. E. Deuel, Jr., and J. C. Thomas. 1983. Land Treatability of Refinery and Petrochemical Sludges. Project Summary. EPA-600/S2-83-074.

74. Brown, K. W. and L. E. Deuel, Jr. 1983. An Evaluation of Subsurface Conditions at Refinery Land Treatment Sites. Project Summary. EPA-600/S2-83-096.

75. Donnelly, K. C., K. W. Brown, and B. Scott. 1983. pp. 59-78. The Use of Short-Term Bioassays to Monitor the Environmental Impact of Land Treatment of Hazardous Wastes. (Waters, M. D., S. S. Sandhu, J. Lewtas, L. Claxton, and N. Chernoff and S. Nesnow (eds.). The Application of Short Term Bioassays in the Fractionation and Analysis of Complex Environmental Mixtures. Plenum, New York.

76. Brown, K. W., J. W. Green and J. C. Thomas. 1983. The influence of selected organic liquids on the permeability of clay liners. In: D. W. Shultz (ed.) Land Disposal, Incineration, and Treatment of Hazardous Waste. Proceedings of the 9th Annual Research Symposium at Ft. Mitchell, Ky. EPA-600/9-83-018, pp. 114-125.

77. Brown, K. W. and D. C. Anderson. 1983. Effects of Organic Solvents on the Permeability of Clay Liners. United States Environmental Protection Agency, EPA-600/2-83-016. 153 p.

78. Brown, K. W., J. C. Thomas and J. F. Slowey. 1983. The movement of metals applied to soils in sewage effluent. Water, Air, Soil Pollut. 19:43-54.

79. Brown, K. W. and K. C. Donnelly. 1983. Influence of soil environment in biodegradation of refinery and a petrochemical sludge. Environ. Poll. (Series B) 6:119-132.

80. Brown, K. W., J. C. Thomas and K. W. Launius. 1983. Distribution of Bermudagrass Roots in Native Soils and Reclaimed Lignite Spoil. Reclamation and Revegetation Research, 2, 139-153.

81. Donnelly, K. C., K. W. Brown, and R. M. Saltarelli. 1983. The Use of B. Subtilis in a Pre-Incubation Assay for the Detection of DNA-Modifying Agents. Research Communications in Chemical Pathology and Pharmacology Vol. 42:135-143.

82. Brown, K. W., K. C. Donnelly and L. E. Deuel, Jr. 1983. Effects of Mineral Nutrients, Sludge Application Rate, and Application Frequency on Biodegradation of Two Oily Sludges. Microb. Ecol. 9:363-373.

83. Brown, K. W., J. C. Thomas and J. F. Slowey. 1983. Metal Accumulation by Bermudagrass Grown on Four Diverse Soils Amended with Secondarily Treated Sewage Effluent. Water, Air, and Soil Pollution 20:431-446.

84. Brown, K. W., J. C. Thomas and L. E. Deuel, Jr. 1984. Physical and Chemical Properties of Gulf Coast Lignite Overburden. Reclamation and Revegetation Research 3:17-29.

85. Brown, K. W. and K. C. Donnelly. 1984. Mutagenic Activity of the Liquid Waste from the Production of Acetonitrile. Bull. Environ. Contam. Toxicol. 32:742-748.

Kirk W. Brown

86.  Brown, K. W., J. C. Thomas and J. F. Slowey. 1984. Extractability of Metals Applied to Soils in Sewage Effluent. Soil Sci. 138(6):423-431.

87.  Brown, K. W., J. C. Thomas, and L. E. Deuel, Jr. 1984. Chemical Characteristics of Surface Runoff from Soils and Revegetated Lignite Mine Spoils. Journal of Soil & Water Conservation, 39(2):146-149.

88.  Brown, K. W. and K. C. Donnelly. 1984. Mutagenic Activity of Runoff and Leachate Water from Hazardous Waste Land Ç701 Treatment. Environmental Pollution (Series A) 35:229-246.

89.  Brown, K. W., K. C. Donnelly, and J. C. Thomas. 1984. Use of Short- Term Bioassay to Evaluate Environmental Impact of Land Treatment of Hazardous Industrial Waste. Project Summary. EPA-600.S2-84-135.

90.  Donnelly, K. C., K. W. Brown, J. C. Thomas, P. Davol, B. R. Scott, and D. Kampbell. 1984. Evaluation of the hazardous characteristics of two petroleum wastes. Hazardous Waste & Hazardous Materials, 2(2):191-208.

91.  Brown, K. W., K. C. Donnelly, J. C. Thomas and J. F. Slowey. 1984. The movement of nitrogen species through three soils below septic fields. JEQ. 13(3):460-465.

92.  Brown, K. W., J. C. Thomas and J. W. Green. 1984. Permeability of compacted soils to solvent mixtures and petroleum products. In: Land Disposal of Hazardous Waste. Proceedings of the 10th Annual Research Symposium at Ft. Mitchell, Kentucky, EPA 600/9-84-007, pp. 124-137.

93.  Brown, K. W. and J. C. Thomas. 1984. Conductivity of Three Commercially Available Clays to Petroleum Products and Organic Solvents. Hazardous Waste. 1:545-553.

94.  Crawley, W., K. W. Brown and D. Anderson. 1984. Inplace closure of previously backfilled and active surface impoundments. Proceedings of the 5th National Conf. on Management of Uncontrolled Hazardous Waste Sites. Nov. 7-9, l984. Houston, TX. pp. 185-188.

95.  Brown, K. W., J. C. Thomas and K. W. Launius. 1984. Runoff water quality from fresh mine spoil. Environ. Pollution 8:119-131.

96.  Brown, K. W., K. C. Donnelly, J. C. Thomas, P. Davol and B. R. Scott. 1985. Mutagenicity of three agricultural soils. Science of Total Environ. 41:173-186.

97.  Brown, K. W., K. C. Donnelly, J. C. Thomas, P. Davol, and D. Kampbell. 1985. Degradation of Soil Applied Organic Compounds from Three Petroleum Wastes. Waste Mang. Res. 3:27-39.

98.  Rubio-Montoya, D. and K. W. Brown. 1985. Erodibility of Strip-Mine Spoils. Soil Science, 138(5):365-373.

99.  Brown, K. W., and K. C. Donnelly. 1985. Mutagenic Activity of Runoff Water from Simulated Hazardous Waste Landtreatment Facilities. In: Proceedings of the Second Conference on Management of Municipal, Hazardous, and Coal Wastes. S. Sengupta (ed.). Miami, Florida, December 5-7, 1983. pp. 185-195.

100.  Brown, K. W., G. B. Evans, and J. C. Thomas. 1985. Increased Soil Water Retention by Mixing Horizons of Shallow Sandy Soils. Soil Science, 139(2):118-121.

101.  Brown, K. W., L. E. Deuel, Jr., and J. C. Thomas. 1985. Distribution of inorganic constituents in soil following land treatment of refinery wastes. Water, Air, and Soil Pollution, 25:285-300.

102.  Pinkerton, B. W. and K. W. Brown. 1985. Plant Accumulation and Soil Sorption of Cobalt from Cobalt-Amended Soils. Agron. J. 77:634-638.

103.  Deuel, L. E. Jr., K. W. Brown, J. D. Price, and F. T. Turner. 1985. Dissipation of carbaryl and the 1-naphthol metabolite in flooded rice fields. JEQ. 14:349-354.

104.  May, J. H., K. W. Brown, J. C. Thomas, and P. G. Malone. 1985. Use of x-ray radiographic techniques in the evaluation of soil liners. Misc. Paper GL-85-14. Prepared for Asst. Secretary of the Army, Dept. of the Army, Washington, D.C. 20315-1000. Project No. 4A161102A91D.

105.  Brown, K. W., J. C. Thomas, and M. W. Aurelius. 1985. Collecting and testing barrel sized undisturbed soil monoliths. Soil Sci. Soc. Am. J. 49:1067-1069.

106.  Anderson, D. C., K. W. Brown and J. C. Thomas. 1985. Conductivity of compacted clay soils to water and organic liquids. Waste Management & Research, 3:339-349.

107.  Guth, D. L. and K. W. Brown. 1985. A comparison of the SAR and Vaneslow equations in three soils. Soil Science, 140:(5):356-361.

108.  Hornby, W. J., K. W. Brown, and J. C. Thomas. 1986. Nitrogen mineralization potentials of revegetated mixed lignite overburden in the Texas Gulf Coast. Soil Sci. Soc. Am. J. 50:1484-89.

109.  Brown, K. W. 1986. Monitoring the unsaturated zone. In: Land Treatment: A Hazardous Waste Management Alternative. R. C. Loehr and J. F. Malina, Jr. (eds.). Water Resources Symposium No. 13. pp. 171-185.

Kirk W. Brown

110. Malone, P. G., J. H. May, K. W. Brown and J. C. Thomas. 1986. Use of x-ray radiographic methods in the study of clay liners. HMCRI's 3rd National Conference and Exhibition on Hazardous Wastes and Hazardous Materials. March 4-6, 1986, Atlanta, Georgia.

111. Barbee, G. C. and K. W. Brown. 1986. Comparison between suction and free-drainage soil solution samplers. Soil Sci., Vol. 141:149-153.

112. Barbee, G. C. and K. W. Brown. 1986. Movement of xylene through unsaturated soils following simulated spills. Water, Air, and Soil Pollution. 29:321-331.

113. Brown, K. W. and D. E. Daniel. 1986. Use of soils to retain waste in landfills and surface impoundments. In: Utilization, Treatment, and Disposal of Waste on Land. Proceedings of a Workshop held in Chicago, IL, 6-7 Dec. 1985. pp. 279-300.

114. Brown, K. W., K. C. Donnelly, J. C. Thomas and P. Davol. 1986. Mutagenic activity of soils amended with two refinery wastes. Water, Air, and Soil Pollution 29:1-13.

115. Brown, K. W., J. C. Thomas and J. W. Green. 1986. Field cell verification of the effects of concentrated organic solvents on the conductivity of compacted soils. Haz. Waste & Haz. Materials 3:1-13.

116. Brown, K. W. and D. E. Daniel. 1986. Potential groundwater implications of land disposal of toxic substances. In: Issues in Groundwater Management. E. T. Smerdon and W. R. Jordan (eds.). Water Resources Symposium No. 12, Center for Research in Water Resources Publishers. pp. 387-402.

117. Brown, K. W. 1987. Efficiency of Soil Core and Soil-Pore Water Sampling Systems. Project Summary, EPA/600/S2-86/083.

118. Donnelly, K. C., P. Davol, K. W. Brown, M. Estiri and J. C. Thomas. 1987. Mutagenic activity of two soils amended with a wood preserving waste. Environ. Sci. & Techn. 21:57-64.

119. Maggard, L. A., Brown, K. W, and K. C. Donnelly. 1987. The efficiency of two standardized procedures for extraction of mutagenic chemicals from soils. Chemosphere, 16:1243-1255.

120. Donnelly, K. C., K. W. Brown and D. Kampbell. 1987. Chemical and biological characterization of hazardous industrial waste. I. Prokaryotic bioassays and chemical analysis of a wood-preserving bottom-sediment waste. Mutat. Res 180:31-42.

121. Donnelly, K. C., K. W. Brown, and B. R. Scott. 1987. Chemical and biological characterization of hazardous industrial waste. II. Eukaryotic bioassay of a wood preserving bottom sediment. Mutat. Res. 180:43-53.

122. McBee, K., J. W. Bickham, K. W. Brown and K. C. Donnelly. 1987. Chromosomal aberrations in native small mammals (Peromyscus leucopus and Sigmodon hispidus) at a petrochemical waste disposal site. I. Standard karyology. Archives of Environmental Cont. and Tox. 16:681.

123. Brown, K. W. and J. C. Thomas. 1987. A mechanism by which organic liquids increase the hydraulic conductivity of compacted clay materials. SSSAJ, 51:1451-1459.

124. Cocke, C. L. and K. W. Brown. 1987. The effect of sewage sludge on the physical properties of lignite overburden. Reclamation and Revegetation Research, 6:83-93.

125. Smith, C., K. W. Brown and L. E. Deuel, Jr. 1987. Plant availability and uptake of molybdenum as influenced by soil type and competing ions. JEQ 16:4 377-382.

126. Davol, P., K. C. Donnelly and K. W. Brown. 1987. The use of short-term bioassays to assess clean-up operations of sites contaminated with hazardous Wastes. Proceedings of the 8th National Conference. Superfund 1987. November 16-18, 1987, Washington, D.C. pp. 66-71.

127. Brown, K. W., J. C. Thomas, R. L. Lytton, P. Jayawickrama, and S. C. Bahrt. 1987. Quantification of leak rates through holes in landfill liners. Project Summary. EPA/600/S2- 87/062.

128. Aurelius, M. and K. W. Brown. 1987. Fate of spilled xylene as influenced by soil moisture content. Water, Air, and Soil Pollution 36:23-31.

129. Brown, K. W. and D. E. Daniel. 1988. Influence of organic liquids on the hydraulic conductivity of soils. Chapt. 4.3. In: Land Disposal of Hazardous Waste. Engineering and Environmental Issues (J. R. Gronow, A. N. Schofield, R. K. Jain eds.). Ellis Horwood Publishers, Chickester, West Sussex, England. pp. 199-216.

130. Daniel, D. E. and K. W. Brown. 1988. Landfill liners: How well do they work and what is their future? In: Land Disposal of Hazardous Waste. Engineering and Environmental Issues (J. R. Gronow, A. N. Schofield, R. K. Jain eds.). Ellis Horwood Publishers, Chickester, West Sussex, England. pp. 235-244.

131. Brown, K. W. and K. C. Donnelly. 1988. An estimation of risk associated with the organic constituents of hazardous and municipal waste landfill leachates. Hazardous Waste & Hazardous Matls. 5:1-30.

132. Brown, K. W. and J. C. Thomas. 1988. Leak rates into drainage systems underlying lined retention facilities. Journal of Hazardous Materials 18, 179-188.

Kirk W. Brown

133. Jayawickrama, P. W., K. W. Brown, J. C. Thomas and R. L. Lytton. 1988. Leakage rates through flaws in membrane liners. ASCE, J. Environmental Engineering Division, 114:1401-1420.

134. Donnelly, K. C., K. W. Brown and D. G. Digiullio. 1988. Mutagenic characterization of soil and water samples from a Superfund site. Nuclear and Chemical Waste Management 8:132-141.

135. Donnelly, K. C., K. W. Brown and C. P. Chisum. 1988. Mutagenic potential of municipal sewage sludge and sludge amended soil. In: Chemical and Biological Characterization of Sludges, Sediments, Dredge Spoils, and Drilling Muds. ASTM STP 976. J. J. Lichtenberg, J. A. Winter, C. I. Weber, and L. Fradkin, Eds., American Society for Testing and Materials, Philadelphia, pp. 288-299.

136. Brown, K. W. 1988. Review and Evaluation of the Influence of Chemicals on the Conductivity of Soil Clays. Project Summary. EPA/600/S2-88/016.

137. Donnelly, K. C., K. W. Brown, M. Estiri, D. H. Jones and S. Safe. 1988. Mutagenic potential of binary mixtures of nitro-polychlorinated dibenzo-p-dioxins and related compounds. J. Toxicology and Environ. Health, 24:345-356.

138. Brown, K. W. and D. C. Anderson. 1988. Aboveground Disposal. Section 10.7. In: Standard Handbook of Hazardous Waste Treatment and Disposal. H. M. Freeman (ed.). McGraw-Hill Book Company, N.Y.

139. Brown, K. W. and K. C. Donnelly. 1988. The Stability and Mobility of Mutagenic Activity from Wastewater and Sludge in Agricultural Soils. EPA/600/S1-88/002.

140. Brown, K. W. 1988. Fate and transport of pesticides used in rice production. In: Managing Texas Waters: Stewardship in a Regulatory Environment. Proceedings of the 22nd Water for Texas Conference. R. Jensen and C. Dunagan (eds). Texas Water Resources Inst., Texas A&M University, College Station, TX. pp. 128-134.

141. Davol, P., K. W. Brown, K. C. Donnelly, J. C. Thomas, M. Estiri and D. H. Jones. 1989. Mutagenic potential of runoff water from soils amended with three hazardous industrial wastes. Environmental Toxicology and Chemistry 8:189-200.

142. Brown, K. W. and J. C. Thomas. 1989. New technology for liners. Section 12. Proceedings, Conference on Prevention and Treatment of Groundwater and Soil Contamination in Petroleum Exploration and Production. May 9-11, 1989, Calgary, Alberta, Canada.

143. Donnelly, K. C., K. W. Brown and J. C. Thomas. 1989. Mutagenic potential of municipal sewage sludge amended soils. Water, Air, and Soil Pollution 48, 435-449.

144. Brown, K. W., and J. C. Thomas. 1990. The fate and mobility of pesticides: Lessons from the past, where to from here. Proceedings of Chemicals, Agriculture and Our Environment. January 21, 1990. Corpus Christi, Texas. Texas Agric. Extension Service, pp. 37-51.

145. Donnelly, K. C., K. W. Brown, and J. C. Thomas. 1990. Bacterial mutagenicity of leachate water from municipal sewage sludge-amended soils. Environ. Tox. & Chem. 8:443-451.

146. Brown, K. W., G. C. Barbee and J. C. Thomas. 1990. Detecting organic contaminants in the unsaturated zone using soil and soil-pore water samples. Hazardous Waste & Hazardous Materials 7:151.

147. Donnelly, K. C., K. W. Brown, C. S. Anderson, G. C. Barbee, and S. H. Safe. 1990. Metabolism and bacterial mutagenicity of binary mixtures of benzo(a)pyrene and polychlorinated aromatic hydrocarbons. Environ. & Molecular Mutagenesis 16:238-245.

148. Donnelly, K. C., J. C. Thomas. C. S. Anderson and K. W. Brown. 1990. The influence of application rate on the bacterial mutagenicity of soil amended with municipal sewage sludge. Environmental Pollution 68:147-159.

149. Brown, K. W., J. C. Thomas and M. Holder. 1990. The ability of sorbent materials to adsorb and retain organic liquids under landfill conditions. Hazardous Waste & Hazardous Materials 7:361-371.

150. Brown, K. W., C. P. Chisum, J. C. Thomas and K. C. Donnelly. 1990. A comparison of two different procedures for the extraction of organic mutagens from sewage sludge. Chemosphere 20:13-20.

151. Brown, K. W., J. C. Thomas and K. C. Donnelly. 1991. Bacterial mutagenicity of municipal sewage sludges. J. Environ. Sci. Health, A26 (3), 395-413.

152. Fiedler, D. A., K. W. Brown, J. C. Thomas, and K. C. Donnelly. 1991. Mutagenic potential of plants grown on municipal sewage sludge-amended soil. Arch. Environ. Contam. Toxicol. 20, 385-390.

153. Giam, C.S., T. L. Holliday, R. Evans, Y. Zheng, R. Li, K. W. Brown, K. C. Donnelly, and C. S. Anderson. 1991. Bioassay directed chemical characterization of hazardous organics in soil. In: Proceedings of Hazardous Materials Conference South '91, Houston, Texas, April 24-26, 1991, pp. 159-161.

154. Brown, K. W. 1991. The soil scientist as an expert witness. Soils, Sept.-Oct., p. 39.

Kirk W. Brown

155. Anderson, D.C., M. J. Lupo, J. A. Rehage, J. O. Sai, R. L. Shiver, R. C. Speake, K. W. Brown and D. Daniel. 1991. Factors controlling minimum soil liner thickness. EPA/600/S2-91/008. USEPA, Risk Reduction Eng. Lab., Cincinnati, OH 45268.

156. Donnelly, K. C., K. W. Brown, C. S. Anderson and J. C. Thomas. 1991. Bacterial mutagenicity and acute toxicity of solvent and aqueous extracts of soil samples from an abandoned chemical manufacturing site. Environmental Tox. & Chem. 10:1123-1131.

157. Holder, M., K. W. Brown, J. C. Thomas, D. Zabcik, and H. E. Murray. 1991. Capillary-wick unsaturated zone pore water sampler. Soil Sci. Soc. Am. J. 55:1195-1202.

158. Brown, K. W., G. E. Schrab and K. C. Donnelly. 1991. Acute and genetic toxicity of municipal landfill leachate. Texas Water Resources Institute Publication TR-153, Texas A&M University, College Station. 91 pp.

159. Barbee, G. C., K. W. Brown and K. C. Donnelly. 1992. Fate of mutagenic chemicals in soil amended with petroleum and wood preserving sludges. Waste Management & Research 10:73-85.

160. McCarthy, K. P. and K. W. Brown. 1992. Soil gas permeability as influenced by soil gas-filled porosity. Soil Sci. Soc. Am. J. 56:997-1002.

161. Thomas, J. C. and K. W. Brown. 1992. Depth variations in hydraulic conductivity within a single lift of compacted clay. Water, Air, and Soil Pollution 65:371-380.

162. Safe, S., K. W. Brown, K. C. Donnelly, C.S. Anderson, K. V. Markiewicz, M. S. McLachlan, A. Reischl and O. Hutzinger. 1992. Polychlorinated dibenzo-p-dioxins and dibenzofurans associated with wood-preserving chemical sites: Biomonitoring with pine needles. Environmental Science & Techno. 26(2):394.

163. Donnelly, K. C., C. S. Anderson, J. C. Thomas, K. W. Brown, D. J. Manek and S. H. Safe. 1992. Bacterial mutagenicity of soil extracts from a bioremediation facility treating wood-preserving waste. J. Hazardous Materials 30:71-81.

164. Bloodworth, M.E., K. W. Brown, J. B. Beard and S. I. Sifers. 1993. A new look at the Texas-USGA specifications for root-zone modification. Grounds Maintenance, January 1993.

165. Donnelly, K. C., K. W. Brown, K. V. Markiewicz, C. S. Anderson, D. J. Manek, J. C. Thomas and C. S. Giam. 1993. The use of short-term bioassays to evaluate the health and environmental risk posed by an abandoned coal gassification site. Hazardous Waste & Hazardous Materials. 10:59-70.

166. Schrab, G. E., K. W. Brown and K. C. Donnelly. 1993. Acute and genetic toxicity of municipal landfill leachate. Water, Air, and Soil Pollution 69:99-112.

167. Donnelly, K. C., K. W. Brown, C. S. Giam and B. R. Scott. 1993. Acute and genetic toxicity of extracts of munitions wastewater contaminated soils. Chemosphere 27:1439-1450.

168. Brown, K. W. 1993. Municipal solid waste (MSW) disposal, past, present and future. Hazardous Waste & Hazardous Materials 10:105-106.

169. Brown, K. W. and L. D. Nelson. 1994. Sources of hazardous constituents in municipal solid waste and landfill leachate. In: 7th annual Municipal Solid Waste Management Conference, Vol. 1. Austin, Texas, January 19-21, 1994.

170. Prasad, T.V., K. W. Brown and J. C. Thomas. 1994. Diffusion coefficients of organics in high density polyethylene (HDPE). Waste Management & Research 12:61-71.

171. Brown, K. W. 1994. New Horizons in Soil Remediation. Geotimes, pp. 15-17. September 1994.

172. Prasad, T. V. and K. W. Brown. 1995. Permachor method to predict diffusivity coefficients of organics in aqueous solutions in flexible membrane liners. Waste Management & Research 13:47-53.

173. Brown, K. W. 1994. Lysimeters. Encyclopedia of Soil Science (in press).

174. Brown, K. W. 1994. Soil pore size distribution. Encyclopedia of Soil Science (in press).

175. Brown, K. W. 1995. Soil solution sampling. Encyclopedia of Soil Science (in press).

176. Brown, K.W. 1997. Decontamination of polluted soils. Remediation of Soils Contaminated with Metals. pp. 47-66.

177. Omidi, G.H., T.V. Prasad, J.C. Thomas and K.W. Brown. 1996. The influence of amendments on the volumetric shrinkage and hydraulic conductivity of compacted clays used in landfill liners. Water, Air, and Soil Pollution 86:263-274.

178. Donnelly, K.C., J.C. Thomas, K.W. Brown. 1995. Mutagenic potential of environmental samples before and after remediation of a solvent-contaminated site. Environmental Toxicology and Chemistry, Vol. 14, No. 8, pp. 1281-86.

Kirk W. Brown

179.   Brown, K.W., J.C. Thomas and O.J. Seago. 1995. Degradation of explosive propellants by in-vessel composting. BioCycle. pp. 56-58.

180.   Spongberg, A.L. and Brown, K.W. 1995. Volatilization of toxic organic compounds during in-vessel composting of hazardous waste. Hazardous Waste & Hazardous Materials. 12:295-307.

181.   Spongberg, A.L., J.C. Thomas, and K.W. Brown. 1996. Laboratory scale in-vessel composter designed for volatile emissions analysis. Journal Environmental Quality. 25:371-373.

182.   Omidi, G.H., J.C. Thomas, and K.W. Brown. 1996. Effect of desiccation cracking on the hydraulic conductivity of a compacted clay liner. Water, Air, and Soil Pollution. 89:91-103.

183.   Barbee, G.C., K.W. Brown, J.C. Thomas, K.C. Donnelly, and H.E. Murray. 1996. Mutagenic activity (Ames Test) of wood-reserving waste sludge applied to soil. Bull. Environ. Contam. Toxicol. 57:54-62.

184.   Brown, K.W., J.C. Thomas, S. Friedman and A. Meiri. 1996. Wetting Patterns Associated With Directed Subsurface Irrigation. Pg. 806-811 In: C.R. Camp, E.J. Sadler, and R.E. Yoder (eds.) *Evapotranspiration and Irrigation Scheduling Proceedings of the International Conference.* November 3-6, San Antonio, TX. Publ. by American Society of Agricultural Engineers.

185.   Magnuson, C.E., T.P. Grundy, Z. Wang, M.J. Lupo, M.F. Conlin, D.F. Wunneburger, D. Rodriguez and K.W. Brown. 1996. A GIS application in a study involving a large number of residents with elevated VOC Exposures. pp. 334-345 In: Geographic Information Systems (GIS) in Environmental Resources Management. Proceedings of a Specialty Conference Sponsored by the Air & Waste Management Association, Reno, Nevada, March 13-15, 1996.

186.   Donnelly, K.C., J.C. Chen, H.J. Huebner, K.W. Brown, R.L. Autenrieth and J.S. Bonner. 1997. Utility of four strains of white-rot fungi for the detoxification of 2,4,6-trinitrotoluene in liquid culture. Environmental toxicology and chemistry 16:1105-1110.

187.   Brown, K.W., David C. Anderson, James C. Thomas. 1997. Above Ground Disposal. In Standard Handbook Of Hazardous Waste Treatment and Disposal, Second Edition:10.68-10.75.

188.   Brown, K.W., J.C. Thomas and F. Whitney. 1997. Fate of volatile organic compounds and pesticides in composted municipal solid waste. Compost Science & Utilization, (1997), Vol. 5, No.4, pp. 6-14

189.   Lupo, M.J., G.J. Moridis and K.W. Brown. 1998. Predicting the fate of trichloroethylene and its daughters in a heterogeneous environment. (In Press)

190.   Lupo, M.J., K.W. Brown. 1998. Distinguishing the contributions of multiple sources from a gasoline release. (In Press)

191.   Brown, K.W. and J.C. Thomas. 1998. A comparison of the convective and diffusive flux of organic contaminants   through landfill liner systems. Waste Management & Research 16:296-301.

192.   Rooney, D.J., K.W. Brown and J. C. Thomas. 1998. The effectiveness of capillary barriers to hydraulically Isolate salt contaminated soils. Kluwer Academic Publishers. 104: 403-411.

193.   Brown, K.W. 1998. Composting of Hazardous Wastes and Hazardous Substances. In: Beneficial Co-Utilization of Agricultural, Municipal and Industrial By-products. (S. Brown, J. S. Angle, and L. Jacobs eds.). Kluwer Academic Publishers, Netherlands. pp. 327-340.

194.   West, M.E., K.W. Brown, and J.C. Thomas. 1998. Methane production of raw and composted solid waste in simulated landfill cells. Waste Management & Research 16:5:430-436.

**Miscellaneous Papers**

1.   Brown, K. W. 1983. Landfills of the future: Aboveground and aboveboard. Public Works, June 1983, p. 62.

2.   Brown, K. W. 1982. Testimony before the House of Subcommittee on Natural Resources, Agriculture Research and Environment of the Committee on Science and Technology. Unpublished paper.

**Miscellaneous Reports**

1.   Brown, K. W. 1968. Experimental considerations for the measurement of photosynthetic rates by means of carbon dioxide exchange in leaf chambers. Dept. of Hort. and For., University of Nebraska. Progress Report No. 66.

2.   Rosenberg, N. J., E. H. Hart and K. W. Brown. 1968. Evapotranspiration. A review of research. Nebr. Agric. Expt. Sta. MP-20.

3.   Brown, K. W. and N. J. Rosenberg. 1969. Computer program for plotting time dependent data with instructions and examples. Nebr. Agric. Expt. Sta. MP-23. 35pp.

Kirk W. Brown

4.  Brown, K. W. 1969. Mechanisms of windbreak influence on microclimate evapotranspiration and photosynthesis of the sheltered crop. Dept. Hort. and For., University of Nebraska, Proj. Report No. 71. Lincoln, Neb., 254 pp.

5.  Rosenberg, N. J. and K. W. Brown. 1973. Measured and modeled effects of microclimate modification on evapotranspiration by irrigated crops in a region of strong sensible heat activation. Plant response to climate factors. UNESCO. Paris 539-546.

6.  Brown, K. W., L. E. Deuel, Jr., F. C. Turner and J. D. Price. 1977. Quality of irrigation return flow from flooded rice paddies. In Proc. of National Conf. on Irrigation Return Flow Quality Mgmt. Colorado State University. May 16-19, 1977.

7.  Haliburton, T. Allan, Gary N. Durham, K. W. Brown, Robert E. Peters and Thomas B. Delaney, Jr. 1977. Effects of mechanical agitation on drying rate of fine-grained dredged material. Technical Report D-77-10. U. S. Army Eng. Waterways Exp. Sta., Vicksburg, Miss.

8.  Brown, K. W., J. F. Slowey and H. W. Wolf. 1978. The movement of salts, nutrients, fecal coliform and virus below septic leach fields in three soils. In Proc. Nat. Home Sewage Treat. Symp. ASAE Publ. pp. 708-717.

9.  Reddell, D. L., K. W. Brown and J. M. Sweeten. 1976. Land disposal of blood and paunch manure. In Proceedings of Management of Slaughterhouse and Meat Processing Wastes Seminar in Waco, Texas.

10. Deuel, L. E., Jr., K. W. Brown and J. C. Thomas. 1978. Soil disposal of API pit waste. Presented at the 85th National Meeting of the American Institute of Chemical Engineers. Philadelphia. June 8, 1978.

11. Brawand, H. and K. W. Brown. 1977. Tentative procedure for measuring bulk density and soil moisture criteria on undisturbed soil cores. Departmental Technical Report No. 55. Texas A&M University, Soil & Crop Sciences Department. College Station, Texas.

12. Brown, K. W. 1978. The fate of sewage effluent heavy metals in land wastewater disposal sites. In: State of Knowledge in Land Treatment of Wastewater. Volume 2 (H. L. Ç701 McKim, Coordinator) Pub. by U. S. Army Corps of Engineers, Cold Regions Research and Engineering Laboratory, Hanover, New Hampshire.

13. Overcash, M. R., K. W. Brown and G. B. Evans, Jr., 1987. Hazardous Waste Land Treatment: A Technology and Regulatory Assessment. Technical Memo ANL/EES-TM-340. Argonne National Laboratory, Energy and Environmental Systems Division, 9700 S. Cass Avenue, Argonne, Ill 60439. 51 pp.

14. Brown, K. W. 1980. Clay Liners May be Unsafe for Hazardous-Waste Impoundments. Texas Agricultural Experiment Station Research Report, Texas A&M University.

15. Brown, K. W., J. C. Thomas and A. Almodares. 1981. Organic Matter Sources and Placements During Root Zone Modification as they Affect Seedling Emergence and Initial turf Quality - Preliminary Report. Texas Turfgrass Research - 1979-80. TAES Consolidated Report 3831-3851.

16. Brown, K. W. 1983. Landfills in the Future. Public Works, June 1983.

17. Brown, K. W. and D. C. Anderson. 1983. The Case for Aboveground Landfills. Pollution Engineering, November 1983.

18. Brown, K. W. and D.C. Anderson. 1984. Abovegrade Storage of Waste. Presented at the National Conference and Exhibition on Hazardous Waste and Environmental Emergencies, Houston, Texas, March 12-14, 1984.

19. Brown, K. W. 1985. Some Municipal Waste Landfills Rival Industrial Ones in Toxicity. Texas Agricultural Experiment Station Research Report, Texas A&M University, College Station.

20. Brown, K. W. 1986. Many Businesses and Individuals are hazardous Waste Generators. Texas Agricultural Experiment Station Research Report, Texas A&M University, College Station.

21. Brown, K. W. 1986. Underground Storage Tanks. Grounds Maintenance, July, 1986. p. 56.

22. Brown, K. W. 1986. Pesticide Rinse Water Disposal Options. Golf Course Management, p. 80.

23. Brown, K. W. and J. C. Thomas. 1986. Bunker sand selection. Golf Course Management, July, 1986, p. 64.

**Grant Projects:**

"An investigation of the maximum infiltration rate and the necessity of a sand layer in artificially constructed golf green." 1971-1972. Funded by the United States Golf Association Greens Section for $3,000. Final Report submitted December, 1972-1973.

"An investigation of the return flow from irrigated land." 1972- 1973. Funded by OWRR for $31,200. Final Report submitted September, 1974.

"Fate of metals applied in sewage to land wastewater disposal sites." 1973-1974. Funded by the U. S. Army Medical Corps for $137,780. Final Report submitted June, 1975.

Kirk W. Brown

"Nutrient and pesticide retention in golf greens built to USGA Green Section specifications." 1972-1975. Funded by the U. S. Golf Association, Green Section for $21,000. Final Report submitted October, 1975.

"An investigation of the feasibility of soil disposal of wastewater from Jefferson Chemical Co." 1975. Funded by the Jefferson Chemical Co. for $16,600. Final Report submitted October, 1975.

"The influence of Petro S on the infiltration rate and water holding capacity of soil." 1974-1975. Funded by the Petro-chemical Co., Inc. for $8,280. Final Report submitted December, 1975.

"The influence of trickle irrigation on the quality of irrigation return flow." 1973-1974. Funded by Office of Water Resources Research for $45,000. Final Report submitted March, 1976.

"Analysis of overburden cores TPPI fuel deposit." 1976. Funded by the Texas Power Pool, Inc. for $24,500. Final Report submitted February, 1977.

"Feasibility study of general crust management as a technique for increasing capacities of dredged material containment areas." 1975-1976. Funded by the U. S. Army Engineers Waterways Exp. Station, Corps of Engineers for $53,529. Final Report published April, 1977.

"Analysis of four overburden cores." 1977. Funded by the Paul Weir Co. for $5,600. Final Report submitted July, 1977.

"Accumulation and passage of pollutants in domestic septic tank disposal fields." 1973-1975. Funded by the U. S. Environmental Protection Agency for $294,864. Final Report submitted December, 1977.

"Development of management guidelines to prevent pollution by irrigation return flow from rice fields." 1972-1975. Funded by U. S. Environmental Protection Agency for $197,850. Final Report published April, 1978.

"Physiological model of plant growth and development of ecosystem simulation." 1975-1978. Funded by the National Science Foundation for $129,813. Final Report submitted June, 1978.

"Evaluate the feasibility of revegetating mixed overburden at the proposed Angelina County lignite site." 1977-1978. Funded by the Sunoco Energy Development Company for $46,031. Final Report submitted June, 1979.

"Characteristics of overburden material and revegetation analysis for the Southwest Electric Power Company Deposit." 1977- 1978. Funded by the Southwest Electric Power Company for $53,600. Final Report submitted July, 1979.

"The impact of surface lignite mining on surface and groundwater quality." 1978-1979. Funded by the Texas Energy Advisory Council for $61,022. Final Report submitted September, 1979.

"Analysis of groundwater quality and the probable quality of leachate, TMPA Fuel Deposit, Grimes County, Texas." 1977. Funded by the Municipal Power Agency for $20,205. Final Report submitted November, 1979.

"To investigate the feasibility of irrigation disposal of uranium stripping reclamation water." 1979. Funded by nine private companies for $9,869. Final Report submitted December, 1979.

"Statistical and biophysical modeling of Dendroctonus frontalis-Host tree dynamics: II. Physical models of Dendroctonies frontalis - Host tree systems." 1975-1979. Funded by the USFS-CSRS Expanded Southern Pine Beetle Program for $174,780. Final Report submitted December, 1979."

"Investigate the concentration of heavy metals and other parameters in lignite overburden cores from Grimes County." 1978. Funded by Texas Municipal Power Agency for $7,192. Final Report submitted.

"To investigate the feasibility of irrigation disposal of uranium stripping leach water. Phase II: Laboratory Study." 1979. Funded by Mobil Oil Corp. for $20,000. Final Report submitted January, 1980.

"To investigate the necessity of a sand layer between the top mixture and gravel layer in golf green construction." 1978-1979. Funded by the United States Golf Association, Greens Section for $3,220. Final Report submitted March, 1980.

"To develop a plan to minimize the volume of runoff water which must be treated and disposed of and to assess the feasibility of land disposal of the runoff water and sludge." 1979-1980. Funded by Texas Engineering Extension Service for $11,058.40. Final Report submitted April, 1980.

"Investigate the concentration of heavy metals and certain other physical and chemical properties - Gibbons Creek Lignite Mine." 1980. Funded by Texas Municipal Power Agency for $12,500. Final Report submitted April, 1980.

"Improved water and nutrient management through high-frequency irrigation." 1977-1980. Funded by Texas Water Resources Institute for $179,435. Work completed June, 1980.

"Environmental and safety aspects of the use of sulfur in highway pavements." 1980. Funded by the DOT-Federal Highway Administration for $38,951. Final Report submitted August, 1980.

Kirk W. Brown

"Root distribution of bermudagrass grown on reclaimed lignite spoil." 1980-1981. Funded by the Center for Energy and Mineral Research for $12,590. Final Report submitted August, 1981.

"A residual evaluation of the influence of chemicals on the permeability of soil clays." 1979-1980. Funded by the Environmental Protection Agency for $91,783. Report submitted December, 1981.

"Investigate the influence of organic matter quality and placement on the establishment of grass and the physical properties of golf green mixes." 1979-1981. Funded by the U. S. Golf Association, Green Section for $10,177. Final Report submitted February, 1982.

"Metal uptake by grasses grown on reclaimed lignite spoils." 1979-1980. Funded by the Center for Energy and Mineral Research for $13,100.

"Soil disposal of API pit wastes." 1977-1980. Funded by the Environmental Protection Agency for $184,104. Final report submitted in 1981.

"Evaluate subsurface landfarm contamination after long term use." 1980-1981. Funded by the American Petroleum Institute for $98,530. Final Report published in 1983.

"The use of bioassays to evaluate the environmental impact of land treatment of hazardous industrial wastes." 1980-1983. Funded by the Environmental Protection Agency for $383,732. Final Report published in 1985.

"A review and evaluation of the influence of chemicals on the permeability of soil clays." 1981. Funded by the Environmental Protection Agency for $339,056. Final report published in 1983.

"Quantify leak rates through holes in landfill liners" 1983-1985. Funded by Environmental Protection Agency for $232,769. Final report submitted in 1986.

"Efficiency of soil core and soil-pore liquid sampling systems". 1983-1985. Funded by Environmental Protection Agency for $101,766. Final report submitted in 1986.

"Completion of Field Investigation and an Evaluation of Mechanisms by which Organic Liquids Alter the Permeability of Clay Soils". 1984-1985. Funded by EPA for $59,000. Final report submitted in 1986.

"Mobility and Stability of Mutagenic Compounds in Municipal Sewage Sludge Amended Soil." 1984-1986. Funded by Environmental Protection Agency. for $281,800.

"Development of a Capillary Wick Unsaturated Zone Pore Water Sampler." 1985-1986. Funded by Environmental Protection Agency for $236,353.

"Evaluation of the Thickness of Clay Liners Required to Meet RCRA Requirements". Funded by Environmental Protection Agency. 1987-1989. First year funding $122,184.

"Development of a Pesticide Rinse Water Digester". 1986-88. Funded by Texas Water Resource Institute for $58,000.

"Determination of the optimum furrow dike size to minimize rainfall runoff". 1985. Funded by Texas Water Resource Institute for $17,500.

"In situ vapor extraction of volatile contaminants at Superfund sites" 1987-88. Funded by Texas Water Resource Institute for $40,000.

"Development of a comprehensive testing protocol to assess the hazard of an uncontrolled hazardous waste site". 1987-89. Funded by Environmental Protection Agency for $315,897.

"Evaluation of the Bacterial Mutagenicity and Chemical Characteristics of Municipal Landfill Leachate". 1988-1990. Sponsored by Texas Water Resource Institute, $47,500.

"Bioassay Directed Chemical Characterization of Hazardous Organic Chemicals in Waste Contaminated Environments". Funded by National Institute of Health, 1989-1992, $422,000.

"The Use of Short-Term Bioassays to Assess the Human Health Hazard of Uncontrolled Hazardous Waste Sites". Funded by National Institute of Health, 1989-1992, $607,000.

"In Situ Bioremediation of Hazardous Substances in the Vadose Zone". Funded by USEPA, 1988-1991, $341,164.

"Effectiveness of Multiple Liner Systems for Hazardous Waste Containment Facilities". Funded by USEPA, 1988-1991, $387,203.

"The Use of In-Vessel Composting as a Treatment Technology for Hazardous Waste Minimization". Funded by Gulf Coast Hazardous Substance Research Center, June 1, 1991-April 30, 1994, $107,471.

"Site Assessment." Funded by NIH for $334,.650 for first 3 years. 1992-1996.

"Demonstration of the Degradation of Toxic Organics in Composted Municipal Solid Waste." Funded by Texas Water Commission for $135,000 for two years, 1992-1994.

"A Preliminary Demonstration of the Use of In-Vessel Composting for Degradation of Waste Propellants." Sponsored by Day & Zimmermann, Inc. 1993. Funds amounted to $18,138.

Kirk W. Brown

"Water Use Efficiency and Wetting Patterns Associated with Directed Subsurface Irrigation." Sponsored by Texas-Israel Exchange Program through the Texas Department of agriculture 1995-1996 Funds amount to $27,770.

APPENDIX 2

## Comprehensive Listing of Testimony by K. W. Brown

| | TRIAL TESTIMONY | DATE |
|---|---|---|
| 25 | Cause No. 27-CV-08-1912; *State of Minnesota, Plaintiff, v. Associated Medical Assurance Limited, et al., Defendants* in the District Court of Minnesota, Fourth Judicial District. Case involved the disposal of hazardous substances with industrial waste at the WDE, Oak Grove, and East Bethel Landfills and the contamination of groundwater as a result of these disposal practices. Retained by the Plaintiff. | 10/18/10 10/26/10 |
| 24 | File No. 62-C7-05-012469; *State of Minnesota, Plaintiff, v. Evanston Insurance Co., et al., Defendants* in the District Court of Minnesota, Second Judicial District. Case involved the disposal of hazardous substances with industrial waste at the WDE Landfill and the contamination of groundwater as a result of these disposal practices. Retained by the Plaintiff. | 10/26/09 |
| 23 | Civil Action No. 02-CV-3830; *Agere Systems, Inc., et al., Plaintiffs, vs. Advanced Environmental Technology Corporation, et al., Defendant,* in the United States District Court for the Eastern District of Pennsylvania. This case involved the alleged disposal of hazardous wastes at the Boarhead Farms Superfund Site in Bucks County, Pennsylvania. Retained by Handy & Harman Tube Co., Defendant | 7/1/08 |
| 22 | Case no. 04-C-296-2; *Lenora Perrine, et al., Plaintiffs vs. E.I .DuPont de Nemours and Company, et al., Defendants*, in the Circuit Court of Harrison County, West Virginia. This case involved the contamination of homes and properties with metal dust from the former Meadowbrook Smelter in Spelter, West Virginia. Retained by the Plaintiffs. | 9/19-20/07 10/11-12/07 |
| 21 | Case No. 03-CV-498-CVE-PJC; *Jimmy Dale Palmer, et al., Plaintiffs, v. Asarco Incorporated, et al., Defendants* in the United States District Court for the Northern District of Oklahoma. Case involved an evaluation of the Tar Creek Superfund site and the subsequent assessment and evaluation of lead contamination and lead transport pathways in the communities of Picher and Cardin, Oklahoma, including the impacts of lead exposure to the children within these communities. Retained by the Plaintiffs. | 7/30/07 |
| 20 | Case no. 04-C-296-2; *Lenora Perrine, et al., Plaintiffs vs. E.I .DuPont de Nemours and Company, et al., Defendants*, in the Circuit Court of Harrison County, West Virginia. This case involved the contamination of homes and properties with metal dust from the former Meadowbrook Smelter in Spelter, West Virginia. Retained by the Plaintiffs. | 5/1/06 |
| 19 | Civil Action No. 95-CV-6400L, *Seneca Meadows, Plaintiff vs. ECI Liquidating, et al.*, *Defendants* in the United States District Court, Western District of New York. This case involved claims against defendants concerning the disposal of hazardous substances in the Tantalo Landfill, Seneca Falls, New York. Retained by the Plaintiff. | 6/21/05 to 6/23/05 |

1

# Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 18 | Civil Action No. 01:01-CV-890; *Lyondell Chemical Company, et al., Plaintiffs v. Albemarle Corporation, et al., Defendants* in the United States District Court for the Eastern District Of Texas, Beaumont Division. This case involved the disposal of waste containing hazardous substances and groundwater contamination at the Turtle Bayou Superfund in Liberty County, Texas. Retained by ExxonMobil, Defendant. | 4/18/05 |
| 17 | Cause No. 03-001121-CV; *Joseph Paul Horlen, et al., Plaintiffs, v. Robert S. Smith and Robo Investments, Inc., Defendants* in the District Court of Brazos County, Texas, 361st Judicial District. Case involved the subsurface loss of water from a man-made lake within a residential subdivision and the subsequent undercutting of riverbank along the Brazos River. Retained by the Plaintiffs. | 6/17/04 |
| 16 | Civil Action No. 98-CV-0838S (F); *W.R. Grace & Co.-Conn., Plaintiff, v. Zotos International, Inc., Defendant* in the United States District Court Western District of New York. Case involved the disposal of cosmetic waste at the Brewer Road Landfill in Waterloo County, and the contamination of groundwater as a result of these disposal practices. Retained by the Plaintiff. | 5/17/04 to 5/21/04 |
| 15 | Civil Action No. 95-2097 *Interfaith Community Organization, et al., Plaintiffs v. Honeywell International, Inc. et al., Defendants.* In the United States District Court for the District of New Jersey. This case involved claims against the defendants concerning disposal of chromium waste at the Roosevelt Drive-In Site in Jersey City, New Jersey. Retained by W.R. Grace & Co., W.R. Grace Ltd. and ECARG, Inc., Plaintiffs. | 1/28/03 to 1/29/03 |
| 14 | Case No. 80-1589; *United States of America, Plaintiff, vs. City of Philadelphia, Plaintiff-Intervenor, vs. Union Corporation Metal Bank of America, et al., Defendants, vs. Consolidated Edison Company of New York, et al., Third Party Defendants.* In the United States District Court for the Eastern District of Pennsylvania. This case involved claims against the defendants concerning the release of PCBs from the Metal Bank/Cottman Avenue Site to the Delaware River. Retained by the Defendants. | 08/29/02 to 09/05/02 |
| 13 | Civil No. N-87-52 (PCD). *The B.F. Goodrich Company, et al., Plaintiffs v. Harold Murtha, et al., Defendants v. Risdon Corporation et al., Third Party Defendants.* In the United States District Court, District of Connecticut. Case involved characterization of hazardous substances in waste generated by industries, commercial establishments, and municipalities disposed at two landfills in Connecticut, Beacon Heights Landfills and Laurel Park Landfill, which were classified as Superfund sites. Retained by Plaintiffs Beacon Heights Coalition and Laurel Park Coalition. | 01/05/98 to 01/09/98 and 01/12/98 to 01/13/98 |

# Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 12 | Docket Nos. CV-96-0564091S and CV-96-0564092S; *Oxford Tire Supply, Inc., Plaintiff v. Commissioner of the Department of Revenue Services, Defendant*. In the Superior Court, Judicial District of Hartford/New Britain at Hartford, Connecticut. Case involved tax issues associated with handling of hazardous materials as defined by Connecticut tax regulation. Primary area of testimony was leaching of hazardous substances from rubber tire waste. Retained by Plaintiffs. | 12/18/97 |
| 11 | Civil Action No. 292CV00674(JBA); *The Companies for Fair Allocation Group v. Axil Corporation, et al.* In the United States District Court for the District of Connecticut. Case involved question of hazardous waste disposal by the Dynamics Corporation of America (Waring Division) at the Barkhamsted-New Hartford Landfill Superfund site in Barkhamsted, Connecticut. Retained by the Plaintiffs. | 6/13–14/96 |
| 10 | Civil Action No. 93-CV-0090-B; *KN Energy, Inc., et al., v. Sinclair Oil Corp., d/b/a/ Little America Refining Co.* United States District Court, District of Wyoming. Case involved study of hydrocarbon and metals groundwater plume, which had migrated from the area of a refinery and adjacent terminal to a nearby neighborhood in Wyoming. Work involved study of the origin of the plume. Retained by the Plaintiff. | 6/6/95 |
| 9 | Cause No. CA-94-CI-05270; *John Gibson Trustee v. Exxon Corporation*. District Court, 225th Judicial District, Bexar County, Texas. Suit involved claim by property owners adjacent to an old refinery for damages due to contaminant migration onto their property from previous waste disposal operations at the closed refinery. Retained by the Defendant. | 2/17/95 2/21/95 |
| 8 | Docket No. N-87-52 (PCD), All Cases; *The B.F. Goodrich Company, et al., Plaintiffs v. Harold Murtha, et al., Defendants v. Risdon Corporation et al., Third Party Defendants*. United States District Court for the District of Connecticut. Suit concerning the hazardous nature of waste disposed at the Beacon Heights Landfill Superfund site. Retained by the Plaintiff. | 12/15–19/94 |
| 7 | Case No. 390-37213-SAF-11 and Case No. 390-37214-SAF-11, jointly administered Chapter 11; In re: *National Gypsum Company v. Aancor Holdings, Inc.* Suit involved groundwater contamination associated with Rolling Knolls Landfill. Retained by the U.S.A. | 5/18–20/92 6/1/92 6/24/92 |
| 6 | Case No. CIV-86-1401-P; *The United States of America v. Royal N. Hardage, et al., Advance Chemical Company, et al., v. ABCO, et al*. United States District Court for the Western District of Oklahoma. Enforcement of ROD concerning remediation of hazardous waste site. Retained by the Plaintiff. | 10/27/89 |
| 5 | *The United States of America, the State of New York, and UDC-Love Canal, Inc., v. Occidental Chemical Corp., Occidental Chemical Holding Corp., Occidental Petroleum Investment Co., Occidental Petroleum Corp., City of Niagara Falls, Niagara County Health Department, and the Board of Education of the City of Niagara Falls, Love Canal Landfill Superfund site.* United States District Court for the Western District of New York. Testimony on the mobility of organic pollutants through clay. Retained by the Plaintiff. | 3/20–21/89 |

3

## Comprehensive Listing of Testimony by K. W. Brown

4     Case No. 85-17210-C; *James L. Slaughter, et al., v. Farm and Home Savings, et al.,* and Case No. 86-48352; *Mike Fenimore, et al., v. Farm and Home Savings.* 151st Judicial District Court of Harris County, Texas. Case involved issues of land development and exposure to petrochemical wastes by residents in neighborhoods adjacent to the Brio/Dixie Oil Processors Superfund sites (Houston, Texas). Retained by the Plaintiffs.     12/6/89

3     *Barbara Lips v. Jacobs Oil Company.* Federal District Court in Corpus Christi, Texas. Testimony on the damages and reclamation results from oilfield drilling mud wastes. Retained by the Plaintiff.     1985

2     *Blaire v. Palmer Oil.* Texas District Court. Suit over the destruction of land resulting from oil exploration activities. Retained by the Plaintiff.

1     *Jarvis L. Smoak v. Arkansas Louisiana Gas Company.* In the Texas District Court of Marshall, Texas. Contamination of soil and loss of trees due to oil spill. Retained by the Defendant.

## Comprehensive Listing of Testimony by K. W. Brown

### DEPOSITION TESTIMONY

86    Cause No. 22052-10563, consolidated with Cause No. 22052-09367 and Cause       4/23/14
      No. 22052-09366; *Corby Baker, et al., Plaintiffs, v. Fluor Corporation, et al.,*
      *Defendants* in the Missouri Circuit Court, Twenty-Second Judicial Court, State of
      Missouri. Case involved personal injury claims related to exposure to lead mining
      wastes.  Retained by the Plaintiffs.

85    Case No. 1:09-CV-0228, DNH-DRH, consolidated with Case No. 1:11-CV-006;         4/16/14
      *Village of Stillwater, et al., Plaintiffs, v. General Electric Co., Defendants* in the
      United States District Court, Northern District of New York.  Case involved
      contamination of the Hudson River with polychlorinated biphenyls. Retained by
      the Plaintiffs.

84    Cause No. 052-09605; *Charles A. Burnia, et al., Plaintiffs, v. Fluor Corporation,*   8/19/13
      *et al., Defendants* in the Circuit Court of St. Louis, Twenty-Second Judicial
      Circuit, State of Missouri.  Case involved personal injury claims related to
      exposure to lead mining wastes.  Retained by the Plaintiffs.

83    Cause No. 3:08-CV-00229; *Natural Resource Defense Council, et al., Plaintiffs, v.*   9/22/10
      *County of Dickson, Tennessee, et al., Defendants* in the United States District
      Court for the Middle District of Tennessee. Case involved the contamination of
      groundwater by contaminants disposed of in the Dickson County Landfill.

82    Cause No. 08-CV-0161; *Mary Ellen Hall, et al., Plaintiffs, v. Radiator Specialty*   12/15/09
      *Co., et al., Defendants* in the District Court of Galveston County, Texas, 212th
      Judicial District. Case involved the exposure to benzene from historical emissions
      from the Union Carbide Chemical Co. facility in Texas City, Texas. Retained by
      the Plaintiffs.

81    Cause No. 27-CV-08-1912; *State of Minnesota, Plaintiff, v. Associated Medical*   10/28/09
      *Assurance Limited, et al., Defendants* in the District Court of Minnesota, Fourth
      Judicial District. Case involved the disposal of hazardous substances with
      industrial waste at the WDE, Oak Grove, and East Bethel Landfills and the
      contamination of groundwater as a result of these disposal practices. Retained by
      the Plaintiff.

80    Cause No. E-178,440; *Darla J. Lemaire, Individually and as the Independent*   9/17/09
      *Executrix of the Estate of Michael Lemaire, Deceased; and Logan Lemaire,*
      *Plaintiffs, vs. Berryman Products, Inc, et al., Defendants.* In the District Court of
      Jefferson County, Texas 172nd Judicial District. Retained by the Plaintiffs.

79    Cause No. GN-401028; *Sotero Carrillo, Jose Carmen Carrillo, Miguel Cruz, and*   2/21/08
      *Greg Fuller Plaintiffs v. Reichold, Inc., Defendents*, *Zurich American Insurance*
      *Co., Intervenor.* In the District Court of Travis County, Texas 98th Judicial
      District. Retained by the Plaintiffs.

# Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 78 | File No. 62-C7-05-012469; *State of Minnesota, Plaintiff, v. Evanston Insurance Co., et al., Defendants* in the District Court of Minnesota, Second Judicial District. Case involved the disposal of hazardous substances with industrial waste at the WDE Landfill and the contamination of groundwater as a result of these disposal practices. Retained by the Plaintiff. | 11/7/07 |
| 77 | Case no. 04-C-296-2; *Lenora Perrine, et al., Plaintiffs vs. E.I .DuPont de Nemours and Company, et al., Defendants*, in the Circuit Court of Harrison County, West Virginia. This case involved the contamination of homes and properties with metal dust from the former Meadowbrook Smelter in Spelter, West Virginia. Retained by the Plaintiffs. | 4/30-5/1/07 |
| 76 | Civil Action No. 02-CV-3830; *Agere Systems, Inc., et al., Plaintiffs, vs. Advanced Environmental Technology Corporation, et al., Defendant,* in the United States District Court for the Eastern District of Pennsylvania. This case involved the alleged disposal of hazardous wastes at the Boarhead Farms Superfund Site in Bucks County, Pennsylvania. Retained by Handy & Harman Tube Co., Defendant | 12/1/06 and 1/29/07 |
| 75 | Case no. 04-C-296-2; *Lenora Perrine, et al., Plaintiffs vs. E.I .DuPont de Nemours and Company, et al., Defendants*, in the Circuit Court of Harrison County, West Virginia. This case involved the contamination of homes and properties with metal dust from the former Meadowbrook Smelter in Spelter, West Virginia. Retained by the Plaintiffs. | 1/25-26/06 and 2/10/06 |
| 74 | Cause No. 02-4162 JPG; *Chevron Environmental Management Company, Chevron Environmental Services Company, and Texaco Inc., Plaintiffs, v. Indian Refining I Limited Partnership (f/k/a Indian Refining Limited Partnership), et al, Defendants* in the United States District Court for the Southern District of Illinois. Case involved remediation and allocation of costs for the former Indian refinery in Lawrenceville, IL. Retained by the Plaintiff. | 8/3/05 |
| 73 | Cause No. 02-4162 JPG; *Chevron Environmental Management Company, Chevron Environmental Services Company, and Texaco Inc., Plaintiffs, v. Indian Refining I Limited Partnership (f/k/a Indian Refining Limited Partnership), et al, Defendants* in the United States District Court for the Southern District of Illinois. Case involved remediation and allocation of costs for the former Indian refinery in Lawrenceville, IL. Retained by the Plaintiff. | 6/2/05 |
| 72 | Civil Action No. 95-CV-6400L, *Seneca Meadows, Plaintiff vs. ECI Liquidating, et al., Defendants* in the United States District Court, Western District of New York. This case involved claims against defendants concerning the disposal of hazardous substances in the Tantalo Landfill, Seneca Falls, New York. Retained by the Plaintiff. | 5/27/05 |
| 71 | File No. C7-0310992; *State of Minnesota, Plaintiff, v. American Hardware Mutual Insurance Company, Defendants* in the District Court of Minnesota, Tenth Judicial District. Case involved the disposal of hazardous substances with industrial waste at Oak Grove and East Bethel Landfills and the contamination of groundwater as a result of these disposal practices. Retained by the Plaintiff. | 4/21/05 |

# Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 70 | Case No. 03-CV-327 (H) M; *Betty Jean Cole, et al., Plaintiffs, v. Asarco Incorporated, et al., Defendants* in the United States District Court for the Northern District of Oklahoma. Case involved an evaluation of the Tar Creek Superfund site and the subsequent assessment and evaluation of lead contamination and lead transport pathways in the communities of Picher and Cardin, Oklahoma, including the impacts of lead exposure to the children within these communities. Retained by the Plaintiffs. | 12/7/04 |
| 69 | Case No. 03-CV-327 (H) M; *Betty Jean Cole, et al., Plaintiffs, v. Asarco Incorporated, et al., Defendants* in the United States District Court for the Northern District of Oklahoma. Case involved an evaluation of the Tar Creek Superfund site and the subsequent assessment and evaluation of lead contamination and lead transport pathways in the communities of Picher and Cardin, Oklahoma, including the impacts of lead exposure to the children within these communities. Retained by the Plaintiffs. | 10/22/04 |
| 68 | Civil Action No. 01:01-CV-890; *Lyondell Chemical Company, et al., Plaintiffs v. Albemarle Corporation, et al., Defendants* in the United States District Court for the Eastern District Of Texas, Beaumont Division. This case involved the disposal of waste containing hazardous substances and groundwater contamination at the Turtle Bayou Superfund in Liberty County, Texas. Retained by ExxonMobil, Defendant. | 7/8/04 |
| 67 | Court File No. CT 02-016741; *State of Minnesota, by its Attorney General, Mike Hatch, Plaintiff, v. American Hardware Mutual Insurance Co., et al., Defendants* in the District Court of Minnesota, Fourth Judicial District. Case involved the disposal of hazardous substances with industrial waste at the WDE and St. Augusta Landfills and the contamination of groundwater as a result of these disposal practices. Retained by the Plaintiff. | 2/24/04 |
| 66 | Civil Action No. 98-CV-0838S (F); *W.R. Grace & Co.-Conn., Plaintiff, V. Zotos International, Inc., Defendant* in the United States District Court Western District Of New York. Case involved the disposal of cosmetic waste at the Brewer Road Landfill in Waterloo County, and the contamination of groundwater as a result of these disposal practices. Retained by the Plaintiff. | 2/12/04 |
| 65 | Case No. 00-01917 MRP (MANx); *Shell Chemical Co., et al., Plaintiffs, vs. The County of Los Angeles, et al., Defendants* in the United States District Court for the Central District of California; Case No. 00-1938 MRP (MANx); *Phillips Petroleum Co., et al., Plaintiffs, vs. The County of Los Angeles, et al., Defendants* in the United States District Court for the Central District of California; and Case No. 00-6420 MRP (MANx); *Atlantic Richfield Co., et al., Plaintiffs, vs. BKK Corporation, et al., Defendants* in the United States District Court for the Central District of California. These combined cases involved hazardous substances associated with municipal solid waste being deposited at Cal Compact Landfill. Retained by the Plaintiffs. | 3/7/03 |

# Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 64 | Court File No. MC00-001819; *State of Minnesota, by its Attorney General, Mike Hatch, Plaintiff, v. Employers Insurance of Wausau, A Mutual Company, et al., Defendants* in the District Court of Minnesota, Fourth Judicial District. Case involved the disposal of hazardous substances with industrial waste at the Oak Grove Landfill and East Bethel Landfill in Anoka County, and the contamination of groundwater as a result of these disposal practices. For the Plaintiff. | 12/17/02 |
| 63 | Case No. 80-1589; *United States of America, Plaintiff, vs. City of Philadelphia, Plaintiff-Intervenor, vs. Union Corporation Metal Bank of America, et al., Defendants, vs. Consolidated Edison Company of New York, et al., Third Party Defendants* in the United States District Court for the Eastern District of Pennsylvania. This case involved claims against the defendants concerning the release of PCBs from the Metal Bank/Cottman Avenue Site to the Delaware River. Retained by the Defendants. | 5/28/02 |
| 62 | Civil Action No. H-98-0408 *United States of America, et al. vs. Atlantic Richfield Company, et al vs. Ashland, Inc., et al*., in the United States District Court Southern District of Texas Houston Division. This case involved claims against defendants concerning waste disposal at Sikes Pit. Retained by ExxonMobil, Defendant. | 6/26//01 - 6/27/01 |
| 61 | Civil Action No. 95-2097 *Interfaith Community Organization, et al. v. Honeywell International, Inc. et al.*, in the United States District Court for the District of New Jersey. This case involved claims against the defendants concerning disposal of chromium waste at the Roosevelt Drive-In Site in Jersey City, New Jersey. Retained by W.R. Grace & Co., W.R. Grace Ltd. and ECARG, Inc., Defendants. | 6/20/01 |
| 60 | Civil Action No. 5:97CV00894; *United States of America v. Chrysler Corp. et al.*, in the in the United States District Court for the Northern District of Ohio. This case involved claims against the defendants concerning disposal of hazardous substances in the Krejci Dump Site. Retained by Minnesota Mining & Manufacturing Company, Defendant. | 06/07/01 |
| 59 | Civil Action No. G-96-493; *Janie Rivas, et al., vs. Monsanto Company, et al.*, in the United States District Court for the Southern district of Texas Galveston Division. This case involves modeling of emissions and air dispersion of hazardous substances emanating from petrochemical wastes processed and disposed of at the Brio/Dixie Oil Processors Superfund Sites in Houston, Texas and related exposures to children in adjacent neighborhoods. Retained by the Plaintiffs. | 03/16/01 |
| 58 | Case No. CIV-91-2067-PHX-PGR *Maurice McIntire, et al. vs. Motorola, Inc.*, in the United States District Court in and for the District of Arizona. This case involved a lawsuit by certain Phoenix residents concerning the VOC groundwater and ambient air plumes perpetrated by Motorola and the subsequent exposure of the litigants to the hazardous substances. This deposition involved waste management and waste handling. | 5/31/00 - 6/2/00 |

# Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 57 | Case No. 98-CV0726 *Connie Lolley Klostermann, et al vs. Ultramar Diamond Shamrock Corporation, et al*., in the 212th Judicial District Court, Galveston County, Texas. This case involved a lawsuit by the landowner concerning property damage resulting from leaking storage tank contamination. Retained by Diamond Shamrock, Defendant. | 5/26/00 |
| 56 | Case No. 97-6222 MRP (MANx) *Commercial Realty Projects, Inc., and L.A. Metromall LLC, vs. Atlantic Richfield Company, et al.,* in the United States District Court in for the Central District of California. This case involved hazardous substances associated with municipal solid waste being deposited at Cal Compact Landfill. Retained by the Defendants. | 3/6/00 |
| 55 | Case No. 93-055257 *Ralph L. Nichols, Jr., et al. vs. Monsanto Company, et al.,* in the 125th Judicial District Court of Harris County, Texas. This case involved contaminant migration via air, surface water, and groundwater media from the Dixie Oil Processors Superfund Site to adjacent athletic field. Retained by the Plaintiffs. | 1/28/00 |
| 54 | Case No. CIV-91-2067-PHX-PGR *Maurice McIntire, et al. vs. Motorola, Inc.,* in the United States District Court in and for the District of Arizona. This case involved a lawsuit by certain Phoenix residents concerning the VOC groundwater and ambient air plumes perpetrated by Motorola and the subsequent exposure of the litigants to the hazardous substances. | 12/6/99 - 12/8/99 |
| 53 | Case No. 89-4340 (JBS) *United States vs. Helen Kramer et al.*, In the United States District Court for the District of New Jersey. This case involved hazardous substance deposition into Kramer Landfill (Superfund Site) by defendants. Retained by lawyers for the plaintiff. | 10/6/99 |
| 52 | Case No. 92-034865; *James E. Barnet, Sr., et al., vs. Monsanto Company, et al.* In the District Court of Harris County, Texas, 80th District Court. This case involved former workers' claims concerning exposure to hazardous chemicals. Retained by the Plaintiffs. | 4/28/99 |
| 51 | Case No. 95C-1065; *Lemberger Sites Remediation Group, Plaintiff, v. A.M. Richter & Sons Co., et al., and White Consolidated Industries, Inc., Defendants;* In the United States District Court Eastern District of Wisconsin. This case involved hazardous constituents in waste going to Lemberger Landfill (Superfund Site). Retained by the Plaintiff. | 3/12/99 |
| 50 | Case No. 98-459-A; *Lewie Byers; vs. Texaco Exploration and Production Inc. and Texaco Inc.* In the District Court of Smith County, Texas 7th Judicial District. This case involves claims of contamination due to releases of crude oil and fluids from oil field production activities. Retained by the Defendant. | 1/22/99 |

## Comprehensive Listing of Testimony by K. W. Brown

---

49    C.A. No. G-96-493; *Janie Rivas, et al., vs. Monsanto Company, et al.; Defendant.*        12/30/98
In the United States District Court for the Southern district of Texas Galveston
Division. This case involves modeling of emissions and air dispersion of
hazardous substances emanating from petrochemical wastes processed and
disposed of at the Brio/Dixie Oil Processors Superfund Sites in Houston, Texas
and related exposures to children in adjacent neighborhoods. Retained by the
Plaintiffs.

48    Cause No. 95-044151; *Rebecca Johnson, et al., and On Behalf of All Those*              7/24/98
*Similarly Situated, Plaintiffs, vs. Exxon Company, U.S.A., et al., Defendant.* In the
61st Judicial District Court, Harris County, Texas. Case involved claims of
contamination to a neighborhood near Carver Elementary school that was built
over covered pits where oil began to surface in 1995. Retained by the Defendant.

47    Case 75524; *Clarice Friloux, et al., Plaintiffs, vs. Campbell Wells Corporation, et*      5/21/98
*al., Defendants.* In the 17th Judicial District Court, Parish of Lafourche, Louisiana.
Case involved claims of offsite air migration of hazardous substances purportedly
associated with a non-hazardous oilfield waste disposal facility. Retained by the
Defendants.

46    Case No. 93-004644; *Mike Adalis, et. al., Plaintiffs, vs. Neighborhood*                2/13/98 and
*Development Corporation, et al, Defendants*. In the District Court of Harris            7/8/98
County, Texas, 269th Judicial District. Case involved claims of groundwater and
related drinking water well contamination attributable to 50 year old oil well
blowout. Retained by the defendant Exxon.

45    Civil Action No. 95-514875-CE; *Grand Trunk Western Railroad, Incorporated*           5/22/97 and
*and Star Oil Company, Inc., Plaintiffs vs. Union Oil Company of California,*            6/2/97 to
*Wynkoop Oil Company, Clement Wynkoop, Secory Oil Company and Lewis*                    6/3/97
*Secory, Defendants and Union Oil Company and Clement Wynkoop, Counter-*
*Plaintiffs/Cross-Plaintiffs vs. Secory Oil Company and Lewis Secory.* Case
involved modeling of the transport and fate of hydrocarbon fuels, which leaked
from storage, tanks at a terminal and allegedly migrated onto adjoining properties
of plaintiffs. Retained by the Defendants.

44    Case No. 93-03044, *James W. Allen, III and Victoria Ann Allen, et al. Monsanto*        5/13/97
*Company, et. al.,* and Case No. 93-14478, Christopher Irwin and Jon H. Moore, et
al., in the District Court of Harris County, Texas, 113th Judicial District. Case
involved contaminant migration via air, surface water and groundwater media
from the Dixie Oil Processors Superfund Site to adjacent children's athletic field.
Retained by the Plaintiffs.

43    Civil Action 96C19S; *Junker Landfill v. United Waste.* In the U.S. District Court,     2/28/97
Western District. Case involved study of hazardous substances in wastes generated
by approximately 500 generators taken to Junker Landfill (Superfund Site).
Retained by Plaintiffs.

10

## Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 42 | Cause No. A99,534; Joann *McKnight Lambert v. Melvin B. Etheredge, et al.* In the 70th District Court, Ector County, Texas. Case involved study of subsurface moisture condition and moisture migration through house slab. Retained by Plaintiff, Lambert. | 1/29/97 |
| 41 | Case No.: 2:92-CV-111; *Commercial Union Insurance Co., et. al., v. Cannelton Industries, Inc.,* In the United States District Court for the Western District of Michigan. Case involved claim against insurance company for environmental remediation cost recovery associated with chromium contamination of St. Marys River due to a fire at an old tannery plant. Retained by Defendant. | 9/5/96 |
| 40 | Civil Action No. BC015575; *Atlantic Richfield Company and ARCO Chemical Company v. Aetna Casualty and Surety Company of America, et. al.;* Superior Court of the State of California for the County of Los Angeles. Case involved disputed claims for insurance coverage of environmental contamination at old refinery sites at Sand Springs, Oklahoma, and Prewitt, New Mexico. Retained by the Plaintiffs. | 4/9/96 - 4/10/96 |
| 39 | Civil Action No. 92-2-28065-5; *Aluminum Company of America and Northwest Alloys, Inc. v. Accident and Casualty Insurance Company, et al*. Superior Court of the State of Washington, In and For the County of King. Case involved disputed claims for insurance coverage of environmental contamination at three aluminum-manufacturing facilities across the country, and entailed extensive interpretation of historical aerial photographs of the facilities. Retained by the Plaintiffs. | 2/5/96 |
| 38 | Civil Action No. 87-4263(JHR); *General Electric Company v. Buzby Brothers Materials Handling Company, et al.* United States District Court for the District of New Jersey. Case involved recovery from commercial and municipal transporters of wastes of the costs for remediation of groundwater contamination at the site of the RCA-Buzby Landfill (Superfund Site) near Voorhees, New Jersey. Retained by the Plaintiff. | 11/29/95 |
| 37 | Civil Action No. 85-17210-G*; David L. Smithson et al., v. Monsanto Company, et. al.,* District Courts, 11th Judicial District, Harris County, Texas; and Civil Action No. 93-045095; *Thuy Thi Diep, et al., v. Monsanto Company, et al.;* District Court, 55th Judicial District, Harris County, Texas. These consolidated cases involved the Brio Superfund Site and exposure of adjacent residents to hazardous chemicals in an old waste disposal site through air, soil, groundwater, surface water and drinking water pathways. Retained by Plaintiffs. | 11/8/95 |
| 36 | Case No. 94-C-1025; *City and County of Denver et al., v. Alumet et al*. United States District Court for the District of Colorado. Case involving the Lowry Landfill Superfund site in Denver, Colorado, and the apportionment of remediation costs due to contamination from co-disposal of municipal and industrial wastes. Retained by the Defendants. | 8/17/95 |

## Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 35 | Cause No. 15,527; *Gary David Harding et al., v. Browning-Ferris Industries, Inc., et. al.,* District Court, 229th Judicial District, Duval County, Texas. Case involving personal injury and property damage from industrial waste migration from a landfill. Retained by the Plaintiffs. | 6/22/95 |
| 34 | Case No. 93-03674-CA; In Re: *Hipps Road Litigation.* Circuit Court of the Fourth Judicial Circuit In and For Duval County, Florida. Suit regarding contamination of drinking water wells from hazardous waste leaking from a landfill. Retained by the Plaintiffs. | 5/26/95 |
| 33 | Cause No. 94-1499-A; *Ardith Cavallo, et al., v. Star Enterprise, et al.* United States District Court for the Eastern District of Virginia; Alexandria Division. Retained by the Defendant. | 5/5/95 |
| 32 | Case No. CJ-92-3515-62; *N.C. Corff Partnership, Ltd., et al., v. Oxy USA, Inc.* Oklahoma County District Court. Retained by the Defendant. | 4/26/95 |
| 31 | Civil Action No. 93-CV-0090-B; *KN Energy, Inc. et al., v. Sinclair Oil Corporation, d/b/a/ Little America Refining Co.* United States District Court, District of Wyoming. Retained by the Plaintiff. | 4/19/95 |
| 30 | Cause No. CV-90-75-BU-PGH; *Atlantic Richfield Co. v. Torger L. Oaas et. al.,* United States District Court for the District of Montana, Butte Division. Retained by the Plaintiff. | 11/7/94 11/11/94 |
| 29 | Cause No. 92-032723; *Clear Creek Independent School District v. Farm & Home Savings Association, et. al.,* District Court 11th Judicial District, Harris County, Texas. Retained by the Plaintiffs. | 10/5/94 |
| 28 | Cause No. CW 93-39-BU-PGH; *Montana Resources, Inc. and Dennis R. Washington v. Atlantic Richfield Company.* United States District Court for the District of Montana, Butte Division. Retained by the Defendants. | 9/9/94 |
| 27 | Cause No. 31,692-S; *Frank J. Kramr, Individually and as Parents and next friends of Sarah Kramr, a minor, v. Eastern Pipeline Company.* District Court 329th Judicial District, Wharton County, Texas. Retained by the Plaintiffs. | 9/7/94 |
| 26 | Cause No. 85-17210-G; *Gary L. Abel, et al., and David L. & Angell R. Smithson v. Monsanto, et al.* District Court 151st Judicial District, Harris County. Suit concerning the Brio Superfund site. Retained by the Plaintiffs. | 5/18/94 |
| 25 | Case No. 92-CI-15104; *Lionel Laguna and wife, Celia Laguna v. Exxon Corporation United States of America.* District Court, 57th Judicial District, Bexar County, Texas. Retained by the Defendant. | 12/10/93 |
| 24 | Civil Action No. SA-92-CA-0616; *Jesse Sherrod, et al., v. U.S.A.* Western District Court of Texas, San Antonio Division. Suit regarding the alleged leakage of chlorinated solvents from an air force base to surrounding areas. Retained by the Plaintiffs. | 4/9/93 |

## Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 23 | Case No. 390-37213-SAF-11 and Case No. 390-37214-SAF-11, jointly administered Chapter 11; In re: *National Gypsum Company v. Aancor Holdings, Inc.* Retained by the U.S. | 6/24/92<br>5/18–20/92<br>4/26–27/92 |
| 22 | Cause No. 85-17210-F; *Andrea Acosta, et al., v. Farm & Home Savings Association.* District Court of Harris County, Texas. Suit concerning Brio (Houston, Texas) Superfund site. Retained by the Plaintiffs. | 5/13/92 |
| 21 | Civil Action No. CIV-91-655-W; *Larry and Judy Bentley v. Koch Gathering Systems, Inc.* Suit concerning the remediation of an oil spill. Retained by Koch. | 2/21/92<br>1/16/92 |
| 20 | Cause No. 90C0468; *Billy White, et. al., v. BP Chemicals, Inc. et. al.*, District Court of Brazoria County, Texas. | 1/7/92 |
| 19 | File No. 3-90-312; *Kenneth M. Anderson as Personal Representative of the Estate of Fred W. Hedberg v. City of Minnetonka et al.* United States District Court for the District of Minnesota, Third Division. Retained by the Plaintiff. | 7/16/91 |
| 18 | Consolidated Civil Action No. 83-C–2379; *United States of America v. Shell Oil Company*, consolidated with Civil Action No. 89–C–1646, *United States of America v. State of Colorado.* U.S. District Court for the State of Colorado. Retained by the U.S.A. | 4/22–23/91 |
| 17 | Case No. 485,475; *Billy Fred Platt and Paula Kay Callahan v. Bio-Gro Systems, Inc. and the City of Austin.* 353rd District Court, Travis County, Texas. Contamination to soil resulting from sewage sludge application. Retained by Mr. Platt. | 3/28/91 |
| 16 | Cause No. C88-0190-B consolidated with C89-0153-B; *Sinclair Oil Corporation v. James S. Scherer, et al., and United States of America v. Sinclair Oil Corporation.* United States District Court for the District of Wyoming. Suit concerning alleged contamination from refinery operations. Retained by the United States. | 4/27/90 |
| 15 | Case No. 63,993; *Lawrence and Verna Postier v. Laidlaw Waste Systems, Inc., et. al.*, 240th Judicial District Court for Fort Bend County, Texas. Personal injury as a result of methane gas migration from a landfill. Retained by the Plaintiff. | 1/9/90<br>12/21/89 |
| 14 | Cause No. 1-88-0141-W; *Watts and wife v. Koch Gathering Systems, Inc.* United States District Court, North Texas Division, Abilene. Suit concerning land damages resulting from an oil spill. Retained by Koch. | 8/23/89 |
| 13 | *The United States of America, the State of New York, and UDC-Love Canal, Inc., v. Occidental Chemical Corp., Occidental Chemical Holding Corp., Occidental Petroleum Investment Co., Occidental Petroleum Corp., City of Niagara Falls, Niagara County Health Department, and the Board of Education of the City of Niagara Falls, Love Canal Landfill.* United States District Court for the Western District of New York. Deposition on the mobility of organic pollutants through clay. Retained by the Plaintiff. | 3/20–21/89 |

13

## Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 12 | Case No. 85-17210-C; *James L. Slaughter, et al., v. Farm and Home Savings, et. al.,* and Case No. 86-48352; *Mike Fenimore, et al., v. Farm and Home Savings.* 151st Judicial District Court of Harris County, Texas. Damages and clean-up of Brio (Houston, Texas) Superfund site. Retained by the Plaintiffs. | 1/13/89<br>11/11/88 |
| 11 | Case No. CIV-86-1401-P; *The United States of America v. Royal N. Hardage, et al., Advance Chemical Company, et al., v. ABCO, et al.* United States District Court for the Western District of Oklahoma. Enforcement of ROD concerning remediation of hazardous waste site. Retained by the Plaintiff. | 6/13/88<br>12/2/88 |
| 10 | Case No. H-86-2629; *United States of America v. International Shoe Company.* RCRA compliance for solvent waste surface impoundment. Retained by the U.S.A. | 3/5/88 |
| 9 | *Joseph Edward Powell, et al., v. Pulte, et. al*., District Court of Harris County, Texas. Vol. 1 No. 84-75865. | 11/11/88 |
| 8 | Case No. M-85-191-CA; *Sammy C. McElroy and wife, Kathleen Ann McElroy v. Getty Oil Company and Texaco, Inc*. United States District Court for the Eastern District of Texas, Marshall Division; and Case No. CA-93-54; *Sammy C. McElroy and wife, Kathleen Ann McElroy v. Halliburton Company.* District Court In and For Panola County, Texas. Fish kill resulting from acid drainages from dried pond bottom mud. Retained by the Defendant. | 9/5/86<br>11/7/86 |
| 7 | Case No. 84-1112-A; *Gary L. Overstreet and Glenda Ann Overstreet v. Texas Oil and Gas Corporation and Delhi Gas Pipeline Corporation.* 14th Judicial District Court of Dallas County, Texas. Suit concerning alleged sulfur contamination of soil, forage, and its potential impact on the productivity of dairy cattle. Retained by the Defendant. | 5/2/86 |
| 6 | Case No. 86-6-8186; *Mobil Producing Texas and New Mexico v. Burr Stafford, et al*. 24th Judicial District Court In and For Jackson County, Texas. Testimony on the damages to soil and crops caused by oil production activities. Retained by the Plaintiff. | 3/11/86 |
| 5 | Case No. 83-CV-1116; *Clifford and Sandra Schiesl, et al., and Orrin Hagen v. Uniroyal, Inc., and Waste Management of Wisconsin, Inc. v. City of Stoughton, et al., v. Richard H. Sundby, et al*. Circuit Court for the State of Wisconsin, Dane County. Contribution of municipal waste constituents to ground water contamination of the Hagen Landfill (Superfund Site) in Dane County, Wisconsin. Retained by Uniroyal. | 10/17/86 |
| 4 | *Bagwell Greenhouse v. Ball Seed Company*. Suit over loss of crops due to contaminated plant growth mixture. Retained by the Defendant. | |
| 3 | *French v. Voluntary Purchasing Groups, Inc*. Suit over the loss of cattle and the contamination of pasture land with arsenic. Retained by the Defendant. | |
| 2 | *Rader and Carpenter v. Texas-New Mexico Pipeline Company*. Damage to soil, trees, and pasture due to oil spill down creek channel. Retained by the Defendant. | 3/11/88 |

**Comprehensive Listing of Testimony by K. W. Brown**

1      *Stronglite Products Company v. Frit Industries*. Suit over the sale of products that contaminated plant growth mixture. Retained by the Plaintiff.

## Comprehensive Listing of Testimony by K. W. Brown

### REGULATORY HEARING TESTIMONY

| 26 | Testimony at a hearing of the South Carolina Department of Health and Environmental Protection regarding the GSX landfill. Retained by the Opposition. | 3/93 2/93 |
| 25 | In the matter of the application of the North Texas Municipal Water District to Amend Solid Waste Permit No. 568A | 2/15/93 |
| 24 | Testimony at a hearing on a proposed permit amendment regarding the City of McKinney (TX) Landfill. Retained by the Opposition. | 1/27/93 |
| 23 | Testimony at hearings of the Public Utility Commission of Texas regarding the Lon C. Hill-Coleto Creek 345 kv Transmission Line. Retained by the Applicant. | 6/1/92 5/92 1990 |
| 22 | Testimony at a hearing to review an amendment to expand the City of Waco (TX) Landfill. Retained by the Opposition. | 1/23/91 |
| 21 | Testimony at hearing regarding the siting of the Cherokee County Landfill (TX) near an aquifer recharge area. Retained by the Opposition. | 9/21–22/88 |
| 20 | Testimony at permit hearing regarding the Green Valley Environmental Corporation Landfill in Greenup County, Kentucky, regarding suitable siting criteria for a landfill. Retained by opposing parties Clarence Clay, Janet Brown, et. al. | 9/88 |
| 19 | Application of Metropolitan Waste Systems for a Landfill. | 7/27/88 |
| 18 | Application of Laidlaw Waste Systems, Inc. before the Regional Pollution Control Facility Siting Committee of the McHenry County Board. | 6/17/87 |
| 17 | Testimony at a hearing of the Wayne County Board of Commissioners (IL) on operation and maintenance of landfills and associated problems that can impact the environment. | 7/15–18/86 |
| 16 | Testimony at a hearing to review a Browning-Ferris Industries municipal landfill (TX) permit application. Retained by the Tri-County Civic Association. | 11/9/83 |
| 15 | Testimony at an administrative hearing in Illinois on the criteria to be used to ban organic chemicals from landfills. | 11/1/83 |
| 14 | Testimony at hearings held by the Texas Railroad Commission regarding the Texas Municipal Power Agency. Retained by TMPA. | 1980 |
| 13 | Testimony at a permit hearing regarding a proposed Chemical Waste Management landfill in Lake Charles, Louisiana. | 1978 |
| 12 | Testimony at a hearing to review a Browning-Ferris Industries municipal landfill (TX) permit application. Retained by the Tri-County Civic Association. | 11/9/83 |
| 11 | Testimony at EPA hearing on Chemical Waste Management Part B application for hazardous waste site at Elmiel, Alabama. Comments on permit deficiencies. Retained by the Opposition. | |

## Comprehensive Listing of Testimony by K. W. Brown

10  Testimony at an administrative hearing on the location of a Florida landfill in deep sandy soils. Retained by Citizens for a Clean Environment.

9   Testimony at a hearing on the State of Florida's alternative landfill liner designs. Retained by MFM Environmental.

8   Testimony at a hearing of the Jefferson County Board of Commissioners (IL) on the siting of a proposed landfill. Retained by the Opposition.

7   Testimony at a hearing of the Iniquois County Board of Commissioners (IL) on the siting of a proposed municipal waste in water table. Retained by the Opposition.

6   Testimony at a permit hearing on the land treatment of industrial wastes at the Exxon Chemical-Rollins Environmental facility in Baton Rouge, Louisiana. Retained by Exxon and Rollins.

5   Testimony on pond design and assessment of offsite environmental risks at the USPCI facility in Oklahoma. Retained by USPCI.

4   Testimony at a hearing of the Texas Railroad Commission regarding revocation of a permit for drilling mud disposal operations which had overflowed onto adjacent soil. Retained by the Opposition.

3   Testimony at a hearing of the Texas Water Commission regarding the land treatment of industrial wastes by Conservation Services, Inc. Retained by the Applicant.

2   Testimony at a hearing of the Texas Water Commission concerning the Liberty Waste Disposal Company landfill to be located near Anahuac, Texas. Retained by the Opposition.

1   Testimony at a hearing of the Texas Water Commission regarding a zero discharge permit for the irrigation disposal of treated sewage effluent. Retained by Upland Industries.

## Comprehensive Listing of Testimony by K. W. Brown

**LEGISLATIVE HEARING TESTIMONY**

| | | |
|---|---|---|
| 6 | Testimony at a hearing of the Texas House of Representatives, Environmental Affairs Committee in April 1987, on the need for legislation to set up a waste management plan for the state. | 4/87 |
| 5 | Testimony at a hearing of the Texas Governor's Taskforce on Oil Spills in February 1985, on the fate of oil spill debris, and disposal technology options. | 2/85 |
| 4 | Testimony at a hearing of the Texas Governor's Taskforce on Hazardous Waste in November 1984, on the effectiveness of landfills for disposal technology. | 11/84 |
| 3 | Testimony at a hearing of the Texas Governor's Taskforce on Hazardous Waste in June 1984, on the impact of organic chemicals on the permeability of soils. | 6/84 |
| 2 | Testimony at a hearing of the U.S. House of Representatives, Science and Technology Committee in November 1982, on the adequacy of EPA's liquid management system to protect groundwater at hazardous waste landfills. | 11/82 |
| 1 | Testimony at a hearing of the Texas House of Representatives, Environmental Affairs Committee in April 1982, on the impact of organic chemicals on the permeability of clay liners. | 4/82 |

## Comprehensive Listing of Testimony by K. W. Brown

### EXPERT WITNESS REPORTS/AFFIDAVITS

100   Case No. 1:09-CV-0228, DNH-DRH, consolidated with Case No. 1:11-CV-006;   2/14/14
      *Village of Stillwater, et al., Plaintiffs, v. General Electric Co., Defendants* in the
      United States District Court, Northern District of New York.  Case involved
      contamination of the Hudson River with polychlorinated biphenyls.  Rebuttal
      Report.  Retained by the Plaintiffs.

99    Case No. 1:09-CV-0228, DNH-DRH, consolidated with Case No. 1:11-CV-006;   9/20/13
      *Village of Stillwater, et al., Plaintiffs, v. General Electric Co., Defendants* in the
      United States District Court, Northern District of New York.  Case involved
      contamination of the Hudson River with polychlorinated biphenyls.  Expert
      Report.  Retained by the Plaintiffs.

98    Cause No. 3:08-CV-00229; *Natural Resource Defense Council, et al., Plaintiffs, v.*   8/6/10
      *County of Dickson, Tennessee, et al., Defendants* in the United States District
      Court for the Middle District of Tennessee. Case involved the contamination of
      groundwater by contaminants disposed of in the Dickson County Landfill. Expert
      Report. Retained by the Plaintiffs.

97    Cause No. 08-CV-0161; *Mary Ellen Hall, et al., Plaintiffs, v. Radiator Specialty*   11/6/09
      *Co., et al., Defendants* in the District Court of Galveston County, Texas, 212th
      Judicial District. Case involved the exposure to benzene from historical emissions
      from the Union Carbide Chemical Co. facility in Texas City, Texas. Expert
      Report. Retained by the Plaintiffs.

96    Cause No. E-178,440; *Darla J. Lemaire, et al., Plaintiffs, v. Berryman Products,*   7/24/09
      *et al., Defendants* in the District Court of Jefferson County, Texas, 172nd Judicial
      District. Case involved the exposure to benzene from on-going emissions from the
      Huntsman Petrochemical facility in Port Neches, Texas. Expert Report. Retained
      by the Plaintiffs.

95    Civil Action No. 04-C-465; *Virdie Allen, et al., Plaintiffs, v. Monsanto Company,*   8/19/08
      *et al., Defendants* in the Circuit Court of Putnam County, West Virginia. Case
      involved the contamination of communities with dioxins from the emissions from
      the former Monsanto facility in Nitro, West Virginia. Affidavit. Retained by the
      Plaintiffs.

94    Docket No. L-13345-91; *Pennsauken Solid Waste Management Authority, et al.,*   7/18/08
      *Plaintiff, v. New Jersey Department of Environmental Protection, et al.,*
      *Defendants* in the Superior Court of New Jersey, Camden County: Law Division.
      Case involved disposal of hazardous substances in the commercial and industrial
      wastes at the Pennsauken Landfill in Camden County, New Jersey and the
      contamination of groundwater as a result of these disposal practices. Expert
      Report. Retained by Third-Party Defendant Cooper Industries, Inc.

## Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 93 | Cause No. GN-04-001028; *Sotero Carrillo, Jose Carmen Carrillo, Miguel Cruz, and Greg Fuller and A&B Construction, Inc., Plaintiffs, v. Reichold, Inc., Defendents*, *Zurich American Insurance Co., Intervenor*. In the District Court of Travis County, Texas 98th Judicial District. Affidavit. Retained by the Plaintiffs. | 3/26/08 |
| 92 | Case No. 05-21207 Chapter 11 (Jointly Administered); In re: *ASARCO LLC, et al.,* in the United States Bankruptcy Court for the Southern District of Texas, Corpus Christi Division. Case involved an evaluation of the Tar Creek Superfund site and the subsequent assessment and evaluation of lead contamination and lead transport pathways in the communities of Picher and Cardin, Oklahoma, including the impacts of lead exposure to the children within these communities. Expert Rebuttal Report. Retained by the Plaintiffs. | 2/4/08 |
| 91 | Case No. 05-21207 Chapter 11 (Jointly Administered); In re: *ASARCO LLC, et al.,* in the United States Bankruptcy Court for the Southern District of Texas, Corpus Christi Division. Case involved an evaluation of the Tar Creek Superfund site and the subsequent assessment and evaluation of lead contamination and lead transport pathways in the communities of Picher and Cardin, Oklahoma, including the impacts of lead exposure to the children within these communities. Expert Report. Retained by the Plaintiffs. | 11/15/07 |
| 90 | Case No. 03-CV-498-CVE-PJC; *Jimmy Dale Palmer, et al., Plaintiffs, v. Asarco Incorporated, et al., Defendants* in the United States District Court for the Northern District of Oklahoma. Case involved an evaluation of the Tar Creek Superfund site and the subsequent assessment and evaluation of lead contamination and lead transport pathways in the communities of Picher and Cardin, Oklahoma, including the impacts of lead exposure to the children within these communities. Affidavit. Retained by the Plaintiffs. | 6/15/07 |
| 89 | File No. 62-C7-05-012469; *State of Minnesota, Plaintiff, v. Evanston Insurance Co., et al., Defendants* in the District Court of Minnesota, Second Judicial District. Case involved the disposal of hazardous substances with industrial waste at the WDE Landfill and the contamination of groundwater as a result of these disposal practices. Retained by the Plaintiff. | 6/8/07 |
| 88 | Case No. 03-CV-498-CVE-PJC; *Jimmy Dale Palmer, et al., Plaintiffs, v. Asarco Incorporated, et al., Defendants* in the United States District Court for the Northern District of Oklahoma. Case involved an evaluation of the Tar Creek Superfund site and the subsequent assessment and evaluation of lead contamination and lead transport pathways in the communities of Picher and Cardin, Oklahoma, including the impacts of lead exposure to the children within these communities. Affidavit. Retained by the Plaintiffs. | 6/4/07 |
| 87 | Case no. 04-C-296-2; *Lenora Perrine, et al., Plaintiffs vs. E.I .DuPont de Nemours and Company, et al., Defendants*, in the Circuit Court of Harrison County, West Virginia. This case involved the contamination of homes and properties with metal dust from the former Meadowbrook Smelter in Spelter, West Virginia. Retained by the Plaintiffs. | 4/2/07 |

## Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 86 | Civil Action No. 02-CV-3830; *Agere Systems, Inc., et al., Plaintiffs, vs. Advanced Environmental Technology Corporation, et al., Defendant,* in the United States District Court for the Eastern District of Pennsylvania. This case involved the alleged disposal of hazardous wastes at the Boarhead Farms Superfund Site in Bucks County, Pennsylvania. Retained by Handy & Harman Tube Co., Defendant. | 9/28/06 |
| 85 | Cause No. GN-04-001028; *Sotero Carrillo, Jose Carmen Carrillo, Miguel Cruz, and Greg Fuller and A&B Construction, Inc., Plaintiffs, v. Reichold, Inc., Defendents*, *Zurich American Insurance Co., Intervenor.* In the District Court of Travis County, Texas 98th Judicial District. Retained by the Plaintiffs. | 8/29/06 |
| 84 | Court File No. 94-CQ-57578-CM; Ontario Superior Court of Justice between: *Frank Augustine, et al., Plaintiffs, and INCO Limited, Defendant.* This case involved claims of contamination and economic loss as a result of emissions from the former nickel smelter in Port Colborne, Ontario. Expert Report. Retained by the Defendant. | 5/1/06 |
| 83 | Case No. 3:98-CV-3601; *Cargill, Inc., et al., Plaintiffs, v. ABCO Construction, Inc., et al., Defendant* ,in the United States District Court for the Southern District of Ohio, Western Division. This case involved claims of the disposal of hazardous substances in the former Valleycrest Landfill and the subsequent contamination of the Great Miami Aquifer. Expert Report. Retained by the Plaintiffs. | 3/1/06 |
| 82 | Case no. 04-C-296-2; *Lenora Perrine, et al., Plaintiffs vs. E.I. DuPont de Nemours and Company, et al., Defendants*, in the Circuit Court of Harrison County, West Virginia. This case involved claims of contamination of homes and properties with metal dust from the former Meadowbrook Smelter in Spelter, West Virginia. Rebuttal Report. Retained by the Plaintiffs. | 2/28/06 |
| 81 | Court File No. 94-CQ-57578-CM; Ontario Superior Court of Justice between: *Frank Augustine, et al., Plaintiffs, and INCO Limited, Defendant.* This case involved claims of contamination and economic loss as a result of emissions from the former nickel smelter in Port Colborne, Ontario. Expert Report. Retained by the Defendant. | 2/16/06 |
| 80 | Case no. 04-C-296-2; *Lenora Perrine, et al., Plaintiffs vs. E.I. DuPont de Nemours and Company, et al., Defendants*, in the Circuit Court of Harrison County, West Virginia. This case involved claims of contamination of homes and properties with metal dust from the former Meadowbrook Smelter in Spelter, West Virginia. Expert Report. Retained by the Plaintiffs. | 11/11/05 |
| 79 | Civil No. 95-2907 (DMC); *Interfaith Community Organization, et al., Plaintiffs vs. Honeywell International Inc., et al.*, *Defendants* in the United States Court of Appeals for the Third Circuit. This case involved claims against the defendants concerning disposal of chromium waste at the Roosevelt Drive-In Site in Jersey City, New Jersey. Declaration. Retained by Honeywell, Defendant. | 10/05/05 |

# Comprehensive Listing of Testimony by K. W. Brown

78    Cause No. L-02-0087-CV-A; *Betty Waldean Woelfel, et al., Plaintiffs, vs. Intercontinental Energy Corporation d/b/a IEC Corp. of Texas and Westinghouse Electric Company, L.L.C., Defendants* in the District Court of Live Oak County, Texas, 36th Judicial District. Case involved the remediation and release of land associated with the Lamprecht and Zamzow ISL Uranium mine sites. Supplemental Affidavit. Retained by Defendant Viacom.    8/8/05

77    Cause No. L-02-0087-CV-A; *Betty Waldean Woelfel, et al., Plaintiffs, vs. Intercontinental Energy Corporation d/b/a IEC Corp. of Texas and Westinghouse Electric Company, L.L.C., Defendants* in the District Court of Live Oak County, Texas, 36th Judicial District. Case involved the remediation and release of land associated with the Lamprecht and Zamzow ISL Uranium mine sites. Affidavit. Retained by Defendant Viacom.    7/29/05

76    Cause No. 02-4162 JPG; *Chevron Environmental Management Company, Chevron Environmental Services Company, and Texaco Inc., Plaintiffs, v. Indian Refining I Limited Partnership (f/k/a Indian Refining Limited Partnership), et al, Defendants* in the United States District Court for the Southern District of Illinois. Case involved remediation and allocation of costs for the former Indian refinery in Lawrenceville, IL. Affidavit. Retained by the Plaintiff    7/19/05

75    Case No. 03-CV-327 (H) M; *Betty Jean Cole, et al., Plaintiffs, v. Asarco Incorporated, et al., Defendants* in the United States District Court for the Northern District of Oklahoma. Case involved an evaluation of the Tar Creek Superfund site and the subsequent assessment and evaluation of lead contamination and lead transport pathways in the communities of Picher and Cardin, Oklahoma, including the impacts of lead exposure to the children within these communities. Affidavit. Retained by the Plaintiffs.    5/27/05

74    Civil Action No. 95-CV-6400L, *Seneca Meadows, Plaintiff vs. ECI Liquidating, et al., Defendants* in the United States District Court, Western District of New York. This case involved claims against defendants concerning the disposal of hazardous substances in the Tantalo Landfill, Seneca Falls, New York. Retained by the Plaintiff.    5/10/05

73    Cause No. 02-4162 JPG; *Chevron Environmental Management Company, Chevron Environmental Services Company, and Texaco Inc., Plaintiffs, v. Indian Refining I Limited Partnership (f/k/a Indian Refining Limited Partnership), et al, Defendants* in the United States District Court for the Southern District of Illinois. Case involved remediation and allocation of costs for the former Indian refinery in Lawrenceville, IL. Retained by the Plaintiff    5/2/05

72    File No. C7-0310992; *State of Minnesota, Plaintiff, v. American Hardware Mutual Insurance Company, Defendants* in the District Court of Minnesota, Tenth Judicial District. Case involved the disposal of hazardous substances with industrial waste at Oak Grove and East Bethel Landfills and the contamination of groundwater as a result of these disposal practices. Retained by the Plaintiff.    4/11/05

## Comprehensive Listing of Testimony by K. W. Brown

71    Cause No. C200300273 *Judy Miller, Stan Miller, Deanna Aureli, Brent Aureli, and Nicholas Aureli v Blue Haven Pool, Defendant* in the Texas Judicial Court of Johnson County. Case involved claims against the defendant regarding the installation of a swimming pool, and a broken septic sewer line. Retained by the Defendant.    11/22/04

70    Case No. 03-CV-327 (H) M; *Betty Jean Cole, et al., Plaintiffs, v. Asarco Incorporated, et al., Defendants* in the United States District Court for the Northern District of Oklahoma. Case involved an evaluation of the Tar Creek Superfund site and the subsequent assessment and evaluation of lead contamination and lead transport pathways in the communities of Picher and Cardin, Oklahoma, including the impacts of lead exposure to the children within these communities. Expert Rebuttal Report. Retained by the Plaintiffs.    10/28/04

69    Nos. 03-2760, 03-3037 & 03-3585; *Interfaith Community Organization, et al., Plaintiffs vs. Honeywell International Inc., et al., Defendants* in the United States Court of Appeals for the Third Circuit. This case involved claims against the defendants concerning disposal of chromium waste at the Roosevelt Drive-In Site in Jersey City, New Jersey. Affidavit. Retained by W.R. Grace & Co., W.R. Grace Ltd. and ECARG, Inc., Defendants.    6/25/04

68    Civil Action No. 01:01-CV-890; *Lyondell Chemical Company, et al., Plaintiffs v. Albemarle Corporation, et al., Defendants* in the United States District Court for the Eastern District Of Texas Beaumont Division. This case involved the disposal of waste containing hazardous substances and groundwater contamination at the Turtle Bayou Superfund in Liberty County, Texas. Supplemental Report. Retained by ExxonMobil, Defendant.    5/14/04

67    Case No. 94 CV 012385; *Employers Insurance of Wausau, A Mutual Company, Plaintiffs, v. Newell Co., Defendants* in the State of Wisconsin Circuit Court for Milwaukee County. Case involved characterization of waste streams and the hazardous constituent content of waste streams produced by the Newell Co. subsidiaries, as well as the disposal of hazardous constituents into municipal landfills by the Newell Co. subsidiaries. Expert Report. Retained by the Defendants.    5/3/04

66    Cause No. 03-001121-CV; *Joseph Paul Horlen, et al., Plaintiffs, v. Robert S. Smith and Robo Investments, Inc., Defendants* in the District Court of Brazos County, Texas, 361st Judicial District. Case involved the subsurface loss of water from a man-made lake within a residential subdivision and the subsequent undercutting of riverbank along the Brazos River. Affidavit. Retained by the Plaintiffs.    4/29/04

# Comprehensive Listing of Testimony by K. W. Brown

65      Case No. 03-CV-327 (H) M; *Betty Jean Cole, et al., Plaintiffs, v. Asarco*      4/12/04
        *Incorporated, et al., Defendants* in the United States District Court for the
        Northern District of Oklahoma. Case involved an evaluation of the Tar Creek
        Superfund site and the subsequent assessment and evaluation of lead
        contamination and lead transport pathways in the communities of Picher and
        Cardin, Oklahoma, including the impacts of lead exposure to the children within
        these communities. Expert Report. Retained by the Plaintiffs.

64      Cause No. 03-001121-CV; *Joseph Paul Horlen, et al., Plaintiffs, v. Robert S.*      3/5/04
        *Smith and Robo Investments, Inc., Defendants* in the District Court of Brazos
        County, Texas, 361st Judicial District. Case involved the subsurface loss of water
        from a man-made lake within a residential subdivision and the subsequent
        undercutting of riverbank along the Brazos River. Expert Opinion. Retained by the
        Plaintiffs.

63      Docket No. CWA-06-2003-4805; *BP Pipelines (North America) Inc., Respondent,*      2/6/04
        *v. United States Environmental Protection Agency Region 6*. Case involved the
        subsurface release of crude oil from a pipeline at a site near Mertzon, Texas.
        Declaration. Retained by the Respondent.

62      Civil Action No. 95-2097; *Interfaith Community Organization, et al., vs.*      1/9/04
        *Honeywell International Inc., et al.*, in the United States District Court for the
        District of New Jersey. This case involved claims against the defendants
        concerning disposal of chromium waste at the Roosevelt Drive-In Site in Jersey
        City, New Jersey. Affidavit. Retained by W.R. Grace & Co., W.R. Grace Ltd. and
        ECARG, Inc., Defendants.

61      Civil Action No. 01:01-CV-890; *Lyondell Chemical Company, et al., Plaintiffs v.*      12/19/03
        *Albemarle Corporation, et al., Defendants* in the United States District Court for
        the Eastern District Of Texas Beaumont Division. This case involved the disposal
        of waste containing hazardous substances and groundwater contamination at the
        Turtle Bayou Superfund in Liberty County, Texas. Expert Witness Report.
        Retained by ExxonMobil, Defendant.

60      File No. CT 02-016741; *State of Minnesota, by its Attorney General, Mike Hatch,*      12/19/03
        *Plaintiff, v. American Hardware Mutual Insurance Company, et al., Defendants* in
        the District Court of Minnesota, Fourth Judicial District. Case involved the breach
        of the asphalt seal in the Hazardous Waste Disposal Pit at the Waste Disposal
        Engineering Landfill in Anoka County contributed to the groundwater
        contamination in the vicinity of the site. Affidavit. Retained by the Plaintiff.

59      Civil Action No. 95-2097; *Interfaith Community Organization, et al., vs.*      12/3/03
        *Honeywell International Inc., et al.*, in the United States District Court for the
        District of New Jersey. This case involved claims against the defendants
        concerning disposal of chromium waste at the Roosevelt Drive-In Site in Jersey
        City, New Jersey. Affidavit. Retained by W.R. Grace & Co., W.R. Grace Ltd. and
        ECARG, Inc., Defendants.

## Comprehensive Listing of Testimony by K. W. Brown

58      Docket No. CWA-06-2003-4805; *BP Pipelines (North America) Inc., Respondent,*        11/21/03
        *v. United States Environmental Protection Agency Region 6.* Case involved the
        subsurface release of crude oil from a pipeline at a site near Mertzon, Texas.
        Expert Witness Report. Retained by the Respondent.

57      Civil Action No. 95-2097; *Interfaith Community Organization, et al., Plaintiffs vs.*     11/13/03
        *Honeywell International Inc., et al.*, *Defendants* in the United States District Court
        for the District of New Jersey. This case involved claims against the defendants
        concerning disposal of chromium waste at the Roosevelt Drive-In Site in Jersey
        City, New Jersey. Declaration. Retained by W.R. Grace & Co., W.R. Grace Ltd.
        and ECARG, Inc., Defendants.

56      Civil Action No. 95-CV-6400L; *Seneca Meadows, Inc., et al., Plaintiffs, v. ECI*        10/17/03
        *Liquidating, Inc., et al., Defendants* in The United States District Court Western
        District Of New York. Case involved the disposal of industrial and domestic waste
        at the Tantalo Landfill in Seneca County. Expert Witness Report. Retained by the
        Plaintiff.

55      Civil Action No. 98-CV-0838S (F); *W.R. Grace & Co.-Conn., Plaintiff, V. Zotos*         9/29/03
        *International, Inc., Defendant* in the United States District Court Western District
        Of New York. Case involved the disposal of cosmetic waste at the Brewer Road
        Landfill in Waterloo County, and the contamination of groundwater as a result of
        these disposal practices. Declaration. Retained by the Plaintiff.

54      Court File No. MC00-001819; *State of Minnesota, by its Attorney General, Mike*          2/5/03
        *Hatch, Plaintiff, v. Employers Insurance of Wausau, A Mutual Company, et al.,*
        *Defendants* in the District Court of Minnesota, Fourth Judicial District. Case
        involved the disposal of hazardous substances with industrial waste at the Oak
        Grove Landfill and East Bethel Landfill in Anoka County, and the contamination
        of groundwater as a result of these disposal practices. Affidavit. Retained by the
        Plaintiff.

53      Case No. 00-01917 MRP (MANx); *Shell Chemical Co., et al., Plaintiffs, vs. The*          1/13/03
        *County of Los Angeles, et al., Defendants* in the United States District Court for
        the Central District of California; Case No. 00-1938 MRP (MANx); *Phillips*
        *Petroleum Co., et al., Plaintiffs, vs. The County of Los Angeles, et al., Defendants*
        in the United States District Court for the Central District of California; and Case
        No. 00-6420 MRP (MANx); *Atlantic Richfield Co., et al., Plaintiffs, vs. BKK*
        *Corporation, et al., Defendants* in the United States District Court for the Central
        District of California. These combined cases involved hazardous substances
        associated with municipal solid waste being deposited at Cal Compact Landfill.
        Expert Witness Report. Retained by the Plaintiffs.

52      Cause No. 98-56362; *Browning-Ferris Industries, Inc., et al., Plaintiffs, v. Certain*   1/03/03
        *Underwriters at Lloyd's London, et al., Defendants* in the 80th Judicial District,
        District Court of Harris County, Texas. This case involved the disposal of waste
        containing hazardous substances and groundwater contamination at the Renner
        Landfill in Beaumont, Texas. Expert Witness Report. Retained by the Defendants.

## Comprehensive Listing of Testimony by K. W. Brown

---

51     Case No. 80-1589; *United States of America, Plaintiff, vs. City of Philadelphia, Plaintiff-Intervenor, vs. Union Corporation Metal Bank of America, et al., Defendants, vs. Consolidated Edison Company of New York, et al., Third Party Defendants* in the United States District Court for the Eastern District of Pennsylvania. This case involved claims against the defendants concerning the release of PCBs from the Metal Bank/Cottman Avenue Site to the Delaware River. Rebuttal Report. Retained by the Defendants.     8/23/02

50     Civil Action No. 98-CV-0696A (F); *Booth Oil Site Administrative Group, Plaintiffs, vs. Safety-Kleen Corp., et al., Defendants,* in the United States District Court for the Western District of New York. This case involved claims against the defendants concerning the release of contaminants during used oil-recycling operations at the Booth Oil facility in North Tonawanda, New York. Affidavit. Retained by the Plaintiffs.     5/02/02

49     Case No. 80-1589; *United States of America, Plaintiff, vs. City of Philadelphia, Plaintiff-Intervenor, vs. Union Corporation Metal Bank of America, et al., Defendants, vs. Consolidated Edison Company of New York, et al., Third Party Defendants* in the United States District Court for the Eastern District of Pennsylvania. This case involved claims against the defendants concerning the release of PCBs from the Metal Bank/Cottman Avenue Site to the Delaware River. Expert Witness Report. Retained by the Defendants.     8/23/01

48     Civil Action No. 1999-48287; *Tim Dyring et al., Plaintiffs, v. Rohm & Haas Texas, Inc., et al.*, *Defendants* in the 125th District Court of Texas. This case involved claims against the defendants concerning the release of hazardous substances to the groundwater from waste materials disposed at the Charley Burch Site in South Montgomery County, Texas. Expert Witness Report. Retained by the Plaintiffs.     5/31/01

47     Civil Action No. 95-2097; *Interfaith Community Organization, et al., vs. Honeywell International Inc., et al.*, in the United States District Court for the District of New Jersey. This case involved claims against the defendants concerning disposal of chromium waste at the Roosevelt Drive-In Site in Jersey City, New Jersey. Expert Witness Report. Retained by W.R. Grace & Co., W.R. Grace Ltd. and ECARG, Inc., Defendants.     3/27/01

46     Civil Action No. G-96-493; *Janie Rivas, et al., vs. Monsanto Company, et al.,* in the United States District Court for the Southern District of Texas Galveston Division. This case involves modeling of emissions and air dispersion of hazardous substances emanating from petrochemical wastes processed and disposed of at the Brio/Dixie Oil Processors Superfund Sites in Houston, Texas and related exposures to children in adjacent neighborhoods. Expert Witness Report. Retained by the Plaintiffs.     3/2/01

## Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 45 | Civil Action No. 5:97 CV00894; *United States of America vs. Chrysler Corporation, et al.,* in the United States District Court for the Northern District Of Ohio. This case involved claims against the defendants concerning disposal of hazardous substances in the Krejci Dump Site. Expert Witness Report. Retained by Minnesota Mining & Manufacturing Co., Defendant. | 2/28/01 |
| 44 | Civil Action No. H-98-0408 *United States of America, et al vs. Atlantic Richfield Company, et al vs. Ashland, Inc., et al.,* in the United States District Court Southern District of Texas Houston Division. This case involved claims against defendants concerning waste disposal at Sikes Pit. Expert Witness Report. Retained by ExxonMobil, Defendant. | 2/15/01 |
| 43 | Case No. 98-CV0726 *Connie Lolley Klostermann, et al vs. Ultramar Diamond Shamrock Corporation, et al.,* in the 212th Judicial District Court, Galveston County, Texas. This case involved a lawsuit by the landowner concerning property damage resulting from leaking storage tank contamination. Retained by Diamond Shamrock, Defendant. | 5/19/00 |
| 42 | Case No. 97-6222 MRP (MANx) *Commercial Realty Projects, Inc., and L.A. Metromall LLC, vs. Atlantic Richfield Company, et al.,* in the United States District Court in for the Central District of California. This case involved hazardous substances associated with municipal solid waste being deposited at Cal Compact Landfill. Retained by the Defendants. | 5/8/00 |
| 41 | Civil Action No. 95-CV-6400L, *Seneca Meadows vs. ECI Liquidating, et al.* This case involved claims against defendants concerning the disposal of hazardous substances in the Tantalo Landfill, Seneca Falls, New York. Retained by the Plaintiff. | 4/18/00 |
| 40 | Case No. 92-034865; *James E. Barnet, Sr., et al., vs. Monsanto Company, et al.* In the District Court of Harris County, Texas, 80th District Court. This case involved former workers' claims concerning exposure to hazardous chemicals. Retained by the Plaintiffs. | 4/7/00 |
| 39 | Case No. 97-6222 MRP (MANx) *Commercial Realty Projects, Inc., and L.A. Metromall LLC, vs. Atlantic Richfield Company, et al.,* in the United States District Court in for the Central District of California. This case involved hazardous substances associated with municipal solid waste being deposited at Cal Compact Landfill. Retained by the Defendant. | 2/25/00 |
| 38 | Civil Action No. 89-4340(JBS); *The United States v. Helen Kramer*; United States District Court District of New Jersey. This case involved claims against a defendant concerning the disposal of hazardous substances in the Kramer Landfill (Superfund Site). Retained by the Plaintiffs. | 6/99 |

## Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 37 | Civil Action No. G-96-494; *Thu Van Le, et al., v. Monsanto Co., et al.*; *Defendant.* In the United States District Court for the Southern District of Texas Galveston Division. This case involved modeling of emissions and air dispersion of hazardous substances emanating from petrochemical wastes processed and disposed of at the Brio/Dixie Oil Processors Superfund Sites in Houston, Texas and related exposures to children in adjacent neighborhoods. Retained by the Plaintiffs | 2/5/99 |
| 36 | Civil Action No. G-96-493; *Janie Rivas, et al., vs. Monsanto Company, et al.; Defendant.* In the United States District Court for the Southern district of Texas Galveston Division. This case involved modeling of emissions and air dispersion of hazardous substances emanating from petrochemical wastes processed and disposed of at the Brio/Dixie Oil Processors Superfund Sites in Houston, Texas and related exposures to children in adjacent neighborhoods. Retained by the Plaintiffs. | 2/5/99 |
| 35 | Civil Action No. 95-2215; *Becton Dickinson Puerto Rico, Inc., et al., vs. Cheeseborough Pond's Manufacturing Company, et al.;* United States District Court for the District of Puerto Rico. This case involved claims against the defendant concerning the disposal of hazardous substances in the Juncos Landfill (Superfund Site). Retained by the Plaintiffs. | 1/19/99<br>3/3/97<br>11/14/96 |
| 34 | Case No. 95C-1065; *Lemberger Sites Remediation Group, Plaintiff, v. A.M. Richter & Sons Co., et al., and White Consolidated Industries, Inc., Defendants;* In the United States District Court Eastern District of Wisconsin. This case involved hazardous constituents in waste going to Lemberger Landfill (Superfund Site). Retained by the Plaintiff. | 11/12/98 |
| 33 | Case No. 98-459-A, *Lewie Byers, vs. Texaco Exploration and Production Inc. and Texaco, Inc.;* In the District Court of Smith County, Texas 7th Judicial District. This case involves claims of contamination due to releases of crude oil and fluids from oil field production activities. Retained by the Defendant. | 4/30/99<br>2/29/99<br>1/29/99 |
| 32 | Case No. 96-72483; *Minnesota Mining and Manufacturing (3M) Company, Plaintiff v. Howard W. Stein, Jr., Stein Enterprises, Inc. (f/k/a Stein's Flower Shop and Green Houses, Inc.), the Dow Chemical Company, and General Motors Corporation, Defendants.* In the United States District Court for the District of Michigan, Southern Division. Case involved evaluation of waste disposed at the Michigan Avenue Dumpsite by General Motors Corporation and Dow Chemical Company. Retained by the Plaintiff, 3M. | 6/31/98<br>6/15/98 |
| 31 | Case 75524; *Clarice Friloux, et al., Plaintiffs, vs. Campbell Wells Corporation, et. al., Defendants.* In the 17th Judicial District Court, Parish of Lafourche, Louisiana. Case involved claims of offsite air migration of hazardous substances purportedly associated with a non-hazardous oilfield waste disposal facility. Retained by the Defendants. | 5/4/98 |

## Comprehensive Listing of Testimony by K. W. Brown

30    Court File No. 3-95-933. *Onan Corporation, Plaintiff and the State of Minnesota,*    6/18/97
      *and by its Attorney General, Hubert H. Humphrey, III, and by It Pollution Control*
      *Agency, Intervenors, v. Continental Insurance Company,* Defendant. In the United
      States District Court, District of Minnesota. Case involved time of Leachate travel
      through two Landfills in Minnesota, Oak Grove Landfill and WDE Landfill, and
      the impact of the Leachate on the groundwater. For the Intervenors.

29    Civil Action No. 95-514875-CE; *Grand Trunk Western Railroad, Incorporated*    5/22/97
      *and Star Oil Company, Inc., Plaintiffs vs. Union Oil Company of California,*    6/2/97
      *Wynkoop Oil Company, Clement Wynkoop, Secory Oil Company and Lewis*
      *Secory, Defendants and Union Oil Company and Clement Wynkoop, Counter-*
      *Plaintiffs/Cross-Plaintiffs vs. Secory Oil Company and Lewis Secory.* Case
      involved modeling of the transport and fate of hydrocarbon fuels, which leaked
      from storage, tanks at a terminal and allegedly migrated onto adjoining properties
      of plaintiffs. Retained by the Defendants.

28    Civil Action No. 96-C-00489-5; *Junker Landfill Trust, Plaintiff vs. United Waste*    2/20/97
      *Systems, Inc. et al., Defendants, and Junker Recycling, Inc., et. al., Defendants*
      *and Third Party Plaintiffs, vs. Garry Thompson, et al., Third Party Defendants*;
      and Civil Action No. 96-C-00489-5, *Landfill Remediation Trust, Plaintiff vs.*
      *Garry Thompson, et al., Defendants.* In the United States District Court for the
      Western District of Wisconsin. Case involved contamination of groundwater,
      surface water, soil gas, and soil at the Junker Landfill (Superfund Site) and the
      relationship of that contamination to the wastes from over 450 generators.
      Retained by Plaintiffs.

27    Case No. 61180; *Kenneth and Helen Songer, Plaintiffs vs. Billy and Mary Clement*    7/1/97
      *d/b/a Cecle Clement & Sons, and Harrison, Walker, Harper, Inc. and Joe Archer,*    10/31/97
      *d/b/a Archer Excavating.* In the District Court of Lamar County, Texas, 6th
      Judicial District. Case involved claims of air contamination (hazardous gases and
      particulates) from trucking and excavating operations. Retained by the
      Defendants.

26    Case No. 93-C-0314; *Hunt's Generator Committee, et al., Plaintiffs v. Allis*    4/14/97
      *Chalmers Corporation, et al.,* Defendants. In the United States District Court for
      the Eastern District of Wisconsin. Case involved identification of waste products
      and hazardous substances within those waste products, which were disposed at the
      Hunt's Disposal Landfill Site near Caledonia, Wisconsin. Retained by Plaintiff
      PRP Group.

25    Civil Action No. 94-1449-A; *Ardith Cavallo, Plaintiff vs. Star Enterprise, Texaco*    3/6/97
      *Refining & Marketing (East), Inc., and Saudi Refining, Inc., Defendants.* In the
      United States District Court, District of Eastern, Virginia. Case involved claim of
      property damage from hydrocarbons in the groundwater, which allegedly migrated
      to plaintiff's property from a fuel terminal in Fairfax, Virginia. Retained by the
      Defendants.

## Comprehensive Listing of Testimony by K. W. Brown

24     Case No. 93-004644; *Mike Adalis, et. al., Plaintiffs, vs. Neighborhood Development Corporation, et. al., Defendants*. In the District Court of Harris County, Texas, 269th Judicial District. Case involved claims of groundwater and related drinking water well contamination attributable to a 50 year old oil well blowout. Retained by the defendant Exxon.     12/16/96

23     Case No. 2:92-CV-111; *Commercial Union Insurance Co., et al. v. Cannelton Industries, Inc.,* In the United States District Court for the Western District of Michigan. Case involved claim against insurance company for environmental remediation cost recovery associated with chromium contamination of St. Mary's River due to a fire at an old tannery plant. Retained by Defendant.     9/5/96

22     Case No. 93-C-0324; *Hunt's Generator Committee, et al. v. Allis Chalmers Corporation, et al;* In the United States District Court, Eastern District of Wisconsin. Case involved identification of hazardous constituents in common household products found in the municipal solid waste from one city and disposed at the Hunt's Disposal Landfill Superfund Site at Caledonia, Wisconsin. Retained by Plaintiff PRP Group.     8/21/96

21     Civil Action No. H-95-776; *Rodney and Brenda Kay Beaver A/N/F of Wesley Michael Beaver and Claude Paul Hargraves v. Monsanto Company;* In the United States District Court for the Southern District of Texas, Houston Division. Cause involved short-term exposure of children to toxic contaminants in air, soil, and drinking water at athletic facility located adjacent to waste disposal/processing sites (Dixie Oil Processors/Brio Superfund Sites). Retained by the Plaintiffs.     5/24/96

20     Civil No. BC015575; *Atlantic Richfield Co. and ARCO Chemical Co., v. Aetna Casualty and Surety Co. of American*. Superior Court of the State of California. A Declaration on behalf of ARCO Garber, ARCO Sand Springs, and ARCO Prewitt.     10/17/95

19     Civil Action No. 87-4263(JHR); *General Electric Company v. Buzby Brothers Materials Handling Company, et al.* United States District Court for the District of New Jersey. Case involved recovery from commercial and municipal transporters of wastes of the costs for remediation of groundwater contamination at the site of the RCA-Buzby Landfill (Superfund Site) near Voorhees, New Jersey. Retained by the Plaintiff.     9/28/95

18     Case No. 4-93-CV-193; *Cooper Industries, Inc., v. Abbott Laboratories, et al., in the U. S. District Court for the Western District of Michigan.* Case involving Sturgis (Michigan) Well Field Superfund Site and the apportionment of remediation costs as between plaintiff and 35 defendants for solvent contamination of groundwater. Retained by the Plaintiffs.     8/14/95

17     Civil Action No. 94-C-1025; *The City and County of Denver, et. al., v. Alumet Partnership, et al., and Alumet Partnership, et al., v. City of Aurora.* U.S. District Court for the District of Colorado. Retained by the Defendants.     5/31/95

16     Civil Action No. 94-1449-A; *Ardith Cavallo v. Star Enterprise, Texaco Refining & Marketing (East), Inc., and Saudi Refining, Inc.* United States District Court, District of Eastern Virginia. Expert Witness Report. Retained by the Defendants.     4/24/95

## Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 15 | Civil Action No. 93-CV-0080-B; *KN Energy, Inc. et al., v. Sinclair Oil Corporation d/b/a Little America Refining Company.* United States District Court, District of Wyoming. Expert Witness Report. Retained by the Plaintiff. | 2/15/95 |
| 14 | Docket Nos. BUR-L-2533-92/01267-93; *Gouryeb v. Woodland Township Planning Board*, Superior Court of New Jersey, Law Division/Burlington County. Affidavit. Retained by the Plaintiff. | 12/1/94 |
| 13 | Consolidated Civil Actions No. 90-75 BU-PGH; *ARCO v. Oaas, et al.,* and No. 91-82-BU-PGH, *United States v. Montana Pole and Treating Plant, et al.* United States District Court for the District of Montana, Butte Division. Expert Witness Report. Retained by the Defendant/Third Party Plaintiff. | 8/15/94<br>9/12/94 |
| 12 | Civil Action No. 94-243-A; *William H. Ogden and Gay E. Tiffany v. Star Enterprise, et al.* United States District Court for the Eastern District of Virginia, Alexandria Division. Declaration. Retained by the Defendants. | 8/31/94 |
| 11 | Civil No. 93-186; *United States v. Somerset Refinery, Inc.* United States District Court for the Eastern District of Kentucky. Expert Witness Report. Retained by the U.S. Department of Justice. | 8/26/94 |
| 10 | Civil No. 93-381-A; *Brian Feikema et al., v. Texaco, Inc., et al.* United States District Court for the Eastern District of Virginia. Declaration. Retained by the Defendants. | 7/14/94<br>6/29/94 |
| 9 | Docket No. N-93-39-BU-PGH; *Montana Resources Inc., et al., v. Atlantic Richfield Co.* U.S. District Court for the District of Montana. Retained by the Defendant. | 6/14/94 |
| 8 | Case No. 89-135; *Citizens Asking For a Safe Environment, Inc., et al., v. South Carolina Department of Health and Environmental Control, et al.* In the Matter of the RCRA Permit Decision for GSX Services of SC, Inc. Pinewood Facility, Sumter County; SC, before the State of South Carolina Board of Health and Environmental Control. Retained by the Opposition. | 3/94 |
| 7 | File No. 3-90-312; *Kenneth M. Anderson as Personal Representative of the Estate of Fred W. Hedberg v. City of Minnetonka et al.* United States District Court for the District of Minnesota, Third Division. Affidavit. Retained by the Plaintiff. | 12/18/92 |
| 6 | Affidavit and rebuttal affidavit regarding the proposed Lon C. Hill-Coleto Creek 345 kV transmission line. Retained by Central Power & Light. | 10/21/91<br>8/90 |
| 5 | File No. 3-90-312; *Kenneth M. Anderson as Personal Representative of the Estate of Fred W. Hedberg v. City of Minnetonka et al.* United States District Court for the District of Minnesota, Third Division. Retained by the Plaintiff. | 7/16/91 |
| 4 | Civil Action No. N–87–52 (both cases); *The B. F. Goodrich Company, et. al., v. Harold Murtha, et al., and Harold Murtha, et al., v. Risdon Corporation.* Circuit Court for the State of Connecticut. Contribution of municipal waste to environmental contamination associated with the Beacon Heights and Laurel Park Landfills (Superfund Sites). Retained by the Laurel Park and the Beacon Heights Coalitions. | 6/29/90 |

**Comprehensive Listing of Testimony by K. W. Brown**

3 Cause No. C88-0190-B consolidated with C89-0153-B; *Sinclair Oil Corporation v. James S. Scherer, et al., and United States of America v. Sinclair Oil Corporation.* United States District Court for the District of Wyoming. Suit concerning alleged contamination from refinery operations. Retained by the United States. 4/27/90

2 Case No. 80-4-CIV-7; *The United States of America v. Waste Industries, Inc., et al.* United States District Court for the Eastern District of North Carolina, Wilmington Division. Affidavit on leaking municipal landfill. Retained by the Plaintiff. 9/29/85

1 Affidavit and rebuttal affidavit regarding the proposed expansion of the Azusa Landfill (CA). Retained by an *amicus curae* party.

## Comprehensive Listing of Testimony by K. W. Brown

**EXPERT WITNESS REPORTS/AFFIDAVITS**

3    Report of "An Investigation and Assessment of the Texaco Sand Flat Unit," by Dr.    11/13/98
     Kirk W. Brown. Prepared for Wallace, King, Marraro, and Branson, LLC on
     behalf of Texaco Exploration and Production.

2    Report of "Evidence of Leachate Leaking from Azusa Landfill," by Dr. Kirk W.
     Brown. Prepared for Geoscience Support Services, Inc. for Metropolitan Water
     District of California.

1    Cause No. 93-1235; *Adams, et al., v. RSR Corporation, et al.* 71st Judicial District    12/14/94
     Court; Harrison County, Texas. Retained by the Plaintiffs.

APPENDIX 3

References Relied on for the Preparation of this Report

1.  40 CFR §261.33

2.  40 CFR §302.4

3.  USOR Site PRP Group, 2016. USOR Third Amended Complaint. August 3, 2016.

4.  Boat Shed, 2016a. Case 4:14-cv-02441 Document 2485. Defendant, The Boat Shed's, Original Answer to Plaintiff's Second Amended Complaint. June 6, 2016.

5.  Boat Shed, 2016b. Case 4:14-cv-02441 Document 3214. Defendant, The Boat Shed's, Reply to Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint and, Alternatively, Motion for Summary Judgment. November 22, 2016.

6.  Boat Shed, 2016c. Case 4:14-cv-02441, Document 2725. Defendant, The Boat Shed's, Motion to Dismiss Plaintiff's Second Amended Complaint and, Alternatively, Motion for Summary Judgment. August 1, 2016.

7.  EPA, 1982. Characteristics of Hazardous Waste Streams. Solid and Hazardous Waste Research Division, Municipal Environmental Research Laboratory, December 1982.

8.  EPA, 1984. Composition and Management of Used Oil Generated in the United States. Office of Solid Waste and Emergency Response, EPA-530-SW-013, November 1984.

9.  EPA, 1990. Guides to Pollution Prevention: The Fabricated Metal Products Industry. Risk Reduction Engineering Laboratory and Center for Environmental Research Information, EPA, EPA/625/7-90/006, July 1990.

10. EPA, 1991a. Technology Transfer: Guides to Pollution Prevention in the Automotive Refinishing Industry. NC Division of Pollution Prevention and Environmental Assistance, EPA/625/7-91/016, October 1991.

11. EPA, 1991b. Guides to Pollution Prevention in the Automotive Repair Industry. Risk Reduction Engineering Laboratory and Center for Environmental Research Information, EPA/625/7-91/013. October 1991.

12. Brown, KW, and L.D. Nelson, 1994. Sources of Hazardous Constituents in Municipal Solid Waste and Landfill Leachate. Presented at the 7th Annual MSW Management Options for Texas '94 Conference, January 1994.

13. EPA, 1995a. Profile of the Fabricated Metal Products Industry. EPA Office of Compliance, EPA/310-R-95-007, September 1995.

14. EPA, 1995b.  Profile of the: Motor Vehicle Assembly Industry. EPA Office of Compliance, EPA/310-R-95-009, September 1995.

15. EPA, 1995c. Profile of the Transportation Equipment Cleaning Industry. Office of Compliance EPA/310-R-95-018, September 1995.

16. EPA, 1997a. Profile of the Shipbuilding and Repair Industry. EPA Office of Compliance, EPA/310-R-97-008, November 1997

17. EPA, 1997b. Profile of the Ground Transportation Industry. EPA Office of Compliance, EPA/310-R-97-002, September 1997.

18. EPA, 1997c.  Profile of the Plastic Resin and Manmade Fiber Industries. EPA Office of Compliance, EPA/310/R-97/006, September 1997.

19. EPA, 1999. RCRA in Focus: Vehicle Maintenance. Office of Solid Waste and Emergency Response, EPA-530-K-99-004, June 1999.

20. EPA, 2001. Guide to Industrial Assessments for Pollution Prevention and Energy Efficiency. U.S. Environmental Protection Agency, EPA/625/R-99/003, June 2001.

21. EPA, 2004. RCRA in Focus: Construction, Demolition and Renovation. Office of Solid Waste and Emergency Response, EPA-530-K-04-005, September 2004.

22. Enell, Anja, et al., 2008. Polycyclic aromatic hydrocarbons in ash: Determination of total and leachable concentrations. Environ. Pollut. 152: 285-292.

23. Bignal, K.L., et al., 2008. Release of polycyclic aromatic hydrocarbons, carbon monoxide and particulate matter from biomass combustion in a wood-fired boiler under varying boiler conditions. Atmos. Environ. 45:8863-8871.

24. ATSDR, 2009. Health Consultation - MCC Recycling, LLP Facility (Subsidiary of US Oil Recovery, LP) Pasadena, Harris County, Texas EPA Facility ID: TXN000606990, October 27, 2009.

25. Bari, M.A., et.al., 2011. Characterisation of particulates and carcinogenic polycyclic aromatic hydrocarbons in wintertime wood-fired heating in residential areas. Atmos. Environ. 45:7627-7634.

26. EPA, 2011a. US Oil Recovery Action Memorandum No. 1, EPA, Region 6.

27. EPA, 2011b. US Oil Recovery Action Memorandum No. 2, EPA, Region 6.