IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| USOR SITE PRP GROUP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:14-cv-02441 |
| SWS ENVIRONMENTAL, LLC, | § § § | |
| Defendants. | § | |

**SUMMONS IN A CIVIL ACTION**

To: Christian Swinbank
President
SWS Environmental, LLC
3500 Sunrise Highway
Suite 200, Building 200
Great River, NY 11739

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorneys, whose names and address are:

Gary D. Justis
Rachel D. Guthrie
Matthew T. Merryman
Ambereen K. Shaffie
The Justis Law Firm LLC
10955 Lowell Ave., Suite 520
Overland Park, KS 66210-2336

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*

Date: July 22, 2019



*s/ S. Shelby*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:14-cv-02441

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Christian Swinbank President of SWS Environmental, LLC</u> was received by me on *(date)* <u>Jul 23, 2019, 1:12 pm.</u>

- [X] I personally served the summons on the individual at *(place)* <u>3500 Sunrise Hwy Ste 200, Building 200, Great River, NY 11739-1000</u> on *(date)* <u>Tue, Jul 30 2019</u> ; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

- [ ] I returned the summons unexecuted because: _____ ; or

- [ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$115.00.</u>

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

Thomas Steidel

*Printed name and title*

PO Box 233, Lake Grove, NY 11755-0233

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 30, 2019, 1:34 pm CDT at 3500 Sunrise Hwy Ste 200, Building 200, Great River, NY 11739-1000 received by Christian Swinbank President of SWS Environmental, LLC.